IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Thomas Sierra, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No: 18cv3029 |
| | ) | |
| v. | ) | Magistrate Judge: M. David Weisman |
| | ) | |
| Reynaldo Guevara et al, | ) | |
| | ) | |
| Defendant(s), | ) | |

**ORDER**

  Magistrate Status hearing held. Parties reported on the status of discovery. Without objection, the Court orders a 30(b)(6) deposition be conducted by 5/27/19 regarding the Cook County Public Defender's file. The deponent from the Cook County Public Defender's Office shall be prepared to testify as to what efforts were made to locate the file and confirm that the file has not been found. Any request for a protective order and related pleading shall be filed by 4/5/19 and identify areas of disagreement, if any.  By agreement of the parties, the Court will address any issues regarding the protective order based on the submission to the Court without holding a hearing.  Parties indicated that entry of a protective order will facilitate production of the Cook County State's Attorney's file, if it is located. Defense counsel confirmed that all personnel records (which Defendants distinguish from Complaint Registers) have been produced. As for the Complaint Registers, defense counsel confirmed that many were produced yesterday and more will be produced on a rolling basis. By 4/19/19, the City will produce all investigative documents and arrest histories that have been requested by Plaintiff's counsel. Status hearing set for 5/6/19 at 9:15 a.m. to discuss a proposed deposition schedule, any remaining discovery issues on the substantive claims, and Monell discovery.

T: (00:29)

Date: March 28, 2019

                    _M. David Weisman_
                    M. David Weisman
                    United States Magistrate Judge