UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Thomas Sierra
                          Plaintiff,

v.                                                         Case No.: 1:18−cv−03029
                                                               Honorable John Z. Lee

Reynaldo Guevara, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 12, 2019:

      MINUTE entry before the Honorable M. David Weisman: Magistrate Status hearing held. The Court clarifies its 6/7/19 order (Dkt. [118]) as follows: Defendants shall produce public versions of the CR files for the individual Defendants within 60 days of written notice, and the public versions of the CR files for non−Defendants used to prove Plaintiff's Monell claim within 90 days of written notice. Parties reported on the status of discovery and pending litigation in this District involving Defendant Guevara. Status hearing set for 7/24/19 at 10:00 a.m. By COB on 7/22/19, parties may file a joint status report identifying issues for the Court's consideration. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.