IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS SIERRA, | ) | |
| | ) | No. 18 C 3029 |
| Plaintiff, | ) | |
| | ) | Hon. John Z. Lee, |
| v. | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | Hon. M. David Weisman, |
| | ) | Magistrate Judge |
| Defendants. | ) | |
| | ) | JURY TRIAL DEMANDED |

**PLAINTIFF'S STATUS REPORT
REGARDING HIS MOTION TO COMPEL THE COOK COUNTY
STATE'S ATTORNEY'S OFFICE TO COMPLY WITH DOCUMENT SUBPOENA**

Plaintiff THOMAS SIERRA, through his attorneys, submits this status report regarding his Motion to Compel the Cook County State's Attorney's Office to Comply with Document Subpoena.

1. Plaintiff filed a Motion to Compel the Cook County State's Attorney's Office to Comply with the Document Subpoena. (ECF No. 126.)

2. The nonparty Cook County State's Attorney's Office responded (ECF No. 131), and Plaintiff replied (ECF No. 132).

3. At the September 19, 2019 hearing on this motion, this Court instructed Plaintiff that if he wished to withdraw his motion, he should do so by the close of business on September 20, 2019. This Court also notified Plaintiff that he could re-file his motion at a later date. (Minute Entry of September 20, 2019.)

4. Plaintiff withdraws his Motion to Compel the Cook County State's Attorney's Office to Comply with the Document Subpoena. (ECF No. 126.)

Dated: September 20, 2019          RESPECTFULLY SUBMITTED,

                                                          **THOMAS SIERRA**

                              By:     /s/ Rachel Brady

Arthur Loevy
Jon Loevy
Steve Art
Anand Swaminathan
Rachel Brady
Sean Starr
Loevy & Loevy
311 N. Aberdeen St., Ste. 300
Chicago, IL 60607
312.243.5900

## **CERTIFICATE OF SERVICE**

    I, Rachel Brady, an attorney, certify that on September 20, 2019, I served a copy of the foregoing status report upon all counsel of record through the Court's electronic filing system. In addition, I served a copy of the status report on the Cook County State's Attorney's Office by electronic mail to Andrew Horvat.

                                                              /s/ Rachel Brady
                                                              *One of Plaintiff's Attorneys*