IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS SIERRA, | ) | |
| | ) | No. 18 C 3029 |
| *Plaintiff*, | ) | |
| | ) | Hon. John Z. Lee, |
| *v.* | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | Hon. M. David Weisman, |
| | ) | Magistrate Judge |
| *Defendants.* | ) | |

**EXHIBITS TO PLAINTIFFS' MOTION TO COMPEL *MONELL* DISCOVERY**

| | |
|---|---|
| Exhibit A | Decision on *Monell* Discovery in *Reyes* and *Solache* |
| Exhibit B | Deposition of Reynaldo Guevara, *Sierra v. Guevara* |
| Exhibit C | Excerpted Deposition of Jose Melendez, *Sierra v. Guevara* |
| Exhibit D | Response to Post-trial Motions from *Rivera v. Guevara* |
| Exhibit E | Response to Post-trial Motions from *Fields v. City of Chicago* |
| Exhibit F | Brasfield Chart from *Rivera v. Guevara* |
| Exhibit G | Brasfield Chart from *Fields v. City of Chicago* |
| Exhibit H | Brasfield Report from *Rivera v. Guevara* |
| Exhibit I | Wells Report from *Rivera v. Guevara* |
| Exhibit J | Wells Chart from *Rivera v. Guevara* |
| Exhibit K | Brasfield Report from *Fields v. City of Chicago* |
| Exhibit L | Summary Judgment Response from *Rivera v. Guevara* |
| Exhibit M | First Set of Requests for Production |

| Exhibit N | Second Set of Requests for Production |
|---|---|
| Exhibit O | Correspondence between the Parties |
| Exhibit P | Correspondence between the Parties |
| Exhibit Q | Correspondence between the Parties |
| Exhibit R | Post-Conviction Petition of Demetrius Johnson |
| Exhibit S | Guevara Closing Report in Andjuar Investigation |

RESPECTFULLY SUBMITTED,

 /s/ Steve Art             
*One of Plaintiffs' Attorneys*

Jon Loevy
Anand Swaminathan
Steve Art
Rachel Brady
Sean Starr
John Hazinski
LOEVY & LOEVY
311 N. Aberdeen St.
Chicago, IL 60607
(312) 243-5900
steve@loevy.com
*Attorneys for Arturo Reyes*

**CERTIFICATE OF SERVICE**

      I, Steve Art, an attorney, certify that I filed the foregoing EXHIBITS TO PLAINTIFFS' MOTION TO COMPEL MONELL DISCOVERY on October 21, 2019, using the Court's CM/ECF system, which effected service on all counsel of record.

                                                     /s/ Steve Art
                                                    *One of Plaintiffs' Attorneys*