# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS SIERRA, | ) | |
| | ) | Case No. 18 C 3029 |
| Plaintiff, | ) | |
| | ) | Hon. John Z. Lee, |
| v. | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | Hon. M. David Weisman, |
| | ) | Magistrate Judge |
| Defendants. | ) | |
| | ) | JURY TRIAL DEMANDED |

## NOTICE OF MOTION

TO: **All Counsel of Record**

Please take notice that on Thursday, November 14, 2019 at 9:15 a.m., counsel for Plaintiff shall appear before Judge M. David Weisman in the Courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois, and present Plaintiff's Unopposed Motion for a One-Day Extension to File *Monell* Responsive Briefs.

Respectfully Submitted,

**Thomas Sierra**

By: /s/ Steve Art
*Counsel for Thomas Sierra*

Arthur Loevy
Jon Loevy
Anand Swaminathan
Steve Art
Rachel Brady
Sean Starr
John Hazinski
LOEVY & LOEVY
311 N. Aberdeen St.
Chicago, IL 60607
(312) 243-5900

## **CERTIFICATE OF SERVICE**

  I, Steve Art, an attorney, certify that on November 8, 2019, I filed the foregoing Notice of Motion using the Court's CM/ECF system, which effected service on all counsel of record listed below.

             /s/ Steve Art
             *Counsel for Thomas Sierra*