IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS SIERRA, | ) | |
| | ) | No. 18 C 3029 |
| *Plaintiff,* | ) | |
| | ) | Hon. John Z. Lee, |
| *v.* | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | Hon. M. David Weisman, |
| | ) | Magistrate Judge |
| *Defendants.* | ) | |

**PARTIES' JOINT STATUS REPORT**

Pursuant to Paragraph 5 of the Third Amended General Order 20-0012 (Dkt. 179), and the Court's Order (Dkt. 189), the parties submit the following joint status report:

**A. Progress of Discovery**

1. Since the parties last appeared for a status hearing in this case, the parties have continued to engage in written discovery and are working to coordinate video depositions of several third-party witnesses.

Pursuant to the parties' Amended Proposed Joint Scheduling Order[1] regarding *Monell* production, the City will begin production of CRs, Investigative Files, and RD Files on a rolling basis starting September 25, 2020, occurring again on October 26, 2020, with production to be completed by November 30, 2020.

---

[1] On April 3, 2020, the City tendered to the Magistrate Judge a proposed order which the Magistrate Judge has not yet signed and entered. Since tendering the proposed order, Third Amended General Order 20-0012 was entered extending all deadlines by 28 days. The dates reflected in this status report account for the automatic 28-day extension.

### B. Pending Motions

2. There are no currently pending motions in this case.

### C. Settlement Efforts

3. There are no current settlement discussions in this case.

### D. Proposed Schedule for the Next 45 Days

4. The parties do not believe any specific schedule need be set for the next 45 days. The parties will continue to conduct written discovery, are conferring about outstanding discovery, and are conferring about depositions that are appropriate to conduct via video.

### E. Proposed Revised Discovery and Dispositive Motion Schedule

5. There currently is no fact discovery cut off. The parties still have several party and third-party depositions to take, some of which the parties are currently working to schedule as remote video depositions. The Court has not yet set an expert discovery or dispositive motion deadline. The parties are not requesting that this Court set expert discovery or dispositive motion deadlines at this time.

### F. Any Agreed Action the Court can Take Without a Hearing

6. Other than entering the agreed proposed order addressed above, none at this time.

### G. Need for a Telephonic Hearing with the Court

7. The parties do not believe a telephonic hearing with the judge is urgent or necessary at this time.

Dated: June 4, 2020

Respectfully submitted,

| | | |
|---|---|---|
| /s/ Sean Starr<br>Jon Loevy<br>Anand Swaminathan<br>Steven Art<br>Josh Tepfer<br>Sean Starr<br>Rachel Brady<br>John Hazinski<br>Loevy & Loevy<br>311 N. Aberdeen St.<br>Chicago, Illinois 60607<br>(312) 243-5900<br>**For Plaintiff** | MARK A FLESSNER<br>Corporation Counsel of the<br>City of Chicago<br><br><br>/s/ Eileen E. Rosen<br>Eileen E. Rosen<br>Catherine M. Barber<br>Theresa Berousek Carney<br>Austin G. Rahe<br>Special Assistant<br>Corporation Counsel<br>Rock Fusco & Connelly, LLC<br>321 N. Clark Street, Suite 2200<br>Chicago, Illinois 60654<br>(312) 494-1000<br>**For Defendant City of Chicago** | /s/ Josh M. Engquist<br>James G. Sotos<br>Josh M. Engquist<br>Jeffrey R. Kivetz<br>David A. Brueggen<br>Special Assistant<br>Corporation Counsel<br>The Sotos Law Firm, P.C.<br>141 W. Jackson, Suite 1240A<br>Chicago, Illinois 60604<br>(630) 735-3300<br>**For Defendants JoAnn Halvorsen, as Special Representative for the estate of Ernest Halvorsen, Wojcik, McMurray, Figueroa, and Biebel** |

/s/ Thomas M. Leinenweber
Thomas M. Leinenweber
James V. Daffada
Kevin E. Zibolski
Special Assistant
Corporation Counsel
Leinenweber Baroni & Daffada, LLC
120 N. LaSalle Street, Suite 2000
Chicago, Illinois 60602
(312) 663-3003
**For Defendant Guevara**

3

## CERTIFICATE OF SERVICE

      I, Sean Starr, an attorney, hereby certify that on June 4, 2020 I caused the foregoing Joint Status Report to be filed using the Court's CM/ECF system, thereby effectuating service on all counsel of record.

                                                /s/ Sean Starr
                                                *Attorney for Plaintiff*