IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS SIERRA, | ) | |
| | ) | No. 18 C 3029 |
| *Plaintiff,* | ) | |
| | ) | Hon. John Z. Lee, |
| *v.* | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | Hon. M. David Weisman, |
| | ) | Magistrate Judge |
| *Defendants.* | ) | |

**PARTIES' JOINT STATUS REPORT**

Pursuant to the Court's order (Dkt. 193), the parties submit the following joint status report:

**A. Current Deadlines/ Magistrate Referral**

1. This case has been referred to Magistrate Judge Weisman for discovery supervision. Pursuant to the parties' Amended Proposed Joint Scheduling Order[1] regarding *Monell* production, the City will begin production of CRs, Investigative Files, and RD Files on a rolling basis starting September 25, 2020, occurring again on October 26, 2020, with production to be completed by November 30, 2020.

**B. Progress of Discovery**

2. Discovery is ongoing in this case. Since the parties last appeared for a status hearing in this case, the parties have continued to engage in written discovery and have begun taking remote depositions. The parties are continuing to

---

[1] Entered on June 10, 2020, by Magistrate Judge Weisman (Dkt. 196).

work to coordinate additional remote depositions of several third-party witnesses. Additionally, the parties have had initial discussions regarding taking party depositions.

### C. Pending Motions

3. There are no currently pending motions in this case.

### D. Settlement Efforts

4. There are no current settlement discussions in this case.

### E. Agreed Schedule for the Next 45 Days

5. The parties do not believe any specific schedule need be set for the next 45 days. The parties will continue to conduct written discovery, are conferring about outstanding discovery, and are conferring about depositions that are appropriate to conduct via video.

6. There currently is no fact discovery cut off. The parties still have several party and third-party depositions to take, some of which the parties are currently working to schedule as remote video depositions. The Court has not yet set an expert discovery or dispositive motion deadline. The parties are not requesting that this Court set expert discovery or dispositive motion deadlines at this time.

### F. Any Agreed Action the Court can Take Without a Hearing

7. None at this time.

### G. Need for a Hearing with the Court

8. The parties do not believe a telephonic or in-person hearing with the judge is necessary at this time.

Dated: August 5, 2020

Respectfully submitted,

| /s/ Sean Starr | MARK A FLESSNER | /s/ Josh M. Engquist |
|---|---|---|
| Jon Loevy | <u>Corporation Counsel of the City of Chicago</u> | James G. Sotos |
| Anand Swaminathan | | Josh M. Engquist |
| Steven Art | | Jeffrey R. Kivetz |
| Josh Tepfer | | David A. Brueggen |
| Sean Starr | /s/ Eileen E. Rosen | Samantha J. Pallini |
| Rachel Brady | Eileen E. Rosen | Special Assistant |
| John Hazinski | Catherine M. Barber | Corporation Counsel |
| Loevy & Loevy | Theresa Berousek Carney | The Sotos Law Firm, P.C. |
| 311 N. Aberdeen St. | Austin G. Rahe | 141 W. Jackson, Suite 1240A |
| Chicago, Illinois 60607 | Special Assistant Corporation Counsel | Chicago, Illinois 60604 |
| (312) 243-5900 | Rock Fusco & Connelly, LLC | (630) 735-3300 |
| **For Plaintiff** | 321 N. Clark Street, Suite 2200 | **For Defendants JoAnn Halvorsen, as Special Representative for the estate of Ernest Halvorsen, Wojcik, McMurray, Figueroa, and Biebel** |
| | Chicago, Illinois 60654 | |
| | (312) 494-1000 | |
| | **For Defendant City of Chicago** | |

/s/ Thomas M. Leinenweber
Thomas M. Leinenweber
James V. Daffada
Kevin E. Zibolski
Special Assistant Corporation Counsel
Leinenweber Baroni & Daffada, LLC
120 N. LaSalle Street, Suite 2000
Chicago, Illinois 60602
(312) 663-3003
**For Defendant Guevara**

3

## CERTIFICATE OF SERVICE

    I, Sean Starr, an attorney, hereby certify that on August 5, 2020 I caused the foregoing Joint Status Report to be filed using the Court's CM/ECF system, thereby effectuating service on all counsel of record.

/s/ Sean Starr
*Attorney for Plaintiff*
