IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS SIERRA, | ) | |
| | ) | Case No. 18 C 3029 |
| Plaintiff, | ) | |
| | ) | Hon. John Z. Lee, |
| v. | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | Hon. M. David Weisman, |
| | ) | Magistrate Judge |
| Defendants. | ) | |
| | ) | JURY TRIAL DEMANDED |

## DEFENDANT CITY OF CHICAGO'S MOTION FOR LEAVE TO FILE EXCESS PAGES

Defendant City of Chicago, ("City") by and through its undersigned attorneys, hereby moves this Honorable Court to grant leave to file its Response to Plaintiff's Motion to Compel Discovery Related to *Klipfel* lawsuit in excess of 15 pages. In support thereof, the City states as follows:

1. The City's Response to Plaintiff's Motion to Compel Discovery related to the *Klipfel* lawsuit is 18 substantive pages. The City's Response brief is attached hereto as Ex. A.

2. Plaintiff's Motion to Compel is 17 substantive pages. To sufficiently respond to Plaintiff's arguments and to explain the basis for the City's objections to the requested discovery, excess pages are needed.

3. The City recognizes that this Court's time is valuable and does not wish to unnecessarily burden it with lengthy pleadings.

4. Defense counsel conferred with Plaintiff's counsel, who does not object to this request.

WHEREFORE, Defendant City of Chicago, respectfully request this Honorable Court grant its motion for leave to file its Response to Plaintiff's Motion to Compel Discovery Related to *Klipfel* Lawsuit in excess of 15 pages and for any other relief this Honorable Court deems just and reasonable.

Dated: December 22, 2020

Respectfully Submitted,

CELIA MEZA
Acting Corporation Counsel of the City of Chicago

By: */s/ Eileen E. Rosen*

*Special Assistant Corporation Counsel*
*for Defendant City of Chicago*
Eileen E. Rosen
Catherine M. Barber
Austin G. Rahe
Theresa Berousek Carney
ROCK FUSCO & CONNELLY, LLC
321 N. Clark Street, Suite 2200
Chicago, IL 60654
(312) 494-1000
erosen@rfclaw.com