IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **Thomas Sierra**, | No. 18 C 3029 |
| Plaintiff, | Hon. John Z. Lee, District Judge |
| v. | |
| **Reynaldo Guevara** et al., | Hon. M. David Weisman, Magistrate Judge |
| Defendants. | |

**Parties' Joint Status Report**

Pursuant to the Court's order (dkt. 212), the parties submit the following joint status report:

**A.  Current Deadlines**

The deadline for fact discovery in this case is set for June 25, 2021. No deadlines for expert discovery or dispositive motions have been set. The parties are not requesting that this Court set expert discovery or dispositive motion deadlines at this time.

**B.  Progress of Discovery**

The parties have continued to engage in written and oral discovery, including scheduling the depositions of third-party witnesses and issuing third-party document subpoenas. Depositions for third-party witnesses Jose E. Melendez and David Velasquez[1] are proceeding in March and April, and Plaintiff is working to coordinate

---

[1] Defendants object to Plaintiff intervening in another case to participate in a previously-scheduled deposition of Mr. Velasquez, a 404(b) witness. Plaintiff's position is that 404(b) witnesses such as Mr. Velasquez should not be subjected to serial depositions, given that the subject matter of their testimony will be the same across numerous pending cases against Detective Guevara, including this

dates for the depositions of third-party witnesses Lucy Montalvo and Tomas Sierra. Plaintiff has also requested dates for the depositions of Defendants Wojcik, McMurray, Figueroa, Mingey, and Biebel.

With respect to *Monell* discovery, Defendant City of Chicago completed its production of Area 5 homicide and CR files on January 22, 2021, and the parties are continuing to confer to ensure that this production is complete and accurate.

**C.     Pending Motions**

There are no motions currently pending before the Magistrate Judge in this case. Plaintiff's Rule 72 objections regarding the production of *Klipfel* documents remain pending before the District Judge.


March 12, 2021                                      Respectfully submitted,

/s/ John Hazinski                                   /s/ Samantha J. Pallini
Jon Loevy                                           James G. Sotos
Anand Swaminathan                                   Josh M. Engquist
Steven Art                                          Jeffrey R. Kivetz
Josh Tepfer                                         David A. Brueggen
Sean Starr                                          Samantha J. Pallini
Rachel Brady                                        Special Assistant Corporation
John Hazinski                                       Counsel
Loevy & Loevy                                       The Sotos Law Firm, P.C.
311 N. Aberdeen St.                                 141 W. Jackson, Suite 1240A
Chicago, Illinois 60607                             Chicago, Illinois 60604
(312) 243-5900                                      (630) 735-3300
**For Plaintiff**                                   **For Defendants JoAnn**
                                                    **Halvorsen, as Special**
CELIA MEZA                                          **Representative for Ernest**
Interim Corporation Counsel                         **Halvorsen, Wojcik,**
of the City of Chicago                              **McMurray, Figueroa, and**
                                                    **Biebel**

---

one. The parties are conferring about this issue and will present their dispute to the Court for resolution if they are unable to reach agreement.

/s/ Eileen E. Rosen
Eileen E. Rosen
Catherine M. Barber
Theresa Berousek Carney
Austin G. Rahe
Special Assistant Corporation Counsel
Rock Fusco & Connelly, LLC
321 N. Clark Street, Suite 2200
Chicago, Illinois 60654
(312) 494-1000
**For Defendant City of Chicago**

/s/ Megan K. McGrath
Thomas M. Leinenweber
James V. Daffada
Kevin E. Zibolski
Megan K. McGrath
Special Assistant Corporation Counsel
Leinenweber Baroni & Daffada, LLC
120 N. LaSalle Street, Suite 2000
Chicago, Illinois 60602
(312) 663-3003
**For Defendant Guevara**