# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Thomas Sierra

                              Plaintiff,

v.                                                                            Case No.: 1:18−cv−03029

                                                                             Honorable John Z. Lee

Reynaldo Guevara, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 6, 2021:

      MINUTE entry before the Honorable M. David Weisman: For the reasons set forth in DeLeon−Reyes v. Guevara, No. 18 C 01028, 2020 WL 1429521 (N.D. Ill. Mar. 18, 2020), and consistent with the prevailing practice in this district, the Court grants defendants' motion to require plaintiff to limit his Rule 404(b) witnesses to the ten he is most likely to call at trial [ECF [247]]. See, e.g., Fulton v. Foley, No. 17 C 8696 (N.D. Ill.) (ECF 181); Jakes v. Boudreau, No. 19 C 2204 (N.D. Ill.) (ECF 141); Rodriguez v. Guevara, No. 18 C 7951 (N.D. Ill.) (ECF 131). Motion hearing set for 4/8/21 is stricken. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.