# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Thomas Sierra

                       Plaintiff,

v.                                                Case No.: 1:18−cv−03029

                                                        Honorable John Z. Lee

Reynaldo Guevara, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 28, 2021:

       MINUTE entry before the Honorable M. David Weisman: Defendant City of Chicago's unopposed motion for extension to file response brief [265] is granted. Motion hearing set for 5/3/21 is stricken. Status hearing set for 5/3/21 remains. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.