IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS SIERRA, | ) | |
| | ) | No. 18 C 3029 |
| *Plaintiff,* | ) | |
| | ) | Hon. John Z. Lee, |
| *v.* | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.,* | ) | Hon. M. David Weisman, |
| | ) | Magistrate Judge |
| *Defendants.* | ) | |

**PARTIES' JOINT STATUS REPORT**

Pursuant to the Court's order (Dkt. 268), the parties submit the following joint status report:

**A. Confirmed Deposition Dates for all Party Depositions**

The parties have scheduled the following party depositions:

- Defendant Ed Mingey - Deposition is scheduled for May 27.

- Defendant John McMurray - Deposition is scheduled for June 10.

- Defendant Anthony Wojcik - Deposition is scheduled for June 11.

- Defendant George Figueroa - Deposition is scheduled for June 17.

- Plaintiff Thomas Sierra - Deposition is scheduled for July 1.

- Defendant Robert Biebel - Deposition is scheduled for July 8.

Dated: May 10, 2021

Respectfully submitted,

| | | |
|---|---|---|
| /s/ Sean Starr | CELI MEZA | /s/ Josh M. Engquist |
| Jon Loevy | Acting Corporation | James G. Sotos |
| Anand Swaminathan | Counsel of the City of | Josh M. Engquist |
| Steven Art | Chicago | Jeffrey R. Kivetz |
| Josh Tepfer | | David A. Brueggen |
| Sean Starr | | Samantha J. Pallini |
| Rachel Brady | /s/ Eileen E. Rosen | Special Assistant |
| John Hazinski | Eileen E. Rosen | Corporation Counsel |
| Loevy & Loevy | Catherine M. Barber | The Sotos Law Firm, P.C. |
| 311 N. Aberdeen St. | Theresa Berousek Carney | 141 W. Jackson, Suite |
| Chicago, Illinois 60607 | Austin G. Rahe | 1240A |
| (312) 243-5900 | Special Assistant | Chicago, Illinois 60604 |
| **For Plaintiff** | Corporation Counsel | (630) 735-3300 |
| | Rock Fusco & Connelly, LLC | **For Defendants JoAnn Halvorsen, as Special Representative for Ernest Halvorsen, deceased, Wojcik, McMurray, Figueroa, and Biebel** |
| | 321 N. Clark Street, Suite 2200 | |
| | Chicago, Illinois 60654 | |
| | (312) 494-1000 | |
| | **For Defendant City of Chicago** | |

/s/ Megan K. McGrath
Megan K. McGrath
Thomas M. Leinenweber
James V. Daffada
Kevin E. Zibolski
Special Assistant
Corporation Counsel
Leinenweber Baroni &
Daffada, LLC
120 N. LaSalle Street,
Suite 2000
Chicago, Illinois 60602
(312) 663-3003
**For Defendant Guevara**

2

**CERTIFICATE OF SERVICE**

    I, Sean Starr, an attorney, hereby certify that on May 10, 2021 I caused the foregoing Joint Status Report to be filed using the Court's CM/ECF system, thereby effectuating service on all counsel of record.

                                              /s/ Sean Starr
                                              *Attorney for Plaintiff*