**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| THOMAS SIERRA, | ) | |
| | ) | No. 18 C 3029 |
| *Plaintiff,* | ) | |
| | ) | Hon. John Z. Lee, |
| *v.* | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.,* | ) | Hon. M. David Weisman, |
| | ) | Magistrate Judge |
| *Defendants.* | ) | |

**PARTIES' JOINT STATUS REPORT**

Pursuant to the Court's order (Dkt. 268), the parties submit the following joint status report:

**A. Confirmed Deposition Dates for all Third-Party Officer Depositions**

The parties have scheduled the following depositions:

- Officer Joe Rodriguez - Deposition is scheduled for June 9.

- Evidence Tech Fogarty - Deposition is scheduled for June 15.

- Officer T. Coates - Deposition is scheduled for June 29.

**B. Additional Third-Party Policer Officer Depositions**

- Officer Motzny - The City is working on getting a date for Officer Motzny.

- Detective Bongiorno - The City is working on getting a date for Officer Bongiorno.

- Officer Ron Malczyk - The City is working on getting a date for Officer Malczyk.

- Evidence Tech Ferraeri - In lieu of a deposition, the parties are discussing the possibility of a stipulation for this witness.

- Crime Lab Officer Richard Chenow - Defendants have informed Plaintiff's counsel that Mr. Chenow is deceased.

- Sgt. E. Stack - The City is working on getting a date for Sgt. Stack.

- Lt. Farrell - The City is working on getting a date for Lt. Farrell.

- Officer D. Daley - Represented by Individual Defendants' counsel. They are working on a date.[1]

Dated: May 24, 2021

Respectfully submitted,

| /s/ Sean Starr | CELIA MEZA | /s/ Josh M. Engquist |
|---|---|---|
| Jon Loevy | Acting Corporation | James G. Sotos |
| Anand Swaminathan | Counsel of the City of | Josh M. Engquist |
| Steven Art | Chicago | Jeffrey R. Kivetz |
| Josh Tepfer | | David A. Brueggen |
| Sean Starr | | Samantha J. Pallini |
| Rachel Brady | /s/ Eileen E. Rosen | Special Assistant |
| John Hazinski | Eileen E. Rosen | Corporation Counsel |
| Loevy & Loevy | Catherine M. Barber | The Sotos Law Firm, P.C. |
| 311 N. Aberdeen St. | Theresa Berousek Carney | 141 W. Jackson, Suite |
| Chicago, Illinois 60607 | Austin G. Rahe | 1240A |
| (312) 243-5900 | Special Assistant | Chicago, Illinois 60604 |
| **For Plaintiff** | Corporation Counsel | (630) 735-3300 |
| | Rock Fusco & Connelly, | **For Defendants JoAnn** |
| | LLC | **Halvorsen, as Special** |
| | 321 N. Clark Street, Suite | **Representative for** |
| | 2200 | **Ernest Halvorsen,** |
| | Chicago, Illinois 60654 | **deceased, Wojcik,** |
| | (312) 494-1000 | |

---

[1] Plaintiff first requested Sgt. Stack, Lt. Farrell, and Officer Daley on May 18, 2021.

**For Defendant City of Chicago**

**McMurray, Figueroa, and Biebel**

/s/ Megan K. McGrath
Megan K. McGrath
Thomas M. Leinenweber
James V. Daffada
Kevin E. Zibolski
Special Assistant
Corporation Counsel
Leinenweber Baroni &
Daffada, LLC
120 N. LaSalle Street,
Suite 2000
Chicago, Illinois 60602
(312) 663-3003
**For Defendant
Guevara**

## CERTIFICATE OF SERVICE

I, Sean Starr, an attorney, hereby certify that on May 24, 2021 I caused the foregoing Joint Status Report to be filed using the Court's CM/ECF system, thereby effectuating service on all counsel of record.

/s/ Sean Starr
*Attorney for Plaintiff*