IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS SIERRA, | ) | |
|     Plaintiff, | ) | No. 18 C 3029 |
| | ) | |
| v. | ) | Hon. John Z. Lee |
| | ) | Hon. M. David Weisman |
| REYNALDO GUEVARA, *et al.*, | ) | |
|     Defendants. | ) | |

## PARTIES' JOINT STATUS REPORT

Pursuant to the Court's order (Dkt. 282), the parties in the above-captioned cases submit the following joint status report:

### A. Parties' Compromise Regarding Serial Depositions of 404(b) Witnesses

1. The parties in this case, as well as the parties in each of the cases in which the plaintiff filed a motion to prevent serial depositions of Rule 404(b) witnesses (collectively, the "Motioned Cases") have reached an agreement. The cases subject to this agreement are as follows: *Sierra*, No. 18 C 3029; *Negron*, No. 18 C 2701; *Gomez*, No. 18 C 3335; *Rodriguez*, No. 18 C 7951; *Bouto*, No. 19 C 2441; *Iglesias*, No. 19 C 6508; *Johnson*, No. 20 C 4156, and *Almodovar*, No. 18 C 2341 (collectively, the "Cases").[1]

2. The parties have agreed to conduct a single deposition of each Rule 404(b) witness disclosed in more than one of the Cases, to be conducted under the supervision of this Court, as follows:

    a. Each deposition may last up to eight hours if needed;

---

[1] Counsel in *Almodovar* have agreed that plaintiff will provide advance notice if they intend to rely on any scheduled 404(b) witness in *Almodovar*. To the extent counsel for Almodovar seeks to disclose any overlapping witness for Almodovar's 404(b) purposes, Defendants have requested 14 days notice from Almodovar's counsel.

b. The parties shall complete depositions of all of the 404(b) witnesses disclosed across multiple Cases by October 29, 2021.[2]

## B. *Sierra* Individual Case Fact Discovery Extension

3. The parties have agreed to a deadline of August 27, 2021 to complete discovery in the individual case.

4. The parties anticipate that a separate *Monell* fact discovery deadline will need to be set.[3]

Dated: June 11, 2021

Respectfully submitted,

| | | |
|---|---|---|
| /s/ Anand Swaminathan | CELIA MEZA | /s/ Josh M. Engquist |
| Jon Loevy | Acting Corporation | James G. Sotos |
| Anand Swaminathan | Counsel of the City of | Josh M. Engquist |
| Steven Art | Chicago | Jeffrey R. Kivetz |
| Josh Tepfer | | David A. Brueggen |
| Sean Starr | | Samantha J. Pallini |
| Rachel Brady | /s/ Eileen E. Rosen | Special Assistant |
| John Hazinski | Eileen E. Rosen | Corporation Counsel |
| Loevy & Loevy | Catherine M. Barber | The Sotos Law Firm, P.C. |
| 311 N. Aberdeen St. | Theresa Berousek Carney | 141 W. Jackson, Suite 1240A |
| Chicago, Illinois 60607 | Austin G. Rahe | |
| (312) 243-5900 | Special Assistant | Chicago, Illinois 60604 |
| **For Plaintiff** | Corporation Counsel | (630) 735-3300 |
| | Rock Fusco & Connelly, LLC | **For Defendants JoAnn Halvorsen, as Special Representative for Ernest Halvorsen,** |
| | 321 N. Clark Street, Suite 2200 | |

---

[2] This is a deadline to complete the 404(b) depositions only. It does not implicate any other individual case, *Monell* or other fact discovery deadlines set by the Court in any of the Cases.

[3] The parties are not in a position to propose a deadline to complete fact discovery because of complications that have developed as a result of the subpoena to the Office of the Cook County Public Defender for its companion Investigative/RD files. *See* Cook County Public Defender's Motion to Quash or Modify Subpoena, *Solache v. Guevara*, 18 C 1028 (Dkt. 424).

2

| | | |
|---|---|---|
| /s/ Megan K. McGrath<br>Megan K. McGrath<br>Thomas M. Leinenweber<br>James V. Daffada<br>Kevin E. Zibolski<br>Special Assistant Corporation Counsel<br>Leinenweber Baroni & Daffada, LLC<br>120 N. LaSalle Street, Suite 2000<br>Chicago, Illinois 60602<br>(312) 663-3003<br>**For Defendant Guevara** | Chicago, Illinois 60654<br>(312) 494-1000<br>**For Defendant City of Chicago** | **deceased, Wojcik, McMurray, Figueroa, and Biebel** |

3

**CERTIFICATE OF SERVICE**

    I, Anand Swaminathan, an attorney, certify that on June 11, 2021, I served a copy of the foregoing motion on all counsel of record through the Court's electronic filing system.

    /s/ Anand Swaminathan
    *One of Plaintiff's Attorneys*