IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

No. 18 C 3029

**Thomas Sierra**,

       Plaintiff,

v.

**Reynaldo Guevara** et al.,

       Defendants.

Hon. John Z. Lee,
District Judge

Hon. M. David Weisman,
Magistrate Judge

**Plaintiff's Supplement to Rule 72
Objections Regarding Documents
Related to the *Klipfel* Litigation**

# Exhibit 3

## Deposition Transcript of Philip Cline, *Reyes v. Guevara*, 18 C 1028 (N.D. Ill.) & *Solache v. Guevara*, 18 C 2312 (N.D. Ill.), May 13, 2021

LOUISVILLE  LEXINGTON  LONDON  FLORENCE  CINCINNATI  INDIANAPOLIS  ORLANDO  JACKSONVILLE  TAMPA



# KENTUCKIANA
## — COURT REPORTERS —

## CASE NO. 1:18-CV-1028

## CASE NO. 1:18-CV-2312

## ARTURO DeLEON-REYES

## V.

## REYNALDO GUEVARA, ET AL.

## AND

## GABRIEL SOLACHE

## V.

## CITY OF CHICAGO, ET AL.

## DEPONENT: PHILIP CLINE

## DATE: MAY 13, 2021



a courtroom
**powerhouse**

✉ schedule@kentuckianareporters.com

☎ 877.808.5856 | 502.589.2273

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                       EASTERN DIVISION
                     CASE NO. 1:18-CV-1028
 3                   CASE NO. 1:18-CV-2312
            HON. STEVEN SEEGER, DISTRICT JUDGE
 4      HON. SUNIL K. HARJANI, MAGISTRATE JUDGE

 5

 6             ARTURO DeLEON-REYES,
                      Plaintiff
 7
                        V.
 8
               REYNALDO GUEVARA, ET AL.,
 9                    Defendants

10
               GABRIEL SOLACHE,
11                    Plaintiff

12                      V.

13             CITY OF CHICAGO, ET AL.,
                      Defendants
14

15

16

17

18

19

20

21

22

23

24    DEPONENT:  PHILIP CLINE
      DATE:      MAY 13, 2021
25    REPORTER:  BROOKE ANDREW
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 4 of 273 PageID #:7321
The Deposition of PHILIP OZLINE, taken on MAY 6, 2021

2

```
1                          APPEARANCES

2

3    ON BEHALF OF THE PLAINTIFF, ARTURO DeLEON-REYES:

4    Anand Swaminathan

5    Sean Starr

6    Loevy & Loevy

7    311 North Aberdeen

8    Third Floor

9    Chicago, Illinois 60607

10   Telephone No.: (312) 243-5900

11   E-mail: anand@loevy.com

12           sean@loevy.com

13   (Appeared via videoconference)

14

15   ON BEHALF OF THE PLAINTIFF, GABRIEL SOLACHE:

16   Jan Susler

17   People's Law Office

18   1180 North Milwaukee Avenue

19   Chicago, Illinois 60642

20   Telephone No.: (773) 235-0070

21   E-mail: jsusler@peopleslawoffice.com

22   (Appeared via videoconference)

23

24

25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 202-3 Filed: 07/05/21 Page 5 of 273 PageID #:7322
The Deposition of PHILIP CLINE, taken on MAY 5, 2021

3

```
 1                    APPEARANCES (CONTINUED)

 2

 3   ON BEHALF OF THE DEFENDANT, REYNALDO GUEVARA:

 4   Megan McGrath

 5   Leinenweber Baroni & Daffada, LLC

 6   120 North LaSalle Street

 7   Suite 2000

 8   Chicago, Illinois 60602

 9   Telephone No.: (866) 786-3705

10   E-mail: mkm@ilesq.com

11   (Appeared via videoconference)

12

13   ON BEHALF OF THE DEFENDANT, CITY OF CHICAGO AND

14   DEPONENT, PHILIP CLINE:

15   Eileen Rosen

16   Jessica Zehner

17   Rock Fusco Connelly

18   321 North Clark Street

19   Chicago, Illinois 60654

20   Telephone No.: (312) 494-1000

21   E-mail: erosen@rfclaw.com

22   jzehner@rfclaw.com

23   (Appeared via videoconference)

24

25
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                    APPEARANCES (CONTINUED)

 2

 3   ON BEHALF OF THE DEFENDANT, DAVID NAVARRO:

 4   Daniel Burns

 5   Reiter Burns

 6   311 South Wacker Drive

 7   Suite 5200

 8   Chicago, Illinois 60606

 9   Telephone No.: (312) 982-0090

10   E-mail: dburns@reiterburns.com

11   (Appeared via videoconference)

12

13   ON BEHALF OF THE DEFENDANTS, COOK COUNTY, ANDREW VARGA,

14   HEATHER BRUALDI, KARIN WEHRLE DOOLEY, THOMAS O'MALLEY:

15   Edward Brener

16   Cook County State's Attorney's Office

17   Richard J. Daley Center

18   Chicago, Illinois 60602

19   Telephone No.: (312) 603-3151

20   E-mail: edward.brener@cookcountyil.gov

21   (Appeared via videoconference)

22

23

24

25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 202-3 Filed: 07/05/21 Page 7 of 273 PageID #:7324
The Deposition of PHILIP CLINE, taken on MAY 5, 2021

5

```
1                    APPEARANCES (CONTINUED)

2

3   ON BEHALF OF THE DEFENDANTS, ERNEST HALVORSEN, EDWIN

4   DICKINSON, ROBERTH RUTHERFORD, DENNIS STANKUS, JOHN

5   NAUJOKAS, JOHN KARALOW, MARK HARVEY, DANIEL TREVINO,

6   EDWARD MINGEY, ROBERT BIEBEL, FRANK J. CAPPITELLI:

7   Caroline Golden

8   Sotos Law Firm

9   141 West Jackson Boulevard

10  Suite 1240A

11  Chicago, Illinois 60604

12  Telephone No.: (630) 735-3300

13  E-mail: cgolden@jsotoslaw.com

14  (Appeared via videoconference)

15

16

17

18

19

20

21

22

23

24

25
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                        INDEX
 2                                        Page
 3   PROCEEDINGS                            8
 4   DIRECT EXAMINATION BY MR. SWAMINATHAN   10
 5                      EXHIBITS
 6   Exhibit                               Page
 7   A - Area 5 Supplemental Report - RFC SOLACHE
 8        REYES 449-451                    217
 9   B - Area 5 Supplemental Report - RFC SOLACHE
10        REYES 348-350                    218
11   C - Newspaper Article - SOLACHE 7474  230
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

STIPULATION

The VIDEO deposition of PHILIP CLINE was taken at
KENTUCKIANA REPORTERS, LLC, 730 WEST MAIN STREET SUITE
101, LOUISVILLE, KENTUCKY 40202, via videoconference in
which all participants attended remotely, on THURSDAY
the 14TH day of MAY, 2021 at approximately 10:08 a.m.;
said deposition was taken pursuant to the FEDERAL Rules
of Civil Procedure. The oath in this matter was sworn
remotely pursuant to FRCP 30.

It is agreed that BROOKE ANDREW, being a Notary Public
and Court Reporter, may swear the witness and that the
reading and signing of the completed transcript by the
witness is not waived.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                        PROCEEDINGS

 2

 3        COURT REPORTER:  My name is Brooke Andrew. I'm

 4   the video technician and court reporter today.

 5   Today is the 14th day of May, 2021.  The time is

 6   10:08 a.m.  We are convened by videoconference to

 7   take the deposition of Phil Cline, in the matters

 8   of Arturo DeLeon-Reyes versus Reynaldo Guevara,

 9   et al. and Gabriel Solache versus City of Chicago,

10   et al., pending in the United States District Court

11   for the Northern District of Illinois, Eastern

12   Division, Case number 1:18-CV-1028 and Case number

13   1:18-CV-2312.  Will everyone but the witness please

14   state your appearance, how you are attending, and

15   the location you are attending from, starting with

16   Plaintiff's counsel?

17        MR. SWAMINATHAN:  This is Anand Swaminathan

18   for Plaintiff Arturo DeLeon.

19        MR. STARR:  Sean Starr on behalf of Plaintiff

20   DeLeon as well.

21        MS. SUSLER:  Jan Susler on behalf of Plaintiff

22   Gabriel Solache.

23        MS. ROSEN:  Eileen Rosen on behalf of

24   Defendant City of Chicago and the witness.

25        MS. MCGRATH:  Megan McGrath on behalf of
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   Defendant Guevara.
 2        MS. ZEHNER:  Jessica Zehner on behalf of City
 3   of Chicago and the witness.
 4        MR. BURNS:  Dan Burns on behalf of Defendant
 5   Navarro.
 6        MR. BRENER:  Edward Brener on behalf of
 7   Defendants O'Malley, Brualdi, Worley, Varga, and
 8   Cook County.
 9        COURT REPORTER:  Thank you, Counsel.
10   Superintendent Cline, will you please state your
11   name for the record?
12        THE WITNESS:  Sure.  It's Philip Cline,
13   C-L-I-N-E.
14        COURT REPORTER:  Thank you.  Do all parties
15   agree that the witness is, in fact, Philip Cline?
16        MR. SWAMINATHAN:  We'll stipulate it.
17        MR. BURNS:  Yes.
18        MR. BRENER:  Yes.
19        MS. MCGRATH:  Yes.
20        MS. SUSLER:  Yes.
21        COURT REPORTER:  Thank you, Counsel.
22   Superintendent Cline, will you please raise your
23   right hand?  Do you solemnly swear or affirm that
24   the testimony you're about to give will be the
25   truth, the whole truth, and nothing but the truth?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                   THE WITNESS:  I do.
 2                   COURT REPORTER:  Thank you.  You may begin.
 3                        DIRECT EXAMINATION
 4  BY MR. SWAMINATHAN:
 5       Q    Okay.  Sir, please state and spell your name
 6  for the record.
 7       A    Sure.  It's Philip Cline,
 8  P-H-I-L-I-P C-L-I-N-
 9            E.
10       Q    Okay.  And just before we went on the record,
11  I had asked --
12              MS. SUSLER:  (Inaudible).
13              MR. SWAMINATHAN:  Jan, you have to put it on
14       mute.
15              MS. SUSLER:  Sorry.  Sorry.
16  BY MR. SWAMINATHAN:
17       Q    Sorry.  Sir, just before we went on the
18  record, I had asked about a respectful way to address
19  you.  You've obviously achieved substantial success in
20  your career and I wanted to be respectful of that.  You
21  indicated Mr. Cline is okay with you; is that fair?
22       A    That's fine.
23       Q    Okay.  All right.  Are you currently employed?
24       A    Yes.
25       Q    And what is your current position -- current
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 13 of 273 PageID #:7330
The Deposition of PHILIP CLINE, taken on May 31, 2024

11

 1    job?

 2         A    I'm the executive director of the Chicago

 3    Police Memorial Foundation.

 4         Q    And how long have you been in that position?

 5         A    14 years.

 6         Q    You collect a salary for that work?

 7         A    Yes.

 8         Q    Do you have any other current employment?

 9         A    No.

10         Q    Do you perform any work in your current

11    position in partnership with the FOP or Fraternal Order

12    of Police?

13         A    Not really, no.

14         Q    Do you have any role on the Fraternal Order of

15    Police?

16         A    No.

17              MS. ROSEN:  Objection.  Form.

18         Q    You may get to answer.

19         A    No.

20         Q    Are you currently collecting a pension from

21    the Chicago Police Department?

22         A    Yes.

23         Q    Are you currently collecting a pension from

24    any other organizations or entities other than Chicago

25    Police Department?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 293-2 Filed: 07/05/21 Page 14 of 273 PageID #:7331
THE DEPOSITION OF PHILIP CLINE taken 05-21 MARCH 2021

12

```
 1       A     No.
 2       Q     Do you have any other sources of income
 3   currently other than your pension and your current
 4   position as executive director?
 5             MS. ROSEN:  Objection to the relevance of
 6        these questions, but he can answer.
 7       A     Social Security.
 8       Q     Anything else?
 9       A     No.
10       Q     Okay.  In what year did you retire from
11   Chicago Police Department?
12       A     2007.
13       Q     All right.  I know you -- strike that.  Let me
14   just ask the question.  Approximately how many times
15   have you been deposed in the past, sir?
16       A     Hundred.
17       Q     All right.  I know you've been deposed many
18   times.  I will repeat some of what I'm sure you've heard
19   at the beginning of many depositions.  Obviously, this
20   is a question-and-answer session.  I will be asking you
21   questions.  You'll answer them and the court reporter is
22   going to take it down.  So let's try our best to -- let
23   me finish my question before you answer.  And then
24   similarly, I will let you finish your response before I
25   ask my next question, fair?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A    Yes.
 2        Q    Okay.  There will be many times during the
 3   deposition when you will know where my question is going
 4   to end and what I'm asking.  Just pause and let me
 5   finish getting in my question, okay?
 6        A    Yes.
 7        Q    I think it's happened once already in this --
 8   in the deposition.  Counsel will be making objections
 9   from time to time.  Please make sure you give her a
10   moment to make her objection before you respond so the
11   court reporter can get it down, okay?
12        A    Yes.
13        Q    Okay.  If I ask you a question and you don't
14   understand my questions, please let me know and I will
15   rephrase it; is that fair?
16        A    Yes.
17        Q    Likewise, if you answer my question, I'll
18   assume you understood my question; is that fair?
19        A    Yes.
20        Q    Okay.  If you need to take a break at any
21   point, let us know and we will -- and we will take a
22   break.  I just ask that you finish answering any pending
23   question before we take a break; is that fair?
24        A    Yes.
25        Q    Okay.  This is not a question that asks you on
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1  any specific medical conditions, it's a "yes" or "no"

 2  question.  So listen to my question carefully.  Do you

 3  have any medical conditions that would prevent you from

 4  being able to understand my questions and answer them

 5  truthfully today?

 6      A    No.

 7      Q    Are you taking any medications that would

 8  prevent you from being able to understand my questions

 9  and answer them truthfully today?

10      A    No.

11      Q    All right.  I have seen past testimony in

12  which you've talked about your work history at the

13  Chicago Police Department, but I'll just ask you to go

14  through it once for the record here so that I don't have

15  anything missing.  Could you just walk through -- that

16  sort of when you first joined the Chicago Police

17  Department and each of the positions you've held through

18  the time of your retirement in 2007?

19      A    In 1968, I became a cadet for Chicago Police

20  Department.  1970, I became a patrolman.  1972, I became

21  a detective.  1977, a sergeant.  1985, a lieutenant.

22      Q    Let me pause you there.  When you became a

23  lieutenant, what district were you working in?

24      A    The 21st District.

25      Q    Okay.  And in 1977 you made sergeant.  You

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   were working narcotics; is that right?
 2        A    I went to ten and then later narcotics.
 3        Q    Okay.  I get that you had 21st District as a
 4   lieutenant in 1985, and then keep going from there.
 5        A    Yeah.  From the lieutenant's position in 21, I
 6   was assigned Area 2 Violent Crimes.  From there --
 7        Q    And that was in 1986?
 8        A    Same year, '85.
 9        Q    Okay.
10        A    And then in 1989, I went to the 11th District
11   and 2004 I was -- I went -- 2003 I went to Gang
12   Investigations.
13        Q    You said 2003.  Do you mean 1993?
14        A    1993.  Yes.  I'm sorry.
15        Q    Thank you.
16        A    So '93, I went to Gang Investigations.  '94 I
17   was promoted to commander.  And went to Area 5
18   detectives.  In '98, I was transferred to the narcotic
19   section.  And then in 2000, I was promoted to deputy
20   chief of Organized Crime.  2001, I was promoted to chief
21   of detectives.  2003, I was promoted to first deputy and
22   the same year, 2003, I was superintendent.
23        Q    Okay.  So from 1985 to 1989, you were
24   lieutenant in Area 2 Violent Crimes; is that right?
25        A    Yes.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1    Q    Okay.  And then from '93 to 1994, you were a
 2  lieutenant over -- in the Gang Crime section; is that
 3  right?
 4    A    Yes.
 5    Q    Okay.  And then from 1994 to '98, you were
 6  commander over Area 5 detectives; is that right?
 7    A    Yes.  And I forgot one, I'd like to clear that
 8  up.
 9    Q    Please do.
10    A    From -- from '89 to '93, I was in the 11th
11  District.  In '93, I went to gangs.
12    Q    Okay.  In '80 -- from '89 to '93, when you
13  were a lieutenant in 11th District, what kind of
14  officers were you supervising in that position?
15    A    Initially, beat officers on the street and
16  then the tactical team.
17    Q    What kind of officers were on the tactical
18  team?
19    A    These were police officers from the 11th
20  district who were -- were selected to be in plainclothes
21  and -- and worked the street.
22    Q    And so their rank was patrol officer?
23    A    Yes.
24         COURT REPORTER:  I'm sorry to interrupt.  It
25    looks like Ms. Golden has joined the waiting room

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1      so I'm going to let her in.

 2              MR. SWAMINATHAN:  Okay.  Carrie, are you

 3      there?

 4              MS. GOLDEN:  I am.  Thanks, An.

 5              MR. SWAMINATHAN:  Sure.

 6  BY MR. SWAMINATHAN:

 7      **Q     In 1993 when you became a lieutenant in the**

 8  **Gang Investigation Section, what type of officers were**

 9  **you supervising there?**

10      A     Gang specialist.  That was a rank equal to

11  detective.  There was approximately 125 of them.

12      **Q     All right.  I appreciate you going through the**

13  **-- your background.  Just so I remember, where are you**

14  **today for purposes of this deposition?**

15      A     I'm sorry, I didn't understand the question.

16      **Q     Where are you today for this deposition? Where**

17  **are you taking this deposition from?**

18      A     At Rock Fusco's office.

19      **Q     Okay.  Do you live in the City of Chicago,**

20  **sir?**

21      A     Do I live in the City of Chicago?  No.

22      **Q     All right.  Let me start with your time**

23  **working in -- as a lieutenant at Area 2 Violent Crimes.**

24  **You were the commanding officer when you took that**

25  **position; is that right?**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1      A     Of the Violent Crime unit, yes.
 2      Q     Okay.  And you had detectives working under
 3   you?
 4      A     Yes.
 5      Q     Okay.  And you -- did all detectives at Area 2
 6   work under you or just detectives in certain sections?
 7      A     Just detectives in Violent Crimes.
 8      Q     Did that include homicides?
 9      A     Yes.
10      Q     Okay.  Who did you replace in that position?
11      A     Jon Burge.
12      Q     And who was your supervisor?
13      A     Bob Biebers.
14      Q     And he would have been the commander?
15      A     Yes.
16      Q     Do you know if he went on to another position
17   or if he retired?
18      A     I -- when I left there, I went to the 11th
19   district, he was still there but I don't know where.  I
20   think he retired shortly after that.
21      Q     Okay.  And in that position, as the Lieutenant
22   in Violent Crimes -- you were supervising violent crime
23   detectives and homicide detectives, correct?
24      A     Yes.
25      Q     And that term "violent crime detective" or
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 21 of 273 PageID #:7338
The Deposition of PHILIP CLINE, taken on MARCH 3, 2021

19

 1    "homicide detectives," are those terms we can use

 2    interchangeably -- means the same thing?

 3        A    Well, back then, Violent Crimes included

 4    homicide, sex, robbery.  Later on it was changed to --

 5    instead of homicide, it became -- a homicide unit was

 6    established again.  And then, robbery, burglary, theft

 7    was a separate unit.

 8        Q    Okay.  So at that time they were violent

 9    crimes detectives, not homicide detectives?

10        A    Right.  They would handle homicides, but they

11    were -- they also would handle robberies and non-fatal

12    shootings and stuff.

13        Q    Okay.  And so, at that time you were

14    supervising detectives.  Had you previously been a

15    detective yourself?

16        A    Yes.

17        Q    And that was in the period from 1974 to -- oh,

18    1972-1977; is that right?

19        A    Yes.

20        Q    Okay.  What types of cases did you investigate

21    when you were a detective?

22        A    Mostly narcotic and gang related.  If a

23    homicide happened on the case we were investigating, we

24    would help out with the homicide.  I was assigned --

25    during that time, I was assigned to DEA for several

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   years, so we'd handle a lot of major narcotic cases.
 2       Q    Okay.  So primarily you were doing narcotics
 3   cases, but sometimes you might have some involvement in
 4   violent crimes and homicides; is that fair?
 5       A    Yes.
 6       Q    Okay.  Going back to your period from 1985 on
 7   when you were a lieutenant supervising Violent Crimes
 8   detectives at Area 2, did you discipline any of the
 9   detectives working under your command when you were in
10   that unit?
11            MS. ROSEN:  Objection.  Form.  You can answer
12       if you understand the question.
13       A    I don't recall, as I sit here today, if I did
14   or not.
15       Q    Can you think of any instances when you had to
16   inflict any discipline upon any detectives working under
17   your command in that unit?
18            MS. ROSEN:  Objection.  Form.
19       A    Here again, as I sit here today, I can't
20   remember.
21       Q    When you came in as a lieutenant, you
22   indicated that you replaced Jon Burge, correct?
23       A    Yes.
24       Q    When you came into that position, did you come
25   to suspect that any detectives in that area had ever
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    been involved in abusing suspects?

2        A    Not to my knowledge.

3        **Q    Did you ever come to suspect that any of the**

4    **individuals working in that unit under you had been**

5    **engaging in misconduct during their interrogation of**

6    **suspects?**

7            MS. GOLDEN:  Object to foundation.

8            MS. ROSEN:  You can answer.

9        A    No.

10       **Q    Did you ever hear rumors that such conduct had**

11   **been occurring?**

12           MS. ROSEN:  Objection.  Form.  You can

13       answer.

14       A    Later I -- I know there was articles in the

15   media, but I don't know the time frame of that.

16       **Q    During the time that you were lieutenant in**

17   **overseeing Area 2 Violent Crime detectives, did you ever**

18   **hear any rumors about such conduct?**

19           MS. ROSEN:  Objection.  Form.

20       A    No.

21       **Q    You learned at some point that a special**

22   **prosecutor -- we'll strike that.  You learned that a**

23   **special prosecutor issued a report in 2006 about Jon**

24   **Burge at Area 2, correct?**

25           MS. ROSEN:  Objection.  Form.  Relevance.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        You can answer.

 2        A    Yes.

 3        Q    And you learned that the special prosecutor

 4   had found that Burge and others at Area 2 had, in fact,

 5   physically abused suspects, correct?

 6             MS. ROSEN:  Objection.  Form.  Relevance.

 7        You can answer.

 8        A    I don't recall exactly what the report said,

 9   but I know that was in there, that there was abuse.

10        Q    Okay.  When you read that report, what did you

11   think about those findings from special prosecutor?

12             MS. ROSEN:  Objection.  Form.  Relevance.

13        A    They were troubling.

14        Q    Did you have any opinions about whether the

15   special prosecutor's findings were true or not?

16             MS. ROSEN:  Objection.  Form.  Relevance.

17        Foundation.

18        A    No.

19        Q    Did you agree with the special prosecutor's

20   finding?

21             MS. ROSEN:  Objection to form.  Relevance.

22        Q    Did you disagree with the prosecutors --

23   strike that.  Did you disagree with the special

24   prosecutor's findings?

25             MS. ROSEN:  Objection.  Form.  Relevance.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1        A    That wasn't for me to decide.  I mean, I -- I
 2   read what he said.  But I wasn't privy to any of the
 3   evidence or information that he had.
 4        **Q    Did you have an opinion about whether that**
 5   **kind of conduct could have been occurring without**
 6   **supervisors knowing about it?**
 7             MS. ROSEN:  Objection.  Form.  Foundation.
 8        A    No.
 9        **Q    Do you have any explanation as to how that**
10   **could have been occurring in an area that -- under your**
11   **command without you having heard any rumors about it?**
12             MS. ROSEN:  Objection.  Form.  Calls for
13        speculation.  Foundation.  And relevance.
14        A    No.
15        **Q    In your view, could the sort of abuse**
16   **identified in the special prosecutor's report had been**
17   **going on without a commander knowing about it?**
18             MS. ROSEN:  Objection.  Form.  Foundation.
19        Calls for speculation, and relevance.
20        A    No.
21        **Q    In your view, could the sort of abuse**
22   **identified in the special prosecutor's report had been**
23   **going on without a lieutenant knowing about it?**
24             MS. ROSEN:  Objection.  Form.  Foundation.
25        Calls for speculation.  Relevance.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A    I have no opinion then.

2      Q    Sorry.  And maybe I misunderstood your answer

3  with regard to the -- with regard to the commander.  In

4  your view, could the sort of abuse identified in the

5  special prosecutor's report had been going on without

6  the commander knowing about it?

7           MS. ROSEN:  Same objection.

8      A    I would need more information whether someone

9  had told him anything or he had seen anything.  I can't

10 speculate.

11     Q    In other words, it's possible that such

12 conduct could have been occurring in an area without the

13 lieutenant or the commander finding out about it; is

14 that right?

15          MS. ROSEN:  Objection to form, foundation.

16          Calls for speculation.  Mischaracterizing his

17          answer.

18     A    I can't speculate on that.

19     Q    As when you were the Violent Crimes lieutenant

20 at Area 2, you were responsible for the interrogations

21 that were happening under your watch; is that right?

22          MS. ROSEN:  Objection.  Form.

23     A    Yes.

24     Q    Were you responsible for how detectives were

25 going about conducting their interrogations?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 27 of 273 PageID #:7344
The Deposition of PHILIP CLINE, taken on MARCH 3, 2021

25

```
 1                    MS. ROSEN:  Objection.  Form.

 2        A     Yes.

 3        Q     Can you vouch for what was happening in those

 4   interrogation rooms?

 5                    MS. ROSEN:  Objection.  Form.

 6        A     To my knowledge, there was no abuse.

 7        Q     And when you say "to your knowledge," are you

 8   able to say that because you're not aware of any abuse

 9   that, in fact, no abuse occurred?

10                    MS. ROSEN:  Objection.  I'm not sure I even

11          unders -- can you read back the question?  I don't

12          think I even understand.

13                    MR. SWAMINATHAN:  I can ask it again, Eileen.

14                    MS. ROSEN:  Okay.

15   BY MR. SWAMINATHAN:

16        Q     Can you say that because you're not aware of

17   any abuse occurring, that, in fact, no such abuse

18   occurred?

19                    MS. ROSEN:  Objection to form.  Foundation.

20          Calls for speculation.

21        A     I couldn't speculate on that.

22        Q     And -- so the record's clear.  I'm not

23   accusing you in any way of any misconduct.  I'm asking

24   you -- let me be clear on the record.  Did you ever --

25   did you ever become aware of any claims of abuse by
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-2 Filed: 07/05/21 Page 28 of 273 PageID #:7345
The Deposition of PHILIP J. CLINE, taken on May 3, 2024

26

```
 1    detectives working in your command -- under your command

 2    at Area 2, while you were -- while you were the

 3    lieutenant?

 4              MS. ROSEN:  Objection.  Form.  Foundation.

 5       A    No.

 6       Q    Okay.  And the fact that -- strike that.  That

 7    doesn't mean that no such conduct occurred.  In other

 8    words, you're not vouching for what actions every

 9    detective took in every interrogation; do I have that

10    right?

11              MS. ROSEN:  Objection.  Form.  Foundation.

12       A    Yes.

13       Q    Okay.  When you were the lieutenant in Area 2

14    Violent Crimes, where was your office?  Where did you

15    sit?

16       A    Right outside the squad room.  There's Violent

17    Crimes office.  My office was right next to it, and --

18    and the squad room and the area rooms were all right

19    outside there.

20       Q    Okay.  Was there a sort of open area where the

21    detectives sat?

22       A    Yes.

23       Q    Okay.  And then there were interrogation rooms

24    off of that open area, correct?

25       A    Yes.
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 29 of 273 PageID #:7346
THE DEPOSITION OF PHILIP CLINE, taken on MARCH 3, 2021

27

```
 1        Q    And then there was a separate room where you
 2   sat; is that right?
 3        A    Yes.
 4        Q    And who else sat in that office or that other
 5   area, was it just lieutenants?
 6        A    The lieutenant's office was just for the
 7   lieutenant.  It was very small, probably five-by-seven
 8   or something like that.
 9        Q    And was it directly off the main floor?
10        A    There was a entrance to the Violent Crime
11   administrative office and then my office was right
12   there.
13        Q    And then where were the -- where did the
14   sergeant sit?
15        A    They would be out in the squad room.
16        Q    And what about the commander?
17        A    He had an office down the hall.
18        Q    And when you were at the area, where would you
19   typically spend your time when you were1 at Area 2, the
20   lieutenant Area 2 Violent Crime?  Were you typically in
21   your office?
22             MS. ROSEN:  Objection.  Form.
23        A    In my office or in the squad room talking to
24   the detectives, seeing what the cases were, whether they
25   needed any help with anything.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q      Would you go out in the street?

 2        A      Yes.

 3        Q      How often would you go out in the street as a

 4  lieutenant in Area 2 Violent Crimes?

 5        A      Every day.

 6        Q      And what -- you -- what shift would you work?

 7        A      I worked either days or the Property Crimes

 8  lieutenant would work nights and then we'd flop every

 9  month.

10        Q      And days means 4:00 to 12:00?

11        A      Days would be, like, 9:00 to 5:00 and

12  afternoons would be 5:00 until 1:00 in the morning.

13        Q      Okay.  So let me make sure I have the

14  terminology right.  Days, would that be the -- would

15  that be second shift?

16        A      Yes.

17        Q      Okay.  And that would be basically the morning

18  until the early afternoon?

19        A      Yes.

20        Q      Okay.  And then nights is third watch; is that

21  right?

22        A      Yes.

23        Q      Something like 4:00 p.m. to midnight?

24        A      That's correct.

25        Q      Okay.  So you -- when you were a lieutenant at
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   Area 2 Violent Crimes you worked -- typically worked the
 2   second shift days and then sometimes you would work
 3   nights or third shift; is that right?
 4        A    Every month we'd flip-flop.  Like I said, the
 5   Property Crimes lieutenant and -- and myself had to be
 6   on opposite shifts.
 7        Q    Okay.  Was there any other lieutenant working
 8   Area 2 Violent Crimes?
 9        A    No.
10        Q    And was there any supervisor -- strike that.
11   Was there any lieutenant working the midnight shift or
12   first shift?
13        A    No.
14        Q    Who was -- was there a sergeant that worked
15   the midnight shift?
16        A    There was several sergeants -- like three --
17   because the days off, you had to always have somebody
18   available.
19        Q    So was the high -- on midnight shift, who was
20   the highest-ranking officer who was there at Area 2
21   Violent Crime?
22        A    The sergeant.
23        Q    I want to ask you a little bit about the
24   policies that were in place when you were the lieutenant
25   at Area 2 Violent Crimes, were those policies any
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    different than the policies that applied when you had

2    been a detective back in 1972 to 1977?

3                MS. ROSEN:  Objection to form.  Foundation

4        vague.  If you can answer the question, then go

5        ahead.

6    A    Not that I can think of.

7    **Q    Had there been any changes in policies that**

8    **you can recall that from what had been applied to you as**

9    **a detective to what now apply to the detectives working**

10   **under your supervision?**

11               MS. ROSEN:  Objection.  Form.  Foundation.

12   A    The reports on GPR, is General Progress

13   Reports, came out about that time, but I don't remember.

14   They were already in place when I got to the area.

15   **Q    Okay.  So there had been some requirement of**

16   **GPRs that had come into place before you became the**

17   **lieutenant at Area 2 Violent Crimes, correct?**

18   A    Yes.  That weren't -- wasn't in '72 when I

19   made detective.  There were no GPRs.

20   **Q    Okay.  And so, what is your understanding of**

21   **what that GPR policy required of your detectives working**

22   **under you when you were lieutenant?**

23               MS. ROSEN:  Objection.  Form.  Foundation.

24   A    If they were going to take notes, they needed

25   to take them on a GPR.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q    And so when you were the lieutenant overseeing

2    the Violent Crimes detectives, you were familiar with

3    that policy change that had taken place; is that right?

4             MS. ROSEN:  Objection.  Form.

5      A    Yes.

6      Q    Did you ever get training on that policy

7    change?

8             MS. ROSEN:  Objection.  Form.  Foundation.

9      A    I don't recall if there was formal training,

10   but, I mean, there was guidelines that were handed out

11   but I don't remember if I ever had any formal training.

12     Q    And do you know if there was any formal

13   training given to your detectives working under you?

14            MS. ROSEN:  Objection.  Form.  Foundation.

15     A    Yeah, new detectives were all trained in the

16   use of GPRs.

17     Q    And how was that training conducted?

18            MS. ROSEN:  Objection.  Form.  Foundation.

19     A    At the academy, they went through, like, a

20   month of pre-detective training and that was one of the

21   things that was included with GPRs.

22     Q    And then, for detectives who had already gone

23   through detective training, was there any training,

24   formal training for them about that policy change?

25            MS. ROSEN:  Objection.  Form.  Foundation.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1      A     The sergeants would be responsible for

 2  training them at roll call.

 3      Q     Do you know if that training occurred?

 4      A     Yes.

 5      Q     And how do you know that that training

 6  occurred?

 7      A     I was told that it occurred by sergeants at

 8  the area.

 9      Q     Okay.  Once the GPR requirement had come into

10  place, that was a substantial change from how detectives

11  had taken notes in the past; is that right?

12            MS. ROSEN:  Objection to form.

13      A     Yes.

14      Q     And explain how it how it was done previously

15  before that change.

16      A     Detectives would take notes on any piece of

17  paper and then they were supposed to put it in the file

18  and this had -- the GPR had ID numbers on it and had to

19  be approved by a supervisor so that it tightened up the

20  rules regarding notetaking.

21      Q     And why would -- and why was that necessary?

22            MS. ROSEN:  Objection to form.  Foundation.

23      A     I believe there was a court case that came out

24  on it, but I don't know the information yet as I sit

25  here.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-2 Filed: 07/05/21 Page 35 of 273 PageID #:7352
The Deposition of PHILIP CLINE, taken on May 13, 2014

33

 1      Q    Then would you agree there was some opposition
 2  from detectives to that change that required them to
 3  stop taking personal notes and put them onto these
 4  official GPRs?
 5            MS. ROSEN:  Objection.  Form.  Foundation.
 6      Mischaracterizes his testimony.
 7      A    Not that I heard of.
 8      Q    Would you say that detectives started using
 9  GPRs, they sort of grudgingly agreed to use GPRs?
10            MS. ROSEN:  Objection.  Form.  Foundation.
11      A    Not -- not begrudgingly.  I mean, a lot of
12  them welcomed it because it was -- they were -- they
13  were all given notebooks with GPR forms on them and if
14  you see detectives on the street, you'd always see them
15  carrying a blue notebook with the police star on it.
16      Q    And before that, you had -- when you had been
17  a detective, what did you use to take notes?
18      A    Anything that was around, any kind of notepads
19  or, and you were responsible for turning it in.
20      Q    Did you use any kind of, like this, like a
21  legal pad or steno pad or anything like that?
22      A    Yes.
23      Q    Okay.  That was your typical practice back
24  when you'd been a detective?
25            MS. ROSEN:  Objection.  Form.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 36 of 273 PageID #:7353
The Deposition of PHILIP CLINE, taken on MAY 3, 2024

34

```
 1      A     Yes.
 2      Q     And you took notes as a detective; is that
 3   right?
 4      A     Yes.
 5      Q     Had you been trained to take notes as a
 6   detective?
 7      A     Yes.
 8      Q     Was that part of your training in detective
 9   school?
10      A     Yes.
11      Q     Was that part of the training with the
12   detectives that work under -- worked under you when you
13   were a lieutenant at Area 2 Violent Crimes?
14            MS. ROSEN:  Objection.  Form.  Foundation.
15      A     Yes.
16      Q     Did you consider note-taking important to your
17   work as a -- when you were a detective?
18      A     Yes.
19      Q     And why -- what do you use notes for as a
20   detective?
21      A     To record what either information that you
22   gleaned or from trying to get statements down from what
23   people said.
24      Q     Did you take notes on the things that
25   witnesses would tell you when you spoke to them?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1       A       Yes.

2       Q       And did you use those notes to help you write

3   reports?

4       A       Yes.

5       Q       Did you view your notes as -- did you view

6   notetaking as critical to your ability to write accurate

7   reports?

8               MS. ROSEN:  Objection.  Form.

9       A       I think each case and each person is

10  different.

11      Q       Did you have any detectives that you worked

12  with who simply didn't take any notes?

13      A       Some detectives took more notes than others.

14  Like I said, it was an individual thing.

15      Q       So some detectives took more notes, some

16  detectives took less notes, but were there some

17  detectives who took no notes?

18      A       Not that I'm aware of.  I never came across

19  anybody.

20      Q       When you were a lieutenant supervising

21  detectives, would you say your detectives -- well,

22  strike that -- your detectives had been trained to take

23  notes, right?

24              MS. ROSEN:  Objection.  Form.

25      Q       And they'd been trained to use notes to assist

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   them in their report writing, correct?
 2              MS. ROSEN:  Objection.  Form.
 3        A    Yes.
 4        Q    They'd been trained that taking notes was
 5   important to writing thorough and accurate supplementary
 6   reports, correct?
 7              MS. ROSEN:  Objection.  Form.
 8        A    There again, it depended on each detective's
 9   ability, with some having better memory than other
10   detectives.  So it's different for each detective.
11        Q    I'm sorry, but --
12        A    They should take them on a GPR.
13        Q    When the detectives were trained in detective
14   school who were working under you as lieutenant, was it
15   your understanding that they were trained to write
16   thorough and accurate reports?
17              MS. ROSEN:  Objection.  Form.
18        A    Yes.
19        Q    And were they trained that notes were an
20   important piece of being able to write thorough and
21   accurate reports of the various investigative steps they
22   were taking?
23              MS. ROSEN:  Objection.  Form.
24        A    I don't know if they were trained that or not.
25        Q    Did you have any expectations -- well, strike
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  that -- the detectives working under you as a

2  lieutenant, did they take notes?

3     A    Yes.

4     Q    Did you consider that to be good detective

5  work, to be taking notes?

6          MS. ROSEN:  Objection.  Form.

7     A    It's part of it.

8     Q    Did you consider taking notes to be one of the

9  important things that a detective -- a good detective

10 does?

11         MS. ROSEN:  Objection.  Form.  Foundation.

12    A    There again, it depends on each detective,

13 what their abilities are.

14    Q    Was it your expectation that detectives

15 working under you would be taking notes as they

16 conducted investigations?

17         MS. ROSEN:  Objection.  Form.

18    A    There again, it depends on each case.

19    Q    Did you have any detectives working under you

20 that simply took no notes?

21         MS. ROSEN:  Objection.  Form.  Asked and

22    answered.

23    A    Not that I'm aware of.

24    Q    If you had that -- you understood that some

25 detectives might take more detailed notes, some

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    detectives might take less detailed notes, and there was
 2    no rules around, you know, whether you needed to take
 3    really detailed notes or not; is that fair?
 4              MS. ROSEN:  Objection.  Form.
 5    A    Yes.
 6    Q    There was an expectation that detectives
 7    document any pertinent information they learned during
 8    the investigation, right?
 9    A    Yes.
10    Q    If you had learned of a detective that simply
11    took no notes at all, would that cause you concern?
12              MS. ROSEN:  Objection.  Form.  Foundation.
13    A    Not necessarily, because if his case report
14    had all the information on there, then I'd be satisfied
15    with that.
16    Q    Would you have any concerns about a detective
17    writing reports entirely from memory about witness
18    interviews?
19              MS. ROSEN:  Objection.  Form.  Foundation.
20    A    No.  Like I said before, each individual
21    detective's abilities dictate what -- what they're going
22    to -- how many notes they're going to take, if any.
23    Q    If you had a detective who was writing
24    reports, you know, several days after talking to
25    witnesses and doing so entirely from memory, would you
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   have concerns about whether their reports were thorough
 2   and accurate?
 3              MS. ROSEN:  Objection.  Form.  Foundation.
 4       A    No.
 5       Q    When you wrote your reports, could you write
 6   them thoroughly and accurately without the aid of notes?
 7              MS. ROSEN:  Objection.  Form.
 8       A    I don't understand the question.
 9       Q    When you took notes, just strike that -- when
10   you wrote reports as a detective, could you write them
11   thoroughly and accurately without relying on any notes?
12              MS. ROSEN:  Objection.  Form.
13       A    It would depend on the case.
14       Q    When you were interviewing witnesses, did you
15   typically take notes?
16              MS. ROSEN:  Objection.  Form.
17       A    Yes.
18       Q    And when your detectives working under you
19   interviewed witnesses, did they typically take notes?
20              MS. ROSEN:  Objection.  Form.
21       A    Each case is different.
22       Q    I want to ask you about street files.  Are you
23   familiar with that term?
24              MS. ROSEN:  Objection.  Form.
25       A    Yes.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q     What is a street file?

 2               MS. ROSEN:  Objection.  Form.  Foundation.

 3        A     Street file was a file that kept notes.  Other

 4   things that weren't on a case report, might be a

 5   Polaroid photo of some piece of evidence.  Anything that

 6   wasn't inventoried or wasn't part of the case report

 7   would become part of the street file.

 8        Q     And then, when you were a lieutenant

 9   overseeing Area 2 Violent Crime detectives, did the

10   detectives have street files?

11               MS. ROSEN:  Objection.  Form.

12        A     Yes.

13        Q     And then, when you later were in other

14   positions supervising detectives, correct?  We'll talk

15   about that in a minute, but -- strike that.  You were

16   later on in other positions supervising detectives,

17   correct?

18        A     Yes.

19        Q     And did your detectives at that time use --

20   continue to use street files?

21               MS. ROSEN:  Objection.  Form.  Foundation.

22        A     When you say "street file," I'm talking about

23   the official file that's kept in the area with those

24   things that I discussed earlier.

25        Q     Yeah.  So explain that to me again.  So when
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    you say "street file," is it something that detectives

2    take out on the street with them, is it something that

3    sits in the office; what is it?

4              MS. ROSEN:  Objection.  Form.

5        A    Mostly it's in the office.  What it is, is you

6    collect items that aren't inventory, that -- might have

7    taken a Polaroid picture of something and put it in the

8    file so it helps the other detectives that are working

9    that case see it.  But the original GPR is going to the

10   street file.  I can't think right now of anything else

11   that might have gone in there, but those would be types

12   of things.

13       Q    Okay.  And then in addition to the street

14   file, would that also sometimes be referred to as the

15   investigative file?

16       A    Yes.

17       Q    Okay.  And where would -- when you were at

18   Area 2 Violent Crimes, where was that file kept in the

19   office?

20       A    We had one detective that was responsible for

21   the street files and he would keep them in the

22   administrative office of the lieutenant.

23       Q    And then any detectives could come in and

24   access that file if they needed it; is that right?

25       A    Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 44 of 273 PageID #:7361
The Deposition of PHILIP E. CLINE, taken on MARCH 3, 2021

42

 1    Q    And if you had detectives actively working the
 2  case, they could hold on to that street file; is that
 3  right?
 4    A    No.  They were supposed to turn it in every --
 5  at the end of their shift so that the next shift that's
 6  working on it, they have the same information to be
 7  privy to.
 8    Q    And all of the notes from those detectives
 9  should be in that street file; is that right?
10    A    On GPRs and in that street file.
11    Q    And as the lieutenant, was that your
12  expectation about what would be happening?
13    A    Yes.
14    Q    And that policy about using street file, using
15  -- strike that.  That investigative file and keeping
16  everything in that investigative file, including notes,
17  that was part of the policy change that took place based
18  on some litigation, correct?
19    A    Yes.
20    Q    Did you have an opinion about whether that
21  policy change was good or bad?
22         MS. ROSEN:  Objection.  Form.  Relevance.
23    A    I thought it was good.
24    Q    Did you conduct any audits when you were the
25  lieutenant at Area 2 Violent Crimes to determine whether

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   the new policies related to street files were being
 2   followed?
 3        A    I remember doing audits and also having the
 4   sergeant's audit, but I don't recall, as I sit here
 5   today, exactly what took place.  But I remember we had
 6   to audit the files.
 7        Q    And what did that audit consist of?
 8        A    A supervisor would go through the file and
 9   make sure that the -- the proper reports were in there,
10   that the GPRs were approved, everything that -- to get
11   these files ready for court or continue the
12   investigation of unsolved crimes.
13        Q    And how many times were audits of the street
14   files conducted?
15        A    As I sit here today, I don't remember.
16        Q    And were these sort of regular check-ins to
17   make sure the files were as they were supposed to be, or
18   were they specific to assessing compliance with the
19   policy change?
20        A    Both.
21             MS. ROSEN:  Objection.  Form.
22        Q    So let me ask this.  Before the policy --
23   before the policy change, was there sort of routine
24   check-ins on the files to make sure things had been
25   signed and approved and those kinds of things that would
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 46 of 273 PageID #:7363
THE DEPOSITION OF PHILIP CLINE, taken MARCH 3, 2021

44

```
 1    take place?

 2         A    As I sit here today, I don't know.

 3         Q    Okay.  And then, were there any unique reviews

 4    of the files that were done that were specific to see

 5    whether the street files policy change was being

 6    followed?

 7              MS. ROSEN:  Objection.  Form.

 8         A    That was part of the audit.

 9         Q    Okay.  And that's what I'm trying to

10    understand.  Was that an audit that was already

11    occurring or was it an audit specifically to address

12    this policy change?

13         A    As far as I know, that was because of the

14    policy change, because there were --

15         Q    And how --

16         A    -- no GPRs before then.

17         Q    Okay.  And that audit, what was it -- what was

18    it -- what was it looking for in the files they were

19    reviewed?

20         A    Compliance with the policies and their rules

21    and regulations.

22         Q    And so, what were they -- what were they

23    looking for in the file that would indicate compliance

24    or non-compliance?

25         A    That the GPRs were in there and that any other
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  type of evidentiary value was in there that wasn't

2  either inventoried or sent downtown with the initial

3  reports.

4      **Q    And who conducted those audits?**

5          MS. ROSEN:  Objection.  Asked and answered.

6      A    It was the supervisors, sergeants and the

7  lieutenant.

8      **Q    And did you participate in those audits?**

9      A    Yes.

10     **Q    And what were the results of the audit?**

11     A    I'd say mostly compliant.  If there was

12  something that wasn't compliant, the supervisor would

13  order the detective to correct it.

14     **Q    Were there any were -- strike that.  How many**

15  **such audits occurred while you were the lieutenant at**

16  **Area 2 Violent Crimes.**

17     A    As I sit here today, I don't remember.

18     **Q    Was it one, was it five, was it ten?  Give me**

19  **a general ballpark.**

20          MS. ROSEN:  Objection to form.  Foundation.

21     Asked and answered.

22     A    I think they were, like, quarterly or

23  something like that, if I remember.  Not sure as I sit

24  here today.

25     **Q    And then, approximately how many files were**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page: 48 of 273 PageID #:7365
THE DEPOSITION OF PHILIP CLINE - taken 01-MAY-2024

46

```
 1    looked at as part of these reviews?
 2              MS. ROSEN:  Objection to form.  Foundation.
 3        A    It would be the unsolved murders, solved cases
 4    that had been put together, and then they would be
 5    shipped down to records downtown to keep.
 6        Q    I'm sorry.  So how many files were being
 7    looked at as part of these audits or reviews?
 8        A    It would depend on the number of unsolved
 9    homicides, and that could be hundreds.  I also had a
10    policy of every unsolved homicide had to be looked at
11    every six months by the different detectives to -- to
12    make sure that nothing was missed.
13        Q    And so, was that part of the same audit
14    process you're talking about, or that was something
15    different?
16        A    That was something different.
17        Q    So are you saying that each quarter, hundreds
18    of homicide files were looked at specifically to assess
19    compliance with the policy change around street files?
20              MS. ROSEN:  Objection.  Form.  Foundation.
21        A    As I remember it today, yes.
22        Q    Okay.  And that was -- and that hundreds --
23    those hundreds of files were looked at by the
24    supervising sergeants; is that right?
25        A    Yes.  And a lieutenant.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q     And for each of these quarters -- each of
 2   these audits, how many files did you look at personally?
 3              MS. ROSEN:  Objection.  Form.  Foundation.
 4        A     I don't remember as I sit here today.
 5        Q     And what did you do with the audit?  Were
 6   there any documentation of the audit results that were
 7   created?
 8              MS. ROSEN:  Objection.  Form.
 9        A     I don't recall.
10        Q     Did you generate any kind of report based on
11   those audits?
12              MS. ROSEN:  Objection.  Form.
13        A     I don't remember.
14        Q     Now, even after the policy changed, detectives
15   sometimes took notes on things other than GPRs; is that
16   true?
17        A     Possible.  Yes.
18        Q     And was that considered improper, or was that
19   something that would come up in the audit?
20        A     Well, they would have to explain why they
21   didn't use the GPR, and there might have been a reason
22   for it.  But the supervisor would make sure that that
23   piece of paper got into the investigative file or --
24        Q     Go ahead.
25        A     No.  That's my answer.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q    Did you have some detectives who still
 2   preferred to take notes in their own pads?
 3              MS. ROSEN:  Objection.  Form.  Foundation.
 4        A    No.  Because they were corrected when they
 5   didn't use a GPR -- and usually all you had to say it is
 6   one time and they would go to using a GPR.
 7        Q    If a detective took notes on something other
 8   than a GPR, would it be okay for them to then transfer
 9   that information over to a GPR and get rid of the other
10   sheet of paper?
11              MS. ROSEN:  Objection.  Form.  Foundation.
12        A    They're not supposed to.  They're supposed to
13   keep the original piece of paper that would go in the
14   investigative file and the GPR would also go in the
15   investigative file.
16        Q    Did you have any detectives who had the
17   practice of using their own notes and then transferring
18   it over to GPRs?
19              MS. ROSEN:  Objection.  Form.
20        A    Not that I'm aware of.
21        Q    If you did, would you have concerns about
22   that?
23              MS. ROSEN:  Objection.  Form.
24        A    Yes.
25        Q    And you were talking about open homicide file
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     cases, and those were the kind of cases that were

2     audited; is that right?

3        A     Yes.

4        Q     And then -- and what would happen with the

5     closed homicide files? Those wouldn't be part of the

6     audit?

7        A     They would be looked at once they were

8     cleared. And the administrative detective that's

9     responsible for the homicide files would make sure that

10    everything was in there is supposed to be in there, and

11    then that file would be shipped down to records for

12    retention.

13       Q     When a case went from being an open case, you

14    know, then you'd get charges and it would become a

15    closed case, what steps would be taken with the street

16    file, at that point?

17          MS. ROSEN: Objection. Form.

18        A     That's the file I'm talking about, the

19    investigative file.

20       Q     Yeah. So what would happen with that

21    investigative -- once it was an open case -- strike

22    that. When a case is closed and it goes from being an

23    open investigative file to a closed file, what happens

24    at that state with the investigative file?

25        A     Like I said, the administrative detective

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 52 of 273 PageID #:7369
The Deposition of PHILIP CLINE, taken on MAY 3, 2024

50

1  would -- would look at it to make sure everything is in

2  there.  It would then be shipped downtown and kept in

3  the permanent retention file.

4      **Q    Would there -- would duplicates of documents**

5  **and things be removed from the file?**

6          MS. ROSEN:  Objection.  Form.

7      A    I don't understand your question.

8      **Q    If there was information in the file that was**

9  **duplicative, if there were, like, copies of the same**

10 **thing, would those things be removed from the file?**

11         MS. ROSEN:  Objection.  Form.  Foundation.

12     A    They -- I'm not aware of anybody doing that,

13 but I mean, no, the file wouldn't be -- he'd be -- he'd

14 make sure that the reports that had been generated, the

15 case reports, were in there.  Any GPR should be in

16 there.  And then ship it down.

17     **Q    Was there any process for inventorying or**

18 **indexing the documents that were in the investigative**

19 **file?**

20         MS. ROSEN:  Objection.  Form.

21     A    No.  Because that was the purpose of the

22 investigative files, is to hold those documents that

23 weren't case reports, mostly being GPRs.

24     **Q    Other than the investigative file kept in the**

25 **lieutenant's office, was there any other locations where**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   files related to homicide were kept at the area?

 2       A    No.

 3       Q    All right.  I want to -- after you had been at

 4   Area 2 Violent Crimes, you went over to the 11th

 5   district that we talked about in 1989, right?

 6       A    Yes.

 7       Q    Who was your supervisor there?

 8       A    I think Gibson.

 9       Q    He was the commander?

10       A    Yes.

11       Q    Okay.  And then in 1993, you went over to the

12   Gang Investigation Section, correct?

13       A    Yes.

14       Q    Okay.  And who were your supervisors when you

15   were the lieutenant at the gang unit?

16       A    Commander Bob Dart, and there was another

17   commander when Dart left, and I can't remember his name

18   as I sit here today.

19       Q    Okay.  And you worked out of Maxwell Street?

20       A    Yes.

21       Q    And at that point, all Gang Crimes officers

22   were working out of Maxwell Street; is that right?

23       A    Yes.

24       Q    Okay.  And were all Gang Crimes files kept at

25   Maxwell Street?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 54 of 273 PageID #:7371
The Deposition of PHILIP CLINE, taken on MARCH 3, 2021

52

```
 1              MS. ROSEN:  Objection.  Form.  Foundation.
 2        A    As I sit here today, I believe so.  But I'm
 3   not sure.
 4        Q    Were there any files for the Gang Crimes
 5   officers that were kept anywhere other than at the Gang
 6   Crimes offices, that you're aware of?
 7              MS. ROSEN:  Objection.  Form.  Foundation.
 8        A    No.
 9        Q    "Gang crimes specialist," you indicated, were
10   the -- was the title of the folks who worked under you,
11   correct?
12        A    Yes.
13        Q    And then, what type of work would the Gang
14   Crimes specialist do?
15        A    The -- when I was sent to Gang Investigations,
16   that was -- that was a new unit.  The Gang Crimes unit
17   before that had been out in the areas and Willie Lloyd
18   had just got out of the penitentiary.  And he was the
19   leader of the Vice Lords and he had a limo pick him up
20   and he had a long fur coat on, and they wanted us to
21   open up a case on Willie Lloyd because he was getting
22   too much attention out there; he was trying to get all
23   the Vice Lords together, it was going to be a big gang
24   problem.  So we opened up what we called back then,
25   "Street corner conspiracy cases" on Willie Lloyd and his
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1 organization, and then also on other gang leaders.  And
2 so it turned more from street work to investigative work
3 for the gang specialist.  And they were very successful
4 in putting Willie Lloyd in jail, putting Jack Bobo in
5 jail, as well as the other top gang leaders.  So their
6 working changed when they went to Gang Investigations.
7 **Q     And -- the part I just didn't understand is in**
8 **what way their work changed when they went to Gang**
9 **Investigations?**
10                 MS. ROSEN:  Objection.  Form.
11     A     Well, they were -- they were more street-
12 oriented before.  They would be out there on the street,
13 you know, looking for gang members.  And this way, we
14 were looking at the hierarchy and doing wiretaps and
15 more sophisticated investigations.
16 **Q     So their work became more investigative in**
17 **nature?**
18     A     Yes.
19 **Q     And did Gang Crimes specialists assist**
20 **detectives in investigation?**
21     A     Yes.
22 **Q     Did they assist detectives at homicide**
23 **investigations?**
24                 MS. ROSEN:  Objection.  Form.
25     A     Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q     Did they assist detectives in interviewing
 2   suspects and witnesses?
 3              MS. ROSEN:  Objection.  Form.
 4        A     Yes.
 5        Q     Would Gang Crimes officers conduct interviews
 6   of suspects and witnesses in homicide investigations?
 7              MS. ROSEN:  Objection.  Form.
 8        A     They would be there, but the detectives would
 9   handle the actual interviews.
10        Q     Would -- they would be -- would Gang Crimes
11   specialists ever conduct interviews of suspects or
12   witnesses on their own in homicide cases?
13              MS. ROSEN:  Objection.  Form.  Foundation.
14        A     Witnesses, I believe, yes.  Suspects, I think
15   that detectives were always involved.
16        Q     Okay.  And the distinction there is that when
17   you had folks at the station who were going to be
18   subjected to a -- who were suspect and going to be
19   questioned in a custodial interrogation, you'd have the
20   detective there, right?
21              MS. ROSEN:  Objection.  Form.  Foundation.
22        A     That was the hope they have, yes.
23        Q     And that would happen at area -- that would
24   happen at the detective area?
25        A     Correct.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q     But interviews of the people out in the
 2   streets, that could happen by Gang Crimes specialists,
 3   right?
 4        A     Yes.
 5        Q     That was one of the ways that Gang Specialists
 6   assisted in homicide investigations, correct?
 7        A     Yes.  And they trained to develop informants
 8   that were part of that gang and to get information on
 9   the gang's activities.
10        Q     Did -- were there Gang Crimes offices --
11   strike that.  Were there interrogation rooms to the Gang
12   Crimes offices at Maxwell Street?
13        A     I can't remember.  I don't -- I don't think we
14   had any interview room there.  Because this was the old
15   building, so I don't remember any.  You know, we had --
16   we might have used a sergeant's office or a lieutenant's
17   office to do the interviews, but I don't remember any
18   specific interview rooms.
19        Q     Okay.  So gang specialists would conduct
20   interviews, at times, at Nashville Street.  They just
21   didn't have interview rooms; is that right?
22        A     That's correct.
23        Q     Did gang specialists keep gang books?
24              MS. ROSEN:  Objection.  Form.  Foundation.
25        A     Yes.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q      And what were the gang books used for?
 2               MS. ROSEN:  Objection.  Form.
 3        A      Information on the gangs, photos of gang
 4   members.
 5        Q      And those were organized or categorized by
 6   gang membership, right?
 7        A      Yes.
 8        Q      There are different gang books for different
 9   gangs?
10        A      Yes.
11        Q      And those could be shown -- could those be
12   shown -- could those be taken out of the Maxwell Street
13   offices?
14        A      Yes.
15        Q      Did you have detectives who had come over to
16   Maxwell Street to work with Gang Crimes specialists?
17        A      Yes.
18        Q      Was that typical?
19        A      Yes.
20        Q      And did you -- was it common for Gang Crimes
21   specialists to go over to the areas to meet with
22   detectives?
23        A      Yes.
24        Q      And in what ways would Gang Crimes specialists
25   working on homicide investigations document the work
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   they did to assist in homicide investigations?

 2             MS. ROSEN:  Objection.  Form.  Foundation.

 3        A    There was a -- a similar form as to a GPR that

 4   was made for gangs and their graphics.

 5        Q    And what was that form called?

 6        A    I think it was the N6, or something, it was

 7   called.  But it was the same as a GPR -- the whole idea

 8   about it was if you were going to take notes, take it on

 9   this and make sure it gets turned in with the final

10   report.

11        Q    And was there, similarly, a file at the Gang

12   Crimes offices, where all of those forms were supposed

13   to be kept -- those notes were to be kept?

14             MS. ROSEN:  Objection.  Form.  Foundation.

15        A    Yes.

16        Q    Okay.  And were those forms kept as part of

17   the file related to a specific case or investigation?

18        A    Yes.

19             MS. ROSEN:  Objection.  Form.  Foundation.

20        Q    And then at the end of the process, or, you

21   know, if a case closed or an arrest was made, where

22   would those notes on those forms go?  Would they stay at

23   the Gang Crimes office or would they go somewhere else?

24             MS. ROSEN:  Objection.  Form.  Foundation.

25        A    As I sit here, I don't remember where they'd
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    go.
 2         Q    You don't think --
 3              MS. ROSEN:  I'm just going to interject,
 4         sorry, and I just want to interject here.  You've
 5         been going on for at least ten minutes now on Gang
 6         Crimes in 1995 and getting crime specialists and
 7         the ins and outs of Maxwell Street.  There is no
 8         connection in this law to Reyes' case, to Gang
 9         Crimes, Gang Crime specialists. I've let you go
10         just by way of background, but I think you're sort
11         of crossing the limits here of what's relevant for
12         purposes of this case and this deposition.
13              MR. SWAMINATHAN:  Okay.  That -- and I only
14         have a few more questions on this topic, so I don't
15         think there's much for me to debate it with you and
16         I think that that's fair.
17    BY MR. SWAMINATHAN:
18         Q    At some point, those the offices at gang --
19    the Maxwell Street Office of Gang Crimes was closed,
20    correct?
21         A    Yes.
22         Q    And in fact, all the Gang Crimes officers then
23    became detectives, correct?
24         A    Yes.
25         Q    When that happened, did they go through
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    detective training?

2        A    Yes.

3        Q    Okay.  So they had to go through a new round

4    of training to be -- once they got that title of

5    detective?

6        A    Yes.

7        Q    Okay.  And all the files that had been kept at

8    Gang Crimes offices, where did those go?

9            MS. ROSEN:  Objection.  Form.  Foundation.

10       A    I don't know.

11       Q    Later in your career, you had multiple

12   positions including, you know, commander positions and

13   deputy chief and so on.  Did you ever see where any of

14   those Gang Crimes files went?

15           MS. ROSEN:  Objection.  Form --

16       A    No.

17           MS. ROSEN:  -- foundation.

18       Q    When Gang Crimes officers assisted detectives

19   in their investigations, would they provide any

20   documentation to you, as a supervisor, about cases that

21   they were assisting on?

22           MS. ROSEN:  Objection.  Form, foundation, and

23       relevance at this.

24       A    I believe their supervisor had to do a monthly

25   report talking about what activities they had and how

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   many investigations, how many arrests something.

2       **Q      And there was something called a daily -- a**

3   **may -- like, a daily worksheet.  Does that sound right?**

4   **Or a daily --**

5            MS. ROSEN:  Objection.  Form.

6       **Q      -- activity routine?**

7   A    Yes.

8            MS. ROSEN:  Objection.  Form.

9       **Q      Was that -- what was filled into that document**

10  **by gang specialist?**

11           MS. ROSEN:  Objection.  Form.  Foundation.

12  A    Just summary of what he or -- or she did that

13  day.

14      **Q      Okay.  And so, to the extent they assisted a**

15  **detective on an investigation, would that be included in**

16  **those sheets?**

17  A    It may be, they may just have put the name of

18  the investigation and the assisted detectives.  I'm --

19           MS. ROSEN:  The witness needs a break.

20           MR. SWAMINATHAN:  Okay.

21           COURT REPORTER:  Okay.  We are off the record

22       at 11:09 a.m.

23               (OFF THE RECORD)

24           COURT REPORTER:  We are back on the record at

25       11:18 a.m.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1  BY MR. SWAMINATHAN:
 2       Q    Okay.  Sir, what did you do to prepare for
 3  today's deposition?
 4       A    Met with Eileen Rosen a couple of times and
 5  looked at some reports that she showed me.
 6       Q    How many -- on how many instances did you meet
 7  with counsel?
 8       A    I think three altogether.
 9       Q    And when was that most -- what was the most
10  recent of those meetings?
11       A    Yesterday.
12       Q    How long did you meet for?
13       A    I'm sorry, I didn't understand.
14       Q    How long did you meet for yesterday?
15       A    An hour.
16       Q    Did you review any documents in that meeting?
17       A    Yes.
18       Q    You indicated report.  Did you review reports
19  in that meeting?
20       A    It was the clearing stuff I looked at.
21       Q    The cleared and closed report?
22       A    Yes.
23       Q    Did you re -- did you review any other
24  documents in that meeting?
25       A    I might have looked at another case report, I
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   don't remember.
 2       Q    Okay.  Any other documents?
 3       A    No.
 4       Q    Did you meet with Ms. Rosen in preparation
 5   this morning before the deposition?
 6       A    Not really.  Got here and sat down and showed
 7   me where to be.
 8       Q    Okay.  Prior to your meeting yesterday, when
 9   was your -- when was the meeting you had before that
10   one?
11       A    Late November.
12       Q    How long was that meeting?
13       A    About an hour and-a-half.
14       Q    Okay.  Did you review any documents in that
15   meeting?
16       A    Yes.
17       Q    Which documents?
18       A    Some of the supplementary reports to that
19   couple homicide.
20       Q    Anything else?
21       A    Not that I recall.  No.
22       Q    Did you review any notes?
23            MS. ROSEN:  Did you say note?
24       Q    Notes.
25       A    No.
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 65 of 273 PageID #:7382
The Deposition of PHILLIP GLINE, taken on March 5, 2024

63

1      Q    In the meeting yesterday, did you review any
2 notes?
3      A    No.
4      Q    And the meeting prior to your November
5 meeting, when was that meeting, or your first meeting
6 basically in preparation for the deposition?
7      A    I think it was last summer sometime.  I don't
8 remember the -- the exact time, though.
9      Q    Okay.  And how long was that meeting?
10     A    Same thing, about an hour-and-a-half.
11     Q    Okay.  Did you review documents in that
12 meeting?
13     A    Oh, yes.
14     Q    Which documents?
15     A    Supplementary reports.
16     Q    Anything else?
17     A    No.
18     Q    Did you review any transcripts in preparation
19 for today's deposition?
20     A    No.
21     Q    Did you review any past trial testimony or
22 other testimony?
23     A    No.
24     Q    Did you review any photographs?
25     A    I think I saw the -- the two kids' photos and

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1  then the -- the three defendants.  I saw their photos in
 2  the file.
 3      Q    Anything else?
 4      A    No.
 5      Q    Did you review any notes in any of those
 6  meetings?
 7      A    No.
 8      Q    When I say "notes," I'm referring to, like,
 9  handwritten notes by police officers.  Did you review
10  any notes from any detectives or other officers?
11      A    There might have been some GPRs within the
12  supplementary reports, but I don't recall.
13      Q    Before reviewing those reports, did you have
14  any memory of this case?
15      A    Yeah.  I remember, you know, not specific, but
16  I remember the general case.  It was a heater at the
17  time, so that's why I remember it.
18      Q    You said a general memory that it would have
19  been a heater case; is that right?
20      A    I'm sorry, I didn't understand that.
21      Q    You just had a general memory that there --
22  that this had been a heater case; is that right?
23      A    Yes.
24      Q    Did you have any specific memories more than
25  that about the investigation and what all was done?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              MS. ROSEN:  Objection.  Form.
 2      A     Some things about the -- the resources that we
 3  got that help us, but that's about it.
 4      Q     What was it that you -- what did -- what was
 5  it that you specifically remembered even before
 6  reviewing the reports?
 7      A     That we got the pictures of the kids out right
 8  away, we thought that would help us solve it, and which
 9  it did at the end.  And calling the FBI when the kids
10  were missing because there were some leads to be
11  followed up in Mexico and California.
12      Q     Anything else that you remembered other than
13  that?
14      A     Not specifically, no.
15      Q     And then, after you reviewed the documents in
16  preparation for today's deposition, did you have any new
17  memories that came to you after reviewing them?
18              MS. ROSEN:  Objection.  Form.
19      A     Not specifically.  I mean, I remembered some
20  of the detectives' reports talking about the assignments
21  they had, and one was that I assigned some guys to go
22  canvass and that's about it, though.  It's -- we're
23  talking 20-some years ago.
24      Q     All right.  So when you saw the reports, it
25  made references to you assigning certain people to do
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 68 of 273 PageID #:7385
The Deposition of PHILIP DI GIANNO, taken on March 3, 2021

66

1    things.  Did you have any specific memory of actually

2    making those assignments?

3        A    No.

4        Q    Did it cause you to remember anything else

5    about the investigation other than the fact of you

6    making an assignment?

7        A    No.

8        Q    All right.  I want to go back to the issue

9    where it appear -- you were a lieutenant at Area 2

10   Violent Crime, but I forgot to ask you one question

11   about discipline that I wanted to just follow up about.

12   So in your supervisory role as a lieutenant of Violent

13   Crimes detectives in Area 2, what was your role in the

14   disciplinary process?

15       A    I would review any discipline that was

16   recommended for any of the detectives.

17       Q    Anything else?

18       A    No.  I mean, if I saw something myself, I

19   would either counsel a detective, or if it required

20   discipline, discipline the detective.

21       Q    And when you -- so when you -- anything else -

22   - I'm sorry -- strike that.  Anything else in terms of

23   your role in the disciplinary process as the lieutenant?

24            MS. ROSEN:  Objection.  Form.

25       A    Just what I just answered that.  Yeah.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 69 of 273 PageID #:7386
The Deposition of PHILIP CLINE, taken on MARCH 9, 2021

67

1    **Q     Okay.  When you reviewed recommendations of**
2    **discipline for your officers or detectives working under**
3    **your command, what was the purposes of your review of**
4    **those recommendations?**
5         A     It's called command channel review, and it has
6    to do with the process from when there's a -- a
7    sustained case is being reviewed by the lieutenant
8    commander and then chief of detectives and decide
9    whether they agree with the investigation or
10   recommendation before it goes to the superintendent.
11        **Q     And so, as a lieutenant, you'd have some say**
12   **in whether to accept the recommendation; is that true?**
13        A     Yes.
14        **Q     And in -- un -- if there had not been some**
15   **recommendation of discipline, would you have had --**
16   **would you have any knowledge or role in the process?**
17             MS. ROSEN:  Objection.  Form.
18        A     Only on the sustained cases, not on anything
19   else.
20        **Q     On -- not -- on cases that were under**
21   **investigation before there was a finding of sustained or**
22   **not sustained or unfounded, would you have any**
23   **involvement in those cases?**
24             MS. ROSEN:  Objection.  Form.
25        A     If it was being investigated by his supervisor

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   at the area, yes.  If it was being investigated by, at
 2   that time, OPS or -- or IAD, no.
 3       Q    At that time, sometimes investigations of
 4   detectives in your area could be investigated by the
 5   supervisors in that area, correct?
 6       A    If it was something minor, yes.  No -- missed
 7   court or something along those lines, yes.
 8       Q    Okay.  So when -- inve -- some investigations
 9   would be conducted by supervisors in the area, correct?
10       A    Yes.
11       Q    And your characterization is that that would
12   only be in instances where it was minor; is that right?
13       A    Yes.
14       Q    Okay.  And otherwise, any investigations that
15   were more significant or serious would be conducted by
16   internal affairs or OPS or other disciplinary bodies; is
17   that right?
18       A    Yes.
19       Q    Okay.  When investigations were conducted by
20   supervisors in the area, who would conduct those
21   investigations?
22       A    Any one of the supervisors.
23       Q    Including you?
24       A    I -- I -- I would assign it to one of the
25   supervisors.  Look into this, Detective Smith didn't buy
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   a license plate sticker this year or whatever it would
 2   be, like I said, minor things that they would handle.
 3        Q    So you would learn about all of those.  In any
 4   instance when it was referred to the area for
 5   investigation, you'd learn of it as a lieutenant; is
 6   that right?
 7        A    Yes.
 8        Q    And then you would assign it out to a
 9   sergeant?
10        A    Yes.
11        Q    Did you ever conduct those investigations
12   yourself?
13        A    If the -- if the sergeant was the -- if there
14   was a sergeant that was accused and it was my area, yes,
15   I would handle it.  I don't remember specifically as we
16   sit here today.
17        Q    Okay.  And then, whatever conclusions the
18   sergeants reached in those cases that they investigated,
19   would you learn the result?
20        A    Yeah.  I would have to sign off on it.
21        Q    Even if it was not sustained or unfounded?
22        A    Yeah.  Because it's in our unit.  That's the
23   chain of command for that.
24        Q    Did you have any concerns about investigating
25   individuals who were working under your own command?
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 72 of 273 PageID #:7389
THE DEPOSITION OF PHILIP CLINE, TAKEN 03 MAY 2024

70

```
 1      A     No.

 2            MS. GOLDEN:  Object to form.

 3      Q     Did you have any concerns that it was -- that

 4   it would create a conflict?

 5            MS. ROSEN:  Objection.  Form.

 6      A     No.

 7      Q     Why were more minor investigations referred to

 8   the area, to the extent you know?

 9            MS. ROSEN:  Objection.  Form.  Foundation.

10      A     I believe it's just because of the volume of

11   cases that come through there.  IAD or OPS couldn't

12   handle every case.

13      Q     And then, you talked about the other role you

14   had in the disciplinary process, which is when you saw

15   something that you thought warranted some discipline,

16   you could -- you'd do that yourself; is that right?

17      A     Yes.

18      Q     And in that -- in those instances, what type

19   of discipline was available to you?

20      A     Reprimand, suspension.

21      Q     And that would be taking place outside of the

22   complaint review process; is that right?

23      A     Yeah.

24            MS. ROSEN:  Objection.  Form.

25      Q     And was there any name for that process or was
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page: 73 of 273 PageID #:7390
THE DEPOSITION OF PHILIP CLINE, taken 5/11/2021

71

```
 1   that informal?
 2              MS. ROSEN:  Objection.  Form.
 3       A    Part of it was called summary punishment.
 4       Q    And is that part of that SPAR process?
 5       A    Yes.
 6       Q    Okay.  Now if you -- and so could you
 7   essentially invoke that SPAR process if you were just --
 8   in your day-to-day command, you saw detectives doing
 9   things that you thought constituted misconduct, you
10   could invoke that SPAR process, right?
11              MS. ROSEN:  Objection.  Form.
12       A    Yes.
13       Q    And you could impose punishments including
14   suspension, correct?
15              MS. ROSEN:  Objection.  Form.
16       A    Yes.
17       Q    Could you impose -- what was the, sort of,
18   most severe punishment you could impose?
19       A    I -- there was a number of days suspension.  I
20   don't remember what the number was, but that would be
21   suspension.
22       Q    And it would be unpaid?
23       A    Yes.
24       Q    And where you invoked that process, to the
25   extent you were going to -- strike that.  Where you
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 74 of 273 PageID #:7391
The Deposition of PHILIP CLINE, taken 05/13/2021

72

1  decide to invoke that process and impose some

2  punishment, did it then have to go through additional

3  process?

4         MS. ROSEN:  Objection.  Form.  You can answer

5     if you understand.

6     A    There was some kind of a review -- not review,

7  but a -- the de -- detective could be -- could be asked

8  for -- to go to a hearing, and there would be a hearing.

9     Q    And the ability to impose a punishment through

10  the SPAR process, that was something you could do as a

11  lieutenant, correct?

12    A    Yes.

13    Q    Could sergeants do that as well?

14    A    Yes.

15    Q    And the commander as well?

16    A    Yes.

17    Q    Okay.  While you were the Area 2 Violent

18  Crimes -- strike that.  While you were the lieutenant

19  supervising detectives of the Area 2 Violent Crimes, did

20  you ever invoke the SPAR process and issue summary

21  punishment to one of the detectives working under your

22  command?

23         MS. ROSEN:  Objection.  Form.  Foundation.

24    A    I don't remember.

25    Q    Can you think of any instances where you

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1  invoked that process to summarily punish any of the
 2  detectives working under your command?
 3            MS. ROSEN:  Objection.  Form.  Foundation.
 4      A    I don't remember.
 5      Q    Can you think of any instances where your
 6  commander used the summary punishment process to impose
 7  any punishment on a detective?
 8            MS. ROSEN:  Objection.  Form.  Foundation.
 9      A    I don't remember.
10      Q    So fair to say as you sit here today, you
11  can't remember any instance when that occurred?
12            MS. ROSEN:  Objection.  Form.  Foundation.
13      A    I don't remember if it -- if I did or did not,
14  as I sit here 40 years later, you know.
15      Q    Do you believe that it would have been in --
16  that it was invoked by some commanders or by you at some
17  point while you were a lieutenant over Area 2 Violent
18  Crime?
19      A    I don't remember.
20      Q    You just can't say either way whether that
21  would have happened?
22            MS. ROSEN:  Objection.  Form.  Foundation.
23      A    That's correct.
24      Q    Okay.  And did any of the sergeants overseeing
25  Area 2 Violent Crime detectives, ever impose summary
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    punishment?

2              MS. ROSEN:  Objection.  Form.  Foundation.

3        A    I don't remember.

4        Q    And as you sit here today, can you think of

5    any instance when they did?

6              MS. ROSEN:  Objection.  Form.  Foundation.

7        A    No.

8        Q    Where that SPAR process resulted in some

9    imposition of punishment, where would -- what

10   documentation would be created?

11       A    For the SPAR, there was an actual form,

12   Summary Punishment Action Request.  That's where the

13   SPAR came from.  That would go -- be part of the

14   personnel file of the detective or whoever was -- it was

15   kept for a certain amount of time before it was

16   destroyed.

17       Q    So it would be removed from the personnel file

18   of an officer after a certain amount of time?

19             MS. ROSEN:  Objection.  Form.

20       A    Five years or something like that.  I don't

21   remember exactly when it was.

22       Q    I missed the beginning.  How long?

23       A    I think it was, like, five years or something

24   like that.  I don't recall.  It -- part of that's

25   collective bargaining.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q    And then, after that period of time, would

2  there be any more records left anywhere of the SPAR that

3  had been issued?

4             MS. ROSEN:   Objection.  Form.  Foundation.

5    A    I don't know.

6    Q    Are you aware of any place where there'd be

7  any record of the SPARs that had been removed from the

8  personnel files?

9             MS. ROSEN:   Objection.  Form.  Foundation.

10   A    No.

11   Q    When you were in your more senior positions in

12 the Chicago Police Department later on in your career,

13 did you ever have the ability to access SPARs against

14 officers that had been removed from their personnel

15 files?

16            MS. ROSEN:   Objection.  Form.  Foundation.

17   A    No.

18   Q    Fair to say that if you wanted to review any

19 previous punishment against an officer pursuant to the

20 SPAR process, the only ones you'd be able to see were

21 any that had been in -- that were in the file of that

22 officer for the last five years --

23            MS. ROSEN:   Objection.

24   Q    -- or whatever that exact period of time was

25 before they were removed?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              MS. ROSEN:  Objection.  Form.  Foundation.
 2       Calls for speculation.
 3       A    Yes.
 4       Q    You mentioned the term "reprimand" several
 5  times when I was asking you questions.  Can you tell us
 6  what reprimand means?
 7       A    Basically, you're just counseling somebody and
 8  telling them that you're noting this infraction, and
 9  there again, it's for a minor infraction.
10       Q    And would that -- that would be some document
11  that would go into the file?
12       A    Yes.
13       Q    And would that also be the -- would that then
14  stay in the file, or is that also something that would
15  be removed after some period of time?
16       A    That would be -- it -- then it also got
17  removed after a certain period of time.
18       Q    And you refer to the personnel file.  Was
19  there a personnel file kept for each detective working
20  under your command at Area 2, that was kept at the -- in
21  the -- you know, in the supervisor's office?
22              MS. ROSEN:  Objection.  Form.  Foundation.
23       A    I don't -- I thought it was kept downtown, but
24  I don't remember, though.
25       Q    Okay.  Did you have any sort of personnel file
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    for each of the detectives working under your command at
 2    Area 2?
 3                MS. ROSEN:  Objection.  Form.  Foundation.
 4        And relevance.
 5        A    I don't recall.
 6        Q    Was there any kind of unit file that was kept
 7    at Area 2 related to the -- for each officer or any
 8    reprimands that they got?
 9                MS. ROSEN:  Objection.  Form.  Foundation.
10        Relevance.  Once again, you're getting into
11        detailed questions about process -- detailed
12        process to do with that Area 2 that has nothing to
13        do with what was going on in Area 5, 13 years
14        later, so I have a standing objection.
15        A    As I sit here today, I don't remember.
16    BY MR. SWAMINATHAN:
17        Q    Okay.  All right.  Let me ask you about
18    when -- over -- when you were at the Gang Investigation
19    section, what was your role in that department in terms
20    of the involvement in discipline of police officers
21    under your command?
22                MS. ROSEN:  One again, I'm objecting to these
23        types of questions for units that have nothing to
24        do with this case.  I understand that you are
25        entitled to ask some background about discipline.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 80 of 273 PageID #:7397
The Deposition of PHILLIP CLINE, taken on MARCH 30, 2021

78

```
 1        I understand that.  You can do some general
 2        questioning, but we've now spent, you know, an hour
 3        plus and we haven't even gotten to Area 5, so I
 4        object.
 5        A    It was the same.
 6   BY MR. SWAMINATHAN:
 7        Q    Okay.  Are you aware of any discipline of any
 8   Gang Crimes specialists working under your command while
 9   you were a lieutenant in that section?
10             MS. ROSEN:  Objection.  Form.  Foundation.
11        Relevance.
12        A    Yeah.  But I don't remember specifics.
13        Q    How many specialists are you -- were
14   disciplined while you were the commander overseeing Gang
15   Crime specialists?
16        A    I was a lieutenant.
17        Q    I'm sorry.  Let me ask the question again.
18   That's -- my apologies.  How many Gang Crimes
19   specialists were disciplined while you were the
20   lieutenant overseeing seeing that at Gang Crimes?
21             MS. ROSEN:  Objection.  Form.  Foundation.
22        A    There was some.  I just don't recall specifics
23   as I sit here today.
24        Q    Can you -- approximately how many times was
25   discipline imposed against Gang Crimes specialists while
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   you were there, while you were their supervisor?

 2       A    I don't recall.

 3       Q    Did you approve discipline against Gang Crime

 4   specialists while you were their supervisor?

 5            MS. ROSEN:  Objection.  Form.  Foundation.

 6       A    Yes.  But I don't recall the specifics of

 7   which case.

 8       Q    Do you recall the names of any of the Gang

 9   Crimes specialists who were disciplined while you were

10   their supervisor?

11       A    No.

12       Q    The discipline that was imposed against Gang

13   Crime specialists, was it pursuant to the SPAR process

14   or the internal affairs or OPS processes?

15            MS. ROSEN:  I believe both.

16       Q    The -- tell me what you remember about what

17   the topics were, the things that had resulted in

18   discipline work for the Gang Crime specialists under

19   your supervision?

20            MS. ROSEN:  Objection.  Form.  Foundation.

21       A    As I sit here today, I don't recall the

22   specifics.

23       Q    Did it have to do with investigation behavior,

24   did it have to do with, you know, treatment of fellow

25   officers or something else?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1          MS. ROSEN:  Objection.  Form.  Foundation.

2     A    I don't recall.

3     **Q    While you were a lieutenant overseeing Gang**

4  **Crimes specialists, did you ever suspect that there**

5  **might be a criminal enterprise being run by Gang Crimes**

6  **specialists under your command?**

7          MS. ROSEN:  Objection.  Form.  Foundation.

8     A    Well, I was aware of an investigation on one

9  of the gang specialists.  I don't recall when I found

10 out about it, though, wheth -- if it was either then or

11 after I had left.

12    **Q    Okay.  So at some point, you learned of an**

13 **investigation against one gang specialist, correct?**

14    A    Actually, two.

15    **Q    Who were the two gang specialists?**

16    A    Miedzianowski and his partner --

17    **Q    Galligan?**

18    A    -- Galligan.

19    **Q    And you're not sure whether you learned of**

20 **that during -- while you were the lieutenant over gang**

21 **specialists or whether it was in your subsequent**

22 **position as the commander over Area 5, Violent Crimes;**

23 **is that right?**

24    A    I was the commander of narcotics at the time,

25 that's when I heard that.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q    Oh, so you learned about the internal
2    investigation of Miedzianowski and Galligan when you
3    were a commander over narcotics; is that right?
4    A    Yes.
5    Q    Okay.  And so, what year was that when you
6    became a commander over narcotics?
7    A    '99.
8    Q    Okay.  Okay.  So prior to -- strike that.  So
9    while you were a lieutenant supervising Gang Crimes
10   specialists, you didn't know anything about an
11   investigation of a criminal conduct by Gang Crimes
12   specialists; is that right?
13   A    That's correct.
14   Q    Okay.  And you later learned that in fact,
15   Miedzianowski and others had been involved in a criminal
16   enterprise while they had been Gang Crimes specialists,
17   correct?
18        MS. ROSEN:  Objection.  Form.  Foundation.
19   A    Yes.
20   Q    You don't dispute that, in fact, Miedzianowski
21   and others had been involved in a criminal enterprise
22   while they were Gang Crimes specialists under your
23   command, correct?
24        MS. ROSEN:  Objection.  Form.
25   A    Well, he wasn't under my command at that time.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1      Q    Well, do you understand that, while you were
 2 Gang Investigation lieutenant that, some of the
 3 allegations of misconduct by Miedzianowski were
 4 occurring while he was under your command?
 5           MS. ROSEN:  Objection.  Form and foundation.
 6      A    All right.  He was in Gang Investigations, but
 7 he wasn't under my command.
 8      Q    And why wasn't he under your command?
 9      A    Because he worked for the other lieutenant
10 that was there.
11      Q    And how was that split up between you and the
12 other lieutenant?
13           MS. ROSEN:  Object to form.
14      A    I had the major investigations and -- and
15 Barton had the other investigations.
16      Q    What is the difference between major
17 investigations and other investigations?
18      A    Okay.  So to the major ones, we would do
19 wiretaps, we would be more sophisticated investigations,
20 and Lieutenant Barton had the immediate response to
21 shootings and those type of things.
22      Q    Did -- and so, Miedzianowski was not somebody
23 who you supervised?
24      A    No.  He was under Barton's supervision.
25      Q    Did you have any -- was he in your direct line

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1   of authority, Miedzianowski?

 2              MS. ROSEN:  Objection.  Form.

 3        A     I -- I don't know what do you mean by "direct

 4   line"?

 5        Q     In other words, did he ultimately -- did he

 6   report to you in the chain of command?

 7        A     No.

 8        Q     Okay.  If -- did Barton ever indicate to you

 9   any suspicions or concerns about Miedzianowski?

10              MS. ROSEN:  Objection.  Form.

11        A     Not that I remember.

12        Q     You and Barton shared an office, right?

13        A     Yes.

14        Q     You and then Barton, I assume were close?

15              MS. ROSEN:  Objection.  Form.  Foundation.

16        A     Co-worker.

17        Q     You got along well?

18              MS. ROSEN:  Objection.  Form.

19        A     I'm sorry, what's the last question?

20        Q     You got along well?

21        A     Yes.

22        Q     Talked regularly?

23              MS. ROSEN:  Objection.  Form.

24        A     Yes.

25        Q     Did he ever indicate to you that he had any

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  suspicion that a criminal enterprise was being run by

2  Miedzianowski and others under his command?

3            MS. ROSEN:  Objection.  Form.  Foundation.

4      A    No.

5      Q    Were you surprised to learn that, there had

6  been a criminal enterprise going on involving Gang Grime

7  specialists that were in your unit?

8      A    Yes.

9      Q    Did it come -- did it come as a complete shock

10  to you?

11            MS. ROSEN:  Objection to form.

12      A    The scope of it, yes.

13      Q    Is it surprising to you that a criminal

14  enterprise like the one Miedzianowski was convicted of

15  being part of could have occurred without you or the

16  other lieutenant knowing about it?

17            MS. ROSEN:  Objection.  Form.  Foundation.

18      A    I think that later on, at Area 5, I banned

19  Miedzianowski from coming in to Area 5, and that was

20  because of a GPR turning up in a defense attorney's

21  briefcase.  And he was under investigation at that time,

22  and it was not too long after that that he was arrested.

23      Q    And we're going to turn to that in a minute.

24  That's while you were an Area 5 Violent Crimes

25  commander, correct?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A     Yes.

 2        Q     Okay.  Now, what I'm asking is:  Ultimately,

 3   he was involved in a criminal enterprise while he was

 4   operating as a gang crimes specialist, correct?

 5              MS. ROSEN:  Objection.  Form.

 6        Q     And throughout that time, he had sergeants and

 7   lieutenants and commanders that he worked under,

 8   correct?

 9        A     Yes.

10        Q     And do you believe any of them knew about his

11   misconduct?

12              MS. ROSEN:  Objection.  Form.  Foundation.

13        A     I'm not familiar of how this -- his case got

14   started.  I know it was a combination of DEA, FBI, and

15   Chicago police, so I don't know what input any of those

16   supervisors might have had into giving information.

17        Q     Do you believe that any of those individuals

18   knew about his involvement in a criminal enterprise, any

19   of his sergeants or lieutenants?

20              MS. ROSEN:  Objection.  Form.  Asked and

21        answered.

22        A     Yeah.  I don't know what they found out and

23   what they -- how much they contributed to the

24   investigation.

25        Q     Did you come to learn that the investigation
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1 | began with allegations by ATF agents?
 2 |           MS. ROSEN:  Objection.  Form.  Foundation.
 3 |      And I'm pretty sure misstates the record.
 4 |      A    I'm not sure.  I'm not -- as I sit here and I
 5 | don't know.
 6 |      Q    Would you agree with me that, ultimately,
 7 | Miedzianowski and other Gang Crime specialists were able
 8 | to operate a criminal enterprise while they were, in
 9 | fact, gang crimes specialists?
10 |           MS. ROSEN:  Objection.  Form.  Foundation.
11 |      And once again, we're pretty far afield from the
12 |      Solache, Reyes case.
13 | BY MR. SWAMINATHAN:
14 |      Q    I just have a couple of last questions on this
15 | topic.  You can go ahead.
16 |      A    Yes.
17 |      Q    And this happened for some period of time
18 | without any supervisors knowing about it, correct?
19 |           MS. ROSEN:  Objection.  Form.  Foundation.
20 |      He's already said he doesn't know what the
21 |      supervisors knew.  And you are asking questions
22 |      still that are not at all related to Solache,
23 |      Reyes.
24 |           MR. SWAMINATHAN:  I'm asking at some period
25 |      of time he was doing this without his supervisors
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1          knowing about it.  Do you agree with that?
 2                  MS. ROSEN:  How do you know that?  He just
 3          said he didn't --
 4                  MR. SWAMINATHAN:  That's what I'm asking.
 5          That's what I'm --
 6          A    I don't know when the supervisors were made
 7   aware of the investigation.  I know I -- as a commander
 8   of narcotics, I was aware of it.  I know the commander
 9   of Gangs at the time, Grow, was aware of it.  But I -- I
10   don't know about the other supervisors.
11   BY MR. SWAMINATHAN:
12          Q    Okay.  So that's what I didn't understand.
13   When did you became aware of it when you were a
14   commander -- you became aware of the Internal Affairs
15   investigation while you were commander at Area 5; is
16   that right?
17          A    No.  Commander of narcotics.
18          Q    Okay.  So while you -- is it your
19   understanding that the Internal Affairs investigation
20   into Miedzianowski -- when did -- what is your
21   understanding of when that investigation began?
22                  MS. ROSEN:  Objection.  Form.  Foundation.
23          A    Well, I know that when I got a -- got what's
24   called a complaint register number on the fact that a
25   GPR ended up in a defense attorney's briefcase, that was
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  against Miedzianowski.  I mean, it was -- he was the

2  arresting office on the case.  So I don't know when

3  other people might have put complaints in against

4  Miedzianowski.

5      Q    **You put in a complaint against Miedzianowski**

6  **pretty early in 1994 after you became a commander at**

7  **Area 5; is that right?**

8          MS. ROSEN:  Objection.  Form.

9      A    I don't recall but if you tell me that that's

10  when it was, I would say yes.

11          MS. ROSEN:  So I have an objection to the

12      scope of this deposition.  You're talking about all

13      these things.  You haven't produced any -- that is

14      just my objection.

15          MR. SWAMINATHAN:  I'm asking him about

16      discipline.  We have Monell claims about

17      discipline, I'm not -- and I appreciate the

18      questions that we know, limited probing about Gang

19      Crimes and so on.  But we're talking about

20      discipline here, and we're talking about conduct

21      here about -- that has to do with allegations that

22      this witness made while he was overseeing homicide

23      detectives.  So I'm not sure I understand the

24      relevance Objection.  But in any event, why don't

25      we keep moving. Could the court reporter please

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-2 Filed: 07/05/21 Page 91 of 273 PageID #:7408
The Deposition of PHILIP J. CLINE, taken on MARCH 31, 2021

89

1  read back the last question?  I think we had one

2  standing.

3       COURT REPORTER:  Absolutely.  One moment.

4       MS. ROSEN:  You know what?  Anand, you did

5  not disclose them as a Monell witness on this -- on

6  that topic so --

7       MR. SWAMINATHAN:  There's no issue of

8  disclosing him as a Monell witness.  We're talking

9  about -- I don't make disclosures about a Monell

10 witness, I'm making it -- I've disclosed this

11 witness as somebody we want to depose.  We're

12 deposing him on the topic related to Reyes,

13 individual case and Monell.

14      MS. ROSEN:  I don't think he was disclosed on

15 this topic, but it's my objection, let's just keep

16 going.

17      MR. SWAMINATHAN:  Understood.  Go ahead.

18      COURT REPORTER:  Okay.  I'm going to play

19 back just a little bit further to make sure we get

20 everything.

21      MR. SWAMINATHAN:  Yeah.

22           (REPORTER PLAYS BACK REQUESTED

23           TESTIMONY)

24      MR. SWAMINATHAN:  Okay.  So let me ask a new

25 question.  Once you became a commander over Area 5

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1         detectives, it was very shortly after that that you

 2         made a complaint about Miedzianowski; is that

 3         right?

 4         A    I'm not sure.  I mean, I did make a complaint

 5     about Miedzianowski.  I'm not sure what the time frame

 6     is, though.

 7     BY MR. SWAMINATHAN:

 8         **Q    Do you know whether it was while you were a**

 9     **commander at Area 5 or while you were a lieutenant over**

10     **gang specialists?**

11         A    That would have been when I was a commander of

12     Area 5.

13         **Q    Okay.  When you made that complaint about**

14     **Miedzianowski, did you know that there was an open**

15     **Internal Affairs investigation against him?**

16             MS. ROSEN:  Objection.  Form.

17         A    I'm not sure if I knew or not at that point.

18         **Q    Okay.  That investigation -- how did you --**

19     **how did you come to learn the information that caused**

20     **him to make that complaint?**

21             MS. ROSEN:  You broke up a little bit.  Can

22         you just say it again?

23         **Q    Yes.  How did you come to learn the**

24     **information that caused you to make that complaint?**

25         A    One of my supervisors came to me, I don't

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  remember who it was, and said about the GPR turning up

2  in the briefcase of the lawyer, and I got a CRN on Brian

3  Miedzianowski because he was the arresting officer.

4      **Q    You said that one of your supervisors, you --**

5  **so this is your commander above you?**

6           MS. ROSEN:  Objection.

7      A    I was the commander, so it would have been one

8  of the sergeants or lieutenants came up to me about it.

9      **Q    I see.  In other words, one of the supervisors**

10  **over the detectives came to you?**

11     A    Right.

12     **Q    Okay.  And do you recall whether it was a**

13  **detective or a sergeant or lieutenant who came to you?**

14     A    No.  I don't.

15     **Q    Do you recall who it was that came to you?**

16     A    No.  Not as I sit here today.

17     **Q    And what information did that individual share**

18  **with you?**

19     A    That the GPR from a homicide case showed up in

20  a lawyer's briefcase.

21     **Q    Okay.  And then when you got that information,**

22  **what was the next step that you took?**

23     A    I called and got what's called the complaint

24  register number on and asked for an investigation in to

25  those fix.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 94 of 273 PageID #:7411
The Deposition of PHILIP CLINE, taken on May 3, 2024

92

 1      Q     And how -- what steps were taken to figure out
 2   that it was -- that Miedzianowski was involved?
 3      A     I think just -- I don't have all the
 4   information today as I did then, but I mean, it was just
 5   the fact that he was the arresting officer on the guy
 6   that the lawyer was representing and he would've had
 7   access to the GPRs that night before.
 8      Q     And why would Miedzianowski have that access
 9   to the GPR's?
10      A     Because he was working with the detectives on
11   that homicide.
12      Q     And so with the Gang Crime specialists, when
13   they assisted a homicide investigation, they'd have
14   access to the files from the homicide case, is that
15   fair?
16      A     Yes.
17      Q     Okay.  And Miedzianowski would sometimes come
18   over to the Area 5 detective division, fair?
19      A     He was assigned to work with the detectives of
20   Area 5 on violent crimes.
21      Q     So his specific assignment as a gang
22   specialist was to assist Area 5 Violent Crime
23   detectives?
24      A     Yes.
25      Q     Did he work out at Area 5 sometimes?



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

     1        A     Sometimes, yes.

     2        Q     Did he keep a desk there?

     3        A     I'm sorry, what?

     4        Q     Did he keep a desk there?

     5        A     No.

     6              MS. ROSEN:  Objection to form.  Foundation.

     7        Once again, irrelevant.

     8        Q     Which detectives would -- yeah, which --

     9        strike that.  Which detectives did he typically work

    10        with when he was assisting homicide investigations?

    11        A     It would've been whoever had that homicide or

    12        shooting.

    13        Q     Were there any particular detectives that he

    14        seemed to work with more than others?

    15        A     Not that I recall.

    16        Q     You had some detectives that came out of the

    17        Gang Crimes unit and had become detectives, correct?

    18        A     I believe so.

    19        Q     Some of the detectives under your command in

    20        1994 had previously been gang specialists, right?

    21        A     As I sit here now, I don't know.  But I mean,

    22        that would make sense, yes.

    23        Q     Do you remember a sergeant named Sergeant

    24        Mingey?  Ed Mingey?

    25        A     Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q      He had come out of Gang Crimes, correct?
 2        A      He was at Area 5 when I got there, so I'm not
 3   sure where he came from.
 4        Q      Okay.  You had Rey Guevara.  He had previously
 5   -- do you remember Reynaldo Guevara?
 6        A      Yes.
 7        Q      And he had previously worked in Gang Crimes.
 8   Do you recall that?
 9        A      There again, he was at Area 5 when I got
10   there, so I don't know where he was before.
11        Q      Okay.  Would you say that the -- that
12   Miedzianowski's assistance on homicide investigations
13   was typical in cases that involved Gang Crimes?
14             MS. ROSEN:  Objection.  Form.
15        A      That would be the idea of it, yes.
16        Q      And did -- would you say that Miedzianowski's
17   assistance to detectives was often with detectives who
18   had -- strike that.  Did Miedzianowski work more closely
19   with detectives that had previously worked in Gang
20   Crimes?
21             MS. ROSEN:  Objection to form.  Foundation.
22        A      I don't know.
23        Q      Did the detectives who had previously worked
24   in Gang Crimes work on more of the gang cases?
25             MS. ROSEN:  Objection form.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1      A    Not necessarily.

 2      **Q    Well, as commander, did you have any plan or**

 3 **initiatives around how you spread out cases?  Did you**

 4 **try to have the guys who'd previously been in Gang**

 5 **Crimes work on gang cases or anything like that?**

 6           MS. ROSEN:  Objection.  Form.  Foundation.

 7      A    We would look at geographic components of it.

 8 And then also, if there was a gang and somebody was up

 9 on that gang, we would want them to be assigned to it,

10 but I don't recall any specifics.

11      **Q    All right.  Now, when you got that complaint**

12 **register on, that was specifically a complaint about**

13 **Miedzianowski, correct?**

14      A    It was about how the GPR ended up with the

15 defense attorney.  That was the allegation.

16      **Q    That was the allegation, and was there a**

17 **GPR -- a complaint like that has an accused officer**

18 **identified, correct?**

19      A    Not necessarily, because I didn't know for a

20 fact that Miedzianowski had put it in there.  I

21 suspected.  And that's when I had him banned from Area

22 5.

23      **Q    So at that time when you made -- when you**

24 **first made that complaint about Miedzianowski having a**

25 **document given over to a criminal defense attorney that**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 98 of 273 PageID #:7415
The Deposit ion of PHILIP CLINE, taken 01/13/2024

96

1    was -- at that time you banned him from Area 5?

2        A    Yes.

3        Q    So you strongly suspected that he had been

4    involved in that; is that right?

5        A    Yes.

6        Q    And in your view, your concern, was that he

7    had tampered with a homicide investigation, correct?

8        A    Yes.

9        Q    And when you made that complaint, you

10   identified Miedzianowski as the person you believed had

11   tampered with a homicide investigation, correct?

12       A    I don't remember as I sit here today, but yes,

13   that would have made sense.

14       Q    Okay.  Do you think that it's possible you

15   complained -- you made the complaint about this conduct

16   and didn't identify Miedzianowski as accused officer,

17   but on the other hand, banned him specifically from Area

18   5?

19           MS. ROSEN:  Objection.  Form.

20       A    I thought the integrity of our homicide

21   investigations meant more than Miedzianowski being

22   assigned Area 5.

23       Q    Okay.  And did you ban anybody else other than

24   Miedzianowski?

25       A    No.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q      Did you ban his partner, Galligan?

2      A      No.

3      Q      What caused you to believe that Miedzianowski

4   was involved and not Galligan?

5      A      I didn't not believe that Galligan was

6   involved, but I just -- Miedzianowski was the person

7   that was involved in this that day.  I don't even know

8   if Galligan was working or not.

9      Q      Did the super -- did the individuals working

10  under you, lieutenant, sergeant to detectives agree with

11  the view that it was Miedzianowski who'd been involved?

12             MS. ROSEN:  Objection.  Form.  Foundation.

13     A      I don't remember.

14     Q      The individuals who came to you about this,

15  were they upset?

16     A      Yes.

17             MS. ROSEN:  Objection.  Form.

18     Q      Were -- did they feel that a homicide

19  investigation had been tampered with?

20             MS. ROSEN:  Objection.  Form.

21     A      Yes.

22     Q      And then, once you had gotten that complaint

23  number, you contacted -- who did you contact once you

24  had that complaint number?

25     A      After I got the number, I contacted the -- the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    superintendent and told him that I didn't want
2    Miedzianowski -- no, it was the commander of Gangs I
3    think I talked to, I'm not sure.  But they moved him
4    away from working those types of cases and out of Area
5    5.
6         **Q     He was no longer assigned to Area 5?**
7         A     Right.
8         **Q     But he continued to work as a Gang Crime**
9    **specialist?**
10              MS. ROSEN:  Objection.  Form.
11        **Q     The only thing that had happened at that**
12   **point, if I understand correctly, is that he was banned**
13   **from Area 5?**
14        A     And there was an investigation started into
15   his conduct.
16        **Q     Okay.  And that -- you had -- and you had --**
17   **had you written the documents to initiate that**
18   **investigation?**
19        A     Myself or one of the supervisors did that
20   handled it, I don't recall.
21        **Q     Did it become -- did it become a CR?**
22        A     I'm sure -- I assume it did.
23        **Q     Okay.  And then who investigated that?**
24              MS. ROSEN:  Objection.  Form.  Foundation.
25        A     It would have been Internal Affairs.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1      Q    Was a Sergeant Patton involved in

 2 investigating that?

 3           MS. ROSEN:  Objection.  Form.  Foundation.

 4      A    I don't remember.

 5      Q    Didn't that investigation come back to the

 6 area?

 7      A    I don't recall that.

 8      Q    Do you recall one way or the other, whether

 9 that investigation was conducted by Internal Affairs or

10 by somebody in the area?

11           MS. ROSEN:  Objection.  Form.  Foundation.

12      A    I don't know.  As I sit here today, I don't

13 remember.

14      Q    Okay.  Do you recall somebody named Sergeant

15 Patton?

16      A    I recall a Sergeant Patton, yes.

17      Q    Where did he work?

18      A    He was at Area 5.

19      Q    And did he have any involvement in any

20 investigation of the complaint you made about

21 Miedzianowski?

22           MS. ROSEN:  Objection.  Form.  Foundation.

23           And to the extent you have this CR, could you

24           identify the Bates range for it?

25           MR. SWAMINATHAN:  I don't -- I'm relying on

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   testimony that I've seen.
 2         MS. ROSEN:  Do you have the -- did you
 3   produce the transcript in this case?
 4         MR. SWAMINATHAN:  I have some past -- I have
 5   some past transcripts that I was able to find
 6   recently. It's based on my review.
 7         MS. ROSEN:  Have you -- and have you produced
 8   it in this case?
 9         MR. SWAMINATHAN:  No.  No.
10         MS. ROSEN:  Okay.  Do you plan to?
11         MR. SWAMINATHAN:  It depends on whether we
12   think it's ultimately going to be relevant.  But
13   yeah, if we think we're -- going to be relevant,
14   we're going to --
15         MS. ROSEN:  So you're using a transcript.
16   Can you tell me the name of the case that you're
17   using the transcript from?
18         MR. SWAMINATHAN:  It's from -- let's see.  I
19   think it's from the Clipfell trial, actually.
20   Yeah, it's from the Clipfell trial.  It probably is
21   --
22         MS. ROSEN:  From the -- it's the trial
23   testimony?
24         MR. SWAMINATHAN:  Yeah.
25         MS. ROSEN:  And whose testimony are you
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 103 of 273 PageID #:7420
The deposition of PHILIP CLINE, taken MARCH 3, 2021
101

 1    reading from?
 2          MR. SWAMINATHAN:  Mr. Cline's.
 3          MS. ROSEN:  Okay.  And do you have the Bates
 4    range of the document?
 5          MR. SWAMINATHAN:  No.  No.  I don't.  But I'm
 6    not asking him about the specific document.  I'm
 7    asking him about his memory of what happened, and
 8    I'm asking about people who I think may have been
 9    involved in the investigation.  He can answer the -
10    - if he remembers, he remembers.  If he doesn't, he
11    doesn't.
12          MS. ROSEN:  Okay.  But I think it's unfair
13    for you to be questioning a witness about a
14    transcript of his prior testimony and not having
15    produced it.  So and you know the answers to the
16    questions.
17          MR. SWAMINATHAN:  I don't -- I don't.
18          MS. ROSEN:  Yeah, you're reading them.  So
19    you're reading his testimony on this specific
20    topic.  I think it is unfair for you to be
21    questioning him without having provided the
22    transcripts.  Particularly on the topic of Joe
23    Miedzianowski, who has nothing to do with the
24    Solache, Reyes case.  So I have a standing
25    objection to this and if you continue, then we

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 104 of 273 PageID #:7421
The deposition of PHILIP CLINE, taken on March 3, 2021
102

1  might have to suspend the questioning on this

2  topic, move on to relevant topic, and we can fight

3  about it in front of Magistrate Judge Harjani.  I

4  don't think this is fair.

5        MR. SWAMINATHAN:  Yeah.  I mean, I'm just

6  asking him about what he remembers about this

7  incident that has to do with tampering with

8  homicide investigations.  I don't know how this is

9  possibly not relevant, but we'll keep going.

10        MS. ROSEN:  The problem is that you have

11  information that you are reading from, that now

12  you've told us is the testimony of this witness

13  from, I don't know, 15 years ago, Clipfell -- are

14  you talking about Clipfell the civil trial?  Are

15  you talking about something related to

16  Miedzianowski's criminal case? It's not clear to

17  me, but regardless, I've asked you for the Bates

18  range.  Your clearly -- the documents clearly have

19  not been produced in this case.  I don't think it's

20  fair, and you know the answers to the questions

21  because you have his testimony in front of you.

22        MR. SWAMINATHAN:  I -- don't --

23        MS. ROSEN:  So the only reason -- so the only

24  reason for you to be asking him about his memory,

25  about something that he testified two years ago, is

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 105 of 273 PageID #:7422
The deposition of PHILLIP CLINE, taken on MARCH 5, 2021

103

```
 1    to see if he will testify inconsistently.  That's
 2    unfair.
 3         MR. SWAMINATHAN:  No.  So let me just -- let
 4    me put my position on the record.  To the extent
 5    Counsel is suggesting that any background research
 6    I do with regard to a witness who I depose, I'm
 7    required to disclose and produce all of the -- all
 8    of the research that I do to get ready for a
 9    deposition, I disagree with that.  To the extent --
10    and -- so that's point one. Point two is, I have
11    not asked this witness a bunch of questions that I
12    already know the answers to.  I have done some
13    research so I have an understanding of what some of
14    the possible information is that's out there, and
15    I'm asking him for information beyond what's in the
16    transcript.  This witness provided an indication
17    for the first time that was inconsistent with what
18    was in the document, which was he believed that it
19    was -- that it was investigated by Internal
20    Affairs.  That was inconsistent with something that
21    I had read.  So I was clarifying that to give them
22    a chance to remember a Sergeant Patton and whether,
23    in fact, Sergeant Patton investigated this.  I'm
24    not accusing this witness of not -- of giving
25    contradictory testimony or lying.  Not in any way,
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 106 of 273 PageID #:7423
The deposition of PHILIP CLINE, taken on March 3, 2021
104

```
 1        but I was trying to refresh his memory to see if
 2        what I had previously read may in fact be the case.
 3        And he may simply not remember either way, right,
 4        which is perfectly appropriate.  But I have follow-
 5        up questions beyond what's in the transcripts and
 6        I'm just trying to lay some foundation to be able
 7        to ask my questions relevant to the issue of
 8        homicide investigation tampering and discipline of
 9        Chicago police officers.  That's my record.
10             MS. ROSEN:  Okay.  And I think what you have
11        just explained proves my point.  So I have an
12        objection to you utilizing the transcript that way.
13        He answered something differently than what he
14        testified to before and that's exactly the basis
15        for your probing him and the way you're probing
16        him, it is unfair.  So you're trying to impeach
17        him, basically, with prior testimony that you've
18        not produced in this case, that's my objection.  So
19        I have a standing objection to any and all
20        questions that you are using this strategy for.
21             MS. GOLDEN:  It's artificially creating
22        impeachment.
23   BY MR. SWAMINATHAN:
24        Q    All right.  Sir, as you sit -- as you sit --
25   strike that.  Having mentioned the name Sergeant Patton
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 107 of 273 PageID #:7424
The deposition of PHILIP CLINE - taken 6/11 Page 3, 2021
105

1    as somebody who worked at Area 5, does that refresh your

2    memory about whether or not he would -- he was the

3    individual who investigated the complaint you'd made

4    against Miedzianowski?

5         A    No.

6         Q    Did you have any conversation with

7    Miedzianowski directly at the time that you banned him

8    from Area 5?

9              MS. ROSEN:  Objection.  Form.  Foundation.

10        A    As I sit here now, I don't recall.

11        Q    Did you -- did -- strike that -- you said you

12   contacted, you believe, his commander at Gang

13   Investigations, correct?

14        A    Yes.

15        Q    And in full -- and indicated to that

16   individual that Miedzianowski had been banned, correct?

17        A    I asked that he be removed from working at

18   Area 5 and they agreed.

19        Q    Did you make any further requests than that?

20        A    No.

21        Q    Did you indicate that you had opened a

22   complaint against Miedzianowski?

23        A    And probably did, I don't recall exactly as I

24   sit here today.

25        Q    Okay.  Did you have any communications with

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 108 of 273 PageID #:7425
The deposition of JOHN PHILLIP CLINE, taken on May 3, 2021

106

1    anyone from internal affairs about that complaint?

2        A    I don't recall.

3        **Q**    Okay.  Did anybody interview you with regard

4    to that complaint?

5        A    I don't recall.

6        **Q**    Can you say one way or the other?

7            MS. ROSEN:  Objection.  Form.

8        A    No.

9        **Q**    Were any of the detectives or supervisors who

10   worked under you who brought that information to your

11   attention, were they interviewed?

12       A    I don't know.

13       **Q**    Was any SPAR issued against Miedzianowski

14   based on what had occurred?

15       A    I don't know.

16       **Q**    That complaint against Miedzianowski that you

17   filed, that was not sustained; is that correct?

18            MS. ROSEN:  Objection.  Form.  Foundation.

19       A    I don't know.

20       **Q**    There was a subsequent complaint register that

21   you filed against Detective Guevara -- Detective

22   Miedzianowski, correct?

23            MS. ROSEN:  Objection.  Form.  He was never a

24       detective.

25       A    I don't recall.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 109 of 273 PageID #:7426
The deposition of PHILIP CLINE, taken on May 3, 2021
107

```
 1              MR. SWAMINATHAN:  My apologies.  Let me re-
 2      ask the question.
 3      Q    There was a second time that you filed a
 4  complaint against Gang Specialist Miedzianowski,
 5  correct?
 6              MS. ROSEN:  Objection.  Form.  Foundation.
 7      A    I don't remember it.
 8      Q    Okay.  Are you aware of any instance in which
 9  a complaint made against Miedzianowski about potential
10  tampering with homicide investigations resulted in
11  sustained findings?
12              MS. ROSEN:  Objection.  Form.  Foundation.
13      A    I don't know.
14      Q    Was there an incident in 1996 when you
15  suspected that Miedzianowski had stole [sic] a witness
16  statement from a homicide file?
17              MS. ROSEN:  Objection.  Form.  Foundation.
18      A    I don't recall the specifics of what you're
19  talking about.
20      Q    Okay.  Do you generally recall that there was
21  an instance when, similar to a criminal defense attorney
22  having a document from a homicide file, that there was
23  another instance when it turned out some gang bangers
24  had a copy of some documents from a homicide file?
25              MS. ROSEN:  Objection.  Form.  Foundation.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 110 of 273 PageID #:7427
The deposition of PHILIP CLINE, taken on March 3, 2021
108

1       A    As I sit here right today, I don't recall it.

2       Q    Do you have any memory of some instance when

3  something like what had happened, the first complaint

4  that you'd made, happened again?

5            MS. ROSEN:  Objection.  Form.  Foundation.

6       A    As I sit here today, I don't recall.

7       Q    Can you say one way or the other whether you

8  ever made a second report to Internal Affairs about a

9  Miedzianowski misconduct?

10           MS. ROSEN:  Objection.  Form.  Foundation.

11      A    I can't remember as I sit here today.

12      Q    After that first incident involving

13 Miedzianowski that you made a complaint about, did you

14 conduct any type of review to determine if there were

15 other cases in which Miedzianowski had tampered with a

16 homicide investigation?

17           MS. ROSEN:  Objection.  Form.

18      A    I don't recall.

19      Q    As you sit here -- strike that.  Did you talk

20 to homicide detectives to see if any of them had any

21 other concerns about Miedzianowski?

22           MS. ROSEN:  Objection.  Form.  Foundation.

23      A    I would have asked my supervisors to do it,

24 but I don't recall specifics.

25      Q    Did you -- as you sit here today, are you

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 111 of 273 PageID #:7428
The deposition of PHILIP CLINE, taken on March 11, 2021
109

1  saying you recall specifically asking supervisors to do

2  it?

3      A    No.  I'm just saying if -- if I did, I would

4  have asked a supervisor to do it.

5      Q    But as you sit here today, you don't remember

6  asking supervisors to do that; is that correct?

7          MS. ROSEN:  Objection.  Form.

8      Q    Okay.  The complaint -- strike that.  The

9  complaints that were made about Miedzianowski

10  interfering in homicide investigations, did it result in

11 any review of homicide cases to see what cases might

12 have been impacted by Miedzianowski's misconduct?

13         MS. ROSEN:  Objection.  Form.  Foundation.

14     A    I don't recall.

15     Q    Was there any effort to see if there were any

16 detectives who might have been involved in assisting

17 Miedzianowski in tampering with a homicide

18 investigation?

19         MS. ROSEN:  Objection.  Form.  Foundation.

20     A    That would have been part of the

21 investigation.

22     Q    Did you -- when you say it would've been part

23 of the investigation, did you have any involvement in

24 the investigation?

25     A    No.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 112 of 273 PageID #:7429
The deposition of PHILIP CLINE taken on March 12, 2021
110

 1              MS. ROSEN:  Objection.  Asked and answered.
 2      Q    Do you know if it was -- so you don't know
 3  whether that was in fact part of the investigation; is
 4  that fair?
 5              MS. ROSEN:  Objection.  Form.  Foundation.
 6      A    Yes.
 7      Q    Okay.  You're assuming that that is what --
 8  that is part of what should have been done; is that
 9  correct?
10      A    Yes.
11      Q    Okay.  In your view, the complaint that you
12  had made against Miedzianowski should have resulted in
13  some review to see if there were other people who were
14  also involved in what he had done; is that fair?
15              MS. ROSEN:  Objection.  Form.  Foundation.
16      A    I mean, I would not have all the information,
17  so it wouldn't be fair for me to say what they should've
18  done or didn't do or, you know, they had the
19  investigation, not me.
20      Q    Okay.  Looking back at it today, do you
21  have -- do you feel that the investigation into
22  Miedzianowski at that time was not handled correctly?
23              MS. ROSEN:  Objection.  Form.  Foundation.
24      A    I don't know.
25      Q    Do you have any concerns about how the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 113 of 273 PageID #:7430
The deposition of PHILIP CLINE - taken on March 1, 2021
111

1   investigation had been conducted based on the complaint

2   that you had made on Miedzianowski?

3            MS. ROSEN:  Objection.  Form.

4   A    No.  I don't, no.

5   Q    Did you guide -- did you conduct any

6   investigation to identify what gangs might have been

7   involved that were -- that Miedzianowski was assisting?

8            MS. ROSEN:  Objection.  Form.

9   A    As I sit here today, I don't remember

10  specifically, but probably.

11  Q    Your expectation that there would have been

12  some review to identify what gangs had specifically been

13  assisted by the sharing of information?

14  A    Yes.  But I don't recall specifics.

15  Q    Okay.  Would that have been done by somebody

16  in your unit or would that have been done as part of the

17  internal affairs investigation?

18  A    I would say both.

19  Q    Okay.  And as you sit here today, are you able

20  to identify -- are you able to say one way or the other

21  what investigation was done by your unit into what gangs

22  were involved?

23  A    No.

24  Q    If that investigation had been done by your

25  unit, what documentation would've been created?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 114 of 273 PageID #:7431
The deposition of PHILIP J. CLINE, taken on March 3, 2021
112

```
 1              MS. ROSEN:  Objection.  Form.  Foundation.
 2      A    Depends on what they would have uncovered
 3  and -- I don't recall any specifics from back then.
 4      Q    Did you ever speak to an individual named
 5  Risley at Internal Affairs about Miedzianowski?
 6              MS. ROSEN:  Objection.  Form.  Foundation.
 7      A    He was the head of internal affairs, but I
 8  don't recall any specific conversation with him.
 9      Q    Have you had -- have you ever had any
10  conversations with him about Miedzianowski?
11              MS. ROSEN:  Objection.  Form.  Foundation.
12      A    About Risley -- with Risley?
13      Q    With Risley.
14      A    I don't recall.
15      Q    Have you ever had any conversations with
16  Risley about any of the detectives that were working
17  under your command at Area 5?
18              MS. ROSEN:  Objection.  Form.  Foundation.
19          Once again, you're far afield from even discipline.
20      A    I don't recall.
21              MR. SWAMINATHAN:  Okay.  We've been going on
22          for a little chunk of time here.  Do you want me to
23          take another quick break, maybe five minutes?
24              MS. ROSEN:  Can I ask you, before we do that,
25          what you're -- how long do you think you're going
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 115 of 273 PageID #:7432
The deposition of PHILIP CLINE, taken on May 15, 2021

113

```
 1   to go today and whether we going to -- were going
 2   to need a lunch break?
 3         MR. SWAMINATHAN:  Yeah.  I -- we're not going
 4   to go all day.  I expect to be done -- it's going
 5   to be more than an hour, but I can't say how much
 6   more it could be.  It could be, I would say maximum
 7   three hours, but I think that that's probably on
 8   the high end, but I'm going to say that to you, so
 9   that, you know, I'm not breaking my promise.
10         MS. ROSEN:  Maximum three hours more, you
11   mean?
12         MR. SWAMINATHAN:  Maximum three hours more.
13         MS. ROSEN:  And --
14         MR. SWAMINATHAN:  And I think probably less,
15   but I can't make that promise to you.
16         MS. ROSEN:  Okay.  And then, Jan, are -- do
17   you anticipate having questions as well?
18         MS. SUSLER:  Well, it's a little hard to say,
19   since I don't know how the rest of the dep is going
20   to go, but it is unlikely that I will have
21   extensive questioning.
22         MS. ROSEN:  Okay.  So I think that we should
23   at some point take a lunch break.  We don't have to
24   do it now.  We can go a little bit longer.  But if
25   you think you guys have three hours more, that's
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 116 of 273 PageID #:7433
The deposition of PHILIP CLINE taken on March 3, 2021
114

```
1    going to take up the -- I mean, obviously, we're
2    going to need breaks.  That's going to take us to
3    close to 4:00, and so we'll have to take a lunch.
4    So why don't we come back --
5           MR. SWAMINATHAN:  Yeah.  Well, Eileen, it's
6    12:15.  We might as well do it now, I think, if
7    that makes sense to you.
8           MS. ROSEN:  Well, I just have to get lunch
9    here.  So it could be a shorter break.
10          MR. SWAMINATHAN:  Okay.
11          MS. ROSEN:  In a, you know, in an hour or so
12   is my plan.
13          MR. SWAMINATHAN:  So --
14          MS. ROSEN:  I mean, I'm happy to do the
15   longer break, but that seems silly.
16          MR. SWAMINATHAN:  Yeah.  Okay.  Why don't we
17   take a short break now, and then whenever you --
18          MS. ROSEN:  Okay.
19          MR. SWAMINATHAN:  -- guys have lunch figured
20   out.
21          COURT REPORTER:  Okay.
22          MR. SWAMINATHAN:  That's that.
23          MS. ROSEN:  Okay.  Great.  Thanks.
24          COURT REPORTER:  We are off the record at
25   12:17 p.m.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 117 of 273 PageID #:7434
The deposition of PHILIP CLINE - taken on May 3, 2021

115

```
 1              (OFF THE RECORD)
 2              COURT REPORTER:  We are back on the record at
 3      12:29 p.m.
 4  BY MR. SWAMINATHAN:
 5      Q    Actually, when you were a commander over --
 6  became commander over Area 5 detectives in 1994, who did
 7  you replace?
 8      A    Charlie Roberts.
 9      Q    And who did you report to as a commander?
10      A    A deputy chief for detectives at headquarters.
11      Q    Who was that?
12      A    I don't recall.
13      Q    Who was the chief of detectives at that time?
14      A    John Stibich.
15      Q    Was there more than one deputy chief of
16  detectives?
17      A    Yes.  There was, like, three.  One for the
18  north side, one for the south side, and one for the
19  special units, like bomb and arson, and --
20      Q    What were the other special units?
21      A    They had a fugitive squad, I believe, that
22  worked with the marshals.
23      Q    Any other special units you remember?
24      A    Not offhand.
25      Q    Okay.  When you -- and so you reported to the
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 118 of 273 PageID #:7435
The deposition of PHILIP CLINE, taken on March 18, 2021
116

1  deputy chief assigned to the north side?

2      A    Yeah.  John Frangello was the deputy chief's

3  name.

4      Q    Okay.  And who were the lieutenants who were

5  working under you when you were commander at Area 5?

6      A    Ralph Barganski was the Violent lieutenant --

7  no, he was the Property lieutenant and John Farrell was

8  the Violent lieutenant.

9      Q    The policies that were in place when you were

10 now commander at Area 5, were they the same as the

11 policies in place when you were at Area 2 as Violent

12 Crimes lieutenant?

13          MS. ROSEN:  Objection.  Form.  Foundation.

14     A    I'm not sure because, you know, things change

15 over the years, and they -- they put out general orders

16 and supplementary orders that -- that explain the

17 change, and -- so I'm not sure exactly.  Nothing major

18 that I can think of.

19     Q    Any changes to the policies in place that you

20 can recall in the five years since you had last worked

21 in a detective division?

22          MS. ROSEN:  Objection.  Form.  Foundation.

23     A    No.

24     Q    As far as you're concerned, was the day-to-day

25 job being done by the homicide detectives still the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 119 of 273 PageID #:7436
The deposition of PHILIP CLINE - taken on MARCH 19, 2021
117

```
 1   same?
 2              MS. ROSEN:  Objection.  Form.
 3        A    Yes.
 4        Q    Any changes you can think of in terms of how
 5   the detectives went about conducting their jobs at Area
 6   5 versus Area 2?
 7              MS. ROSEN:  Objection.  Form.
 8        A    No.
 9        Q    Anything unique with the policies or practices
10   that were followed at Area 5?
11              MS. ROSEN:  Did you say "anything unique"?
12              MR. SWAMINATHAN:  Anything unique, yeah.
13              MS. ROSEN:  Objection.  Form.
14        A    No.
15    BY MR. SWAMINATHAN:
16        Q    Anything that you would say, you know, hey,
17   the guys at Area 2, they conducted, you know, witness
18   interviews a certain way, but the guys at Area 5, they
19   had a different way of doing things.  Anything like
20   that, you would say?
21        A    No.
22              MS. ROSEN:  Objection.  Form.
23        Q    The policies that applied to detectives at
24   Area 5 were the same policies that applied to detectives
25   in Area 2?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 120 of 273 PageID #:7437
The deposition of PHILIP CLINE, taken on May 3, 2021
118

```
 1              MS. ROSEN:  Objection.  Form.  Do you mean in
 2       the same time frame?
 3       Q    And I can ask the more generally, let me try
 4  again.  Basically, what I'm trying to understand is the
 5  policies that were in place -- strike that.  There were
 6  certain policies that were in place for detectives at
 7  Area 5, correct?
 8       A    Yes.
 9       Q    Were those policies unique to Area 5 or were
10  they citywide for detectives?
11              MS. ROSEN:  Objection.  Form.
12       A    Most were -- were citywide, there might be
13  some specifics because of a hospital or something like
14  that, that -- that would affect the individual area.
15  Like in Area 2, we had to go to Hammond a lot because
16  there was a hospital that took shootings on the
17  southside.  So we had to have issues of insurance for
18  the car and stuff like that before we'd leave Illinois
19  and go to Indiana.  So other than that, the -- the major
20  criminal investigations are the same.
21       Q    Okay.  So the policies with regard to how you
22  conduct criminal investigations were the same across the
23  areas for all detectives; is that right?
24       A    Yes.
25              MS. ROSEN:  Objection.  Form.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 121 of 273 PageID #:7438
The deposition of PHILIP CLINE taken on May 31, 2021

119

1      Q     And as the commander at Area 5, are you aware

2  of any policies or rules that were in place that were

3  unique or different from what was being done at the

4  other areas for detectives?

5            MS. ROSEN:  Objection.  Form.

6      A     Other than what I just stated about the cars,

7  or it could have been other hospital issues, no.

8      Q     Okay.  Anything unique about the practices

9  that you had people following at Area 5 with regard to

10  criminal investigations that was different than the

11  other areas?

12            MS. ROSEN:  Objection.  Form.

13      A     Not that I recall.

14      Q     Okay.  While you were the commander at Area 5

15  for approximately five years, were there any changes in

16  the policies and practices under your command?

17            MS. ROSEN:  Objection.  Form.

18      A     Not that I recall.

19      Q     When you came in in 1994, did you change

20  anything about how things were done in the detective

21  division?

22            MS. ROSEN:  Objection.  Form.

23      A     I had geographic responsibilities added to the

24  detectives, so that there was better investigations,

25  knowing MOs and stuff like that of -- of the criminals

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 122 of 273 PageID #:7439
The deposition of PHILIP CLINE - taken on March 2, 2021

120

1  out there.  Before I changed that they would have a --
2  detective might get a case in the 15th District, and a
3  case the 17th District, which would take about an hour
4  to drive to and from there.  So I made it so that there
5  was geographic accountability in order to give the
6  officers that worked -- the detectives that worked in 15
7  all the 15th District cases and similar for others.  But
8  that didn't apply to homicides.
9      **Q    Okay.  With -- so let -- and then let me focus**
10 **on homicides then, since that's what we're -- that's**
11 **what we're here to talk about.  When you came in, did**
12 **you change anything about how things were done with**
13 **regard to homicide investigations?**
14     A    Other than some minor stuff I -- that I can't
15 really think about now, no.  It was the same as Area 2.
16     **Q    Okay.  What minor changes can you think of**
17 **that you made?**
18     A    I can't even think of any right now.
19     **Q    When you came in, did you have any kind of --**
20 **strike that.  When you came in, did you make any changes**
21 **that would have changed the day-to-day practices of the**
22 **homicide detectives working under your command from what**
23 **they were doing, you know -- strike that.  My apologies.**
24 **When you -- strike that.  While you were the commander**
25 **at Area 5 violent crimes, did you make any changes that**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 123 of 273 PageID #:7440
The deposition of PHILLIP CLINE, taken on March 23, 2021
121

```
 1   would have impacted the day-to-day work of the homicide
 2   detectives working under you?
 3              MS. ROSEN:  Objection.  Form.
 4      A    Not that I can think of.
 5      Q    When you came in, did you have any kind of
 6   meeting with all of the detectives under your command?
 7      A    Yes.
 8      Q    And so tell -- what was that?  It -- was it
 9   like one meeting, like a get-to-know everybody meeting?
10   Help me understand what that was.
11              MS. ROSEN:  Objection.  Form.
12      A    Basically just introduced myself to them, let
13   them know what my background was, and tell them if they
14   needed anything, come and see me.
15      Q    Did you talk to them about any priorities or
16   initiatives that you wanted to have in place at Area 5?
17      A    No.  I just explained, like, for when we had a
18   bank robbery pattern going, I would take detectives and
19   put them inside the banks, and incidents like that that
20   might have been different than where they were used to.
21      Q    Did you put in place any initiative to try to
22   improve the performance of homicide detectives?
23              MS. ROSEN:  Objection.  Form.
24      A    Not that I can think of.
25      Q    As the commander at Area 5 detectives, did you
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 124 of 273 PageID #:7441
The deposition of PHILIP J. CLINE taken on May 3, 2021

122

 1  have any major achievements during that four years that
 2  you're proud of?
 3      A    Well, our clear-up rate went up.  I -- I
 4  thought a heater case like this, the detective's done an
 5  outstanding job in solving it.  And the most important
 6  thing was getting those two kids back.  So I mean, the
 7  fact that we were able to get those kids back safely was
 8  a great feat by the men and women of Area 5.
 9      Q    Well, I'm not asking specifically about this
10  case -- I mean, I guess maybe what you're saying is the
11  -- solving this case was one of the achievements that
12  you're proud of; is that right?
13      A    Yes.
14      Q    Okay.  Are there other specific cases that
15  stand out as instances that -- where you guys solved a
16  case that you're proud of?
17      A    Well, we had a police officer shot and killed
18  in the line of duty, Dan Doffyn, and we were able to get
19  the offender on that case.  So I mean, anytime we had a
20  -- a high-profile case like that -- that we solved, I
21  was pleased with the work of the men and women.
22      Q    You said the clearance rate went up under your
23  command?
24      A    Yes.
25      Q    How were you able to get the clearance rate to

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 125 of 273 PageID #:7442
The deposition of PHILIP J. CLINE, taken on March 3, 2021
123

1    go up?

2        A    I think just working with other units, working

3    with gangs, working with the district tac teams,

4    suburban departments that -- that showed any kind of

5    connection to that.  I had a once-a-month meeting with

6    all the suburbs that surrounded Area 5 and exchanged

7    information on cases.  So all those things helped.

8        Q    So there was -- so you instituted more

9    coordination between the homicide detectives and others?

10       A    Yes.

11       Q    Okay.  And sorry, I should ask, that clearance

12   rate going up, was that with regard to homicide cases,

13   or other cases, or both?

14       A    Both.

15       Q    Okay.  And so, the increased collaboration

16   with others applied to both homicide cases and other

17   cases; is that right?

18       A    Yes.

19       Q    And in the case of homicide cases, who were

20   the -- who were the folks that you had them

21   collaborating with more than they previously had been

22   doing?

23       A    DEA, you know, FBI.

24       Q    Gang crimes?

25       A    Gang crimes, yeah -- yeah.  That was on a



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 126 of 273 PageID #:7443
The deposition of PHILIP CLINE, taken on March 26, 2021
124

1  daily basis.

2      **Q    What do you mean by it was on a daily basis?**

3      A    Well, because, I mean, we had a lot of

4  homicides in Area 5, so Gangs would be sending people

5  over to help us on those homicides.

6      **Q    And you increased the involvement of Gang**

7  **Crimes officers in assisting on homicides, it sounds**

8  **like?**

9          MS. ROSEN:  Objection.  Form.

10     A    Yes.

11     **Q    And so, how did you go about doing that?**

12     A    Again, making sure that the detectives were

13  sharing information, or the Gang Crimes specialists were

14  also letting us know anything they had, any informants

15  that we could use.

16     **Q    And did you have a mechanism for information**

17  **sharing from the Gang Crimes specialists to the**

18  **detectives?**

19          MS. ROSEN:  Objection.  Form.

20     **Q    I don't recall the specifics, but yeah.  I**

21  **mean, that was the idea of them being there.**

22     A    So -- so was it under you that the Gang Crimes

23  specialists then would start to work out of the

24  detective division more often?

25          MS. ROSEN:  Objection.  Form.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 127 of 273 PageID #:7444
The deposition of PHILIP CLINE, taken on May 12, 2021
125

 1      A     No.  They were doing it before I was there.

 2      Q     Okay.  Was -- were there certain reports or

 3   other documentation that you had either detectives or

 4   Gang Crimes specialists create to sort of increase the

 5   communication between the two teams?

 6            MS. ROSEN:  Objection.  Form.

 7      A     Not that I recall.

 8      Q     Did you create any meetings that took place

 9   between gang specialists or homicide detective on a

10   regular basis?

11      A     I'm sorry, what was the first part of your

12   question?

13      Q     Did you create any meetings, like regular, you

14   know, routine meetings that would occur in order to

15   increase the collaboration between those groups?

16      A     That was left up to the supervisors to make

17   sure that the people who were working these cases sat

18   down and exchanged information.

19      Q     Did you train detectives as part of your role

20   as the commander?

21      A     Yes.

22      Q     And what kind of training would you conduct?

23      A     Search warrants, anything specific to what was

24   going on, DNA, that was becoming real big back then. And

25   so I just made sure that they had all the information

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 128 of 273 PageID #:7445
The deposition of PHILIP CLINE, taken on March 28, 2019
126

1    they needed.

2        Q    And you would do those trainings yourself?

3        A    Some of it, yes.

4        Q    Which trainings did you personally conduct? On

5    what topics?

6        A    I don't recall exactly.  It would have been

7    search warrants.  I did search warrants for the whole

8    department.  So it would have been search warrants, but

9    I don't recall anything else.  Maybe DNA, I might have

10   done.  Or I would try and get experts to come in.  Get

11   attorneys from the State's Attorney's Office to come in

12   and talk about what they're looking for when charging

13   somebody.

14       Q    Did you do any training on interrogations?

15       A    No.

16       Q    Did any of your sergeants or lieutenants do

17   training on interrogations?

18       A    I don't recall as I sit here today, or if we

19   brought somebody in from the outdoors, you know,

20   outside.

21       Q    When you previously worked as a violent crimes

22   lieutenant, did you do any training of your detectives

23   on interrogations?

24       A    Not that I remember.

25       Q    As a commander, what was your expectation

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 129 of 273 PageID #:7446
The deposition of PHILIP CLINE - taken on March 3, 2021
127

 1  about how interrogations were being conducted by your

 2  detectives?

 3          MS. ROSEN:  Objection.  Form.

 4      A    I wanted to make sure that they were following

 5  all the guidelines that had been set down and

 6  documenting information from the person that was going

 7  to be interviewed.

 8      Q    So it was your expectation that they were

 9  documenting the things they learned from the person

10  interviewed?

11      A    Right.

12      Q    And that -- and when you talk about the

13  guidelines, what guidelines are you referring to for

14  interrogations?

15      A    With -- with the GPRs, and making sure that

16  they're reporting it on a GPR, and exchanging

17  information with -- watch to watch, that was an

18  important thing.

19      Q    Okay.  Expectation was that they were taking

20  down information about interviews of -- strike that.

21  Your expectation was that they were taking down

22  information about their interrogations in GPRs, ensuring

23  that information across shifts; is that right?

24          MS. ROSEN:  Objection to form.  Foundation.

25      A    Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 130 of 273 PageID #:7447
The deposition of PHILIP CLINE taken 01 March 30, 2021

128

 1      Q    Okay.  And did you communicate that
 2  expectation to your -- the supervisor working under you
 3  and to detectives?
 4      A    Yes.
 5      Q    Okay.  And was it your expectation that
 6  detectives should have been following that guide -- that
 7  instruction to take GPRs on their interrogations?
 8              MS. ROSEN:  Objection.  Form.  Foundation.
 9      A    Yes.
10      Q    Okay.  And as far as you know, was that
11  followed?
12              MS. ROSEN:  Objection.  Form.  Foundation.
13      A    Yes.
14      Q    If that wasn't being followed, would you have
15  expected there to be some reprimand or consultation with
16  the officer?
17              MS. ROSEN:  Objection.  Form.  Foundation.
18      A    Yes.
19      Q    When you were supervising interrogations at
20  Area 5, what was the practice with regard to suspect's
21  requests for counsel?  Was there any process about
22  trying to encourage -- make sure that they were given
23  instructions about counsel, were there efforts to
24  discourage suspects from, you know, requesting counsel
25  and refusing to answer questions?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 131 of 273 PageID #:7448
The deposition of Phillip Cline taken on May 13, 2021
129

```
 1              MS. ROSEN:  Objection.  Form.
 2       A    I remember we put signs up in every one of the
 3  interview rooms that talked about the Miranda rights and
 4  also it expounded on if they wanted an attorney.  I
 5  don't remember exactly what they said, but I know those
 6  were put into the interview rooms, and we encouraged
 7  detectives to use the FOP book or a card to read the
 8  rights so that there was no doubt what the -- was said
 9  to the offender.
10       Q    Was there a practice among detectives to try
11  to discourage suspects from remaining silent to the
12  course of an investigation?
13              MS. ROSEN:  Objection.  Form.
14       A    Not that I know of.
15       Q    Were there techniques that detectives were
16  taught to try to discourage individuals from remaining
17  silent during an interrogation?
18              MS. ROSEN:  Objection.  Form.
19       A    I don't think that they were trying for that
20  purpose, but I mean, they were taught interrogation
21  techniques, but not the specifically to get them not to
22  ask for an attorney or to -- to speak.
23       Q    If -- were they taught any -- detectives were
24  taught techniques to get people talking, right?
25       A    Yes.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 132 of 273 PageID #:7449
The deposition of PHILIP CLINE - taken March 3, 2021
130

1    Q    Okay.  And what were some of the techniques
2  they were taught to get people talking?
3           MS. ROSEN:  Objection.  Form.  Foundation.
4    A    Well, I can just remember to start talking
5  about things in general rather than getting specific
6  right away.  That was something that we had the older
7  detectives talk to the new detectives about.  Take your
8  time with your interrogation and interviews.
9    Q    What do you mean by "take your time"?
10    A    Well, don't rush in there.  "Did you do it?"
11  and have them say, "no" and then you walk out the door.
12  I mean, you should walk in and say, "what neighborhood
13  you from, who did you go to school with," what -- get
14  them talking, get them trusting you.
15    Q    Did you -- did they learn any techniques to
16  try to avoid having somebody invoke their right to
17  remain silent?
18           MS. ROSEN:  Objection.  Form.
19    A    No.
20    Q    Did you -- were there any techniques to get
21  someone talking that involved sharing information with
22  them?
23           MS. ROSEN:  Objection.  Form.  Vague.
24    A    You might, you know, tell them that a co-
25  defendant is already talking to you and that would

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1  encourage them to talk.
 2      Q    And that could be a lie, right?  You could lie
 3  to suspects, correct?
 4      A    That's what the Supreme Court said.
 5      Q    And that was one of the techniques that
 6  detectives use, right?  Ruse?
 7              MS. ROSEN:  Objection.  Form.
 8      A    I mean, I don't know if you're talking about a
 9  specific case, but I mean, in general, detectives would
10  try and get statements from the interview -- people
11  being interviewed.
12      Q    And would detective share facts that they knew
13  about the crime with individual they are interrogating?
14      A    If that helped get the person to talk about
15  it, yes.
16      Q    And were detectives trained that that could
17  also be problematic because if you share information
18  with the individual, it's harder to assess whether their
19  confession is true?
20              MS. ROSEN:  Objection.  Form.
21      A    You always hold back something that only the
22  offender would know.
23      Q    Did the detectives working under your command
24  get any training about false confessions?
25      A    Yes.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 134 of 273 PageID #:7451
The deposition of Phil Cline taken on March 24, 2021
132

1    Q    What training did they get about that?

2    A    At the academy there was training on cases in

3    general, and I know we used the Florida case as an

4    example of a false confession.  You try and show them

5    what can cause something like that to happen and to

6    avoid it.

7    Q    And so, what steps were they taught to take to

8    avoid those false confessions?

9    A    Well, making sure that you hold something back

10   that the -- only the offender would know for sure.  Not

11   trying to force somebody into talking about something

12   that would -- would cause them to make a false

13   confession.

14   Q    Anything else that they were taught as

15   detectives?

16   A    Like, I'd have to know the case to know

17   specifics about it.

18   Q    I'm not asking about specific cases, I'm just

19   asking about the techniques they were trained on.  Was

20   there anything else they were trained to do other than

21   hold some piece of information back to avoid false

22   confessions?

23        MS. ROSEN:  Objection.  Form, foundation, and

24        mischaracterizes the testimony.

25   A    As I sit here today, I don't remember.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 135 of 273 PageID #:7452
The deposition of PHILIP CLINE taken on March 35, 2021
133

1     Q    And was there any form that you would use to
2   have individuals sign their waiver of right to an
3   attorney and a right to remain silent?
4     A    Yes.
5     Q    And was -- that form was available to
6   detectives in your unit at Area 5?
7     A    Yes.
8     Q    And what was that form?
9     A    Just a rights form that talked about the right
10  to an attorney, right to keep silent, attorney would be
11  provided, and we encourage them to sign it.
12    Q    You said there was a document that you could
13  have the suspect sign expressly indicating that they
14  have -- that they've waived their rights?
15    A    Yes.
16    Q    That was something that detectives could use
17  in their interrogations; is that right?
18         MS. ROSEN:  Objection.  Form.
19    A    Yes.
20    Q    And was your expectation that they would use
21  those forms?
22         MS. ROSEN:  Objection.  Form.  Foundation.
23    A    Yes.  But in some cases, the defendant didn't
24  want to sign anything, so you would just proceed as long
25  as he had orally agreed to waive his rights.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 136 of 273 PageID #:7453
The deposition of PHILIP CLINE, taken on May 3, 2021
134

 1      Q    Okay.  But was the expectation that they would
 2  at first -- they would first, in after giving the
 3  Miranda warning, you'd first at least try to see if
 4  they're willing to sign the document?
 5            MS. ROSEN:  Objection.  Form.  Foundation.
 6      A    Yes.
 7      Q    Okay.  So whenever -- when detectives
 8  conducted interrogations, they would take that form to
 9  get a signature, if possible?
10      A    Yes.
11      Q    Okay.  And then if the individual would sign
12  the form, they could continue the interrogation; is that
13  right?
14      A    As long as he waived his rights, yes.
15      Q    All right.  And then -- and it was your
16  expectation that in each interrogation that detectives
17  in fact gave the individual an opportunity to sign that
18  form?
19      A    Yes.
20      Q    Okay.  And what is that form called or what
21  did you guys call it in the area at that time?
22      A    A rights form.  I don't know if it had a
23  number on it or something.  I don't recall.
24      Q    And that form was available to detectives in
25  the area, correct?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 137 of 273 PageID #:7454
The deposition of PHILIP CLINE, taken on May 13, 2021
135

1    A    Yes.

2    Q    And then if that form was signed, where would

3    it be put?

4    A    The original should have been inventoried and

5    then a copy put in the investigative file.

6    Q    When you say the original's inventoried, what

7    do you mean?

8    A    That it would be put into our inventory system

9    and it would be sent to evidence recovered property to

10    hold.

11    Q    And this was a CPD form that you're talking

12    about; is that right?

13    A    Yes.

14    Q    And was it a form available to all detectives

15    across areas or was it something unique to Area 5?

16    A    No.  Was all the areas.

17    Q    And later on, if an individual eventually gave

18    a handwritten statement to a prosecutor, that was a

19    separate document on which there was some written

20    waiver; is that correct?

21    A    Yes.

22    Q    Okay.  So there were two different forms. One

23    that the prosecutor used and one that the detectives

24    used to obtain written waivers; is that right?

25    A    Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 138 of 273 PageID #:7455
The deposition of PHILIP CLINE - taken on May 13, 2021
136

 1    Q    Okay.  In your experience, did detectives

 2  typically obtain those written waivers when they

 3  conducted interrogations with suspects?

 4    A    Where the individual waived his rights, yes.

 5    Q    Okay.  And where individuals -- did you have

 6  instances where individuals were willing to talk, but

 7  just wouldn't sign the form?

 8    A    Yes.

 9    Q    Was that rare?

10       MS. ROSEN:  Objection.  Form.  Foundation.

11    A    No.

12    Q    It typically was just the case that if an

13  individual is willing to talk, they were also willing to

14  sign the form saying they were willing to talk?

15       MS. ROSEN:  Objection.  Form.  Foundation.

16    A    No.

17    Q    How often -- approximately how often was it in

18  general; ten percent, 50 percent, 100 percent, that

19  people would agree to talk but not agree to sign the

20  form saying they would talk?

21       MS. ROSEN:  Objection.  Form.  Foundation.

22    A    I don't know.  I mean, I don't know what

23  period of time you're talking -- how long.  I mean,

24  it -- it happened.

25    Q    When you were the commander, did you

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 139 of 273 PageID #:7456
The deposition of PHILIP CLINE - taken on May 13, 2021
137

1   participate in any interrogations?

2        A    Maybe -- maybe a couple I walked in on, not

3   in --

4        Q    In the four or five years -- I'm sorry.  I'm

5   sorry.  Go ahead.  I didn't mean to cut you off, go

6   ahead.

7        A    I tried not to, you know, go in and let the

8   detectives know they were doing a good job, but -- but I

9   mean, not really.  I didn't -- maybe a couple.

10       Q    A couple times over about five years as the

11  commander?

12       A    Yes.

13       Q    Okay.  So for the most part, you did not

14  participate in interrogations of suspects, fair?

15       A    That's fair.

16       Q    Okay.  And where did you -- where did you sit

17  when you were at Area 5 as the commander?

18       A    In the office right outside the squad room.

19       Q    And who all was -- so was that off of the main

20  area?

21       A    The -- my office had an outer office that had

22  three desks there.  And then when you went out the door

23  from there, you were in the squad room.

24       Q    Okay.  So your of -- so you went from your

25  office into another office and then from that office out

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 140 of 273 PageID #:7457
The deposition of PHILIP CLINE - taken 3/4/2021
138

1   into the open area; is that right?

2       A    Yes.

3       Q    If you were out in the open area, could you

4   see into your office as the commander?

5       A    I don't remember.

6       Q    As the commander, if you were sitting in your

7   office as the commander, could you see out into the open

8   area where the detectives were?

9       A    No.  I believe I had to walk into the next

10  office to do that.

11      Q    And who sat in that office?

12      A    Two detectives.

13      Q    And what detectives sat in that office right

14  outside of the commander's office?

15      A    Chris Alberts and Karen Salvey.

16      Q    And what was their role, were they detectives

17  that were out investigating cases or were they desk

18  detectives?

19      A    They were desk detectives, administrative

20  duties.

21      Q    And so, what kind of job were they doing?

22      A    Reviewing reports, creating reports that I

23  needed to get down, any -- any kind of flow paperwork

24  from headquarters out to the areas and back.  They would

25  be responsible for that.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 141 of 273 PageID #:7458
The deposition of PHILIP CLINE, taken on May 3, 2021
139

1    Q    Anything else that they would do?

2    A    I don't remember all their duties as I sit

3    here today.

4    Q    As commander, would you ever go out in the

5    field?

6    A    Yes.

7    Q    How often would you do that?

8    A    Couple times a week.

9    Q    And then if you went out, how long would you

10   go out?

11   A    Couple hours.

12   Q    When you went out, what would you do?  Would

13   you assist in investigations?

14            MS. ROSEN:  Objection.  Form.

15   A    Sometimes I might jump in the back seat of the

16   detective's car and ride with them and see what's going

17   on with the case they're working, or if it was a heater

18   case, I'd be out there helping with resources and making

19   sure that we're covering all the bases.

20   Q    And when you say, "helping with resources,"

21   what do you mean?

22   A    Well, like in -- in this case here, you had

23   two kids that were kidnapped and there was leads in

24   California and in Mexico.  So I made sure that we had

25   the FBI working on those leads.  We needed extra

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 142 of 273 PageID #:7459
The deposition of PHILLIP CLINE, taken on March 3, 2021
140

1  interpreters because of the amount of Hispanic people

2  that didn't speak English, so I got officers from other

3  units to come and help with the interrogations and the

4  interviews.

5      Q    So basically, you helped the detectives get

6  the resources and help that they needed from others; is

7  that right?

8      A    Yes.

9      Q    Okay.  Did you actually conduct the

10 investigation steps yourself?

11     A    No.

12     Q    Okay.  When you went out with the detectives,

13 you wouldn't interview witnesses and do that kind of

14 thing.  You would help them get the resources they need

15 to be able to do that.  Do I have that right?

16     A    Yes.

17     Q    Okay.  And when you were back at your -- at

18 Area 5, were you typically in your office?

19     A    Or in the squad room.

20     Q    And what types of things would you be doing

21 out in the squad room?

22     A    I'm talking to the detectives about their

23 cases, just general walking around, making sure that

24 everything we need is there.

25     Q    Did you review homicide files as a commander?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 143 of 273 PageID #:7460
The deposition of PHILIP CLINE, taken on March 3, 2021
141

 1        A    Yes.

 2        Q    And what were the purposes of your review of

 3    homicide files?

 4        A    Just to make sure that I was up to date on

 5    what's going on and what the status of these

 6    investigations are.

 7        Q    Did you hold, like, a regular roll call

 8    meeting or anything like that?

 9        A    Once in a while.  Not -- not often.

10        Q    Were those types of meetings conducted by your

11    subordinate supervisors?

12        A    Or if I had something to say, I would get up

13    there and talk, and then we'd have staff meetings once a

14    month for the supervisors.

15        Q    What kind of issues were discussed at the

16    staff meetings among the supervisor?

17        A    I'm sorry, what?

18        Q    What types of issues were discussed among the

19    supervisors at the staff meeting?

20        A    Anything at all that needed to -- affected the

21    area and if there was some new law out or a court

22    decision or anything like that, we'd talk about that.

23    We'd have guest speakers once in a while.

24        Q    Would you discuss specific investigations?

25        A    Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 144 of 273 PageID #:7461
The deposition of PHILLIP CLINE taken on March 3, 2021
142

 1      Q      Would you discuss officer discipline?

 2      A      I don't recall exactly if we did or not.

 3      Q      If there was some issues of discipline

 4   involving a detective, would that be discussed in those

 5   types of staff meetings?

 6             MS. ROSEN:  Objection.  Form.

 7      A      I -- I don't recall.

 8      Q      While you were the Area 5 commander, would you

 9   conduct audits of homicide files?

10      A      Yes.

11      Q      And what did those audits consist of?

12      A      Reviewing the file, making sure that all leads

13   had been followed up, make sure the proper paperwork's

14   in there.

15      Q      And were you also looking at it, as we

16   discussed before, to ensure that these special orders

17   were being followed about documentation and note-taking?

18      A      Yes.

19      Q      And how often was that done?

20      A      On an ongoing basis.

21      Q      And you were aware of the audits, of the

22   results of those audits; is that right?

23      A      Yes.

24      Q      And you were aware of the status of homicide

25   investigations as they proceeded, it sounds like?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 145 of 273 PageID #:7462
The deposition of PHILIP CLINE, taken on March 3, 2021
143

1     A    Tried to be on top of all of them, yes.

2     Q    So you had some -- you basically had some

3    understanding of all the homicide investigations that

4    were going on in your unit; is that right?

5     A    Yes.

6     Q    The homicide invest -- I'm assuming -- did you

7    have a knowledge of all the investigations that were

8    going on, homicide or non-homicide?

9     A    No.  It would have been impossible.

10    Q    Okay.  But homicides were more serious and so,

11   those specifically you were paying attention to?

12    A    Right.  And after that --

13        MS. ROSEN:  Object to the form.  Just paying

14    attention to but go ahead.

15    A    If there was any kind of patterns, I would

16   look at those cases.

17    Q    You -- and -- I think Eileen has a fair

18   objection.  So let me ask a -- let me ask a better

19   question.  You paid special attention to homicide cases;

20   is that true?

21    A    Yes.

22        MR. SWAMINATHAN:  Did he say yes?  I just

23    missed it.

24        THE WITNESS:  Yes.

25        MS. ROSEN:  He did.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 146 of 273 PageID #:7463
The deposition of PHILIP CLINE, taken on May 3, 2021
144

```
 1   BY MR. SWAMINATHAN:
 2       Q     Okay.  Sorry.  And anytime a homicide case was
 3   closed, would you know about it?
 4       A     Yes.
 5       Q     Could you review the homicide files in cases
 6   that were closed?
 7       A     Yeah.  I would have reviewed them at some
 8   point.  Once they were closed, I didn't review them
 9   after that.
10       Q     Okay.  So you would review homicide files as
11   they were proceeding?
12       A     Yes.
13       Q     Okay.  And so would you say that in general,
14   you put your eyes on pretty much all the homicide files
15   at some point in the process?
16       A     Yes.
17       Q     Would you report on what you were -- on the
18   homicide cases up the chain to people above you as the
19   commander?
20       A     If they had specific questions about it, yes.
21   I mean, there was no regular routine with that.
22       Q     Did -- were there any -- were there any type
23   of reporting that you made to supervisors above you
24   about homicide cases?
25       A     I don't recall if there was a specific form or
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 147 of 273 PageID #:7464
The deposition of PHILIP CLINE - taken 3/4/2021
145

1   -- I mean, they might ask you what's happening with that

2   case or what's happening with this if they got some news

3   attention or somebody else was asking about it.  But I

4   don't recall any specific form that went up to them

5   every month with homicide reviews.

6       **Q      Did you provide any -- would you share**

7   **information with the first deputy or the chief of**

8   **detectives about all the homicide cases as they were**

9   **coming in?**

10      A    Not all of them, no.

11      **Q    Okay.  What information about homicide cases,**

12  **or which homicide cases would you communicate to the --**

13  **your higher-ups about?**

14      A    Anything that we call a heater, like this case

15  here, would have been something that I would have been

16  talking to when I was talking to the chief of detectives

17  about on a regular basis.

18      **Q    You were talking to chief of detectives about**

19  **this case; is that right?**

20      A    Yes.

21      **Q    Okay.  And that you would -- you'd do that**

22  **with any heater case; is that right?**

23      A    Yes.

24      **Q    Okay.  What other types of information were**

25  **you communicating regularly to the first deputy or the**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 148 of 273 PageID #:7465
The deposition of PHILLIP CLINE, taken on May 3, 2021
146

 1   chief of detectives, about homicide cases?

 2       A    I don't recall anything else.

 3       Q    Did you communicate information to them about

 4   clearance rates of homicide cases?

 5            MS. ROSEN:  Objection.  Form.

 6       A    There was -- the headquarters put out a sheet

 7   every month that showed all the areas, how many murders

 8   they have, how many are cleared, what your clearance

 9   rate is.  So it really came from them to us.

10       Q    Right.  And how did they keep track?  How did

11   they get the information they needed to provide that

12   information?

13            MS. ROSEN:  Objection.  Form.  Foundation.

14       A    Every day there was a log that went down to

15   headquarters that had homicides, robberies, serious

16   sexual assaults, anything like that, and they would get

17   their information off of that for their statistics.

18       Q    Okay.  If there were lawsuits filed against

19   the officers in your -- under your command, would you

20   learn about it?

21       A    Yes.

22       Q    And would you share that information up the

23   chain as you learned it?

24            MS. ROSEN:  Objection to form.

25       Q    Go ahead.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 149 of 273 PageID #:7466
The deposition of PHILIP CLINE - taken on March 3, 2021

147

```
 1        A    Yes.
 2        Q    When you learned information about potential
 3   misconduct by officers in your unit, who would you share
 4   that information with?
 5             MS. ROSEN:  Did you say, who would you share
 6        that information with?
 7             MR. SWAMINATHAN:  Yeah.
 8        A    How -- it depends on how I got the
 9   information.  If they had come from the -- the OPS or
10   IAD, then they would have already been informed of it.
11   If there was something else that came in, I would inform
12   them myself.
13    BY MR. SWAMINATHAN:
14        Q    Was there -- I guess -- maybe let me ask a
15   better question.  With regard to the issue of discipline
16   or -- let me start with misconduct.  With regard to the
17   issue of misconduct, was there ever information you
18   communicated up the chain to the first deputy or to the
19   chief of detectives?
20             MS. ROSEN:  Objection to form.  Do you
21        understand what he's asked?
22             THE WITNESS:  No.
23    BY MR. SWAMINATHAN:
24        Q    Okay.  With regard to allegations of
25   misconduct, what information, if any, would you
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 150 of 273 PageID #:7467
The deposition of Philip DiMaRRo, taken on March 3, 2021
148

 1    communicate up the chain to the first deputy or the

 2    chief of detectives?

 3              MS. ROSEN:  Objection to form.

 4       A    If they already didn't have that information,

 5    then I would tell them what the allegations were.

 6       **Q    Was it your understanding that they typically**

 7    **already had information about allegations of misconduct**

 8    **against the detectives?**

 9       A    If it was the CR number that was obtained

10    against the detective, that would come through the chain

11    of command, then they would be notified as part of it.

12       **Q    Okay.  So when there were CRs that were issued**

13    **against the detective in your unit, you -- they would**

14    **learn about it even before you would learn about it; is**

15    **that right?**

16       A    Or simultaneously, yes.  You know.

17       **Q    Okay.  So when there were CRs issued against**

18    **somebody in your unit, that information was going to the**

19    **chief of detectives and to you?**

20       A    Yes.

21       **Q    Did the chief of detectives or first deputy**

22    **ever weigh in on any of the cases in which there was**

23    **allegations of misconduct against a detective?**

24              MS. ROSEN:  Objection.  Form.

25       A    I don't know if they would or not.  I mean,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 151 of 273 PageID #:7468
The deposition of PHILIP CLINE, taken on March 5, 2021
149

1    they may -- I would think they would call up IAD.  I
2    know when I was the chief of detectives, I would call
3    IAD, let's do this thing, you know, because you want to
4    know whether that officer should be kept on the street
5    or taken off the street depending on the allegation.
6         **Q    Okay.  And would you have similar**
7    **conversations with the IAD about officers to know**
8    **whether they -- you should have them on the street or**
9    **not?  When you were the commander?**
10        A    When I was a commander, did I what now?
11        **Q    Would you have -- would you make calls over to**
12   **IAD to know whether, you know, this is an officer I want**
13   **to keep on the streets or not?**
14        A    No.
15        **Q    That was only something that you did when you**
16   **were higher up?**
17        A    Right.
18        **Q    Why is that?**
19        A    Well, the superintendent is the person that
20   has to strip them.  So I mean, no matter what I wanted
21   to do, it wouldn't matter anyway.  I just wanted to make
22   sure the information went -- went to the detective
23   division, but it would be the superintendent's call.
24        **Q    Okay.  So as commander, one of the things --**
25   **it sounds like, given that you didn't have the authority**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 152 of 273 PageID #:7469
The deposition of PHILIP CLINE, taken on May 5, 2021
150

1    to make those kind of disciplinary decisions, one of the

2    things you did as commander was just to make sure the

3    information was getting up the chain to the chief of

4    detectives; is that right?

5        A    Yes.

6        Q    And it was your understanding that the chief

7    of detectives, then, was sharing that information with

8    the superintendent so that decisions could be made?

9        A    Yes.

10       Q    Okay.  And that would be with regard to any

11   allegations of misconduct against detectives in your

12   unit?

13       A    Yes.

14       Q    While you were the commander, are you aware of

15   any discipline of detectives under your command?

16            MS. ROSEN:  Objection to form, foundation.

17       A    Sitting here today, I don't recall.

18       Q    Can you think of any instance when a detective

19   under your command was disciplined while you were the

20   commander at Area 5?

21            MS. ROSEN:  Objection.  Form.  Foundation.

22       A    There was a -- there was one case that stood

23   out because the -- the officer was later charged and

24   convicted, but I don't remember his name.  And he was

25   stripped and put down working at a desk because of the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 153 of 273 PageID #:7470
The deposition of PHILIP CLINE, taken on May 13, 2021
151

1   allegation against him.  But I can't remember his name.

2       Q    Can you recall any other instance other than

3   that case?

4       A    Not as I sit here today, no.

5       Q    That officer's name, was it Woodall?

6       A    Yes.  Jon Woodall, right?

7       Q    And was he -- was there -- was it your

8   understanding that he had had some involvement at all

9   with the enterprise involving Miedzianowski?

10              MS. ROSEN:  Objection.  Form.  Foundation.

11      A    I don't know.

12      Q    Did you have an understanding about whether or

13  not what he was accused of had anything to do with the

14  allegations against Mr. Miedzianowski?

15              MS. ROSEN:  Objection.  Form.  Foundation.

16      A    I don't know.

17      Q    Until while you were the commander at Area 5,

18  you learned of the allegations against Detective

19  Woodall; is that right?

20      A    Yes.

21      Q    And when you learned of it, was it at the

22  point that he'd been arrested or was it some earlier

23  point?

24      A    It was earlier.

25      Q    And when you learned about it, how did you

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    learn about it?
 2         A    I think IAD called me, and told me about it.
 3    And then it was -- he was later stripped and then, I
 4    think he was convicted.
 5         Q    When he was stripped, who made that decision?
 6         A    The then-superintendent.
 7         Q    And do you know what information they received
 8    that led to the Internal affairs?  Was there an Internal
 9    Affairs investigation into Mr. Woodall?
10         A    Yes.
11         Q    Okay.  And were you privy to what happened --
12    to what the process was of that Internal Affairs
13    investigation?
14         A    Something to do with drugs, and a car at the
15    pond.  I don't remember other specifics in that.
16         Q    Did Internal Affairs keep you abreast of what
17    was happening with that investigation?
18         A    Yes.
19         Q    And did they communicate to you a final result
20    of that investigation at any point?
21         A    Not that I recall.
22         Q    Okay.  Did that investigation ever actually
23    conclude or was it -- or was it -- ultimately, did it
24    end because there was the criminal conviction?
25         A    Well, it would've been, once the criminal case
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    was over, then they would conclude the -- the department
 2    case.
 3         Q    Okay.
 4         A    I don't know.
 5         Q    Do you know what the final conclusion was in
 6    the department case?
 7         A    I mentioned he -- if he -- if he hadn't
 8    retired already, he would have been fired.
 9         Q    Okay.  But he could have retired without being
10    fired; is that right?
11         A    Yes.
12         Q    Okay.  Now, with regard to the Miedzianowski
13    conduct, do you know whether Internal Affairs was
14    keeping anyone abreast of what was happening with that
15    investigation?
16         A    I remember knowing about it when I was a
17    commander in narcotics.  So that had to come from IAD or
18    from my boss, and --
19         Q    When you were --
20         A    -- I don't remember the specifics as I sit
21    here today.
22         Q    When you were the commander at Area 5, were
23    you kept abreast by Internal Affairs of that
24    investigation?
25         A    I don't recall.
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 156 of 273 PageID #:7473
The deposition of PHILIP CLINE, taken on May 5, 2021

154

1      Q    Would you agree with me you don't believe you
2    were kept -- would you agree that you -- it's not your
3    recollection that you were kept abreast of that
4    investigation as it was proceeding?
5              MS. ROSEN:  Objection.  Form.
6      A    No.  I don't recall whether I was or wasn't.
7      Q    Okay.  The -- who was the individual you said
8    was the commander over Gang Investigations at that time
9    that you still were handling Miedzianowski?
10     A    Hiram Grow.
11     Q    Grow?  Okay.  So Grow was the first one you
12   spoke to about banning Miedzianowski, correct?
13     A    He might have talked to me about it or it was
14   IAD.  I don't remember as I'm sitting here today.
15     Q    But you -- at some point you communicated
16   something to somebody, a commander of Gang Crimes, that
17   you were banning Miedzianowski, that was stuff you said
18   before, right?
19     A    Yes.  It wasn't --
20     Q    Who was that?
21     A    I don't remember who that was.  Before Grow, I
22   think.
23     Q    Okay.  It was the commander before Grow?
24     A    Yeah.
25     Q    Okay.  When you communicated to that commander

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 157 of 273 PageID #:7474
The deposition of PHILIP CLINE, taken on May 5, 2021
155

```
 1   that you were banning Miedzianowski, did that individual

 2   indicate anything to you about knowing of an Internal

 3   Affairs investigation at that time?

 4        A    I don't remember.

 5             MS. ROSEN:  Kind of a belated relevance.

 6        Objection.  Because once again, I think that's far

 7        afield, even when you're talking about discipline.

 8   BY MR. SWAMINATHAN:

 9        Q    As the commander at Area 5, what was your role

10   in the discipline process?

11        A    I was part of the channel -- command channel

12   review.

13        Q    And so you would be -- where there was a

14   sustained allegation, you would learn about it and have

15   some say in what discipline was supposed; is that right?

16        A    Yes.

17        Q    Okay.  And if the allegations were not

18   sustained, you would not know about it; is that correct?

19        A    I don't remember the not sustained cases,

20   right?  I think it was just the sustained cases.

21        Q    Okay.  And is -- as there were CRs -- you

22   know, if an individual -- if a civilian came in and

23   filed a CR against a detective, would you know about

24   that?

25             MS. ROSEN:  Objection to form.  Foundation.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 158 of 273 PageID #:7475
The deposition of Phillip Cline, taken on May 13, 2021
156

 1      A    If someone came in and got a complaint against

 2   a detective?

 3      Q    **Yep.**

 4      A    Yes.

 5      Q    **Okay.  And who else would know about any CRs**

 6   **that were -- that had been essentially filed and were**

 7   **opened against the detective?**

 8            MS. ROSEN:  Object to the form, foundation.

 9      A    I don't remember who was in the chain of

10   command.  I mean, I know I would get a copy of the

11   complaint, as the commander of that detective.

12      Q    **Okay.**

13      A    I don't know who else.

14      Q    **Would your lieutenants know?**

15      A    Yeah, I would let them know.

16      Q    **Would the sergeants know?**

17      A    Yes.

18      Q    **Okay.  So everybody in the supervisory above**

19   **the detective would know that there had been some**

20   **allegations made by a civilian against the detective; is**

21   **that right?**

22      A    Yes.

23      Q    **Okay.  And did you have access to the CR**

24   **histories of the detectives under your command when you**

25   **were commander?**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 159 of 273 PageID #:7476
The deposition of PHILIP CLINE, taken on May 1, 2021
157

 1        A     They would be on there if it was -- if it was
 2   the sustained case.
 3        **Q     Their CR history would be -- when you say "a**
 4   **sustained case," you'd also then see their CR history?**
 5        A     A complimentary history, and their
 6   disciplinary history.
 7        **Q     Okay.  Putting aside a specific incident when**
 8   **sustained case came to you in the command channel**
 9   **review, I'm asking:  In your day-to-day job, if you were**
10   **the commander and you wanted to know about the complaint**
11   **history of one of the detectives working under you, did**
12   **you have access to that information?**
13        A     Yeah.  I mean, you -- you usually go on the
14   computer and get it.
15        **Q     So you could access it directly on your own,**
16   **the complaint histories against your officer?**
17        A     That -- that's how I remember it.
18        **Q     And you'd be able to see all the cases that**
19   **were sustained.  Oh, I'm sorry.  Go ahead.**
20             MS. ROSEN:  Yeah.  So he would like -- wants
21        to take a break.  So maybe this is a good time --
22             MR. SWAMINATHAN:  Yeah.  Yeah.
23             MS. ROSEN:  -- to do lunch, but if you want
24        to ask a question -- were you in the middle of a
25        question, or no?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 160 of 273 PageID #:7477
The Deposition of PHILIP CLINE, taken on May 3, 2021
158

```
 1                MR. SWAMINATHAN:  No.  We can stop and take a
 2       break now.
 3                MS. ROSEN:  Okay.  Great.
 4                COURT REPORTER:  Okay.  We are off the record
 5       at 1:18 p.m.
 6                     (OFF THE RECORD)
 7                COURT REPORTER:  We are back on the record at
 8       1:51 p.m.
 9  BY MR. SWAMINATHAN:
10       Q    All right.  Mr. Cline, you had talked -- we
11  talked a little bit earlier about clearance rates, and
12  you had indicated that you would get a regular report
13  about the clearance rate within Area 5 while you were
14  the commander; is that right?
15       A    The way I remember.  Yes.
16       Q    How often would you get that report?
17       A    Once a month.
18       Q    And then -- and that was coming -- and was
19  that also going to the chief of detectives and the first
20  deputy?
21       A    It was coming from the chief of detective's
22  office.
23       Q    I see.  Was that information also being shared
24  with the superintendent?
25                MS. ROSEN:  Objection.  Form.  Foundation.
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1      A    I believe so.  Yes.

 2      Q    When you were the chief of detectives, was

 3 that information being shared with the superintendent?

 4      A    Yes.

 5      Q    When you were the superintendent, was that

 6 information being shared with you by the chief of

 7 detectives?

 8      A    Yes.

 9      Q    When you were the Area 5 commander, would you

10 have discussions with your higher-ups about the

11 clearance rate?

12           MS. ROSEN:  Objection.  Form.

13      A    Yes.

14      Q    And in what settings would that occur?

15      A    Usually it was a phone call from them.

16      Q    If they had concerns about it, they'd call you

17 up?

18           MS. ROSEN:  Objection.  Form.  Foundation.

19      A    Not if they had concerns, but I mean, just as

20 a course of regular business they'd say, hey, I looked

21 at your numbers this week.  They're good, they're bad,

22 or you know, what's happening on them.

23      Q    And then what kind of information would you

24 provide back to them?

25      A    Just what we're doing, what -- what cases are

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 162 of 273 PageID #:7479
The deposition of PHILIP CLINE, taken on May 3, 2021

160

```
 1   -- are close to clearing, you know, and what we're

 2   having problems with.

 3        Q    And what actions would you take after you got

 4   those calls?

 5        A    I'd talk to the supervisors and tell them, you

 6   know, if we got anything close to closed, then let's get

 7   it closed, and look at cases that should be cleared.

 8        Q    Okay.  And then your -- the supervisors

 9   working under you would then, you know, share that

10   information down the chain to the detectives.  Was that

11   your expectation?

12        A    I would assume so.

13        Q    Okay.  Was the -- when you got calls about

14   this as you -- who were you getting them from, was it

15   from the superintendent, you know, chief of detectives,

16   first deputy, who was it?

17             MS. ROSEN:  Objection.  Form.

18        A    Usually, the deputy chief of detectives would

19   call.  I said that was John Frangello.

20        Q    Uh-huh.

21        A    -- and he would just -- whatever the concern

22   was, he would bring it up.

23        Q    And the concern -- would that usually be the

24   concern -- if Frangello was calling you up as the first

25   deputy, was he usually calling on behalf of the chief of
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 163 of 273 PageID #:7480
The deposition of PHILIP CLINE, taken on May 3, 2021
161

```
 1   detectives?

 2             MS. ROSEN:  Objection.  Form.

 3        A    Yes.

 4        Q    Did chief of detectives ever call you directly

 5   about those issues?

 6        A    About these issues?

 7        Q    Yeah.  Let me ask a better question.  That was

 8   a poor question.  Sorry.  Would the chief of detectives

 9   ever call you directly about the clearance rates?

10        A    I don't remember it happening.

11        Q    When you were the chief of detectives, would

12   you call over to the commanders about clearance rates?

13        A    As I sit here today, I don't remember if I did

14   or not.

15        Q    When you were the chief of detectives, were

16   you getting information about the clearing rates?

17        A    Yes.

18        Q    And were you -- was that something you were

19   always paying attention to, how good a job your

20   detectives were doing at clearing cases?

21             MS. ROSEN:  Object to the form.

22        A    I wouldn't say I was always looking it, but

23   that would be something that would be part of my duties.

24        Q    When you joined Area 5 as the commander, what

25   was the clearance rate?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 164 of 273 PageID #:7481
The deposition of PHILIP CLINE - taken 5/4/2021

162

1          MS. ROSEN:  Objection.  Form.

2     A    I don't remember.

3     **Q    Can you say even approximately?**

4          MS. ROSEN:  Objection.  Form.

5     A    I mean, we -- we're talking 25 years ago now

6   or something.  I don't -- I don't think so.

7     **Q    When you joined Area 5 as the commander, could**

8   **you say what the clearance rate was approximately for**

9   **homicide cases?**

10          MS. ROSEN:  Objection.  Form.  Foundation.

11     A    Same thing.  As I sit here today, no, I don't

12   remember.

13     **Q    Was it over or under 50 percent?**

14          MS. ROSEN:  Objection.  Form.  Foundation.

15     A    I don't remember.

16     **Q    You said it had -- your clearance rate went up**

17   **during the time that you were the commander, correct?**

18     A    I believe so.  Yes.

19     **Q    How much did it go up?  And I'm talking**

20   **exclusively about homicide cases.  How much did it go up**

21   **on homicide cases?**

22          MS. ROSEN:  Objection.  Form.  Foundation.

23     A    I don't know.  I don't remember.

24     **Q    Was it a couple percentage points, you know,**

25   **ten, 20, 30 percent -- can you give me any sense?**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 165 of 273 PageID #:7482
The deposition of PHILIP CLINE, taken on MAY 3, 2021
163

1            MS. ROSEN:  Objection.  Form.  Foundation.

2       A    I don't remember.

3       **Q    You mentioned earlier that one of the things**

4  **you were proud of was closing this case during your time**

5  **as the commander, correct?**

6       A    Yes.

7       **Q    Have you had occasion to review the report of**

8  **Scott Lazzarro's team and Sidley Austin as hired by the**

9  **City of Chicago?**

10      A    No.

11      **Q    Are you aware that the City of Chicago hired**

12 **attorneys at Sidley Austin to conduct a review of**

13 **Reynaldo Guevara's work?**

14      A    No.

15      **Q    Are you aware that Scott Lazzarro's team**

16 **reached a conclusion with regard to the Reyes case about**

17 **what had occurred?**

18           MS. ROSEN:  Objection.  Form.  Foundation.

19      A    No.  I'm not.

20      **Q    Are you aware that Lazzarro's team issued a**

21 **report indicating that they found -- they concluded that**

22 **there had been physical abuse of suspects in this case?**

23           MS. ROSEN:  Objection.  Form.  Foundation.

24      A    No.  I'm not.

25      **Q    I'll represent to you that Lazzarro's team**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 166 of 273 PageID #:7483
The deposition of PHILIP CLINE, taken on March 16, 2021
164

1    reached a conclusion that there had been physical abuse

2    of suspects in this case.  What's your reaction --

3    what's your opinion about that?

4              MS. ROSEN:  Objection.  Form.  What's his

5         opinion about what?

6              MR. SWAMINATHAN:  That Lazzarro's team

7         reached this conclusion?

8    BY MR. SWAMINATHAN:

9         Q    What's your reaction?

10             MS. ROSEN:  Objection.  Form.

11        A    I would like to see what they base that on and

12   I haven't even read the reports.  So it would be

13   speculation on my part.

14        Q    What shifts did you work as the -- when you

15   were the commander?

16        A    Normally, I'd get in about 9:30 in the morning

17   and stay until 8:00 at night.

18        Q    How many days a week?

19        A    Five.

20        Q    Weekends off?

21        A    Unless something happened and then you would

22   go in.

23        Q    Okay.  And then did you have, like, a set time

24   that you would -- that you would leave?  Was it 8:00

25   p.m. that you would leave?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 167 of 273 PageID #:7484
The deposition of PHILIP CLINE, taken on May 6, 2021
165

 1      A    Around then, yes.
 2      Q    Okay.  And did you have lieutenants -- we'll
 3   strike that.  At the time of the Reyes investigation, do
 4   you know what hours you were working?
 5      A    As I sit here today, I don't recall.
 6      Q    Do you assume it was the same, 9:30 -- around
 7   9:30 to around 8:00 p.m.?
 8      A    Yeah.
 9      Q    Okay.
10      A    I mean, that was my normal.  I don't know what
11   this date -- what day of the week was this?
12      Q    Let's see.  It looks like April 3, 1998 was a
13   Friday.  You would have worked that Friday, April 3rd,
14   from 9:30 to 8:00 p.m. Does that sound right?
15      A    Like I said, as I sit here today, I don't
16   remember.  But that was my normal hours.
17      Q    Okay.  So if you -- do you have any reason to
18   believe you deviated from your typical practices on that
19   date?
20           MS. ROSEN:  Objection.  Form.  Foundation.
21      A    Not as I sit here today, no.
22      Q    Okay.  And so, if -- I doubt that you -- do
23   you remember exactly what hours you worked during the
24   course of the homicide investigation in this case?
25      A    No.  But I -- I put in a -- a lot of hours on

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    this thing until it was cleared.
2        **Q    Do you have -- do you have any ability to say**
3    **what hours you were there at the station during the**
4    **course of this investigation?**
5        A    As I sit here, no.  I don't remember.
6        **Q    Would it be -- would it be fair to assume that**
7    **you worked your 9:30 to 8:00 p.m. shift on Friday, April**
8    **3rd?**
9            MS. ROSEN:  Objection.  Form.  Foundation.
10       A    As I sit here, I don't remember.
11       **Q    Okay.  If you were asked in front of the jury,**
12   **what hours did you work on Friday, April 3rd, what would**
13   **you say?**
14           MS. ROSEN:  Objection.  Form.  What kind of
15       question is that, if you're asked in front of the
16       jury?
17           MR. SWAMINATHAN:  What would you say?
18           MS. ROSEN:  Asked and answered.  Objection.
19       Form.  Foundation.  Asked and answered and
20       harassing.
21   BY MR. SWAMINATHAN:
22       **Q    Go ahead.**
23       A    I don't remember.
24       **Q    If you were asked what hours that you were at**
25   **the station on April 4, 1998, what would you say?**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029-Document #: 292-3 Filed: 07/05/21 Page 169 of 273 PageID #:7486
The deposition of PHILIP CLINE taken on March 9, 2021

167

 1                MS. ROSEN:  Objection.  Form.  Foundation.
 2        A    I don't remember.
 3        Q    **If you were asked what hours you were at Area**
 4   **5 on April 5, 1998, what would you say?**
 5                MS. ROSEN:  Objection.  Form.  Foundation.
 6        You're asking him what he's going to answer about a
 7        question in the future.  Is that really what you're
 8        asking him?
 9                MR. SWAMINATHAN:  Ma'am, I'm asking if he
10        were in front of a jury, what would you -- if they
11        -- if you're asked, what hours were you there on
12        April 4, 1998, what will you say?
13                MS. ROSEN:  Right.  So you are asking him to
14        foresee into the future how he would answer a
15        question, not knowing what information was provided
16        to him to help refresh his recollection or anything
17        else.  Objection. Form.
18   BY MR. SWAMINATHAN:
19        Q    **Go ahead.**
20        A    I don't remember.
21        Q    **As you sit here today, do you have any memory**
22   **of what hours you worked on April 4th or April 5th of**
23   **1998?**
24        A    No.
25        Q    **As you sit here today, do you have any**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 170 of 273 PageID #:7487
The deposition of PHILIP CLINE, taken on May 3, 2021
168

1    information from which you can -- you would indicate
2    that you worked something other than your normal hours?
3         MS. ROSEN:  Objection.  Form.  Foundation.
4    A    No.  I mean, I can just tell you what my
5    normal hours were and what -- I don't remember
6    specifically on these days.
7    Q    Okay.  And you have -- and you can't say that
8    you deviated from your normal practices during the
9    period of this investigation; is that fair?
10        MS. ROSEN:  Objection.  Form, foundation, and
11        mischaracterizes his testimony.  He said he put in
12        a lot of hours in this case.
13        MR. SWAMINATHAN:  That's -- for the --
14        please.
15        MS. ROSEN:  Well, don't mischaracterize his
16        testimony.
17    A    I don't recall what hours I worked on this. If
18   there was something that could refresh my memory, it
19   might help if it says I was at a certain place at a
20   certain time.
21    BY MR. SWAMINATHAN:
22    Q    Okay.
23    A    But, all I remember is we put all -- all put
24   it in a lot of overtime.
25    Q    What would you need to see to be able to

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 171 of 273 PageID #:7488
The deposition of PHILLIP CLINE, taken on May 5, 2021
169

1    identify what hours you were there on April 3rd, 4th,

2    and 5, 1998?

3              MS. ROSEN:  Objection.  Form, foundation,

4        calls for speculation.

5        A    I'd look through the case reports and see if

6    there's any times in there that they have and they have

7    me at on the scene or -- or talking to them.

8        Q    Okay.  And if those documents might indicate

9    to you certain times that you may have been in certain

10   places, within the police reports themselves; is that

11   right?

12       A    Yes.

13       Q    Okay.  And other than looking at the police

14   reports to the extent they mention you being in a

15   certain place at a certain time, is there anything else

16   that would refresh your memory about what hours you were

17   working?

18       A    Well, there was a lot of media out there, so

19   we could find out what time they shot a certain segment

20   and if I'm in that segment, then we could figure out the

21   times from there.

22       Q    Okay.  So essentially, you would have to see

23   some document telling you that you were a certain place

24   at a certain time to be able to refresh your memory

25   about what hours you might have worked other than your

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   normal hours; is that fair?

2       A    Yes.

3       Q    Okay.  And you reviewed a number of documents

4   in preparation for today's deposition.  Did you see any

5   documents that indicated to you that you worked anything

6   other than your normal hours?

7               MS. ROSEN:  Objection.  Form, foundation,

8       calls for speculation.

9       A    No.

10      Q    When you reviewed the documents and reports in

11  preparation for today's deposition, did you see anything

12  that indicated to you that you had been working at a

13  time outside of your 9:30 to 8:00 p.m. shift Monday

14  through Friday?

15              MS. ROSEN:  Objection.  Form.  Foundation.

16      A    No.

17      Q    Did you see any document that indicated to you

18  that you had been in a certain place at a time outside

19  of your normal 9:30 to 8:00 p.m. schedule, Monday

20  through Friday?

21              MS. ROSEN:  Objection.  Form.  Foundation.

22      A    No.

23      Q    You talked earlier about the idea that, as a

24  commander, you had access to the CR histories of your

25  officers if you wanted to review them; is that right?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 173 of 273 PageID #:7490
The deposition of PHILLIP CLINE, taken on May 13, 2021

171

```
 1        A    Yes.
 2        Q    Okay.  If you had a detective that had been
 3   found previously by CPD internal investigators to have
 4   lied on a police report, is that something you'd be able
 5   to see if you reviewed CR histories?
 6             MS. ROSEN:  Objection.  Form.
 7        A    You could see just that there was a CR number
 8   that was sustained, but I don't think it had that much
 9   information on there.
10        Q    And then, would you then be able to open up
11   that CR and see what it was that had been sustained
12   against that officer?
13             MS. ROSEN:  Open it up.  What do you mean?
14        Q    Well, yeah, fair question -- fair objection.
15   Let me -- let me ask again.  Would you be able to then
16   dig in further -- other than knowing that just that
17   there was a sustained allegation -- would you be able to
18   dig in further and find out what caused the sustained
19   allegation?
20        A    I believe you'd have to go to IAD and get that
21   information.
22        Q    Okay.  So what you had access to was just
23   whether or not there was a sustained allegation, not
24   what the misconduct was that had been sustained; is that
25   right?
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 174 of 273 PageID #:7491
The deposition of PHILIP CLINE, taken 3/4/2021

172

 1      A    As I remember it, yes.

 2      Q    Okay.  If you had a detective working under

 3  your command at Area 5 who had been found by CPD

 4  internal investigators to have lied on police reports in

 5  the past, would you want to know that?

 6      A    Yes.

 7      Q    If you had a detective that had been found by

 8  CPD and internal investigators to have lied to them

 9  during the course of a CR investigation, would you have

10  wanted to know that?

11      A    Yes.

12      Q    Okay.  And why is that the type of information

13  you would have wanted to know as the commander?

14      A    Because I put them in a non-sensitive

15  position, so that that didn't come back to hurt the

16  case.

17      Q    And what do you mean by "put them in a non-

18  sensitive position"?

19      A    I certainly wouldn't have them working on a

20  case like this if I didn't have to.  I mean, I would try

21  and keep them working on less sensitive cases.

22      Q    Okay.  So if you had an officer for whom there

23  had been a finding that they had lied to internal

24  investigators, you wouldn't want them working on high-

25  profile cases or sensitive cases; is that right?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 175 of 273 PageID #:7492
The deposition of PHILLIP CLINE, taken on May 3, 2021
173

```
 1        A     Yeah.  I'd have to look at all the facts of
 2   the case you're talking about, but yeah, that would be
 3   my inclination.
 4        Q     Okay.  And if you had an officer who would
 5   have been found had lied about what had happened during
 6   the course of an event resulting in a sustained finding,
 7   would you have that individual work homicide cases?
 8             MS. ROSEN:  Objection.  Form, foundation,
 9        calls for speculation.
10        A     There again, I'd have to see that case and
11   read the -- what happened, why they came to sustaining
12   it.
13        Q     Would you have at least -- oh, I'm sorry.  Go
14   ahead.
15        A     My inclination wouldn't be not to have them in
16   a sensitive position.
17        Q     You have concerns about having that individual
18   involved in homicide investigation; is that fair?
19        A     Yes.
20        Q     Okay.  And is one of the reasons you'd have
21   concerns because credibility is critical for detectives?
22             MS. ROSEN:  Objection.  Form.
23        A     There again, you're asking me to speculate.  I
24   -- I need to know all the facts of this case before I
25   can make my decision.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 176 of 273 PageID #:7493
The deposition of PHILLIP GIARGIARI, taken on MAY 3, 2017
174

1     Q    Fair -- I mean, let's put aside any specific
2     case.  I'll come back -- I'll come back to that.  But
3     you agree with me the general point, and that's this:
4     Credibility is critical for detectives?
5              MS. ROSEN:  Objection.  Form.
6     A    Yes.
7     Q    And why is credibility critical for
8     detectives?
9     A    Because the -- the judge is going to determine
10    the credibility of the case in court.
11    Q    They have to testify in court cases, right?
12    A    Yes.
13    Q    And homicide detectives have to testify in
14    really high stakes cases, murder cases, right?
15             MS. ROSEN:  Objection.  Form.
16    A    Yes.
17    Q    And it's critical that they be somebody then
18    who is trustworthy when they're on the stand, testifying
19    in murder cases, fair?
20    A    Yes.
21    Q    And it's critical that you don't have somebody
22    on the stand testifying in a murder case where the other
23    side might be able to confront them with something that
24    showed that they've lied in the past; is that fair?
25             MS. ROSEN:  Objection.  Form.  Foundation.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 177 of 273 PageID #:7494
The deposition of PHILIP CLINE - taken on May 17, 2021
175

```
 1        A    Yes.

 2        Q    And even as a commander and a supervisor, your

 3   -- you don't want somebody working on your

 4   investigations who has had some issues with being honest

 5   in the past; is that fair?

 6             MS. ROSEN:  Objection.  Form.  Foundation.

 7        A    Yes.

 8        Q    If you have a detective who's accused of --

 9   well, I'll use an example.  If you have a detective

10   who's accused of abusing somebody, a witness, okay?  And

11   there's a CR investigation into that.  And during the

12   course of the investigation, the officer denies having

13   abused the witness, and the internal investigators find

14   that in fact, the evidence shows that they did abuse the

15   witness.  And so this finding is sustained that they had

16   in fact abused the witness.  That's an example of a case

17   that would present credibility concerns, do you agree

18   with me?

19             MS. ROSEN:  Objection.  Form.  Foundation.

20        A    Sir, you're asking me to speculate on

21   something that I don't have all the facts.

22        Q    That's fair.  In that case, let me just ask a

23   general question.  If you have a detective -- if you had

24   a detective working under you, who denied abusing a

25   witness, and an internal investigation resulted in a
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 178 of 273 PageID #:7495
The deposition of PHILIP CLINE, taken on March 3, 2021

176

```
1    sustained finding that they had abused the witness,
2    would that present credibility concerns to you?
3              MS. ROSEN:  Objection.  Form, foundation,
4         calls for speculation.
5         A    There again, you're asking me to speculate on
6    something I don't have all the facts.
7         Q    Can't say either way?
8         A    No.
9         Q    You became the deputy chief over Organized
10   Crime in 2000, correct?
11        A    Yes.
12        Q    And what groups of folks were you supervising
13   in that role?
14        A    Narcotics, Gangs, and Vice.
15        Q    And those were all -- none of those were Gang
16   Crimes officers, correct?  Sorry.  Strike that.  Let me
17   ask a question.  Were Gang Crimes officers under your
18   supervision when you were a deputy chief of organized
19   crime?
20        A    Yes.
21        Q    Okay.  And detectives were not, correct?
22        A    No.
23        Q    Okay.  And then in 2001, you became the chief
24   of detectives, right?
25        A    Yes.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q    Who did you replace?

2    A    I can't think of the name as I sit here now.

3    Q    And did you have first deputies who worked

4  under you?  I'm sorry, did you -- sorry.  Yeah.  Go

5  ahead.  Who worked under you?

6    A    The deputy chiefs.

7    Q    How many deputy chiefs did you have?

8    A    Three.

9         MS. ROSEN:  Objection.  Relevance.

10    Q    Who was your deputy chief on the north side?

11         MS. ROSEN:  Objection.  Relevance.

12    A    I don't remember his name.

13    Q    Did you report directly to the superintendent?

14         MS. ROSEN:  Objection.  Relevance.

15    A    Yes.

16    Q    And did you work --

17    A    There's a deputy superintendent for

18  investigative services that I also reported to.

19    Q    Say that last part again.

20    A    Deputy superintendent for investigative

21  services, I reported to him also.

22    Q    Okay.  And you worked out of police

23  headquarters?

24    A    I'm sorry, what?

25    Q    You worked out of police headquarters?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 180 of 273 PageID #:7497
The deposition of PHILIP CLINE, taken on March 30, 2021
178

 1      A    Yes.

 2      Q    Okay.  So let me just ask you, what was -- as

 3  the chief of detectives, what was your job?

 4           MS. ROSEN:  Objection.  Relevance.  This is

 5           past the Solache, Reyes investigation.  How in the

 6           world is this relevant?

 7           MR. SWAMINATHAN:  It's relevant to notice

 8           because I want to know what the chief of

 9           detective's role is in the department.  Go ahead.

10           MS. ROSEN:  And how is that relevant to the

11           Solache, Reyes investigation in 1980 -- 1998?

12           MR. SWAMINATHAN:  Because I -- it is

13           perfectly fair to ask him what were the -- what

14           were the responsibilities of the chief of

15           detectives three years after this case.  It's

16           certainly relevant to what the job was of the chief

17           of detectives three years earlier.

18           MS. ROSEN:  Relevant to what?  To what claim?

19           MR. SWAMINATHAN:  It's relevant to every

20           aspect of our Monell claim.

21           MS. ROSEN:  Oh, my God.  Fine.  Spend your

22           time how you wish.

23      A    Well, the chief of detective's responsible for

24  the investigation of all crimes that occur in the City

25  of Chicago.  To -- you're in command of all the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 181 of 273 PageID #:7498
The deposition of PHILIP CLINE, taken on March 3, 2021
179

1   commanders, deputy chiefs, lieutenants, sergeants, and

2   detectives that are covering and investigating those

3   crimes.

4    BY MR. SWAMINATHAN:

5       **Q    And as the chief of detectives, do you have**

6    **any role in the actual investigation of homicide --**

7    **individual homicide cases?**

8       A    No.

9       **Q    In what ways -- obviously, as a commander,**

10   **your jurisdiction is much smaller.  As the commander of**

11   **Area 5, your jurisdiction was just detectives within**

12   **Area 5, and as the chief of detectives, your scope**

13   **includes all detectives within all areas, right?**

14      A    Yes.

15          MS. ROSEN:  I object to the form of that

16      question.

17      **Q    But in -- as the commander, what was your**

18   **overall role or responsibility at Area 5?**

19      A    The commander of Area 5 is responsible for

20   those supervisors and the detectives who are assigned

21   Area 5, and the chief of detectives has the whole city.

22      **Q    And as the commander of Area 5, what was the -**

23   **- what was your job -- what were your responsibilities**

24   **in terms of advancing investigations, if any?**

25      A    Make sure that the resources are there that

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 182 of 273 PageID #:7499
The deposition of PHILIP E. CLINE taken on March 18, 2021
180

1  the detectives need to do their job.

2      Q    Was your job largely administrative as the
3  commander?

4          MS. ROSEN:  Objection.  Form.

5      A    I'd say it's more administrative than it is
6  street.

7      Q    And as chief of detective, is your role
8  largely administrative?

9      A    Yes.

10         MS. ROSEN:  Objection.  Form.

11     Q    As the chief of detectives, would you
12  establish policies to be applied throughout the areas?

13         MS. ROSEN:  Objection.  Form.

14     A    Yes.

15     Q    And what was your role with regard to
16  policymaking?

17         MS. ROSEN:  Objection.  Form.

18     A    You would review the current policy and see if
19  anything needed changing, and then you would have that
20  done and then have it sent out to the areas and make
21  sure that there's training for it and do it.

22     Q    When you were the commander, what was your
23  role with regard to policymaking?

24         MS. ROSEN:  Objection.  Form.

25     A    You would only make policy that would affect

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 183 of 273 PageID #:7500
The deposition of PHILLIP CLINE taken on May 18, 2021

181

```
 1   your area, not the whole city.
 2       Q    And so what kind of policy would you make at
 3   the commander level?
 4       A    That's -- it is the commander level.  It's
 5   just affecting that area.
 6       Q    Okay.  And then -- and as the commander, were
 7   there -- how would policy -- how would policies be
 8   promulgated by the commander?
 9       A    He would just -- like I talked to you earlier
10   about traveling out to Hammond to the hospital where a
11   man was shooting victims, the commander was the one who
12   would set the policy for what that has to be done on
13   that.  The chief of detectives would cover the whole
14   city and the commander would cover only his area.
15       Q    Okay.  So the chief of detectives could set
16   policy across all detective units across all areas,
17   correct?
18       A    Yes.
19       Q    And the commander could set policy across all
20   units within the area -- within its given area, correct?
21       A    Yes.
22       Q    Okay.  Do the lieutenants working under a
23   commander have any policy-making authority?
24           MS. ROSEN:  Objection.  Form.
25       A    No.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 184 of 273 PageID #:7501
The deposition of PHILLIP CLINE, taken on March 4, 2021
182

```
 1        Q    Would they help set policy within the areas?
 2             MS. ROSEN:  Objection.  Form.
 3        A    They would work with the commander on
 4   something that they felt they needed to put policy in.
 5        Q    As the chief of detectives, did you conduct
 6   any audits to assess whether policies were being
 7   followed across areas?
 8             MS. ROSEN:  Objection.  Form.
 9        A    There would be your commanders that would be
10   doing that, and they would be reporting back to you what
11   they found.
12        Q    As the chief of detectives, what type of
13   reports did you receive?
14             MS. ROSEN:  Objection.  Form.  About
15        anything?
16        Q    Yeah.  In terms of -- under your command, you
17   had -- you would have all of the investigations that are
18   happening or happening under your command as chief of
19   detectives.  So what kind of reports were you getting
20   about investigations being conducted by detectives as
21   the chief of detectives sitting way up high?
22             MS. ROSEN:  Objection.  Form.
23        A    I don't remember the actual reports that were
24   pushed up, but I mean, there would be a paper flow of
25   letting you know what's happening in that area --
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 185 of 273 PageID #:7502
The deposition of PHILIP CLINE - taken on MAY 3, 2021
183

```
 1        Q     And would that include -- I'm sorry, go ahead.
 2        A     -- crime patterns, homicides, clear-ups from
 3   homicides that had information.
 4        Q     As chief of detectives, any time new homicides
 5   were occurring, would you get information about that?
 6              MS. ROSEN:  Objection.  Form.
 7        A     Yeah.  You would get basic information about
 8   all crimes that were of an important nature, homicide
 9   being one of them.
10        Q     As the chief of detectives, would you get
11   reports of -- as homicide cases were being closed across
12   areas?
13              MS. ROSEN:  Objection.  Form.
14              MR. SWAMINATHAN:  Not as they happen, but I
15        mean, as part of a monthly report, you'd get
16        information.
17   BY MR. SWAMINATHAN:
18        Q     And would you get -- would that include
19   information about what cases had been closed and who
20   would close them, those kinds of things?
21              MS. ROSEN:  Objection.  Form.  Did you say
22        who would close them?
23              MR. SWAMINATHAN:  Yeah.
24              MS. ROSEN:  Meaning like what specific
25        detective?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 186 of 273 PageID #:7503
The deposition of PHILIP CLINE - taken on May 6, 2021
184

 1                MR. SWAMINATHAN:  Yes.  Exactly.
 2                MS. ROSEN:  Objection.  Form.
 3       A    Not that I recall anything like that.
 4  BY MR. SWAMINATHAN:
 5       Q    When you were the commander, would you get
 6  information about what cases were being closed and who
 7  was closing them?
 8                MS. ROSEN:  Objection.  Form.
 9       A    Yes.
10       Q    And how would you get that information?
11       A    Probably mostly oral.
12       Q    Did you have any reports that you were getting
13  that would tell you, hey, here are the cases, here are
14  the detective assigned, here are the cases they're
15  closing?
16       A    Not that I recall.
17       Q    Did you have any information about clearance
18  rates by each detective?
19       A    There was some kind of a rating of the
20  detectives, but I don't remember specifically what the
21  form was.
22       Q    That rating form, was it -- how often was that
23  created?
24       A    I believe it was quarterly.
25       Q    And what type of information was included on

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 187 of 273 PageID #:7504
The deposition of PHILIP CLINE - taken 6/1 May 18, 2021
185

 1    that rating form?

 2        A    How many crimes they were assigned, how many

 3    cases they cleared.  Basic information like that.  I

 4    don't recall exactly what it was.

 5        Q    Okay.  And when you say "rating," I imagine,

 6    like, an actual rating.  Like you get an A, you get a B,

 7    you get a C, was it like that?  Would you get a rating

 8    like that?

 9        A    It's just strictly statistics.

10        Q    Okay.  All right.  Other than the number of

11    cases they were assigned and the number of cases they

12    had closed, any other statistic you can remember being

13    on that rating form?

14        A    Arrests.

15        Q    Anything else?

16        A    Not offhand.

17        Q    Arrests would be basically all the cases on

18    which they're listed on that arrest report when --

19        A    Yes.

20        Q    -- when it's cleared?  If you had off -- if

21    you had detectives who had low clearance rates when you

22    were getting those reports, would you talk to them about

23    it?

24             MS. ROSEN:  Objection.  Form.

25        A    I wouldn't, but their supervisor would.



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 188 of 273 PageID #:7505
The deposition of PHILIP CLINE taken on March 8, 2021
186

```
 1        Q     So you had communications with their
 2   supervisors to say, hey, you know, talk to this guy?
 3        A     Yeah.  Seeing what the problem is.  Does he
 4   have a problem at home that's affecting his work, what
 5   can we do to help him?  And what -- what -- what's
 6   happening here.
 7        Q     As the -- when you were the commander at Area
 8   5, obviously, you're always trying to get the clearance
 9   rates up on homicides, right?
10        A     Yes.
11        Q     What tools did you have available to you to
12   incentivize detectives to close cases and to clear
13   cases?
14             MS. ROSEN:  Objection.  Form.
15        A     I mean, you're -- you're trained to appeal to
16   their -- why they became detectives, is to help clear
17   those cases and they can't do it, then maybe you need to
18   move somebody out of that position and put them in a
19   different position.
20        Q     Where could you move detectives who were, you
21   know, who just didn't seem to be up to the job?
22        A     Within the RME, homicide is -- is considered,
23   or at least when I was there was, considered a prime
24   spot for work.  And you had robbery, burglary, general
25   assignments that handled lesser cases.  So taken
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 189 of 273 PageID #:7506
The deposition of PHILIP CLINE, taken on March 3, 2021
187

```
 1   detectives working homicide, and if he's not working out
 2   there you move him to handling interrogatories and
 3   fixing incentive for him to stay there and -- and do a
 4   better job instead of homicide.
 5       Q    And to what incentives was just the kind of
 6   cases they got assigned?
 7       A    I'm sorry, what?
 8       Q    One thing you could use as an incentive was
 9   changing what cases they got assigned?
10       A    Yes.
11       Q    Okay.  And was that something you would
12   sometimes do, is try to incentivize them by giving them
13   different cases?
14       A    I'm sure I did.  I just don't remember any
15   specifics.
16       Q    Okay.  And why was homicide detective
17   considered, you know, a better job?
18           MS. ROSEN:  Objection.  Form.  Foundation.
19       A    Just any -- considered an elite unit and --
20   for people could be part of it.
21       Q    And for detectives who were working on other
22   cases, property crimes and other crimes that they did a
23   good job clearing cases, could an incentive be to then
24   get to be a homicide detective?
25           MS. ROSEN:  Objection.  Form.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1        A     Yes.

 2        Q     When -- was it the case that you'd sometimes

 3   have property crimes detectives and others assist on

 4   homicide investigations?

 5        A     Yes.

 6        Q     And they did a good job on those

 7   investigations, could they get assigned more homicides?

 8        A     They'd have to maybe be moved over to the

 9   homicide unit.

10        Q     So you could incentivize the property crimes

11   guys by giving them a chance to become violent crimes

12   detectives if they did good job; is that fair?

13              MS. ROSEN:  Objection.  Form.

14        A     Yes.

15        Q     Okay.  Was overtime an incentive that was

16   available to you to help reward the good detectives?

17              MS. ROSEN:  Objection.  Form.  Foundation.

18        A     I mean, I couldn't give them overtime just to

19   incentive by them, but I mean, there was the opportunity

20   to work a lot of overtime in homicide.

21        Q     Why is that?

22        A     Just because of the -- the types of

23   investigation, types of cases you had to do.

24        Q     And how could a detective, homicide detective

25   get more overtime?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 191 of 273 PageID #:7508
The deposition of PHILIP CLINE - taken on March 9, 2021
189

```
 1              MS. ROSEN:  Objection.  Form.
 2      A    By working those cases.
 3      Q    If a homicide detective closed more cases,
 4  would they typically get more overtime?
 5              MS. ROSEN:  Objection.  Form.
 6      A    No.
 7      Q    If a homicide detective worked second shift,
 8  or the homicide detective worked first shift or third
 9  shift, then they would get overtime when they went to
10  court, right?
11      A    Yes.
12              MS. ROSEN:  Objection to form.
13      Q    And so, for detectives on first shift and
14  third shift, closing cases would give them an
15  opportunity to earn more overtime going to court; is
16  that true?
17              MS. ROZEN:  Objection to form.
18      A    Yes.
19      Q    And was that incentive that was -- that you
20  had available to you at all to help them try to get more
21  overtime?
22              MS. ROSEN:  Objection.  Form.
23      A    They got paid overtime for working overtime,
24  not as an incentive.
25      Q    Did you have some detectives who wanted to
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    work first shift or second shift -- sorry.  Did you had
 2    some detectives who wanted to work first shift or third
 3    shift so they could get more overtime?
 4              MS. ROSEN:  Objection.  Form.  Foundation.
 5         Calls for speculation.
 6         A    I don't know their motive.
 7         Q    Was there a shift that typically was able to
 8    get more overtime than other shifts?
 9              MS. ROSEN:  Objection.  Form.  Foundation.
10         A    First and third watch because court was held
11    during the second watch.
12         Q    And what -- which shift was one of the most
13    coveted among detectives?
14              MS. ROSEN:  Objection.  Form.  Foundation.
15         Calls for speculation.
16         A    It depends on the individual detectives, just
17    there's, you know, school issues with their kids and
18    they need to be home for childcare during certain hours.
19    So it all depended on each individual detective.  We
20    tried to satisfy what they needed as much as we could.
21         Q    All right.  I want to ask you -- let's --
22    strike that.  In terms of -- what was the role of
23    sergeants on homicide cases under your command?
24         A    To make sure that first of all, if there was
25    enough resources there to work the case.  You need four
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 193 of 273 PageID #:7510
The deposition of PHILIP CLINE, taken on March 3, 2021
191

 1  detectives, six detectives, you know how -- how

 2  complicated is this investigation that you might need

 3  more people.  Making sure that they're doing the right

 4  things and that their reports are right.

 5      **Q    Would they play an active role in homicide**

 6  **investigations?**

 7      A    Yes.

 8      **Q    Was it your expectation that the sergeants**

 9  **working under you played an accurate role in the on-site**

10  **investigations?**

11      A    Yes.

12      **Q    And that they were up to speed on all the**

13  **investigations that were being conducted by their**

14  **detectives?**

15      A    Yes.

16      **Q    Okay.  And then what about --**

17          MS. GOLDEN:  And a belated objection to form

18      for that question.

19      **Q    And then, what about lieutenants?  Did you**

20  **have the same expectation as to them, or were they**

21  **somewhat removed from the active investigation process?**

22          MS. ROSEN:  Objection.  Form.

23      A    They were making sure that sergeants were

24  doing their job.  I mean, the division was a big part of

25  it, making sure that the Ts are crossed and the Is are

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 194 of 273 PageID #:7511
The deposition of PHILIP CLINE - taken on March 9, 2021

192

1    dotted, and the resources they need are there.

2        Q    Were the lieutenants less involved in the day-

3    to-day investigation than sergeants?

4        A    Yes.

5        Q    And was it thought more rare for lieutenants

6    to be involved in, you know, actively going out in the

7    street investigating cases?

8        A    Oh, not many.  They would go out and see

9    what's going on.  And -- but they had all these cases to

10   worry about, and I just

11       Q    Okay.  We've talked about policies to some

12   extent.  And let me ask you about the special orders and

13   general orders.  Were those -- the special orders and

14   general orders are types of policies, correct?

15       A    Yes.

16       Q    Okay.  And were those mandatory or are those

17   guidelines?

18       A    Guidelines.

19       Q    So the special -- so -- and for detectives,

20   there were special orders that provided some guidelines

21   about how they were to perform their jobs, right?

22       A    Yes.

23       Q    Okay.  And those were basic considered sort of

24   high-level guidance on how to do your job but not

25   required; is that fair?



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 195 of 273 PageID #:7512
The deposition of PHILLIP CLINE, taken on March 9, 2021
193

1      A    Yes.  They're guidelines.

2      Q    Okay.  And then, in terms of what detective

3  was expected to do and not do on a day-to-day basis,

4  that was not set by policy, but by within the

5  department; is that right?  Or within the unit?

6           MS. ROSEN:  Objection.  Form.  I don't

7      understand the question.

8      A    I don't understand the question.

9      Q    Let me ask a better question.  And let's just

10  focus on homicide detectives.  You supervised them as a

11  lieutenant than the commander in chief of detectives,

12  right?

13     A    Yes.

14     Q    In terms of -- based on your experience, in

15  terms of what homicide detectives were expected to do

16  and not do when they were conducting their

17  investigations, who was responsible for setting those

18  expectations?

19           MS. ROZEN:  Objection.  Form.

20     A    The sergeant is the one that is making sure

21  that they're doing the right things.

22     Q    Okay.  So in terms of day-to-day, what the

23  expectations are about what detectives are doing or not

24  doing, that is -- that's being set by sergeants; is that

25  right?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 196 of 273 PageID #:7513
The deposition of PHILLIP CLINE, taken on May 19, 2021
194

 1                    MS. ROSEN:  Objection.  Form.

 2        A    Yes.

 3        Q    Okay.  And so, when you say -- strike that.

 4   And so, would you say it was generally the sergeants who

 5   were responsible for putting forth the do's and don'ts,

 6   how detectives under their command did their job?

 7                    MS. ROSEN:  Objection.  Form.

 8        A    Yes.

 9        Q    I think you said this a few times, but there

10   are a number of case-by-case determinations that happen

11   in homicide cases, right?

12                    MS. ROSEN:  Objection.  Form.  Asked and

13         answered.

14        A    I don't understand the question.

15        Q    Yeah.  I think you've said a couple of times

16   it depends on the circumstances or, you know, the case-

17   by-case thing.  I mean, in other words, what I'm saying

18   is, there's a lot of case-by-case determinations that

19   have to be made in homicide cases, correct?

20        A    Yes.

21        Q    Okay.  And if I understand correctly,

22   determinations about what you do with those given

23   instances is not really -- it's not told to you by

24   policies issued by the chief of detectives, right?

25        A    No.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 197 of 273 PageID #:7514
The deposition of PHILIP CLINE – taken on May 19, 2021
195

1      **Q**    Those decisions are made by the detectives and

2  the sergeants about how to handle those situations; is

3  that right?

4          MS. ROSEN:  Objection.  Form.

5     A    Yes.

6      **Q**    In other words, decisions about how to handle

7  the conduct of homicide investigations, that was

8  delegated to the sergeants to work with the detectives

9  on; is that right?

10          MS. ROSEN:  Objection.  Form.

11    A    Yes.  Under the supervision of the lieutenant.

12      **Q**    Okay.  And so, the lieutenant was also

13  somebody who might have some stay in determining what

14  are -- how homicide investigations are going to be

15  conducted; is that right?

16     A    Yes.

17          MS. ROZEN:  Objection.  Form.

18      **Q**    As the -- as -- both in your capacity as chief

19  of detectives and as the commander, would you say that,

20  in terms of how to go about conducting homicide

21  investigations and the expectations of how that was

22  being done, you delegated that responsibility to

23  lieutenants and sergeants?

24          MS. ROSEN:  Objection.  Form.

25    A    Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 198 of 273 PageID #:7515
The deposition of PHILIP CLINE - taken on MAY 3, 2021
196

 1      Q    Okay.  As the chief of detectives, would you
 2  say that you put any specific restrictions in place on
 3  what homicide detectives were doing?
 4           MS. ROSEN:  Objection.  Form.
 5      A    No.
 6      Q    As the commander, did you put any rules or
 7  restriction in place because of what homicide detectives
 8  were doing?
 9           MS. ROSEN:  Objection.  Form.
10      A    No.
11      Q    As -- was it your understanding that your
12  lieutenants would have had some role in putting in place
13  the rules and restrictions that the homicide detectives
14  were following?
15           MS. ROSEN:  Objection.  Form.
16      A    There again, each case is different, so it
17  would depend on, you know, the case and what was
18  required.
19      Q    And so, to the extent there was determinations
20  about what was going to be done and we'll -- strike
21  that.  To the extent they were rules or restrictions
22  being put in place on a given homicide case, that was
23  going to be coming from either the sergeant or the
24  lieutenant; is that right?
25           MS. ROSEN:  Objection.  Form.  What are you

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 199 of 273 PageID #:7516
The deposition of PHILIP CLINE - taken on March 9, 2021
197

 1          talking about, rules and restriction?

 2                MR. SWAMINATHAN:  Go ahead?

 3      A     That's -- I have a -- yeah, I don't understand

 4  how rules, restrictions apply to a homicide case.

 5   BY MR. SWAMINATHAN:

 6      **Q     Yeah.  I did -- I mean, were there any**

 7  **prohibitions?  Hey, here's things you just cannot do as**

 8  **a homicide detective, I'm not going to allow it.**

 9      A     But that would be general, not just specific

10  for that case.

11      **Q     And so, to the extent there were do's and**

12  **don'ts about, you know, what you can do as homicide**

13  **detectives, where was that coming from?**

14                MS. ROSEN:  Objection.  Form.  Foundation.

15      What are do's and don'ts?

16      A     The policy would come from the chief of

17  detectives, but it would be carried out by the sergeants

18  and lieutenant.

19      **Q     But the policy I think you indicated was just**

20  **a guideline, right?**

21      A     Yes.

22      **Q     And so, really, in terms of what you actually**

23  **can and cannot do, in sort of putting actual rules in**

24  **place for detectives that's coming from the sergeants**

25  **and lieutenants; is that right?**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 200 of 273 PageID #:7517
The deposition of PHILIP CLINE - taken on March 2, 2021
198

```
 1              MS. ROSEN:  Objection.  Form.  Foundation.
 2        What rules?
 3        A    Yeah, I'm not sure I understand the question.
 4        Q    In other words, the policy doesn't tell a
 5   detective what they have to do in any instance because
 6   it's merely guideline; can we agree?
 7        A    Yes.
 8        Q    But on any given case, there could be some
 9   restrictions on what a detective can and cannot do.  And
10   that is going to be set by a sergeant and a lieutenant;
11   is that right?
12              MS. ROSEN:  Objection.  Form.  Foundation.
13        Incomplete hypothetical and not fact-based.  What
14        are you talking about?
15        A    I can't think of an instance or what you're
16   talking about would occur.  But you can do it on this
17   case, but you can't in that case.  I don't understand
18   what you mean.
19    BY MR. SWAMINATHAN:
20        Q    You know, you have situations where a family
21   member comes to the station and says, Hey, you've got
22   my, you know, my son or daughter in an interrogation
23   room.  I want to talk to him.  You with me so far?
24        A    Okay.
25        Q    Yeah.  In that situation, is there a policy
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 201 of 273 PageID #:7518
The deposition of PHILIP CLINE, taken on May 3, 2021
199

```
 1    that says, "This is what you have to do when that
 2    happens"?
 3         A    Not that I'm aware of.
 4         Q    Okay.  But in terms of making decisions about
 5    what to do in that type of situation, the decisions are
 6    going to be made by sergeants and lieutenants; is that
 7    right?
 8              MS. ROSEN:  Objection.  Form.  Foundation.
 9         Calls for speculation.
10         A    Yes.
11         Q    Okay.  So in other words, in terms of making
12    determinations about how to handle what you do when a
13    given situation comes up in a homicide case, resolving
14    those questions is done by sergeants and lieutenants,
15    right?
16              MS. ROZEN:  Objection.  Form.  Foundation.
17         A    It could be a detective.
18         Q    Or the detective themselves?  In other words,
19    the decision-making is taking place either at the level
20    of the detective, sergeant or lieutenant, correct?
21         A    Yes.
22         Q    Okay.  And so -- I'm being clear about that,
23    when it comes to decision-making when it comes to how to
24    handle circumstances that come up in a homicide
25    investigation, those determinations are being made by
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 202 of 273 PageID #:7519
The deposition of PHILIP CLINE, taken on May 3, 2021
200

1    detectives and their sergeants and lieutenants, correct?

2              MS. ROSEN:  Objection.  Form.  Foundation.

3        Calls for speculation and incomplete hypothetical.

4        A    There again, it would depend on -- give me an

5    indication of what you're talking about.  I mean, is it

6    the state police coming in to talk to us because they

7    want to talk about jurisdiction on -- on homicide, then

8    that would probably be the commander would handle that.

9    If it's somebody wants to see somebody and the detective

10   thinks that that's not going to hurt the case, the

11   detective can make a decision on that.

12       Q    I guess what I'm -- what I'm saying is, if you

13   -- the decisions have got to be made during the course

14   of homicide investigations about how to handle all kinds

15   of things that come up, right?

16       A    I'm mean -- I'm -- you're losing me.

17       Q    Yeah.  Let me -- what I'm just trying to

18   understand is -- what I'm trying to understand is the

19   relationship to these guidelines or policies, right? And

20   so, my understanding is when a homicide detective is

21   making a determination about, you know, how to handle a

22   situation that comes up in a homicide case, including,

23   for example, the parent showing up at the station,

24   right?  The policies don't tell them what they have to

25   do or have to not do, right?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 203 of 273 PageID #:7520
The deposition of PHILIP CLINE — taken on MARCH 3, 2021
201

1         MS. ROSEN:  Objection.  Form.  Incomplete

2    hypothetical.  Foundation.

3    A    Yes.

4    **Q    What does tell them -- now they might make a**

5 **decision on their own about what they have to do, right?**

6         MS. ROSEN:  Objection.  Form.

7    A    Yes.

8    **Q    And to the extent anybody else participates in**

9 **that decision about what to do, it's going to be the**

10 **sergeants and the lieutenants, right?**

11        MS. ROSEN:  Objection.  Form.

12   A    Or as I just mentioned, depending on if it's

13   the state police coming in to talk about jurisdiction,

14   then their commander will probably meet with them and

15   talk about it.  It all depends on what the detective --

16   the detective is the first one they're going to

17   encounter.  He or she is going to make a decision

18   whether they can handle it at their level or should it

19   go up higher.

20   **Q    Has it worked in the -- in Area 5 when you**

21 **were the commander?  The chief of detectives was never**

22 **telling homicide detectives what to do on homicide**

23 **cases.  Do you agree with that?**

24        MS. ROSEN:  Objection.  Form.  Foundation.

25   Incomplete.  Hypothetical.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 204 of 273 PageID #:7521
The deposition of PHILIP CLINE - taken on March 3, 2021

202

1    A    Normally, but there may be a thing where the -
2 - the chief of detective says he might -- his guys look
3 at this shift or I might just look at, but I mean, he
4 would not direct the investigation.
5    **Q    And as a commander at Area 5, you were not**
6 **telling detectives what they had to do on their**
7 **investigations, correct?**
8            MS. ROSEN:  Objection.  Form.  Foundation.
9    A    No.  But the same instance, if there was
10 something that I saw it hadn't been done, I would tell
11 the detectives to go do it.
12   **Q    Were the lieutenants telling detectives what**
13 **they had to do on their homicide investigations?**
14           MS. ROSEN:  Objection.  Form.
15   A    Same thing as -- as -- as the chief and the
16 commander.  If he sees something that needs to be done,
17 then he's going to tell them to do it.
18   **Q    Now, the sergeants, they would tell detectives**
19 **what they wanted them to do on homicide investigations,**
20 **correct?**
21           MS. ROSEN:  Objection.  Form.
22   A    They're immediate supervisor.
23   **Q    Go ahead.**
24   A    They're the immediate supervisor.  So they
25 would be responsible for making sure how you have a

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 205 of 273 PageID #:7522
The deposition of PHILIP CLINE, taken on March 25, 2021
203

1  license plate mentioned in there, who's the register,

2  can you get that in your report, those type of things.

3     **Q    And would you say that in terms of the**

4  **practices that were followed by homicide detectives day-**

5  **to-day at Area 5, those practices were really being set**

6  **on a day-to-day basis by the sergeants; is that fair?**

7            MS. ROSEN:  Objection.  Form.  Foundation.

8        Incomplete, hypothetical, vague as to the term

9        "practices."

10    A    Other than what I talked about earlier about

11 depending on whether that person that's handling wants

12 to kick it up the -- the chain of command.  Yes.  The

13 sergeants make most of the decisions.

14    **Q    All right.  We talked earlier about the Reyes**

15 **-- well, I guess, it's the Soto murder investigation.**

16 **You know what I'm referring to, right?**

17    A    I'm sorry.  What?

18    **Q    Sorry.  Let me ask you a better question.  The**

19 **deposition you're here for today is involves the murder**

20 **of the Soto family, right?  The husband and wife?**

21    A    Yes.

22    **Q    Okay.  I'm ref -- and I'll refer to that as**

23 **the Soto investigation or the Soto murder investigation.**

24 **Does that make sense to you?**

25    A    Sure.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 206 of 273 PageID #:7523
The deposition of PHILIP CLINE, taken on May 3, 2021
204

 1       Q    You understand that I'm talking about the case
 2  that resulted in charges against Arturo Reyes and
 3  Gabriel Solache and Adriana Mejia.
 4       A    Yes.
 5       Q    When you found out you were being deposed in
 6  this case, did you remember the name Arturo Reyes?
 7       A    No.
 8       Q    Did you remember the name Gabriel Solache?
 9       A    No.
10       Q    Did you remember the name Adriana Mejia?
11       A    No.
12       Q    Did you remember any facts about the
13  underlying crime?
14       A    Yes.  I remember what -- what the motive was
15  for.
16       Q    And what did you rem -- and what did you
17  remember?  What -- just when you knew you were being
18  deposed in this case.  Without having looked at any
19  documents, what did you remember?
20       A    That Mejia wanted a baby and falsified her
21  pregnancy.  Her friend and the Soto woman entered a bus
22  and followed her home and came back, and it was either
23  that night or the same night and stabbed the -- the Soto
24  husband and wife and took two little kids.  And then I
25  remembered that the friend of theirs was watching the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 207 of 273 PageID #:7524
The deposition of PHILIP CLINE, taken on March 3, 2021

205

1    three-year-old and saw him on his Patron TV because that

2    was one of the things we did is, we really went to the

3    media and asked them to get these pictures of the kids

4    out because that's how we felt we would solve this

5    crime.  And that he came into the 8th District with the

6    three-year-old.  And from there, we were able to arrest

7    all three of them and recover the baby, and like I said,

8    that was great police work by the officers assigned to

9    that.

10       **Q    So you have some -- you have memory basically**

11   **of the overall facts of the underlying crime and how the**

12   **invest -- you know, how the investigation proceeded at**

13   **the early stages; is that right?**

14       A    Yeah.  I mean, I -- I was heavily involved in

15   this one because of the type of crime, and the fact that

16   we wanted to get these two babies back home safely.  And

17   as far as I remember the, you know, the things that were

18   doing it was -- it a lot of people.  I used people from

19   Area 5, property crimes from other units were available,

20   Spanish speakers, FBI.  We had a lot of people involved

21   to help this case.

22       **Q    And what specific things -- before looking at**

23   **any documents.  Just when you found out you were being**

24   **deposed in this case.  Obviously you remembered it was**

25   **this double murder, double kidnapping case, right?**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 208 of 273 PageID #:7525
The Deposition of PHILIP CLINE, taken on March 28, 2012
206

 1      A    Yes.

 2      Q    And what specific things did you remember that

 3 you did on the investigation?  Just based on your

 4 memory?

 5      A    Getting all the information out to the media,

 6 requesting the FBI, and making sure that we had enough

 7 detectives working the case.  This was an all hands-on

 8 deck case and asked property crimes detectives they help

 9 with the canvassing.  We used every resource that was

10 available to us.

11      Q    Anything else you remember -- you specifically

12 remember doing when you first learned that you were

13 being deposed in this case, other than getting info to

14 the media, requesting the FBI's involvement, making sure

15 you had enough detectives and having property crimes

16 help with the canvassing?

17           MS. ROSEN:  Objection.  Form.

18      A    It's basically what I remember.

19      Q    Do you remember any specific conversations

20 that you had with anyone about this investigation?

21      A    No.

22      Q    Do you recall any conversations that you had

23 with Reynaldo Guevara during the course of this

24 investigation?

25      A    No.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1  **Q**  **You had -- you know whether you ever spoke to**

2 **Reynaldo Guevara during the course of this**

3 **investigation?**

4  A  As I sit here now, I don't remember.

5  **Q**  **Did you -- do you recall having any**

6 **conversations with Ernest Halvorsen?**

7  A  No.

8  **Q**  **You would know whether you spoke to Ernest**

9 **Halvorsen during the course of this investigation?**

10  A  No. I don't.

11  **Q**  **Do you recall having any conversations with**

12 **Detective Rutherford?**

13  A  No.

14  **Q**  **And if -- do you know whether you had any**

15 **conversation with Detective Rutherford?**

16  A  No.

17  **Q**  **Did you have any conversations with Detective**

18 **Dickinson?**

19  A  Not that I remember.

20  **Q**  **Did you have any conversations with Detective**

21 **Santo Padre?**

22  A  Not that I remember.

23  **Q**  **Did you have any conversations with Youth**

24 **Officer Trevino?**

25  A  Not that I remember as I sit here today.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 210 of 273 PageID #:7527
The deposition of PHILIP CLINE - taken on March 3, 2021
208

1      Q    Did you have any conversations with Ed Mingey?

2      A    I don't recall.

3      Q    As you sit here today, can you say one way or

4 the other whether you had any conversations with

5 Detective Mingey?

6      A    No.

7       MS. ROSEN:  Sergeant Mingey?

8      Q    I'm sorry.  With Sergeant Mingey?

9      A    No.

10      Q    Did you have any conversations with Berscott

11 Ruiz?

12      A    Not that I remember.

13      Q    Did you have any conversations with Alan

14 Pergande?

15      A    Not that I remember.

16      Q    Do you recall if there were any Spanish

17 speakers at Area 5 during the course of this

18 investigation?

19       MS. ROSEN:  Did you mean police personnel or

20 -

21      -

22       MR. SWAMINATHAN:  Thank you.  Yeah.

23 BY MR. SWAMINATHAN:

24      Q    Were there any -- do you recall what Spanish-

25 speaking police officers there were that participated in

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 211 of 273 PageID #:7528
The deposition of PHILIP CLINE, taken on March 31, 2021
209

1 this investigation?

2     A    I remember looking at the re -- the reports in

3 preparing for this, I remember seeing Guevara, Trevino.

4 There was another youth detective name I saw I don't

5 remember who it was.

6     **Q**    **Is your knowledge about who among the police**

7 **officers was a Spanish speaker, is that based entirely**

8 **on documents?**

9       MS. ROSEN:  Objection to form.

10     **Q**    **Go ahead.**

11     A    Yes.  I don't remember independently.

12     **Q**    **Do you have -- did you have any conversations**

13 with Robert -- Sergeant Bibo about this investigation?

14     A    Not that I recall.

15     **Q**    **Did you have any conversations with Sergeant**

16 **Cappitelli about this investigation?**

17     A    Not that I remember.

18     **Q**    **Did you participate in the interrogation of**

19 any suspect in this investigation?

20     A    No.

21     **Q**    **Did you participate in the interviewing of any**

22 **witnesses during the course of this investigation?**

23     A    No.

24     **Q**    **Right.  We talked with you that this was a**

25 **heater case.  Just tell us what you mean by that term**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

"heater case."

A    A case that draws a lot of media attention.  A lot of attention might be political.  The mayor and the superintendent might be asking about it.  In this particular case, it was the two kids missing that made it such a heater case.  Everybody was worried.  We wanted to find those kids before any harm ended up.

Q    And so obviously, there was media coverage of this case, correct?

A    Yes.

Q    Okay.  And were higher-ups at CPD also paying attention?

A    Yes.

Q    And who was that?

A    Chief of detectives.  That's the only one I spoke to, but I'm sure the superintendent was involved too.

Q    And were they contacting you?  The chief -- was the chief of detectives contacting you about this case?

A    Yes.

Q    Did you have some conversations with the chief of detectives about it?

A    Yes.

Q    What did the chief of detective say to you?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 213 of 273 PageID #:7530
The deposition of PHILIP CLINE, taken on May 13, 2021
211

```
 1       A    Are we getting this out to the media?  And I
 2  said yes.  And he said, okay.  That's good.  And do you
 3  need anything?  And I said no, we're all set right now.
 4       Q    Anything else?
 5       A    Not that I recall sitting here, no.
 6       Q    Was chief of detectives checking in with you
 7  regularly about this investigation?
 8       A    I don't remember.
 9       Q    Were you making calls up to the chief of
10  detectives about this investigation?
11       A    I would have probably called my deputy chief
12  and he would have relayed it.
13       Q    And so you were keeping the deck -- the deputy
14  chief up to date on what was happening?
15       A    Yes.
16       Q    Were they telling you that they wanted to see
17  this case get closed?
18            MS. ROSEN:  Objection.  Form.
19       A    No.
20       Q    Were they telling you they wanted to see this
21  case get solved?
22            MS. ROSEN:  Objection.  Form.
23       A    No.
24       Q    In terms of -- well, strike that.  When you
25  were being -- you were actually getting calls from your
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 214 of 273 PageID #:7531
The deposition of PHILLIP CLINE, taken on March 2, 2021
212

```
 1   higher-ups about this case.  Did you communicate that
 2   down the chain to the people working under you, that
 3   there was the higher-ups who were paying attention to
 4   this case?
 5           MS. ROSEN:  Objection.  Form.
 6       A    No.  I mean, I -- I remember getting everybody
 7   together and telling them we wanted to find these kids
 8   and get them home alive, and that's as much to the -- to
 9   the troops that I did.  The chief of detectives just
10   told me and -- what I told you earlier about, make sure
11   that we get this out to the media and everybody wanted
12   to see these kids get home alive.
13       Q    Did you communicate to your lieutenants
14   working under you that, you know, the chief of
15   detectives was paying attention on this one?
16           MS. ROSEN:  Objection.  Form.
17       A    I didn't -- I don't remember saying that, but
18   I -- I didn't have to talk to them.  Everybody knew that
19   we wanted to do -- once there's kids involved, all those
20   cops have kids the same age at home.  They wanted to
21   make sure that those kids get home safely.
22       Q    So the detectives and sergeants in this case
23   knew this was a heater case, right?
24           MS. ROSEN:  Objection.  Form.
25       A    I'm sorry, What's the question again?
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q    The detectives and sergeants in this case knew
2  it was a heater case, right?
3             MS. ROSEN:  Objection.  Form.
4    A    Yes.
5    Q    All right.  And then on a heater case,
6  obviously, you want to try to get it solved and be able
7  to tell the media that, you know, you got -- you caught
8  the guys, right?  That's the goal.
9             MS. ROSEN:  Objection.  Form.  Foundation.
10   A    The goal was more of a, get those kids home
11 safely, than it was to catch the bad guys.  That became
12 secondary.
13   Q    And on a heater case, there's a lot of
14 attention being paid to the case.  You want to make sure
15 the case gets done right; is that true?
16   A    Yes.
17   Q    And so, what steps do you take to ensure that
18 the investigation is being done right?
19   A    Just make sure that everybody's doing their
20 job correctly and the -- the -- the supervisors are
21 standing on top of what information is coming in, what
22 evidence is being collected.
23   Q    On a heater case, not only do you want to --
24 you want to solve it, but you also want to make sure the
25 case holds up, right, that there aren't some problems

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 216 of 273 PageID #:7533
The deposition of PHILIP CLINE, taken on May 3, 2021
214

```
 1   with the investigation that cause problems down the
 2   road.  You agree with that?
 3              MS. ROSEN:  Objection.  Form.  Foundation.
 4        A    Yes.
 5        Q    I think you used the -- you used the phrase,
 6   you -- want to dot your Is and cross your Ts on a heater
 7   investigation; is that right?
 8        A    Yes.
 9        Q    Did you expect reports on a heater case like
10   this to be accurate and complete?
11        A    Yes.
12        Q    Did you expect the detective working on this
13   case to be taking good notes, to help them in writing
14   accurate and thorough reports?
15              MS. ROSEN:  Objection.  Form.
16        A    That wasn't one of the things I was worried
17   about.  I may want to make sure that they're doing
18   everything that we can get these kids.
19        Q    You didn't specifically say anything to the
20   detectives about notetaking, I assume, right?
21        A    No.
22        Q    And you didn't say anything specific to them
23   about report writing; is that right?
24        A    No.
25        Q    But did you tell them -- but did you
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 217 of 273 PageID #:7534
The deposition of PHILLIP CLINE - taken on March 17, 2021
215

```
 1    communicate down the chain that hey, we want this

 2    investigation done right?

 3                  MS. ROSEN:  Objection.  Form.

 4        A    I didn't have to have that conversation.

 5        Q    Let me ask you about -- did you ever go to the

 6    crime scene in this case?

 7        A    I remember that I did.  I just don't remember

 8    what time I was -- if I went there that night or the

 9    next day.

10        Q    And do you remember what the crime scene

11    looked like as you sit here today?

12        A    No.

13        Q    Do you remember speaking with any media about

14    this case?

15        A    Yes.

16        Q    And what do you remember speaking to the media

17    about?

18        A    Kind of the facts of the case, that there was

19    a home invasion, mother and father were stabbed to

20    death.  Two children were taken and we -- our main goal

21    right now was the safe return of those two kids.

22        Q    And then once the -- once you had the kids,

23    you went back to the media and spoke to them again,

24    right?

25        A    Yes.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029-Document #: 292-3 Filed: 07/05/21 Page 218 of 273 PageID #:7535
The deposition of PHILLIP CLINE, taken on May 21, 2021
216

1      Q    And you told them right away that you found
2  the kids, right?
3            MS. ROSEN:   Objection.  Form.
4      A    I don't remember specifics, but then that
5  would've been my intentions.
6      Q    When you were communicating information to the
7  media, where were you getting the information in order
8  to be able to communicate about the facts of the case to
9  the media?
10     A    From my supervisors.
11     Q    In other words, from the sergeants and
12 lieutenants?
13     A    Yes.
14     Q    Okay.  They were communicating information up
15 to you, and then you were communicating it out to the
16 media?
17     A    Right.
18     Q    Okay.  Did you have any information that
19 you've had directly from detectives of this case?
20     A    Not that I recall.
21     Q    Other than the informa -- you told us about --
22 well -- strike that.  In terms of your involvement in
23 the investigation, you saw some reports that indicated
24 that you made some assignments in this case on April 2nd
25 and April 3rd, correct?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 219 of 273 PageID #:7536
The deposition of PHILIP CLINE, taken on May 19, 2021

217

 1        A    I made some what?

 2        Q    Assignments -- you assigned some detectives to

 3   perform some tasks on April 2nd, right?

 4        A    I don't recall the exact date, but I saw

 5   something in one of the reports they're talking about.

 6        Q    Yeah, let's pull up the -- why don't we pull

 7   up the report and look at it, make it easier.  All

 8   right.  Pulling up on my screen here a document marked

 9   as  Exhibit A  to your deposition.  It's RFC 449 through

10   451.  It is a supplementary report dated April 15, 1998.

11   Do you see this, sir?

12                    (EXHIBIT A MARKED FOR IDENTIFICATION)

13        A    Yes.  I do.

14        Q    Did you review this document in preparation

15   for today's deposition?

16        A    Yeah, I looked at it.  And I haven't read the

17   whole thing, but I -- I scanned it over.

18        Q    And there's a reference to your name in this

19   document, correct?

20        A    Yes.

21        Q    And it indicates that you made -- you assigned

22   the reporting detectives in this instance to do some

23   follow-up; is that correct?

24        A    Yes.

25        Q    All right.  And you -- right here, one second.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 220 of 273 PageID #:7537
The deposition of PHILLIP CLINE, taken on May 27, 2021

218

1    Actually here, let's pull up the other report for it.  I

2    think this is the second report that references it, so

3    one sec.  Pull up the other one.  All right.  Let's take

4    a look at this document that I put on the screen now.

5    We'll mark it as Exhibit B.  It's RFC Solache Reyes, 348

6    through 350.  This is a supplementary report dated April

7    3, 1998.  Do you see that?

8                    ( EXHIBIT B MARKED FOR IDENTIFICATION)

9         A    Yep.

10        Q    And you reviewed this document in preparation

11   for the deposition, correct?

12        A    Yes.  I did.

13        Q    And this document says in the first page it

14   has a reference to you, correct?

15        A    Yes.

16        Q    Okay.  And it indicates that you assigned the

17   reporting detectives, Boyle and Gutierrez, to do some

18   follow-up investigation, fair?

19        A    Yes.

20        Q    Do you have any specific memory of the

21   conversations that you had about assigning Boyle and

22   Gutierrez?

23        A    No.

24        Q    But it indicates that the reporting detectives

25   met with you.  Do you have any memory of specifically

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 221 of 273 PageID #:7538
The deposition of PHILIP CLINE, taken on March 2, 2021
219

1  meeting with them to talk about this case?

2      A    No.

3      Q    And at this point in the investigation -- so

4  these reporting detectives went out to the location

5  where the Sotos had previously lived.  You agree with

6  that?

7      A    Yes.

8      Q    And they did some additional follow-up, it

9  looks like, at the Greyhound bus station and O'Hare

10  airport; you see that?

11      A    Yes.

12      Q    Did you assign them to do that -- to do those

13  tasks as well?

14      A    I don't remember, sitting here now.  That

15  would have been something that I would have turned over.

16  That information came in and --

17      Q    In terms of the information, the contents of

18  this report about what happened when they went out and

19  conducted these investigative steps, do you have any

20  knowledge about any of those things happening?

21      A    Not as I sit here today.

22      Q    Do you have any memory about whether you've

23  got a copy of this report and reviewed it to see if they

24  had done what you asked them to do?

25      A    No.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 222 of 273 PageID #:7539
The deposition of PHILIP CLINE, taken on March 22, 2021

220

1      Q      Anything you can say about what you did with
2   regard to this assignment and why you did it?  Could you
3   say anything about it that's not based on what's written
4   in the document?

5      A      No.  Like I said, it was all hands-on deck.  So
6   I mean, if this information came in and now the next
7   shift was coming in, I would've told them, you know, go
8   do this, if there was no other supervisor up there.

9      Q      But in terms of everything that's documented
10  in this report, you don't have any personal memory of
11  any of it, correct?

12     A      No.

13     Q      Is that correct?  You don't have any personal
14  memory?

15     A      Not at this time, no.

16     Q      Okay.  When you say "not at this time," you've
17  had a chance to review the report, correct?

18     A      Yes.

19     Q      It doesn't refresh your memory and cause you
20  to suddenly remember something about the contents of
21  this report; is that fair?

22     A      No.  It did not.

23     Q      When you made this assignment on April 2nd to
24  go up to the Soto prior residence and several other
25  locations, at that point, did you have any leads in this

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 223 of 273 PageID #:7540
The deposition of PHILIP CLINE, taken on May 23, 2012
221

```
 1   investigation?

 2              MS. ROSEN:  Objection.  Form.

 3       A    I -- I have to look at the timeline on this

 4   thing.  I -- I don't know if I had them at that point or

 5   not.

 6       Q    So you say, "I have to look at the timeline."

 7   You'd have to look at documents to be able to answer

 8   that question; is that fair?

 9       A    Right.

10       Q    Every -- in terms of everything that was done

11   subsequent to that in the timeline after April 2nd,

12   would you have to look at documents to be able to

13   testify about what happened?

14       A    Yes.

15       Q    Okay.  In other words, you don't have any

16   specific memory about anything that you did on this

17   investigation after this April 2nd '98 assignment; do

18   you agree?

19              MS. ROSEN:  Objection.  Form.

20       Mischaracterizes his prior testimony.

21       A    Yes.

22       Q    Okay.  Would you agree with me this case was

23   cracked when three men came in with the boy?  Is that

24   true?

25              MS. ROSEN:  Objection.  Form.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 224 of 273 PageID #:7541

```
 1        A    I mean that was a -- a -- a big part of it.
 2   And we wouldn't use the word cracked, but I mean, that
 3   was information that led to the solving of this case,
 4   yes.
 5        Q    Until those three men came in with the boy,
 6   you didn't have anything that was leading you towards
 7   any of those three individuals; is that correct?
 8        A    No.  What we had was the -- the pictures of
 9   the kids out there, and we were getting calls.  And this
10   guy walking into the 8th District with Santiago Soto who
11   is -- is what got us the information that led to the
12   recovery of the baby and Mejia, and the arrest of the
13   other two.
14        Q    Did you have any information pointing you to
15   the baby being with Adriana Mejia until those men came
16   in?
17        A    No.
18        Q    Do you know how many men came in?
19        A    I think it was a couple.  I'm not sure.
20        Q    And is that knowledge based on your review of
21   documents or based on your memory?
22        A    He reviewed the documents.  I don't remember
23   offhand.
24        Q    Do you remember the relationship of those men
25   to the woman who was found with the baby?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 225 of 273 PageID #:7542
The deposition of PHILIP CLINE taken on March 25, 2021
223

 1      A    No.  I think one was her husband.

 2      Q    One was her husband.  And you remember the

 3  relationship with the other men who came in?

 4      A    No.

 5      Q    Those other men that came in, do you know what

 6  happened to them?

 7      A    I have to go through the reports.  I'm sure

 8  they were brought in, interviewed, and released.

 9      Q    And any information you have about what

10  happened to those other -- the men who came in with the

11  baby, you don't have any specific memory of that.  It's

12  just based on what you would read in the document; is

13  that right?

14      A    Yes.

15      Q    All right.  Let's look back at the other

16  report that I pulled up as Exhibit A.  All right.  Now,

17  looking at it, Exhibit A, RFC Solache Reyes, 348 through

18  350.  This is the April 3, 1998 supplementary -- oh, I'm

19  looking at the wrong one again, sorry.  Okay.  Looking

20  at Exhibit A, RFC Solache Reyes, 449 through 451.  This

21  is the supplementary report dated April 15, 1998.  I

22  think we just indicated before I got -- before I got

23  mixed up, you mentioned in this report as assigning

24  detectives McDonald, Collins, and Dickinson to do some

25  follow-up investigation once the boy, Santiago Soto, had

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 226 of 273 PageID #:7543
The deposition of PHILIP CLINE, taken on March 26, 2021
224

1    been located, correct?

2        A    Yes.

3        Q    Can you recall anything about what you said to

4    the reporting detectives?

5        A    No.

6        Q    And do you know if you actually spoke to those

7    reporting detectives?  It indicate -- well -- strike

8    that.  It indicates here, reporting detectives were

9    assigned to the continuation of this investigation by

10   Commander Cline.  Do you know if you assi -- personally

11   assigned them to do this work, or who it was done

12   through, one of your supervisors working under you?

13       A    No.  I'm assuming if they've got that in

14   there, that -- that I was the supervisor that was

15   available at the time and gave them this to do.

16       Q    Do you have any specific memory of what caused

17   you to assign them or what happened as a result of their

18   assignment?

19       A    No.

20       Q    Everything you could say about those -- about

21   why you assigned them and what they did when they were

22   assigned is all based on your view of documents; is that

23   fair?

24       A    Yes.

25       Q    Now, other than those two tasks of assigning

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 227 of 273 PageID #:7544
The deposition of PHILLIP CLINE, taken on May 22, 2021
225

1   two detectives to go out to the former Soto home, and

2   then what's documented in Exhibit A -- strike that.

3   Other than what's documented in Exhibit B, of assigning

4   some detectives on April 2nd to go to the Soto home and

5   what's documented in Exhibit A, assigning some

6   detectives to do some follow-up when Santiago Soto was

7   found, do you recall having any other responsibility in

8   terms of assigning individuals to do anything in this

9   investigation?

10       A    Not as I sit here today.

11       Q    You recall anything else specifically that you

12  did on this investigation?

13       A    Not as I sit here today.

14       Q    You had a chance to review the cleared and

15  closed report, correct?

16       A    Yes.

17       Q    And after reviewing the cleared and closed

18  report, did that cause you to recall anything else you

19  did as part of this investigation?

20       A    No.

21       Q    The call you -- after having had the chance to

22  review the cleared and closed report and these other

23  reports you've reviewed, does that cause you to have any

24  memory about anyone you spoke to during the course of

25  this investigation?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1      A    No.
 2      Q    Has it caused you to have any memory about
 3  where you were and when during the course of this
 4  investigation?
 5      A    No.
 6           MS. ROSEN:  Take a short break wherever it's
 7      convenient for you.
 8           MR. SWAMINATHAN:  Yeah.  We can take a pause
 9      right here.  I'm, I'm getting close to the end.
10      Why don't we take a pause here.
11           MS. ROSEN:  Okay.
12           COURT REPORTER:  Okay.  We are off the record
13      at 3:11 p.m.
14                (OFF THE RECORD)
15           COURT REPORTER:  We are back on the record at
16      3:25 p.m.
17           MS. ROSEN:  Are you getting close to
18      finishing?
19           MR. SWAMINATHAN:  Yes.  I am.  I am very
20      close to being done?
21           MS. ROSEN:  Great.
22  BY MR. SWAMINATHAN:
23      Q    All right, Sir.  I don't remember exactly
24  where I left off, I'm going to concede, so but, but let
25  me -- if possible, I'll ask you one question that I
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 229 of 273 PageID #:7546
The deposition of PHILIP CLINE taken on March 29, 2021
227

1  asked you previously.  All right.  You indicated -- you

2  did not participate in any of the interrogations in this

3  investigation, correct?

4      A    Correct.

5      Q    You do not recall any conversations that you

6  had with any detectives related to this interrogation --

7  investigation, correct?

8      A    Not as I sit here today, no.

9      Q    You don't recall any conversations you had

10 with any sergeants; is that correct?

11     A    No.

12     Q    You agree with me that none of the reports and

13 other documents that you reviewed indicate that you were

14 at Area 5 during the interrogations, correct?

15         MS. ROSEN:  Objection.  Form.  Foundation.

16     A    There is -- I'd have to go through them more

17 completely, but I mean, that is what I told you earlier,

18 maybe I could -- if you have the media reports and you

19 could match them up to what the -- when I was there, but

20 I was in and out, worked the weekend and stayed with

21 this thing.  But I don't remember the exact hours I was

22 there each day.

23     Q    Okay.  So based on the review of the documents

24 you've seen so far, you haven't seen any documents that

25 indicate to you that you were at Area 5 during the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 230 of 273 PageID #:7547
The deposition of PHILIP CLINE - taken on MAY 3, 2021
228

1  course of the interrogations; is that true?

2      A    No.  I have not seen anything in the reports

3  today that I've reviewed so far.

4      Q    Okay.  And you don't know exactly where you

5  were when during the course of the interrogations in

6  this case, right?

7      A    No.  I don't recall, as I sit here today, know

8  where I was.

9      Q    And you can't say whether you were at Area 5

10  at the time the interrogations were going on, correct?

11     A    I cannot, no.

12     Q    Do you have any personal memory of who

13  conducted the interrogations without looking at

14  documents?

15     A    No.

16     Q    Okay.  And so you can't testify, as you sit

17  here today, about what Detective Guevara did during the

18  course of any interrogations, can you?

19     A    No.

20     Q    You're not in a position to vouch for what

21  Detective Guevara did or did not do while he was in the

22  interrogation room; is that fair?

23     A    I'm not -- not as I sit here today, no.  I

24  don't recall where I was when he was in the

25  interrogation room.



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 231 of 273 PageID #:7548
The deposition of PHILIP CLINE, taken on MARCH 31, 2021
229

```
 1        Q    And you're not in a position to vouch for what
 2   any other detective did while they were interviewing --
 3   strike that.  You're not in a position to vouch for what
 4   any other detective did, other than Guevara, during the
 5   course of their interrogations in the interview room; is
 6   that correct?
 7             MS. ROSEN:  Objection.  Form.  As to the word
 8        "vouch."
 9        A    As I sit here today, I -- I -- I don't have
10   the independent knowledge of where I was when other
11   detectives were doing interviews.
12        Q    Okay.  And so you don't have any personal
13   memory from which you could say what any detective was
14   doing in the interrogation rooms during the course of
15   their interrogations, fair?
16             MS. ROSEN:  Objection.  Form.
17        A    No.
18        Q    Okay.
19             MS. GOLDEN:  Anand, I'm sorry.  That might
20        not come out right.  You asked if it was fair and
21        he said no.
22   BY MR. SWAMINATHAN:
23        Q    I'm sorry.  I'll ask, okay.  Is that fair to
24   say that you are not in a position -- strike that.  You
25   don't have any personal memory from which you can say
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 232 of 273 PageID #:7549
The deposition of PHILIP CLINE, taken on March 23, 2021
230

 1    anything about what was happening and what the

 2    detectives were doing in those interrogation rooms

 3    during the course of their interrogation; is that fair?

 4         A    Yes.

 5         Q    Okay.  Thank you.  All right.  Let me show you

 6    a couple of last documents here.  All right.  I'm

 7    showing you -- are you able to see my screen?

 8         A    No -- oh, there we go.

 9         Q    You see news article on the page?

10         A    Yes.

11         Q    Yeah.  Okay.  I'm showing you a document we'll

12    mark as Exhibit C, and it's Bates stamped Solache 7474

13    and it's a newspaper article with the headline "Children

14    of Dead Bucktown Couple Still Missing."  Do you see

15    that, sir?

16                   ( EXHIBIT C MARKED FOR IDENTIFICATION)

17         A    Yes.

18         Q    Other than --

19              MS. ROSEN:  Anand, just for the record there

20         - - I printed this out.  So I've got the printed

21         copy there in front of him --

22              MR. SWAMINATHAN:  Okay.  Okay.

23              MS. ROSEN:  -- because that's easier.

24    BY MR. SWAMINATHAN:

25         Q    You can look at whatever is easier for you,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1   sir.  And there's some indications in here about -- some

 2   comments that you made to the media during the course of

 3   the investigation, correct?

 4        A     Yes.

 5        Q     And it looks like from this article, this is

 6   before you had learned -- before the son had been

 7   brought into the station, fair?

 8        A     Yes.

 9        Q     Okay.  And there is a quote from you that

10   states, "Our most important concern is trying to locate

11   the children who are missing."  Cline said, "If we find

12   the kids, we'll be a lot closer to solving this."  Do

13   you see that?

14        A     Yes.

15        Q     Okay.  And that's a statement that you gave to

16   the media according to this report, correct?

17        A     Yes.

18        Q     Okay.  Do you remember being interviewed by

19   these reporters?

20        A     No.

21        Q     Okay.  Because if you look at the bottom of

22   the first column onto the second column where it begins,

23   "Cline said detectives were investigating."  Do you see

24   that?

25        A     Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 234 of 273 PageID #:7551
The deposition of PHILLIP CLINE taken on May 24 2021
232

 1      Q    It says that, "Cline said detectives were
 2  investigating the crime as a double murder."  And then
 3  it says, "He left open the possibility that the domestic
 4  trouble may have been at the root of the crime since the
 5  knife that police found at the couple's home was under
 6  the husband's body."  Do you see that?
 7      A    Yes.
 8      Q    Okay.  And so, it sounds like one of the leads
 9  that your -- the detectives were pursuing in this case
10  was the possibility that it was a domestic incident; is
11  that right?
12           MS. ROSEN:  Objection.  Form.  As to you used
13      the word "lead."
14      A    Yes.  That would have been one of the things
15  we would have looked at.
16      Q    Okay.  And do you have a specific memory of
17  that lead being considered or being looked into?
18           MS. ROSEN:  Objection.  Form.
19      A    No.
20      Q    And what was the reason that that was
21  considered a potential lead to look into in this case?
22           MS. ROSEN:  Objection.  Form.
23      A    Based on whatever you hear, it would've been
24  the fact that the knife was discovered under his body.
25      Q    Okay.  And there was also no evidence of any

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 235 of 273 PageID #:7552
The deposition of PHILLIP CLINE, taken on May 25, 2021
233

1   break-in; is that correct?

2            MS. ROSEN:  Objection.  Form.  Foundation.

3       A    Not that I remember.

4       Q    Okay.  And was the fact that there was no

5   evidence of a break-in also another one of the reasons

6   you suspected possible domestic incident?

7            MS. ROSEN:  Objection.  Form.  Foundation.

8       A    I think the -- the knife was the most

9   important thing there.

10      Q    There was also some investigation into the --

11  a possible lead that family members of the Sotos might

12  have been involved; is that true?

13           MS. ROSEN:  Objection.  Form.  Foundation.

14      A    One of the things we looked at was -- and

15  that's why we called the FBI in was that there somebody

16  may have taken the kids for because they didn't want the

17  State to -- to have them and they were now with

18  relatives, so that was the whole reason for that.

19      Q    And so was there -- was the FBI called in part

20  based on the possibility that some family member may

21  have been involved?

22           MS. ROSEN:  Objection.  Form.  As to the word

23      "involved."

24      A    Not involved in the -- in the murder, but

25  involved in taking the kids.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 236 of 273 PageID #:7553
The deposition of PHILIP CLINE, taken on May 25, 2021
234

 1  **Q** I see. Okay. So there was, with regard to

 2 the kidnapping, there was a potential lead was whether

 3 any family members had taken the children?

 4  A Yes.

 5  **Q** Okay. And with the fact that there had been

 6 no evidence of a break-in, was that something that was

 7 considered in assessing who the possible perpetrators

 8 were?

 9    MS. ROSEN: Objection. Form.

10  A The fact that they were home makes it more

11 possible that it's a home invasion and they forced their

12 way in versus a burglary if no one was home when they

13 broke in.

14  **Q** And in terms of your assessment of the break-

15 in, you know, no evidence of a break-in, is that based

16 on any memory or that are based -- sort of just based

17 on, you know, your assumptions as we're talking about it

18 now?

19    MS. ROSEN: Objection. Form.

20  A Pretty much the assumption of what we're

21 talking about now.

22  **Q** Okay. Who else -- who were individuals who

23 were suspected or looked into as possible perpetrators

24 in this case before you had the son brought into the

25 station?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 237 of 273 PageID #:7554
The Deposition of PHILIP CLINE, taken on May 2, 2019
235

1          MS. ROSEN:  Objection.  Form.  Foundation.
2     A    I don't remember who it was.  I have to go
3  through all the reports and see who was brought in.
4     **Q    Anyone who was treated as a suspect in this**
5  **case, you would expect to see some documentation of**
6  **that, correct?**
7     A    Yes.
8          MS. ROSEN:  Objection.  Form.
9     **Q    Anybody who was interrogated regarding the**
10  **crime, you'd -- there should be documentation of that in**
11  **the file, correct?**
12     A    Yes.
13          MS. ROSEN:  Objection.  Form.  Foundation.
14     **Q    Anyone who was interrogated as a suspect in**
15  **the case you would expect to see some -- you'd be able**
16  **to -- you expect you'd be able to find some documents in**
17  **the file about that, correct?**
18          MS. ROSEN:  Objection.  Form.  Foundation.
19     A    Yes.
20     **Q    Do you recall anybody else being suspected of**
21  **the crime based on your review of the file?**
22          MS. ROSEN:  Objection.  Form.  Foundation as
23     to whether or not he reviewed the entire file.
24     A    I know there was other relatives brought in.  I
25  know they were all interviewed, so that's all I remember

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   here after reading the reports.

2       Q    Do you -- the individuals who were brought in

3   you would have -- strike that.  Do you have a memory --

4   do you have any personal memory about family members of

5   the Sotos being brought into the police station and

6   interviewed?

7       A    No.

8       Q    Okay.  Are you -- any memory you have about

9   who was brought in and who was interviewed, is it all

10  based on reports and documents?

11      A    Yes.

12      Q    Okay.  And anybody who was brought to the

13  station and interviewed and questioned, there should be

14  documentation with that, correct?

15      A    Yes.

16      Q    Any family members of the Sotos who've been

17  brought in and interviewed that can be documented,

18  correct?

19      A    Should be.  Yes.

20      Q    Okay.  Anything else you recall about this

21  investigation that you haven't -- that you haven't told

22  us about today?

23      A    No.  Like I said, it was something that we

24  wanted to get those two kids back alive.  We did.  So it

25  was a very successful investigation.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 239 of 273 PageID #:7556
The deposition of PHILIP CLINE, taken on March 2, 2021
237

1    Q    And you're aware that two of the individuals

2   were convicted of this crime later had their convictions

3   tossed, correct?

4            MS. ROSEN:  Objection.  Form.

5    A    Yes.

6    Q    Does that change your view in any way about

7   whether this was a successful investigation?

8    A    Well, like I said the -- the main goal was to

9   get the kids back.  We did that.  We convicted all three

10   in court, and then two of them had their conviction

11   overturned.  I don't know what the judge looked at to

12   overturn it, but it surprised me that -- that he did

13   overturn it, because one had gotten the death penalty.

14    Q    Do you have any opinions -- oh, one of the

15   indiv -- strike that.  Do you have any opinions one way

16   or the other about the judge's decision about to vacate

17   the convictions?

18    A    I have to see what the judge was presented

19   with that made him render that decision that way.

20    Q    Okay.  And so, as you sit here today, you

21   don't have any opinions?

22    A    I'm sorry, I didn't hear you.

23            MS. ROSEN:  Yeah.  You made noise.  I mean, I

24       didn't hear you.

25    Q    I'm sorry.  As you sit here today, you don't

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 240 of 273 PageID #:7557
The deposition of PHILIP CLINE taken on March 3, 2021
238

1  have any opinions about the determination by the judge

2  to vacate the conviction?

3      A    No.  It's disappointing, but no, I don't.

4      Q    Okay.  I'm almost done, just the last couple

5  of questions.  You had -- you were previously involved

6  in a case involving a man named Madison Hobley that

7  ha -- involved a fire that killed many people when you

8  were lieutenant at Area 2, correct?

9      A    Yes.

10     Q    Was that a heater case?

11     A    Yes.

12     Q    In that case, there were allegations of abuse,

13  correct?

14     A    Yes.

15     Q    Mr. Hobley had made allegations that he had

16  been abused by detectives who interrogated him, correct?

17     A    I don't recall his specific allegation, but I

18  know that there was questions about it.

19         MS. ROSEN:  And belatedly, and since there

20     seems to be more than just a couple of questions, I

21     have a standing objection to all Hobley questions

22     based on foundation and relevance and a host of

23     other things, but go ahead.

24  BY MR. SWAMINATHAN:

25     Q    Do you have -- are there any other cases that

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 241 of 273 PageID #:7558
The deposition of PHILIP CLINE, taken on March 24, 2021
239

1    you've been involved with in any way in which there have
2    been allegations of abuse by the detectives conducting
3    the interrogations?
4              MS. MCGRATH:  Objection.  Form.  Foundation.
5        A    I believe so.
6        Q    That -- and how many other cases are there?
7              MS. ROSEN:  Objection.  Form.  Foundation and
8         relevance.
9        A    There's one that I know of right now.
10       Q    And what case is that?
11       A    Smith.
12       Q    The individual who alleged abuse, his name is
13   Smith.
14       A    And he killed his mother-in-law and
15   grandmother-in-law.
16       Q    And what was your position in the CPD at the
17   time that he alleged the abuse?
18       A    I was the Area 2 Violent Crime lieutenant.
19       Q    Okay.  Is that a -- is there any pending
20   litigation in that case?
21             MS. ROSEN:  There is pending litigation.  And
22        I'm -- you got about, like, one more question on
23        it, so before I tell him that he can't answer any
24        more questions.
25   BY MR. SWAMINATHAN:

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 242 of 273 PageID #:7559
The deposition of PHILIP CLINE, taken on May 3, 2021
240

1    Q    I'm not going to ask you this stuff.  There is

2 currently pending litigation about it?  Is that what you

3 said?

4    A    Yes.

5    Q    Are you a named defendant in that case?

6    A    Yes.

7    Q    Have you ever asserted the Fifth Amendment in

8 response to questions under oath?

9         MS. ROSEN:  Objection.  Irrelevant.  Go

10    ahead.

11    A    Yes.

12    Q    On how many occasions?

13    A    Once.

14    Q    And when was it that you asserted the Fifth?

15         MS. ROSEN:  Like, what year?

16         MR. SWAMINATHAN:  Yeah.  At what year?

17    A    I think it was 50 years ago.

18    Q    Was it at a deposition or in court?

19    A    In court.

20    Q    And did it have to do with Charles Wilson

21 case?

22    A    Yes.

23    Q    Were you ever banned from the United States

24 Attorney's Office at any point?

25    A    Not that I was told.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 243 of 273 PageID #:7560
The deposition of PHILIP CLINE, taken on March 23, 2021
241

```
 1        Q    Did you later hear that?  Did that come as a
 2   surprise to you?
 3              MS. ROSEN:  Objection --
 4              MR. SWAMINATHAN:  That's a poor question.
 5              MS. ROSEN:  -- did you later hear that?
 6   BY MR. SWAMINATHAN:
 7        Q    That's a poor question.  Let me -- did you
 8   ever hear that you had been banned from the US
 9   Attorney's Office?
10        A    No.
11              MS. ROSEN:  Well, I guess they told you only,
12        Anand.
13              MR. SWAMINATHAN:  Okay.  Apparently they only
14        told me.  I have nothing else.
15              MS. ROSEN:  Jan?
16              MS. SUSLER:  I don't have any questions, but
17        thank you.
18              MS. ROSEN:  Anybody else?
19              MR. BRENER:  And from me, Eileen?
20              MS. BURNS:  No questions.
21              MS. MCGRATH:  No questions.
22              MS. GOLDEN:  No questions.
23              MS. ROSEN:  No questions.  And we reserve
24        signature.
25              MR. SWAMINATHAN:  Superintendent, thank you
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 244 of 273 PageID #:7561
The deposition of PHILIP CLINE taken on May 7, 2021
242

```
 1    for your time.

 2           THE WITNESS:  You're welcome.

 3           COURT REPORTER:  Okay.  This concludes our --

 4           MR. SWAMINATHAN:  Have a good weekend

 5    everybody.

 6           COURT REPORTER:  -- this concludes our

 7    deposition at 3:42 p.m.

 8                (DEPOSITION CONCLUDED AT 3:42 P.M)

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 245 of 273 PageID #:7562

```
 1                   CERTIFICATE OF REPORTER

 2

 3   I do hereby certify that the witness in the foregoing

 4   transcript was taken on the date, and at the time and

 5   place set out on the Stipulation page hereof by me after

 6   first being duly sworn to testify the truth, the whole

 7   truth, and nothing but the truth; and that the said

 8   matter was recorded by me and then reduced to

 9   typewritten form under my direction, and constitutes a

10   true record of the transcript as taken, all to the best

11   of my skills and ability. I certify that I am not a

12   relative or employee of either counsel, and that I am in

13   no way interested financially, directly or indirectly,

14   in this action.

15

16

17

18

19   Brooke Andrew

20

21

22   BROOKE ANDREW,

23   COURT REPORTER / NOTARY

24   COMMISSION EXPIRES ON: 11/27/2021

25   SUBMITTED ON:  05/26/2021
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-03029 Document #: 292-3 Filed: 07/05/21 Page 246 of 273 PageID #:7563
The deposition of PHILIP CLINE taken on May 24, 2021

244

### Exhibits

**Exhibit A_ CLINE** 217:9, 12 223:16,17, 20 225:2,5

**Exhibit B_ CLINE** 218:5,8 225:3

**Exhibit C_ CLINE** 230:12, 16

---

### 1

**100** 136:18

**10:08** 8:6

**11:09** 60:22

**11:18** 60:25

**11th** 15:10 16:10,13,19 18:18 51:4

**125** 17:11

**12:00** 28:10

**12:15** 114:6

**12:17** 114:25

**12:29** 115:3

**13** 77:13

**14** 11:5

**14th** 8:5

**15** 102:13 120:6 217:10 223:21

**15th** 120:2,7

**17th** 120:3

**1968** 14:19

**1970** 14:20

**1972** 14:20 30:2

**1972-1977** 19:18

**1974** 19:17

**1977** 14:21,25 30:2

**1980** 178:11

**1985** 14:21 15:4,23 20:6

**1986** 15:7

**1989** 15:10,23 51:5

**1993** 15:13,14 17:7 51:11

**1994** 16:1,5 88:6 93:20 115:6 119:19

**1995** 58:6

**1996** 107:14

**1998** 165:12 166:25 167:4, 12,23 169:2 178:11 217:10 218:7 223:18, 21

**1:00** 28:12

**1:18** 158:5

**1:18-CV-1028** 8:12

**1:18-CV-2312** 8:13

**1:51** 158:8

---

### 2

**2** 15:6,24 17:23 18:5 20:8 21:17,24 22:4 24:20 26:2,13 27:19,20 28:4 29:1,8,20,25 30:17 34:13 40:9 41:18 42:25 45:16 51:4 66:9,13 72:17,19 73:17, 25 76:20 77:2, 7,12 116:11 117:6,17,25 118:15 120:15 238:8 239:18

**20** 162:25

**20-some** 65:23

**2000** 15:19 176:10

**2001** 15:20 176:23

**2003** 15:11,13, 21,22

**2004** 15:11

**2006** 21:23

**2007** 12:12 14:18

**2021** 8:5

**21** 15:5

**21st** 14:24 15:3

**25** 162:5

**2nd** 216:24 217:3 220:23 221:11,17 225:4

---

### 3

**3** 165:12 218:7 223:18

**30** 162:25

**348** 218:5 223:17

**350** 218:6 223:18

**3:11** 226:13

**3:25** 226:16

**3:42** 242:7,8

**3rd** 165:13 166:8,12 169:1 216:25

---

### 4

**4** 166:25 167:12

**40** 73:14

**449** 217:9 223:20

**451** 217:10 223:20

**4:00** 28:10,23 114:3

**4th** 167:22 169:1

---

### 5

**5** 15:17 16:6 77:13 78:3 80:22 84:18,19, 24 87:15 88:7 89:25 90:9,12 92:18,20,22,25 94:2,9 95:22 96:1,18,22 98:5,6,13 99:18 105:1,8,18 112:17 115:6 116:5,10 117:6, 10,18,24 118:7, 9 119:1,9,14 120:25 121:16, 25 122:8 123:6 124:4 128:20 133:6 135:15 137:17 140:18 142:8 150:20 151:17 153:22 155:9 158:13 159:9 161:24 162:7 167:4 169:2 172:3 179:11,12,18, 19,21,22 186:8 201:20 202:5 203:5 205:19 208:17 227:14, 25 228:9

**50** 136:18 162:13 240:17

**5:00** 28:11,12

**5th** 167:22

---

### 7

**72** 30:18

**7474** 230:12

---

### 8

**80** 16:12

**85** 15:8

**89** 16:10,12

**8:00** 164:17,24 165:7,14 166:7 170:13,19

**8th** 205:5 222:10

---

### 9

**93** 15:16 16:1, 10,11,12

**94** 15:16

**98** 15:18 16:5 221:17

**99** 81:7

**9:00** 28:11

**9:30** 164:16 165:6,7,14 166:7 170:13, 19

---

### A

**a.m.** 8:6 60:22, 25

**abilities** 37:13 38:21

**ability** 35:6 36:9 72:9 75:13 166:2

**abreast** 152:16 153:14,23 154:3

**Absolutely** 89:3

**abuse** 22:9 23:15,21 24:4 25:6,8,9,17,25 163:22 164:1 175:14 238:12 239:2,12,17

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**abused** 22:5
175:13,16
176:1 238:16

**abusing** 21:1
175:10,24

**academy**
31:19 132:2

**accept** 67:12

**access** 41:24
75:13 92:7,8,14
156:23 157:12,
15 170:24
171:22

**accountability**
120:5

**accurate** 35:6
36:5,16,21 39:2
191:9 214:10,
14

**accurately**
39:6,11

**accused** 69:14
95:17 96:16
151:13 175:8,
10

**accusing**
25:23 103:24

**achieved**
10:19

**achievements**
122:1,11

**Action** 74:12

**actions** 26:8
160:3

**active** 191:5,21

**actively** 42:1
192:6

**activities** 55:9
59:25

**activity** 60:6

**actual** 54:9
74:11 179:6
182:23 185:6
197:23

**added** 119:23

**addition** 41:13

**additional**
72:2 219:8

**address** 10:18
44:11

**administrative**
27:11 41:22
49:8,25 138:19
180:2,5,8

**Adriana** 204:3,
10 222:15

**advancing**
179:24

**affairs** 68:16
79:14 87:14,19
90:15 98:25
99:9 103:20
106:1 108:8
111:17 112:5,7
152:8,9,12,16
153:13,23
155:3

**affect** 118:14
180:25

**affected**
141:20

**affecting** 181:5
186:4

**affirm** 9:23

**afield** 86:11
112:19 155:7

**afternoon**
28:18

**afternoons**
28:12

**age** 212:20

**agents** 86:1

**agree** 9:15
22:19 33:1 67:9
86:6 87:1 97:10
136:19 154:1,2
174:3 175:17
198:6 201:23
214:2 219:5
221:18,22
227:12

**agreed** 33:9
105:18 133:25

**ahead** 30:5
47:24 86:15
89:17 137:5,6
143:14 146:25
157:19 166:22
167:19 173:14
177:5 178:9
183:1 197:2
202:23 209:10
238:23 240:10

**aid** 39:6

**airport** 219:10

**Alan** 208:13

**Alberts** 138:15

**alive** 212:8,12
236:24

**allegation**
95:15,16 149:5
151:1 155:14
171:17,19,23
238:17

**allegations**
82:3 86:1 88:21
147:24 148:5,7,
23 150:11
151:14,18
155:17 156:20
238:12,15
239:2

**alleged**
239:12,17

**altogether**
61:8

**Amendment**
240:7

**amount** 74:15,
18 140:1

**Anand** 8:17
89:4 229:19
230:19 241:12

**and-a-half**
62:13

**Andrew** 8:3

**answering**
13:22

**answers**
101:15 102:20
103:12

**anticipate**
113:17

**anytime**
122:19 144:2

**apologies**
78:18 107:1
120:23

**Apparently**
241:13

**appeal** 186:15

**appearance**
8:14

**applied** 30:1,8
117:23,24
123:16 180:12

**apply** 30:9
120:8 197:4

**approve** 79:3

**approved**
32:19 43:10,25

**approximately**
12:14 17:11
45:25 78:24
119:15 136:17
162:3,8

**April** 165:12,13
166:7,12,25
167:4,12,22
169:1 216:24,
25 217:3,10
218:6 220:23
221:11,17
223:18,21
225:4

**area** 15:6,17,24
16:6 17:23 18:5
20:8,25 21:17,
24 22:4 23:10
24:12,20 26:2,
13,18,20,24
27:5,18,19,20
28:4 29:1,8,20,
25 30:14,17
32:8 34:13
40:9,23 41:18
42:25 45:16

**answers**
51:1,4 54:23,24
66:9,13 68:1,4,
5,9,20 69:4,14
70:8 72:17,19
73:17,25 76:20
77:2,7,12,13
78:3 80:22
84:18,19,24
87:15 88:7
89:25 90:9,12
92:18,20,22,25
94:2,9 95:21
96:1,17,22
98:4,6,13 99:6,
10,18 105:1,8,
18 112:17
115:6 116:5,10,
11 117:5,6,10,
17,18,24,25
118:7,9,14,15
119:1,9,14
120:15,25
121:16,25
122:8 123:6
124:4 128:20
133:6 134:21,
25 135:15
137:17,20
138:1,3,8
140:18 141:21
142:8 150:20
151:17 153:22
155:9 158:13
159:9 161:24
162:7 167:3
172:3 179:11,
12,18,19,21,22
181:1,5,14,20
182:25 186:7
201:20 202:5
203:5 205:19
208:17 227:14,
25 228:9 238:8
239:18

**areas** 52:17
56:21 118:23
119:4,11
135:15,16
138:24 146:7
179:13 180:12,
20 181:16
182:1,7 183:12

**arrest** 57:21
185:18 205:6
222:12

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**arrested** 84:22
151:22

**arresting** 88:2
91:3 92:5

**arrests** 60:1
185:14,17

**arson** 115:19

**article** 230:9,
13 231:5

**articles** 21:14

**artificially**
104:21

**Arturo** 8:8,18
204:2,6

**asks** 13:25

**aspect** 178:20

**assaults**
146:16

**asserted**
240:7,14

**assess** 46:18
131:18 182:6

**assessing**
43:18 234:7

**assessment**
234:14

**assi** 224:10

**assign** 68:24
69:8 219:12
224:17

**assigned** 15:6
19:24,25 65:21
92:19 95:9
96:22 98:6
116:1 179:20
184:14 185:2,
11 187:6,9
188:7 205:8
217:2,21
218:16 224:9,
11,21,22

**assigning**
65:25 218:21
223:23 224:25
225:3,5,8

**assignment**
66:6 92:21
220:2,23
221:17 224:18

**assignments**
65:20 66:2
186:25 216:24
217:2

**assist** 35:25
53:19,22 54:1
57:1 92:22
139:13 188:3

**assistance**
94:12,17

**assisted** 55:6
59:18 60:14,18
92:13 111:13

**assisting**
59:21 93:10
109:16 111:7
124:7

**assume** 13:18
83:14 98:22
160:12 165:6
166:6 214:20

**assuming**
110:7 143:6
224:13

**assumption**
234:20

**assumptions**
234:17

**ATF** 86:1

**attending**
8:14,15

**attention**
52:22 106:11
143:11,14,19
145:3 161:19
210:2,3,12
212:3,15
213:14

**attorney**
95:15,25
107:21 129:4,
22 133:3,10

**attorney's**
84:20 87:25

126:11 240:24
241:9

**attorneys**
126:11 163:12

**audit** 43:4,6,7
44:8,10,11,17
45:10 46:13
47:5,6,19 49:6

**audited** 49:2

**audits** 42:24
43:3,13 45:4,8,
15 46:7 47:2,11
142:9,11,21,22
182:6

**Austin** 163:8,
12

**authority** 83:1
149:25 181:23

**avoid** 130:16
132:6,8,21

**aware** 25:8,16,
25 35:18 37:23
48:20 50:12
52:6 75:6 78:7
80:8 87:7,8,9,
13,14 107:8
119:1 142:21,
24 150:14
163:11,15,20
199:3 237:1

---

**B**

**babies** 205:16

**baby** 204:20
205:7 222:12,
15,25 223:11

**back** 19:3 20:6
25:11 30:2
33:23 52:24
60:24 66:8
89:1,19,22 99:5
110:20 112:3
114:4 115:2
122:6,7 125:24
131:21 132:9,
21 138:24
139:15 140:17
158:7 159:24
172:15 174:2

182:10 204:22
205:16 215:23
223:15 226:15
236:24 237:9

**background**
17:13 58:10
77:25 103:5
121:13

**bad** 42:21
159:21 213:11

**ballpark** 45:19

**ban** 96:23 97:1

**bangers**
107:23

**bank** 121:18

**banks** 121:19

**banned** 84:18
95:21 96:1,17
98:12 105:7,16
240:23 241:8

**banning**
154:12,17
155:1

**bargaining**
74:25

**Barganski**
116:6

**Barton** 82:15,
20 83:8,12,14

**Barton's** 82:24

**base** 164:11

**based** 42:17
47:10 100:6
106:14 111:1
193:14 206:3
209:7 220:3
222:20,21
223:12 224:22
227:23 232:23
233:20 234:15,
16 235:21
236:10 238:22

**bases** 139:19

**basic** 183:7
185:3 192:23

**basically**

28:17 63:6 76:7
104:17 118:4
121:12 140:5
143:2 185:17
205:10 206:18

**basis** 104:14
124:1,2 125:10
142:20 145:17
193:3 203:6

**Bates** 99:24
101:3 102:17
230:12

**beat** 16:15

**began** 86:1
87:21

**begin** 10:2

**beginning**
12:19 74:22

**begins** 231:22

**begrudgingly**
33:11

**behalf** 8:19,21,
23,25 9:2,4,6
160:25

**behavior**
79:23

**belated** 155:5
191:17

**belatedly**
238:19

**believed** 96:10
103:18

**Berscott**
208:10

**Bibo** 209:13

**Biebers** 18:13

**big** 52:23
125:24 191:24
222:1

**bit** 29:23 89:19
90:21 113:24
158:11

**blue** 33:15

**Bob** 18:13
51:16

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Bobo 53:4

bodies 68:16

body 232:6,24

bomb 115:19

book 129:7

books 55:23
56:1,8

boss 153:18

bottom 231:21

boy 221:23
222:5 223:25

Boyle 218:17,
21

break 13:20,
22,23 60:19
112:23 113:2,
23 114:9,15,17
157:21 158:2
226:6

break- 234:14

break-in 233:1,
5 234:6,15

breaking
113:9

breaks 114:2

Brener 9:6,18
241:19

Brian 91:2

briefcase
84:21 87:25
91:2,20

bring 160:22

broke 90:21
234:13

Brooke 8:3

brought
106:10 126:19
223:8 231:7
234:24 235:3,
24 236:2,5,9,
12,17

Brualdi 9:7

Bucktown
230:14

building 55:15

bunch 103:11

Burge 18:11
20:22 21:24
22:4

burglary 19:6
186:24 234:12

Burns 9:4,17
241:20

bus 204:21
219:9

business
159:20

buy 68:25

by-case
194:17

---

**C**

C-L-I-N- 10:8

C-L-I-N-E 9:13

cadet 14:19

California
65:11 139:24

call 32:2
134:21 141:7
145:14 149:1,2,
23 159:15,16
160:19 161:4,9,
12 225:21

called 52:24
57:5,7 60:2
67:5 71:3 87:24
91:23 134:20
152:2 211:11
233:15,19

calling 65:9
160:24,25

calls 23:12,19,
25 24:16 25:20
76:2 149:11
160:4,13 169:4
170:8 173:9
176:4 190:5,15
199:9 200:3
211:9,25 222:9

canvass 65:22

canvassing
206:9,16

capacity
195:18

Cappitelli
209:16

car 118:18
139:16 152:14

card 129:7

career 10:20
59:11 75:12

carefully 14:2

Carrie 17:2

carried 197:17

carrying 33:15

cars 119:6

case 8:12
19:23 32:23
35:9 37:18
38:13 39:13,21
40:4,6 41:9
42:2 49:13,15,
21,22 50:15,23
52:21 57:17,21
58:8,12 61:25
64:14,16,19,22
67:7 70:12
77:24 79:7
85:13 86:12
88:2 89:13
91:19 92:14
100:3,8,16
101:24 102:16,
19 104:2,18
120:2,3 122:4,
10,11,16,19,20
123:19 131:9
132:3,16
136:12 139:17,
18,22 144:2
145:2,14,19,22
150:22 151:3
152:25 153:2,6
157:2,4,8
163:4,16,22
164:2 165:24
168:12 169:5
172:16,20

173:2,10,24
174:2,10,22
175:16,22
178:15 188:2
190:25 196:16,
17,22 197:4,10
198:8,17
199:13 200:10,
22 204:1,6,18
205:21,24,25
206:7,8,13
209:25 210:1,2,
5,6,9,20
211:17,21
212:1,4,22,23
213:1,2,5,13,
14,15,23,25
214:9,13 215:6,
14,18 216:8,19,
24 219:1
221:22 222:3
228:6 232:9,21
234:24 235:5,
15 238:6,10,12
239:10,20
240:5,21

case- 194:16

case-by-case
194:10,18

cases 19:20
20:1,3 27:24
46:3 49:1 52:25
54:12 59:20
67:18,20,23
69:18 70:11
94:13,24 95:3,5
98:4 108:15
109:11 120:7
122:14 123:7,
12,13,16,17,19
125:17 132:2,
18 133:23
138:17 140:23
143:16,19
144:5,18,24
145:8,11,12
146:1,4 148:22
155:19,20
157:18 159:25
160:7 161:20
162:9,20,21
172:21,25
173:7 174:11,
14,19 179:7

183:11,19
184:6,13,14
185:3,11,17
186:12,13,17,
25 187:6,9,13,
22,23 188:23
189:2,3,14
190:23 192:7,9
194:11,19
201:23 238:25
239:6

catch 213:11

categorized
56:5

caught 213:7

caused 90:19,
24 97:3 171:18
224:16 226:2

chain 69:23
83:6 144:18
146:23 147:18
148:1,10 150:3
156:9 160:10
203:12 212:2
215:1

chance 103:22
188:11 220:17
225:14,21

change 31:3,7,
24 32:10,15
33:2 42:17,21
43:19,23 44:5,
12,14 46:19
116:14,17
119:19 120:12
237:6

changed 19:4
47:14 53:6,8
120:1,21

changing
180:19 187:9

channel 67:5
155:11 157:8

characterizati
on 68:11

charged
150:23

charges 49:14
204:2

---



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

charging
126:12

Charles
240:20

Charlie 115:8

check-ins
43:16,24

checking
211:6

Chicago 8:9,
24 9:3 11:2,21,
24 12:11 14:13,
16,19 17:19,21
75:12 85:15
104:9 163:9,11
178:25

chief 15:20
59:13 67:8
115:10,13,15
116:1 145:7,16,
18 146:1
147:19 148:2,
19,21 149:2
150:3,6 158:19,
21 159:2,6
160:15,18,25
161:4,8,11,15
176:9,18,23
177:10 178:3,8,
14,16,23 179:5,
12,21 180:7,11
181:13,15
182:5,13,18,21
183:4,10
193:11 194:24
195:18 196:1
197:16 201:21
202:2,15
210:15,18,19,
22,25 211:6,9,
11,14 212:9,14

chief's 116:2

chiefs 177:6,7
179:1

childcare
190:18

children
215:20 230:13
231:11 234:3

Chris 138:15

chunk 112:22

circumstance
s 194:16 199:24

city 8:9,24 9:2
17:19,21 163:9,
11 178:24
179:21 181:1,
14

citywide
118:10,12

civil 102:14

civilian 155:22
156:20

claim 178:18,
20

claims 25:25
88:16

clarifying
103:21

clear 16:7
25:22,24
102:16 186:12,
16 199:22

clear-up 122:3

clear-ups
183:2

clearance
122:22,25
123:11 146:4,8
158:11,13
159:11 161:9,
12,25 162:8,16
184:17 185:21
186:8

cleared 49:8
61:21 146:8
160:7 166:1
185:3,20
225:14,17,22

clearing 61:20
160:1 161:16,
20 187:23

Cline 8:7 9:10,
12,15,22 10:7,
21 158:10
224:10 231:11,

23 232:1

Cline's 101:2

Clipfell 100:19,
20 102:13,14

close 83:14
114:3 160:1,6
183:20,22
186:12 226:9,
17,20

closed 49:5,
15,22,23 57:21
58:19 61:21
144:3,6,8
160:6,7 183:11,
19 184:6
185:12 189:3
211:17 225:15,
17,22

closely 94:18

closer 231:12

closing 163:4
184:7,15
189:14

co- 130:24

Co-worker
83:16

coat 52:20

collaborating
123:21

collaboration
123:15 125:15

collect 11:6
41:6

collected
213:22

collecting
11:20,23

collective
74:25

Collins 223:24

column 231:22

combination
85:14

command
20:9,17 23:11

26:1 67:3,5
69:23,25 71:8
72:22 73:2
76:20 77:1,21
78:8 80:6
81:23,25 82:4,
7,8 83:6 84:2
93:19 112:17
119:16 120:22
121:6 122:23
131:23 146:19
148:11 150:15,
19 155:11
156:10,24
157:8 172:3
178:25 182:16,
18 190:23
194:6 203:12

commander
15:17 16:6
18:14 23:17
24:3,6,13 27:16
51:9,16,17
59:12 67:8
72:15 73:6
78:14 80:22,24
81:3,6 84:25
87:7,8,14,15,17
88:6 89:25
90:9,11 91:5,7
95:2 98:2
105:12 115:5,6,
9 116:5,10
119:1,14
120:24 121:25
125:20 126:25
136:25 137:11,
17 138:4,6,7
139:4 140:25
142:8 144:19
149:9,10,24
150:2,14,20
151:17 153:17,
22 154:8,16,23,
25 155:9
156:11,25
157:10 158:14
159:9 161:24
162:7,17 163:5
164:15 170:24
172:13 175:2
179:9,10,17,19,
22 180:3,22
181:3,4,6,8,11,
14,19,23 182:3

184:5 186:7
193:11 195:19
196:6 200:8
201:14,21
202:5,16
224:10

commander's
138:14

commanders
73:16 85:7
161:12 179:1
182:9

commanding
17:24

comments
231:2

common 56:20

communicate
128:1 145:12
146:3 148:1
152:19 212:1,
13 215:1 216:8

communicate
d 147:18
154:15,25

communicatin
g 145:25 216:6,
14,15

communicatio
n 125:5

communicatio
ns 105:25
186:1

complained
96:15

complaint
70:22 87:24
88:5 90:2,4,13,
20,24 91:23
95:11,12,17,24
96:9,15 97:22,
24 99:20 105:3,
22 106:1,4,16,
20 107:4,9
108:3,13 109:8
110:11 111:1
156:1,11
157:10,16

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 251 of 273 PageID #:7568
The deposition of PHILIP CLINE taken on May 25, 2021
249

complaints 88:3 109:9

complete 84:9 214:10

completely 227:17

compliance 43:18 44:20,23 46:19

compliant 45:11,12

complicated 191:2

complimentary 157:5

components 95:7

computer 157:14

concede 226:24

concern 38:11 96:6 160:21,23, 24 231:10

concerned 116:24

concerns 38:16 39:1 48:21 69:24 70:3 83:9 108:21 110:25 159:16,19 173:17,21 175:17 176:2

conclude 152:23 153:1

concluded 163:21 242:8

concludes 242:3,6

conclusion 153:5 163:16 164:1,7

conclusions 69:17

conditions

14:1,3

conduct 21:10, 18 23:5 24:12 26:7 42:24 54:5,11 55:19 68:20 69:11 81:11 88:20 96:15 98:15 108:14 111:5 118:22 125:22 126:4 140:9 142:9 153:13 163:12 182:5 195:7

conducted 31:17 37:16 43:14 45:4 68:9,15,19 99:9 111:1 117:17 127:1 134:8 136:3 141:10 182:20 191:13 195:15 219:19 228:13

conducting 24:25 117:5 193:16 195:20 239:2

confession 131:19 132:4, 13

confessions 131:24 132:8, 22

conflict 70:4

confront 174:23

connection 58:8 123:5

considered 47:18 186:22, 23 187:17,19 192:23 232:17, 21 234:7

consist 43:7 142:11

conspiracy 52:25

constituted

71:9

consultation 128:15

contact 97:23

contacted 97:23,25 105:12

contacting 210:18,19

contents 219:17 220:20

continuation 224:9

continue 40:20 43:11 101:25 134:12

continued 98:8

contradictory 103:25

contributed 85:23

convened 8:6

convenient 226:7

conversation 105:6 112:8 207:15 215:4

conversations 112:10,15 149:7 206:19, 22 207:6,11,17, 20,23 208:1,4, 10,13 209:12, 15 210:22 218:21 227:5,9

convicted 84:14 150:24 152:4 237:2,9

conviction 152:24 237:10 238:2

convictions 237:2,17

Cook 9:8

coordination 123:9

copies 50:9

cops 212:20

copy 107:24 135:5 156:10 219:23 230:21

corner 52:25

correct 18:23 20:22 21:24 22:5 26:24 28:24 30:17 36:1,6 40:14,17 42:18 45:13 51:12 52:11 54:25 55:6,22 58:20,23 68:5,9 71:14 72:11 73:23 80:13 81:13,17,23 84:25 85:4,8 86:18 93:17 94:1 95:13,18 96:7,11 105:13, 16 106:17,22 107:5 109:6 110:9 118:7 131:3 134:25 135:20 154:12 155:18 162:17 163:5 176:10, 16,21 181:17, 20 192:14 194:19 199:20 200:1 202:7,20 210:9 216:25 217:19,23 218:11,14 220:11,13,17 222:7 224:1 225:15 227:3,4, 7,10,14 228:10 229:6 231:3,16 233:1 235:6,11, 17 236:14,18 237:3 238:8,13, 16

corrected 48:4

correctly 98:12 110:22 194:21 213:20

counsel 8:16 9:9,21 13:8 61:7 66:19 103:5 128:21, 23,24

counseling 76:7

County 9:8

couple 61:4 62:19 86:14 137:2,9,10 139:8,11 162:24 194:15 222:19 230:6, 14 238:4,20

couple's 232:5

court 8:3,4,10 9:9,14,21 10:2 12:21 13:11 16:24 32:23 43:11 60:21,24 68:7 88:25 89:3,18 114:21, 24 115:2 131:4 141:21 158:4,7 174:10,11 189:10,15 190:10 226:12, 15 237:10 240:18,19 242:3,6

cover 181:13, 14

coverage 210:8

covering 139:19 179:2

coveted 190:13

CPD 135:11 171:3 172:3,8 210:11 239:16

CR 98:21 99:23 148:9 155:23 156:23 157:3,4 170:24 171:5,7, 11 172:9 175:11

cracked

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

221:23 222:2

**create** 70:4
125:4,8,13

**created** 47:7
74:10 111:25
184:23

**creating**
104:21 138:22

**credibility**
173:21 174:4,7,
10 175:17
176:2

**crime** 15:20
16:2 18:1,22,25
21:17 27:10,20
29:21 40:9
58:6,9 66:10
73:18,25 78:15
79:3,13,18 86:7
92:12,22 98:8
131:13 176:10,
19 183:2
204:13 205:5,
11,15 215:6,10
232:2,4 235:10,
21 237:2
239:18

**crimes** 15:6,24
17:23 18:7,22
19:3,9 20:4,7
24:19 26:14,17
28:4,7 29:1,5,8,
25 30:17 31:2
34:13 41:18
42:25 43:12
45:16 51:4,21,
24 52:4,6,9,14,
16 53:19 54:5,
10 55:2,10,12
56:16,20,24
57:12,23 58:6,
9,19,22 59:8,
14,18 66:13
72:18,19 78:8,
18,20,25 79:9
80:4,5,22 81:9,
11,16,22 84:24
85:4 86:9 88:19
92:20 93:17
94:1,7,13,20,24
95:5 116:12
120:25 123:24,
25 124:7,13,17,

22 125:4
126:21 154:16
176:16,17
178:24 179:3
183:8 185:2
187:22 188:3,
10,11 205:19
206:8,15

**criminal** 80:5
81:11,15,21
84:1,6,13 85:3,
18 86:8 95:25
102:16 107:21
118:20,22
119:10 152:24,
25

**criminals**
119:25

**critical** 35:6
173:21 174:4,7,
17,21

**CRN** 91:2

**cross** 214:6

**crossed**
191:25

**crossing**
58:11

**CRS** 148:12,17
155:21 156:5

**current** 10:25
11:8,10 12:3
180:18

**custodial**
54:19

**cut** 137:5

———

**D**

**daily** 60:2,3,4
124:1,2

**Dan** 9:4 122:18

**Dart** 51:16,17

**date** 141:4
165:11,19
211:14 217:4

**dated** 217:10
218:6 223:21

**daughter**
198:22

**day** 8:5 28:5
60:13 97:7
113:4 146:14
165:11 215:9
227:22

**day-** 192:2
203:4

**day-to-day**
71:8 116:24
120:21 121:1
157:9 193:3,22
203:6

**days** 28:7,10,
11,14 29:2,17
38:24 71:19
164:18 168:6

**de** 72:7

**DEA** 19:25
85:14 123:23

**Dead** 230:14

**death** 215:20
237:13

**debate** 58:15

**decide** 23:1
67:8 72:1

**decision**
141:22 152:5
173:25 200:11
201:5,9,17
237:16,19

**decision-
making**
199:19,23

**decisions**
150:1,8 195:1,6
199:4,5 200:13
203:13

**deck** 206:8
211:13 220:5

**defendant**
8:24 9:1,4
130:25 133:23
240:5

**defendants**
9:7 64:1

**defense** 84:20
87:25 95:15,25
107:21

**delegated**
195:8,22

**Deleon** 8:18,20

**Deleon-reyes**
8:8

**denied** 175:24

**denies** 175:12

**dep** 113:19

**department**
11:21,25 12:11
14:13,17,20
75:12 77:19
126:8 153:1,6
178:9 193:5

**departments**
123:4

**depend** 39:13
46:8 196:17
200:4

**depended**
36:8 190:19

**depending**
149:5 201:12
203:11

**depends**
37:12,18
100:11 112:2
147:8 190:16
194:16 201:15

**depose** 89:11
103:6

**deposed**
12:15,17 204:5,
18 205:24
206:13

**deposing**
89:12

**deposition** 8:7
13:3,8 17:14,
16,17 58:12
61:3 62:5 63:6,
19 65:16 88:12
103:9 170:4,11
203:19 217:9,

15 218:11
240:18 242:7,8

**depositions**
12:19

**deputies** 177:3

**deputy** 15:19,
21 59:13
115:10,15
116:1,2 145:7,
25 147:18
148:1,21
158:20 160:16,
18,25 176:9,18
177:6,7,10,17,
20 179:1
211:11,13

**desk** 93:2,4
138:17,19
150:25

**desks** 137:22

**destroyed**
74:16

**detailed** 37:25
38:1,3 77:11

**detective**
14:21 17:11
18:25 19:15,21
26:9 30:2,9,19
31:23 33:17,24
34:2,6,8,17,20
36:10,13 37:4,
9,12 38:10,16,
23 39:10 41:20
45:13 48:7
49:8,25 54:20,
24 59:1,5 60:15
66:19,20 68:25
72:7 73:7 74:14
76:19 91:13
92:18 106:21,
24 116:21
119:20 120:2
124:24 125:9
131:12 142:4
148:10,13,23
149:22 150:18
151:18 155:23
156:2,7,11,19,
20 171:2 172:2,
7 175:8,9,23,24
180:7 181:16
183:25 184:14,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

18 187:16,24
188:24 189:3,7,
8 190:19 193:2
197:8 198:5,9
199:17,18,20
200:9,11,20
201:15,16
202:2 207:12,
15,17,20 208:5
209:4 210:25
214:12 228:17,
21 229:2,4,13

**detective's**
36:8 38:21
122:4 139:16
158:21 178:9,
23

**detectives**
15:18,21 16:6
18:2,5,6,7,23
19:1,9,14 20:8,
9,16,25 21:17
24:24 26:1,21
27:24 30:9,21
31:2,13,15,22
32:10,16 33:2,
8,14 34:12
35:11,13,15,16,
17,21,22 36:10,
13 37:1,14,19,
25 38:1,6 39:18
40:9,10,14,16,
19 41:1,8,23
42:1,8 46:11
47:14 48:1,16
53:20,22 54:1,
8,15 56:15,22
58:23 59:18
60:18 64:10
66:13,16 67:2,8
68:4 71:8
72:19,21 73:2,
25 77:1 88:23
90:1 91:10
92:10,19,23
93:8,9,13,16,
17,19 94:17,19,
23 97:10 106:9
108:20 109:16
112:16 115:6,
10,13,16
116:25 117:5,
23,24 118:6,10,
23 119:4,24
120:6,22 121:2,

6,18,22,25
123:9 124:12,
18 125:3,19
126:22 127:2
128:3,6 129:7,
10,15,23 130:7
131:6,9,16,23
132:15 133:6,
16 134:7,16,24
135:14,23
136:1 137:8
138:8,12,13,16,
18,19 140:5,12,
22 145:8,16,18
146:1 147:19
148:2,8,19,21
149:2 150:4,7,
11,15 156:24
157:11 158:19
159:2,7 160:10,
15,18 161:1,4,
8,11,15,20
173:21 174:4,8,
13 176:21,24
178:3,15,17
179:2,5,11,12,
13,20,21 180:1,
11 181:13,15
182:5,12,19,20,
21 183:4,10
184:20 185:21
186:12,16,20
187:1,21 188:3,
12,16 189:13,
25 190:2,13,16
191:1,14
192:19 193:10,
11,15,23 194:6,
24 195:1,8,19
196:1,3,7,13
197:13,17,24
200:1 201:21,
22 202:6,11,12,
18 203:4 206:7,
8,15 210:15,19,
23 211:6,10
212:9,15,22
213:1 214:20
216:19 217:2,
22 218:17,24
219:4 223:24
224:4,7,8
225:1,4,6 227:6
229:11 230:2
231:23 232:1,9
238:16 239:2

**detectives'**
65:20

**determination**
200:21 238:1

**determinations**
194:10,18,22
196:19 199:12,
25

**determine**
42:25 108:14
174:9

**determining**
195:13

**develop** 55:7

**deviated**
165:18 168:8

**Dickinson**
207:18 223:24

**dictate** 38:21

**difference**
82:16

**differently**
104:13

**dig** 171:16,18

**direct** 10:3
82:25 83:3
202:4

**directly** 27:9
105:7 157:15
161:4,9 177:13
216:19

**director** 11:2
12:4

**disagree**
22:22,23 103:9

**disappointing**
238:3

**disciplinary**
66:14,23 68:16
70:14 150:1
157:6

**discipline**
20:8,16 66:11,
15,20 67:2,15
70:15,19 77:20,
25 78:7,25

79:3,12,18
88:16,17,20
104:8 112:19
142:1,3 147:15
150:15 155:7,
10,15

**disciplined**
78:14,19 79:9
150:19

**disclose** 89:5
103:7

**disclosed**
89:10,14

**disclosing**
89:8

**disclosures**
89:9

**discourage**
128:24 129:11,
16

**discovered**
232:24

**discuss**
141:24 142:1

**discussed**
40:24 141:15,
18 142:4,16

**discussions**
159:10

**dispute** 81:20

**distinction**
54:16

**district** 8:10,11
14:23,24 15:3,
10 16:11,13,20
18:19 51:5
120:2,3,7 123:3
205:5 222:10

**division** 8:12
92:18 116:21
119:21 124:24
149:23 191:24

**DNA** 125:24
126:9

**do's** 194:5
197:11,15

**document**
38:7 56:25 60:9
76:10 95:25
101:4,6 103:18
107:22 133:12
134:4 135:19
169:23 170:17
217:8,14,19
218:4,10,13
220:4 223:12
230:11

**documentation**
47:6 59:20
74:10 111:25
125:3 142:17
235:5,10
236:14

**documented**
220:9 225:2,3,5
236:17

**documenting**
127:6,9

**documents**
50:4,18,22
61:16,24 62:2,
14,17 63:11,14
65:15 98:17
102:18 107:24
169:8 170:3,5,
10 204:19
205:23 209:8
221:7,12
222:21,22
224:22 227:13,
23,24 228:14
230:6 235:16
236:10

**Doffyn** 122:18

**domestic**
232:3,10 233:6

**don'ts** 194:5
197:12,15

**door** 130:11
137:22

**dot** 214:6

**dotted** 192:1

**double** 205:25
232:2

**doubt** 129:8

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

165:22

**downtown** 45:2 46:5 50:2 76:23

**draws** 210:2

**drive** 120:4

**drugs** 152:14

**duplicates** 50:4

**duplicative** 50:9

**duties** 138:20 139:2 161:23

**duty** 122:18

---

**E**

**earlier** 40:24 151:22,24 158:11 163:3 170:23 178:17 181:9 203:10, 14 212:10 227:17

**early** 28:18 88:6 205:13

**earn** 189:15

**easier** 217:7 230:23,25

**Eastern** 8:11

**Ed** 93:24 208:1

**Edward** 9:6

**effort** 109:15

**efforts** 128:23

**Eileen** 8:23 25:13 61:4 114:5 143:17 241:19

**elite** 187:19

**employed** 10:23

**employment** 11:8

**encounter** 201:17

**encourage** 128:22 131:1 133:11

**encouraged** 129:6

**end** 13:4 42:5 57:20 65:9 113:8 152:24 226:9

**ended** 87:25 95:14 210:7

**engaging** 21:5

**English** 140:2

**ensure** 142:16 213:17

**ensuring** 127:22

**entered** 204:21

**enterprise** 80:5 81:16,21 84:1,6,14 85:3, 18 86:8 151:9

**entire** 235:23

**entities** 11:24

**entitled** 77:25

**entrance** 27:10

**equal** 17:10

**Ernest** 207:6,8

**essentially** 71:7 156:6 169:22

**establish** 180:12

**established** 19:6

**et al** 8:9,10

**event** 88:24 173:6

**eventually** 135:17

**everybody's** 213:19

**evidence** 23:3 40:5 135:9 175:14 213:22 232:25 233:5 234:6,15

**evidentiary** 45:1

**exact** 63:8 75:24 217:4 227:21

**EXAMINATIO N** 10:3

**exchanged** 123:6 125:18

**exchanging** 127:16

**exclusively** 162:20

**executive** 11:2 12:4

**exhibit** 217:9, 12 218:5,8 223:16,17,20 225:2,3,5 230:12,16

**expect** 113:4 214:9,12 235:5, 15,16

**expectation** 37:14 38:6 42:12 111:11 126:25 127:8, 19,21 128:2,5 133:20 134:1, 16 160:11 191:8,20

**expectations** 36:25 193:18, 23 195:21

**expected** 128:15 193:3, 15

**experience** 136:1 193:14

**experts** 126:10

**explain** 32:14 40:25 47:20 116:16

**explained** 104:11 121:17

**explanation** 23:9

**expounded** 129:4

**expressly** 133:13

**extensive** 113:21

**extent** 60:14 70:8 71:25 99:23 103:4,9 169:14 192:12 196:19,21 197:11 201:8

**extra** 139:25

**eyes** 144:14

---

**F**

**fact** 9:15 22:4 25:9,17 26:6 58:22 66:5 81:14,20 86:9 87:24 92:5 95:20 103:23 104:2 110:3 122:7 134:17 175:14,16 205:15 232:24 233:4 234:5,10

**fact-based** 198:13

**facts** 131:12 173:1,24 175:21 176:6 204:12 205:11 215:18 216:8

**fair** 10:21 12:25 13:15,18,23 20:4 38:3 58:16 73:10 75:18 92:15,18 102:4, 20 110:4,14,17 137:14,15

143:17 166:6 168:9 170:1 171:14 173:18 174:1,19,24 175:5,22 178:13 188:12 192:25 203:6 218:18 220:21 221:8 224:23 228:22 229:15, 20,23 230:3 231:7

**false** 131:24 132:4,8,12,21

**falsified** 204:20

**familiar** 31:2 39:23 85:13

**family** 198:20 203:20 233:11, 20 234:3 236:4, 16

**Farrell** 116:7

**father** 215:19

**FBI** 65:9 85:14 123:23 139:25 205:20 206:6 233:15,19

**FBI's** 206:14

**feat** 122:8

**feel** 97:18 110:21

**fellow** 79:24

**felt** 182:4 205:4

**field** 139:5

**fight** 102:2

**figure** 92:1 169:20

**figured** 114:19

**file** 32:17 40:1, 3,7,22,23 41:1, 8,10,14,15,18, 24 42:2,9,10, 14,15,16 43:8 44:23 47:23 48:14,15,25 49:11,16,18,19,



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

23,24 50:3,5,8,
10,13,19,24
57:11,17 64:2
74:14,17 75:21
76:11,14,18,19,
25 77:6 107:16,
22,24 135:5
142:12 235:11,
17,21,23

**filed** 106:17,21
107:3 146:18
155:23 156:6

**files** 39:22
40:10,20 41:21
43:1,6,11,14,
17,24 44:4,5,18
45:25 46:6,18,
19,23 47:2
49:5,9 50:22
51:1,24 52:4
59:7,14 75:8,15
92:14 140:25
141:3 142:9
144:5,10,14

**filled** 60:9

**final** 57:9
152:19 153:5

**find** 100:5
169:19 171:18
175:13 210:7
212:7 231:11
235:16

**finding** 22:20
24:13 67:21
172:23 173:6
175:15 176:1

**findings** 22:11,
15,24 107:11

**fine** 10:22
178:21

**finish** 12:23,24
13:5,22

**finishing**
226:18

**fire** 238:7

**fired** 153:8,10

**five-by-seven**
27:7

**fix** 91:25

**fixing** 187:3

**flip-flop** 29:4

**floor** 27:9

**flop** 28:8

**Florida** 132:3

**flow** 138:23
182:24

**focus** 120:9
193:10

**folks** 52:10
54:17 123:20
176:12

**follow** 66:11

**follow-** 104:4

**follow-up**
217:23 218:18
219:8 223:25
225:6

**FOP** 11:11
129:7

**force** 132:11

**forced** 234:11

**foresee** 167:14

**forgot** 16:7
66:10

**form** 11:17
20:11,18 21:12,
19,25 22:6,12,
16,21,25 23:7,
12,18,24 24:15,
22 25:1,5,19
26:4,11 27:22
30:3,11,23
31:4,8,14,18,25
32:12,22 33:5,
10,25 34:14
35:8,24 36:2,7,
17,23 37:6,11,
17,21 38:4,12,
19 39:3,7,12,
16,20,24 40:2,
11,21 41:4
42:22 43:21
44:7 45:20
46:2,20 47:3,8,
12 48:3,11,19,

23 49:17 50:6,
11,20 52:1,7
53:10,24 54:3,
7,13,21 55:24
56:2 57:2,3,5,
14,19,24 59:9,
15,22 60:5,8,11
65:1,18 66:24
67:17,24 70:2,
5,9,24 71:2,11,
15 72:4,23
73:3,8,12,22
74:2,6,11,19
75:4,9,16 76:1,
22 77:3,9
78:10,21 79:5,
20 80:1,7
81:18,24 82:5,
13 83:2,10,15,
18,23 84:3,11,
17 85:5,12,20
86:2,10,19
87:22 88:8
90:16 93:6
94:14,21,25
95:6 96:19
97:12,17,20
98:10,24 99:3,
11,22 105:9
106:7,18,23
107:6,12,17,25
108:5,10,17,22
109:7,13,19
110:5,15,23
111:3,8 112:1,
6,11,18 116:13,
22 117:2,7,13,
22 118:1,11,25
119:5,12,17,22
121:3,11,23
124:9,19,25
125:6 127:3,24
128:8,12,17
129:1,13,18
130:3,18,23
131:7,20
132:23 133:1,5,
8,9,18,22
134:5,8,12,18,
20,22,24 135:2,
11,14 136:7,10,
14,15,20,21
139:14 142:6
143:13 144:25
145:4 146:5,13,
24 147:20

148:3,24
150:16,21
151:10,15
154:5 155:25
156:8 158:25
159:12,18
160:17 161:2,
21 162:1,4,10,
14,22 163:1,18,
23 164:4,10
165:20 166:9,
14,19 167:1,5,
17 168:3,10
169:3 170:7,15,
21 171:6 173:8,
22 174:5,15,25
175:6,19 176:3
179:15 180:4,
10,13,17,24
181:24 182:2,8,
14,22 183:6,13,
21 184:2,8,21,
22 185:1,13,24
186:14 187:18,
25 188:13,17
189:1,5,12,17,
22 190:4,9,14
191:17,22
193:6,19 194:1,
7,12 195:4,10,
17,24 196:4,9,
15,25 197:14
198:1,12 199:8,
16 200:2 201:1,
6,11,24 202:8,
14,21 203:7
206:17 209:9
211:18,22
212:5,16,24
213:3,9 214:3,
15 215:3 216:3
221:2,19,25
227:15 229:7,
16 232:12,18,
22 233:2,7,13,
22 234:9,19
235:1,8,13,18,
22 237:4 239:4,
7

**formal** 31:9,11,
12,24

**forms** 33:13
57:12,16,22
133:21 135:22

**found** 22:4
80:9 85:22
163:21 171:3
172:3,7 173:5
182:11 204:5
205:23 216:1
222:25 225:7
232:5

**foundation**
11:3 21:7 22:17
23:7,13,18,24
24:15 25:19
26:4,11 30:3,
11,23 31:8,14,
18,25 32:22
33:5,10 34:14
37:11 38:12,19
39:3 40:2,21
45:20 46:2,20
47:3 48:3,11
50:11 52:1,7
54:13,21 55:24
57:2,14,19,24
59:9,17,22
60:11 70:9
72:23 73:3,8,
12,22 74:2,6
75:4,9,16 76:1,
22 77:3,9
78:10,21 79:5,
20 80:1,7 81:18
82:5 83:15
84:3,17 85:12
86:2,10,19
87:22 93:6
94:21 95:6
97:12 98:24
99:3,11,22
104:6 105:9
106:18 107:6,
12,17,25 108:5,
10,22 109:13,
19 110:5,15,23
112:1,6,11,18
116:13,22
127:24 128:8,
12,17 130:3
132:23 133:22
134:5 136:10,
15,21 146:13
150:16,21
151:10,15
155:25 156:8
158:25 159:18
162:10,14,22



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

163:1,18,23
165:20 166:9,
19 167:1,5
168:3,10 169:3
170:7,15,21
173:8 174:25
175:6,19 176:3
187:18 188:17
190:4,9,14
197:14 198:1,
12 199:8,16
200:2 201:2,24
202:8 203:7
213:9 214:3
227:15 233:2,7,
13 235:1,13,18,
22 238:22
239:4,7

**frame** 21:15
90:5 118:2

**Frangello**
116:2 160:19,
24

**Fraternal**
11:11,14

**Friday** 165:13
166:7,12
170:14,20

**friend** 204:21,
25

**front** 102:3,21
166:11,15
167:10 230:21

**fugitive** 115:21

**full** 105:15

**fur** 52:20

**Fusco's** 17:18

**future** 167:7,14

_____

**G**

**Gabriel** 8:9,22
204:3,8

**Galligan**
80:17,18 81:2
97:1,4,5,8

**gang** 15:11,16
16:2 17:8,10

19:22 51:12,15,
21,24 52:4,5,9,
13,15,16,23
53:1,3,5,6,8,13,
19 54:5,10
55:2,5,8,10,11,
19,23 56:1,3,6,
8,16,20,24
57:11,23 58:5,
8,9,18,19,22
59:8,14,18
60:10 77:18
78:8,14,18,20,
25 79:3,8,12,18
80:3,5,9,13,15,
20 81:9,11,16,
22 82:2,6 84:6
85:4 86:7,9
88:18 90:10
92:12,21 93:17,
20 94:1,7,13,
19,24 95:4,5,8,
9 98:8 105:12
107:4,23
123:24,25
124:6,13,17,22
125:4,9 154:8,
16 176:15,17

**gang's** 55:9

**gangs** 16:11
56:3,9 57:4
87:9 98:2
111:6,12,21
123:3 124:4
176:14

**gave** 134:17
135:17 224:15
231:15

**general** 30:12
45:19 64:16,18,
21 78:1 116:15
130:5 131:9
132:3 136:18
140:23 144:13
174:3 175:23
186:24 192:13,
14 197:9

**generally**
107:20 118:3
194:4

**generate**
47:10

**generated**
50:14

**geographic**
95:7 119:23
120:5

**get all** 52:22

**get-to-know**
121:9

**Gibson** 51:8

**give** 9:24 13:9
45:18 103:21
120:5 162:25
188:18 189:14
200:4

**giving** 85:16
103:24 134:2
187:12 188:11

**gleaned** 34:22

**goal** 213:8,10
215:20 237:8

**God** 178:21

**Golden** 16:25
17:4 21:7 70:2
104:21 191:17
229:19 241:22

**good** 37:4,9
42:21,23 137:8
157:21 159:21
161:19 187:23
188:6,12,16
211:2 214:13
242:4

**GPR** 30:12,21,
25 32:9,18
33:13 36:12
41:9 47:21
48:5,6,8,9,14
50:15 57:3,7
84:20 87:25
91:1,19 95:14,
17 127:16

**GPR's** 92:9

**GPRS** 30:16,19
31:16,21 33:4,9
42:10 43:10
44:16,25 47:15
48:18 50:23
64:11 92:7

127:15,22
128:7

**grandmother-
in-law** 239:15

**graphics** 57:4

**great** 114:23
122:8 158:3
205:8 226:21

**Greyhound**
219:9

**Grime** 84:6

**groups** 125:15
176:12

**Grow** 87:9
154:10,11,21,
23

**grudgingly**
33:9

**guess** 122:10
147:14 200:12
203:15 241:11

**guest** 141:23

**Guevara** 8:8
9:1 94:4,5
106:21 206:23
207:2 209:3
228:17,21
229:4

**Guevara's**
163:13

**guidance**
192:24

**guide** 111:5
128:6

**guideline**
197:20 198:6

**guidelines**
31:10 127:5,13
192:17,18,20
193:1 200:19

**Gutierrez**
218:17,22

**guy** 92:5 186:2
222:10

**guys** 65:21
95:4 113:25

114:19 117:17,
18 122:15
134:21 188:11
202:2 213:8,11

_____

**H**

**ha** 238:7

**hall** 27:17

**Halvorsen**
207:6,9

**Hammond**
118:15 181:10

**hand** 9:23
96:17

**handed** 31:10

**handle** 19:10,
11 20:1 54:9
69:2,15 70:12
195:2,6 199:12,
24 200:8,14,21
201:18

**handled** 98:20
110:22 186:25

**handling** 154:9
187:2 203:11

**hands-on**
206:7 220:5

**handwritten**
64:9 135:18

**happen** 49:4,
20 54:23,24
55:2 132:5
183:14 194:10

**happened**
13:7 19:23
58:25 73:21
86:17 98:11
101:7 108:3,4
136:24 152:11
164:21 173:5,
11 219:18
221:13 223:6,
10 224:17

**happening**
24:21 25:3
42:12 145:1,2
152:17 153:14



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 257 of 273 PageID #:7574
The deposition of PHILIP CLINE, taken on May 25, 2021
255

159:22 161:10
182:18,25
186:6 211:14
219:20 230:1

**happy** 114:14

**harassing**
166:20

**hard** 113:18

**harder** 131:18

**Harjani** 102:3

**harm** 210:7

**head** 112:7

**headline**
230:13

**headquarters**
115:10 138:24
146:6,15
177:23,25

**hear** 21:10,18
232:23 237:22,
24 241:1,5,8

**heard** 12:18
23:11 33:7
80:25

**hearing** 72:8

**heater** 64:16,
19,22 122:4
139:17 145:14,
22 209:25
210:1,6 212:23
213:2,5,13,23
214:6,9 238:10

**heavily** 205:14

**held** 14:17
190:10

**helped** 123:7
131:14 140:5

**helping**
139:18,20

**helps** 41:8

**hey** 117:16
159:20 184:13
186:2 197:7
198:21 215:1

**hierarchy**

53:14

**high** 29:19
113:8 174:14
182:21

**high-** 172:24

**high-level**
192:24

**high-profile**
122:20

**higher** 149:16
201:19

**higher-ups**
145:13 159:10
210:11 212:1,3

**highest-
ranking** 29:20

**Hiram** 154:10

**hired** 163:8,11

**Hispanic**
140:1

**histories**
156:24 157:16
170:24 171:5

**history** 14:12
157:3,4,5,6,11

**Hobley** 238:6,
15,21

**hold** 42:2 50:22
131:21 132:9,
21 135:10
141:7

**holds** 213:25

**home** 186:4
190:18 204:22
205:16 212:8,
12,20,21
213:10 215:19
225:1,4 232:5
234:10,11,12

**homicide**
18:23 19:1,4,5,
9,23,24 46:10,
18 48:25 49:5,9
51:1 53:22
54:6,12 55:6
56:25 57:1
62:19 88:22

91:19 92:11,13,
14 93:10,11
94:12 96:7,11,
20 97:18 102:8
104:8 107:10,
16,22,24
108:16,20
109:10,11,17
116:25 120:13,
22 121:1,22
123:9,12,16,19
125:9 140:25
141:3 142:9,24
143:3,6,8,19
144:2,5,10,14,
18,24 145:5,8,
11,12 146:1,4
162:9,20,21
165:24 173:7,
18 174:13
179:6,7 183:8,
11 186:22
187:1,4,16,24
188:4,9,20,24
189:3,7,8
190:23 191:5
193:10,15
194:11,19
195:7,14,20
196:3,7,13,22
197:4,8,12
199:13,24
200:7,14,20,22
201:22 202:13,
19 203:4

**homicides**
18:8 19:10 20:4
46:9 120:8,10
124:4,5,7
143:10 146:15
183:2,3,4 186:9
188:7

**honest** 175:4

**hope** 54:22

**hospital**
118:13,16
119:7 181:10

**host** 238:22

**hour** 61:15
62:13 78:2
113:5 114:11
120:3

**hour-and-a-
half** 63:10

**hours** 113:7,
10,12,25
139:11 165:4,
16,23,25 166:3,
12,24 167:3,11,
22 168:2,5,12,
17 169:1,16,25
170:1,6 190:18
227:21

**Hundred** 12:16

**hundreds**
46:9,17,22,23

**hurt** 172:15
200:10

**husband**
203:20 204:24
223:1,2

**husband's**
232:6

**hypothetical**
198:13 200:3
201:2,25 203:8

—————— I ——————

**IAD** 68:2 70:11
147:10 149:1,3,
7,12 152:2
153:17 154:14
171:20

**ID** 32:18

**idea** 57:7 94:15
124:21 170:23

**IDENTIFICATI
ON** 217:12
218:8 230:16

**identified**
23:16,22 24:4
95:18 96:10

**identify** 96:16
99:24 111:6,12,
20 169:1

**Illinois** 8:11
118:18

**imagine** 185:5

**impacted**
109:12 121:1

**impeach**
104:16

**impeachment**
104:22

**important**
34:16 36:5,20
37:9 122:5
127:18 183:8
231:10 233:9

**impose** 71:13,
17,18 72:1,9
73:6,25

**imposed** 78:25
79:12

**imposition**
74:9

**impossible**
143:9

**improper**
47:18

**improve**
121:22

**Inaudible**
10:12

**incentive**
187:3,8,23
188:15,19
189:19,24

**incentives**
187:5

**incentivize**
186:12 187:12
188:10

**incident** 102:7
107:14 108:12
157:7 232:10
233:6

**incidents**
121:19

**inclination**
173:3,15

**include** 18:8
183:1,18

**included** 19:3

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

31:21 60:15
184:25

**includes**
179:13

**including**
42:16 59:12
68:23 71:13
200:22

**income** 12:2

**incomplete**
198:13 200:3
201:1,25 203:8

**inconsistent**
103:17,20

**inconsistently**
103:1

**increase**
125:4,15

**increased**
123:15 124:6

**independent**
229:10

**independently**
209:11

**indexing** 50:18

**Indiana** 118:19

**indicating**
133:13 163:21

**indication**
103:16 200:5

**indications**
231:1

**indiv** 237:15

**individual**
35:14 38:20
89:13 91:17
105:3,16 112:4
118:14 131:13,
18 134:11,17
135:17 136:4,
13 154:7 155:1,
22 173:7,17
179:7 190:16,
19 239:12

**individuals**
21:4 69:25

85:17 97:9,14
129:16 133:2
136:5,6 222:7
225:8 234:22
236:2 237:1

**inflict** 20:16

**info** 206:13

**inform** 147:11

**informa** 216:21

**informal** 71:1

**informants**
55:7 124:14

**information**
23:3 24:8 32:24
34:21 38:7,14
42:6 48:9 50:8
55:8 56:3 85:16
90:19,24 91:17,
21 92:4 102:11
103:14,15
106:10 110:16
111:13 123:7
124:13,16
125:18,25
127:6,17,20,22,
23 130:21
131:17 132:21
145:7,11,24
146:3,11,12,17,
22 147:2,4,6,9,
17,25 148:4,7,
18 149:22
150:3,7 152:7
157:12 158:23
159:3,6,23
160:10 161:16
167:15 168:1
171:9,21
172:12 183:3,5,
7,16,19 184:6,
10,17,25 185:3
206:5 213:21
216:6,7,14,18
219:16,17
220:6 222:3,11,
14 223:9

**informed**
147:10

**infraction**
76:8,9

**initial** 45:2

**Initially** 16:15

**initiate** 98:17

**initiative**
121:21

**initiatives** 95:3
121:16

**input** 85:15

**ins** 58:7

**inside** 121:19

**instance** 69:4
73:11 74:5
107:8,21,23
108:2 150:18
151:2 198:5,15
202:9 217:22

**instances**
20:15 61:6
68:12 70:18
72:25 73:5
122:15 136:6
194:23

**instituted**
123:8

**instruction**
128:7

**instructions**
128:23

**insurance**
118:17

**integrity** 96:20

**intentions**
216:5

**interchangeab
ly** 19:2

**interfering**
109:10

**interject** 58:3,4

**internal** 68:16
79:14 81:1
87:14,19 90:15
98:25 99:9
103:19 106:1
108:8 111:17
112:5,7 152:8,
12,16 153:13,

23 155:2 171:3
172:4,8,23
175:13,25

**interpreters**
140:1

**interrogated**
235:9,14
238:16

**interrogating**
131:13

**interrogation**
21:5 25:4 26:9,
23 54:19 55:11
129:17,20
130:8 134:12,
16 198:22
209:18 227:6
228:22,25
229:14 230:2,3

**interrogations**
24:20,25
126:14,17,23
127:1,14,22
128:7,19
133:17 134:8
136:3 137:1,14
140:3 227:2,14
228:1,5,10,13,
18 229:5,15
239:3

**interrogatorie
s** 187:2

**interrupt** 16:24

**interview**
55:14,18,21
106:3 129:3,6
131:10 140:13
229:5

**interviewed**
39:19 106:11
127:7,10
131:11 223:8
231:18 235:25
236:6,9,13,17

**interviewing**
39:14 54:1
209:21 229:2

**interviews**
38:18 54:5,9,11
55:1,17,20

117:18 127:20
130:8 140:4
229:11

**introduced**
121:12

**invasion**
215:19 234:11

**inve** 68:8

**inventoried**
40:6 45:2
135:4,6

**inventory** 41:6
135:8

**inventorying**
50:17

**invest** 143:6
205:12

**investigate**
19:20

**investigated**
67:25 68:1,4
69:18 98:23
103:19,23
105:3

**investigating**
19:23 69:24
99:2 138:17
179:2 192:7
231:23 232:2

**investigation**
17:8 38:8 43:12
51:12 53:20
57:17 60:15,18
64:25 66:5
67:9,21 69:5
77:18 79:23
80:8,13 81:2,11
82:2 84:21
85:24,25 87:7,
15,19,21 90:15,
18 91:24 92:13
96:7,11 97:19
98:14,18 99:5,
9,20 101:9
104:8 108:16
109:18,21,23,
24 110:3,19,21
111:1,6,17,21,
24 129:12
140:10 152:9,



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

13,17,20,22
153:15,24
154:4 155:3
165:3,24 166:4
168:9 172:9
173:18 175:11,
12,25 178:5,11,
24 179:6
188:23 191:2,
21 192:3
199:25 202:4
203:15,23
205:12 206:3,
20,24 207:3,9
208:18 209:1,
13,16,19,22
211:7,10
213:18 214:1,7
215:2 216:23
218:18 219:3
221:1,17
223:25 224:9
225:9,12,19,25
226:4 227:3,7
231:3 233:10
236:21,25
237:7

**investigations**
15:12,16 37:16
52:15 53:6,9,
15,23 54:6 55:6
56:25 57:1
59:19 60:1
68:3,8,14,19,21
69:11 70:7
82:6,14,15,17,
19 93:10 94:12
96:21 102:8
105:13 107:10
109:10 118:20,
22 119:10,24
120:13 139:13
141:6,24
142:25 143:3,7
154:8 175:4
179:24 182:17,
20 188:4,7
191:6,10,13
193:17 195:7,
14,21 200:14
202:7,13,19

**investigative**
36:21 41:15
42:15,16 47:23
48:14,15 49:19,

21,23,24 50:18,
22,24 53:2,16
135:5 177:18,
20 219:19

**investigators**
171:3 172:4,8,
24 175:13

**invoke** 71:7,10
72:1,20 130:16

**invoked** 71:24
73:1,16

**involved** 21:1
54:15 81:15,21
85:3 92:2 94:13
96:4 97:4,6,7,
11 99:1 101:9
109:16 110:14
111:7,22
130:21 173:18
192:2,6 205:14,
20 210:16
212:19 233:12,
21,23,24,25
238:5,7 239:1

**involvement**
20:3 67:23
77:20 85:18
99:19 109:23
124:6 151:8
206:14 216:22

**involves**
203:19

**involving** 84:6
108:12 142:4
151:9 238:6

**irrelevant** 93:7
240:9

**issue** 66:8
72:20 89:7
104:7 147:15,
17

**issued** 21:23
75:3 106:13
148:12,17
163:20 194:24

**issues** 118:17
119:7 141:15,
18 142:3 161:5,
6 175:4 190:17

**items** 41:6

---
**J**
---

**Jack** 53:4

**jail** 53:4,5

**Jan** 8:21 10:13
113:16 241:15

**Jessica** 9:2

**job** 11:1 116:25
122:5 137:8
138:21 157:9
161:19 178:3,
16 179:23
180:1,2 186:21
187:4,17,23
188:6,12
191:24 192:24
194:6 213:20

**jobs** 117:5
192:21

**Joe** 101:22

**John** 115:14
116:2,7 160:19

**joined** 14:16
16:25 161:24
162:7

**Jon** 18:11
20:22 21:23
151:6

**judge** 102:3
174:9 237:11,
18 238:1

**judge's** 237:16

**jump** 139:15

**jurisdiction**
179:10,11
200:7 201:13

**jury** 166:11,16
167:10

---
**K**
---

**Karen** 138:15

**keeping** 42:15
153:14 211:13

**kick** 203:12

**kidnapped**
139:23

**kidnapping**
205:25 234:2

**kids** 65:7,9
122:6,7 139:23
190:17 204:24
205:3 210:5,7
212:7,12,19,20,
21 213:10
214:18 215:21,
22 216:2 222:9
231:12 233:16,
25 236:24
237:9

**kids'** 63:25

**killed** 122:17
238:7 239:14

**kind** 16:13,17
23:5 33:18,20
47:10 49:1 72:6
77:6 120:19
121:5 123:4
125:22 138:21,
23 140:13
141:15 143:15
150:1 155:5
159:23 166:14
181:2 182:19
184:19 187:5
215:18

**kinds** 43:25
183:20 200:14

**knew** 85:10,18
86:21 90:17
131:12 204:17
212:18,23
213:1

**knife** 232:5,24
233:8

**knowing** 23:6,
17,23 24:6
84:16 86:18
87:1 119:25
153:16 155:2
167:15 171:16

**knowledge**
21:2 25:6,7
67:16 143:7

209:6 219:20
222:20 229:10

---
**L**
---

**largely** 180:2,8

**Late** 62:11

**law** 58:8 141:21

**lawsuits**
146:18

**lawyer** 91:2
92:6

**lawyer's** 91:20

**lay** 104:6

**Lazzarro's**
163:8,15,20,25
164:6

**lead** 232:13,17,
21 233:11
234:2

**leader** 52:19

**leaders** 53:1,5

**leading** 222:6

**leads** 65:10
139:23,25
142:12 220:25
232:8

**learn** 69:3,5,19
84:5 85:25
90:19,23
130:15 146:20
148:14 152:1
155:14

**learned** 21:21,
22 22:3 38:7,10
80:12,19 81:1,
14 127:9
146:23 147:2
151:18,21,25
206:12 231:6

**leave** 118:18
164:24,25

**led** 152:8
222:3,11

**left** 18:18 51:17
75:2 80:11

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

125:16 226:24
232:3

**legal** 33:21

**lesser** 186:25

**letting** 124:14
182:25

**level** 181:3,4
199:19 201:18

**license** 69:1
203:1

**lie** 131:2

**lied** 171:4
172:4,8,23
173:5 174:24

**lieutenant**
14:21,23 15:4,
24 16:2,13
17:7,23 18:21
20:7,21 21:16
23:23 24:13,19
26:3,13 27:7,20
28:4,8,25 29:5,
7,11,24 30:17,
22 31:1 34:13
35:20 36:14
37:2 40:8 41:22
42:11,25 45:7,
15 46:25 51:15
66:9,12,23
67:7,11 69:5
72:11,18 73:17
78:9,16,20
80:3,20 81:9
82:2,9,12,20
84:16 90:9
91:13 97:10
116:6,7,8,12
126:22 193:11
195:11,12
196:24 197:18
198:10 199:20
238:8 239:18

**lieutenant's**
15:5 27:6 50:25
55:16

**lieutenants**
27:5 85:7,19
91:8 116:4
126:16 156:14
165:2 179:1

181:22 191:19
192:2,5 195:23
196:12 197:25
199:6,14 200:1
201:10 202:12
212:13 216:12

**Likewise**
13:17

**limited** 88:18

**limits** 58:11

**limo** 52:19

**lines** 68:7

**listed** 185:18

**listen** 14:2

**litigation** 42:18
239:20,21
240:2

**live** 17:19,21

**lived** 219:5

**Lloyd** 52:17,
21,25 53:4

**locate** 231:10

**located** 224:1

**location** 8:15
219:4

**locations**
50:25 220:25

**log** 146:14

**long** 11:4 52:20
61:12,14 62:12
63:9 74:22
84:22 112:25
133:24 134:14
136:23 139:9

**longer** 98:6
113:24 114:15

**looked** 46:1,7,
10,18,23 49:7
61:5,20,25
159:20 204:18
215:11 217:16
232:15,17
233:14 234:23
237:11

**Lords** 52:19,23

**losing** 200:16

**lot** 20:1 33:11
118:15 124:3
165:25 168:12,
24 169:18
188:20 194:18
205:18,20
210:2,3 213:13
231:12

**low** 185:21

**lunch** 113:2,23
114:3,8,19
157:23

**lying** 103:25

———————

**M**

**made** 14:25
30:19 57:4,21
65:25 87:6
88:22 90:2,13
95:23,24 96:9,
13,15 99:20
105:3 107:9
108:4,8,13
109:9 110:12
111:2 120:4,17
125:25 139:24
144:23 150:8
152:5 156:20
194:19 195:1
199:6,25
200:13 210:5
216:24 217:1,
21 220:23
231:2 237:19,
23 238:15

**Madison** 238:6

**Magistrate**
102:3

**main** 27:9
137:19 215:20
237:8

**major** 20:1
82:14,16,18
116:17 118:19
122:1

**make** 13:9,10
28:13 43:9,17,
24 46:12 47:22

49:9 50:1,14
57:9 89:9,19
90:4,20,24
93:22 105:19
113:15 120:20,
25 125:16
127:4 128:22
132:12 141:4
142:13 149:11,
21 150:1,2
173:25 179:25
180:20,25
181:2 190:24
200:11 201:4,
17 203:13,24
212:10,21
213:14,19,24
214:17 217:7

**makes** 114:7
234:10

**making** 13:8
66:2,6 89:10
124:12 127:15
132:9 139:18
140:23 142:12
191:3,23,25
193:20 199:4,
11 200:21
202:25 206:6,
14 211:9

**man** 181:11
238:6

**mandatory**
192:16

**mark** 218:5
230:12

**marked** 217:8,
12 218:8
230:16

**marshals**
115:22

**match** 227:19

**matter** 149:20,
21

**matters** 8:7

**maximum**
113:6,10,12

**Maxwell** 51:19,
22,25 55:12

56:12,16 58:7,
19

**mayor** 210:3

**Mcdonald**
223:24

**Mcgrath** 8:25
9:19 239:4
241:21

**Meaning**
183:24

**means** 19:2
28:10 76:6

**meant** 96:21

**mechanism**
124:16

**media** 21:15
169:18 205:3
206:5,14 210:2,
8 211:1 212:11
213:7 215:13,
16,23 216:7,9,
16 227:18
231:2,16

**medical** 14:1,3

**medications**
14:7

**meet** 56:21
61:6,12,14 62:4
201:14

**meeting** 61:16,
19,24 62:8,9,
12,15 63:1,4,5,
9,12 121:6,9
123:5 141:8,19
219:1

**meetings**
61:10 64:6
125:8,13,14
141:10,13,16
142:5

**Megan** 8:25

**Mejia** 204:3,10,
20 222:12,15

**member**
198:21 233:20

**members**
53:13 56:4



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

233:11 234:3 236:4,16

**membership** 56:6

**Memorial** 11:3

**memories** 64:24 65:17

**memory** 36:9 38:17,25 64:14, 18,21 66:1 101:7 102:24 104:1 105:2 108:2 167:21 168:18 169:16, 24 205:10 206:4 218:20, 25 219:22 220:10,14,19 221:16 222:21 223:11 224:16 225:24 226:2 228:12 229:13, 25 232:16 234:16 236:3,4, 8

**men** 122:8,21 221:23 222:5, 15,18,24 223:3, 5,10

**mention** 169:14

**mentioned** 76:4 104:25 153:7 163:3 201:12 203:1 223:23

**met** 61:4 218:25

**Mexico** 65:11 139:24

**middle** 157:24

**midnight** 28:23 29:11,15, 19

**Miedzianowsk i** 80:16 81:2,15, 20 82:3,22 83:1,9 84:2,14, 19 86:7 87:20

88:1,4,5 90:2,5, 14 91:3 92:2,8, 17 94:18 95:13, 20,24 96:10,16, 21,24 97:3,6,11 98:2 99:21 101:23 105:4,7, 16,22 106:13, 16,22 107:4,9, 15 108:9,13,15, 21 109:9,17 110:12,22 111:2,7 112:5, 10 151:9,14 153:12 154:9, 12,17 155:1

**Miedzianowsk i's** 94:12,16 102:16 109:12

**Mingey** 93:24 208:1,5,7,8

**minor** 68:6,12 69:2 70:7 76:9 120:14,16

**minute** 40:15 84:23

**minutes** 58:5 112:23

**Miranda** 129:3 134:3

**mischaracteri ze** 168:15

**mischaracteri zes** 33:6 132:24 168:11 221:20

**Mischaracteriz ing** 24:16

**misconduct** 21:5 25:23 71:9 82:3 85:11 108:9 109:12 147:3,16,17,25 148:7,23 150:11 171:24

**missed** 46:12 68:6 74:22 143:23

**missing** 14:15 65:10 210:5

230:14 231:11

**misstates** 86:3

**misunderstoo d** 24:2

**mixed** 223:23

**moment** 13:10 89:3

**Monday** 170:13,19

**Monell** 88:16 89:5,8,9,13 178:20

**month** 28:9 29:4 31:20 141:14 145:5 146:7 158:17

**monthly** 59:24 183:15

**months** 46:11

**morning** 28:12,17 62:5 164:16

**MOS** 119:25

**mother** 215:19

**mother-in-law** 239:14

**motive** 190:6 204:14

**move** 102:2 186:18,20 187:2

**moved** 98:3 188:8

**moving** 88:25

**multiple** 59:11

**murder** 174:14,19,22 203:15,19,23 205:25 232:2 233:24

**murders** 46:3 146:7

**mute** 10:14

---

**N**

**N6** 57:6

**named** 93:23 99:14 112:4 238:6 240:5

**names** 79:8

**narcotic** 15:18 19:22 20:1

**narcotics** 15:1,2 20:2 80:24 81:3,6 87:8,17 153:17 176:14

**Nashville** 55:20

**nature** 53:17 183:8

**Navarro** 9:5

**necessarily** 38:13 95:1,19

**needed** 27:25 30:24 38:2 41:24 121:14 126:1 138:23 139:25 140:6 141:20 146:11 180:19 182:4 190:20

**neighborhood** 130:12

**news** 145:2 230:9

**newspaper** 230:13

**night** 92:7 164:17 204:23 215:8

**nights** 28:8,20 29:3

**noise** 237:23

**non-** 172:17

**non- compliance** 44:24

**non-fatal** 19:11

**non-homicide** 143:8

**non-sensitive** 172:14

**normal** 165:10, 16 168:2,5,8 170:1,6,19

**north** 115:18 116:1 177:10

**Northern** 8:11

**note** 62:23

**note-taking** 34:16 142:17

**notebook** 33:15

**notebooks** 33:13

**notepads** 33:18

**notes** 30:24 32:11,16 33:3, 17 34:2,5,19,24 35:2,5,12,13, 15,16,17,23,25 36:4,19 37:2,5, 8,15,20,25 38:1,3,11,22 39:6,9,11,15,19 40:3 42:8,16 47:15 48:2,7,17 57:8,13,22 62:22,24 63:2 64:5,8,9,10 214:13

**notetaking** 32:20 35:6 214:20

**notice** 178:7

**notified** 148:11

**noting** 76:8

**November** 62:11 63:4

**number** 8:12 46:8 71:19,20 87:24 91:24



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

97:23,24,25
134:23 148:9
170:3 171:7
185:10,11
194:10

**numbers**
32:18 159:21

**O**

**O'HARE** 219:9

**O'MALLEY** 9:7

**oath** 240:8

**object** 21:7
70:2 78:4 82:13
143:13 156:8
161:21 179:15

**objecting**
77:22

**objection**
11:17 12:5
13:10 20:11,18
21:12,19,25
22:6,12,16,21,
25 23:7,12,18,
24 24:7,15,22
25:1,5,10,19
26:4,11 27:22
30:3,11,23
31:4,8,14,18,25
32:12,22 33:5,
10,25 34:14
35:8,24 36:2,7,
17,23 37:6,11,
17,21 38:4,12,
19 39:3,7,12,
16,20,24 40:2,
11,21 41:4
42:22 43:21
44:7 45:5,20
46:2,20 47:3,8,
12 48:3,11,19,
23 49:17 50:6,
11,20 52:1,7
53:10,24 54:3,
7,13,21 55:24
56:2 57:2,14,
19,24 59:9,15,
22 60:5,8,11
65:1,18 66:24
67:17,24 70:5,
9,24 71:2,11,15

72:4,23 73:3,8,
12,22 74:2,6,19
75:4,9,16,23
76:1,22 77:3,9,
14 78:10,21
79:5,20 80:1,7
81:18,24 82:5
83:2,10,15,18,
23 84:3,11,17
85:5,12,20
86:2,10,19
87:22 88:8,11,
14,24 89:15
90:16 91:6 93:6
94:14,21,25
95:6 96:19
97:12,17,20
98:10,24 99:3,
11,22 101:25
104:12,18,19
105:9 106:7,18,
23 107:6,12,17,
25 108:5,10,17,
22 109:7,13,19
110:1,5,15,23
111:3,8 112:1,
6,11,18 116:13,
22 117:2,7,13,
22 118:1,11,25
119:5,12,17,22
121:3,11,23
124:9,19,25
125:6 127:3,24
128:8,12,17
129:1,13,18
130:3,18,23
131:7,20
132:23 133:18,
22 134:5
136:10,15,21
139:14 142:6
143:18 146:5,
13,24 147:20
148:3,24
150:16,21
151:10,15
154:5 155:6,25
158:25 159:12,
18 160:17
161:2 162:1,4,
10,14,22 163:1,
18,23 164:4,10
165:20 166:9,
14,18 167:1,5,
17 168:3,10
169:3 170:7,15,

21 171:6,14
173:8,22 174:5,
15,25 175:6,19
176:3 177:9,11,
14 178:4 180:4,
10,13,17,24
181:24 182:2,8,
14,22 183:6,13,
21 184:2,8
185:24 186:14
187:18,25
188:13,17
189:1,5,12,17,
22 190:4,9,14
191:17,22
193:6,19 194:1,
7,12 195:4,10,
17,24 196:4,9,
15,25 197:14
198:1,12 199:8,
16 200:2 201:1,
6,11,24 202:8,
14,21 203:7
206:17 209:9
211:18,22
212:5,16,24
213:3,9 214:3,
15 215:3 216:3
221:2,19,25
227:15 229:7,
16 232:12,18,
22 233:2,7,13,
22 234:9,19
235:1,8,13,18,
22 237:4
238:21 239:4,7
240:9 241:3

**objections**
13:8

**obtain** 135:24
136:2

**obtained** 148:9

**occasion**
163:7

**occasions**
240:12

**occur** 125:14
159:14 178:24
198:16

**occurred** 25:9,
18 26:7 32:3,6,
7 45:15 73:11

84:15 106:14
163:17

**occurring**
21:11 23:5,10
24:12 25:17
44:11 82:4
183:5

**offender**
122:19 129:9
131:22 132:10

**offhand** 115:24
185:16 222:23

**office** 17:18
26:14,17 27:4,
6,11,17,21,23
41:3,5,19,22
50:25 55:16,17
57:23 58:19
76:21 83:12
88:2 126:11
137:18,21,25
138:4,7,10,11,
13,14 140:18
158:22 240:24
241:9

**officer** 16:22
17:24 29:20
74:18 75:19,22
77:7 91:3 92:5
95:17 96:16
122:17 128:16
142:1 149:4,12
150:23 157:16
171:12 172:22
173:4 175:12
207:24

**officer's** 151:5

**officers** 16:14,
15,17,19 17:8
51:21 52:5 54:5
58:22 59:18
64:9,10 67:2
75:14 77:20
79:25 104:9
120:6 124:7
140:2 146:19
147:3 149:7
170:25 176:16,
17 205:8
208:25 209:7

**offices** 52:6
55:10,12 56:13

57:12 58:18
59:8

**official** 33:4
40:23

**older** 130:6

**on-site** 191:9

**once-a-month**
123:5

**ongoing**
142:20

**open** 26:20,24
48:25 49:13,21,
23 52:21 90:14
138:1,3,7
171:10,13
232:3

**opened** 52:24
105:21 156:7

**operate** 86:8

**operating** 85:4

**opinion** 23:4
24:1 42:20
164:3,5

**opinions** 22:14
237:14,15,21
238:1

**opportunity**
134:17 188:19
189:15

**opposite** 29:6

**opposition**
33:1

**OPS** 68:2,16
70:11 79:14
147:9

**oral** 184:11

**orally** 133:25

**order** 11:11,14
45:13 120:5
125:14 216:7

**orders** 116:15,
16 142:16
192:12,13,14,
20

**organization**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

53:1

**organizations**
11:24

**organized**
15:20 56:5
176:9,18

**oriented** 53:12

**original** 41:9
48:13 135:4

**original's**
135:6

**outdoors**
126:19

**outer** 137:21

**outs** 58:7

**outstanding**
122:5

**overseeing**
21:17 31:1 40:9
73:24 78:14,20
80:3 88:22

**overtime**
168:24 188:15,
18,20,25 189:4,
9,15,21,23
190:3,8

**overturn**
237:12,13

**overturned**
237:11

---

**P**

**P-H-I-L-I-P**
10:8

**P.m** 242:8

**p.m.** 28:23
114:25 115:3
158:5,8 164:25
165:7,14 166:7
170:13,19
226:13,16
242:7

**pad** 33:21

**Padre** 207:21

---

**pads** 48:2

**paid** 143:19
189:23 213:14

**paper** 32:17
47:23 48:10,13
182:24

**paperwork**
138:23

**paperwork's**
142:13

**parent** 200:23

**part** 34:8,11
37:7 40:6,7
42:17 44:8
46:1,7,13 49:5
53:7 55:8 57:16
71:3,4 74:13,24
84:15 109:20,
22 110:3,8
111:16 125:11,
19 137:13
148:11 155:11
161:23 164:13
177:19 183:15
187:20 191:24
222:1 225:19
233:19

**participate**
45:8 137:1,14
209:18,21
227:2

**participated**
208:25

**participates**
201:8

**parties** 9:14

**partner** 80:16
97:1

**partnership**
11:11

**past** 12:15
14:11 32:11
63:21 100:4,5
172:5 174:24
175:5 178:5

**patrol** 16:22

**patrolman**
14:20

---

**Patron** 205:1

**pattern** 121:18

**patterns**
143:15 183:2

**Patton** 99:1,15,
16 103:22,23
104:25

**pause** 13:4
14:22 226:8,10

**paying** 143:11,
13 161:19
210:11 212:3,
15

**penalty** 237:13

**pending** 8:10
13:22 239:19,
21 240:2

**penitentiary**
52:18

**pension** 11:20,
23 12:3

**people** 34:23
55:1 65:25 88:3
101:8 110:13
119:9 124:4
125:17 129:24
130:2 131:10
136:19 140:1
144:18 187:20
191:3 205:18,
20 212:2 238:7

**percent** 136:18
162:13,25

**percentage**
162:24

**perfectly**
104:4 178:13

**perform** 11:10
192:21 217:3

**performance**
121:22

**Pergande**
208:14

**period** 19:17
20:6 75:1,24
76:15,17 86:17,
24 136:23

---

168:9

**permanent**
50:3

**perpetrators**
234:7,23

**person** 35:9
96:10 97:6
127:6,9 131:14
149:19 203:11

**personal** 33:3
220:10,13
228:12 229:12,
25 236:4

**personally**
47:2 126:4
224:10

**personnel**
74:14,17 75:8,
14 76:18,19,25
208:19

**pertinent** 38:7

**Phil** 8:7

**Philip** 9:12,15
10:7

**phone** 159:15

**photo** 40:5

**photographs**
63:24

**photos** 56:3
63:25 64:1

**phrase** 214:5

**physical**
163:22 164:1

**physically**
22:5

**pick** 52:19

**picture** 41:7

**pictures** 65:7
205:3 222:8

**piece** 32:16
36:20 40:5
47:23 48:13
132:21

**place** 29:24
30:14,16 31:3

---

32:10 42:17
43:5 44:1 70:21
75:6 116:9,11,
19 118:5,6
119:2 121:16,
21 125:8
168:19 169:15,
23 170:18
196:2,7,12,22
197:24 199:19

**places** 169:10

**plainclothes**
16:20

**Plaintiff** 8:18,
19,21

**Plaintiff's** 8:16

**plan** 95:2
100:10 114:12

**plate** 69:1
203:1

**play** 89:18
191:5

**played** 191:9

**PLAYS** 89:22

**pleased**
122:21

**point** 13:21
21:21 49:16
51:21 58:18
73:17 80:12
90:17 98:12
103:10 104:11
113:23 144:8,
15 151:22,23
152:20 154:15
174:3 219:3
220:25 221:4
240:24

**pointing**
222:14

**points** 162:24

**Polaroid** 40:5
41:7

**police** 11:3,12,
15,21,25 12:11
14:13,16,19
16:19 33:15
64:9 75:12

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029 Document #: 292-3 Filed: 07/05/21 Page 264 of 273 PageID #:7581
The deposition of PHILIP CLINE taken on May 26, 2021

262

77:20 85:15
104:9 122:17
169:10,13
171:4 172:4
177:22,25
200:6 201:13
205:8 208:19,
25 209:6 232:5
236:5

**policies** 29:24,
25 30:1,7 43:1
44:20 116:9,11,
19 117:9,23,24
118:5,6,9,21
119:2,16
180:12 181:7
182:6 192:11,
14 194:24
200:19,24

**policy** 30:21
31:3,6,24
42:14,17,21
43:19,22,23
44:5,12,14
46:10,19 47:14
180:18,25
181:2,7,12,16,
19 182:1,4
193:4 197:16,
19 198:4,25

**policy-making**
181:23

**policymaking**
180:16,23

**political** 210:3

**pond** 152:15

**poor** 161:8
241:4,7

**position** 10:25
11:4,11 12:4
15:5 16:14
17:25 18:10,16,
21 20:24 80:22
103:4 172:15,
18 173:16
186:18,19
228:20 229:1,3,
24 239:16

**positions**
14:17 40:14,16
59:12 75:11

**possibility**
232:3,10
233:20

**possibly** 102:9

**potential** 107:9
147:2 232:21
234:2

**practice** 33:23
48:17 128:20
129:10

**practices**
117:9 119:8,16
120:21 165:18
168:8 203:4,5,9

**pre-detective**
31:20

**preferred** 48:2

**pregnancy**
204:21

**preparation**
62:4 63:6,18
65:16 170:4,11
217:14 218:10

**prepare** 61:2

**preparing**
209:3

**present** 175:17
176:2

**presented**
237:18

**pretty** 86:3,11
88:6 144:14
234:20

**prevent** 14:3,8

**previous**
75:19

**previously**
19:14 32:14
93:20 94:4,7,
19,23 95:4
104:2 123:21
126:21 171:3
219:5 227:1
238:5

**primarily** 20:2

**prime** 186:23

**printed** 230:20

**prior** 62:8 63:4
81:8 101:14
104:17 220:24
221:20

**priorities**
121:15

**privy** 23:2 42:7
152:11

**probing** 88:18
104:15

**problem** 52:24
102:10 186:3,4

**problematic**
131:17

**problems**
160:2 213:25
214:1

**proceed**
133:24

**proceeded**
142:25 205:12

**proceeding**
144:11 154:4

**PROCEEDING
S** 8:1

**process** 46:14
50:17 57:20
66:14,23 67:6,
16 70:14,22,25
71:4,7,10,24
72:1,3,10,20
73:1,6 74:8
75:20 77:11,12
79:13 128:21
144:15 152:12
155:10 191:21

**processes**
79:14

**produce** 100:3
103:7

**produced**
88:13 100:7
101:15 102:19
104:18

**profile** 172:25

**Progress**
30:12

**prohibitions**
197:7

**promise** 113:9,
15

**promoted**
15:17,19,20,21

**promulgated**
181:8

**proper** 43:9
142:13

**property** 28:7
29:5 116:7
135:9 187:22
188:3,10
205:19 206:8,
15

**prosecutor**
21:22,23 22:3,
11 135:18,23

**prosecutor's**
22:15,19,24
23:16,22 24:5

**prosecutors**
22:22

**proud** 122:2,
12,16 163:4

**proves** 104:11

**provide** 59:19
145:6 146:11
159:24

**provided**
101:21 103:16
133:11 167:15
192:20

**pull** 217:6
218:1,3

**pulled** 223:16

**Pulling** 217:8

**punish** 73:1

**punishment**
71:3,18 72:2,9,
21 73:6,7 74:1,
9,12 75:19

**punishments**
71:13

**purpose** 50:21
129:20

**purposes**
17:14 58:12
67:3 141:2

**pursuant**
75:19 79:13

**pursuing**
232:9

**pushed** 182:24

**put** 10:13 32:17
33:3 41:7 46:4
60:17 88:3,5
95:20 103:4
116:15 121:19,
21 129:2,6
135:3,5,8
144:14 146:6
150:25 165:25
168:11,23
172:14,17
174:1 182:4
186:18 196:2,6,
22 218:4

**putting** 53:4
157:7 194:5
196:12 197:23

---

**Q**

**quarter** 46:17

**quarterly**
45:22 184:24

**quarters** 47:1

**question**
12:14,23,25
13:3,5,13,17,
18,23,25 14:2
17:15 20:12
25:11 30:4 39:8
50:7 66:10
78:17 83:19
89:1,25 107:2
125:12 143:19
147:15 157:24,
25 161:7,8
166:15 167:7,
15 171:14



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

175:23 176:17
179:16 191:18
193:7,8,9
194:14 198:3
203:18 212:25
221:8 226:25
239:22 241:4,7

**question-and-answer** 12:20

**questioned**
54:19 236:13

**questioning**
78:2 101:13,21
102:1 113:21

**questions**
12:6,21 13:14
14:4,8 58:14
76:5 77:11,23
86:14,21 88:18
101:16 102:20
103:11 104:5,7,
20 113:17
128:25 144:20
199:14 238:5,
18,20,21
239:24 240:8
241:16,20,21,
22,23

**quick** 112:23

**quote** 231:9

———————

**R**

**raise** 9:22

**Ralph** 116:6

**range** 99:24
101:4 102:18

**rank** 16:22
17:10

**rare** 136:9
192:5

**rate** 122:3,22,
25 123:12
146:9 158:13
159:11 161:25
162:8,16

**rates** 146:4
158:11 161:9,
12,16 184:18

185:21 186:9

**rating** 184:19,
22 185:1,5,6,7,
13

**re-** 107:1

**reached** 69:18
163:16 164:1,7

**reaction** 164:2,
9

**read** 22:10 23:2
25:11 89:1
103:21 104:2
129:7 164:12
173:11 217:16
223:12

**reading** 101:1,
18,19 102:11
236:1

**ready** 43:11
103:8

**real** 125:24

**reason** 47:21
102:23,24
165:17 232:20
233:18

**reasons**
173:20 233:5

**recall** 20:13
22:8 30:8 31:9
43:4 47:9 62:21
64:12 74:24
77:5 78:22
79:2,6,8,21
80:2,9 88:9
91:12,15 93:15
94:8 95:10
98:20 99:7,8,
14,16 105:10,
23 106:2,5,25
107:18,20
108:1,6,18,24
109:1,14
111:14 112:3,8,
14,20 115:12
116:20 119:13,
18 124:20
125:7 126:6,9,
18 134:23
142:2,7 144:25
145:4 146:2

150:17 151:2
152:21 153:25
154:6 165:5
168:17 184:3,
16 185:4
206:22 207:5,
11 208:2,16,24
209:14 211:5
216:20 217:4
224:3 225:7,11,
18 227:5,9
228:7,24
235:20 236:20
238:17

**receive** 182:13

**received** 152:7

**recent** 61:10

**recently** 100:6

**recollection**
154:3 167:16

**recommendation** 67:10,12,15

**recommendations** 67:1,4

**recommended**
66:16

**record** 9:11
10:6,10,18
14:14 25:24
34:21 60:21,23,
24 75:7 86:3
103:4 104:9
114:24 115:1,2
158:4,6,7
226:12,14,15
230:19

**record's** 25:22

**records** 46:5
49:11 75:2

**recover** 205:7

**recovered**
135:9

**recovery**
222:12

**ref** 203:22

**refer** 76:18
203:22

**reference**
217:18 218:14

**references**
65:25 218:2

**referred** 41:14
69:4 70:7

**referring** 64:8
127:13 203:16

**refresh** 104:1
105:1 167:16
168:18 169:16,
24 220:19

**refusing**
128:25

**regard** 24:3
103:6 106:3
118:21 119:9
120:13 123:12
128:20 147:15,
16,24 150:10
153:12 163:16
180:15,23
220:2 234:1

**register** 87:24
91:24 95:12
106:20 203:1

**regular** 43:16
125:10,13
141:7 144:21
145:17 158:12
159:20

**regularly**
83:22 145:25
211:7

**regulations**
44:21

**related** 19:22
43:1 51:1 57:17
77:7 86:22
89:12 102:15
227:6

**relationship**
200:19 222:24
223:3

**relatives**
233:18 235:24

**relayed** 211:12

**released** 223:8

**relevance** 12:5
21:25 22:6,12,
16,21,25 23:13,
19,25 42:22
59:23 77:4,10
78:11 88:24
155:5 177:9,11,
14 178:4
238:22 239:8

**relevant** 58:11
100:12,13
102:2,9 104:7
178:6,7,10,16,
18,19

**relying** 39:11
99:25

**rem** 204:16

**remain** 130:17
133:3

**remaining**
129:11,16

**remember**
17:13 20:20
30:13 31:11
43:3,5,15
45:17,23 46:21
47:4,13 51:17
55:13,15,17
57:25 62:1 63:8
64:15,16,17
66:4 69:15
71:20 72:24
73:4,9,11,13,19
74:3,21 76:24
77:15 78:12
79:16 83:11
91:1 93:23 94:5
96:12 97:13
99:4,13 103:22
104:3 107:7
108:11 109:5
111:9 115:23
126:24 129:2,5
130:4 132:25
138:5 139:2
150:24 151:1
152:15 153:16,
20 154:14,21
155:4,19 156:9
157:17 158:15
161:10,13

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

162:2,12,15,23
163:2 165:16,
23 166:5,10,23
167:2,20 168:5,
23 172:1
177:12 182:23
184:20 185:12
187:14 204:6,8,
10,12,14,17,19
205:17 206:2,
11,12,18,19
207:4,19,22,25
208:12,15
209:2,3,5,11,17
211:8 212:6,17
215:7,10,13,16
216:4 219:14
220:20 222:22,
24 223:2
226:23 227:21
231:18 233:3
235:2,25

**remembered**
65:5,12,19
204:25 205:24

**remembers**
101:10 102:6

**removed** 50:5,
10 74:17 75:7,
14,25 76:15,17
105:17 191:21

**render** 237:19

**repeat** 12:18

**rephrase**
13:15

**replace** 18:10
115:7 177:1

**replaced** 20:22

**report** 21:23
22:8,10 23:16,
22 24:5 36:1
38:13 40:4,6
47:10 57:10
59:25 61:18,21,
25 83:6 108:8
115:9 144:17
158:12,16
163:7,21 171:4
177:13 183:15
185:18 203:2
214:23 217:7,

10 218:1,2,6
219:18,23
220:10,17,21
223:16,21,23
225:15,18,22
231:16

**reported**
115:25 177:18,
21

**reporter** 8:3,4
9:9,14,21 10:2
12:21 13:11
16:24 60:21,24
88:25 89:3,18,
22 114:21,24
115:2 158:4,7
226:12,15
242:3,6

**reporters**
231:19

**reporting**
127:16 144:23
182:10 217:22
218:17,24
219:4 224:4,7,8

**reports** 30:12,
13 35:3,7 36:6,
16,21 38:17,24
39:1,5,10 43:9
45:3 50:14,15,
23 61:5,18
62:18 63:15
64:12,13 65:6,
20,24 125:2
138:22 164:12
169:5,10,14
170:10 172:4
182:13,19,23
183:11 184:12
185:22 191:4
209:2 214:9,14
216:23 217:5
223:7 225:23
227:12,18
228:2 235:3
236:1,10

**represent**
163:25

**representing**
92:6

**reprimand**
70:20 76:4,6

128:15

**reprimands**
77:8

**Request** 74:12

**REQUESTED**
89:22

**requesting**
128:24 206:6,
14

**requests**
105:19 128:21

**required** 30:21
33:2 66:19
103:7 192:25
196:18

**requirement**
30:15 32:9

**research**
103:5,8,13

**reserve** 241:23

**residence**
220:24

**resolving**
199:13

**resource**
206:9

**resources**
65:2 139:18,20
140:6,14
179:25 190:25
192:1

**respectful**
10:18,20

**respond** 13:10

**response**
12:24 82:20
240:8

**responsibilitie
s** 119:23 178:14
179:23

**responsibility**
179:18 195:22
225:7

**responsible**
24:20,24 32:1
33:19 41:20

49:9 138:25
178:23 179:19
193:17 194:5
202:25

**rest** 113:19

**restriction**
196:7 197:1

**restrictions**
196:2,13,21
197:4 198:9

**result** 69:19
109:10 152:19
224:17

**resulted** 74:8
79:17 107:10
110:12 175:25
204:2

**resulting**
173:6

**results** 45:10
47:6 142:22

**retention**
49:12 50:3

**retire** 12:10

**retired** 18:17,
20 153:8,9

**retirement**
14:18

**return** 215:21

**review** 61:16,
18,23 62:14,22
63:1,11,18,21,
24 64:5,9 66:15
67:3,5 70:22
72:6 75:18
100:6 108:14
109:11 110:13
111:12 140:25
141:2 144:5,8,
10 155:12
157:9 163:7,12
170:25 180:18
217:14 220:17
222:20 225:14,
22 227:23
235:21

**reviewed**
44:19 65:15

67:1,7 144:7
170:3,10 171:5
218:10 219:23
222:22 225:23
227:13 228:3
235:23

**reviewing**
64:13 65:6,17
138:22 142:12
225:17

**reviews** 44:3
46:1,7 145:5

**reward** 188:16

**Rey** 94:4

**Reyes** 86:12,
23 89:12
101:24 163:16
165:3 178:5,11
203:14 204:2,6
218:5 223:17,
20

**Reyes'** 58:8

**Reynaldo** 8:8
94:5 163:13
206:23 207:2

**RFC** 217:9
218:5 223:17,
20

**rid** 48:9

**ride** 139:16

**rights** 129:3,8
133:9,14,25
134:14,22
136:4

**Risley** 112:5,
12,13,16

**RME** 186:22

**road** 214:2

**robberies**
19:11 146:15

**robbery** 19:4,6
121:18 186:24

**Robert** 209:13

**Roberts** 115:8

**Rock** 17:18



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

role 11:14
66:12,13,23
67:16 70:13
77:19 125:19
138:16 155:9
176:13 178:9
179:6,18 180:7,
15,23 190:22
191:5,9 196:12

roll 32:2 141:7

room 16:25
26:16,18 27:1,
15,23 55:14
137:18,23
140:19,21
198:23 228:22,
25 229:5

rooms 25:4
26:18,23 55:11,
18,21 129:3,6
229:14 230:2

root 232:4

Rosen 8:23
11:17 12:5
20:11,18 21:8,
12,19,25 22:6,
12,16,21,25
23:7,12,18,24
24:7,15,22
25:1,5,10,14,19
26:4,11 27:22
30:3,11,23
31:4,8,14,18,25
32:12,22 33:5,
10,25 34:14
35:8,24 36:2,7,
17,23 37:6,11,
17,21 38:4,12,
19 39:3,7,12,
16,20,24 40:2,
11,21 41:4
42:22 43:21
44:7 45:5,20
46:2,20 47:3,8,
12 48:3,11,19,
23 49:17 50:6,
11,20 52:1,7
53:10,24 54:3,
7,13,21 55:24
56:2 57:2,14,
19,24 58:3
59:9,15,17,22
60:5,8,11,19

61:4 62:4,23
65:1,18 66:24
67:17,24 70:5,
9,24 71:2,11,15
72:4,23 73:3,8,
12,22 74:2,6,19
75:4,9,16,23
76:1,22 77:3,9,
22 78:10,21
79:5,15,20
80:1,7 81:18,24
82:5,13 83:2,
10,15,18,23
84:3,11,17
85:5,12,20
86:2,10,19
87:2,22 88:8,11
89:4,14 90:16,
21 91:6 93:6
94:14,21,25
95:6 96:19
97:12,17,20
98:10,24 99:3,
11,22 100:2,7,
10,15,22,25
101:3,12,18
102:10,23
104:10 105:9
106:7,18,23
107:6,12,17,25
108:5,10,17,22
109:7,13,19
110:1,5,15,23
111:3,8 112:1,
6,11,18,24
113:10,13,16,
22 114:8,11,14,
18,23 116:13,
22 117:2,7,11,
13,22 118:1,11,
25 119:5,12,17,
22 121:3,11,23
124:9,19,25
125:6 127:3,24
128:8,12,17
129:1,13,18
130:3,18,23
131:7,20
132:23 133:18,
22 134:5
136:10,15,21
139:14 142:6
143:13,25
146:5,13,24
147:5,20 148:3,
24 150:16,21

151:10,15
154:5 155:5,25
156:8 157:20,
23 158:3,25
159:12,18
160:17 161:2,
21 162:1,4,10,
14,22 163:1,18,
23 164:4,10
165:20 166:9,
14,18 167:1,5,
13 168:3,10,15
169:3 170:7,15,
21 171:6,13
173:8,22 174:5,
15,25 175:6,19
176:3 177:9,11,
14 178:4,10,18,
21 179:15
180:4,10,13,17,
24 181:24
182:2,8,14,22
183:6,13,21,24
184:2,8 185:24
186:14 187:18,
25 188:13,17
189:1,5,12,22
190:4,9,14
191:22 193:6
194:1,7,12
195:4,10,24
196:4,9,15,25
197:14 198:1,
12 199:8 200:2
201:1,6,11,24
202:8,14,21
203:7 206:17
208:7,19 209:9
211:18,22
212:5,16,24
213:3,9 214:3,
15 215:3 216:3
221:2,19,25
226:6,11,17,21
227:15 229:7,
16 230:19,23
232:12,18,22
233:2,7,13,22
234:9,19 235:1,
8,13,18,22
237:4,23
238:19 239:7,
21 240:9,15
241:3,5,11,15,
18,23

round 59:3

routine 43:23
60:6 125:14
144:21

ROZEN 189:17
193:19 195:17
199:16

Ruiz 208:11

rules 32:20
38:2 44:20
119:2 196:6,13,
21 197:1,4,23
198:2

rumors 21:10,
18 23:11

run 80:5 84:1

Ruse 131:6

rush 130:10

Rutherford
207:12,15

—— S ——

safe 215:21

safely 122:7
205:16 212:21
213:11

salary 11:6

Salvey 138:15

Santiago
222:10 223:25
225:6

Santo 207:21

sat 26:21 27:2,
4 62:6 125:17
138:11,13

satisfied 38:14

satisfy 190:20

scanned
217:17

scene 169:7
215:6,10

schedule
170:19

school 34:9
36:14 130:13
190:17

scope 84:12
88:12 179:12

Scott 163:8,15

screen 217:8
218:4 230:7

Sean 8:19

search 125:23
126:7,8

seat 139:15

sec 218:3

secondary
213:12

section 15:19
16:2 17:8 51:12
77:19 78:9

sections 18:6

Security 12:7

sees 202:16

segment
169:19,20

selected 16:20

sending 124:4

senior 75:11

sense 93:22
96:13 114:7
162:25 203:24

sensitive
172:18,21,25
173:16

separate 19:7
27:1 135:19

sergeant
14:21,25 27:14
29:14,22 69:9,
13,14 91:13
93:23 97:10
99:1,14,16
103:22,23
104:25 193:20
196:23 198:10
199:20 208:7,8
209:13,15

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**sergeant's**
43:4 55:16

**sergeants**
29:16 32:1,7
45:6 46:24
69:18 72:13
73:24 85:6,19
91:8 126:16
156:16 179:1
190:23 191:8,
23 192:3
193:24 194:4
195:2,8,23
197:17,24
199:6,14 200:1
201:10 202:18
203:6,13
212:22 213:1
216:11 227:10

**services**
177:18,21

**session** 12:20

**set** 127:5
164:23 181:12,
15,19 182:1
193:4,24
198:10 203:5
211:3

**setting** 193:17

**settings**
159:14

**severe** 71:18

**sex** 19:4

**sexual** 146:16

**share** 91:17
131:12,17
145:6 146:22
147:3,5 160:9

**shared** 83:12
158:23 159:3,6

**sharing** 111:13
124:13,17
130:21 150:7

**sheet** 48:10
146:6

**sheets** 60:16

**shift** 28:6,15
29:2,3,11,12,

15,19 42:5
166:7 170:13
189:7,8,9,13,14
190:1,2,3,7,12
202:3 220:7

**shifts** 29:6
127:23 164:14
190:8

**ship** 50:16

**shipped** 46:5
49:11 50:2

**shock** 84:9

**shooting**
93:12 181:11

**shootings**
19:12 82:21
118:16

**short** 114:17
226:6

**shorter** 114:9

**shortly** 18:20
90:1

**shot** 122:17
169:19

**should've**
110:17

**show** 132:4
230:5

**showed** 61:5
62:6 91:19
123:4 146:7
174:24

**showing**
200:23 230:7,
11

**shown** 56:11,
12

**shows** 175:14

**sic** 107:15

**side** 115:18
116:1 174:23
177:10

**Sidley** 163:8,
12

**sign** 69:20

133:2,11,13,24
134:4,11,17
136:7,14,19

**signature**
134:9 241:24

**signed** 43:25
135:2

**significant**
68:15

**signs** 129:2

**silent** 129:11,
17 130:17
133:3,10

**silly** 114:15

**similar** 57:3
107:21 120:7
149:6

**similarly** 12:24
57:11

**simply** 35:12
37:20 38:10
104:3

**simultaneousl
y** 148:16

**sir** 10:5,17
12:15 17:20
61:2 104:24
175:20 217:11
226:23 230:15
231:1

**sit** 20:13,19
26:15 27:14
32:24 43:4,15
44:2 45:17,23
47:4 51:18 52:2
57:25 69:16
73:10,14 74:4
77:15 78:23
79:21 86:4
91:16 93:21
96:12 99:12
104:24 105:10,
24 108:1,6,11,
19,25 109:5
111:9,19
126:18 132:25
137:16 139:2
151:4 153:20
161:13 162:11

165:5,15,21
166:5,10
167:21,25
177:2 207:4,25
208:3 215:11
219:21 225:10,
13 227:8 228:7,
16,23 229:9
237:20,25

**sits** 41:3

**sitting** 138:6
150:17 154:14
182:21 211:5
219:14

**situation**
198:25 199:5,
13 200:22

**situations**
195:2 198:20

**small** 27:7

**smaller** 179:10

**Smith** 68:25
239:11,13

**Social** 12:7

**Solache** 8:9,22
86:12,22
101:24 178:5,
11 204:3,8
218:5 223:17,
20 230:12

**solemnly** 9:23

**solve** 65:8
205:4 213:24

**solved** 46:3
122:15,20
211:21 213:6

**solving** 122:5,
11 222:3
231:12

**son** 198:22
231:6 234:24

**sophisticated**
53:15 82:19

**sort** 14:16
23:15,21 24:4
26:20 33:9
43:16,23 58:10

71:17 76:25
125:4 192:23
197:23 234:16

**Soto** 203:15,
20,23 204:21,
23 220:24
222:10 223:25
225:1,4,6

**Sotos** 219:5
233:11 236:5,
16

**sound** 60:3
165:14

**sounds** 124:7
142:25 149:25
232:8

**sources** 12:2

**south** 115:18

**southside**
118:17

**Spanish**
205:20 208:16
209:7

**Spanish-**
208:24

**SPAR** 71:4,7,
10 72:10,20
74:8,11,13
75:2,20 79:13
106:13

**SPARS** 75:7,
13

**speak** 112:4
129:22 140:2

**speaker** 209:7

**speakers**
141:23 205:20
208:17

**speaking**
208:25 215:13,
16

**special** 21:21,
23 22:3,11,15,
19,23 23:16,22
24:5 115:19,20,
23 142:16
143:19 192:12,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

13,19,20

**specialist**
17:10 52:9,14
53:3 60:10
80:13 85:4
92:22 98:9
107:4

**specialists**
53:19 54:11
55:2,5,19,23
56:16,21,24
58:6,9 78:8,13,
15,19,25 79:4,
9,13,18 80:4,6,
9,15,21 81:10,
12,16,22 84:7
86:7,9 90:10
92:12 93:20
124:13,17,23
125:4,9

**specific** 14:1
43:18 44:4
55:18 57:17
64:15,24 66:1
92:21 101:6,19
112:8 122:14
125:23 130:5
131:9 132:18
141:24 144:20,
25 145:4 157:7
174:1 183:24
196:2 197:9
205:22 206:2,
19 214:22
218:20 221:16
223:11 224:16
232:16 238:17

**specifically**
44:11 46:18
65:5,14,19
69:15 95:12
96:17 109:1
111:10,12
122:9 129:21
143:11 168:6
184:20 206:11
214:19 218:25
225:11

**specifics**
78:12,22 79:6,
22 95:10
107:18 108:24
111:14 112:3

118:13 124:20
132:17 152:15
153:20 187:15
216:4

**speculate**
24:10,18 25:21
173:23 175:20
176:5

**speculation**
23:13,19,25
24:16 25:20
76:2 164:13
169:4 170:8
173:9 176:4
190:5,15 199:9
200:3

**speed** 191:12

**spell** 10:5

**spend** 27:19
178:21

**spent** 78:2

**split** 82:11

**spoke** 34:25
154:12 207:1,8
210:16 215:23
224:6 225:24

**spot** 186:24

**spread** 95:3

**squad** 26:16,
18 27:15,23
115:21 137:18,
23 140:19,21

**stabbed**
204:23 215:19

**staff** 141:13,16,
19 142:5

**stages** 205:13

**stakes** 174:14

**stamped**
230:12

**stand** 122:15
174:18,22

**standing** 77:14
89:2 101:24
104:19 213:21
238:21

**star** 33:15

**Starr** 8:19

**start** 17:22
124:23 130:4
147:16

**started** 33:8
85:14 98:14

**starting** 8:15

**state** 8:14 9:10
10:5 49:24
200:6 201:13
233:17

**State's** 126:11

**stated** 119:6

**statement**
107:16 135:18
231:15

**statements**
34:22 131:10

**states** 8:10
231:10 240:23

**station** 54:17
166:3,25
198:21 200:23
219:9 231:7
234:25 236:5,
13

**statistic**
185:12

**statistics**
146:17 185:9

**status** 141:5
142:24

**stay** 57:22
76:14 164:17
187:3 195:13

**stayed** 227:20

**steno** 33:21

**step** 91:22

**steps** 36:21
49:15 92:1
132:7 140:10
213:17 219:19

**Stibich** 115:14

**sticker** 69:1

**stipulate** 9:16

**stole** 107:15

**stood** 150:22

**stop** 33:3 158:1

**strategy**
104:20

**street** 16:15,21
28:1,3 33:14
39:22 40:1,3,7,
10,20,22 41:1,
2,10,13,21
42:2,9,10,14
43:1,13 44:5
46:19 49:15
51:19,22,25
52:25 53:2,12
55:12,20 56:12,
16 58:7,19
149:4,5,8 180:6
192:7

**street-** 53:11

**streets** 55:2
149:13

**strictly** 185:9

**strike** 12:13
21:22 22:23
26:6 29:10
35:22 36:25
39:9 40:15
42:15 45:14
49:21 55:11
66:22 71:25
72:18 81:8 93:9
94:18 104:25
105:11 108:19
109:8 118:5
120:20,23,24
127:20 165:3
176:16 190:22
194:3 196:20
211:24 216:22
224:7 225:2
229:3,24 236:3
237:15

**strip** 149:20

**stripped**
150:25 152:3,5

**strongly** 96:3

**stuff** 19:12
61:20 118:18
119:25 120:14
154:17 240:1

**subjected**
54:18

**subordinate**
141:11

**subsequent**
80:21 106:20
221:11

**substantial**
10:19 32:10

**suburban**
123:4

**suburbs** 123:6

**success** 10:19

**successful**
53:3 236:25
237:7

**suddenly**
220:20

**suggesting**
103:5

**summarily**
73:1

**summary**
60:12 71:3
72:20 73:6,25
74:12

**summer** 63:7

**super** 97:9

**superintenden
t** 9:10,22 15:22
67:10 98:1
149:19 150:8
158:24 159:3,5
160:15 177:13,
17,20 210:4,16
241:25

**superintenden
t's** 149:23

**supervised**
82:23 193:10

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

supervising
16:14 17:9
18:22 19:14
20:7 35:20
40:14,16 46:24
72:19 81:9
128:19 176:12

supervision
30:10 79:19
82:24 176:18
195:11

supervisor
18:12 29:10
32:19 43:8
45:12 47:22
51:7 59:20,24
67:25 79:1,4,10
109:4 128:2
141:16 175:2
185:25 202:22,
24 220:8
224:14

supervisor's
76:21

supervisors
23:6 45:6 51:14
68:5,9,20,22,25
85:16 86:18,21,
25 87:6,10
90:25 91:4,9
98:19 106:9
108:23 109:1,6
125:16 141:11,
14,19 144:23
160:5,8 179:20
186:2 213:20
216:10 224:12

supervisory
66:12 156:18

supplementar
y 36:5 62:18
63:15 64:12
116:16 217:10
218:6 223:18,
21

supposed
32:17 42:4
43:17 48:12
49:10 57:12
155:15

Supreme

131:4

surprise 241:2

surprised 84:5
237:12

surprising
84:13

surrounded
123:6

Susler 8:21
9:20 10:12,15
113:18 241:16

suspect 20:25
21:3 54:18 80:4
133:13 209:19
235:4,14

suspect's
128:20

suspected
95:21 96:3
107:15 233:6
234:23 235:20

suspects 21:1,
6 22:5 54:2,6,
11,14 128:24
129:11 131:3
136:3 137:14
163:22 164:2

suspend 102:1

suspension
70:20 71:14,19,
21

suspicion 84:1

suspicions
83:9

sustained
67:7,18,21,22
69:21 106:17
107:11 155:14,
18,19,20 157:2,
4,8,19 171:8,
11,17,18,23,24
173:6 175:15
176:1

sustaining
173:11

Swaminathan
8:17 9:16 10:4,

13,16 17:2,5,6
25:13,15 58:13,
17 60:20 61:1
77:16 78:6
86:13,24 87:4,
11 88:15 89:7,
17,21,24 90:7
99:25 100:4,9,
11,18,24 101:2,
5,17 102:5,22
103:3 104:23
107:1 112:21
113:3,12,14
114:5,10,13,16,
19,22 115:4
117:12,15
143:22 144:1
147:7,13,23
155:8 157:22
158:1,9 164:6,8
166:17,21
167:9,18
168:13,21
178:7,12,19
179:4 183:14,
17,23 184:1,4
197:2,5 198:19
208:22,23
226:8,19,22
229:22 230:22,
24 238:24
239:25 240:16
241:4,6,13,25
242:4

swear 9:23

system 135:8

_____

T

tac 123:3

tactical 16:16,
17

taking 14:7
17:17 33:3
36:4,22 37:5,8,
15 70:21
127:19,21
199:19 214:13
233:25

talk 40:14
108:19 120:11
121:15 126:12

127:12 130:7
131:1,14 136:6,
13,14,19,20
141:13,22
160:5 185:22
186:2 198:23
200:6,7 201:13,
15 212:18
219:1

talked 14:12
51:5 70:13
83:22 98:3
129:3 133:9
154:13 158:10,
11 170:23
181:9 192:11
203:10,14
209:24

talking 27:23
38:24 40:22
46:14 48:25
49:18 59:25
65:20,23 88:12,
19,20 89:8
102:14,15
107:19 129:24
130:2,4,14,21,
25 131:8
132:11 135:11
136:23 140:22
145:16,18
155:7 162:5,19
169:7 173:2
197:1 198:14,
16 200:5 204:1
217:5 234:17,
21

tampered
96:7,11 97:19
108:15

tampering
102:7 104:8
107:10 109:17

tasks 217:3
219:13 224:25

taught 129:16,
20,23,24 130:2
132:7,14

team 16:16,18
163:8,15,20,25
164:6

teams 123:3
125:5

technician 8:4

techniques
129:15,21,24
130:1,15,20
131:5 132:19

telling 76:8
169:23 201:22
202:6,12
211:16,20
212:7

ten 15:2 45:18
58:5 136:18
162:25

term 18:25
39:23 76:4
203:8 209:25

terminology
28:14

terms 19:1
66:22 77:19
117:4 179:24
182:16 190:22
193:2,14,15,22
195:20 197:22
199:4,11 203:3
211:24 216:22
219:17 220:9
221:10 225:8
234:14

testified
102:25 104:14

testify 103:1
174:11,13
221:13 228:16

testifying
174:18,22

testimony
9:24 14:11 33:6
63:21,22 89:23
100:1,23,25
101:14,19
102:12,21
103:25 104:17
132:24 168:11,
16 221:20

theft 19:6



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**then-superintendent** 152:6

**there'd** 75:6

**thing** 19:2
35:14 50:10
63:10 98:11
122:6 127:18
140:14 149:3
162:11 166:1
187:8 194:17
202:1,15
217:17 221:4
227:21 233:9

**things** 31:21
34:24 37:9
40:4,24 41:12
43:24,25 47:15
50:5,10 65:2
66:1 69:2 71:9
79:17 82:21
88:13 116:14
117:19 119:20
120:12 123:7
127:9 130:5
140:20 149:24
150:2 163:3
183:20 191:4
193:21 197:7
200:15 203:2
205:2,17,22
206:2 214:16
219:20 232:14
233:14 238:23

**thinks** 200:10

**thought** 42:23
65:8 70:15 71:9
76:23 96:20
122:4 192:5

**three-year-old** 205:1,6

**tightened** 32:19

**time** 8:5 13:9
14:18 17:22
19:8,13,25
21:15,16 27:19
30:13 40:19
48:6 63:8 64:17
68:2,3 74:15,18
75:1,24 76:15,

17 80:24 81:25
84:21 85:6
86:17,25 87:9
90:5 95:23 96:1
103:17 105:7
107:3 110:22
112:22 115:13
118:2 130:8,9
134:21 136:23
154:8 155:3
157:21 162:17
163:4 164:23
165:3 168:20
169:15,19,24
170:13,18
178:22 183:4
215:8 220:15,
16 224:15
228:10 239:17
242:1

**timeline** 221:3,
6,11

**times** 12:14,18
13:2 43:13
55:20 61:4 76:5
78:24 137:10
139:8 169:6,9,
21 194:9,15

**title** 52:10 59:4

**to-day** 192:3
203:5

**today** 8:4,5
14:5,9 17:14,16
20:13,19 43:5,
15 44:2 45:17,
24 46:21 47:4
51:18 52:2
69:16 73:10
74:4 77:15
78:23 79:21
91:16 92:4
96:12 99:12
105:24 108:1,6,
11,25 109:5
110:20 111:9,
19 113:1
126:18 132:25
139:3 150:17
151:4 153:21
154:14 161:13
162:11 165:5,
15,21 167:21,
25 203:19

207:25 208:3
215:11 219:21
225:10,13
227:8 228:3,7,
17,23 229:9
236:22 237:20,
25

**today's** 61:3
63:19 65:16
170:4,11
217:15

**told** 24:9 32:7
98:1 102:12
152:2 194:23
212:10 216:1,
21 220:7
227:17 236:21
240:25 241:11,
14

**tools** 186:11

**top** 53:5 143:1
213:21

**topic** 58:14
86:15 89:6,12,
15 101:20,22
102:2

**topics** 79:17
126:5

**tossed** 237:3

**track** 146:10

**train** 125:19

**trained** 31:15
34:5 35:22,25
36:4,13,15,19,
24 55:7 131:16
132:19,20
186:15

**training** 31:6,9,
11,13,17,20,23,
24 32:2,3,5
34:8,11 59:1,4
125:22 126:14,
17,22 131:24
132:1,2 180:21

**trainings**
126:2,4

**transcript**
100:3,15,17
101:14 103:16

104:12

**transcripts**
63:18 100:5
101:22 104:5

**transfer** 48:8

**transferred**
15:18

**transferring**
48:17

**traveling**
181:10

**treated** 235:4

**treatment**
79:24

**Trevino** 207:24
209:3

**trial** 63:21
100:19,20,22
102:14

**troops** 212:9

**trouble** 232:4

**troubling**
22:13

**true** 22:15
47:16 67:12
131:19 143:20
189:16 213:15
221:24 228:1
233:12

**trusting**
130:14

**trustworthy**
174:18

**truth** 9:25

**truthfully** 14:5,
9

**Ts** 191:25
214:6

**turn** 42:4 84:23

**turned** 53:2
57:9 107:23
219:15

**turning** 33:19
84:20 91:1

**TV** 205:1

**type** 17:8 45:1
52:13 70:18
82:21 108:14
144:22 172:12
182:12 184:25
199:5 203:2
205:15

**types** 19:20
41:11 77:23
98:4 140:20
141:10,18
142:5 145:24
188:22,23
192:14

**typical** 33:23
56:18 94:13
165:18

**typically**
27:19,20 29:1
39:15,19 93:9
136:2,12
140:18 148:6
189:4 190:7

---

**U**

**Uh-huh** 160:20

**ultimately** 83:5
85:2 86:6
100:12 152:23

**un** 67:14

**uncovered**
112:2

**underlying**
204:13 205:11

**unders** 25:11

**understand**
13:14 14:4,8
17:15 20:12
25:12 39:8
44:10 50:7 53:7
61:13 64:20
72:5 77:24 78:1
82:1 87:12
88:23 98:12
118:4 121:10
147:21 193:7,8
194:14,21
197:3 198:3,17

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:18-cv-02029-Document #: 292-3 Filed: 07/05/21 Page 272 of 273 PageID #:7589
The deposition of PHILIP CLINE taken on May 3, 2021
270

200:18 204:1

**understanding**
30:20 36:15
87:19,21
103:13 143:3
148:6 150:6
151:8,12
196:11 200:20

**understood**
13:18 37:24
89:17

**unfair** 101:12,
20 103:2
104:16

**unfounded**
67:22 69:21

**unique** 44:3
117:9,11,12
118:9 119:3,8
135:15

**unit** 18:1 19:5,7
20:10,17 21:4
51:15 52:16
69:22 77:6 84:7
93:17 111:16,
21,25 133:6
143:4 147:3
148:13,18
150:12 187:19
188:9 193:5

**United** 8:10
240:23

**units** 77:23
115:19,20,23
123:2 140:3
181:16,20
205:19

**unpaid** 71:22

**unsolved**
43:12 46:3,8,10

**upset** 97:15

**utilizing**
104:12

—————

**V**

—————

**vacate** 237:16
238:2

**vague** 30:4
130:23 203:8

**Varga** 9:7

**versus** 8:8,9
117:6 234:12

**Vice** 52:19,23
176:14

**victims** 181:11

**video** 8:4

**videoconferen
ce** 8:6

**view** 23:15,21
24:4 35:5 96:6
97:11 110:11
224:22 237:6

**violent** 15:6,24
17:23 18:1,7,
22,25 19:3,8
20:4,7 21:17
24:19 26:14,16
27:10,20 28:4
29:1,8,21,25
30:17 31:2
34:13 40:9
41:18 42:25
45:16 51:4
66:10,12 72:17,
19 73:17,25
80:22 84:24
92:20,22 116:6,
8,11 120:25
126:21 188:11
239:18

**volume** 70:10

**vouch** 25:3
228:20 229:1,3,
8

**vouching** 26:8

—————

**W**

—————

**waiting** 16:25

**waive** 133:25

**waived** 133:14
134:14 136:4

**waiver** 133:2
135:20

**waivers**
135:24 136:2

**walk** 14:15
130:11,12
138:9

**walked** 137:2

**walking**
140:23 222:10

**wanted** 10:20
52:20 66:11
75:18 121:16
127:4 129:4
149:20,21
157:10 170:25
172:10,13
189:25 190:2
202:19 204:20
205:16 210:7
211:16,20
212:7,11,19,20
236:24

**warning** 134:3

**warranted**
70:15

**warrants**
125:23 126:7,8

**watch** 24:21
28:20 127:17
190:10,11

**watching**
204:25

**ways** 55:5
56:24 179:9

**week** 139:8
159:21 164:18
165:11

**weekend**
227:20 242:4

**Weekends**
164:20

**weigh** 148:22

**welcomed**
33:12

**were1** 27:19

**wheth** 80:10

**who'd** 95:4

97:11

**who've** 236:16

**wife** 203:20
204:24

**Willie** 52:17,21,
25 53:4

**Wilson** 240:20

**wiretaps** 53:14
82:19

**witnesses**
34:25 38:25
39:14,19 54:2,
6,12,14 140:13
209:22

**woman** 204:21
222:25

**women** 122:8,
21

**Woodall** 151:5,
6,19 152:9

**word** 222:2
229:7 232:13
233:22

**words** 24:11
26:8 83:5 91:9
194:17 195:6
198:4 199:11,
18 216:11
221:15

**work** 11:6,10
14:12 18:6
28:6,8 29:2
34:12,17 37:5
52:13 53:2,8,16
56:16,25 79:18
92:19,25 93:9,
14 94:18,24
95:5 98:8 99:17
121:1 122:21
124:23 163:13
164:14 166:12
173:7 177:16
182:3 186:4,24
188:20 190:1,2,
25 195:8 205:8
224:11

**worked** 16:21
28:7 29:1,14
34:12 35:11

51:19 52:10
82:9 85:7 94:7,
19,23 105:1
106:10 115:22
116:20 120:6
126:21 165:13,
23 166:7
167:22 168:2,
17 169:25
170:5 177:3,5,
22,25 189:7,8
201:20 227:20

**working** 14:23
15:1 17:23 18:2
20:9,16 21:4
26:1 29:7,11
30:9,21 31:13
36:14 37:1,15,
19 39:18 41:8
42:1,6 51:22
53:6 56:25 67:2
69:25 72:21
73:2 76:19 77:1
78:8 92:10
97:8,9 98:4
105:17 112:16
116:5 120:22
121:2 123:2,3
125:17 128:2
131:23 139:17,
25 150:25
157:11 160:9
165:4 169:17
170:12 172:2,
19,21,24 175:3,
24 181:22
187:1,21 189:2,
23 191:9 206:7
212:2,14
214:12 224:12

**worksheet**
60:3

**world** 178:6

**Worley** 9:7

**worried** 210:6
214:16

**worry** 192:10

**would've** 92:6
93:11 109:22
111:25 152:25
216:5 220:7
232:23



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**write** 35:2,6
36:15,20 39:5,
10

**writing** 36:1,5
38:17,23
214:13,23

**written** 98:17
135:19,24
136:2 220:3

**wrong** 223:19

**wrote** 39:5,10

———————

**Y**

———————

**year** 12:10
15:8,22 69:1
81:5 240:15,16

**years** 11:5 20:1
65:23 73:14
74:20,23 75:22
77:13 102:13,
25 116:15,20
119:15 122:1
137:4,10 162:5
178:15,17
240:17

**yesterday**
61:11,14 62:8
63:1

**youth** 207:23
209:4

———————

**Z**

———————

**Zehner** 9:2

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com