**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THOMAS SIERRA, | ) | |
| Plaintiff, | ) | No. 18 C 3029 |
| | ) | |
| v. | ) | Hon. John Z. Lee |
| | ) | Hon. M. David Weisman |
| REYNALDO GUEVARA, *et al.*, | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| WILLIAM NEGRON, | ) | |
| Plaintiff, | ) | No. 18 C 2701 |
| | ) | |
| v. | ) | Hon. Joan B. Gottschall |
| | ) | Hon. M. David Weisman |
| REYNALDO GUEVARA, *et al.*, | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| ARIEL GOMEZ, | ) | |
| Plaintiff, | ) | No. 18 C 3335 |
| | ) | |
| v. | ) | Hon. Charles P. Kocoras |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| RICARDO RODRIGUEZ, | ) | |
| Plaintiff, | ) | No. 18 C 7951 |
| | ) | |
| v. | ) | Hon. Mary M. Rowland |
| | ) | Hon. Susan E. Cox |
| REYNALDO GUEVARA, *et al.*, | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| ROBERT BOUTO, | ) | |
|     Plaintiff, | ) | No. 19 C 2441 |
| | ) | |
| v. | ) | Hon. John F. Kness |
| | ) | Hon. Susan E. Cox |
| REYNALDO GUEVARA, *et al.*, | ) | |
|     Defendants. | ) | |

| | | |
|---|---|---|
| GERALDO IGLESIAS, | ) | |
|     Plaintiff, | ) | No. 19 C 6508 |
| | ) | |
| v. | ) | Hon. Franklin U. Valderrama |
| | ) | Hon. Maria Valdez |
| REYNALDO GUEVARA, *et al.*, | ) | |
|     Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| DEMETRIUS JOHNSON, | ) | |
|     Plaintiff, | ) | No. 20 C 4156 |
| | ) | |
| v. | ) | Hon. Sara L. Ellis |
| | ) | Hon. Heather K. McShain |
| REYNALDO GUEVARA, *et al.*, | ) | |
|     Defendants. | ) | |

## [AGREED ORDER

Plaintiff's motion for a protective order to prevent duplicative depositions of third-party witnesses is resolved by agreement of the parties. Pursuant to that agreement, it is hereby ordered as follows:

This Order applies to the following cases in which the plaintiff filed a motion to prevent duplicative depositions of Rule 404(b) witnesses: *Sierra*, No. 18 C 3029; *Negron*, No. 18 C 2701; *Gomez*, No. 18 C 3335; *Rodriguez*, No. 18 C 7951; *Bouto*, No. 19 C 2441; *Iglesias*, No. 19 C 6508; *Johnson*, No. 20 C 4156, as well as *Almodovar*, No. 18 C 2341 (collectively, the "Cases").

In the Cases, the parties shall conduct a single deposition of each Rule 404(b) witness disclosed in more than one of the Cases, to be conducted under the supervision of Magistrate Judge Weisman, as follows:

    a. Each deposition may last up to eight hours if needed;

    b. The parties shall complete depositions of all of the 404(b) witnesses disclosed across multiple Cases by October 29, 2021.

    c. In *Almodovar*, where a motion to limit Plaintiff's list of 404(b) witnesses is pending, Almodovar's counsel shall provide fourteen (14) days advance notice if Plaintiff Almodovar intends to rely on any scheduled 404(b) witness for Almodovar's 404(b) purposes.

Dated: July 6, 2021

*M. David Weisman*
_____
THE HONORABLE M. DAVID WEISMAN
Magistrate Judge, U.S. District Court for the Northern District of Illinois