IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **Thomas Sierra**, <br><br> Plaintiff, <br><br> v. <br><br> **Reynaldo Guevara** et al., <br><br> Defendants. | No. 18 C 3029 <br><br> Hon. John Z. Lee, <br> District Judge <br><br> Hon. M. David Weisman, <br> Magistrate Judge |

**Plaintiff's Unopposed Motion for Additional Extension of Time to
File Response to the Cook County Public Defender's Motion to Quash**

Plaintiff Thomas Sierra, through his undersigned counsel, respectfully moves for an extension of time to file his response to the motion to quash filed by the Office of the Cook County Public Defender (dkt. 287). In support of the motion, Plaintiff states as follows:

1. The Office of the Cook County Public Defender (CCPD), a third-party subpoena respondent, has moved to quash Plaintiff's subpoena. Dkt. 287. Plaintiff's response to the motion is currently due on July 19, 2021. Dkt. 291. The matter is set for hearing on August 11, 2021. Dkt. 298.

2. As noted in Plaintiff's previous motion for an extension of time (dkt. 290), Magistrate Judge Harjani is currently adjudicating similar issues in the consolidated cases of *Reyes v. Guevara*, No. 18 C 1028 (N.D. Ill.), and *Solache v. City of Chicago*, No. 18 C 2312 (N.D. Ill.).

3. On July 12, 2021, Judge Harjani held a second hearing on the motion to quash at which counsel for the parties, the CCPD, and the Cook County State's

Attorney's Office appeared. Judge Harjani requested additional information and set the matter for a further hearing on July 22, 2021. *Reyes*, dkt. 445.

4. The factfinding currently being conducted by Judge Harjani is intended to assess the burden on third parties associated with the subpoenas for homicide files issued to the CCPD and the CCSAO. This information will be directly relevant to the motion pending before this Court. In addition, Judge Harjani's ultimate ruling on the motion will inform the litigants' positions going forward and may present a means to resolve the motion in this case without the need for this Court's intervention.

5. Plaintiff therefore respectfully requests that the deadline for his response to the CCPD's motion to quash be extended by one additional week to July 26, 2021.

6. No party or non-party subpoena respondent will be prejudiced by an extension to July 26, 2021. Plaintiff's counsel has conferred with counsel for the CCPD and Defendant City, who do not object to this motion.

WHEREFORE, Plaintiff respectfully moves for an extension of time to file his response to the motion to quash filed by the Office of the Cook County Public Defender (dkt. 287) until July 26, 2021.

July 19, 2021

Respectfully submitted,

/s/ John Hazinski
*One of Plaintiff's Attorneys*

Jon Loevy
Anand Swaminathan
Steven Art
Josh Tepfer

Sean Starr
Rachel Brady
John Hazinski
Loevy & Loevy
311 N. Aberdeen St.
Chicago, IL 60607
(312) 243-5900
hazinski@loevy.com

## Certificate of Service

I, John Hazinski, an attorney, hereby certify that on July 19, 2021, I filed the foregoing Plaintiff's Unopposed Motion for Additional Extension of Time to File Response to the Cook County Public Defender's Motion to Quash using the Court's CM/ECF system, thereby serving it on all counsel of record.

/s/ John Hazinski
*One of Plaintiff's Attorneys*