IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **Thomas Sierra**, <br><br> Plaintiff, <br><br> v. <br><br> **Reynaldo Guevara** et al., <br><br> Defendants. | No. 18 C 3029 <br><br> Hon. John Z. Lee, <br> District Judge <br><br> Hon. M. David Weisman, <br> Magistrate Judge |

**Plaintiff's Status Report Regarding
Third-Party *Monell* Litigation in *Reyes* and *Solache***

Pursuant to the Court's order of August 3, 2021 (dkt. 307), Plaintiff respectfully submits the following status report regarding the motion to quash filed by the Office of the Cook County Public Defender in the consolidated cases of *Reyes v. Guevara*, No. 18 C 1028 (N.D. Ill.), and *Solache v. Guevara*, No. 18 C 2312 (N.D. Ill.), stating as follows:

1. On August 2, 2021, Plaintiff filed a motion for extension of time (dkt. 306) to respond to the pending motion to quash filed by the Cook County Public Defender (dkt. 287).

2. The Court granted the motion and directed that Plaintiff should notify the Court when Judge Harjani issues his ruling on the motion to quash in the *Reyes* and *Solache* cases. Dkt. 307.

3. On August 5, 2021, Judge Harjani issued his ruling granting in part and denying in part the CCPD's motion. *See Reyes*, No. 18 C 1028, dkts. 470 & 471.

Specifically, Judge Harjani ordered the CCPD to produce 132 randomly selected files by August 18, 2021.

    4.    Pursuant to the Court's order on Plaintiff's prior request for an extension of time, Plaintiff's response to the motion to quash in this case is due fives days from the date of that decision, or August 10, 2021.

August 5, 2021                      Respectfully submitted,

                                        /s/ John Hazinski
                                        *One of Plaintiff's Attorneys*

Jon Loevy
Anand Swaminathan
Steven Art
Josh Tepfer
Sean Starr
Rachel Brady
John Hazinski
Loevy & Loevy
311 N. Aberdeen St.
Chicago, IL 60607
(312) 243-5900
hazinski@loevy.com