IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS SIERRA, | ) | |
| Plaintiff, | ) | No. 18 C 3029 |
| | ) | |
| v. | ) | Hon. John Z. Lee |
| | ) | Hon. M. David Weisman |
| REYNALDO GUEVARA, *et al.*, | ) | |
| Defendants. | ) | |

**PARTIES' JOINT STATUS REPORT**

Pursuant to the Court's order (Dkt. 337), the parties in the above-captioned cases submit the following joint status report:

1. Plaintiff and the City have conferred after last week's status conference. The parties do not have agreements to report to the Court.

2. That said, the parties do not seek to submit any additional briefings in advance of tomorrow's hearing. The parties are prepared to discuss their respective positions at tomorrow's hearing.

Dated: October 20, 2021

Respectfully submitted,

| | |
|---|---|
| /s/ Anand Swaminathan | CELIA MEZA |
| Jon Loevy | Acting Corporation Counsel of the City of Chicago |
| Anand Swaminathan | |
| Steven Art | |
| Josh Tepfer | /s/ Eileen E. Rosen |
| Sean Starr | Eileen E. Rosen |
| Rachel Brady | Catherine M. Barber |
| Loevy & Loevy | Theresa Berousek Carney |
| 311 N. Aberdeen St. | Austin G. Rahe |
| Chicago, Illinois 60607 | Special Assistant Corporation Counsel |
| **For Plaintiff** | Rock Fusco & Connelly, LLC |
| | 321 N. Clark Street, Suite 2200 |
| | Chicago, Illinois 60654 |
| | **For Defendant City of Chicago** |

## **CERTIFICATE OF SERVICE**

    I, Anand Swaminathan, an attorney, certify that on October 20, 2021, I served a copy of the foregoing motion on all counsel of record through the Court's electronic filing system.

                                              /s/ Anand Swaminathan
                                              *One of Plaintiff's Attorneys*