IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Thomas Sierra**, | No. 18 C 3029 |
| Plaintiff, | Hon. John Z. Lee, District Judge |
| v. | |
| **Reynaldo Guevara** et al., | Hon. M. David Weisman, Magistrate Judge |
| Defendants. | |

**Parties' Joint Status Report Regarding
Related *Monell* Discovery and Fact Discovery Deadline**

Pursuant to the Court's order of November 12, 2021 (Dkt. 346), the parties respectfully submit the following status report.

1.     The parties have conferred and reached agreement on the procedural steps necessary to permit the parties' use of the CPD homicide files, and associated State's Attorney and Public Defender files, from *Reyes/Solache*, *Fields* and *Rivera*. By agreement, Plaintiff will designate the specific set of files from those cases to be used here, and identify that such records will be treated as confidential pursuant to the protective order in this case. No action by this Court is necessary.

2.     Additionally, the parties have conferred about the length of time needed to complete all individual case and *Monell* fact discovery. Based on the approximately 10-12 depositions left to completed, the upcoming holidays, and upcoming deadlines in other cases, the parties jointly request an extension through March 1, 2022 to complete all individual and *Monell* fact discovery.

December 13, 2021

Respectfully submitted,

/s/ Anand Swaminathan
Jon Loevy
Anand Swaminathan
Steven Art
Josh Tepfer
Sean Starr
Rachel Brady
Bella Aguilar
Loevy & Loevy
311 N. Aberdeen St.
Chicago, Illinois 60607
(312) 243-5900
**For Plaintiff**

CELIA MEZA
Corporation Counsel of the
City of Chicago

/s/ Eileen E. Rosen
Eileen E. Rosen
Catherine M. Barber
Theresa Berousek Carney
Austin G. Rahe
Special Assistant
Corporation Counsel
Rock Fusco & Connelly,
LLC
321 N. Clark Street, Suite
2200
Chicago, Illinois 60654
(312) 494-1000
**For Defendant City of
Chicago**

/s/ Josh M. Engquist
James G. Sotos
Josh M. Engquist
Jeffrey R. Kivetz
David A. Brueggen
Samantha J. Pallini
Special Assistant
Corporation Counsel
The Sotos Law Firm, P.C.
141 W. Jackson, Suite
1240A
Chicago, Illinois 60604
(630) 735-3300
**For Defendants JoAnn
Halvorsen, as Special
Representative for
Ernest Halvorsen,
deceased, Wojcik,
McMurray, Figueroa,
and Biebel**

/s/ Megan K. McGrath
Megan K. McGrath
Thomas M. Leinenweber
James V. Daffada
Kevin E. Zibolski
Special Assistant
Corporation Counsel
Leinenweber Baroni &
Daffada, LLC
120 N. LaSalle Street,
Suite 2000
Chicago, Illinois 60602
(312) 663-3003
**For Defendant
Guevara**

## CERTIFICATE OF SERVICE

I, Sean Starr, an attorney, hereby certify that on December 13, 2021 I caused the foregoing Joint Status Report to be filed using the Court's CM/ECF system, thereby effectuating service on all counsel of record.

/s/ Sean Starr
*Attorney for Plaintiff*