**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THOMAS SIERRA, | ) | |
| | ) | Case No. 18 CV 3029 |
| Plaintiff, | ) | |
| | ) | Judge John Z. Lee |
| v. | ) | |
| | ) | Magistrate Judge M. David Weisman |
| REYNALDO GUEVARA, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | JURY TRIAL DEMANDED |

**PARTIES' JOINT STATUS REPORT**

Pursuant to the Court's Order (Dkt. 360), the parties in the above captioned matter submit the following joint status report:

**A.  Retention of a Private Attorney For Alberto Rodriguez.**

The parties have met and conferred on retaining a private attorney to represent Alberto Rodriguez in his deposition. The parties have agreed to jointly split the costs and fees associated with hiring and retaining a local attorney in the Arkansas/Tennessee area to represent Mr. Rodriguez while he is incarcerated in Forest City, Arkansas. The parties are currently in the process of compiling a list of mutually agreeable attorneys and will report back to the court upon finding an attorney who will agree to represent Mr. Rodriguez. The parties anticipate retaining an attorney for Mr. Rodriguez by April 11 and will work to reschedule the deposition thereafter.

Dated: March 28, 2022

Respectfully submitted,

/s/ Jeffrey R. Kivetz
JEFFREY R. KIVETZ
Special Assistant Corporation Counsel
*One of the Attorneys for Individual Defendants*
James G. Sotos
Jeffrey R. Kivetz
Josh M. Engquist
David A. Brueggen
Samantha J. Pallini
THE SOTOS LAW FIRM, P.C.
141 W. Jackson, Suite 1240A
Chicago, Illinois 60604
(630) 735-3300
jkivetz@jsotoslaw.com

Respectfully submitted,

/s/ Megan K. McGrath
MEGAN K. McGRATH
*One of the Attorneys for Defendant Guevara*
Thomas M. Leinenweber
James V. Daffada
Megan K. McGrath
Kevin E. Zibolski
Michael J. Schalka
Leinenweber Barone & Daffada LLC
120 N. LaSalle St.
Suite 2000
Chicago, IL 60602
(847) 251-4091
mkm@ilesq.com

Respectfully submitted,

CELIA MEZA,
Corporation Counsel for City of Chicago

/s/ Eileen Rosen
EILEEN ROSEN
Special Assistant Corporation Counsel
*One of the Attorneys for City of Chicago*
Eileen E. Rosen
Catherine M. Barber
Theresa B. Carney
Austin G. Rahe
Rock Fusco & Connelly, LLC
312 N. Clark, Suite 2200
Chicago, IL 60654
(312) 494-1000
erosen@rfclaw.com

Respectfully submitted,

/s/ Steven Art
STEVEN ART
*One of the Attorneys for Plaintiff*
Jon Loevy
Anand Swaminathan
Steven Art
Rachel Brady
Sean Starr
Loevy & Loevy
311 N. Aberdeen St.
Chicago, IL 60607
(312) 243-5900
steve@loevy.com

2

## CERTIFICATE OF SERVICE

      I, Jeffrey R. Kivetz, an attorney, certify that on **Monday, March 28, 2022,** I electronically filed the foregoing **Parties Joint Status Report** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

*Attorneys for Thomas Sierra:*

Jon Loevy
Steven Art
Anand Swaminathan
Joshua A. Tepfer
Rachel Brady
Sean Starr
Imani Franklin
Isabella Aguilar
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
jon@loevy.com
steve@loevy.com
anand@loevy.com
josh@loevy.com
brady@loevy.com
sean@loevy.com
imani@loevy.com
aguilar@loevy.com

*Attorneys for City of Chicago:*

Eileen E. Rosen
Patrick R. Moran
Stacy A. Benjamin
Catherine M. Barber
Theresa B. Carney
Austin Gordon Rahe
Rock Rusco & Connelly, LLC
312 N. Clark, Suite 2200
Chicago, IL 60654
(312) 494-1000
erosen@rfclaw.com
pmoran@rfclaw.com
sbenjamin@rfclaw.com
cbarber@rfclaw.com
tcarney@rfclaw.com
arahe@rfclaw.com

*Attorneys for Defendants Guevara and Halverson:*

James V. Daffada
Megan K. McGrath
Thomas M. Leinenweber
Kevin Edward Zibolski
Michael John Schalka
Leinenweber Baroni & Daffada, LLC
120 N. LaSalle St., Suite 2000
Chicago, IL 60602
(312) 663-3003
jim@ilesq.com
mkm@ilesq.com
thomas@ilesq.com
kevin@ilesq.com
mjs@ilesq.com

/s/ Jeffrey R. Kivetz
Jeffrey R. Kivetz