# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
JUAN JOHNSON,                    *
              Plaintiff         *
                                 *
              vs.               *
                                 *
REYNALDO GUEVARA, and           *
THE CITY OF CHICAGO,            *
              Defendants        *    NO. 2005 Civil 1042
                               ***
```

Deposition of  :  ALBERTO RODRIGUEZ

Date           :  Friday; January 9, 2009
                  9:00 a.m.

Place          :  Conference Room No. 1
                  FCI McKean
                  Big Shanty Road
                  Lewis Run, Pennsylvania 16738

Reported By    :  Jan M. Merritt
                  Court Reporter & Notary Public


APPEARANCES:

        LIZ MAZUR, Esquire
            appeared via telephone on behalf of Plaintiff

        CHRISTINA WHITE, Esquire
            appeared on behalf of Defendant City of Chicago


SCHREIBER REPORTING SERVICES
P.O. BOX 997
St. Marys, PA  15857
(814) 834-5337

JR-JJ 053808

```
 1                  (OFF-THE-RECORD DISCUSSION.)

 2

 3              ALBERTO RODRIGUEZ, called as a witness,

 4   was sworn and examined, testified as follows:

 5                      DIRECT EXAMINATION

 6   BY MS. WHITE:

 7          Q.    Okay, let's get started.  Let the record

 8   reflect this is the deposition of Alberto Rodriguez taken

 9   pursuant to subpoena and the Federal Rules of Civil Procedure

10   in Case No. 05-C-1042, captioned Juan Johnson versus Reynaldo

11   Guevara and the City of Chicago, pending in the U.S. District

12   Court for the Northern District of Illinois.

13          This deposition is being taken at the McKean Federal

14   Correctional Institute in Lewis Run, Pennsylvania, on

15   January 9, 2009.  Present in addition to Mr. Rodriguez are Jan

16   Merritt, a sworn notary and court reporter; myself, Christina

17   White; and counsel for the Plaintiff, Liz Mazur, is attending

18   by telephone.

19          The witness has been sworn in.  Can you please state

20   your full name and spell your last name for the record?

21          A.    Alberto Rodriguez, R-o-d-r-i-g-u-e-z.

22          Q.    Mr. Rodriguez, have you ever given a deposition

23   before?

24          A.    I'm not sure what a deposition is.

25          Q.    Okay, okay.  A deposition is just like this,
```

JR-JJ 053809

1   where we are sitting in a room, there may be anywhere from one

2   to any number of attorneys, and the court reporter taking down

3   what you say.  And you are under oath, you have to tell the

4   truth in the things you say.

5          Depositions are typically taken in cases, typically

6   civil cases, although they are taken in criminal cases, but in

7   cases that are pending, prior to the trial.

8          A.   Okay.

9          Q.   So I hope that explains it for you.  And I'm

10  really only asking at this point because I'm going to go over

11  some ground rules for the deposition with you.  If you had

12  previously done one, I wouldn't need to go through those

13  ground rules.

14         A.   No, not really.

15         Q.   Okay.  The rules are pretty easy.

16         A.   Okay.

17         Q.   Here's the rules.  You can see that she is

18  typing over there, taking down everything we say today, and

19  she'll take it and put it into a transcript.

20         A.   Okay.

21         Q.   And because she's typing, we have to answer

22  verbally.  And also, Liz is not here to see if you are nodding

23  your head.  Or if you say uh-huh or huh-uh, it's tough for her

24  to type down and it's kind of tough for her to tell what your

25  answer is.

JR-JJ 053810

1          A.    Okay.

2          Q.    So I'm going to ask you a series of questions.

3  Ms. Mazur may ask you a series of questions.  And you need to

4  answer verbally.  You need to wait until I'm done with my

5  question before you answer.  I'll do my best not to interrupt

6  you when you're answering as well.

7          A.    Okay.

8          Q.    If you don't understand my question, just ask

9  me and I'll rephrase it or explain it.  Okay?

10         A.    Okay.

11         Q.    But if you answer my question, I'm going to

12  assume you understood the question.  Sound fair?

13         A.    Okay.

14         Q.    If you need a break for any reason, just ask

15  and we will go ahead and take a break.

16         And if you hear an objection, just stop, and

17  Ms. Mazur and I will work it out and advise you what you need

18  to do.  Okay?

19         A.    Okay.

20         Q.    All right.  Can you give me your inmate number?

21         A.    145, 33, 424.

22         Q.    And you are currently incarcerated, correct?

23         A.    Correct.

24         Q.    And where are you incarcerated?

25         A.    FCI McKean.

1    Q.    That's in Lewis Run, Pennsylvania?

2    A.    Yes, ma'am.

3    Q.    How long have you been incarcerated here?

4    A.    I would say since 2005.

5    Q.    What have you been convicted for?

6    A.    Racketeering and gun charges.

7    Q.    What court were you convicted out of?

8    A.    United States Federal Court, Dirksen Building.

9    Q.    In Chicago?

10   A.    Yeah.

11   Q.    And was your conviction in 2005?

12   A.    I believe so, yes.

13   Q.    Have you been housed anywhere besides FCI

14   McKean during this conviction, this sentence?

15   A.    Well, I did some -- my pretrial in MCC Chicago.

16   Then I went to several county jails as well before I got here.

17   Q.    Were those all in Illinois?

18   A.    Wisconcin, Illinois.

19   Q.    Do you recall the names of those county jails?

20   A.    I believe one was Freeport County, and one was

21   Kenosha County.  Dodge County.  That's all I remember for now.

22   Q.    All right.  What is your sentence?

23   A.    I got 25 years.

24   Q.    What was your address prior to incarceration?

25   A.    Well, I didn't have an address.  Actually, I

JR-JJ 053812

```
 1    was just staying with relatives here and there.

 2              Q.    Do you recall your address in May of 1995?

 3              A.    Might have been 2717 North Hoyne.

 4              Q.    Did you rent or own that?

 5              A.    I was staying with my relatives there.

 6              Q.    Which relatives?

 7              A.    My mom.

 8              Q.    What's your mom's name?

 9              A.    Maria Rodriguez.

10              Q.    How long did you stay with your mom on Hoyne

11    Street?

12              A.    Pretty much stayed with her mostly all the

13    time.  Really long time.

14              Q.    Would you say years?

15              A.    Yeah, many years.

16              Q.    What's your date of birth?

17              A.    6/19/73.

18              Q.    What's your Social Security?

19              A.    35 -- I'm not sure.  353-62 -- or 64-6218.

20              Q.    What is your marital status?

21              A.    Single.

22              Q.    Have you ever been married?

23              A.    No.  I have children.

24              Q.    How many children do you have?

25              A.    Two children.
```

JR-JJ 053813

1    Q.    And can you give me their names and ages?

2    A.    Xavier and Alberto.

3    Q.    Are their last names Rodriguez?

4    A.    Yes, ma'am.

5    Q.    How old is Xavier?

6    A.    Xavier is 11 and Alberto is 12.

7    Q.    Are you on any medications today that would

8 interfere with your ability to answer my questions honestly?

9    A.    No.

10   Q.    Are you on any medications today that would

11 interfere with your ability to understand my questions?

12   A.    No.

13   Q.    Do you have any convictions previous to the one

14 you're currently serving your sentence for?

15   A.    Yeah, I believe so.  I think I have a gun

16 charge and a drug charge, if I am not mistaken.

17   Q.    Were the drug and gun charge tried together, or

18 did you plead to them together?

19   A.    Well, I took the drug charge to trial.  And the

20 gun charge, I pled guilty.

21   Q.    Let's start with the gun charge.  Do you

22 remember when that trial occurred?

23   A.    I would say around maybe '96.  Maybe.

24   Q.    Which court was that in?

25   A.    Cook County.

| | | |
|---|---|---|
| 1 | Q. | State court? |
| 2 | A. | Yes. |
| 3 | Q. | What was your sentence on that? |
| 4 | A. | On the drug charge? |
| 5 | Q. | On the gun charge. |

1   Q.    State court?

2   A.    Yes.

3   Q.    What was your sentence on that?

4   A.    On the drug charge?

5   Q.    On the gun charge.

6   A.    Gun charge?  I took the drug charge to trial

7 and I had pending the gun charge, so when I pled guilty for

8 the gun, they ran them together and gave me probation.

9   Q.    Okay, I think I might --

10  A.    Two years probation.

11  Q.    I apologize for interrupting.  I think I might

12 have written my notes wrong.  Which one did you take to trial?

13  A.    The drug charge.

14  Q.    What was the sentence that they gave you for

15 both of them together?  It was probation?

16  A.    Probation, two years probation.

17  Q.    Were you ever incarcerated at all relating to

18 the drug and gun charges in 1996?

19  A.    Yeah.  I did -- when I lost my trial for the

20 drug charge, I did maybe almost a month in Cook County Jail.

21 I was detained when I lost the trial.

22  Q.    Have you ever been arrested by the Chicago

23 Police Department?

24  A.    Yes.

25  Q.    How many times?

1          A.     Several times.

2          Q.     Would you say more than five?

3          A.     Yes.

4          Q.     Would you say more than ten?

5          A.     Yes.

6          Q.     More than 15?

7          A.     Maybe around there.

8          Q.     Do you know if you were ever arrested by an

9     officer named Reynaldo Guevara?

10         A.     No.  I don't know officers' names.

11         Q.     That was going to be my next question.  Do you

12    know of a Chicago police officer named Rey Guevara?

13         A.     Not that I can remember.

14         Q.     Well, as you may have heard me state earlier,

15    he's a defendant named in this case.

16         A.     Uh-huh.

17         Q.     So if later on you think you may remember him

18    or may know him, just let me know.  But as you sit here right

19    now, you don't know who that is, correct?

20         A.     What's the name there?

21         Q.     Rey Guevara?

22         A.     Rey Guevara?

23         Q.     Uh-huh.  Have you ever heard any of your cell

24    mates at any time you have been incarcerated discuss a Chicago

25    police officer named Rey Guevara?

1    A. No.

2    Q. As a result of any of your arrests, did you

3 ever file any complaints regarding treatment during your

4 arrest or incarceration?

5    A. Which incarceration?

6    Q. Any time you were incarcerated by the Chicago

7 police department.  I think once you were held at Cook County

8 Jail, another time MCC, which really isn't --

9    A. No, no.

10    Q. Have you ever been physically abused during any

11 of your arrests?

12    A. Well, yeah.  But it was for refusing to be

13 arrested for disorderly conduct.

14    Q. Any other times?

15    A. Not that I recall.

16    Q. And what was the last grade of education you've

17 completed?

18    A. Eighth grade.

19    Q. Which city was that in?

20    A. Chicago, Illinois.

21    Q. Do you know how to read and write?

22    A. A little bit.

23    Q. Where were you employed prior to your

24 incarceration?

25    A. I really didn't seek too much employment.  I

JR-JJ 053817

