# EXHIBIT E

1    caliber bullet was a 9 millimeter not suitable for

2    comparison, so stipulated.

3         MR. PALMER: So stipulated.

4         THE COURT: Okay. And ladies and gentlemen,

5    again, earlier in the trial I explained to you

6    what a stipulation is and just an agreement

7    between the parties that if a particular witness

8    were called and in this case it would have been

9    Mr. Chenow, if he was called to testify he would

10   testify as was set out in the stipulation and you

11   can consider that to be evidence. Okay. Go

12   ahead, state.

13        MS. SUDENDORF: We would be calling Detective

14   Guevara.

15        THE CLERK: Raise your right hand.

16             (Witness sworn.)

17        THE CLERK: Have a seat.

18        MS. SUDENDORF: May I proceed?

19        THE COURT: Please.

20             .

21

22

23

24

F 86

JR-JJ 002409

```
 1              DET. REYNALDO GUEVARA,

 2    called as a witness on behalf of the People of the

 3    State of Illinois, having been first duly sworn,

 4    was examined and testified as follows:

 5                 DIRECT EXAMINATION

 6                        BY

 7              MS. SUDENDORF:

 8         Q   Detective, state your name, spell your

 9    name, give your str number and where you're

10    assigned?

11         A   Reynaldo Guevara, G-u-e-v-a-r-a, star

12    number 20861, I'm assigned to area Area 5 Violent

13    Crimes, Chicago Police Department.

14         Q   How long have you been assigned as a

15    detective to Area 5 Violent Crimes?

16         A   Since 1989.

17         Q   And prior to that, were you working with

18    the Chicago Police Department?

19         A   Yes, I was.

20         Q   How many years have you worked in the

21    Chicago Police Department?

22         A   Total of 24 years.

23         Q   Before working in the Violent Crimes

24    Section, where did you work as a detective?
```

F 87

JR-JJ 002410

1        A   I as a gang crimes specialist for the

2   Chicago Police Department.

3        Q   And in what specific area?

4        A   The north side, mainly in the 14th

5   District area.

6        Q   And for how many years were you a gang

7   crimes specialist?

8        A   For 15 years.

9        Q   Prior to joining the police department

10  what did you do as an occupation?

11       A   I was a refrigeration heating and air

12  conditioning man.

13       Q   I'm going to draw your attention to May

14  of 1995, were you working in the area Area 5

15  detective unit?

16       A   Yes, I was.

17       Q   And drawing your attention specifically

18  to May 24th, of 1995, did you become involved in

19  the homicide investigation involving a Noel

20  Andujar?

21       A   Yes, I did.

22       Q   I'm going to draw your attention to prior

23  to May 24th, 1995 and this day being May 20th, of

24  1995, were you involved in yet another or separate

F 88

```
 1    homicide investigation at that time?
 2         A   Yes, I was.
 3         Q   And at that time, was that the homicide
 4    investigation of a person by the name of Ruben
 5    Gonzales?
 6         A   Yes, Ma'am.
 7         Q   And in so doing, did you go visit
 8    anybody?
 9         A   Yes, I did.
10         Q   Who did you go visit?
11         A   I went to 3501 West Belden to visit
12    Esther Reyes, the mother of the deceased.
13         Q   And that was the mother of Ruben
14    Gonzales?
15         A   Yes.
16         Q   Who did you go there with?
17         A   With my partner, Detective Halvorsen.
18         Q   When you went to that location, did you
19    actually approach the residence of Miss Esther
20    Reyes?
21         A   Yes, I did.
22         Q   As you approached the residence of Miss
23    Esther Reyes, did anybody else come to that
24    location?
```

JR-JJ 002412

1      THE COURT:  Sure.

2           (Whereupon, the following proceedings

3           were had in open Court, outside

4           the presence and hearing of

5           the jury, to-wit:)

6      MR. SARLEY: Trying to get the statements in.

7  What they're trying to do is get the statements of

8  Mrs. Reyes and the statements of this person that

9  walked up to Mrs. Reyes to establish motive in

10  this case.  It's not just being offered, I don't

11  know, to say what he said but to prove a motive

12  and it's being used for substantive purposes.

13      MS. SUDENDORF: We're trying to establish how

14  this investigation proceeded and based on the

15  conversation that he had, not being offered for

16  the truth of the matter, it's not,, the

17  information where he goes next.

18      THE COURT:  What do you expect him to say

19  right now?  Expressed his condolences.

20      MS. SUDENDORF: Correct, and then he went to

21  his car and the officer asked her who those people

22  are.  She gives the officer 2 names and it's how

23  -- then he goes and talks to the gang crimes guy

24  who tells who the people are, Thomas and Hector

F 91

```
 1    Montanez.  The course of the investigation.
 2         MR. SARLEY: What does express condolences
 3    have to do with who is in the car, what it does is
 4    gives them a motive through hearsay, that's what
 5    it does.
 6         THE COURT:  The point of the matter is that
 7    the hearsay rule, it's being offered for the truth
 8    of the matter asserted.  Are they offering to
 9    prove he's really sorry the person died?
10         MR. SARLEY: Yes, what he said, that he's
11    sorry the guy died, to put it on him by shooting
12    the other guy, that's how, absolutely.
13         MS. SUDENDORF: We're not.  We're not.
14         MR. SARLEY: They saw a conversation and then
15    they saw the guy in the car and they got
16    information on who that was without going into
17    it.  It's already out, expressing condolences,
18    already out.  Why can't they say they got a guy in
19    the car?  They're going to say they have the
20    picture and put it in a photo spread.  Why can't
21    they say they saw him, got his picture and put it
22    in the spread based on him being in the car when
23    the detective learned about this investigation,
24    they put the photo in the spread because they saw
```

F 92

JR-JJ 002414

1    him in the car.  Why can't they say that?  They

2    want to get the motive in through hearsay.

3         MS. SUDENDORF: As I said, not for the truth

4    of the matter but that's what the officer was

5    doing in that investigation and that's what

6    occurred and based on what occurred, what

7    transpired he made inquiry as to whose these

8    individuals were for purposes of getting photos

9    together.

10         MR. SARLEY: Not until after the shooting.

11         THE COURT:  I'm sorry?

12         MR. SARLEY: He didn't get the photographs to

13    show to these witnesses until after the shooting,

14    you know when I say the shooting I mean this case.

15         MS. SUDENDORF: Oh, sure.

16         THE COURT:  All right well you know what,

17    this isn't a big deal, if you don't want the

18    condolences being expressed I don't care.  Just

19    say you know, that they observed them having a

20    conversation.

21         MR. SARLEY: That's fine as long as they

22    observed him having a conversation.

23         THE COURT:  With an expression of his

24    feelings.  I'll sustain it as to that.

F 93

JR-JJ 002415

1          MR. SARLEY: As long as he does that.

2          THE COURT:  I'll sustain it as to that.

3             (Whereupon, the following proceedings

4             were had in open Court, within

5             the presence and hearing of

6             the jury, to-wit:)

7          THE COURT:  All right.  Sustained.  Ask

8  another question.

9          MS. SUDENDORF:

10        Q  Were you present when Hector -- excuse

11  me, were you present when that individual had a

12  conversation with Mrs. Reyes?

