# EXHIBIT G

Case # 1:18-CV-3029.  4/27/2021

Regarding: Plaintiffs motion for leave to depose Incarcerated individual Alberto Rodriguez.

Event in question is a trammatizing event that I choose to leave in the past, a very long time ago it has caused emotional and psychological duress, The trauma of the situation has left a tramatic memory for me even it now coming back as if to haunt me after 20+ years. Rodriguez has the right under the fifth 5th Amendment to not give any testimony that may change what happened or incerminate myself under oath during this deposition. Mr. Rodriguez also fears for his personal safety and security should he offer any form of testimoney in this case on behalf of the plaintiff.

Mr. Rodriguez feels that anyone on this same situation would not recall much of anything because of it being over 20+ years ago. MR. Rodriguez No Longer recalls most of said incedent or any sucumstances of such, so he will be pleading the fifth on most if not all question posed to him during the deposition being asked of him.

To: Anand Swaminathan; Plaintiff Attorney.

By: Rodriguez; Alberto.
By: MR. Rodriguez: Alberto.