# EXHIBIT J



☰ **Chicago Tribune** 🔍

SUBSCRIBE
4 weeks for only 99¢

LOG IN

| U.S. Rep. Sean Casten's 17-year-old daughter has died | Chicago weather: Supercell thunderstorm spurred 84 mph winds, downed trees,... | Challenger to Cook County Sheriff Tom Dart knocked off the primary ballot for good;... | James Beard Awards retu to Chicago after two-yea hiatus, with Erick William |

nutrients e

Enfamil  Infant Vitamins

*These statements have not been evaluated by the FDA

ADVERTISEMENT

## BREAKING NEWS

# Victim who changed testimony charged with perjury

By Jason Meisner
Chicago Tribune • Sep 02, 2011 at 2:13 pm

 

**TODAY'S TOP VIDEOS**

Top Videos: - House falls into river near Yellowstone Nat'l Park ☰

🔇

The flooding washed away bridges, caused mudslides and isolated small

> cities. People were evacuated by boat and helicopter.

Listen to this article

A Louisiana man was charged with perjury in Cook County after he recanted his identification of two gunmen he testified against in a murder trial in 1994.

Willie Johnson, 40, pleaded not guilty today to an indictment charging him with two counts of perjury.

Cook County prosecutors accused Johnson of lying under oath when he testified in a January post-conviction hearing for the two men, Cedric Cal and Albert Kirkman, who are both serving life sentences for a 1992 shooting in which Johnson was wounded and two of his friends were killed.

Johnson testified his identification of the gunmen at trial in 1994 was false, and said he knew it was false at the time. But the judge in the post-conviction hearing for the two men found Johnson's testimony was not credible, and refused the convicted men's post-conviction petitions. Prosecutors contended that Johnson's new testimony was a lie, and then charged him with perjury.

Johnson appeared before Judge Mary Colleen Roberts this morning and was ordered held in lieu of $20,000 bail. The judge said Johnson will be allowed to return to Louisiana while awaiting trial.

Cal and Kirkman were convicted in 1994 of murdering two people and injuring a third. Cal was 17 at the time and sentenced to natural life without the possibility of parole. The entirety of the state's case against Cal rested on the eyewitness testimony of Johnson, the surviving victim.

His attorney, Steve Greenberg, said the indictment is the first of its kind that he's aware of stemming from post-conviction motions, and that it could have a "chilling effect" on witnesses who want to come forward and recant previous testimony.

"When the state starts indicting people for perjury like this, eventually that will lead to suppressing the truth," he said.

Northwestern University Law School's Center for Wrongful Convictions spokesman Rob Warden called the charges "beyond outrageous."

Sally Daly, spokeswoman for Cook County State's Attorney Anita Alvarez, said the charges were brought in good faith.

"We will continue to bring cases if we feel we can meet our burden of proof," Daly said.

*jmeisner@tribune.com*

## This New CPAP Can Do What...

**The Easy Blog by EasyBreathe.com** | Sponsored