IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| **Thomas Sierra**, | No. 18 C 3029 |
| Plaintiff, | Hon. John Z. Lee, District Judge |
| v. | |
| **Reynaldo Guevara** et al., | Hon. M. David Weisman, Magistrate Judge |
| Defendants. | |

## **PARTIES' JOINT STATUS REPORT**

Pursuant to the Court's Order (Dkt. 362), the parties in the above captioned matter submit the following joint status report:

### **Status of Discovery**

The magistrate judge has set fact and expert deadlines. Fact discovery must be completed by 8/19/22. The Plaintiff's experts' disclosure reports shall be provided to Defendants by 7/15/22; Plaintiff's experts shall be deposed by 9/30/22; Defendants' experts' disclosure reports shall be provided to Plaintiff by 10/28/22; Defendants' experts shall be deposed by 1/27/23.

Dated: June 14, 2022					Respectfully submitted,

/s/ Sean Starr
*Attorney for Plaintiff*
Jon Loevy
Anand Swaminathan
Steven Art
Josh Tepfer
Sean Starr
Rachel Brady
Bella Aguilar
Loevy & Loevy
311 N. Aberdeen St.
3rd Floor
Chicago, Illinois 60607
(312) 243-5900
sean@loevy.com

/s/ Josh M. Engquist
JOSH M. ENGQUIST
Special Assistant Corporation Counsel
*One of the Attorneys for Individual Defendants*
James G. Sotos
Jeffrey R. Kivetz
Josh M. Engquist
Samantha J. Pallini
**THE SOTOS LAW FIRM, P.C.**
141 W. Jackson, Ste. 1240A
Chicago, Illinois 60604
(630) 735-3300
spallini@jsotoslaw.com

CELIA MEZA,
Corporation Counsel for City of Chicago

/s/ Eileen E. Rosen
EILEEN E. ROSEN
Special Assistant Corporation Counsel
*One of the Attorneys for City of Chicago*
Eileen E. Rosen
Catherine M. Barber
Theresa B. Carney
Austin G. Rahe
Rock Fusco & Connelly, LLC
333 West Wacker, 19th Floor
Chicago, IL 60606
(312) 494-1000
erosen@rfclaw.com

/s/ Megan K. McGrath
MEGAN K. McGRATH
Special Assistant Corporation Counsel
*One of the Attorneys for Defendant Guevara*
Thomas M. Leinenweber
James V. Daffada
Megan K. McGrath
Kevin E. Zibolski
Michael J. Schalka
Leinenweber Barone & Daffada LLC
120 N. LaSalle St., Ste. 2000
Chicago, IL 60602
(847) 251-4091
mkm@ilesq.com

## **CERTIFICATE OF SERVICE**

      I, Sean Starr, an attorney, hereby certify that on June 14, 2022, I caused the foregoing Joint Status Report to be filed using the Court's CM/ECF system, thereby effectuating service on all counsel of record.

      /s/ Sean Starr

      *Attorney for Plaintiff*