### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS SIERRA, | ) | |
| | ) | No. 18 C 3029 |
| *Plaintiff,* | ) | |
| | ) | Hon. John Z. Lee, |
| *v.* | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | Hon. M. David Weisman, |
| | ) | Magistrate Judge |
| *Defendants.* | ) | |

## PARTIES' JOINT STATUS REPORT

Pursuant to the Court's order (Dkt. 380), the parties submit the following joint status report:

### A. Current Deadlines/ Magistrate Referral

1.      The deadline for fact discovery in this case is set for August 19, 2022. Plaintiff's expert disclosures are due September 16, 2022. The Magistrate Judge ordered that the parties submit a joint status report by August 22, 2022, as to the proposed scheduling of expert disclosures, incorporating Plaintiff's disclosure date of September 16 as the beginning of that process.

### B. Progress of Discovery

2.      Discovery is ongoing in this case. Since the parties last appeared for a status hearing in this case, the parties have continued to engage in written and oral discovery.

3.      Since the last status, the parties have scheduled and completed several depositions.

4.   The parties have repeatedly attempted to schedule the deposition of Defendant Anthony Wojcik. Judge Weisman recently ordered Defendant Wojcik to sit for his deposition by August 18. (Dkt. # 393).

5.   Regarding the deposition of third-party witness Alberto Rodriguez, the parties are still coordinating with Forest City Low FCI, where Mr. Rodriguez is an inmate, and with Mr. Rodriguez's counsel. Defendants moved the Court to compel Rodriguez to testify at a deposition because they believed he had no basis for invoking the Fifth Amendment. (Dkt. # 370). Magistrate Judge Weisman denied the motion without prejudice and instructed Defendants to file the underlying motion in the appropriate federal court in Arkansas, if they deem fit. (Dkt. # 395). Plaintiff has requested that Defendants please let Plaintiff know by the close of business Monday (7/25) whether defendants intend to engage in motion practice on the issue in Arkansas, so that the parties can resolve the issue of Mr. Rodriguez's testimony in a timely fashion before the conclusion of fact discovery

6.   The parties have scheduled two additional third-party depositions.

7.   The parties have agreed to mutually remove several previously disclosed witnesses.

### C.  Pending Motions

8.   There are no current motions pending before the Court.

### D. Settlement Discussions

9.   The parties have not engaged in settlement discussions at this time.

### E. Telephonic Hearing

10.     The parties do not seek a telephonic status hearing at this time.


Dated: July 22, 2022


Respectfully submitted,


/s/ Sean Starr
Jon Loevy
Anand Swaminathan
Steven Art
Josh Tepfer
Sean Starr
Rachel Brady
Isabella Aguilar
Loevy & Loevy
311 N. Aberdeen St.
Chicago, Illinois 60607
(312) 243-5900
**For Plaintiff**

CELIA MEZA
Corporation Counsel of the
City of Chicago


/s/ Eileen E. Rosen
Eileen E. Rosen
Catherine M. Barber
Theresa Berousek Carney
Austin G. Rahe
Special Assistant
Corporation Counsel
Rock Fusco & Connelly,
LLC
321 N. Clark Street, Suite
2200
Chicago, Illinois 60654
(312) 494-1000
**For Defendant City of
Chicago**

/s/ Josh M. Engquist
James G. Sotos
Josh M. Engquist
Jeffrey R. Kivetz
David A. Brueggen
Samantha J. Pallini
Special Assistant
Corporation Counsel
The Sotos Law Firm, P.C.
141 W. Jackson, Suite
1240A
Chicago, Illinois 60604
(630) 735-3300
**For Defendants JoAnn
Halvorsen, as Special
Representative for
Ernest Halvorsen,
deceased, Wojcik,
McMurray, Figueroa,
and Biebel**


/s/ Megan K. McGrath
Megan K. McGrath
Thomas M. Leinenweber
James V. Daffada
Kevin E. Zibolski
Special Assistant
Corporation Counsel
Leinenweber Baroni &
Daffada, LLC
120 N. LaSalle Street,
Suite 2000
Chicago, Illinois 60602

(312) 663-3003
**For Defendant
Guevara**

## CERTIFICATE OF SERVICE

I, Sean Starr, an attorney, hereby certify that on July 22, 2022 I caused the foregoing Joint Status Report to be filed using the Court's CM/ECF system, thereby effectuating service on all counsel of record.

/s/ Sean Starr
*Attorney for Plaintiff*