# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THOMAS SIERRA, ) | |
| ) | Case No. 18 CV 3029 |
| Plaintiff, ) | |
| ) | Judge John Z. Lee |
| v. ) | |
| ) | Magistrate Judge M. David Weisman |
| REYNALDO GUEVARA, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | JURY TRIAL DEMANDED |

## JOINT STATUS REPORT

Pursuant to this Court's March 6, 2023, Minute Entry (Dkt. 428), the Parties submit the following Joint Status Report.

1. Defendants timely disclosed four expert witnesses: (1) Dr. Nelson Andreu; (2) Dr. John Wixted; (3) Dr. Lior Gideon; and (4) Bernard Murray.

2. The depositions of Dr. Andreu and Mr. Murray have been completed.

3. Dr. Gideon's deposition is scheduled for May 17, 2023. This deposition will be a consolidated with his deposition in the case of *Rodriguez v. Guevara, et. al.,* ND. Ill. Case No. 18-CV-7951.

4. Dr. Wixted's deposition is scheduled for May 25, 2023. This deposition will be a consolidated with his deposition in the case of *Iglesias v. Guevara, et. al.,* ND. Ill. Case No. 19-CV-06508.

DATED: May 15, 2023                                Respectfully Submitted,

| /s/ Anand Swaminathan | /s/ Eileen E. Rosen | /s/ Josh M. Engquist |
|---|---|---|
| Jon Loevy | Eileen E. Rosen | James G. Sotos |
| Anand Swaminathan | Catherine M. Barber | Josh M. Engquist |
| Steven Art | Theresa Berousek Carney | Jeffrey R. Kivetz |
| Josh Tepfer | Austin G. Rahe | David A. Brueggen |
| Sean Starr | Special Assistant Corporation Counsel | Elizabeth R. Fleming |
| Rachel Brady | Rock Fusco & Connelly, LLC | Special Assistant Corporation Counsel |
| Isabella Aguilar | 333 W. Wacker 19th Floor | The Sotos Law Firm, P.C. |
| Loevy & Loevy | Chicago, Illinois 60606 | 141 W. Jackson, Suite 1240A |
| 311 N. Aberdeen St. | (312) 494-1000 | Chicago, Illinois 60604 |
| Chicago, Illinois 60607 | **For Defendant City of Chicago** | (630) 735-3300 |
| (312) 243-5900 | | **For Defendants JoAnn Halvorsen, as Special Representative for Ernest Halvorsen, deceased, Wojcik, McMurray, Figueroa, and Biebel** |
| **For Plaintiff** | | |

/s/ Megan K. McGrath
Megan K. McGrath
Thomas M. Leinenweber
James V. Daffada
Kevin E. Zibolski
Special Assistant Corporation Counsel
Leinenweber Baroni & Daffada, LLC
120 N. LaSalle Street, Suite 2000
Chicago, Illinois 60602
(312) 663-3003
**For Defendant Guevara**