**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THOMAS SIERRA, ) | |
| ) | Case No. 18 CV 3029 |
| Plaintiff, ) | |
| ) | Judge John Robert Blakely |
| v. ) | |
| ) | Magistrate Judge M. David Weisman |
| REYNALDO GUEVARA, et al. ) | |
| ) | |
| Defendants. ) | JURY TRIAL DEMANDED |

**DEFENDANTS' AGREED MOTION TO ENLARGE
SUMMARY JUDGMENT BRIEFING SCHEDULE**

Defendants City of Chicago ("City"), Reynaldo Guevara, Anthony Wojcik, John McMurray, George Figueroa, Edward Mingey, Robert Biebel, and JoAnn Halvorsen as special representative of Ernest Halvorsen (deceased) ("Defendant Officers") (collectively referred to as "City Defendants"), by and through their respective undersigned attorneys, move for an order extending the summary judgment briefing schedule. In support, City Defendants state:

1. On July 10, 2023, after the parties were unable to agree on a schedule, Plaintiff filed a motion requesting this Court set a summary judgment briefing schedule. (Dkt. 435.)

2. On July 12, 2023, this Court granted Plaintiff's motion in part (Dkt. 435), setting the following briefing schedule for the parties: a) motions for summary judgment to be filed by September 1, 2023; b) responses to be filed by September 29, 2023; and c) replies to be filed by October 13, 2023. (Dkt. 436.)

3. While the parties were unable to agree on a briefing schedule prior to this Court's scheduling order, after conferring further, the parties reached an agreement to extend the summary judgment deadlines due to defense counsels' professional obligations in other legal matters, as well as personal obligations.

4.  Accordingly, Defendants request the Court extend the deadline for the parties to file summary judgment motions as follows: a) motions for summary judgment to be filed by October 6, 2023; b) responses to be filed by November 6, 2023; c) replies to be filed by November 20, 2023.

5.  Defendants conferred with Plaintiff's counsel, who agrees to this request.

WHEREFORE, Defendants respectfully request this Court grant Defendants' motion and enter an order extending the deadline for the parties to file summary judgment motions to October 6, 2023, consistent with the proposed briefing schedule above.

Date: July 26, 2023                                    Respectfully submitted,

by: /s/ Eileen E. Rosen                                /s/ Elizabeth R. Fleming
Eileen E. Rosen                                        Elizabeth R. Fleming
Special Assistant Corporation Counsel                  Special Assistant Corporation Counsel
*One of the Attorneys for City of Chicago*             *One of the Attorneys for Defendant Officers*

Eileen E. Rosen                                        James G. Sotos
Catherine M. Barber                                    Josh M. Engquist
Theresa B. Carney                                      Jeffrey R. Kivetz
Austin G. Rahe                                         David A. Brueggen
Rock Fusco & Connelly, LLC                             Elizabeth R. Fleming
333 W. Wacker, 19th Floor                              Special Assistant Corporation Counsel
Chicago, Illinois 60606                                The Sotos Law Firm, P.C.
(312) 474-1000                                         141 W. Jackson, Suite 1240A
erosen@rfclaw.com                                      Chicago, Illinois 60604
                                                       (630) 735-3300
                                                       efleming@sotoslaw.com

/s/ Megan K. McGrath
Megan K. McGrath
Special Assistant Corporation Counsel
*One of the Attorneys for Reynaldo Guevara*

Thomas M. Leinenweber
James V. Daffada
Megan K. McGrath
Leinenweber Baroni & Daffada, LLC
120 N. LaSalle Street, Suite 200
Chicago, Illinois 60602
(847) 251-4091
mkm@ilesq.com


## CERTIFICATE OF SERVICE

    I, Elizabeth R. Fleming, an attorney, certify that on **Wednesday, July 26, 2023,** I electronically filed the **Defendants' Agreed Motion to Enlarge Summary Judgment Briefing Schedule** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants.

*Attorneys for Thomas Sierra:*

Jon Loevy
Steven Art
Anand Swaminathan
Joshua A. Tepfer
Rachel Brady
Sean Starr
Isabella Aguilar
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
jon@loevy.com
steve@loevy.com
anand@loevy.com
josh@loevy.com
brady@loevy.com
sean@loevy.com
aguilar@loevy.com

*Attorneys for Defendants Guevara:*

James V. Daffada
Megan K. McGrath
Thomas M. Leinenweber
Kevin Edward Zibolski
Michael John Schalka
Leinenweber Baroni & Daffada, LLC
120 N. LaSalle St., Suite 2000
Chicago, IL 60602
(312) 663-3003
jim@ilesq.com
mkm@ilesq.com
thomas@ilesq.com
kevin@ilesq.com
mjs@ilesq.com

*Attorneys for City of Chicago:*

Eileen E. Rosen
Patrick R. Moran
Stacy A. Benjamin
Catherine M. Barber
Theresa B. Carney
Austin Gordon Rahe
Rock Rusco & Connelly, LLC
312 N. Clark, Suite 2200
Chicago, IL 60654
(312) 494-1000
erosen@rfclaw.com
pmoran@rfclaw.com
sbenjamin@rfclaw.com
cbarber@rfclaw.com
tcarney@rfclaw.com
arahe@rfclaw.com

By: /s/ Elizabeth R. Fleming
      Elizabeth R. Fleming