**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| THOMAS SIERRA, | ) | |
| | ) | Case No. 18 CV 3029 |
| Plaintiff, | ) | |
| | ) | Hon. Judge John Robert Blakey |
| vs. | ) | Magistrate Judge M. David Weisman |
| | ) | |
| REYNALDO GUEVARA, et al., | ) | |
| | ) | |
| Defendants. | ) | JURY DEMAND |

**NOTICE OF MOTION**

TO: See Attached Service List

Please take notice that on **Wednesday, August 2, 2023,** at **11:00 a.m.,** I shall appear before Honorable Judge John Robert Blakey in Courtroom 1203, where he usually presides, or before anyone sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present **Defendants' Agreed Motion to Enlarge Summary Judgment Briefing Schedule**.

Dated: July 27, 2023

Respectfully submitted,

/s/ Elizabeth R. Fleming
ELIZABETH R. FLEMING, Attorney No. 6319166
*One of the Attorneys for Individual Defendants*

James G. Sotos
Joseph M. Polick
Caroline P. Golden
Jeffrey R. Kivetz
Josh M. Engquist
David A. Brueggen
Elizabeth Fleming
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd., #1240A
(630) 735-3300
efleming@jsotoslaw.com

## CERTIFICATE OF SERVICE

      I certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, that on **Thursday, July 27, 2023,** I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record on the below Service List.

*Attorneys for Thomas Sierra:*

Jon Loevy
Steven Art
Anand Swaminathan
Joshua A. Tepfer
Rachel Brady
Sean Starr
Isabella Aguilar
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
jon@loevy.com
steve@loevy.com
anand@loevy.com
josh@loevy.com
brady@loevy.com
sean@loevy.com
aguilar@loevy.com

*Attorneys for City of Chicago:*

Eileen E. Rosen
Patrick R. Moran
Stacy A. Benjamin
Catherine M. Barber
Theresa B. Carney
Austin Gordon Rahe
Rock Rusco & Connelly, LLC
312 N. Clark, Suite 2200
Chicago, IL 60654
(312) 494-1000
erosen@rfclaw.com
pmoran@rfclaw.com
sbenjamin@rfclaw.com
cbarber@rfclaw.com
tcarney@rfclaw.com
arahe@rfclaw.com

*Attorneys for Defendants Guevara:*

James V. Daffada
Megan K. McGrath
Thomas M. Leinenweber
Kevin Edward Zibolski
Michael John Schalka
Leinenweber Baroni & Daffada, LLC
120 N. LaSalle St., Suite 2000
Chicago, IL 60602
(312) 663-3003
jim@ilesq.com
mkm@ilesq.com
thomas@ilesq.com
kevin@ilesq.com
mjs@ilesq.com

/s/ Elizabeth R. Fleming
ELIZABETH R. FLEMING