**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **THOMAS SIERRA**, | No. 18 C 3029 |
| Plaintiff, | Hon. John R. Blakey,<br>District Judge |
| v. | |
| **REYNALDO GUEVARA,** et al., | Hon. M. David Weisman,<br>Magistrate Judge |
| Defendants. | |

## JOINT STATUS REPORT

The parties, by their respective attorneys, in response to the Court's order, Dkt. 442, hereby provide the following joint status report:

1.      Discovery in this case is complete, except for the rebuttal deposition of Dr. Steblay, where the parties have a pending dispute before the Court regarding the reasonable length of Dr. Steblay's deposition, which is fully briefed before Judge Weisman. Dkts. 446, 453.

2.      On July 12, 2023, the Court set September 1, 2023, as the deadline for the parties to file motions for summary judgment. Dkt. 436. On July 31, 2023, the Court moved the Defendants' deadline to file motions for summary judgment to October 6, 2023. Dkt. 439. There is a pending motion for an extension of time before Judge Blakey, which Plaintiff has opposed. Dkts. 450, 452.

3.      On August 21, 2023, Sierra proposed to the Defendants that they discuss narrowing the issues for trial, in an attempt to reach an agreement that avoids wasting additional time and resources briefing summary judgment motions. Dkt. 452, Exhibit B.

RESPECTFULLY SUBMITTED,

/s/ Steve Art
*One of Plaintiff's Attorneys*
Arthur Loevy
Jon Loevy
Anand Swaminathan
Steve Art
Rachel Brady
Sean Starr
Isabella Aguilar
LOEVY & LOEVY
311 N. Aberdeen St.
Chicago, IL 60607
(312) 243-5900
steve@loevy.com

/s/ Eileen E. Rosen

Eileen E. Rosen
Special Assistant Corporation Counsel
*One of the Attorneys for City of Chicago*

Eileen E. Rosen
Catherine M. Barber
Theresa B. Carney
Austin G. Rahe
Rock Fusco & Connelly, LLC
333 W. Wacker, 19th Floor
Chicago, Illinois 60606
(312) 474-1000
erosen@rfclaw.com

/s/ James V. Daffada

James V. Daffada
Special Assistant Corporation Counsel
*One of the Attorneys for Reynaldo Guevara*

Thomas M. Leinenweber
James V. Daffada
Leinenweber Baroni & Daffada, LLC
120 N. LaSalle Street, Suite 200
Chicago, Illinois 60602
(847) 251-4091
jim@ilesq.com

/s/ Josh M. Engquist

Josh M. Engquist
Special Assistant Corporation Counsel
*One of the Attorneys for Defendant Officers*

James G. Sotos
Josh M. Engquist
Jeffrey R. Kivetz
David A. Brueggen
Special Assistant Corporation Counsel
The Sotos Law Firm, P.C.
141 W. Jackson, Suite 1240A
Chicago, Illinois 60604
(630) 735-3300
jengquist@sotoslaw.com

## **<u>CERTIFICATE OF SERVICE</u>**

       I, Steve Art, an attorney, hereby certify that on September 12, 2023, I caused the foregoing JOINT STATUS REPORT to be filed using the Court's CM/ECF system, which served the documents on all counsel of record.

/s/ Steve Art         
*One of Plaintiff's Attorneys*
