# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **THOMAS SIERRA**, | No. 18 C 3029 |
| Plaintiff, | Hon. John R. Blakey, District Judge |
| v. | |
| **REYNALDO GUEVARA,** et al., | Hon. M. David Weisman, Magistrate Judge |
| Defendants. | |

## JOINT STATUS REPORT

The parties, by their respective attorneys, in response to the Court's order, Dkt. 466, respectfully provide their positions regarding the estimated length of trial.

Plaintiff's position is that his best estimate for the length of trial is fifteen days.

Defendants' position is that the length of trial will be four to five weeks (20-25 days). This estimate depends on whether any of Plaintiff's *Monell* theories remain after summary judgment, and, if any theories do remain, whether the Court grants Defendants' renewed motion to bifurcate, which they intend to file prior to trial.

RESPECTFULLY SUBMITTED,

/s/ Meg Gould
*One of Plaintiff's Attorneys*
Arthur Loevy
Jon Loevy
Anand Swaminathan
Steve Art
Rachel Brady
Sean Starr
Meg Gould
LOEVY & LOEVY
311 N. Aberdeen St.
Chicago, IL 60607

|  |  |
|---|---|
| | (312) 243-5900<br>gould@loevy.com |
| /s/ Eileen E. Rosen | /s/ Josh M. Engquist |
| Eileen E. Rosen<br>Special Assistant Corporation Counsel<br>*One of the Attorneys for City of Chicago* | Josh M. Engquist<br>Special Assistant Corporation Counsel<br>*One of the Attorneys for Defendant Officers* |
| Eileen E. Rosen<br>Catherine M. Barber<br>Theresa B. Carney<br>Austin G. Rahe<br>Rock Fusco & Connelly, LLC<br>333 W. Wacker, 19th Floor<br>Chicago, Illinois 60606<br>(312) 474-1000<br>erosen@rfclaw.com | James G. Sotos<br>Josh M. Engquist<br>Jeffrey R. Kivetz<br>David A. Brueggen<br>Special Assistant Corporation Counsel<br>The Sotos Law Firm, P.C.<br>141 W. Jackson, Suite 1240A<br>Chicago, Illinois 60604<br>(630) 735-3300<br>jengquist@sotoslaw.com |
| /s/ James V. Daffada | |
| James V. Daffada<br>Special Assistant Corporation Counsel<br>*One of the Attorneys for Reynaldo Guevara* | |
| Thomas M. Leinenweber<br>James V. Daffada<br>Leinenweber Baroni & Daffada, LLC<br>120 N. LaSalle Street, Suite 200<br>Chicago, Illinois 60602<br>(847) 251-4091<br>jim@ilesq.com | |

## **CERTIFICATE OF SERVICE**

       I, Meg Gould, an attorney, hereby certify that on December 15, 2023, I caused the foregoing JOINT STATUS REPORT to be filed using the Court's CM/ECF system, which served the documents on all counsel of record.

                                      /s/ Meg Gould
                                      *One of Plaintiff's Attorneys*