IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS SIERRA<br><br>    *Plaintiff,*<br><br>    v.<br><br>REYNALDO GUEVARA, JOANN HAVLORSEN as SPECIAL REPRESENTATIVE for ERNEST HALVERSEN, ANTHONY WOJCIK, JOHN MCMURRAY, GEORGE FIGUEROA, EDWARD MINGEY, ROBERT BIEBEL, FRANCIS CAPPITELLI, UNKNOWN EMPLOYEES OF THE CITY OF CHICAGO, and the CITY OF CHICAGO<br>    *Defendants*. | Case No. 1:18-cv-03029<br><br>Hon. Robert Blakey<br>District Judge |

## DEFENDANT GUEVARA'S *UNOPPOSED* MOTION TO EXTEND FILING DEADLINE

    Defendant Guevara moves this Court for an extension of time to file his motion for summary judgment by one week, with a filing deadline of February 2, 2024 and in support states as follows:

    1.    Plaintiff Thomas Sierra alleges that Defendant Guevara and other officers (who are represented by independent counsel) and the City of Chicago violated his constitutional rights under Title 18 United States Code Section 1983. The complaint specifically alleges various deprivations of constitutional process, including utilizing suggestive identification tactics, fabricating evidence and failing to disclose evidence, among other claims.

    2.    All defendants' motions for summary judgment are due to be filed on January 26, 2024. Defendant Guevara's counsel has been working closely with the co-defendant's counsel to

1

efficiently present their motions without repetitive arguments, unnecessary duplication or factual overlap.

3. At the same time, Defendant Guevara's lead attorney, has been out of town on numerous occasions, in connection with a family health matter and has thus been unable to devote the time and attention to preparing and finalizing Defendant Guevara's Motion for Summary Judgement.

4. Plaintiff's counsel has no objection to this Motion.

5. This Motion is not made for the purpose of delay and will not prejudice any party.

WHEREFORE, Defendant Guevara respectfully request this Court grant his Motion to Extend Filing of Guevara's Motion for Summary Judgement for one week until February 2, 2024.

Date: January 25, 2024　　　　　　　　　　Respectfully Submitted,

DEFENDANT REYNALDO GUEVARA

*/s/ Thomas More Leinenweber*
Thomas M. Leinenweber
Gabrielle R. Sansonetti
Special Assistant Corporation Counsel
Leinenweber Baroni & Daffada, LLC
120 N. LaSalle Street, Suite 2000
Chicago, Illinois 60602