# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS SIERRA, | ) | |
| | ) | Case No. 18 CV 3029 |
| Plaintiff, | ) | |
| | ) | Judge John Robert Blakey |
| v. | ) | |
| | ) | Magistrate Judge M. David Weisman |
| REYNALDO GUEVARA, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | JURY TRIAL DEMANDED |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on, February 7, 2024 at 11:00 am, we shall appear before the Honorable Judge Blakey any judge sitting in his stead, in Courtroom 1204 at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall present **Defendant City of Chicago's Opposed Motion for Leave to File Oversized Memorandum of Law in Support of Summary Judgment and Oversized Daubert Motions and More than 80 Paragraphs for 56.1 statement** a copy of which is hereby attached and served upon you.

Date: January 26, 2024     Respectfully submitted,

by: /s/ Eileen E. Rosen
Eileen E. Rosen
Special Assistant Corporation Counsel
*One of the Attorneys for City of Chicago*

Eileen E. Rosen
Catherine M. Barber
Theresa B. Carney
Austin G. Rahe
Rock Fusco & Connelly, LLC
333 W. Wacker, 19th Floor
Chicago, Illinois 60606
(312) 474-1000
erosen@rfclaw.com

## CERTIFICATE OF SERVICE

  I certify that on January 26, 2024, I electronically filed the foregoing Notice of Motion and **Defendant City of Chicago's Opposed Motion for Leave to File Oversized Memorandum of Law in Support of Summary Judgment and Oversized Daubert Motions and More than 80 Paragraphs for 56.1 statement** and provided a copy of same to all counsel via the CM/ECF system.

                         */s/ Eileen E. Rosen*