THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS SIERRA, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Case No. 18 CV 3029 |
| ) | |
| REYNALDO GUEVARA, JOANN ) | |
| HALVORSEN as Special Representative for ) | Judge John Robert Blakey |
| ERNEST HALVORSEN, ANTHONY WOJCIK, ) | |
| JOHN McMURRAY, GEORGE FIGUEROA, ) | |
| EDWARD MINGEY, ROBERT BIEBEL, ) | |
| FRANCIS CAPPITELLI, UNKNOWN ) | **JURY TRIAL DEMANDED** |
| EMPLOYEES OF THE CITY OF CHICAGO, ) | |
| and the CITY OF CHICAGO, Illinois, ) | |
| ) | |
| *Defendants.* ) | |

**EXHIBIT INDEX TO DEFENDANT CITY OF CHICAGO'S *DAUBERT* MOTION TO BAR OPINIONS OF ANTHONY W. FINNELL**

| **Exhibit** | **Description** |
|---|---|
| A | Finnell's Report in *Sierra* |
| B | Deposition of Finnell, *Solache/Reyes v. City* |
| C | Deposition of Finnell, *Sierra v. City et al* |
| D | Finnell Report, *Solache/Reyes v. City* |
| E | Finnell's CV |
| F | People's Law Office website |
| G | South Seattle Emarald, "OIG Auditor Certified Cases Without Reviewing Evidence, Investigation Reveals", November 8, 2021 |
| H | OIR Group Report |
| I | Bureau of Justice Statistics Special Report; Citizen Complaints about Police Use of Force |
| J | National Data on Citizen Complaints About Police Use of Force: Data Quality Concerns and the Potential (Mis)Use of Statistical Evidence to Address Police Agency Conduct |
| K | Deposition of Knight, *Iglesias v. City* |