# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THOMAS SIERRA, | ) |
|       Plaintiff, | ) Case No. 18 CV 3029 |
| | ) |
| v. | ) Judge John Robert Blakey |
| | ) |
| REYNALDO GUEVARA, et al. | ) Magistrate Judge M. David Weisman |
| | ) |
|       Defendants. | ) |
| | ) JURY TRIAL DEMANDED |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on, February 14, 2024 at 11:00 am, we shall appear before the Honorable Judge Blakey any judge sitting in his stead, in Courtroom 1204 at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall present **Defendant City of Chicago's Motion for Leave to File Certain Exhibits to Its Rule 56.1 Statement of Facts Under Seal** a copy of which is hereby attached and served upon you.

Date: February 2, 2024

Respectfully submitted,

by: /s/ Eileen E. Rosen
Eileen E. Rosen
Special Assistant Corporation Counsel
*One of the Attorneys for City of Chicago*

Eileen E. Rosen
Catherine M. Barber
Theresa B. Carney
Austin G. Rahe
Rock Fusco & Connelly, LLC
333 W. Wacker, 19th Floor
Chicago, Illinois 60606
(312) 474-1000
erosen@rfclaw.com