IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **Thomas Sierra**, | No. 18 C 3029 |
| Plaintiff, | Hon. John Blakey, District Judge |
| v. | |
| **Reynaldo Guevara** et al., | Hon. M. David Weisman, Magistrate Judge |
| Defendants. | |

## Parties' Joint Motion to Extend the Remaining Briefing Schedule Concerning Summary Judgment

The parties, by and through their undersigned counsel, respectfully move to amend the remaining briefing schedule concerning summary judgment.[1] In support, the parties state as follows:

1. On January 29, 2024, the Court ordered that Plaintiff shall respond to all summary judgment motions and file any cross-motion by March 4, 2024. Defendants' replies, and response to Plaintiff's cross-motion, is due by March 25, 2012. Dkt. 477.

2. Due to the volume and complexity of the motions filed, Plaintiff is seeking a one-day extension, until March 5, 2024, to submit his filings.

3. Defendants do not oppose this request.

---

[1] The motions filed to date are as follows: (Dkt. 481), Individual Defendants' Motions for Summary Judgment (Dkt. 478), Defendant City of Chicago's Motion to Bar Opinions of Nancy Steblay (Dkt. 484), Defendant City of Chicago's Motion to Bar Opinions of Thomas Tiderington (Dkt. 483), and Defendant City of Chicago's Motion to Bar Opinions of Anthony Finnell (Dkt. 482).

4. For their part, in light of spring break and other commitments that fall during the briefing schedule, Defendants seek an extension of the briefing schedule for their replies, and their response to Plaintiff's cross-motion, to April 12, 2024.

5. Plaintiff does not oppose Defendants' request. Given that Plaintiff's replies were previously due April 12, 2024, Plaintiff asks that the schedule for his replies be extended commensurate with the extension for Defendants' responses, to May 3, 2024.

6. The parties are in agreement on this briefing schedule, and file this motion jointly to set the following updated briefing schedule:

> Plaintiff's responses and cross-motion due March 5, 2024
>
> Defendants' replies and response to cross-motion due April 12, 2024
>
> Plaintiff's replies regarding cross-motion due May 3, 2024

WHEREFORE, the parties respectfully move to amend the remaining briefing schedule on summary judgment as set forth above.

.

Respectfully submitted,

| /s/ *Anand Swaminathan* | /s/ *Eileen E. Rosen* | /s/ *Jeffrey R. Kivetz* |
|---|---|---|
| Jon Loevy | Eileen E. Rosen | James G. Sotos |
| Anand Swaminathan | Catherine M. Barber | Josh M. Engquist |
| Steven Art | Theresa Berousek Carney | Jeffrey R. Kivetz |
| Josh Tepfer | Austin G. Rahe | David A. Brueggen |
| Sean Starr | Special Assistant | Elizabeth Fleming |
| Rachel Brady | Corporation Counsel | Special Assistant |
| John Hazinski | Rock Fusco & Connelly, LLC | Corporation Counsel |
| Loevy & Loevy | | The Sotos Law Firm, P.C. |
| 311 N. Aberdeen St. | 333 W. Wacker , 19th Floor | 141 W. Jackson, Suite 1240A |
| Chicago, Illinois 60607 | Chicago, Illinois 60606 | |

| | | |
|---|---|---|
| (312) 243-5900<br>**For Plaintiff** | (312) 494-1000<br>**For Defendant City of Chicago** | Chicago, Illinois 60604<br>(630) 735-3300<br>**For Defendants JoAnn Halvorsen, as Special Representative for Ernest Halvorsen, deceased, Wojcik, McMurray, Figueroa, and Biebel** |

/s/
Thomas M. Leinenweber
James V. Daffada
Special Assistant
Corporation Counsel
Leinenweber Baroni &
Daffada, LLC
120 N. LaSalle Street,
Suite 2000
Chicago, Illinois 60602
(312) 663-3003
**For Defendant Guevara**

### Certificate of Service

I, Anand Swaminathan, an attorney, hereby certify that on March 4, 2024, I filed the foregoing using the Court's CM/ECF system, thereby serving it on all counsel of record.

/s/ Anand Swaminathan
*One of Plaintiff's Attorneys*