THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS SIERRA, | ) | |
| | ) | Case No. 18 CV 3029 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Judge John Robert Blakey |
| | ) | |
| REYNALDO GUEVARA, et al. | ) | |
| | ) | |
| *Defendants.* | ) | JURY TRIAL DEMANDED |
| | ) | |

## EXHIBIT LIST
## JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS

| EX. NO. | NAME | CITE |
|---|---|---|
| 1 | Deposition of Kenneth Trempe | |
| 2 | General Offense Case Report | RFC-Sierra 5-5.1 |
| 3 | February 6, 1997, Transcript of Proceedings | SIERRA 1148-1423 |
| 4 | Deposition of Anthony Wojcik | |
| 5 | Deposition of Edward Mingey | |
| 6 | May 24, 1995, Case Supp Report | RFC-Sierra 137-143 |
| 7 | Deposition of John McMurray | |
| 8 | February 7, 1997, Transcript of Proceedings | SIERRA 1427-1698 |
| 9 | May 30, 1995, Cleared/Closed Supp Report | RFC-Sierra 120-127 |
| 10 | Deposition of Reinaldo Sierra | |
| 11 | Deposition of Jose Melendez | |
| 12 | Deposition of Thomas Sierra | |
| 13 | August 20, 1996, Transcript of Proceedings | SIERRA 735-781 |
| 14 | May 30, 1995, Halvorsen Lineup Report | RFC-Sierra 128-129 |
| 15 | Deposition of Robert Biebel | |
| 16 | Affidavit of Jose Melendez | SIERRA 4955-4956 |
| 17 | CCSAO Documents | CCSAO People v. Thomas Sierra 241-247 |
| 18 | Handwritten Statement of Jose Melendez | RFC-Sierra 153-155 |
| 19 | Handwritten Statement of Alberto Rodriguez | RFC-Sierra 156-158 |
| 20 | Felony Review Folder | AR-L 120220-120221 |
| 21 | Deposition of William Farrell | |
| 22 | ASA Chuck Burns Memo | |
| 23 | Handwritten Statement of Lucy Montalvo | SIERRA 143-145 |
| 24 | Handwritten Statement of Hector Montanez | SIERRA 305-308 |
| 25 | Complaint for Preliminary Examination | SIERRA 5577 |
| 26 | Grand Jury Testimony of Reynaldo Guevara | Bluhm 738-744 |

| 27 | Indictments | RG 3169-3174 |
| --- | --- | --- |
| 28 | Arraignment Date | RG 3695-3703 |
| 29 | Deposition of Bernard Sarley (Vol I), January 25, 2022 | |
| 30 | Answer to State's Motion for Discovery | RG 2473-2474 |
| 31 | Deposition of Lucy Montalvo | |
| 32 | Motion to Suppress Identification Testimony, Quash Arrest and Suppress Evidence | RG 3125-3126 |
| 33 | Deposition of Jose E. Melendez | |
| 34 | February 3, 1997, Transcript of Proceedings | SIERRA 783-822 |
| 35 | February 4, 1997, Transcript of Proceedings | SIERRA 824-846 |
| 36 | February 5, 1997, Transcript of Proceedings | Bluhm 521-640, 1996-2169 |
| 37 | People's Motion to Admit the Prior Statements of Jose Melendez | RG2466-2469 |
| 38 | Index to Record | Bluhm 990-991 |
| 39 | Impound Order, February 21, 1997 | RG3143-3145 |
| 40 | Photo Array – People's Group Exhibit 13 | SIERRA 2997-3008 |
| 41 | March 13, 1997, Transcript of Proceedings | SIERRA 2710-2746 |
| 42 | March 13, 1997, Sentencing Order | Bluhm 900 |
| 43 | Appellate Opinion, 01-97-1555 | Bluhm 833-842 |
| 44 | September 22, 1990 Petition for Post-Conviction Relief | SIERRA 532-554 |
| 45 | December 17, 1999, Order Denying Petition for Post-Conviction Relief | RG3592-3599 |
| 46 | March 23, 2000, Transcript of Proceedings | Bluhm 2747-2750 |
| 47 | March 15, 2002, Appellate Order- Dismissal of Petitioner's Petition for Post-Conviction Relief | RG3712-3714 |
| 48 | April 18, 2011, Amended Petition for Post-Conviction Relief | |
| 49 | May 4, 2017, Transcript of Proceedings | |
| 50 | August 1, 2017 First Supplement to Amended Petition for Post-Conviction Relief | SIERRA 5074-5096 |
| 51 | September 20, 2017 Second Supplement to Amended Petition for Post-Conviction Relief | SIERRA 5098-5105 |
| 52 | 2017 Third Supplement to Amended Petition for Post-Conviction Relief | SIERRA 5144-5151 |
| 53 | January 9, 2018, Transcript of Proceedings | |
| 54 | February 10, 2022, Transcript of Proceedings— Certificate of Innocence | Guevara-L 114-130 |
| 55 | Plaintiff's Supplemental Responses to Interrogatories | JGS-SIERRA 278-299 |
| 56 | Deposition of George Figueroa | |
| 57 | Mingey's Response to Plaintiff's First Set of Interrogatories | |
| 58 | Deposition of Robert Biebel, July 8, 2021 | |

| 59 | Deposition of Bernard Sarley (Vol II), April 19, 2022 | |
| 60 | Deposition of Hector Montanez | |
| 61 | Illinois Department of Corrections, Next of Kin | RG 14366 |
| 62 | Deposition of Alberto Rodriguez | |
| 63 | November 7, 2022, Transcript of Proceedings—Motion to Compel Hearing | |
| 64 | Deposition of Ernest Halvorsen, April 20, 2018 (*Montanez* matter) | |
| 65 | Deposition of Ernest Halvorsen, February 6, 2019 (*Montanez* matter) | |
| 66 | Halvorsen's Answers to Plaintiff's First Set of Interrogatories | |
| 67 | Lineup photo – People's Exhibit 11 | JGS-SIERRA 18 |
| 68 | June 1, 1995 Transcript of Proceedings | JGS-SIERRA 270-277 |
| 69 | Vehicle photo – People's Exhibit 10 | EP SIERRA Sub. Resp. 12054 |