**THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

THOMAS SIERRA,

*Plaintiff,*

v.

REYNALDO GUEVARA, JOANN HALVORSEN as Special Representative for ERNEST HALVORSEN, ANTHONY WOJCIK, JOHN McMURRAY, GEORGE FIGUEROA, EDWARD MINGEY, ROBERT BIEBEL, FRANCIS CAPPITELLI, UNKNOWN EMPLOYEES OF THE CITY OF CHICAGO, and the CITY OF CHICAGO, Illinois,

*Defendants.*

Case No. 18 CV 3029

Judge John Robert Blakey

**JURY TRIAL DEMANDED**

**EXHIBIT INDEX TO DEFENDANT CITY OF CHICAGO'S LOCAL RULE 56.1(a)(3) STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

| **Exhibit No.** | **Description** |
|---|---|
| 1 | Plaintiff's First Amended Complaint |
| 2 | Plaintiff's Responses to Defendant City of Chicago's First Set of Interrogatories to Plaintiff |
| 3 | Deposition of James Hickey, *Kluppelberg v. Burge,* N.D. Ill., 13-CV-03963 (part I dated 7/29/14) |
| 4 | Deposition of James Hickey, *Rivera v. Guevara,* N.D. Ill, 12-CV-4428 (part II dated 6/10/14) |
| 5 | Deposition of City's Rule 30(b)(6) witness, Commander Eric Winstrom, in consolidated cases of *Solache v. Guevara,* N.D. Ill., 18-CV-2312, and *DeLeon-Reyes v. Guevara,* N.D. Ill., 18-CV-1028 |
| 6 | Detective Division Notice 82-2 |
| 7 | Deposition of James Hickey in *Rivera* (part I dated 5/6/14) |
| 8 | S.O. 83-1 |
| 9 | SO 83-2 |
| 10 | S.O. 86-3 |

| **Exhibit No.** | **Description** |
|---|---|
| 11 | Detective Division Training Materials from 1988-1996 |
| 12 | Deposition of Lt. John Foster, dated June 29, 2022 |
| 13 | G.O. 88-18 |
| 14 | CPD General Order 83-5 |
| 15 | CPD Detective Division Standard Operating Procedures from 1988 |
| 16 | CPD General Order 93-3 |
| 17 | Deposition of Lt. Joseph Bird, dated 12/22/21 |
| 18 | Complaint Category Tables |
| 19 | CPD General Order 83-3 |
| 20 | General Order 97-10 |
| 21 | Tiderington Report in *Sierra* |
| 22 | Tiderington Dep from *Solache/Reyes* dated 10/6/22 |
| 23 | Tiderington Deposition from *Sierra* dated 12/8/22 |
| 24 | Tiderington Invoice from *Sierra* dated 9/18/22 |
| 25 | Tiderington Deposition from *Iglesias* dated 2/13/23 |
| 26 | Tiderington Invoice from *Iglesias* dated 11/19/22 |
| 27 | Tiderington Deposition from *Maysonet* dated 4/28/23 |
| 28 | Tiderington Invoice from *Maysonet* dated 1/18/23 |
| 29 | Tiderington Dep from *Johnson* (Part II) dated 9/20/23 |
| 30 | Tiderington Invoice from Johnson dated 4/8/23 |
| 31 | Tiderington Invoice from *Gomez* dated 5/24/23 |
| 32 | Bernie Murray's Expert Report in *Sierra* |
| 33 | Steblay Report in *Sierra* |
| 34 | Steblay Deposition (Part I) from *Sierra/Iglesias/Bouto/Rodriguez* dated 2/9/23 |
| 35 | Appendix A to Gary Wells' Report from *Rivera* |
| 36 | Steblay Report and Data from *Bouto* |
| 37 | Steblay Report and Data from *Iglesias* |
| 38 | Steblay Report and Data from *Rodriguez* |
| 39 | Steblay Dep (Part II) from *Sierra/Iglesias/Bouto/Rodriguez* dated 2/10/23 |
| 40 | Steblay Rebuttal Deposition from *Sierra/Iglesias/Bouto/Rodriguez* dated 11/9/23 |

| **Exhibit No.** | **Description** |
|---|---|
| 41 | Steblay Deposition from *Velez v. City of Chicago,* 18-CV-8144 dated 2/10/22 |
| 42 | Wixted Combined Report in *Bouto, Sierra, Rodriguez and Iglesias* |
| 43 | Steblay's Rebuttal Report in *Sierra* |
| 44 | Steblay Rebuttal Report in *Velez* |
| 45 | Finnell Report in *Sierra* |
| 46 | Finnell Dep from Iglesias |
| 47 | Finnell Dep from *Solache/Reyes* dated 9/22/22 |
| 48 | Finnell Dep from *Sierra* dated 1/13/23 |
| 49 | Finnell Report in *Solache/Reyes* |
| 50 | Finnell Report in *Velez* |
| 51 | Officer Complaint Histories – Filed Under Seal |
| 52 | CR No. 150473 – Filed Under Seal |
| 53 | CR No. 203174 – Filed Under Seal |
| 54 | CR No. 162148 – Filed Under Seal |
| 55 | CR No. 188852 – Filed Under Seal |
| 56 | CR No. 160454 – Filed Under Seal |
| 57 | CR No. 175012 – Filed Under Seal |
| 58 | Figueroa Dep |
| 59 | CR No. 194728 – Filed Under Seal |
| 60 | Excerpt from Finnell Report in *Sierra* |
| 61 | CR No. 123850 – Filed Under Seal |
| 62 | *Intentionally Left Blank* |
| 63 | Bureau of Justice Statistics Special Report; Citizen Complaints about Police Use of Force |
| 64 | Finnell Dep from *Velez* dated 2/15/22 |
| 65 | CR No. 226211 – Filed Under Seal |
| 66 | CR No. 304802 – Filed Under Seal |
| 67 | CR No. 152902 – Filed Under Seal |
| 68 | CR No. 156866 – Filed Under Seal |
| 69 | CR No. 211634 – Filed Under Seal |
| 70 | CR No. 156137 – Filed Under Seal |

| **Exhibit No.** | **Description** |
|---|---|
| 71 | CR No. 153256 – Filed Under Seal |