**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| THOMAS SIERRA | ) | |
| | ) | Case No. 18 CV 3029 |
| Plaintiff, | ) | |
| | ) | Hon. John Robert Blakey, |
| v. | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA et al. | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |
| | ) | |

**SIERRA'S LOCAL RULE 56.1 STATEMENT OF FACTS IN SUPPORT OF HIS**
**CROSS-MOTION FOR PARTIAL SUMMARY JUDGEMENT EXHIBIT LIST**

**EXHIBIT LIST**

| Exhibit No. | Description |
|---|---|
| A | May 24, 1995, Supplementary Report |
| B | May 24, 1995, Supplementary Report |
| C | Jose Melendez Deposition |
| D | First Revised Joint Statement of Facts to the City |
| E | January 22, 2024 Correspondence from S. Art to the City |
| F | Third Revised Joint Statement of Facts to the City |
| G | Plaintiff's Response to Defendant City of Chicago's First Set of Interrogatories |
| H | Plaintiff's Response to Defendants' Post-Trial Motion in *Rivera v. Guevara, et al*. Exhibit 9 (June 15, 2018 Transcript of Proceedings) |
| I | Plaintiff's Response to Defendants' Post-Trial Motion in *Rivera v. Guevara, et al*. Exhibit 10 (June 18, 2018 Transcript of Proceedings) |
| J | January 22, 2024 A. Swaminathan Email Correspondence |
| K | Excerpt from Permanent Retention File: Aby Gonzalez Witness Canvas |
| L | Line-Up Report with Positive Identification of Johns |
| M | October 7, 2019 Josh Tepfer Report of Aby Gonzalez Meetings |
| N | December 2, 2022 Civil Deposition of Joshua Tepfer |
| O | Police Report of Ricardo Burgos Interview |

| P | Declaration of Ricardo Burgos |
|---|---|
| Q | June 8, 2021 Civil Deposition of Ricardo Burgos |
| R | Thomas Sierra Deposition |
| S | Jose Melendez Criminal Trial Testimony |
| T | Guevara Motion to Suppress Testimony |
| U | August 21, 2019 Deposition of Reynaldo Guevara |
| V | Deposition of Ernest Halvorsen in *Montanez* |
| W | Plaintiff's Responses to Defendant City of Chicago's First Set of Interrogatories |
| X | *Palmer v. City of Chicago*, 562 F. Supp. 1067, 1073 (N.D. Ill. 1983) (J. Shadur) |
| Y | Deposition of James Hickey in *Rivera* |
| Z | James Hickey Testimony in *Fields* Trial 11/13/16 |
| AA | Deposition of Eric Winstrom in *Reyes* |
| BB | Deposition of James Hickey in *Fields* |
| CC | James Hickey Testimony in *Fields* 4/10/14 |
| DD | Deposition of James Hickey in *Kluppelberg* |
| EE | S.O. 82-2 and Memo |
| FF | Declaration and Report of Thomas Tiderington |
| GG | S.O. 83-1 |
| HH | 6/18/2018 *Rivera* Trial Transcript |
| II | 6/21/2018 *Rivera* Trial Transcript |
| JJ | SO 86-3 |
| KK | SO 83-02 |
| LL | Jeffrey Noble Testimony in *Fields* Trial |
| MM | Hickey/Spratte Trial Testimony in Rivera |
| OO | June 2020 OIG Report |
| PP | Sept. 2021 OIG Follow-Up Report |
| QQ | Loughran Dep. in Taylor |
| RR | City's Responses to Request for Production and Requests to Admit in Iglesias litigation (Apr. 7, 2022) |
| SS | Nathanson Fields Street File |
| TT | Jacques Rivera Street File |
| UU | Jacques Rivera Permanent Retention File |
| VV | Order on Kluppelberg Certificate of Innocence |
| WW | Michael Brasfield's Report in Jacques v. Guevara et al. |
| XX | Brasfield Summary of Voluminous Records |
| YY | Fields Trial Transcript 11/29/16 |
| ZZ | Fields Trial Transcript 11/23/16 |
| AAA | Fields Trial Transcript 12/1/16 |
| BBB | Fields Trial Transcript 11/17/16 |
| CCC | Fields Trial Transcript 11/28/16 |

| DDD | Fields Trial Transcript 12/6/16 |
|------|--------------------------------------------------------------|
| EEE | Fields Trial Transcript 12/5/16 |
| FFF | Fields Trial Transcript 12/8/16 |
| GGG | Fields Trial Transcript 12/7/16 |
| HHH | Michael Brasfield's Report in Fields v. City of Chicago et al. |
| III | Defendants' Rule 26(a)(2) Disclosure |
| JJJ | Nelson Andreu Report in Sierra v. Guevara et al. |
| KKK | Deposition of Nelson Andreu in Sierra v. Guevara et al. |
| LLL | Deposition of Bernard Murray in Sierra v. Guevara et al. |
| MMM | Deposition of Bernard Murray in Reyes v. Guevara et al. |
| NNN | Fields Jury Instructions |
| OOO | Defendants' Combined Post-Trial Motions in Fields |
| PPP | Plaintiff's Resp. to Defendants' Post-Trial Motions in Fields |
| QQQ | Defendants' Reply in Support of Post-Trial Motion |
| RRR | Plaintiff's Resp. to Defendant's Summary Judgement in Jacques v. Rivera et al. |
| SSS | Jacques Rivera Final Jury Instructions |
| TTT | Jacques Rivera Judgement |
| UUU | Jacques Rivera Verdict |
| VVV | Fields Trial Transcript 11/30/16 |
| WWW | Fields Verdict Summary |
| XXX | Fields Judgment |
| YYY | City's Motion for New Trial in Jacques v. Rivera et al. |
| ZZZ | Plaintiff's Resp. to City's Motion. for New Trial in Jacques v. Rivera et al. |
| AAAA | City's Reply In Support of Motion for New Trial in Jacques v. Rivera et al. |
| BBBB | Rivera Civil Trial Transcript 6/15/18 |
| CCCC | Rivera Civil Trial Transcript 6/26/18 |