# Exhibit A

**CHICAGO POLICE DEPARTMENT**
**DETECTIVE DIVISION**
**SUPPLEMENTARY REPORT**

R.D. Z 226 760
24 May 95
PAGE # 1

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

\*OFFENSE CLASSIFICATION/IUCR CODE: BATTERY / Aggravated: Handgun / 051A

\*OFFENSE RECLASSIFICATION OR DNA:  DNA

\*CURRENT STATUS/CODE:              Progress / 0

\*ADDRESS OF ORIGINAL OFFENSE:      2600 N. Kedzie

\*BEAT OF OCCURRENCE:               1413

\*DATE/TIME OF ORIGINAL OCCURRENCE: 23 May 95 / 2230 hrs

\*VICTIM'S NAME:                    ANDUJAR, Noel

\*FIRE RELATED (1 YES 2 NO):        2

\*BEAT ASSIGNED:                    5543

\*TYPE OF LOCATION/CODE:            Street / 304

\*NUMBER OF VICTIMS:                1

\*NUMBER OF OFFENDERS:              3

\*METHOD ASSIGNED CODE/UNIT:        1 / 650

VICTIM:                            ANDUJAR, Noel          M/WH/24
                                   A.K.A. 'Nuni'
                                   D.O.B. ▮▮▮▮▮▮▮
                                   3062 W. Cortland  2nd   Ph# 348-0765
                                   SS# ▮▮▮▮▮▮▮
                                   Member - Latin Kings    Lathrop Homes

WANTED:                            #1 M/WH/20-25           (Driver)
                                   Darker Complexion
                                   Fade type haircut

**THIS IS AN AREA 5 VIOLENT CRIMES PROGRESS REPORT**

| REPORTING OFFICER | STAR | SIGNATURE | |
|---|---|---|---|
| Det John McMurray | #20366 | | Z 226 760 |
| REPORTING OFFICER | STAR | SIGNATURE | |
| Det Anthony Wojcik | #20834 | | |
| SUPERVISOR | STAR | SIGNATURE | |
| BIEBEL | 1545 | | |
| DISTRIBUTION | DATE & TIME SUBMITTED | DATE & TIME APPROVED | |
| Normal | 24 May 1995   0530 | 3 0 MAY 1995 | |

CPD-11.411-B(Rev. 2/94)     Detective Division Micro Computer Generated Supplementary Report

RFC-Sierra 000137

**CHICAGO POLICE DEPARTMENT**
**DETECTIVE DIVISION**
**SUPPLEMENTARY REPORT**

R.D. Z 226 760
24 May 95
PAGE # 2

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

| | |
|---|---|
| WANTED (CONT.): | #2 M/WH/18-22  (Front passenger–shooter)<br>Lighter Complexion<br>Black hair pushed back<br>Wearing a white hoodie |
| | #3 M/B/23-27   (Rear passenger)<br>Dark Complexion |
| INJURIES: | Victim suffered a single gunshot wound to the right rear of the head  above the ear, lodged. Victim listed as very critical. |
| TAKEN TO: | Victim transported to Illinois Masonic Hospital by Fire Ambulance #52 |
| TREATED BY: | Dr Nikolich |
| WEAPON: | Handgun, possibly 9mm and/or .22 cal |
| WEATHER AND LIGHTING: | Occasional showers / good artificial lighting |
| MANNER/MOTIVE: | Shot from one car to the other / Gang related |
| VEHICLE USED (VICTIM'S CAR): | 1979 Oldsmobile Cutlass Supreme Illinois Plates JWZ 112<br>VIN 3M4748M563678<br>Victim's vehicle stopped at approx. 2358 N. Kedzie in the southbound lanes. This is were the victim was driven to after being shot at 2600 N. Kedzie. Victim removed by Amb #52 from this location. |
| OFFENDER'S VEHICLE: | 1980's dark colored Buick Park Ave short body w/ 4 doors, lightly tinted windows, and spoke wheels. |
| EVIDENCE: | **Inv# 1503751** (Unit 177) Four WIN 9mm cartridge cases<br>One R-P 9mm cartridge case<br>Two Super X .22 cal cartridge cases<br>These were recovered by Sgt Maloney #1125 and Sgt Kuyken #2121 on the scene at 2600 N. Kedzie in the street. They were turned over to Det Wojcik, and in turn turned over to Crime Lab Personnel. |

