# Exhibit B

```
CHICAGO POLICE DEPARTMENT                                              R.D. Z 226 760
DETECTIVE DIVISION                                                        24 May 95
SUPPLEMENTARY REPORT                                                      PAGE # 1
```

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

```
*OFFENSE CLASSIFICATION/IUCR CODE:   BATTERY / Aggravated: Handgun / 051A

*OFFENSE RECLASSIFICATION OR DNA:    HOMICIDE / 1st Degree Murder

*CURRENT STATUS/CODE:                Progress / 0

*REVISED CODE:                       0110

*ADDRESS OF ORIGINAL OFFENSE:        2600 N. Kedzie

*BEAT OF OCCURRENCE:                 1413

*DATE/TIME OF ORIGINAL OCCURRENCE:   23 May 95 / 2230 hrs

*VICTIM'S NAME:                      ANDUJAR, Noel

*FIRE RELATED (1 YES 2 NO):          2

*BEAT ASSIGNED:                      5543

*TYPE OF LOCATION/CODE:              Street / 304

*NUMBER OF VICTIMS:                  1

*NUMBER OF OFFENDERS:                3

*METHOD ASSIGNED CODE/UNIT:          1 / 650

VICTIM:                              ANDUJAR, Noel              M/WH/24
                                     A.K.A. 'Nuni'
                                     D.O.B.
                                     3062 W. Cortland  2nd     Ph# 348-0765
                                     SS#
                                     I.R.# 854 697
                                     Member - Latin Kings       Lathrop Homes

TAKEN TO:                            Victim transported to Illinois Masonic
                                     Hospital 23 May 1995. Victim pronounced
                                     24 May 1995 1315 hrs.
```

**THIS IS AN AREA 5 VIOLENT CRIMES PROGRESS REPORT**

| REPORTING OFFICER | STAR | SIGNATURE |
|---|---|---|
| Det John McMurray | #20366 | |
| REPORTING OFFICER | STAR | SIGNATURE |
| Det Anthony Wojcik | #20834 | |
| SUPERVISOR | STAR | SIGNATURE |
| DISTRIBUTION | DATE & TIME SUBMITTED | DATE & TIME APPROVED |
| Normal | 24 May 1995  2300 | |

CPD-11.411-B(Rev. 2/94)   Detective Division Micro Computer Generated Supplementary Report

Z 226 760

```
CHICAGO POLICE DEPARTMENT                                      R.D. Z 226 760
DETECTIVE DIVISION                                                  24 May 95
SUPPLEMENTARY REPORT                                                PAGE # 2
```

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

IDENTIFIED BY:              Victim identified at Hospital by his mother Libertad GOMEZ. Formal identification at C.C.M.E. Office to be at a later time.

PRONOUNCED:                 Victim pronounced 1315 hrs 24 May 1995 by Dr Nikolich, Illinois Masonic Hospital.

NOTIFICATIONS:              Medical Examiner's Office Inv Ortiz # 48. M.E. Case # 442 May 1995

PERSONNEL ASSIGNED:         Det John McMurray  #20366   Area 5 V/C
                            Det Anthony Wojcik #20834   Area 5 V/C

INVESTIGATION:              R/D's were assigned this case on 23 May 95 and investigated the incident. On 24 May 1995, R/D's were contacted by the Medical Examiner's Office, and learned the victim had been pronounced at 1315 hrs. at Illinois Masonic Hospital.

Due to this fact this case is now Re-classified as a **HOMICIDE / 1st Degree Murder** and the investigation remains in progress.

This investigation continues....

Report of Det John McMurray   #20366
          Det Anthony Wojcik  #20834

RFC-Sierra 000145