```
1    was just basically self-employed.
2              Q.    What were you doing being self-employed?
3              A.    Like painting people's houses, working on cars,
4    stuff like that.
5              Q.    Have you ever filed a lawsuit against anyone?
6              A.    No.
7              Q.    Have you ever had anyone file a lawsuit against
8    you?
9              A.    (No response.)
10             Q.    Besides the criminal charges we have already
11   discussed.
12             A.    No.
13             Q.    Have you ever testified in court?
14             A.    Yes.   On this case I believe it was.
15             Q.    Any other times?
16             A.    No.
17             Q.    Do you understand the oath you took a few
18   minutes ago?
19             A.    I believe so.
20             Q.    And you understand that means you have to tell
21   the truth today?
22             A.    Yes.
23             Q.    Do you wear glasses?
24             A.    No.
25             Q.    Have you ever worn glasses?
```

SCHREIBER REPORTING SERVICES

1          A.    No.

2          Q.    Have you ever been a member of a gang?

3          A.    Yes.

4          Q.    Which gang?

5          A.    The Latin Kings.

6          Q.    Are you in a gang today?

7          A.    No.  I have grown up from that.  I mean, I was

8     a family man before I got arrested.  I'm into my children and

9     trying to do better for my children, not giving them the

10    lifestyle that I lived.

11         Q.    How old were you when you joined the Latin

12    Kings?

13         A.    Umm, I would say since maybe '87, '88.

14         MS. MAZUR:  Can I just ask the witness to speak up a

15    little bit?  I'm having a little bit of a hard time hearing

16    him.

17         THE WITNESS:  Yes, ma'am.

18         MS. MAZUR:  Thank you very much.

19    BY MS. WHITE:

20         Q.    Do you remember what year -- well, did you

21    formally quit the Latin Kings?

22         A.    Yes, I did.

23         Q.    Do you remember what year that was?

24         A.    I believe it was '96, '97.

25         Q.    And is there some sort of process for leaving

1   the gang?

2           A.   Yes, there is a process of --

3           Q.   Can you tell me about that?

4           A.   Well, you got to get beat up in order to get

5   out of the gang.

6           Q.   Did you have to get beat up to leave?

7           A.   No, I just left, left Chicago.  Left Chicago.

8           Q.   Where did you go when you left Chicago?

9           A.   To Florida.

10          Q.   Why Florida?

11          A.   That's where my kids' mom stayed at, so that's

12  where I went.  My kid was just born and everything.  I figured

13  I don't need this, I don't need the trouble and this stuff

14  anymore.  I felt I was tired of it and I didn't want that

15  lifestyle anymore.

16          Q.   Did anyone from the gang contact you after you

17  left and moved to Florida?

18          A.   Well, they -- they -- I had to come back for

19  court, because I had a court case.  I was coming back for

20  court and they had contacted me because they had seen me

21  around.  Yes, they had contacted me.

22          Q.   Which faction or neighborhood of the Kings were

23  you a member of?

24          A.   Diversey and Hoyne.

25          Q.   Are the Kings members of the Folks or the

SCHREIBER REPORTING SERVICES

JR-JJ 053820

1    People?

2         A.    They're People.

3         Q.    And were there any other gangs that your

4    faction was friendly with at that time?  Well, I'm going to

5    direct your attention to 1995.  Are there any other gangs that

6    your gang was associated with?

7         A.    Well, the Kings have many allies.  That I know

8    of, we didn't have any trouble with any of the allies then.

9         Q.    Can you tell me the names of a couple of the

10   other gangs that were allies?

11        A.    I would say like Spanish Lords, Unknowns, Black

12   P-Stones.

13        Q.    And are they all People as well?

14        A.    Yes.

15        Q.    Let's talk about some of the enemy gangs that

16   you guys had around 1995.  Who were general enemies of the

17   Kings?

18        A.    Well, a lot of people didn't like the Kings,

19   you know.  They could even have been up to a family member or

20   someone, I can't say.  There was many people who hated the

21   Latin Kings.

22        Q.    That's fair.  Were you actively warring with

23   any other gangs in 1995?

24        A.    I don't understand the question.

25        Q.    Were you at war?  I know sometimes gangs have

1    wars.

2           A.    I wouldn't call it war.  But I would say if we

3    were to see each other, he might, he might know me or I might

4    know him, or whatever, there might have been a conflict or

5    something.

6           Q.    Were there any specific gangs you were having

7    those kinds of conflicts with?

8           A.    No.

9           Q.    What was your faction's relationship with the

10   Imperial Gangsters in 1995?

11          A.    I would say they were in opposition to the

12   Latin Kings.

13          Q.    How about a gang called the OA's or the

14   Orchestra Albany?

15          A.    I heard of them.

16          Q.    Do you know if your gang was or what the

17   relationship was between your gang and that gang?

18          A.    We're in opposition to 'em.

19          Q.    Did you ever hold rank in your gang?

20          A.    No.

21          Q.    Did your gang have a hand symbol that you used?

22          A.    Yes.

23          Q.    What was the purpose of having a hand signal?

24          A.    To recognize the gang that you're in.

25          Q.    How many people were in your faction of the

JR-JJ 053822

1    Kings?

2            A.    Umm, that's hard to tell because people get

3    arrested and people be there one time or maybe show up for a

4    little bit, next thing you know they just disappear.  So I

5    really can't come up with a number, but I would say around

6    maybe 20, 25.

7            Q.    Who was the leader back then?

8            A.    I can't remember.

9            Q.    What were the streets that bounded your

10   neighborhood for -- was it just in the Lathrop Homes or --

11           A.    Yeah.

12           Q.    So your territory didn't really go beyond the

13   Lathrop Homes area?

14           A.    No.

15           Q.    Which gangs were on the other end of your

16   territory?

17           A.    I would say there was Deuces, Insane Deuces.

18           Q.    Which way were they from you?  North?  South?

19   If you remember.

20           A.    I'd say like south.

21           Q.    Any other gangs you can remember bordering your

22   area?

23           A.    Nah, they were like the only ones around.

24           Q.    Did you fight with the Insane Deuces?

25           A.    Yes.

JR-JJ 053823

1        Q.    What did your gang typically fight with their

2  gang about?

3        A.    Just -- just about, you know, looking at each

4  other the wrong way or -- because they were an ally of ours as

5  well.  But it was just minor stuff.

6        Q.    I'm going to direct your attention to a

7  shooting that occurred on May 23, 1995.  Do you recall the

8  shooting that I am talking about?

9        A.    I believe it's -- I believe it's the shooting

10  when I was in the car with two friends of mine?  We were shot

11  at.

12        Q.    Okay.

13        A.    Yeah.

14        Q.    Okay.  And do you remember the date?  If I

15  represented to you it was May 23, 1995, do you have any reason

16  to dispute that?

17        A.    No, I don't dispute it, because I don't

18  remember the exact date.

19        Q.    Do you remember the time?

20        A.    I know it was dark out.  Kind of dark.

21        Q.    If the police report said it was approximately

22  10:30, would you have reason to dispute that?

23        A.    No.

24        Q.    I'm going to ask you some questions about the

25  shooting, but before that I want to ask you what you were

JR-JJ 053824

1   doing earlier in the day before the shooting.

2         A.   (Nods head.)

3         Q.   Can you tell me what you were doing?

4         A.   I don't know how far.

5         Q.   It was at 10:30, so let's say earlier in the

6   evening.

7         A.   Well, I believe I was at home.  I was at home.

8   And me and my friend Nuni were at my house, just hanging out.

9         Q.   Let's talk about Nuni.  What was Nuni's given

10  name?

11        A.   I think it was Noel Andujar.

12        Q.   Is it spelled --

13        A.   I'm not sure.

14        Q.   And how did you know Nuni?

15        A.   We kind of like grew up in the same

16  neighborhood.

17        Q.   How long had you known him?

18        A.   Several years.

19        Q.   I'm sorry, did you say several or seven?

20        A.   Several.  Several years.

21        Q.   And did he have any other nicknames besides

22  Nuni?

23        A.   No.

24        Q.   Did he still live in your same neighborhood in

25  1995?

SCHREIBER REPORTING SERVICES

JR-JJ 053825

1      A.    I don't think so.

2      Q.    Do you know where he lived?

3      A.    No.

4      Q.    Was Nuni a member of a gang?

5      A.    Yes, ma'am.

6      Q.    Which gang?

7      A.    The Latin Kings.

8      Q.    Was that the same Lathrop Homes faction that

9  you were a member of?

10     A.    Yes.

11     Q.    Did Nuni hold rank?

12     A.    No.

13     Q.    What were you and Nuni doing at your house on

14  the evening of May 23rd?

15     A.    I was actually on the phone and he had passed

16  by and I told him to come in.  He wanted to go for a ride or

17  whatever.  I told him to step in for a second because I was on

18  the phone with a friend of mine that was incarcerated in the

19  Cook County.  So I was talking to him on the phone and I

20  didn't want to just hang up on him, so I asked him to come in.

21     Q.    And while he was at your house did you guys

22  drink any alcohol?

23     A.    No, I don't think so.

24     Q.    Did you take any drugs?

25     A.    Yes.

1    Q.    Which drugs?

2    A.    Marijuana.

3    Q.    How much?

4    A.    Maybe a joint or whatever.

5    Q.    So the two of you might have shared a joint?

6    A.    Yes.

7    Q.    And a joint is a marijuana cigarette?

8    A.    Yes.

9    Q.    And at some point in time did someone or did

10   any of your other friends come over to your house?

11   A.    Yes, another friend of mine had came by.  He

12   also wanted to go for a ride or whatever.  I told him give me

13   a second so I can hang up the phone with the friend of mine I

14   was talking to.

15   Q.    Tell me about this friend who came to your

16   house.  What was his name?

17   A.    I called him by the name Macho.

18   Q.    Do you know his given name?

19   A.    No.

20   Q.    If I told you the police report states his

21   given name is Jose Melendez, would you have any reason to

22   dispute that?

23   A.    No.

24   Q.    How did you know Macho?

25   A.    I met him several years back as well.

JR-JJ 053827

1    Q.    From the neighborhood?

2    A.    You could say that.

3    Q.    Well, how would you say it?

4    A.    Well, from another branch of the Latin King

5    neighborhood.  I met him over there.

6    Q.    So was he a member of the Latin Kings?

7    A.    Yes.

8    Q.    Which branch was he a member of?

9    A.    I think he was Spaulding.  Spaulding Street.

10   Q.    Did that Spaulding Street group have a cross

11   street that you know of?

12   A.    What do you mean by a cross street?

13   Q.    Sometimes I have heard of gangs, when they have

14   a neighborhood that's a street and a street, they'll say both

15   cross streets.  Do you know where at on Spaulding?

16   A.    It might have been Beech and Spaulding.  I just

17   know Spaulding.

18   Q.    Okay.

19   A.    Yeah.

20   Q.    Okay.  Do you know if Macho had rank in the

21   Spaulding Latin Kings?

22   A.    No.

23   Q.    I'm sorry.  You don't know, or no, he did not

24   have rank?

25   A.    I don't know if he had rank or not.

1       Q.      Do you still talk to Macho?

2       A.      No.

3       Q.      When was the last time you talked to him?

4       A.      Wow, I can't remember.  It's been a long time.

5       Q.      Would it have been years?

6       A.      Yes.

7       Q.      Do you know where he lived at the time?

8       A.      No.

9       Q.      So you guys decided you were going to go for a

10  ride, you said, correct?

11      A.      Yes, uh-huh.

12      Q.      Whose car did you take?

13      A.      We went in Macho's car.

14      Q.      Could you describe Macho's car?

15      A.      I think it was a Cutlass.  I'm not sure what

16  year it was.

17      Q.      Do you know what color it was?

18      A.      It might have been like a sky blue maybe.

19      Q.      Do you know what time it was when Macho came to

20  your house?

21      A.      No.

22      Q.      Did you guys go for rides often?

23      A.      Once in a blue moon.

24      Q.      What was the purpose of going for a ride?

25      A.      He just happened to pass by.  You want to go

SCHREIBER REPORTING SERVICES

JR-JJ 053829

1    for a ride, whatever, hang out.

2            Q.    Did you usually do anything while you were on

3    your ride?

4            A.    Yeah, we might smoke a couple of marijuana

5    cigarettes.

6            Q.    You can call them joints if that's what you

7    call them.  I just wanted to state that for the record

8    earlier.

9            A.    Yeah.  A couple of joints.

10           Q.    What gang controlled your neighborhood?

11           A.    Controlled the neighborhood?

12           Q.    Would that be the Latin Kings?

13           A.    Yes.

14           Q.    And do you remember what time you guys left to

15   go on a ride?

16           A.    No.

17           Q.    Do you remember where you went on your ride?

18           A.    Well, we were headed towards Logan.  We were

19   just -- just riding.

20           Q.    Do you remember if you went through any other

21   gang's neighborhood?

22           A.    Well, when you drive down Chicago, you pass

23   many gangs' neighborhoods because there is so many gangs in

24   Chicago.

25           Q.    Were you specifically trying to go through any

JR-JJ 053830

1    particular gang's neighborhood?

2          A.    No.  We were just --

3          Q.    Were you specifically trying to avoid any other

4    gang's neighborhood?

5          A.    We were always trying to avoid crashing with

6    opposition neighborhoods or people.  To avoid trouble.  Our

7    intention wasn't to pass through anybody's neighborhood or

8    start any trouble or anything.  We were just passing by.

9          Q.    Did you guys smoke any marijuana in the car

10    while you were riding around?

11          A.    Yes.

12          Q.    How much did you personally smoke?

13          A.    Myself?

14          Q.    Yes.

15          A.    Well, we shared two joints all together.

16          Q.    Between the three of you?

17          A.    Yes.

18          Q.    And all three of you smoked?

19          A.    Yes.

20          Q.    And did the amount of marijuana that you smoked

21    that day impair your ability to understand what was going on?

22          A.    Well, somewhat.

23          Q.    This is going to be a tough question, but can

24    you tell me to what degree you think it impaired your ability?

25    I don't know how you can best describe it.

JR-JJ 053831

1          A.    Wow.  I can't really describe it, but, you

2     know, it's just like, you know, just the typical buzz.  Maybe

3     like maybe just drinkin' a couple beers or something like

4     that.

5          Q.    You had smoked marijuana before that day;

6     correct?

7          A.    Yes.

8          Q.    Were you in control of your actions that day,

9     after smoking the marijuana?

10          A.    Well, I tried to stay in control.  I don't know

11     if I was in control, but -- I always tried my best.

12          Q.    Did the amount you had smoked impair your

13     ability to see clearly?

14          A.    I don't think so.

15          Q.    Do you know if you guys were going anywhere in

16     particular at the time of the shooting?

17          A.    No, we were just riding, just cruising.

18          Q.    Where was everyone seated in the car?

19          A.    Macho was driving.  I was in the passenger seat

20     and Nuni was in the back seat.

21          Q.    Do you recall whether he was in the driver's or

22     passenger's side of the back seat?

23          A.    He was kinda like in the middle.

24          Q.    Did you guys have any weapons in the car?

25          A.    No.

1      Q.    Do you know if anyone had any weapons on their

2   person?  Actually on them?

3      A.    No.

4      Q.    What was the conversation while you guys were

5   driving around?

6      A.    Well, it wasn't really any conversation.  We

7   just, you know, joked around and listened to music.

8      Q.    Was anyone drinking alcohol in the car?

9      A.    I don't think so.

10      Q.    Okay.  Can you tell me what you remember about

11   the shooting?

12      A.    Well, I think from when it started, we were

13   just -- we stopped at a red light.  And Macho had tapped me on

14   the side because we had the radio up.  So when he tapped me on

15   the side, I looked at him and he pointed toward the car on his

16   left side.  So when I looked, I see, I see people in there.