13        A  Yes, I was.

14        Q  And after that conversation occurred, did

15  you see that individual return to that vehicle?

16        A  Yes, he did.

17        Q  And after he returned to that vehicle,

18  did you make any inquiries of Miss Esther Reyes at

19  that time?

20        A  Yes, I did.

21        Q  What did you ask her?

22        MR. SARLEY: Objection.

23        A  I asked her who were the 2 individuals

24   --.

F 94

```
1          THE COURT:  Overruled.

2          A -- that pulled, that came to her house.

3          MS. SUDENDORF:

4          Q  And did she tell you who they were?

5          A  Yes, she did.

6          Q  What did she sell you?

7          A  She said the driver is Little Hector and

8     the passenger is Junito, friends of my son.

9          MR. SARLEY: Objection, objection.

10         THE COURT:  What is your objection?

11         MR. SARLEY: Well, once again that's hearsay.

12         THE COURT:  All right, overruled.

13         A  They were friends of my son.

14         MR. SARLEY: Objection to anything further.

15    I don't know what he's going to say, Judge, but --

16         THE COURT:  Just come on up here.

17              (Whereupon, the following proceedings

18               were had in open Court, outside

19               the presence and hearing of

20               the jury, to-wit:)

21         THE COURT:  Where are we going now?

22         MS. SUDENDORF: All she told him they were

23    Junito and Hector and friends of her sons and

24    Imperial Gangsters.
```

F 95

JR-JJ 002417

1    THE COURT:  Okay.  And you're offering that

2    for what?

3    MS. SUDENDORF: That's it, it's in the

4    report.

5    MR. SARLEY: It could be in the report, it

6    could be in the report until the cops come,

7    doesn't make it right.

8    THE COURT:  What is the purpose you're

9    offering it?

10    MS. SUDENDORF: Being offered for the purpose

11    of what this officer does with that information,

12    and subsequent information.

13    THE COURT:  All right.  Overruled.

14    MS. SUDENDORF: Not for the truth.

15    MR. SARLEY: Let me ask you this, once --

16    okay, once he finds out the names of these people,

17    I mean, is it going to be limited to that or more

18    to this, what this officer will say.

19    THE COURT:  You want him to say they're --

20    she says they're Imperial Gangsters.

21    MS. SUDENDORF: Correct.

22    THE COURT:  That explains the conduct of the

23    officer.

24    MS. SUDENDORF: Correct.

F 96

JR-JJ 002418

1        And further investigation after he

2    learns from the report what is involved, okay, he

3    then goes to the gangs crimes guys to find out if

4    they know, if he knows the gang crime situation

5    because of them being Imperial Gangsters, they go

6    to gang crimes and they have a picture of this guy

7    named Hector.  It is explained how.

8        THE COURT:  Who is Junito.  Okay,

9    overruled.

10       MR. SARLEY:  It's limited to that then?

11       THE COURT:  From what they've told me so

12   far, it is, I would assume so.

13          (Whereupon, the following proceedings

14           were had in open Court, within

15           the presence and hearing of

16           the jury, to-wit:)

17       THE COURT:  Overruled, go ahead.

18       MS. SUDENDORF:

19       Q  What did she tell you?

20       A  She says that they were friends of her

21   son and they were members of the Imperial

22   Gangsters.

23       Q  Now, drawing your attention to May 24th,

24   of 1995, when you become involved in the

F 97

JR-JJ 002419

```
 1   investigation of the homicide of Noel Andujar, did

 2   you read any reports subsequent to your becoming

 3   involved in that investigation?

 4        A  Briefly, yes.

 5        Q  And did you learn anything on the reports

 6   that had been generated thus far?

 7        A  Yes Ma'am.

 8        Q  What did you learn, sir?

 9        A  I learned the description of the vehicle

10   used in the homicide.

11        Q  And what description was that?

12        A  That was a Buick Park Avenue, black or

13   blue 4 door short body, wire wheels and light

14   tinted windows.

15        Q  Did you recognize that description?

16        A  Yes, I did.

17        Q  How did you recognize that description,

18   officer?

19        A  I recognized that description as the car

20   that I saw pull over at Mrs. Reyes' house.

21        Q  After reading that report, and making

22   that recognition what is the next thing you did in

23   this investigation?

24        A  At that point I contacted gang crimes
```

F 98

JR-JJ 002420

1    specialist Figueroa and asked him if he knew

2    Junito and Little Hector from the Imperial

3    Gangsters.

4         Q  Did gang crimes specialist Figueroa give

5    you anything at that point or present you with

6    anything at that point?

7         A  Yes, he did, he gave me a photo, 2

8    photos, one of Little Hector and one of Junito.

9         Q  Did you recognize the people that were in

10   that photos, those photos?

11        A  Yes, I did.

12        Q  Who did you recognize those people as?

13        A  I recognized those as the people that

14   were inside the car when the car pulled over to

15   Mrs. Reyes' house.

16        Q  I'm going to show you what has been

17   previously marked as People's Group exhibits

18   number 13 A through E.  May I approach the

19   witness?

20        THE COURT:  Uh-hum, yes.

21        MS. SUDENDORF:

22        Q  Showing you what has been marked as

23   People's group exhibit A through E, do you see the

24   photos in there that were given to you by gang

F 99

1    specialist Figueroa?

2         A   Yes, I do.

3         Q   Which 2 photos are those?

4              Indicating for the record he has

5    taken out photo 13 C, Sierra and 13 D Hector

6    Montanez.

7              Do you see the person present in

8    Court that you saw in that vehicle on May 20th,

9    1995?

10        A   Yes, I do.

11        Q   Would you please point that individual

12   out for the ladies and gentlemen of the jury?

13        A   Him, the gentleman over there with the

14   white shirt.

15        MS. SUDENDORF: Indicating for the record the

16   defendant, Thomas Sierra.

17        THE COURT:  Yes.

18        MS. SUDENDORF:

19        Q   Is that the person that you saw driving

20   the vehicle or the passenger of the vehicle that

21   you saw it on May 20th, 1995?

22        A   He was the passenger.

23        Q   Once you received these photos,

24   Detective, what is the next thing that you did

F 100

JR-JJ 002422

1    with respect to this investigation?

2         A  I looked for several other photos so I

3    can conduct a photo line up with the witnesses.

4         Q  And did you in fact conduct such a photo

5    array with an individual Alberto Rodriguez?

6         A  Yes.

7         Q  And did you go to Mr. Rodriguez' home?

8         A  Yes, I did.

9         Q  Who did you go there with?

10        A  I went with there with my partner

11   Detective Halvorsen and with Detective McMurray.

12        Q  And did you show Alberto Rodriguez or was

13   Alberto Rodriguez shown the photo array?

14        A  Yes.

15        Q  Did he identify anybody from the photo

16   array?

17        A  Yes, he did.

18        Q  And who did he identify in that photo

19   array?

20        A  He identified the photo of Thomas Sierra

21   as the shooter.

22        Q  Did he indicate whether he saw anybody

23   else in the vehicle besides the shooter at that

24   time?