CHICAGO POLICE DEPARTMENT
DETECTIVE DIVISION
SUPPLEMENTARY REPORT

R.D. Z 226 760
24 May 95
PAGE # 3

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

EVIDENCE (CONT.):

**Inv# 1503752** (Unit 177) Three envelopes containing:
One metal fragment recovered on vehicle floor behind driver's seat
One metal fragment recovered in trunk of victim's vehicle
One metal fragment recovered from right front door window channel

**Inv# 1503753** (Unit 177) Envelope containing metal fragment recovered from lobby floor at 2600 N. Kedzie

**Inv# 1475273** (Unit 650) One plastic bag containing a crushed green plant, recovered from floor behind drivers seat in victim's car.

**Inv# 1475274** (Unit 650) One WIN 9mm cartridge case
One R-P 9mm cartridge case
These were recovered by Det Wojcik and Det McMurray on the street at 3204 W. Wrightwood
One Super X .22 cal cartridge case
This was recovered by Det Wojcik and Det McMurray on the street at 2600 N. Kedzie.

Photos of scene and victim's vehicle on the street at 2358 N. Kedzie
Photos of scene and shot out window at 2600 N. Kedzie.

PERSONNEL ASSIGNED:

P.O. K Trempe        #17443
P.O. L Diaz          #18531
Beat 1431
- Paper Car

P.O. Motzny          #8701
P.O. Casey           #15849
Beat 1455
- Crime scene at 2358 N. Kedzie

P.O. Sanchez         #14618
Beat 1451
- Crime Scene at 2600 N. Kedzie

Sgt Kuyken           #2121
Beat 1450
- Supervising

```
CHICAGO POLICE DEPARTMENT                          R.D. Z 226 760
DETECTIVE DIVISION                                    24 May 95
SUPPLEMENTARY REPORT                                  PAGE # 4
```

ALL descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

PERSONNEL ASSIGNED (CONT.):          Sgt Maloney          #1125
                                     Beat 1430
                                     - Supervising

                                     Tech J Moran         #7073
                                     Tech R Ferrari       #5150
                                     Beat 9602
                                     - Crime Lab Personnel


                                     Det John McMurray   #20366
                                     Det Anthony Wojcik  #20834
                                     Beat 5543
                                     Area 5 Violent Crimes
                                     - Follow-up Investigation

                                     Sgt E. Mingey        #1731
                                     Beat 5530
                                     - Area 5 Violent Crimes

                                     Sgt T Keough         #1679
                                     Beat 5590
                                     - Area 5 Violent Crimes

                                     P.O. C Galvez       #16465
                                     P.O. D Daley         #9425
                                     Beat 5594 A
                                     - Assist follow-up

WITNESSES:                           MELENDEZ, Jose M.        M/WH/26
                                     A.K.A. 'Macho'
                                     D.O.B. ███████
                                     1742 W. Division  2nd   Ph# 862-6512
                                     SS# █████████
                                     Unemployed Construction Pgr#748-4755
                                     Member - Latin Kings    Leavitt -Schiller

                                     RODRIQUEZ, Alberto        M/WH/21
                                     A.K.A. 'TiTi'
                                     D.O.B. ███████
                                     2717 N. Hoyne            No Phone
                                     SS# █████████
                                     Unemployed Laborer
                                     Member - Latin Kings    Lathrop Homes

INTERVIEWED:                         SALAMEH, Mercedes        F/WH/69
                                     D.O.B. ███████
                                     2600 N. Kedzie  Apt 202  Ph# 489-9247
                                     Retired

```
CHICAGO POLICE DEPARTMENT                              R.D. Z 226 760
DETECTIVE DIVISION                                        24 May 95
SUPPLEMENTARY REPORT                                      PAGE # 5
```

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

INTERVIEWED (CONT.):                SALAMEH stated that she was in her
                                    apartment when she heard 6 or 7 shots from
                                    in front of the building . She heard tires
                                    squeal, and she hid until it was quiet
                                    again.