17   And there is like some type of tinted window on it.  And

18   they're throwing gang signs.

19      At that point I tried to keep my eye on them and see

20   what they are up to, because -- it could have been something

21   serious going on, or, you know, the reason he tapped me was

22   because he wanted me to keep my eye on them in case these guys

23   start shooting or anything.  So I kept my eye on them.

24      They were throwing gang signs or whatever.  At first

25   I seen the one individual, the guy on the passenger seat,

SCHREIBER REPORTING SERVICES

1  throw a hood over his head.  And when he put the hood over his

2  head, he like started acting like he goin' do somethin' or

3  whatever.  So I'm like, you know, I'm saying to myself who is

4  this guy.  So I happened to have a hood as well, so I put my

5  hood on and I'm trying to act like, you know, what, you know,

6  what you wanna do, you put your hood on, I put my hood on.

7  You know, what's going on?

8          So anyway, the light happened to turn green and

9  that's when we took off.  The shooting started to occur.

10          Q.    Okay.  I'm going to stop you there and ask you

11  a few questions.

12          A.    Uh-huh.

13          Q.    Do you remember what street corner you were at?

14          A.    I think it was Logan and -- umm, umm --

15          Q.    If the police report said it was Logan and

16  Milwaukee, would you have any reason to dispute that?

17          A.    No.

18          Q.    Was there lighting around the corner?

19          A.    Yes, there's street lights.

20          Q.    Were they on that night?

21          A.    Yes.

22          Q.    Do you recall, was that a four-way intersection

23  or were there multiple streets that came together there?

24          A.    I believe there is like a one-way and a two-way

25  going across.

1          Q.     (Nods head.)

2          A.     Uh-huh.

3          Q.     And can you describe the neighborhood around

4    that?  Was it residential or business?

5          A.     I would say residential.

6          Q.     Did you see any people around there when you

7    guys were stopped at the light?

8          A.     No.

9          Q.     Do you recall which street you were actually

10   driving on?  Were you actually on Logan Street?

11         A.     We were actually on Logan, yeah.

12         Q.     Do you recall which direction you were going?

13         A.     We were going the direction like (indicating).

14   I'm not sure.  I'm not good with my south, west, east,

15   whatever.

16         Q.     That's fair enough.

17         A.     Yeah.

18         Q.     Besides the car that did the shooting, do you

19   recall if there were any other cars stopped at the stop light?

20         A.     Well, just -- there might have been cars behind

21   us.  I'm not sure.  My attention was on the car on my

22   left-hand side.

23         Q.     How many lanes was Logan Street that you were

24   on?

25         A.     I would say maybe around four lanes going one

SCHREIBER REPORTING SERVICES

1    way.   Going --

2             Q.    Were there two in each direction or were there

3    four in each direction?

4             A.    Like one, two, three, four, going

5    straightforward.   Then there was a cross street that was

6    (indicating), you know, traffic going both ways.

7             Q.    Which lane was your car in?

8             A.    We were like in the -- from the left, maybe the

9    third lane.

10            Q.    Do you know which gang controlled that

11   neighborhood?

12            A.    No.

13            Q.    Did you know at the time?

14            A.    If I knew at the time?

15            Q.    Yes.   Do you know if you knew at the time?

16            A.    Well, I knew there was like maybe a few gangs

17   there maybe controlled the area, but I'm not sure which gang.

18            Q.    So it wasn't like a big known gang hangout to

19   you?

20            A.    It wasn't a hangout street type --

21            Q.    Where was the other vehicle when you first saw

22   it?

23            A.    On my left-hand side.

24            Q.    Was it already stopped at the light?

25            A.    Yes.

1  Q.   Did you say anything about the vehicle when you

2  first saw it?

3  A.   No.  Macho had pulled my attention to the

4  vehicle.

5  Q.   Do you remember if Macho said anything to you

6  when he pulled your attention to the vehicle?

7  A.   He might have just said keep your eye on the

8  car, whatever.

9  Q.   Was that car in the immediate lane right to the

10 left of your car?

11 A.   Pretty close.

12 Q.   How many feet away from you would you say the

13 car was?

14 A.   I'm not good with feet and foots and stuff like

15 that.  I would say it was just maybe side to side.

16 Q.   Can you describe that other car for me?

17 A.   Umm, it was like a dark blue.  I think it was a

18 Park Avenue.  A dark blue Park Avenue I think it was.

19 Q.   You said you noticed the windows were tinted

20 before, right?

21 A.   Yes.

22 Q.   Were they dark tinted or lighter reflective

23 type tinting?

24 A.   It was like a lighter tint.

25 Q.   Were the windows up or down on the car when you

1     saw it?

2           A.     Up.

3           Q.     You could still see through the tint to see

4     inside it?

5           A.     Yes.

6           Q.     Did you notice any distinguishing marks about

7     the car?

8           A.     No.   I just -- my attention was mostly on the

9     individuals in the car.

10           Q.     Did you notice anything about the tires?

11           A.     They had like some hubcaps, spokes.

12           Q.     Did you notice how many doors the car had?

13           A.     A four-door.

14           Q.     Did you see the license plate?

15           A.     No.

16           Q.     How many people did you see in the other car?

17           A.     I would say three people.

18           Q.     Okay.   I'm going to ask you to describe each

19     one for me.   Let's start with the passenger.   Can you give me

20     a description of the passenger?

21           A.     Not too good of a description because of the

22     tinted window.   I couldn't tell if he had a mustache or not.

23     Umm, I know they were Hispanic.

24           Q.     How about the driver?

25           A.     I would say he was Hispanic as well.

1    Q.    And the third person in the car, where was that

2    person sitting?

3    A.    In the back seat.

4    Q.    Were you able to see that person?

5    A.    My attention was basically on the passenger on

6    the front seat of the vehicle.  I really wasn't -- not too

7    much attention to the back seat.

8    Q.    You said the passenger had a hood.  Correct?

9    A.    Yeah.

10   Q.    Was he wearing a hooded sweatshirt?

11   A.    Yes.

12   Q.    What color was that?

13   A.    I'm not sure.  It might have been black.

14   Q.    I know it's been a few years.  Is it possible

15   you knew at the time and now you just don't really remember

16   what color it was?

17   A.    I don't remember what color it was.

18   Q.    And you said that you saw people in the other

19   car throwing gang signs.  Right?

20   A.    Yes.

21   Q.    Did you see all three of them throwing gang

22   signs?

23   A.    Like I said, I was just focusing on the

24   passenger.

25   Q.    You definitely saw the passenger throwing gang

SCHREIBER REPORTING SERVICES

1    signs?

2          A.    Yeah.

3          Q.    And it's possible the other two were throwing

4    gang signs?

5          A.    (No response.)

6          Q.    Or you just don't know?

7          A.    I don't know.

8          Q.    Do you remember what gang signs they were

9    throwing?

10         A.    Well, he was throwing down the crown.  Which is

11   the Latin King hand signal.

12         Q.    You mean the crown was the Latin King gang

13   symbol?

14         A.    Yeah.

15         Q.    Correct?

16         A.    Yes.

17         Q.    What does throwing down the crown mean?

18         A.    It means just like a disrespect to the Kings.

19         Q.    Earlier you had said the general purpose of

20   hand signals is to -- I don't remember.  I think you said to

21   identify yourself.  Correct?

22         A.    Yes.

23         Q.    And so is it possible then to represent

24   yourself as friendly to others using gang hand symbols?

25         A.    Well, the reason for the signal is just to know

JR-JJ 053840

1    what gang you're in.  You know?  Different gangs have

2    different hands signals.  It's just to identify.

3            Q.    So you could identify yourself as friendly to

4    another gang?  You know, if you saw another neighborhood of

5    Latin Kings on the street and you put the crown up --

6            A.    Yeah.

7            Q.    -- that would identify you as friendly to them?

8            A.    Yes.

9            Q.    Correct?

10           A.    Yeah.

11           Q.    However if you saw a group of another gang, or

12   a group of Latin Kings, and you put the crown down, that would

13   be antagonistic to them?

14           A.    What's that mean?

15           Q.    Sure.  That means like enemies or not friends

16   of them.

17           A.    Yes.

18           Q.    And had anyone in your car shown them the crown

19   with your hands to identify yourselves as Kings?

20           A.    No, we didn't identify ourselves as Kings.

21           Q.    Was it common for people to throw the crown

22   down, to a, you know, a carful of people who they didn't know?

23           A.    Well, like I said before, there is many gangs

24   and I would say the majority of gangs in Chicago don't like

25   the Kings and that's their way of showing disrespect or to

1   identify who the person may be.  Even if you don't throw a

2   gang signal up or -- it could be anyone, even a woman in a

3   car, and an individual might throw it down to her thinking she

4   might be a part of a gang or whatever.  It's just -- it's

5   crazy.

6           Q.    Did you see -- did you see if he was making any

7   other signs besides throwing the crown down?

8           A.    He was basically just throwing the crown down.

9   Disrespecting in other words.

10          Q.    Did you see -- well, well, let's start with

11  this.  Did you make any hand signals back at that car?

12          A.    I'm not -- I don't recall me throwing a hand

13  signal, but I do remember I put my hoodie on.  I put my hood

14  on as well.

15          Yeah, I put my hood on, but I don't think I threw no

16  gang signals.

17          Q.    Do you know if anyone else in your car threw

18  any gang signals?  If Nuni or Macho did?

19          A.    No, I don't know.

20          Q.    Did they, or specifically the passenger, did he

21  continue to throw signs for the entire time you were stopped

22  at the red light?

23          A.    Well, from the point where I got my attention

24  to where Macho, you know, pointing me to the attention of the

25  vehicle, I tried to keep my eye on them because their behavior

1    that he was showing.  So I looked at him as threatened.  So I

2    kept my eye on him.  And he was just basically trying to act

3    like a bad, you know, bad ass.  In other words, like trying to

4    show off, tough guy, whatever.

5           Q.    Were the windows in your car up or down?

6           A.    Up.

7           Q.    And then you said once the light turned green,

8    then the shooting started.  Correct?

9           A.    Yes.

10          Q.    Did you see if anyone in the other car reached

11    for a gun?

12          A.    No.

13          Q.    Did you see the gun before the shooting

14    started?

15          A.    No.

16          Q.    Do you know if anyone else in your car saw the

17    gun?

18          A.    I don't know.

19          Q.    Did you hear anyone in the car say anything?

20    You know, like there's a gun, or anything like that?

21          A.    No.

22          Q.    Did you see how many people in the other car

23    had guns?

24          A.    No.

25          Q.    And what did Macho do?  He was driving,

JR-JJ 053843

1  correct?

2          A.    Uh-huh.

3          Q.    What did he do when the shooting started?

4          A.    Well, when the shooting started, I ducked down.

5  I wasn't sure how close they were to our vehicle.  I heard

6  many shots hit the vehicle.  It was like non-stop, the

7  shooting.

8          At one point I tried to grab the steering wheel from

9  Macho and try to turn it towards the direction of the other

10 car that was shooting at us, so that maybe it would throw them

11 off from shooting at us.  When I did that, he jerked the wheel

12 the other way, towards the right.  At that point we ended up

13 going down a two-way street which was Wrightwood Street.

14         Q.    So you were driving down Wrightwood Street?

15         A.    Yes.

16         Q.    Do you know how many shots you heard?

17         A.    Wow, it was many.  Lots of shots.

18         Q.    You said you heard -- you said you heard many

19 shots.  Do you know if the shots were hitting your car?

20         A.    Yes.

21         Q.    How do you know that?

22         A.    Well, the windows were coming down, you could

23 hear it going all through inside the car, through the metal

24 and everything.

25         Q.    At the time the shooting was going on, did you

JR-JJ 053844

1    know whether anyone in your car was hit?

2           A.    No, I didn't know if anyone was hit.

3           Q.    Could you hear anyone yelling as the shots were

4    going on, either in your car or from the other car?

5           A.    Well, it was just like a -- it was like a

6    moment as far as like shock, and at the same time like freaked

7    out as far as -- you know, maybe like I ducked down or, you

8    know, like -- I really can't recall as far as what was being

9    said, but everyone was basically trying to take cover.  Yeah.

10          Q.    And so you said then your car turned down

11   Wrightwood Street.  Correct?

12          A.    Yes.

13          Q.    Were they still shooting when you turned on

14   Wrightwood Street?

15          A.    Yes.

16          Q.    And did the other car turn down Wrightwood

17   Street with you?

18          A.    Yes, I would say so because when we turned on

19   Wrightwood Street, the bullets kept hitting the car.

20          Q.    And how far driving down Wrightwood Street did

21   the bullets continue hitting the car?

22          A.    Well, to the next street.  I would say to the

23   next street.  The first street we ran into, I would say that

24   was the last point as far as them shooting at us.

25          Q.    Did you see where the other car or if the other

1    car went somewhere after the shooting stopped?

2              A.    No.   I was basically on the bottom of the front

3    seat taking cover.

4              Q.    Do you recall which direction your car went

5    then after you said you went down Wrightwood?  Do you remember

6    if you turned right or left?

7              A.    On Wrightwood we made a right turn.

8              Q.    Okay.   Do you remember where you went

9    immediately after Wrightwood, which direction?

10             A.    We turned down Wrightwood.   He had went down

11   Wrightwood and turned on the first street, making a right

12   turn.

13             Q.    Where did you ultimately go after the shooting?

14             A.    (No response.)

15             Q.    Or what happened next?

16             A.    Well, I don't think it was the first street,

17   but I think it was the first big street we had made a right

18   turn.   I'm not sure if it was maybe Kimball or something like

19   that, we had made a right turn.   Which way the vehicle went

20   after that?  It might have made a left turn, might have went

21   going straight.  I'm not sure.

22             Q.    Did you later find out someone in your car had

23   been hurt?

24             A.    Well, Macho had, after making the right turn,

25   Macho had said they're gone.   And we went into an alley, went

SCHREIBER REPORTING SERVICES

1    in and reversed out and headed back the direction we was in.

2    And he -- he -- he -- he stated are you okay.  And I'm feeling

3    on myself to see if I am bleeding or anything.  I said yeah,

4    I'm okay.

5          Then I looked towards the back seat to actually, to

6    ask Nuni if he's okay.  And he was just like crunched up, like

7    bent over, forward, and he didn't say anything.  So I moved

8    him back some.  I pushed him back some and then his head like

9    went back and then just nodded back forward.  And when it

10   nodded forward, I saw that he had like a, had like a -- it

11   looked like he had a cut on the side of his head.

12          Q.    Did Nuni ever respond to you?

13          A.    No.

14          Q.    And what did you do when you realized that Nuni

15   had been shot?

16          A.    I was -- I was shocked.  That he wasn't

17   responding and -- from, from where I saw that he was shot -- I

18   was really shocked.  I was trying to like wake him and scream

19   at him and see if he could get any of my attention, but he --

20   he -- he was just gone.  You know?

21          Q.    Did you and Macho try and get Nuni some help?

22          A.    Yeah.  Immediately after he wouldn't respond or

23   anything, I told Macho let's go to a hospital as quick as

24   possible.  And so we did.  And what we did was we tried to

25   head towards the closest hospital possible, and we were

SCHREIBER REPORTING SERVICES