F 101

JR-JJ 002423

1    A  No, he didn't.

2    MR. SARLEY: Objection, relevance.

3    THE COURT:  Overruled.

4    MS. SUDENDORF:

5    Q  Did you try to locate anybody else on

6  that evening of May 25, of 1995?

7    A  Yes, I did.

8    Q  Who is that?

9    A  I tried to locate Melendez.

10    Q  And were you successful in locating him

11  that evening?

12    A  No I was not.

13    Q  Drawing your attention to May 30, 1995,

14  did you resume this investigation of the homicide

15  of Noel Andujar?

16    A  Yes, I did.

17    Q  And at that time, did you contact anybody

18  to come to Area 5?

19    A  Yes, I did.

20    Q  Who was that?

21    A  I contacted Jose Melendez and Alberto

22  Rodriguez to come into Area 5.

23    Q  Did they come to Area 5?

24    A  Yes, they did.

F 102

JR-JJ 002424

```
 1          Q   And did you pick them up?

 2          A   No, I did not.

 3          Q   How did they come to Area 5?

 4          A   They drove to Area 5.

 5          Q   Did anybody from the Chicago Police

 6   Department go get them?

 7          A   No, Ma'am.

 8          Q   When they came to Area 5, did you have an

 9   opportunity to speak with Mr. Melendez?

10          A   Yes, I did.

11          Q   And did you know Mr. Melendez from

12   before?

13          A   Yes, I did.

14          Q   How do you know him from?

15          A   I knew him as a member of the Latin Kings

16   for many many years.

17          Q   What is his nickname?

18          A   Macho.

19          Q   And did you have a conversation with Mr.

20   Melendez?

21          A   Yes, I did.

22          Q   And was that conversation concerning the

23   homicide of Noel Andujar?

24          A   Yes, Ma'am.
```

F 103

JR-JJ 002425

```
1          Q   And during that conversation, did you
2     show Mr. Melendez anything?
3          A   Yes, I did.
4          Q   What did you show him?
5          A   I showed him the same photo array that I
6     showed Rodriguez at his house.
7          Q   And when you showed the photo array to
8     Mr. Melendez did you ask anything of Mr. Melendez?
9          A   I asked him if he can look through the
10    photos and see if he sees the person or anybody
11    that he saw the night of the shooting.
12         Q   And what did he say?
13         A   Yes, he says he can only identifying the
14    shooter and pointed to him.
15         Q   I'm going to show you what has been
16    marked again as People's Exhibit number 13 A
17    through E.  A through F, and could you please
18    demonstrate to the ladies and gentlemen of the
19    jury how you presented these photos to Jose
20    Melendez at Area 5 Violent Crimes?
21         A   It was in the office where all the
22    detectives make the report, 1, 2, 3 desks and
23    computer on each desk.  I picked one of the desks
24    and I laid the photos out like this and then I
```

F 104

1    asked him to look through the photos to see if he

2    sees anybody he saw the night of the shooting.

3         Q  And what did he do?

4         A  He said yes, he did, he went right to the

5    photo of the shooter, he said this is the shooter.

6         MS. SUDENDORF: May the record reflect the

7    witness has laid out the 6 photos in front of him

8    3 on the top and 3 on the bottom and pointed with

9    his finger on the top of the photo depicting

10   Thomas Sierra.

11        THE COURT:  Yes.

12        MS. SUDENDORF:

13        Q  Did you at any time when you were with

14   Mr. Melendez indicate which is the person that

15   shot Noel Andujar?

16        A  No, Ma'am.

17        Q  Did you hold any of the pictures, 13 A

18   through F in your hand as you conducted the photo

19   array with Jose Melendez?

20        A  No, I did not.

21        Q  Specifically, did you ever hold People's

22   Exhibit number 13 C in your hand and indicate to

23   Mr. Melendez this was the shooter in the case?

24        A  Definitely not.

F 105

JR-JJ 002427

1      Q  Did you ever -- strike that.

2           Did you ever indicate to Mr.

3  Melendez that what if any gang membership any of

4  the people had in 13 A through F?

5      A  No, Ma'am, I did not.

6      Q  Did you even say these people are gang

7  members?

8      A  No, Ma'am.

9      Q  Did you say anything other than what you

10  just told the ladies and gentlemen of the jury as

11  what you asked Mr. Melendez prior to showing the

12  photos to him?

13      A  No.

14      Q  After the photo array, did you have an

15  opportunity to conduct anything else in

16  furtherance of your investigation of this murder?

17      A  Yes, I did.

18      Q  What did you conduct?

19      A  A line up.

20      Q  And that line up was conducted where?

21      A  At Area 5.

22      Q  And who participated in that line up?

23      A  6 people participated including the

24  suspect in the line-up.

F 106

JR-JJ 002428

1    Q   And who viewed the line-up?

2    A   The line-up was viewed by Rodriguez and

3    after Rodriguez viewed it, it was also viewed by

4    Melendez.

5    Q   And was each of the line-ups conducted

6    separately?

7    A   Yes, Ma'am.

8    Q   Could you please tell the ladies and

9    gentlemen of the jury how these line-ups occurred?

10   A   There is a large room divided into 2

11   rooms with a one way mirror in the center and on

12   this side of the room is where the participants in

13   the line-ups are, and on this side of the room is

14   where the person who is going to view the line-up

15   is.  Or will be to view the line-up.

16   Q   I'm going to show you what has been

17   marked as People's Exhibit number 39 for

18   identification.  Do you recognize what this is?

19   A   Yes, I do.

20   Q   And what is that?

21   A   These are the participants that

22   participated in the line up at that time that I

23   conducted at Area 5.

24   Q   And is that the line-up that Mr.

F 107

JR-JJ 002429

1      Rodriguez observed?

2           A  Yes, Ma'am.

3           Q  Was that the line-up that Mr. Melendez

4      observed?

5           A  Yes, Ma'am.

6           Q  And after Mr. Melendez observed that line

7      up, did he indicate anything to you?

8           A  Yes.

9           Q  What did he tell you?

10          A  He pointed to the number 2 fellow in the

11     line up and says that's the guy that was shooting

12     at me in the car.

13          Q  I'm going to ask you to take a black

14     magic marker and place an X over the individual

15     that Mr. Melendez identified as being the person

16     who shoot at him and Mr. Noel Andujar.

17               The witness has placed an X on

18     People's Exhibit number 39.

19               I would also ask if you could write

20     on the top Jose Melendez.

21               Do you see the person in Court that

22     Mr. Melendez identified in the line-up?

23          A  Yes, I do.

24          Q  Could you please point to that

F 108

JR-JJ 002430

1 individual?

2  A It's the same gentleman I pointed out

3 previously.

4  MS. SUDENDORF: Indicating for the record Mr.

5 Mr. Sierra.

6  THE COURT: Yes.

7  MS. SUDENDORF:

8  Q Did Mr. Melendez have any hesitancy

9 identifying Mr. Sierra on that evening of May 30th

10 of 1995?

11  A No, Ma'am, he didn't.

12  Q Either in the line up?

13  A No, Ma'am.

14  Q Or in the photo array?

15  A No, Ma'am, he didn't.

16  Q Did you or anybody from the Chicago

17 Police Department ever suggest who to identify in

18 that line up?