INVESTIGATION:                      R/D's were assigned to the man shot at
                                    Kedzie and Fullerton by Sgt Mingey of this
command. R/D's responded to the scene and learned that the victim had been
transported to Illinois Masonic Hospital by Fire Ambulance #52.

                                    R/D's learned from officers on the scene
                                    that the victim had actually been shot in
the area of 2600 N. Kedzie and the driver of the vehicle that the victim was
shot in drove the car south down Kedzie until he spotted a marked Chicago
Police vehicle. This subject stopped his vehicle at Fullerton and Kedzie told
the Police what had happened. The officers called for an Ambulance, which
came to the scene, transported the victim, and the vehicle was left at 2358
N. Kedzie.

                                    The vehicle the victim was shot in is
                                    observed on the street at 2358 N. Kedzie. The vehicle is in the southbound
lanes facing south, against the curb. An examination of the vehicle reveals
that the rear window has been shot out, and there is remnants of glass around
the frame. The front driver's window, as well as the front passenger window
are also shot out with remnants of glass around the frame.The right rear
opera window had two large bullet holes in it, but most of the glass remains
in the frame. The outside of the vehicle reveals numerous bullet holes. On
the left side of the vehicle there is a hole in the drivers door by the door
handle, and another on the left rear roof column. There is another bullet
hole in the left rear wheel well. There are two additional holes in the rear
of the vehicle, one in the left rear turn signal and one in the trunk by the
license plate bracket. Many of the holes pass through the vehicle and into
the passenger compartment.

                                    Inside the vehicle there is a hole in the
                                    rear seat on the right side, and also a
hole inside of the left rear column corresponding to the hole on the outside
left rear roof column. There is a hole in the right front window frame, and
holes in the inside roof lining. A quantity of blood is noted in the left
rear seat, and a small quantity of blood is noted by the hole in the rear
seat on the right side of the seat. A large quantity of window glass
throughout the vehicle is observed, as well as additional glass outside the
vehicle where it came to rest. R/D's learned that the victim had been seated
in the rear seat on the left hand side. On the floor behind the drivers seat
there a small plastic bag containing a crushed green plant. This is recovered
by R/D's and inventoried at A5/VC.

                                    Officers from the Crime Lab Unit arrived
                                    on the scene and processed the scene at
2358 N. Kedzie, taking photos of the outside as well as inside the vehicle.
Bullet fragments are recovered from the trunk as well as from the interior of
the vehicle.

CHICAGO POLICE DEPARTMENT
DETECTIVE DIVISION
SUPPLEMENTARY REPORT

R.D. Z 226 760
24 May 95
PAGE # 6

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

INVESTIGATION (CONT.): R/D's and the Crime Lab Unit then proceeded to the scene at 2600 N. Kedzie. This is the intersection of Logan Blvd, Kedzie Ave, and Milwaukee Ave. R/D's observed this intersection to be a circular drive around a monument, with adjoining and intersecting streets feeding into this circular drive. Traffic is stopped at various points by traffic lights and stop signs. On the street in front of 2600 N. Kedzie, R/D's observe a quantity of glass which trails around the corner westbound on Wrightwood. Supervisors from the 014th Dist had picked up five 9mm and two .22 cal casings that were in the street as there was no way to prevent traffic from running over these items. These casings were turned over to Det Wojcik. R/D's note that there is a hole in the southern most window on the first floor lobby of the building at 2600 N. Kedzie which appears to be a bullet hole. Further investigation revealed a spent slug inside the lobby at this location. Photos are again taken and the bullet is recovered. After the Crime Lab Personnel left the scene, R/D's discovered and recovered two 9mm casings and one .22 cal casing. These items were photographed , recovered, and transported to A5/VC and inventoried.