```
1   stopped by a police officer.  On Fullerton and Logan, we were

2   stopped.  We were beating red lights, stop signs, everything,

3   trying to rush to a hospital, to a near hospital.

4            Q.    And how long was this after the shooting that

5   you guys stopped for the police officer?

6            A.    Within a few minutes.

7            Q.    Do you remember the name of the officer?

8            A.    No.  It was a blue and white officer.  I don't

9   know his name.

10           Q.    Can you give a physical description of him?

11           A.    No.

12           Q.    And did an ambulance come to the scene?

13           A.    Yes, an ambulance.

14           Q.    Did they take Nuni to the hospital?

15           A.    Yes.

16           Q.    Did other police vehicles come to the scene?

17           A.    Yes.

18           Q.    How many?

19           A.    I would say many.  Many of them.

20           Q.    Do you know how long it took, you know, for all

21   these other vehicles to come to the scene?

22           A.    Police officers?

23           Q.    Yeah.

24           A.    Within minutes.

25           Q.    Did you and Macho talk to officers at the
```

1    scene?

2                A.    Yeah, we talked to the officer that had pulled

3    us over.  He wanted to know why all the windows were off of

4    the car and all the bullet holes in the side.  And we told

5    them we're trying to get to the nearest hospital, we have just

6    been shot at and my friend is possibly losing his life at the

7    moment, so we're trying to get him to the hospital.  At that

8    point he said just park the car and get out of the car and all

9    that.  And I guess he called the ambulance and backup,

10   whatever.  I don't know.  Whatever.

11               Q.    Did you talk to officers at the scene about the

12   shooting after Nuni had been taken to the hospital?  Did you

13   remain on the scene?

14               A.    Yes, I remained on the scene.  I went to make a

15   quick phone call.  I called the house and I told my mom we had

16   just been shot at and we were pulled over at the moment and

17   Nuni is maybe passed away.  And I just told her what was my

18   situation at that point and what was going on.

19               Q.    I'm sorry, where did you go to make that phone

20   call?

21               A.    There was a laundromat that was right on the

22   corner.

23               Q.    And then after you made your phone call did you

24   speak with the officers about what had happened with the

25   shooting at the scene?