19  A No, Ma'am, I did not.

20  Q While you were at Area 5 conducting this

21 investigation, did anybody apprise you that a car

22 had been brought to Area 5?

23  A Yes.

24  Q And after this car was brought to Area 5,

F 109

JR-JJ 002431

1    what did you do next, Detective?

2         A   At that point, I asked both Rodriguez and

3    Melendez to go downstairs to the parking lot with

4    me, the front parking lot and to look through the

5    parking lot to see if they see the car that they

6    saw the night of the shooting.

7         Q   And did they do that?

8         A   Yes, they did.

9         Q   How did they do that, Detective?

10        A   They walked up and down the parking lot

11   and picked out the car that was in the -- that

12   they saw the night of the shooting.

13        Q   How many cars were out there that night,

14   sir?

15        A   Approximately between 50 and 80 cars.  I

16   don't know exactly how many.

17        Q   Did you direct Mr. Rodriguez or Mr.

18   Melendez over to any specific car?

19        A   No, I did not.

20        Q   How is it that that car was pointed out

21   to you sir, what were the circumstances, how was

22   it pointed out to you?

23        A   They walked up and down the aisle and

24   when they came to the car they said this is the

F 110

JR-JJ 002432

1    car that was used in the murder.

2        Q  Do you recall who specifically said that

3    to you sir?

4        A  No, I don't.

5        Q  Whether it was Rodriguez or Melendez?

6        A  No, I don't, I believe it was both of

7    them, I'm not sure.

8        Q  Did you recognize that car?

9        A  Yes, I did.

10       Q  How did you recognize that car, sir?

11       A  I recognized that car as being the one

12   that drove up to Mrs. Reyes' house.

13       Q  I'm going to show you what has been

14   marked as People's Exhibit number 10 for

15   identification.  Do you recognize what is depicted

16   in People's Exhibit number 10?

17       A  Yes, I do, this is the car that I saw

18   drove up to Mrs. Reyes' house.

19       Q  That's on the 20th, is that correct?

20       A  That is correct.

21       Q  Is that the car that was identified by

22   Rodriguez and Melendez on the evening of May 30,

23   1995?

24       A  Yes, Ma'am, this is also the car.

F 111

```
 1          Q  Was that the same position it was in when

 2     they identified it or was it in a different

 3     position at the time?

 4          A  It was in a different position, this for

 5     the purpose of taking the photo of the car was

 6     moved from one place to another.

 7          Q  Was there anything else different with

 8     respect to the car that had been -- was there

 9     anything different with respect to the car from

10     the time you saw it on May 20th to the time you

11     saw it on May 30?

12          A  It's the same with the exception of the

13     windows, they probably removed the tint.

14          MR. SARLEY: Objection, your Honor,

15     objection.

16          THE COURT:  Sustained, that will be

17     stricken.

18          MR. ALESIA:

19          Q  Was there any tint on these windows?

20          A  Not on those, no.

21          Q  Was a felony review assistant

22     subsequently called to Area 5 for this

23     investigation?

24          A  Yes, he was.
```

F 112

1       Q  Was that Assistant State's Attorney

2  William Farrell?

3       A  Yes, Ma'am.

4       Q  Did he in fact come to Area 5?

5       A  Yes, Ma'am, he did.

6       Q  Upon arriving at Area 5, did he speak

7  with you and the other detectives that were

8  working on the case at the time?

9       A  Yes, he did.

10      Q  And after that, did he speak with anybody

11  at Area 5?

12      A  Yes, he did.

13      Q  Who did he speak with?

14      A  He spoke with both Rodriguez and

15  Melendez.

16      Q  And were you present when he spoke with

17  both of those individuals?

18      A  Yes, I was.

19      Q  And when he spoke with Mr. Melendez, did

20  Mr. Melendez tell the Assistant State's Attorney

21  what he had told you what he knew about the murder

22  of Noel Andujar?

23      A  Yes, Ma'am, basically, yes.

24      Q  And at that time, did the Assistant

F 113

JR-JJ 002435

1     State's Attorney ever ask you to leave the area

2     where you were talking with Mr. Melendez?

3         A  Yes, he did.

4         Q  For how long, sir?

5         A  About a minute or so.

6         Q  Did you return to where Mr. Melendez and

7     Mr. Farrell were?

8         A  Yes.

9         Q  And when you returned to that location,

10    what if anything was Mr. Farrell doing at that

11    time?

12        A  At that point, Mr. Farrell asked Melendez

13    if he would give a handwritten statement or a

14    Court Reporter statement.

15        Q  And what if anything did Mr. Melendez do?

16        A  He said he would give a handwritten

17    statement, yes.

18        Q  Were you present at that time?

19        A  Yes, I was.

20        Q  And were you present when the statement

21    was being written out?

22        A  Yes, Ma'am, I was.

23        Q  I'm going to show you what has been

24    marked as People's Exhibit number 14 for

F 114

```
 1      identification.  Do you recognize what this is?

 2           A  Yes, I do.

 3           Q  What is that?

 4           A  This is the statement, the original

 5      statement that was taken from Jose Melendez on

 6      that day.

 7           Q  Okay.  And this is the statement that was

 8      prepared by the Assistant State's Attorney?

 9           A  Yes, Ma'am.

10           Q  And that was done in your presence, is

11      that correct?

12           A  Yes, Ma'am.

13           Q  And you signed this statement, is that

14      correct?

15           A  Yes, Ma'am.

16           Q  As did Mr. Melendez?

17           A  Yes, Ma'am.

18           Q  As did Mr. Farrell, is that correct?

19           A  Yes.

20           Q  And there were corrections made to this

21      statement?

22           A  Yes, there were.

23           Q  Did you ever prepare this statement, did

24      you ever write any of the writing that is on this
```

F 115

JR-JJ 002437

1    statement?

2            A    No, Ma'am, except my initials.

3            Q    Your signature, is that correct?

4            A    Yes.

5            Q    And your initials appear also, is that

6    correct?

7            A    Yes, Ma'am.

8            Q    Did you ever tell Mr. Melendez that he

9    should sign this statement?

10           A    No, Ma'am, I did not.

11           Q    Did Mr. Melendez make all the corrections

12   to this statement or indicate all the corrections

13   to the statement to Mr. Farrell?

14           A    Yes.

15           Q    And those corrections were with

16   initialed, correct?

17           A    Yes.

18           Q    And then it was signed, correct?

19           A    Yes, Ma'am.

20           Q    You were involved in this investigation,

21   is that correct?

22           A    Yes.

23           Q    Was there ever any gun that was recovered

24   in this investigation?

F  116

1       A   Not to the best of my knowledge.

2       Q   Were you ever able to recover any type of

3   weapon in this investigation of this homicide?

4       A   I don't believe so.

5   MS. SUDENDORF: One moment, please.

6               I tender the witness.

7   THE COURT:  Cross.

8   MR. PALMER: Thank you, Judge.

9               CROSS EXAMINATION

10                  BY

11              MR. PALMER:

12      Q   Detective, you stated that you didn't

13  recover any guns in this case, right?