R/D's then went to Illinois Masonic Hospital, and spoke to the attending Dr Nikolich, and learned that the victim had sustained a single gunshot wound to the right side of the head above the right ear, and the bullet was lodged. The victim was listed in very critical condition.

R/D's then proceeded to A5/VC and interviewed the two subjects, Jose MELENDEZ and Alberto RODRIGUEZ, who were in the vehicle at the time the victim was shot. The R/D's note that both witnesses had been separated from one another from the time of having flagged down the preliminary investigating officers. These witnesses were interviewed separately and independently. Their statements are in summary, and not verbatim.

**Jose MELENDEZ** stated that he, "Nuni" (Noel ANDUJAR), and "Titi" (Alberto RODRIGUEZ), left the Lathrop Homes development on their way to the area of North Avenue and Spaulding. The three left the Lathrop Homes in MELENDEZ's above described vehicle and headed westbound on Logan Boulevard. MELENDEZ was driving the auto with RODRIGUEZ in the passenger front seat, and the victim in the drivers side rear seat.

MELENDEZ stated that as he approached the Logan Square Monument he observed the above detailed offender's vehicle, a Park Avenue with the described occupants, which was also headed westbound, stop in front of him at the stop sign just east of the monument's circle drive. After the Park Avenue proceeded from the stop sign it slowed down in the lane to the left of MELENDEZ and waited until MELENDEZ caught up. As the vehicles continued west towards the stop light at Logan and Milwaukee, MELENDEZ observed the occupants to be "throwing down the crown" (representing opposition to the Latin King street gang) with their hands. MELENDEZ stated that he and the others in his vehicle did not represent their gang affiliation but continued on.

RFC-Sierra 000142

CHICAGO POLICE DEPARTMENT
DETECTIVE DIVISION
SUPPLEMENTARY REPORT

R.D. Z 226 760
24 May 95
PAGE # 7

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

INVESTIGATION (CONT.): While stopped at the light at Logan and Milwaukee, MELENDEZ stated that the occupants of the Park Avenue, who were now stopped directly to his left and even with his vehicle, continue throwing down the crown and now began representing "Cobra" (representing affiliation with the Spanish Cobra or YLO Cobra street gang). During this time MELENDEZ observed the driver reach to the drivers side door panel, remove an object, and hand it to the passenger. When the passenger flung his hood up, MELENDEZ stated he knew "something was up" and he pulled away from the light onto the circle drive towards southbound Kedzie Avenue. MELENDEZ stated that the Park Avenue, which remained in the lane to his left, followed.

While proceeding around the circle drive just west of the monument and north of Wrightwood, MELENDEZ stated that he observed the described front passenger in the Park Avenue open the door, reach around the door with a handgun in his right hand, and began firing in MELENDEZ's direction. MELENDEZ stated that he accelerated his vehicle and turned west on Wrightwood from the circle, with the Park Avenue in pursuit. As MELENDEZ fled westbound he heard additional shots being fired. MELENDEZ recalled driving through the stop signs on Wrightwood and heading to Kimball Avenue where he turned north. MELENDEZ said that the offenders vehicle continued westbound on Wrightwood, at which time RODRIGUEZ informed him that the victim had been hit.

MELENDEZ went on to say that at that time he made a U-turn and headed back to Wrightwood, then east towards Kedzie in an effort to get the victim to the hospital. MELENDEZ said that he went back to Kedzie and turned south towards Fullerton where they observed a marked squad car. MELENDEZ informed the R/D's that he flagged down the officers and informed them of what had transpired.

**Alberto RODRIGUEZ** recalled this incident and described the offenders and their vehicle to the R/Ds essentially the same as did MELENDEZ. RODRIGUEZ recalled that just before MELENDEZ pulled from the stop light at Logan and Milwaukee he heard MELENDEZ state, "Watch these guys, something is wrong."

At this point the R/Ds had the witnesses view available photobooks containing members of Cobra affiliated gangs. Several hundred photographs were viewed with no identification made.

This investigation continues......

Report of Det John McMurray #20366
         Det Anthony Wojcik #20834

RFC-Sierra 000143