```
 1            A.    Well, they asked questions, what happened,
 2    where was the shooting taken place.  They asked if we were
 3    shooting at them.  They asked several questions.
 4            Q.    What did you tell them when they asked if you
 5    were shooting at them?
 6            A.    We said no.
 7            Q.    Did they ask you for a description of the
 8    people that shot at you?
 9            A.    They asked what kind of a vehicle it was.  They
10    asked what -- is there any gang members maybe.  We said
11    possibly it was some gang members.  They asked me if I knowed
12    them.  I said no, I don't know them.
13            Q.    Do you recall if you gave them any sort of
14    description of any of the people in the vehicle?
15            A.    I don't recall.
16            Q.    Is it possible you did and you just don't
17    recall it today?
18            A.    Yeah.
19            Q.    Did you speak with the officers voluntarily at
20    the scene?
21            A.    Yes.
22            Q.    And where did you talk to them at?  I mean were
23    you inside the car, outside the car.  Do you remember?
24            A.    Both, in and outside the car.
25            Q.    Were you told you are being arrested when you
```

1    were put inside the car?

2           A.    I was told I was being taken in for

3    questioning.

4           Q.    About the shooting that had just taken place?

5           A.    Yes.

6           Q.    Do you recall which officer told you that?  Was

7    that the initial officer you talked to or a different officer?

8           A.    It was a different officer.

9           Q.    Do you recall that officer's name?

10          A.    No.

11          Q.    Do you recall what he looked like?

12          A.    No.

13          Q.    Did you ever find out if anyone in the other

14   car was injured as a result of the shooting?

15          A.    In the car that was -- firing at us?

16          Q.    Yeah, swerving or driving, did you ever find

17   out if anyone in that car was injured?

18          A.    No.

19          Q.    Did you later learn that the occupants of the

20   other car were gang members?

21          A.    Way down the line, I found out.

22          Q.    Which gang did you find out they were members

23   of?

24          A.    If I'm not mistaken, they said they were

25   Gangsters.  Or --

SCHREIBER REPORTING SERVICES

1    Q.    Which Gangsters?  The Imperial Gangsters?

2    A.    Yes.

3    Q.    Do you know which neighborhood they were out

4  of?

5    A.    No.

6    Q.    Did you previously know members of that gang?

7    A.    No.

8    Q.    Do you know if the Imperial Gangsters are Folks

9  or People?

10   A.    They're Folks.

11   Q.    Were Imperial Gangsters -- you know what?

12 Strike that.  We have already talked about that.

13        Before the shooting did you ever know anyone named

14 Hector Montanez that went by the name Lil Hector?

15   A.    No.

16   Q.    Before the shooting did you ever know anyone by

17 the name of Thomas Sierra who went by the name Junito?

18   A.    No, but I learned of the name afterwards, later

19 on down in the case.

20   Q.    So the night of the shooting did you go with

21 the officers to the police station to answer more questions?

22   A.    Yes.

23   Q.    And where did you go?

24   A.    To I think it was the police station.

25   Q.    If the police report indicated that was at

1    Grand and Central, would you have any reason to dispute that?

2                A.    No.

3                Q.    Do you recall when you -- well, do you remember

4    what time it was when you arrived at the police station?

5                A.    No, I don't know the hour.  I don't remember

6    the time.

7                Q.    Probably late in the evening?

8                A.    It was getting pretty late.

9                Q.    Where did you go when you went inside the

10   police station?

11               A.    We went into a -- like a little room or

12   something like that.

13               Q.    Can you describe the room?

14               A.    It was like -- almost like an office type room.

15               Q.    Was there any furniture in the room?

16               A.    No, I don't think so.

17               Q.    Were there chairs?

18               A.    Maybe chairs.  Maybe a table.

19               Q.    Was Macho with you when you went into the room?

20               A.    I don't think so.  I think they questioned us

21   one by one.

22               Q.    I apologize, let me back up.  Do you recall if

23   Macho was with you when you drove to the police station?

24               A.    Yeah.

25               Q.    Were you handcuffed in that interview room?

1    A. I don't remember.

2    Q. Do you remember if the door was locked?

3    A. The door to --

4    Q. The door to the interview room.

5    A. I don't remember.

6    Q. Do you recall if you ever asked to use the rest

7 room or anything like that?

8    A. No.

9    Q. And did you talk to officers in that interview

10 room?

11    A. Yes.

12    Q. Do you recall the names of the people that you

13 talked to?

14    A. No. I'm not too good with names.

15    Q. That's fine, and, you know, I'm going to ask

16 for every officer that you talked to.  If you remember, that's

17 fine.  If you don't, I know it's been a long time.

18    A. Okay.

19    Q. Do you recall what they looked like?

20    A. No.

21    Q. If I told you the police report stated you

22 talked to Detective McMurray and Wojcik, would you have any

23 reason to dispute that?

24    A. I don't remember the name or -- it might have

25 been.  I don't know.

JR-JJ 053854

1         Q.    And what did you tell the officers?  Or what

2  did you discuss with the officers when you were in that

3  interview room?

4         A.    Well, he said that -- he asked if we were

5  shooting back at the car and where the shooting took place.

6  We said -- I said no, you know, we weren't shooting back.  He

7  said that he had been down there and he found two different

8  caliber shell casings at the scene.  And he asked you guys had

9  to have been shooting back at these individuals.  And we said

10  nah, we weren't shooting at them; I don't know where you might

11  have got that we were shooting at them.  You can look at our

12  vehicle, and our vehicle is just flooded with gun holes and

13  everything.  So we couldn't have been possibly shooting at the

14  other vehicle.

15         And he asked how it started and stuff like that.  If

16  I got, if I seen the individual, what kind of car it was,

17  describe the car, kind of rims, kind of color of the car,

18  stuff like that.  Why, why they started, why were we a target,

19  did we start anything with them.  You know, them type of

20  questions.

21         Q.    And were you truthful when you gave the answers

22  to the police officers that night?

23         A.    Yes.

24         Q.    Just give me one second.  Did you view any

25  books of photographs while you were at the police station on

1   the night of the shooting?

2           A.    I believe we looked at many, lots and lots of

3   photographs.

4           Q.    Would you say a hundred?

5           A.    Close.

6           Q.    And how were the photographs contained?

7           A.    It was like something like an album type.

8           Q.    Did the officers tell you which people in those

9   books were suspects?

10          A.    Umm, no.

11          Q.    Did the officers tell you who to choose out of

12  those books on the night of the shooting?

13          A.    No.

14          Q.    Did the officers threaten you to pick somebody

15  out of those books?

16          A.    No.

17          Q.    Did they try to coerce you in some way to pick

18  somebody out of those books?

19          A.    No.

20          Q.    Did they make any promises to you if you would

21  choose somebody out of those books?

22          A.    No.

23          Q.    Were you able to identify anybody from the

24  books you looked at that night?

25          A.    I don't think I identified anyone at that

JR-JJ 053856

1       point.

2               Q.      Where were you at in the station when you

3       looked at the books?  Were you still in that interview room?

4               A.      I think so, yes.

5               Q.      What happened after you talked to the officers

6       then looked at the photos?

7               A.      Well, I was just looking through all the photos

8       and I told him none of these individuals looks like the

9       person.  So he gave me like a bundle of pictures also.  I

10      think there was a rubber band over them.  And he said look at

11      these.  I'm just looking through them and I told him I still

12      can't identify anyone at that point.

13              Q.      And did you go home then after you talked to

14      the police and looked at the photos?

15              A.      Yes.

16              Q.      Did you have any other conversation with the

17      police officers that we haven't discussed that night?

18              A.      No.

19              Q.      And how did you get home?

20              A.      I think they dropped us off.  I'm not sure.

21      They might have dropped us off.

22              Q.      Do you remember what time it was when you got

23      home?

24              A.      I think it was like maybe 1:00, 2:00 in the

25      morning, something like that maybe.

1        Q.    When did you find out that Nuni had passed?

2        A.    At the point where we had turned, we had made

3 that last right turn on Wrightwood.

4        Q.    Oh, so you knew before the police were on the

5 scene that Nuni was dead?

6        A.    Well, like I said, from the -- the gunshot

7 wound in the head, you know. I had a brother that passed

8 away, he got shot in the head. I assumed he was already gone

9 because he wasn't answering my questions or anything when I

10 was asking him you all right, or, you know, how you feel. So

11 I figured he was already gone.

12        Q.    Okay. Okay. So back to I guess the police

13 station on the night of the incident. Have we discussed all

14 the statements you made to the Chicago police officers on the

15 night of the shooting?

16        A.    Have we discussed it today?

17        Q.    Uh-huh. I apologize. Yes, that's correct.

18 Yeah, broke my own rule there.

19        A.    Well, they asked me if I had a description of

20 the person.

21        Q.    Okay. And?

22        A.    And I told them that the person was like a

23 Latino looking person. And they said how did you get to see

24 this person. And I said, well, when the car was stopped, I

25 got a pretty all right glance of the individual.

1    Q.    Did you tell them you got a pretty all right

2 glance, or did you tell them you saw the person?

3    A.    I might have told them I saw the person.

4    Q.    Okay.

5    A.    Yeah.

6    Q.    Okay.

7    A.    And he said that he might have -- oh, what did

8 he say?  He said he might have the people who had did the

9 crime.  So I'm like you do?  He's like yes.  He had to bring

10 me back to the police station.

11    Q.    Wait a minute.  I apologize.  Are you talking

12 about something that happened after the shooting, after the

13 night of the shooting?

14    A.    Yeah.  The night of the shooting I didn't pick

15 anybody.

16    Q.    Let me revert my question.  Have we talked

17 about all the statements you made to Chicago police officers

18 on the night of the shooting, just on the night of the

19 shooting, at the police station?  Because then I'm going to go

20 forward and talk about the next chunk, you know, the next time

21 you talked to police officers.  I want to make sure that

22 before we go on that we have talked about everything that

23 happened on the night of the shooting.

24       Now, of course, if you remember something later, you

25 know, please say okay I forgot this also happened the night of

1    the shooting.

2           A.    Okay.

3           Q.    But almost like a book, so I can close the

4    chapter on the night of the shooting, have we talked about

5    everything you talked to police officers about on the night of

6    the shooting?

7           A.    Okay.  I think that was it.  After them

8    pictures I had looked at and I couldn't identify anyone at

9    that point.

10          Q.    Okay.  All right.  Now we are going to go on.

11   And my next question would be did you subsequently speak with

12   police officers about the shooting a few days later?

13          A.    Yes.  There was a phone call.  It was said for

14   us, for me to go to the police station in regard to the

15   shooting to look at some pictures.

16          Q.    Do you remember if the police officers ever

17   came to your home after the shooting?

18          A.    They might have.  I can't recall, but maybe

19   they did.  I think they might have did.  It's just that I have

20   been so much running around with police, and it's like I'm

21   trying to focus just on this time because --

22          Q.    Sure.

23          A.    I have been harassed many times, you know,

24   before, and I'm just trying to pinpoint this actual --

25          Q.    Okay.

SCHREIBER REPORTING SERVICES

1          A.      -- of what happened.

2          Q.      Did the police harass you regarding this

3   incident?

4          A.      No.

5          Q.      You subsequently, and we are going to talk

6   about this in more detail later, but you gave testimony in

7   this case in court.  Correct?

8          A.      Uh-huh, yes.

9          Q.      Do you recall testifying that police officers

10  came to your house on May 25th, which was two days after the

11  shooting?

12         A.      They might have came.  Like I said, I don't

13  remember too good.  But I would say they might have came.

14         Q.      If I showed you your testimony and let you read

15  it, do you think that would help refresh your memory?

16         A.      Maybe.

17         Q.      Okay.  I'm going to go ahead and do that.

18                 Liz, I'm going to show him what I am going to

19  mark as Exhibits 1 and 2.  Exhibit 1 is Bates stamped RG 2774

20  through RG 2845, and that is his trial testimony.

21         MS. MAZUR:  Okay.

22         MS. WHITE:  And Exhibit 2 is going to be RG 3176

23  through 3199, and that is his motion to suppress testimony.

24         MS. MAZUR:  Okay.

25         MS. WHITE:  Can I please ask you to mark these

1    Exhibit 1 and 2?  And Liz, I'm going to give him some time to
2    sit and read them.  So we are not going to be doing anything
3    here.  In fact we will go off the record while he reads them
4    through.
5              MS. MAZUR:  Okay, that will be good.  I'm going to
6    step away from my desk for no more than three minutes.  Okay?
7              MS. WHITE:  That's fine.  Oh, wait.  Liz?  Wait.  He
8    has a quick question here, and I don't want to answer it
9    without you.
10             MS. MAZUR:  Okay, that's okay.
11             MS. WHITE:  Go ahead.
12             THE WITNESS:  My reading ain't too good, so --
13             MS. WHITE:  Okay.  That's fine.  That's totally
14   fair.  Liz, scratch that.  Can we go off the record?
15             (Off-the-record discussion.)
16             (Brief recess taken at 10:33 a.m.)
17             (Back on the record at 10:37 a.m.)
18             MS. MAZUR:  I'm back.
19             MS. WHITE:  Okay, Liz?  He's decided he is not going
20   to read them.  Mr. Rodriguez is not going to read through the
21   exhibits, so we are not going to attach them at this point as
22   exhibits.  We're just going to discuss them, you know,
23   generally.
24             MS. MAZUR:  Okay.
25             MS. WHITE:  Okay?  And I -- we can go back off the

SCHREIBER REPORTING SERVICES

 1   record.

 2              (Off-the-record discussion.)

 3

 4              MS. WHITE:  Liz, are you all set if we get back to

 5   it?

 6              MS. MAZUR:  Yeah, sure.

 7              MS. WHITE:  Okay.  Hopefully we shouldn't be too too

 8   much longer here.  Are we ready?  Let's go back on record.

 9   BY MS. WHITE:

10         Q.   Do you recall you stated earlier you recall

11   providing court testimony in this case?  Correct?

12         A.   Yes.

13         Q.   And do you recall testifying twice in this case

14   in court?

15         A.   Not that I know of.  I might have remembered

16   one time.

17         Q.   Okay.  Would that one time be at the trial?

18         A.   Yes.

19         Q.   And is it possible that you testified another

20   time prior to trial?  On August 20, 1996?

21         A.   Maybe.  I'm not sure.

22         Q.   Okay.  If I say there was a transcript of your

23   testimony on that date, would you have any reason to dispute

24   that you gave testimony on that date?

25         A.   No.

SCHREIBER REPORTING SERVICES

1           Q.    And if I -- I know you said you don't

2   specifically recall testifying on that date, but have you ever

3   testified in court and not told the truth?

4           A.    No.

5           Q.    So every time you have ever testified in court

6   you have told the truth?

7           A.    Yes.

8           Q.    Would you ever lie while testifying in court?

9           A.    I would not -- I wouldn't want to lie.  I don't

10  think there should be a reason why to lie.

11          Q.    Okay.  If I told you that your testimony on

12  this date, August 20th, that during your testimony on

13  August 20th and also during your trial testimony you stated

14  that officers came to your house on August 25th, which is two

15  days after the shooting -- I'm sorry, I apologize -- May 25th,

16  two days after the shooting to talk to you, does that refresh

17  your recollection as to whether police officers came to your

18  house?

19          A.    I believe they might have came to the house.

20          Q.    Do you know how many officers came to your

21  house?

22          A.    No.

23          Q.    Can you provide a physical description of any

24  of the officers?

25          A.    No.

JR-JJ 053864

1        Q.   Do you recall if anyone else was present when

2  you talked to the officers?

3        A.   No.

4        Q.   And that being no, meaning you don't recall if

5  anyone else was present?

6        A.   I really don't recall the actual time when the

7  officers came there.

8        Q.   Okay.  When is the next time you do recall

9  talking to police officers?

10        A.   When I went to see the vehicle, to see the

11  vehicle that was in the shooting.  I had went back to the

12  Grand Central.

13        Q.   Is that the time you were discussing earlier

14  when there was a phone call where someone told you to come to

15  the police station?

16        A.   Yes.

17        Q.   And do you recall the date that you went to the

18  police station?

19        A.   No.

20        Q.   If the police report stated that was May 30,

21  1995, which would be about a week after the shooting, would

22  you have any reason to dispute that?

23        A.   No.

24        Q.   Did you talk to the officer who called you on

25  the phone?

JR-JJ 053865

1          A.    Yeah.  He asked me to come down to the station

2  and he wanted to talk or ask questions.

3          Q.    Do you remember how you got to the police

4  station?

5          A.    No, I don't remember.

6          Q.    Do you remember the name of the officer who

7  called you?

8          A.    No.

9          Q.    Do you remember if -- well, strike that.  Did

10 anybody go to the police station with you?

11         A.    I think there was someone with me, but I can't

12 remember.

13         Q.    Do you know if Macho went with you to the

14 police station?

15         A.    He might have been there when I got there

16 already.  I'm not sure.

17         Q.    Do you remember who you talked to when you got

18 to the station?

19         A.    I know there was -- I'm not sure if it was a

20 homicide detective or --

21         Q.    So it was a detective, not a uniformed officer?

22         A.    Yes, it was a detective.

23         Q.    But you don't remember his name?

24         A.    No.

25         Q.    Do you remember if there were more than one

JR-JJ 053866

1  detective?

2          A.    No, I don't remember if there was more than

3  one.

4          Q.    Do you remember where you talked to the

5  officers, or excuse me, the detectives in the police station?

6          A.    Well, when I got to the station, he asked me if

7  I -- if I can identify the vehicle.  He says it's somewhere in

8  the parking lot.  And we were walking around looking for the

9  vehicle.  And I said the only vehicle I see that looks like

10  it, I pointed to a vehicle which was a Park Avenue 98.  I know

11  it was a four-door vehicle, like a dark blue, same hubcaps, a

12  spoke hubcap.  But I told him there is one thing that's

13  different on the vehicle than the one that had shot at us.

14  And he said what's different.  I said, well, it don't have any

15  tinted windows.  And he said this is the car.  I said, looks

16  just like the car other than the tinted windows.  And, umm --

17          Q.    Okay.  Do you remember how many cars there were

18  in the parking lot?

19          A.    Wow, parking lot was like full.

20          Q.    So we're talking maybe a hundred cars?

21          A.    I wouldn't say a hundred.  I would say maybe

22  like fifty cars, something like that.

23          Q.    Was Macho with you looking at the cars?

24          A.    Like I said, I'm not sure if Macho was there.

25          Q.    Oh, you are not even sure if Macho was at the

1    station that day?

2              A.    Yeah.

3              Q.    So it's possible he could have been there?  Or?

4              A.    He possibly could have been there.

5              Q.    Or it's possible he was not?

6              A.    Right.

7              Q.    Do you recall, besides the things that you just

8    told me that you told the officer about the car that you

9    identified, do you recall any other conversations you had in

10   the parking lot or on your way to the parking lot?

11             A.    No.

12             Q.    Do you recall how many officers accompanied you

13   to the parking lot?

14             A.    No.

15             Q.    And when you say the parking lot, that's the

16   parking lot of the police station, correct?

17             A.    Yes.

18             Q.    So did you tell the officer then other than the

19   tinted windows, you know, did you make an identification of

20   the car, that that was the car?

21             A.    Can you repeat the question?

22             Q.    Sure.  Other than the tinted windows, did you

23   tell the officer other than the tinted windows this is the car

24   that was involved in the shooting?

25             A.    Yeah, I told him that has to be the car other

SCHREIBER REPORTING SERVICES

```
 1    than the tinted windows.

 2              Q.    Did the officer, any of the officers that were

 3    with you, tell you which car to choose before you chose that

 4    car?

 5              A.    No.

 6              Q.    Did they threaten you with which car to choose?

 7              A.    No.

 8              Q.    Did they promise you anything if you chose a

 9    certain car?

10              A.    No.

11              Q.    Did they coerce you in any way in regard to

12    which car to choose?

13              A.    No.

14              Q.    On that date when you were at the police

15    station, or any time before that, do you recall if you ever

16    looked at pictures for a second time?