14      A   I didn't recover anything.

15      Q   Okay.  When you found this Buick Park

16  Avenue there were no shells in it, correct?

17      A   I didn't go to the Park Avenue.

18      Q   To the best of your knowledge no shells

19  were recovered from it, correct?

20      A   I have no idea if anything was recovered

21  from it.

22      Q   Okay.  Now you stated that the first time

23  that you saw this car was May 20th of 1995, right?

24      A   That's correct.

F 117

JR-JJ 002439

1    asked him to look through the photos to see if he

2    sees anybody he saw the night of the shooting.

3         Q  And what did he do?

4         A  He said yes, he did, he went right to the

5    photo of the shooter, he said this is the shooter.

6         MS. SUDENDORF: May the record reflect the

7    witness has laid out the 6 photos in front of him

8    3 on the top and 3 on the bottom and pointed with

9    his finger on the top of the photo depicting

10   Thomas Sierra.

11        THE COURT:  Yes.

12        MS. SUDENDORF:

13        Q  Did you at any time when you were with

14   Mr. Melendez indicate which is the person that

15   shot Noel Andujar?

16        A  No, Ma'am.

17        Q  Did you hold any of the pictures, 13 A

18   through F in your hand as you conducted the photo

19   array with Jose Melendez?

20        A  No, I did not.

21        Q  Specifically, did you ever hold People's

22   Exhibit number 13 C in your hand and indicate to

23   Mr. Melendez this was the shooter in the case?

24        A  Definitely not.

F 105

JR-JJ 002440

1   Q Did you ever -- strike that.

2     Did you ever indicate to Mr.

3 Melendez that what if any gang membership any of

4 the people had in 13 A through F?

5   A No, Ma'am, I did not.

6   Q Did you even say these people are gang

7 members?

8   A No, Ma'am.

9   Q Did you say anything other than what you

10 just told the ladies and gentlemen of the jury as

11 what you asked Mr. Melendez prior to showing the

12 photos to him?

13   A No.

14   Q After the photo array, did you have an

15 opportunity to conduct anything else in

16 furtherance of your investigation of this murder?

17   A Yes, I did.

18   Q What did you conduct?

19   A A line up.

20   Q And that line up was conducted where?

21   A At Area 5.

22   Q And who participated in that line up?

23   A 6 people participated including the

24 'suspect in the line-up.

F 10.6

JR-JJ 002441

1      Q  And who viewed the line-up?

2      A  The line-up was viewed by Rodriguez and

3  after Rodriguez viewed it, it was also viewed by

4  Melendez.

5      Q  And was each of the line-ups conducted

6  separately?

7      A  Yes, Ma'am.

8      Q  Could you please tell the ladies and

9  gentlemen of the jury how these line-ups occurred?

10      A  There is a large room divided into 2

11  rooms with a one way mirror in the center and on

12  this side of the room is where the participants in

13  the line-ups are, and on this side of the room is

14  where the person who is going to view the line-up

15  is.  Or will be to view the line-up.

16      Q  I'm going to show you what has been

17  marked as People's Exhibit number 39 for

18  identification.  Do you recognize what this is?

19      A  Yes, I do.

20      Q  And what is that?

21      A  These are the participants that

22  participated in the line up at that time that I

23  conducted at Area 5.

24      Q  And is that the line-up that Mr.

F  107

1    Rodriguez observed?

2         A  Yes, Ma'am.

3         Q  Was that the line-up that Mr. Melendez

4    observed?

5         A  Yes, Ma'am.

6         Q  And after Mr. Melendez observed that line

7    up, did he indicate anything to you?

8         A  Yes.

9         Q  What did he tell you?

10        A  He pointed to the number 2 fellow in the

11   line up and says that's the guy that was shooting

12   at me in the car.

13        Q  I'm going to ask you to take a black

14   magic marker and place an X over the individual

15   that Mr. Melendez identified as being the person

16   who shoot at him and Mr. Noel Andujar.

17             The witness has placed an X on

18   People's Exhibit number 39.

19             I would also ask if you could write

20   on the top Jose Melendez.

21             Do you see the person in Court that

22   Mr. Melendez identified in the line-up?

23        A  Yes, I do.

24        Q  Could you please point to that

JR-JJ 002443

1    individual?

2       A  It's the same gentleman I pointed out

3    previously.

4       MS. SUDENDORF: Indicating for the record Mr.

5    Mr. Sierra.

6       THE COURT:  Yes.

7       MS. SUDENDORF:

8       Q  Did Mr. Melendez have any hesitancy

9    identifying Mr. Sierra on that evening of May 30th

10   of 1995?

11      A  No, Ma'am, he didn't.

12      Q  Either in the line up?

13      A  No, Ma'am.

14      Q  Or in the photo array?

15      A  No, Ma'am, he didn't.

16      Q  Did you or anybody from the Chicago

17   Police Department ever suggest who to identify in

18   that line up?

19      A  No, Ma'am, I did not.

20      Q  While you were at Area 5 conducting this

21   investigation, did anybody apprise you that a car

22   had been brought to Area 5?

23      A  Yes.

24      Q  And after this car was brought to Area 5,

F 109

JR-JJ 002444

1    what did you do next, Detective?

2         A  At that point, I asked both Rodriguez and

3    Melendez to go downstairs to the parking lot with

4    me, the front parking lot and to look through the

5    parking lot to see if they see the car that they

6    saw the night of the shooting.

7         Q  And did they do that?

8         A  Yes, they did.

9         Q  How did they do that, Detective?

10        A  They walked up and down the parking lot

11   and picked out the car that was in the -- that

12   they saw the night of the shooting.

13        Q  How many cars were out there that night,

14   sir?

15        A  Approximately between 50 and 80 cars.  I

16   don't know exactly how many.

17        Q  Did you direct Mr. Rodriguez or Mr.

18   Melendez over to any specific car?

19        A  No, I did not.

20        Q  How is it that that car was pointed out

21   to you sir, what were the circumstances, how was

22   it pointed out to you?

23        A  They walked up and down the aisle and

24   when they came to the car they said this is the

F 110

JR-JJ 002445

1    car that was used in the murder.

2         Q  Do you recall who specifically said that

3    to you sir?

4         A  No, I don't.

5         Q  Whether it was Rodriguez or Melendez?

6         A  No, I don't, I believe it was both of

7    them, I'm not sure.

8         Q  Did you recognize that car?

9         A  Yes, I did.

10        Q  How did you recognize that car, sir?

11        A  I recognized that car as being the one

12   that drove up to Mrs. Reyes' house.

13        Q  I'm going to show you what has been

14   marked as People's Exhibit number 10 for

15   identification.  Do you recognize what is depicted

16   in People's Exhibit number 10?

17        A  Yes, I do, this is the car that I saw

18   drove up to Mrs. Reyes' house.

19        Q  That's on the 20th, is that correct?

20        A  That is correct.

21        Q  Is that the car that was identified by

22   Rodriguez and Melendez on the evening of May 30,

23   1995?

24        A  Yes, Ma'am, this is also the car.

F 111

JR-JJ 002446

1    Q  Was that the same position it was in when

2    they identified it or was it in a different

3    position at the time?