17              A.    Yes.

18              Q.    Okay.  Tell me about that.

19              A.    They showed me some more pictures and he had

20    asked me if -- if any of the individuals looked like the

21    person or whatever, and I'm not sure if, if it was at that

22    point I identified the individual.  But I had showed 'em a

23    picture, or it might have been a line-up.  I'm not sure.  I'm

24    not sure how I identified the person.  I don't remember.

25              Q.    Okay.  I am going to draw your attention to
```

1  your trial testimony which, Liz, I'm going to be looking at

2  Bates stamped pages RG 2797 and -- I think it's just going to

3  be 2797 and 2798, which is marked as Pages 109 and 110 of his

4  trial testimony.

5          MS. MAZUR:  Okay, thank you.

6  BY MS. WHITE:

7          Q.   I'm going to read this to you and just see if

8  it refreshes your recollection about whether or not you looked

9  at photos.

10         A.   Okay.

11         Q.   Okay?  He gave me -- you stated, "He gave me

12 some photos and I laid them down on the table to go through

13 them."

14         Question:  Did you go through these pictures.

15         Answer:  Yes.

16         Question:  You said how many were there.

17         Answer:  Around six or seven.

18         Question:  Did you look at the front or backs of

19 those pictures.

20         Answer:  Front.

21         Question:  After looking at those pictures did you

22 recognize anybody.

23         Answer:  Yes.

24         Question:  Who was that.

25

1          Answer:  The shooter.

2          Question:  Is that the defendant who you pointed out

3  earlier?

4          And there was some objection and you said -- you

5  know what?  I'm sorry.  Then there were some objections to

6  that question.

7          Next question:  The person you identified in the

8  picture -- I'm sorry, the series of pictures, did the police

9  tell you to pick that person.

10         Answer:  No.

11         Did they point at the picture while you were looking

12  at it?

13         No.

14         How long did you look at those pictures before you

15  picked out the picture of the person you thought did the

16  shooting?

17         A couple of minutes.

18         So my question is, did that refresh your

19  recollection as to whether or not you ever looked at

20  photographs?

21         A.  Well, I said I had looked at some photographs

22  the second time I had went down there.  Like I said, I wasn't

23  sure if it was a photograph or a line-up.

24         Q.  Let me tell you, I don't want to interrupt you,

25  even though I just read you part of your trial testimony --

```
1           A.    Yeah.

2           Q.    -- I want your testimony here today to be what

3    you remember today.

4           A.    Okay.

5           Q.    So if I read that to you and it kinda makes a

6    light bulb go off and you go, oh, now I do remember that,

7    that's fine.  If I read you that and you go, hey, I still

8    don't remember it, that's fine too.  I don't want you to try

9    and guess at and just be copying your testimony before.

10          A.    That's why I asked.  It might have been one or

11   the other.

12          Q.    Let me ask again then.  After reading that, do

13   you have a memory as you sit here today of definitely looking

14   at pictures with the police officers?

15          A.    Do I have a memory of looking at pictures with

16   the officers?

17          Q.    Correct.

18          A.    Yes.

19          Q.    Okay.

20          A.    Yes.

21          Q.    Do you remember whether or not if you

22   identified anyone in those pictures with the police officers?

23          A.    I know I had identified someone.  It might have

24   been with the photos.  Like I said, I have been arrested and

25   harassed so many times and taken for line-ups and all type of
```

| | |
|---|---|
| 1 | stuff, and it's just -- it's just going over here and going |
| 2 | over there, and I'm trying to focus here.  And I don't want to |
| 3 | say yes and then I'm going to a different event.  You know? |
| 4 | So I'm trying to be precise. |
| 5 | Q.    That's fair, that's fair.  And I appreciate |
| 6 | that you are trying very hard to be truthful and clear. |
| 7 | A.    Yeah. |
| 8 | Q.    Directing your attention to that trial |
| 9 | testimony that you gave, do you remember if you were under |
| 10 | oath the day you gave your testimony at trial? |
| 11 | A.    I believe I was. |
| 12 | Q.    Did you tell the truth when you gave your |
| 13 | testimony at trial? |
| 14 | A.    Yes. |
| 15 | Q.    When you gave your testimony at trial, that was |
| 16 | within a few months of the shooting, correct?  I don't know if |
| 17 | I have the date here.  Liz, do you have the date of the trial |
| 18 | testimony in front of you? |
| 19 | MS. MAZUR:  No, I don't.  I'm sorry. |
| 20 | MS. WHITE:  I do, and I could go looking for it. |
| 21 | But I'm sure it was within a few months of trial.  Okay. |
| 22 | BY MS. WHITE: |
| 23 | Q.    Would you agree your memory of the shooting, |
| 24 | would you agree your memory was stronger about the shooting |
| 25 | and the investigation at the time you gave your trial |

SCHREIBER REPORTING SERVICES

JR-JJ 053873

1    testimony than now?

2              A.    Yes, my memory was stronger.

3              Q.    Okay.  So to the extent that either you don't

4    remember something at all today or your memory today conflicts

5    with your previous testimony, would you agree that your

6    previous testimony is probably more likely accurate?

7              A.    Yes, it's accurate.

8              Q.    All right.  And even you said that you don't

9    remember giving testimony at another time, that being your

10   Motion to Suppress testimony that we discussed earlier,

11   correct?

12             A.    I didn't understand the question.

13             Q.    Sure.  You said you don't remember giving

14   testimony any other time in this case.  Correct?

15             A.    Right, other than the trial.

16             Q.    Okay.  But you testified that if you would have

17   given testimony at another time, that it would have been

18   truthful as well?

19             A.    It might have been, yes.

20             Q.    Same question.  Would you also then agree if

21   you gave truthful testimony on August 20, 1996 (sic?), which

22   was three months after the shooting, it's more likely that

23   your memory was stronger at that time too?  Correct?

24             A.    Maybe.  It should be.  It's just that it has

25   been so long and so many incidents just flashing in my head.

1      Q.     That's fine.  That's fine.  Do you remember

2   whether you attended a line-up in this case?

3      A.     No, I don't.  I don't.  I'm not really -- I

4   can't remember if it was a line-up.  Like I said before, it

5   might have been the pictures or it might have been the

6   line-up.  I'm not sure.

7      Q.     But you do remember that at some time you

8   identified somebody in this case as the shooter, correct?

9      A.     Yes.

10      Q.     And when you made that identification, do you

11   remember if the police officers threatened you in any way to

12   make that identification?

13      A.     No.  I believe I would have remembered

14   something like that.

15      Q.     Do you think you would have remembered if they

16   had told you who to choose when you made the identification?

17      A.     Yes.

18      Q.     Do you remember any of the officers who you

19   I'll say dealt with or talked to during this investigation, do

20   you remember any of their names?

21      A.     Wow, I'm not really too good with names.

22      Q.     Can you remember a physical description of any

23   of the officers who you worked with in this investigation?

24      A.     I know there was a Hispanic cop I talked to.

25   And I don't know -- maybe a couple other officers, maybe some

1   white officers.  I don't know, I would say there might be

2   white officers.

3          Q.   I want to talk to you about the Hispanic cop.

4   Can you remember any specific times that you talked to him, or

5   do you just remember him generally?

6          A.   I just remember him generally.

7          Q.   Do you remember if he spoke Spanish?  Or you

8   know what?  Do you speak Spanish?

9          A.   Yeah.  Very little, so on and so forth.

10          Q.   Do you remember hearing him speak Spanish?

11          A.   No.

12          Q.   Do you remember what he looked like?

13          A.   I think he had glasses on.  I'm not sure if he

14   had black hair.

15          Q.   Do you remember if he ever told you who to

16   identify as the shooter?

17          A.   No.

18          Q.   Do you remember if he ever told you -- if he

19   ever threatened you with who to identify as the shooter?

20          A.   No.

21          Q.   Do you remember if he ever coerced you or

22   tried to trick you into identifying anyone as the shooter?

23          A.   No.

24          Q.   Do you remember if he was the one who showed

25   you the photographs?

JR-JJ 053876

1          A.    It might have been him that showed me the

2   photographs.

3          Q.    It might have been him?

4          A.    Yeah, it might have been him.

5          Q.    But it might not have been him as well?

6          A.    Right.

7          Q.    Do you remember if anything -- is there

8   anything that you remember that he told you?  You know what?

9   Strike that.  Do you remember if he ever told you that they

10  had the person prior to you making the identification?

11         A.    I don't know if it was before or after, but I

12  kind of do believe that he said he got the person or they know

13  of the person.

14         Q.    But you don't remember whether that was before

15  or after you made the identification?

16         A.    No, I don't remember if it was before or after.

17         Q.    So it's possible it was after you made the

18  identification?

19         A.    Yes.

20         Q.    Have we discussed everything that you can

21  remember about -- you know what?  Strike that.  Do you ever

22  remember giving a written statement to police?

23         A.    I don't think so.  I can't write.

24         Q.    Do you ever remember meeting with a state's

25  attorney or district attorney at the police station?

JR-JJ 053877

1         A.    No.

2         Q.    Is it possible that you met with a state's

3  attorney and gave a statement and you just don't recall it as

4  you sit here today?

5         A.    It's possible.  There is so many people asking

6  questions and -- I really don't know who was who.  I'm just

7  trying to get to the -- help, whatever I can do, to do their

8  job, you know.

9         Q.    So if the police report talks about you meeting

10  with the state's attorney and giving a written statement,

11  would you have any reason to dispute that?

12         A.    No, because I know I talked to many people.  I

13  don't know what their positions were or anything.  I just --

14         Q.    Okay.  Did you tell the truth at all times when

15  you were talking to the police regarding this investigation?

16         A.    I don't see why not.

17         Q.    Do you recall ever lying to police officers in

18  your involvement in this investigation?

19         A.    No.

20         Q.    In fact you were trying to help them

21  investigate the murder of your friend, correct?

22         A.    Yes.

23         Q.    So you wanted them to find the shooter,

24  correct?

25         A.    Yes.

1      Q.     And when you did make your identification of

2  the shooter, were you sure that that was the person who you

3  had seen shooting the gun that night?

4      A.     I was pretty sure.

5      Q.     How sure were you?

6      A.     Umm, I don't know how to -- to describe it, but

7  I was pretty sure it was him.

8      Q.     You knew you were identifying somebody in a

9  murder investigation, correct?

10      A.     Yes.

11      Q.     And you knew there was a possibility he could

12  go to jail for a significant amount of time if he had a murder

13  conviction, correct?

14      A.     Correct.

15      Q.     You understood the importance of the

16  identification you were making, correct?

17      A.     Yes.

18      Q.     And with that understanding, you were still

19  sure that that was the shooter?  Correct?

20      A.     Yes.

21      Q.     Have we now discussed everything that you can

22  remember?  Every conversation, every statement you can

23  remember saying to Chicago police officers involved in the

24  investigation of the shooting, a line-up if you took one, the

25  photo identification, a written statement if you gave one?

1    Anything you can remember telling them that we have not talked

2    about?

3                A.      No.

4                Q.      Is there anything else that you can remember

5    then any Chicago police officers saying to you throughout all

6    of those processes that we have not talked about?

7                A.      No.

8                Q.      And specifically with regard to the Hispanic or

9    Latino cop who is the only police officer you can remember,

10   have we discussed everything you can remember telling him?

11               A.      Just what we talked about today.

12               Q.      Have we discussed everything that you can

13   remember him saying to you?

14               A.      Just, he was -- like I said, I don't know if it

15   was before or after; he said that he pretty much knows who the

16   individual is.

17               Q.      Okay.  Did he ever tell you who to implicate or

18   who to identify?

19               A.      No.

20               Q.      So after the night when you attended the line-

21   up or did the photographs or looked at the vehicles, you think

22   all that happened on the same day, correct?

23               A.      Yes.

24               Q.      Do you recall whether you had any other

25   interactions with the police officers about this shooting

1    after that?

2            A.    No.

3            Q.    I'm sorry.  No, you don't recall, or no, you

4    didn't have any other interactions with them?

5            A.    I don't think I had any other interactions with

6    them.

7            Q.    Did you ever find out whether or not Macho had

8    made an identification?

9            A.    I wasn't sure.

10           Q.    Did you ever talk to him about it?

11           A.    Yeah, I talked to him about it.  He said that

12   he couldn't help them, whatever, as far as he couldn't give a

13   good description of the person.  I don't know, something to

14   that extent.

15           Q.    Did he tell you that he didn't get a good look

16   at the person?

17           A.    In other words, he was just -- he didn't want

18   to go through -- like in other words, he didn't want to go

19   through the process of asking the questions and stuff like

20   that.  He said he answered them to the best he could.  He

21   really -- he was actually upset that he had to go through

22   that.  You know, the questioning and all that.  He was just

23   like upset.

24           Q.    Do you know why he was upset?

25           A.    No.

JR-JJ 053881

1      Q.    Do you know if it had anything to do with the

2  fact that there was gang involvement in the shooting?

3      A.    Maybe.  Maybe because of the shooting or maybe

4  he might be upset because his vehicle or maybe what happened

5  to Nuni, or -- I don't know.  He was just like he didn't want

6  to go.  He was upset just going through the questioning thing.

7  He was like kind of upset.

8      Q.    Were you under the influence of any drugs when

9  you gave your trial testimony?

10     A.    No.

11     Q.    Were you under the influence of any alcohol

12  when you gave your trial testimony?

13     A.    No.

14     Q.    How did you get to the courthouse for your

15  trial testimony?

16     A.    I don't remember.

17     Q.    Besides the statements we have talked about

18  today, did you ever give any other statements about the

19  shooting to the police officers?

20     A.    No.

21     Q.    Did you ever give any other statements about

22  the shooting to the state attorney's office or the

23  prosecutors?

24     A.    Not that I remember.

25     Q.    Did you subsequently learn the name of the

SCHREIBER REPORTING SERVICES

1    person you had identified?

2            A.    I mean I don't got it on my mind, but if I hear

3    it --

4            Q.    Did you learn that his name was Thomas Sierra?

5            A.    Yes.

6            Q.    Did Thomas Sierra ever ask you to give a

7    statement on his behalf?

8            A.    No.  I don't think I ever talked to him before.

9            Q.    Did anyone else, including any gang members,

10   ever ask you to give a statement on his behalf?

11           A.    I think I heard of something as far as he

12   wanted -- I think he knew someone that might have known me and

13   he was trying to get me not to come to court, or something

14   like that.

15           Q.    That was back before your trial testimony?

16           A.    I think so, yes.

17           Q.    This person he knew, was that another gang

18   member?

19           A.    I'm trying to think who the person might have

20   been.  (Pause.)  I don't know who the person was, but I know

21   it was something to the extent that he had gave a message to

22   that individual to pass it on to me to not show up for court,

23   or something to that extent.

24           Q.    Was that like a threat, not to show up for

25   court?

JR-JJ 053883

1        A.   I don't know if it was a threat.  But it wasn't

2  brought to my attention as a threat.  It was just like, in

3  other words, give him a break type thing, you know.  Something

4  like that.

5        Q.   Did you ever, did you think about doing that?

6        A.   No.

7        Q.   Because Nuni was your friend?

8        A.   Yes.

9        Q.   Do you know if he ever tried to get a statement

10  from you or anyone on his behalf ever try to get a statement

11  from you after his conviction?

12        A.   No.

13        Q.   Do you know if anyone, either him or anyone on

14  his behalf, ever tried to get Macho not to testify?

15        A.   That I know of, no.

16        Q.   Do you know if they ever tried to get Macho to

17  change his identification of him?

18        A.   No.

19        Q.   Do you know if anyone else ever signed any

20  statements to try and help get Sierra out of jail?

21        A.   No.

22        Q.   Do you know if there was ever any retaliation

23  by the Latin Kings for the shooting?

24        A.   No.

25        Q.   No, you don't know?  Or no, there never was?

JR-JJ 053884

1          A.    I don't think there ever was.

2          Q.    You have heard of retaliation for gang

3    shootings though, correct?

4          A.    Yes.

5          Q.    Is that something that would happen after a

6    gang member was killed?

7          A.    Well, many times after a member of the

8    organizations may be killed -- or don't even have to be

9    killed.  It could just be beat up or something like that.

10   They might want to go and beat up on one of their people or

11   whatever.  From my understanding, I don't think anything was

12   ever retaliated because of Nuni.

13         Q.    Were you ever scared of retaliation for your

14   identification of Sierra?

15         A.    Well, it crossed my mind, but -- I don't see it

16   as a threat because I don't even know the individual.  And

17   nobody he knows might have known me either.

18         Q.    Had you heard before though of retaliation for

19   people making identifications, especially in court, of gang

20   members?

21         A.    Well, I don't think it'd necessarily have to be

22   a gang member.  It could go either way, gang or no gang

23   member.

24         Q.    Just generally that was something you had heard

25   of happening?

JR-JJ 053885

1    A. Yes, I heard of it before.

2    Q. Are there any Imperial Gangsters here at FCI

3 McKean?

4    A. I think there is one maybe. Maybe one.

5    Q. Have you ever been concerned here for your

6 safety regarding the identification you made in this case?

7    A. No.

8    Q. Are you fearful of gangs here for any reason as

9 a result of you testifying today?

10    A. I don't think anyone knows.

11    Q. If they did know, would you be fearful?

12    A. Yeah, I would.

13    Q. And why would that be?

14    A. Because, because who I used to be.

15    Q. You mean a Latin King?

16    A. A Latin King. It could be like they might

17 think that I might have said something against them, or it's

18 part of a rule not to give a statement or whatever, what I'm

19 doing today.

20    Q. Sure. And when you say you are fearful, would

21 you be fearful of being beat up?

22    A. Well, it could happen. But like I said, I

23 don't surround myself around that anymore. And that's one of

24 the reasons why I didn't wanna take place in this -- this

25 gathering today.

SCHREIBER REPORTING SERVICES

1    Q.    Well, and I'll just tell you too -- and Liz, I

2    hope you are okay with me representing this -- that he said

3    that no one here at the prison, of course except the prison

4    staff, knows he is here.  I have no intention of telling

5    anyone.  I don't actually know anyone else who is incarcerated

6    here.  So I would have no intention.  And I don't think that

7    the Plaintiff probably has any intention of it, informing

8    anyone that you gave deposition today.  Is that correct, Miss

9    Mazur?

10          MS. MAZUR:  Yes, that's correct.

11   BY MS. WHITE:

12          Q.    So I don't know if that helps you at all, but I

13   do want to make sure I settled that for you.

14          A.    All right.

15          Q.    Okay.  Have you ever told anyone that your

16   identification of Thomas Sierra as the shooter was false?

17          A.    No.

18          Q.    Do you know if Macho ever told anyone that his

19   identification of Sierra was false?

20          A.    I don't know if he ever told anyone.

21          Q.    Have you ever talked with anyone else, besides

22   I guess me, about this case, about your testimony here today?

23          A.    If I ever told anyone?

24          Q.    Uh-huh.

25          A.    No, other than my counselor and case manager.

SCHREIBER REPORTING SERVICES

1    Q.    Okay.  And have you ever talked with anyone in

2  general about the identification you made in this case since

3  your trial testimony?

4    A.    No.

5    Q.    Did you and Macho ever talk about the trial

6  testimony and what happened at trial?

7    A.    Well, he asked what had happened or what was

8  the outcome.  I had told him that they had found him guilty

9  and that I had testified against him.

10    Q.    Do you know if Macho ever testified?

11    A.    I don't know if he ever testified.

12    Q.    Did you look at anything in preparation for the

13  deposition today?  Any document?

14    A.    Can you repeat the question?

15    Q.    Did you look at any documents in preparation

16  for your testimony today?

17    A.    I don't have any documents.

18    Q.    Okay.  Okay, we are going to go through a list

19  of people and I'm just going to ask you if you know these

20  people or know of these people, heard of these people.  I know

21  you often tend just to know nicknames.

22    A.    Uh-huh.

23    Q.    So when I have the nicknames, I'll give you

24  those.  Okay?

25    A.    Okay.