4    A  It was in a different position, this for

5    the purpose of taking the photo of the car was

6    moved from one place to another.

7    Q  Was there anything else different with

8    respect to the car that had been -- was there

9    anything different with respect to the car from

10   the time you saw it on May 20th to the time you

11   saw it on May 30?

12   A  It's the same with the exception of the

13   windows, they probably removed the tint.

14   MR. SARLEY: Objection, your Honor,

15   objection.

16   THE COURT:  Sustained, that will be

17   stricken.

18   MR. ALESIA:

19   Q  Was there any tint on these windows?

20   A  Not on those, no.

21   Q  Was a felony review assistant

22   subsequently called to Area 5 for this

23   investigation?

24   A  Yes, he was.

F  112

JR-JJ 002447

1      Q  Was that Assistant State's Attorney

2  William Farrell?

3      A  Yes, Ma'am.

4      Q  Did he in fact come to Area 5?

5      A  Yes, Ma'am, he did.

6      Q  Upon arriving at Area 5, did he speak

7  with you and the other detectives that were

8  working on the case at the time?

9      A  Yes, he did.

10     Q  And after that, did he speak with anybody

11  at Area 5?

12     A  Yes, he did.

13     Q  Who did he speak with?

14     A  He spoke with both Rodriguez and

15  Melendez.

16     Q  And were you present when he spoke with

17  both of those individuals?

18     A  Yes, I was.

19     Q  And when he spoke with Mr. Melendez, did

20  Mr. Melendez tell the Assistant State's Attorney

21  what he had told you what he knew about the murder

22  of Noel Andujar?

23     A  Yes, Ma'am, basically, yes.

24     Q  And at that time, did the Assistant

F 113

JR-JJ 002448

```
1    State's Attorney ever ask you to leave the area

2    where you were talking with Mr. Melendez?

3         A  Yes, he did.

4         Q  For how long, sir?

5         A  About a minute or so.

6         Q  Did you return to where Mr. Melendez and

7    Mr. Farrell were?

8         A  Yes.

9         Q  And when you returned to that location,

10   what if anything was Mr. Farrell doing at that

11   time?

12        A  At that point, Mr. Farrell asked Melendez

13   if he would give a handwritten statement or a

14   Court Reporter statement.

15        Q  And what if anything did Mr. Melendez do?

16        A  He said he would give a handwritten

17   statement, yes.

18        Q  Were you present at that time?

19        A  Yes, I was.

20        Q  And were you present when the statement

21   was being written out?

22        A  Yes, Ma'am, I was.

23        Q  I'm going to show you what has been

24   marked as People's Exhibit number 14 for
```

F 114

1    identification.  Do you recognize what this is?

2         A  Yes, I do.

3         Q  What is that?

4         A  This is the statement, the original

5    statement that was taken from Jose Melendez on

6    that day.

7         Q  Okay.  And this is the statement that was

8    prepared by the Assistant State's Attorney?

9         A  Yes, Ma'am.

10        Q  And that was done in your presence, is

11   that correct?

12        A  Yes, Ma'am.

13        Q  And you signed this statement, is that

14   correct?

15        A  Yes, Ma'am.

16        Q  As did Mr. Melendez?

17        A  Yes, Ma'am.

18        Q  As did Mr. Farrell, is that correct?

19        A  Yes.

20        Q  And there were corrections made to this

21   statement?

22        A  Yes, there were.

23        Q  Did you ever prepare this statement, did

24   you ever write any of the writing that is on this

F 115

JR-JJ 002450

1  statement?

2      A  No, Ma'am, except my initials.

3      Q  Your signature, is that correct?

4      A  Yes.

5      Q  And your initials appear also, is that

6  correct?

7      A  Yes, Ma'am.

8      Q  Did you ever tell Mr. Melendez that he

9  should sign this statement?

10     A  No, Ma'am, I did not.

11     Q  Did Mr. Melendez make all the corrections

12 to this statement or indicate all the corrections

13 to the statement to Mr. Farrell?

14     A  Yes.

15     Q  And those corrections were with

16 initialed, correct?

17     A  Yes.

18     Q  And then it was signed, correct?

19     A  Yes, Ma'am.

20     Q  You were involved in this investigation,

21 is that correct?

22     A  Yes.

23     Q  Was there ever any gun that was recovered

24 in this investigation?

F 116

1        A   Not to the best of my knowledge.

2        Q   Were you ever able to recover any type of

3    weapon in this investigation of this homicide?

4        A   I don't believe so.

5    MS. SUDENDORF: One moment, please.

6             I tender the witness.

7    THE COURT:  Cross.

8    MR. PALMER: Thank you, Judge.

9             CROSS EXAMINATION

10                  BY

11          MR. PALMER:

12        Q   Detective, you stated that you didn't

13   recover any guns in this case, right?

14        A   I didn't recover anything.

15        Q   Okay.  When you found this Buick Park

16   Avenue there were no shells in it, correct?

17        A   I didn't go to the Park Avenue.

18        Q   To the best of your knowledge no shells

19   were recovered from it, correct?

20        A   I have no idea if anything was recovered

21   from it.

22        Q   Okay.  Now you stated that the first time

23   that you saw this car was May 20th of 1995, right?

24        A   That's correct.

F 117

JR-JJ 002452

1       Q   And just for clarification, make sure

2   we're talking about the same car, showing you

3   Defense Exhibit 1, 2 and 3, this is that car we've

4   been talking about, right?

5       A   That's correct.

6       Q   Just different views of it, right?

7       A   Yes, and the windows are not tinted on

8   there.

9       Q   Yeah.  I understand about the tinted

10  windows, we'll get to that.  When you saw the car

11  on May 20th, it was about 4:25 in the afternoon,

12  right?

13      A   Correct.

14      Q   And you were at Mrs. Reyes' house,

15  correct?

16      A   Yes.

17      Q   Now the car pulled up, do you recall

18  which side of the car you were looking at, the

19  driver's side or passenger side?

20      A   I was looking at the whole car as the car

21  approached the house.

22      Q   Okay.  And it kept moving the whole time

23  or did it stop?

24      A   He came to a complete stop.

F 118

JR-JJ 002453

```
 1          Q   When it stopped when you were at the

 2     house, which side were you looking at, the drivers

 3     side or passenger side?

 4          A   The car pulls in here, I'm standing here

 5     so I was looking at both.

 6          Q   You were looking at the front of the car?

 7          A   At an angle.

 8          Q   Okay, an angle to the driver's side or

 9     the passenger side?

10          A   On an angle to the driver's side.

11          Q   Thank you.  Okay.  So, you're looking

12     through sort of the windshield, the front

13     windshield and the driver's side window, that's

14     that's how you're looking into the car, right?

15          A   Both the side window and the front

16     windshield, yes.

17          Q   That's what I said.  Okay.  And you're

18     able to see the passenger in the car, correct?

19          A   Yes.

20          Q   You're able to see the side window has

21     this as you described it today this light tint on

22     it, correct?

23          A   That's correct.

24          Q   Okay.  You didn't take down the plates of
```

F 119

JR-JJ 002454

1    the car, right?

2        A   No, I did not.

3        Q   You didn't see any type of air fresheners

4    in the front window, did you?