```
1              Q.    Do you know or do you know of Juan Johnson?
2              A.    No.
3              Q.    Okay.  Juan Johnson is the plaintiff in this
4     case.  Do you know any of the details of his criminal murder
5     conviction?
6              A.    Who is Juan Johnson?
7              Q.    He's the plaintiff in this case.  I'm just
8     trying to get at if you know anything about him or his
9     previous criminal case or his current civil case.
10             A.    I don't know.
11             Q.    Do you know a person by the name of Hector
12    Franco?
13             A.    No.
14             Q.    Sammy Perez, who goes by Spanky?
15             A.    No.
16             Q.    Ramon Crespo?
17             A.    No.
18             Q.    Nelson Crespo?
19             A.    No.
20             Q.    Juan Delgado?
21             A.    Juan Delgado?  Kind of sounds familiar.
22             Q.    Do you know where you might know Juan Delgado
23    from?
24             A.    The name kind of like rings a bell.  I don't, I
25    don't --
```

JR-JJ 053889

1      Q.    Do you know a Juan Delgado who is a member of

2  the Spanish Cobras street gang?

3      A.    I don't.

4      Q.    Okay.  Ricardo Fernandez?

5      A.    No.

6      Q.    Edwin Gomez?

7      A.    No.

8      Q.    Henry Johnson?

9      A.    No.

10     Q.    Chris McCoy?

11     A.    No.

12     Q.    Armando Medez?

13     A.    No.

14     Q.    Player E?

15     A.    No.

16     Q.    Juan Michel?

17     A.    No.

18     Q.    Jose Negron?

19     A.    No.

20     Q.    Reginald Robinson?

21     A.    No.

22     Q.    Reginald Williams?

23     A.    No.

24     Q.    We are just about done, I promise.  Do you know

25  an Imperial Gangster named David Colon who goes by Malo or

```
1    Negro G?

2              A.    No.

3              Q.    Ruben Gonzelez?

4              A.    No.

5              Q.    Raymond Graciano who goes by Ray?

6              A.    No.

7              Q.    David Rivera?

8              A.    No.

9              Q.    Joel Valentin?

10             A.    No.

11             Q.    He goes by Pappo.

12             A.    No.

13             Q.    Raoul Cook?

14             A.    No.

15             Q.    Angel Guy-ah (phonetic spelling), who goes by

16   Luis?

17             A.    No.

18             Q.    Charles Ellison, who goes by Choco?

19             A.    No.

20             Q.    Luis Serrano, who went by Hit Man or Danny?

21             A.    What was that last name?

22             Q.    Serrano?

23             A.    What was the first name?

24             Q.    Luis.

25             A.    Serrano?
```

SCHREIBER REPORTING SERVICES

JR-JJ 053891

1         Q.    He was a -- well, did you ever know a Luis

2  Serrano who was a member of the Beach & Spaulding faction of

3  the Latin Kings?

4         A.    The name, ahhh, the name rings a bell.

5         Q.    Do you know if he had rank in the Beach &

6  Spaulding Latin Kings?

7         A.    No.  I'm trying to picture the person.  But

8  like I said, rings a bell.  I don't know if he --

9         Q.    Do you know if he was ever connected -- excuse

10  me.  If he was ever convicted of a homicide in Chicago?

11         A.    I don't -- I don't even know the person.  I

12  know the name sounds familiar, but I'm trying to put a face to

13  it.  But -- I can't.

14         Q.    Ismael Rivera?  Went by Bandit?

15         A.    Can you state another name before Ismael?

16         Q.    No, we just talked about Luis Serrano.

17         A.    Oh, okay.

18         Q.    And the next one I asked was Ismael Rivera who

19  went by Bandit.

20         A.    No.

21         Q.    How about Wilfred Rosario who went by Bear?

22         A.    The nicknames kind of sound familiar, but --

23         Q.    Do you know who the leader of the Armitage and

24  Kedzie Latin Kings was in 1995?

25         A.    No.  It's like I don't -- I'm not from the

JR-JJ 053892

1    neighborhood, so I really don't -- don't know who is calling

2    the shots or whatever.

3              Q.    What do they call the person who is the leader?

4    I know different gangs have different names for them.  What

5    would they call the person who was the leader of the Latin

6    Kings in your neighborhood?

7              A.    Inca.

8              Q.    Do you know someone named Martinez Arcos, went

9    by Chino?

10             A.    The nickname sounds familiar, Chino.

11             Q.    Do you know if Chino lived or at least hung

12   around near Lowell Elementary in Chicago?

13             A.    I don't know.

14             Q.    Do you know if Chino hung out near the Humboldt

15   Parking Center in Chicago?

16             A.    I don't know.

17             Q.    Do you know Rudy Martinez?  Might be a common

18   name.  Do you remember anybody named Rudy Martinez?

19             A.    No.

20             Q.    Efran Sanchez?

21             A.    No.

22             Q.    Julio Sanchez?

23             A.    No.

24             Q.    Okay.  I'm going to take a minute to go over my

25   notes and make sure I don't have any other questions.  I think

JR-JJ 053893