5        A   I wasn't paying attention to no air

6    freshener in the window.

7        Q   You weren't really paying attention to

8    the car, you were really looking at the people?

9        A   I was paying attention to the car,

10   whoever was in the car, yes, both.

11       Q   But you weren't paying attention to

12   details about the car as you just said, right?

13       A   Inside details, right, no.

14       Q   Okay.  Now, after the car left, you

15   didn't write out any reports to memorialize what

16   you had just seen, right?

17       A   No.

18       Q   And this was almost 2 years ago, right?

19       A   '95, yeah, 2 years ago, right.

20       Q   In that time period, about how many cars

21   have you seen?

22       A   Thousands and thousands of them.

23       Q   But you remember that that particular car

24   that you saw on May 20th, 1995 had light tinted

F 120

JR-JJ 002455

1    windows?

2        A   Light brown tinted windows, yes.

3        Q   Light what?

4        A   I believe they were light brown tinted

5    windows.

6        Q   Light brown tinted.  You believe?

7        A   I believe so, they were light.

8        Q   Do you remember if the car was clean or

9    dirty?

10       A   It was clean.

11       Q   Do you remember if it had an antenna on

12   it?

13       A   That I don't remember.

14       Q   Do you remember if it had a front plate

15   on it?

16       A   Didn't pay attention to that either.

17       Q   Do you remember if it had a back plate on

18   it?

19       A   Didn't pay attention to that either.

20       Q   Do you remember if the windows were up or

21   down?

22       A   I don't recall whether they were up or

23   down.

24       Q   But you remember that the windows were

F 121

```
 1    light brown tinted?

 2         A  Yes.

 3         Q  By the way, you've spoken with the

 4    State's Attorneys regarding this case, correct?

 5         A  Yes.

 6         Q  You've spoken with your fellow officers

 7    regarding this case, is that correct?

 8         A  No, I don't think so.

 9         Q  The car that you saw that day, May 20th,

10    1995, had wire wheel covers, correct?

11         A  That's correct.

12         Q  And about how long did you see the car?

13         A  Couple minutes.

14         Q  Couple minutes?

15         A  Yes.

16         Q  During that time, you were watching the

17    man who approached Mrs. Reyes, right?

18         A  I was watching the man, the car and

19    whoever was in the car, the other person.

20         Q  You were watching at least 3 people plus

21    listening to what the man was saying to Mrs.

22    Reyes, right?

23         A  Sure.

24         Q  And after the car left, you just asked
```

F 122

1    her who the people were, right?

2        A  That's correct.

3        Q  And that was it as far as the car at that

4    time, right?

5        A  That's correct.

6        Q  Now, May 24th, you learned of the

7    shooting of Noel Andujar, right?

8        A  That's correct.

9        Q  And at that time, you learned of the

10    description of the car that they were looking for

11    was a Buick Park Avenue, right?

12        A  Yes.

13        Q  Blue or black, right?

14        A  Yes.

15        Q  With the wheels?

16        A  Yes.

17        Q  And the tinted glass, right?

18        A  That's correct.

19        Q  And at that time, you learned that the

20    car they were looking for did have a tinted glass,

21    right?

22        A  Yes.

23        Q  Didn't say anything about light brown

24    tinted glass, right?

F 123

JR-JJ 002458

1       A  No.

2       Q  By the way, the tinted glass that you saw

3  on that car on May 20th, were you -- how close

4  were you to the car?

5       A  I was maybe about from here to the chair.

6       MR. PALMER: About, Judge, 10, 15 feet?

7       A  No, sir, maybe about 6 feet.

8       MR. PALMER: 6 feet.  Okay.  So stipulated.

9       MS. SUDENDORF: So stipulated.

10      MR. PALMER:

11      Q  From that 6 feet distance were you able

12  to see any of those bubbles that you see sometimes

13  when people put tinting on their window and don't

14  put it on there real good?

15      A  I don't recall if I saw any, no, I don't.

16      Q  Now, the Park Avenue, especially in that

17  area isn't a unique car, correct?

18      A  Among the gang bangers, yes, it is.

19      Q  A lot of them have them, right?

20      A  Yes.

21      Q  And blue and black isn't a real unique

22  color, correct?  Fairly common?

23      A  Yes.

24      Q  And lot of the gang bangers and lot of

F 124

1   them, not even gang bangers, just a lot of people

2   have tinted windows, right?

3       A  Yes.

4       Q  A lot of people have Park Avenues with

5   tinted windows, right?

6       A  Yes.

7       Q  And those wire spoke tires, those are not

8   anything that is real unique, correct?

9       A  That's correct.

10      Q  The car that you saw May 20th, there

11  really wasn't anything unique about that car,

12  right?

13      A  Not really.

14      Q  Now, you went to Alberto Rodriguez' house

15  on the 25th of May, right?

16      A  Yes.

17      Q  And you went there with the 6 photos?

18      A  That's correct.

19      Q  Have him take a look at those, right?

20      A  Yes.

21      Q  And at that time you told him that you

22  wanted him to take a look at the photos?

23      A  I didn't say anything, my partner did.

24      Q  Your partner did all the talking?

F 125

JR-JJ 002460

```
1          A   Uh-hum.

2          Q   It took Mr. Rodriguez about 5 to 10

3    minutes before he picked out the photo, right?

4          A   No, it didn't.

5          Q   Now, you arrested Thomas on the 30th of

6    May, right?

7          A   No, I did not.

8          Q   Well he was arrested on the 30th, right?

9          A   Yes, he was.

10         Q   And you contacted Mr. Melendez and Mr.

11   Rodriguez?

12         A   Yes, I did.

13         Q   Had them come to the station?

14         A   Yes.

15         Q   Told them you thought you might have the

16   guy, come down to the station?

17         A   No.  No, sir, I did not.

18         Q   What did you tell them?

19         A   I contacted him, talked to him about the

20   incident and I would like him to see for the

21   purpose of seeing a line up.

22         Q   Well, you didn't tell him there was a

23   line up about something that occurred a year

24   before, right?
```

F 126

JR-JJ 002461

1        A   No, I didn't.

2        Q   And you told him it was to see a line up

3   to see if he could identify anybody from that

4   incident, that shooting that occurred on the 23rd,

5   right?

6        A   If he can identify anybody, yes.

7        Q   Okay.  And Mr. Melendez and Mr. Rodriguez

8   came to the station together, right?

9        A   Yes, they did.

10       Q   They're both Latin Kings, right?

11       A   To the best of my knowledge, Melendez

12  is.  But I don't know if Rodriguez was.

13       Q   Well, during your investigation you

14  didn't learn from other detectives that Rodriguez

15  was also?