```
 1   I might be almost done, in which case I think Miss Mazur may
 2   have some questions for you.  Liz, do you know if you have
 3   questions?
 4            MS. MAZUR:  Yeah, I have some, but not too many.  I
 5   don't think it should be very long.
 6            MS. WHITE:  Okay, just give me a couple minutes to
 7   look over my notes.
 8            (Documents reviewed by counsel.)
 9            MS. WHITE:  Okay, I think I'm done.  She might have
10   a few here for you.  Go ahead, Liz.
11            MS. MAZUR:  I'm sorry?  Is it okay if I go ahead?
12            MS. WHITE:  Yes, please do.
13
14                      CROSS EXAMINATION
15   BY MS. MAZUR:
16            Q.   There is a couple I wanted to follow up on,
17   questions you just heard earlier.  I wanted maybe just a point
18   of clarification.  Isn't it right that today we have talked
19   about two separate incidents after the day of the shooting
20   where you went to the police department to potentially do some
21   kind of identification?
22            A.   Yeah.
23            Q.   Okay.  And that would have been -- I know you
24   testified you said you went the night of the shooting and you
25   couldn't make an identification then; is that right?
```

1    A.    Yes.

2    Q.    And then even though I understand right now

3 sitting here today you don't really have a memory of it, but

4 in prior testimony you've given, it sounds like you went back

5 to the police department around May 25th, which was like two

6 days later.  Is that correct?

7    A.    Yeah, that could be.

8    Q.    Okay.  And then just to help me make sure I

9 understand and heard everything correctly, that there was

10 another time in that period that you would have gone back to

11 make identification; is that correct?

12    A.    I didn't understand your question.

13    Q.    Then after you went on May 25th, did you go

14 back again to the police station on the 30th to see if you

15 could make an identification?

16    A.    The number of times I might have went to the

17 police station might have been two times.  I don't know if

18 that's -- might have been the second time.

19    MS. WHITE:  Hey, Liz, I'm sorry to interrupt.  We're

20 having a really hard time hearing you and I think it's just

21 our facility, we are in an echoing room.  Could you just talk

22 as loud as you can?  Maybe shut your office door and talk as

23 loud as you can?

24    MS. MAZUR:  My door is shut, but I'll speak as loud

25 as I can into the speaker phone.

1        MS. WHITE:   Thank you.

2   BY MS. MAZUR:

3        Q.    Do you recall if you had any conversations with

4   Macho about what happened between the day of the shooting and

5   the time that you went back to the police station to make an

6   identification?

7        A.    No.

8        Q.    Okay, you don't remember either way?

9        A.    No.

10       Q.    Okay.  And are you aware that -- well, strike

11  that.  Sorry.  You testified that you were, when you made the

12  identification of the shooter, that you were pretty sure about

13  it.  And I think counsel tried to get, you know, follow up on

14  that.  I know it's kind of a difficult question to answer, but

15  do you recall being a hundred percent certain, that, yes,

16  that's the guy I saw in the car that night?

17       MS. WHITE:   I'm going to object to the form.  You

18  can go ahead and answer her question.

19       THE WITNESS:   Well, if I picked the person at that

20  point, I feel it was a hundred percent sure.

21  BY MS. MAZUR:

22       Q.    Okay.  And do you remember when you made the

23  identification it was when you were looking at photographs?

24       A.    Yes.

25       Q.    Okay, it was.  And do you remember whether the

1  photographs were being shown to you like one at a time?

2          A.    I know he gave me like many at a time.

3          Q.    Okay.  And do you remember when you made that

4  identification like if there were several photos out in front

5  of you at that instance?

6          A.    There were many photos.

7          Q.    Okay.  And do you remember, you know, whether

8  the person showing you the photographs said anything like we

9  think it might be this guy and showed you a picture, or

10 anything like that?

11         MS. WHITE:  I'm going to object to form.  He's

12 already stated he remembers that.  You can go ahead and answer

13 the question.

14         THE WITNESS:  I don't think that he pointed at a

15 picture.

16 BY MS. MAZUR:

17         Q.    Okay.  And when they were showing you the

18 photographs, was anyone -- I'm sorry, strike that.  When you

19 were looking at the pictures, was the officer saying anything

20 to you about the investigation?

21         A.    No.

22         Q.    No?  Okay.  And at the time of the shooting

23 which was back in 1995, did you have any or were there any

24 charges pending against you for anything?

25         A.    Yes.

1          Q.    What were the charges?

2          A.    One was a drug charge and a gun charge.

3          Q.    And were those Federal charges?

4          A.    It was state charges.

5          Q.    Okay.  When did you -- did you go to trial on

6     those charges?

7          A.    I went to trial on one charge, ma'am.

8          Q.    Were those two charges, were they charged at

9     the same time or were they related to separate incidents?

10         A.    They were separate incidents.

11         Q.    Okay.  But at the time of the shooting in this

12    case, they were both still pending?

13         A.    I don't know if it was before or after they

14    were pending, but around that time period I had those two

15    cases.

16         Q.    And are these the same charges you testified

17    about earlier in the beginning of the deposition?

18         A.    Can you repeat the question?

19         Q.    The gun and the drug charge you just told me

20    about, are those the same ones you testified about earlier in

21    the deposition?

22         A.    Yes.

23         Q.    Okay, so I won't need to ask you a hundred

24    questions about all that.  And are those -- is the sentence

25    you are currently serving now related to those charges?

1          A.     No.

2          Q.     No?

3          A.     What I would say, you know, other than the

4    violation of probation, I guess they used that.  I'm not sure.

5          Q.     Okay.  I think counsel also asked you earlier

6    if you ever wore glasses, and I believe you testified that you

7    have not; is that correct?

8          A.     Correct.

9          Q.     Do you know whether you've ever needed glasses?

10         A.     Not that I know of.  I don't -- I don't -- I

11   ain't never needed glasses.

12         Q.     Okay.  And you testified earlier that on the

13   day of the shooting you had smoked some marijuana earlier,

14   beforehand.  And I'm wondering did any of the officers ever

15   ask you about that, whether you had, you know, done any drugs

16   that day?

17         A.     I believe so.

18         Q.     Okay.  And do you remember what your response

19   was?

20         A.     Yeah.  We were smoking in the car when it

21   happened.

22         Q.     So you did tell them that.  They would have

23   known that?

24         A.     Yes.

25         Q.     I just have one other question about, you know,

SCHREIBER REPORTING SERVICES

1   the scene of the shooting.  And I understand you were in the

2   passenger seat at the time.  Is that correct?

3           A.    Yes.

4           Q.    And Macho was driving?

5           A.    Yes.

6           Q.    And so the other car, you said, pulled up on

7   your left-hand side?

8           A.    Yes.

9           Q.    So is it true that the car that the shooter was

10  in was closer to Macho than it was to you?

11          A.    Yes.

12          Q.    Okay.  And then I think I'm done, let me just

13  take one minute to look at my notes real quick, okay?

14          (Documents reviewed by counsel.)

15          Q.    I guess I have one other quick question, which

16  is, were you ever -- I'm trying to think of a good way to

17  phrase this.  Were you promised anything in exchange for your

18  testimony in the Thomas Sierra case?

19          A.    No.

20          Q.    No?  And so did your testimony in that case in

21  any way impact on the criminal charges that were pending

22  against you at the time?

23          A.    Not that I know of.

24          Q.    Okay.  So the police, like, the state's

25  attorney, or the police didn't, you know, see your criminal

1   case, seek your cooperation in the Thomas Sierra case?

2        A.    Well, I went to trial on my drug case.

3        Q.    Okay.

4        A.    I got found guilty.

5        Q.    Okay.

6        A.    And the other charge, which is the gun charge I

7   had pending, I had to sit it out, either go to trial or plead

8   out.  And at that point I did almost a month in jail until I

9   said I'm going to plead out.

10       Q.    Okay.  And then once you pled on that, was that

11  charge -- like, did you just plead to time served?

12       A.    I'm not sure if it was time served, but I know

13  they ran them together and gave me the probation.

14       Q.    Okay.  Okay.  I don't think I have anything

15  else.  Do you, Christina?

16       MS. WHITE:  I'm just going to ask one more question.

17

18                   REDIRECT EXAMINATION

19  BY MS. WHITE:

20       Q.    It's kind of one I forgot to ask at the end of

21  mine and one that goes along with something she asked you

22  about.  Miss Mazur talked to you about the officer showing you

23  the pictures and you made the identification.  Do you recall

24  talking to her about that?

25       A.    Yes.

1    Q.    Okay.  Well, let me start with this.  My

2    question at the end of my testimony that I wanted to ask you

3    was after we have sat here today for a couple of hours now and

4    discussed all this, has anything else kind of shaken loose in

5    your memory that you didn't testify to earlier today that

6    maybe now you remember now that you have talked about it?

7    A.    No.

8    Q.    Okay.  I think you testified, you know, with me

9    that you really didn't have too much memory about the

10   photographs.  Then with Miss Mazur you testified you remember

11   he gave you a bunch of photographs at one time.  Correct?

12   A.    Yes.

13   Q.    And that they were laid out in front of you.

14   Correct?

15   A.    Yes.

16   Q.    Is there anything else you can remember about

17   viewing the photographs besides that?

18   A.    I just remember him going and grabbing bundles

19   of pictures and --

20   Q.    Was that at the same time that you were looking

21   at the albums?

22   A.    I'm not sure if it was at that point or at a

23   different point.  But I remember him just taking bundles and

24   bundles and bundles of pictures.

25   Q.    So he could have handed you the bundles while

SCHREIBER REPORTING SERVICES

1    you were looking at the albums, or it could have been on a

2    separate occasion.   Correct?

3            A.    Yes, correct.

4            Q.    And she also talked to you about how many times

5    you had went to the police station.   Correct?

6            A.    Yes.

7            Q.    And you testified today that you don't really

8    remember how many times you went to the police station.

9    Correct?

10           A.    Correct.

11           Q.    But every time you did talk to the police you

12   were telling them the truth; is that correct?

13           A.    That's correct.

14           Q.    And every time you did give testimony, you gave

15   truthful testimony.   Correct?

16           A.    Yes, correct.

17           Q.    And we have already gone through this, but to

18   the extent that you gave the testimony closer to the time of

19   the incident, your memory was more likely stronger when you

20   gave that testimony then.   Correct?

21           A.    Correct.

22           Q.    And so in the places where you maybe didn't

23   remember or your testimony today conflicts with testimony you

24   gave in the past, it's more likely your testimony in the past

25   is more accurate.   Correct?

```
 1              A.    Yes.
 2              Q.    That's all the questions I have.  Ms. Mazur, do
 3    you have any other follow-up from what we just discussed?
 4              MS. MAZUR:  Nope.
 5              MS. WHITE:  Okay.  I think we are done.  Are you
 6    done.  Ms. Mazur?
 7              MS. MAZUR:  Yes.
 8              MS. WHITE:  Okay.  One thing left we have to talk
 9    about.  I promise this is the easiest one all day.
10              THE WITNESS:  Okay.
11              MS. WHITE:  You see she's been over there typing
12    everything while we've been talking?  When she's done she's
13    going to go back and put that all into a transcript.  When she
14    does that, you have the opportunity, if you'd like, to receive
15    a copy of the transcript.  It will kind of look like this
16    (indicating).  You can look it over and read it and make sure
17    it's accurate.  You can't change any of your answers.
18    However, if she has a misspelling or maybe misunderstood the
19    way you pronounced something, you can suggest a change to it.
20    But again, you cannot change the substance of what you
21    testified to here today.
22              You can opt to do that, or you can waive that right
23    and just trust she's taking everything down accurately, in
24    which case you will be done here.  The choice is totally
25    yours.  Which would you like to do?
```

SCHREIBER REPORTING SERVICES

1          THE WITNESS:  Umm, what's my use for the

2     transcripts?

3          MS. WHITE:  I couldn't tell you what you would use

4     the transcript for.  All you, for our purpose, all you would

5     be doing is looking it over and make sure she was accurate in

6     typing it down.  And then, you know, mail it back and say yes,

7     it's accurate or maybe these are changes I have.

8          I can't really advise you which way to do it.  Some

9     people like to do it, and some people are just happy to be

10    done with it.  It's really your call.

11         THE WITNESS:  I guess she can mail it.

12         MS. WHITE:  Okay, so that means you are going to

13    reserve signature, meaning reserving the right to get the

14    transcript, read it and sign it.  Okay.

15         Liz, then I think we are all done.

16         MS. MAZUR:  Okay.

17         THE WITNESS:  I have some questions.

18         MS. WHITE:  Well, unfortunately today we can't

19    answer questions.  So -- is it just questions about how you

20    would receive the transcript?  Or is it more questions about

21    the case?

22         THE WITNESS:  It's about the case.

23         MS. WHITE:  Okay.  Well, let's go off the record.

24    Liz, can we go off the record?

25         MS. MAZUR:  Sure.

SCHREIBER REPORTING SERVICES

1       MS. WHITE:  Okay, let's go ahead and go off the

2   record.

3       (Off-the-record discussion.)

4       (Deposition concluded at 11:38 a.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SCHREIBER REPORTING SERVICES

JR-JJ 053906

<u>INDEX OF WITNESS, ALBERTO RODRIGUEZ</u>

| <u>Direct</u> | <u>Cross</u> | <u>Redirect</u> | <u>Recross</u> |
|---|---|---|---|
| 3 (White) | 88 (Mazur) | 95 (White) | |

<u>INDEX OF EXHIBITS</u>

| <u>Description</u> | <u>Marked</u> |
|---|---|
| 1. Copy of trial testimony | 55 |
| 2. Copy of Motion to Suppress | 55 |

SCHREIBER REPORTING SERVICES