16       A   No.

17       Q   Now, did you have an occasion to speak to

18  Thomas?

19       MS. SUDENDORF:  Objection.

20       THE COURT:   Come on up.

21            (Whereupon, the following proceedings

22            were had in open Court, outside

23            the presence and hearing of

24            the jury, to-wit:)

F 127

JR-JJ 002462

```
1           THE COURT:  What is the purpose?

2           MR. PALMER: Not going into any details of

3    it, there is an indication of gang membership, my

4    client being in a gang.  Trying to get out whether

5    or not this officer learned that, this is the

6    officer who learned what gang my client was in,

7    not getting into any details of any conversation,

8    not even asking him what the conversation was.  If

9    you would like I'll ask the next question.

10          THE COURT:  Which is what.

11          MR. PALMER: If you like, I'll strike the

12   question did you know my client was in the

13   Gangsters.  I mean, I can get that out either

14   way.  I think it's already been gotten out through

15   a couple of witnesses that he's a Gangster.

16          MS. SUDENDORF: But according to the

17   statement, the defendant said this, he is not the

18   officer that mentioned it.  I don't think it's

19   proper.

20          THE COURT:  Well, do you have some report

21   that says in conversation between these 2 that was

22   brought out?

23          MR. PALMER: Unfortunately based on what

24   we've gotten from other motions I don't believe
```

F 128

JR-JJ 002463

1     this officer made any reports, period.

2          MR. ALESIA: He did.

3          MR. PALMER: His signature on those.

4          THE COURT:  Is there some report?

5          MR. PALMER: Yeah.

6          THE COURT:  The conversation where he said

7     I'm a Gangster.

8          MR. PALMER: They also identify him as being

9     in the Gangsters, all the reports say he's in the

10    Gangsters.

11         MS. SUDENDORF: Ask him if he knew that the

12    defendant was an Imperial Gangster, absent having

13    a conversation with the defendant, he can't.

14         THE COURT:  Well, I have no knowledge

15    whether it's in any statement at this point, but

16    what I want to prevent is the statement was there,

17    and from this officer, if you want to ask him a

18    leading question did Mr. Sierra tell you that he

19    was an Imperial Gangster, you can do that.

20         MR. PALMER: Fine.  I mean that's the only

21    information I'm looking for, not trying to get

22    anything else.

23         THE COURT:  If he says no to that, ask him

24    did you learn he was an Imperial Gangster, if

F 129

JR-JJ 002464

1    you're saying he wrote the report he knows it.

2         MS. SUDENDORF: I'm just asking, my objection

3    is as to getting in statements that were made

4    improperly.

5         THE COURT:  You understand my ruling.

6         MR. PALMER: Yes.

7         THE COURT:  Okay.

8              (Whereupon, the following proceedings

9              were had in open Court, within

10             the presence and hearing of

11             the jury, to-wit:)

12        MR. PALMER:

13        Q  Detective, -- Mr. -- I should say Thomas

14   is an Imperial Gangster, right?

15        A  Yes.

16        Q  And the Gangsters and the Kings are

17   opposing gangs, correct?

18        A  That is correct.

19        Q  Now, you were at the station, Mr.

20   Melendez and Mr. Rodriguez again reiterated that

21   the vehicle was a Park Avenue, right?

22        A  Yes.

23        Q  With spoke wheels?

24        A  Correct.

F 130

JR-JJ 002465

```
 1          Q   Tinted windows?

 2          A   Yes.

 3          Q   And when they viewed that vehicle out in

 4    the parking lot, they told you that it looked like

 5    the same vehicle but it didn't have tinted

 6    windows, right?

 7          A   They told me that's the vehicle.

 8          Q   But it didn't have tinted windows, right?

 9          A   I don't remember if they said about the

10    tinted windows or not.

11          Q   This vehicle didn't have tinted windows,

12    correct?

13          A   Correct.

14          Q   The vehicle that they had identified and

15    said was involved in the shooting, had they said

16    that night and in all the reports, it had tinted

17    windows, right?

18          A   Yes, they did, they said it.

19          Q   Okay.  One moment, please, Judge.  By the

20    way, Detective, you prepared supplemental reports

21    in this case, is that correct?

22          A   I didn't, my partner did.

23          Q   Did you sign them and review them?

24          A   Yes, I believe so.
```

F 131

1        Q  And in reviewing them and signing them

2  you accepted them as your reports, correct?

3        A  Yes.

4        Q  Now, I would like to show you Defendant's

5  Exhibit number 6.  Specifically bringing your

6  attention to page 3, middle of the first

7  paragraph, can you just to yourself read through

8  that paragraph, please?

9        A  The first paragraph?

10       Q  Yes, to yourself.

11       A  Okay.

12       Q  Now, it's your testimony here that the

13  car you saw on May 20th, 1995 had light brown

14  tinted windows, right?

15       A  I believe they were, I'm not positive

16  about it but they were light tinted windows.

17       Q  And you prepared this report that you

18  just read through, that paragraph back on May 30,

19  1995, right?

20       A  Again I did not prepare, my partner did.

21       Q  It was prepared by your partner at that

22  time?

23       A  Yes.

24       Q  You had an opportunity to read it,

F 132

JR-JJ 002467

1    correct?

2        A  Yes.

3        Q  Make corrections?

4        A  No, I didn't make no corrections.

5        Q  You had the opportunity to?

6        A  I guess.

7        Q  Well you could make corrections on the

8    report, right?

9        A  It's already typed up.

10        Q  You could have made corrections on the

11    report?

12        A  I believe so, yeah.

13        Q  In this report that was prepared by your

14    partner for you and submitted on your behalf, it

15    does not state that you saw that car on May 20th,

16    with tinted windows, correct?

17        A  No, I don't think so.

18        Q  It says in there that the car was black

19    colored, Buick Park Avenue 4 door with wire wheel

20    covers, right?

21        A  Yes.

22        Q  But it doesn't say that it had tinted

23    windows, right?

24        A  No.

F 133

JR-JJ 002468

1        MR. PALMER: Nothing further.

2              REDIRECT EXAMINATION

3                    BY

4            MS. SUDENDORF:

5        Q  In that same report, that is your report,

6    is that correct, Detective?

7        A  Yes.

8        Q  And that report was prepared by either

9    yourself or you indicated your partner on or about

10   May 30, 1995, is that correct?

11       A  That is correct.

12       Q  Where in you documented exactly having

13   seen that vehicle on May 20th, 1995, is that

14   correct?

15       A  That is correct.

16       Q  And seeing that over at the home of

17   Esther Reyes, correct?

18       A  Correct.

19       Q  When you saw one individual exit that

20   car, correct?

21       A  Correct.

22       Q  And the other individual seated in the

23   car, correct?

24       A  That is correct.

F 134

JR-JJ 002469

```
 1        Q  And you identified the person that you

 2   saw seated in the car as Thomas Sierra, isn't that

 3   correct?

 4        A  That is correct.

 5        Q  And that's who you learned Junito was,

 6   correct?

 7        A  Yes. Correct.

 8        Q  That is all documented in the report,

 9   correct?

10        A  Correct.

11   MS. SUDENDORF: Nothing further.

12             RECROSS EXAMINATION

13                  BY

14        MR. PALMER:

15        Q  But the car according to your report, did

16   not have tinted windows, correct?

17        A  It's not mentioned in there, correct.

18   MR. PALMER: Thank you.

19   THE COURT:  Anything else?

20   MS. SUDENDORF: Nothing else.

21   THE COURT:  Detective, thank you very much,

22   you're excused.

23                  (Witness excused.)

24   THE COURT:  Call your next witness.
```

F 135

JR-JJ 002470