# Exhibit SS



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000972



Case: 1:12-cv-04428 Document #: 313-48 Filed: 05/15/17 Page 3 of 147 PageID #:15550

HAWKINS, EARL

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 10 C 1168

CITY-NF-000973



CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 10 C 1168

CITY-NF-000974



BALDWIN, SHAWN
M/B/22 15OCT61
3833 S. LANGLEY

CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000975

PX 001-004



Case: 1:12-cv-04428 Document #: 313-48 Filed: 03/15/17 Page 6 of 147 PageID #:13553

CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000976



BALDWIN, PAUL D
M/B/26 16DEC57
3733 S. LANGLEY #703

CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

Case: 1:12-cv-01723 Document #: 313-48 Filed: 05/25/17 Page 8 of 147 PageID #:19975

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 10 C 1168

CITY-NF-000978



RAPP, JACE
"JASON"

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 10 C 1168

CITY-NF-000979



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000980



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000981



Case: 1:12-cv-01123 Document #: 315-48 Filed: 03/15/17 Page 12 of 147 PageID #:19359

CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000982

PX 001-011



Case: 1:12-cv-01425 Document #: 315-43 Filed: 03/15/17 Page 13 of 147 PageID #:13570

ANTHONY JOHNSON

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 10 C 1168

CITY-NF-000983



Case: 1:12-cv-01423 Document #: 313-48 Filed: 03/15/17 Page 14 of 147 PageID #:5301

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 10 C 1168

CITY-NF-000984



Island, Donald
DOB 13 Dec 63

CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000985

PX 001-014



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered In 10 C 1168

CITY-NF-000986

PX 001-015



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000987



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000988



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000989



CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 10 C 1168

CITY-NF-000990



Smallwood, Willie
10 Oct 37

CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000991



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000992



Case: 1:12-cv-02425 Document #: 313-43 Filed: 03/15/24 Page 23 of 147 PageID #:13330

CONFIDENTIAL; Produced Pursuant to Protective Order Entered in 10 C 1168

CITY-NF-000993



Case: 1:12-cv-02423 Document #: 311-48 Filed: 03/29/17 Page 24 of 147 PageID #:15381

CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000994



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000995

PX 001-024



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000996



Case: 1:12-cv-01123 Document #: 313-43 Filed: 03/15/17 Page 27 of 147 PageID #:13534

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 10 C 1168

CITY-NF-000997



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000998



PERRY, ARLO DOB 12MAY62
AKA
HAWKINS, CARLO

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 10 C 1168

CITY-NF-000999



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001000



Timothy Gray

CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001001

PX 001-030



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001002

PX 001-031



Case: 1:12-cv-02423 Document #: 313-48 Filed: 02/15/17 Page 33 of 147 PageID #:18890

CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001003



Case: 1:12-cv-01123 Document #: 315-48 Filed: 03/15/17 Page 34 of 147 PageID #:13881

CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001004



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001005

PX 001-034



IR 138969
11 JUN 82

CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001006

PX 001-035



PARRISH, MAXINE
DOB 26 MAY 46
AKA CRAWFORD, MAXINE

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 10 C 1168

CITY-NF-001007



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001008



Case: 1:12-cv-02423 Document #: 113-43 Filed: 02/15/17 Page 39 of 147 PageID #:1335

GOLDMAN, LEON F.
DOB 28 FEB 42

CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered In 10 C 1168

CITY-NF-001009



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001010



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001011

PX 001-040



Case: 1:12-cv-02423 Document #: 313-48 Filed: 03/15/17 Page 42 of 147 PageID #:13369

CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001012

PX 001-041



Doyle, William

CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001013



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001014



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001015



Case: 1:12-cv-02128 Document #: 318-48 Filed: 03/15/24 Page 46 of 147 PageID #:15528

CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001016

PX 001-045



Banks, Rodell

CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001017

PX 001-046



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001018



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001019



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001020



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001021



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001022

PX 001-051



INCIDENT: #
NAME:
ADDRESS: 730 E. 39th
D.O.B.
I.R.#
HGT. 5'9 WGT. 145 COMP. MED
GANG AFFIL.
KODAK FILM

CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168



Case: 1:12-cv-02423 Document #: 315-48 Filed: 03/15/17 Page 54 of 147 PageID #:15420

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 10 C 1168

CITY-NF-001024



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001025



Case: 1:12-cv-02423 Document #: 313-48 Filed: 03/23/17 Page 56 of 147 PageID #:15403

CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001026

PX 001-055



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001027



Case: 1:12-cv-04428 Document #: 513-76 Filed: 09/19/24 Page 58 of 147 PageID #:63424

DOUBLE-SMITH & Co.
F-151922
Anonymous
F-151 922
OLD No. 84-196
84-44
84-45
CLEARED & CLOSED PER HOMICIDE DATA SHEETS. HOWEVER, DET. SUPP. CLEARING & CLOSING CASE IS MISSING FROM THIS FILE.
F.C. # 136475800

CITY-NF-001028





Case: 1:18-cv-03029 Document #: 511-46 Filed: 03/15/24 Page 59 of 147 PageID #:63463
Case: 1:12-cv-04428 Document #: 513-76 Filed: 03/15/17 Page 59 of 147 PageID #:19123

check for
9mm handguns.
inventoried
+ other 9mm
Hom. cases
83-154

CITY-NF-001029



WILL CALL AGAIN ☐ PLEASE CALL ☐
CAME IN TO SEE YOU ☐ WAITING TO SEE YOU

MESSAGE

Wife of Talman

Margot Nickman

(414) 263-3569

3436 N. 17 Apt 2

Mil Wisc. 53206

CITY-NF-001030

JOR CRIME WORKSHEET
ENT CRIMES UNIT/DETECTIVE DIVISION

| Field | Entry |
| --- | --- |
| TYPE INCIDENT | Death Investigation |
| BEAT OCCUR. | |
| LOCATION OF INCIDENT | 4227 South Oakenwald |
| TYPE LOCATION (HOUSE, STREET, ETC) | Apartment 507 |
| DATE OF OCCUR. | 29 March 84 |
| DAY | Thurs |
| TIME OCC | 153[illegible] |
| DESCRIPTION OF VICTIM | Decomposed |
| WEATHER/LIGHTING | |
| VICTIM'S NAME (LAST—FIRST—M.I.) | 1. BYRDS, Martha |
| SEX—RACE | F/B |
| AGE—DATE OF BIRTH | 86 |
| MARITAL STATUS | |
| HOME ADDRESS | 4227 South Oakenwald |
| APT./FLOOR | 507 |
| HOME TELEPHONE | 373-2823 |
| NUMERICAL IDENTIFIERS (TYPE & NO.) | |
| OCCUPATION | |
| PLACE OF EMPLOYMENT—ADDRESS—TELEPHONE | |
| SECONDARY ADDRESS/TELEPHONE USED BY VICTIM | |
| INJURIES | Partially decomposed |
| HOSPITAL TAKEN TO | Michael Reese |
| TREATED OR PRONOUNCED BY — TIME | Dr Phillips at 1812 hrs |
| MEDICAL EXAMINER'S INV. | Pickett |
| VICTIM IDENTIFIED BY: NAME—ADDRESS—TELEPHONE—RELATIONSHIP | Andrew Harris 5328 S. Lowe 928-0534 (Nephew) |
| OFFENDER'S NAME (LAST—FIRST—M.I.) | 1. |
| SEX—RACE | |
| AGE—DATE OF BIRTH | |
| HEIGHT | |
| WEIGHT | |
| HOME ADDRESS | |
| APT./FLOOR | |
| TELEPHONE | |
| CLOTHING DESCRIPTION | |
| VEH. DESCRIPTION—LICENSE NO.—V.I.N. | |
| WEAPON | ☐ USED ☐ DISPLAYED |
| I.R. NO. | |
| C.B. NO. | |
| WORDS USED BY OFFENDER | |
| OFFENDER'S NAME (LAST—FIRST—M.I.) | 2. |
| SEX—RACE | |
| AGE—DATE OF BIRTH | |
| HEIGHT | |
| WEIGHT | |
| HOME ADDRESS | |
| APT./FLOOR | |
| TELEPHONE | |
| CLOTHING DESCRIPTION | |
| VEH. DESCRIPTION—LICENSE NO.—V.I.N. | |
| WEAPON | ☐ USED ☐ DISPLAYED |

CITY-NF-001031

PX 001-060

CITY-NF-001032

I.R. NO. | C.B. NO. | WORDS USED BY OFFENDER

OSS

RIMINAL CHARGE(S) | ☐OVERRULED (EXPLAIN) ☐APPROVED | CT. BR. | DATE | ASA

NAME (LAST—FIRST—M.I.) 1. HARRIS, Andrew | SEX—RACE M/B | AGE—DATE OF BIRTH 38 | ☐EYE ☐C

HOME ADDRESS 5328 South Lowe | APT./FLOOR | HOME TELEPHONE 924-0534 | NUMERICAL IDENTIFIERS (TYPE & NO.) Nep ew of deceased

PLACE OF EMPLOYMENT—ADDRESS—TELEPHONE | RELATIVE/FRIEND NOT LIVING WITH WITNESS: NAME-ADDRESS-PHONE

NAME (LAST—FIRST—M.I.) 2. HICKENBOTTOM, Carrie | SEX—RACE F/B | AGE—DATE OF BIRTH 66 | ☐EYE ☐OUTCRY ☐CIRCUMSTANTIAL

HOME ADDRESS 9208 South Eggleston | APT./FLOOR | HOME TELEPHONE 874-4112 | NUMERICAL IDENTIFIERS (TYPE & NO.) Sister in law of deceased

PLACE OF EMPLOYMENT—ADDRESS—TELEPHONE | RELATIVE/FRIEND NOT LIVING WITH WITNESS: NAME-ADDRESS-PHONE

VI-ENCE E.I. NO. | PROP.INVENTORY NO. | DESCRIPTION

R.D. NO. F- 112 - 868

YEAR & NO. | ☐MAIN ☐BRANCH | ☐INSIDE TELLER ☐OUTSIDE WINDOW TELLER | ☐THREAT NOTE ☐BAIT MONEY | ☐OTHER (DESCRIBE)

TYPE OF ALARM SYSTEM | GUARD PRESENT ☐YES ☐NO | CAMERAS ACTIVATED — LOCATION ☐YES ☐NO

TELLER INFORMATION & LENGTH OF SERVICE | GUARD INFORMATION & LENGTH OF SERVICE

PATROL BEAT UNIT ASSIGNED—OFFICERS' NAMES, STAR NOS.
MB - 2173 Ptlmn. Patton # 15495
Ptlmn. Johnson # 8937

ASSISTING UNITS (E.T., MOBILE CRIME LAB.)
MB 2120 - Sgt. Breckenridge # 1537

UNITS NOTIFIED

DETECTIVES ASSIGNED (NAME — UNIT NO.)
Markham # 2913

PX 001-061

Case: 1:18-cv-03029 Document #: 511-46 Filed: 03/15/24 Page 62 of 147 PageID #:63466



CHICAGO POLICE
INTRA-DEPARTMENTAL MAIL DO NOT SEAL
CROSS OUT LAST ADDRESS AND RE-USE
To
Add
From
CITY-NF-001033

PX 001-062

CITY-NF-001034

| ARRESTEE NAME (LAST - FIRST - MI) | DISTRICT OF ARREST | ARRESTING UNIT | AREA / DISTRICT |
|---|---|---|---|
| CARTER Louis J. | | | |

| ADDRESS ARRESTEE | PHONE | DATE ARRESTED | TIME ARRESTED |
|---|---|---|---|
| 652 W. GARField 3RD. | | | |

| ALIASES | R.D. NO. | C.B. NO. |
|---|---|---|
| | F-151922 | |

| | BIRTHPLACE | I.R. NO. |
|---|---|---|
| Ill Driver's Lic C636-5306-4125 | chGo | 645644 |

| D.O.B. | AGE | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | NATIONALITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 19 | M | B | MED. | 6-00 | 150 | BRN | BLK | DARK | No | AMERICAN |

| MARITAL STATUS | EMPLOYER OR SCHOOL | OCCUPATION | [redacted] |
|---|---|---|---|
| SINGLE | UNEMPLOYED | LABORER | |

| ARRESTED WITH | VEHICLE USED (DESCRIBE) | ARTICLE 36 |
|---|---|---|
| | | ☐ YES ☐ NO |

| COMPLAINANT NAME | COMPLAINANT ADDRESS | PHONE |
|---|---|---|
| | | |

| LOCATION OF ARREST (COMPLETE ADDRESS) | CHARGES PLACED | RELEASED |
|---|---|---|
| | | ☐ YES ☐ NO |

| ARRESTING OFFICERS | STAR NO. | COURT BRANCH | DATE | DISPOSITION |
|---|---|---|---|---|
| Duffy | 5734 | | | |
| TOMASEK | | | | |
| | | | | |
| INVESTIGATING OFFICER: EVANS & HOOD | STAR NO. | | | |

CPD - 11.430 (11/72)

**ARREST INFORMATION** / CHICAGO POLICE

PX 001-063

Case: 1:12-cv-04428 Document #: 513-76 Filed: 09/19/17 Page 65 of 147 PageID #:19191

Blk zippered jacket
Blk & Brown checked Y/S shirt
Black corduroy
White sock
Blk Slip on shoes
hair cut short
Mustache
Clear stone pin in lt ear

Case: 1:12-cv-04428 Document #: 313-76 Filed: 09/19/17 Page 66 of 147 PageID #:19132

CITY-NF-001036

| ARRESTEE NAME (LAST - FIRST - MI) | DISTRICT OF ARREST | ARRESTING UNIT | AREA / DISTRICT |
|---|---|---|---|
| EDWARDS, Delbert Q | | | |
| ADDRESS ARRESTEE: 730 E 39th ST. 709 | PHONE: 924-1110 | DATE ARRESTED | TIME ARRESTED |
| ALIASES | | R.D. NO.: F 151928 | C.B. NO. |
| | | BIRTHPLACE: Chgo. | I.R. NO.: 638827 |

| D.O.B. | AGE | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | NATIONALITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 19 | M | B | | 5-6 | 160 | BRN | BLK | MED. | | Amer |

| MARITAL STATUS | EMPLOYER OR SCHOOL | OCCUPATION | SOC. SEC. NO. |
|---|---|---|---|
| Single | Unemployed | Laborer | [redacted] |

| ARRESTED WITH | VEHICLE USED (DESCRIBE) | ☐ YES ☐ NO |
|---|---|---|
| COMPLAINANT NAME | COMPLAINANT ADDRESS | PHONE |
| LOCATION OF ARREST (COMPLETE ADDRESS) | CHARGES PLACED | RELEASED ☐ YES ☐ NO |

| ARRESTING OFFICERS | STAR NO. | COURT BRANCH | DATE | DISPOSITION |
|---|---|---|---|---|
| | | | | |
| | | | | |
| INVESTIGATING OFFICER: Evans & Hood | STAR NO. | | | |

CPD-11.480 (11/72)

ARREST INFORMATION / CHICAGO POLICE

PX 001-065

Case: 1:12-cv-04428 Document #: 313-76 Filed: 09/19/17 Page 67 of 147 PageID #:19133

Blk sleeveless T shirt
"GREAT AMERICAN" LOGO

Blue JEANS

GREY slip on shoes

BLUE hooded zip-up sweat shirt

# TATOO ON RT hand
DELL TATOO ON LT. FOREARM.

MUSTACHE & GOTEE
hair worn short crop natural

CITY-NF-001037

PX 001-066

REQUEST FOR IDENTIFICATION PHOTOS
CHICAGO POLICE DEPARTMENT

INSTRUCTIONS: Prepare in DUPLICATE. Forward both copies by Police Document Service to Graphic Arts Section. IN EMERGENCY SITUATIONS ONLY, Request may be presented in person.

DATE: 29APR84

REQUESTED BY (NAME): DET J. BOGDALEK
(STAR NO.): 14674
UNIT OF ASSIGNMENT: 612
PAX/BELL: 9-1115

REQUEST FOR: MARK ONE BOX ONLY, COMPLETE A SEPARATE REQUEST FOR EACH PHOTO CATEGORY

- [X] PHOTO
- [ ] PENITENTIARY RELEASE PHOTO
- [ ] REPRODUCE ATTACHED PHOTO
- [ ] PHOTOG. COPY OF FINGERPRINTS
- [ ] OTHER (SPECIFY)

NO. OF COPIES: 3

| NAME (LAST-FIRST-MIDDLE) | SEX | RACE | I.R. NO. (UNKNOWN GIVE C.B. NO.) | FOR IDENTIFICATION SECTION USE ONLY |
|---|---|---|---|---|
| GREEN, GERALD | M | B | 578262 | |
| BANKS, RODELL | M | B | 322345 | |
| STEWART, EDWARD | M | B | 650810 | |
| | | | | |
| | | | | |
| | | | | |

CITY-NF-001038

CPD-31.951 (REV. 7/76)

APPROVED BY REQUESTING MEMBER'S COMMANDING OFFICER (SIGNATURE-RANK-STAR NO.)
Sgt) Murphy 1197

PX 001-067



730 E 39th
EDWARDS
709
Father
JUMP SUITS in SHOPPING BAG.
CITY-NF-001039

17yrs 22yrs Gilbert + Johnnie

Lawrence - Marshall

Edward Brothers

1 Heard them talking about killing Freddy because of the shooting night.

2 - Saw them about 0900 hrs. in stairwell - Lawrence said he was going to get the gun + that they would put on ~~ma~~ masks + Lawrence also said he wouldn't live through night + Marshall said he won't be jumping on you anymore.

CITY-NF-001040

PX 001-069

Case: 1:12-cv-04428 Document #: 511-46 Filed: 09/15/24 Page 71 of 147 PageID #:69437

CHICAGO POLICE
# MESSAGE

DATE | TIME

TO Hood- Evans

MR.
MS.

OF

- [ ] TELEPHONED
- [ ] RETURNED YOUR CALL
- [ ] WILL CALL AGAIN
- [ ] CAME IN TO SEE YOU

PHONE NO.

- [ ] PLEASE CALL — BELL ☐ CENT. ☐ PAX ☐
- [ ] WAITING TO SEE YOU

MESSAGE

Ronald
Donald

(Driver
partenger
of veh
per
anon caller.

— STONES —

Jerome Smith
Fuddy

CPD-11.170 (REV. 6/70)

CALL RECEIVED BY

CITY-NF-001041

PX 001-070

Hickmon 3 – 6R
1 – 5R

Smith 2 – 6R

All 9mm + Suitable for comparison per Sgt. Lamoro Firearm Id Unit, Crime Lab.

CITY-NF-001042

PX 001-071

Case: 1:12-cv-04428 Document #: 313-76 Filed: 03/15/17 Page 73 of 147 PageID #:19139

CHICAGO POLICE
# MESSAGE

DATE TIME

TO Bogdalek

MR.
MS.

OF

- [ ] TELEPHONED
- [ ] RETURNED YOUR CALL
- [ ] WILL CALL AGAIN
- [ ] CAME IN TO SEE YOU

PHONE NO.

- [ ] PLEASE CALL — BELL. ☐ CENT. ☐ PAX ☐
- [ ] WAITING TO SEE YOU

MESSAGE

DelBert Edwards

IR 638827

PO-11.170 (REV. 6/70) CALL RECEIVED BY

CITY-NF-001043

PX 001-072

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, who found it and its description (include Property Inventory Number). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT

CHICAGO POLICE

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE—TIME: 28 Apr 84, 1017

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT | 3. BEAT OF OCCUR. |
|---|---|---|---|
| HOMICIDE/MURDER | 0110 | 706 E. 39th Street — [X] 1 VERIFIED [ ] 2 CORRECTED | 214 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT | VICTIM INFORMATION 20 THROUGH 27 | 6. FIRE RELATED | 7. BEAT/UNIT ASSIGNED |
|---|---|---|---|---|
| HICKMAN, Talman | [ ] 1 YES [X] 2 NO | | [ ] 1 YES [X] 2 NO | 612 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| CHA Grounds | 123 | 2 0 | (Four) |

CIRCUMSTANCES: 11. [X] VERIFIED [ ] UPDATE TO — 12. OBJECT/WEAPON — 13. FIREARM FEATURES — 14. POINT/ENTRY — 15. POINT/EXIT — 16. BURGLAR ALARM — 17. SAFE BURGLARY METHOD — 18. IF RESIDENCE WHERE WERE OCCUP.

UNK

PROPERTY: [ ] VERIFIED [ ] UPDATE TO — DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN; R = RECOVERED. FILL IN THE FULL VALUE OF THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE LAST PREVIOUS SUPPLEMENTARY REPORT.

1 MONEY — 2 JEWELRY — 3 FURS — 4 CLOTHING — 7 OFFICE EQUIPMENT — 8 TV, RADIO, STEREO — 9 HOUSEHOLD GOODS — 0 CONSUM. GOODS — (-) FIREARMS — & NARC/DANGEROUS DRUGS — 5 OTHER — 6 NONE

VICTIMS UPDATE ONLY:

| | 20. NAME (LAST—FIRST—M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX—RACE—AGE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICT REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | HICKMON, Talmon | | | M-1-30 | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

OFFENDERS UPDATE ONLY:

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX-RACE-AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

31. C.B. NO. — I.R. NO., Y.C. NO. OR J.D.A. NO. — OFFENDER REL. CODE — C.B. NO. — I.R. NO., Y.C. NO. OR J.D.A. NO. — OFFENDER REL. CODE — 32. NO. ARRESTED — ARREST. UNIT NO.

OFF. 1 — OFF. 2

33. OFF'S. VEHICLE [ ] USED [ ] STOLEN — YEAR — MAKE — BODY STYLE — COLOR — V.I.N. — STATE LICENSE NO. — STATE

34. SERIAL NOS. OR IDENTIFICATION NOS. [X] 1 DNA [ ] 2 VERIFIED [ ] 3 CORRECTED — LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY (BOXES 21 & 50 THROUGH 55)

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. | 53. STATUS |
|---|---|---|---|---|---|
| DNA | DNA | | [ ] 1 FIELD [ ] 2 SUMMARY | | [X] 0 PROGRESS [ ] 1 SUSPENDED [ ] 2 UNFOUNDED |

STATUS CONT'D: [ ] 3 CLRD. CLOSED [ ] 4 CLRD. OPEN [ ] 5 EXC. CLRD. CLOSED [ ] 6 EXC. CLRD. OPEN [ ] 7 CLSD. NON-CRIM. — 54. IF CASE CLEARED, HOW CLEARED: [ ] 1 ARREST & PROSEC. [ ] 2 DIRECTED TO JUV. CRT. [ ] 3 COMPL. REFUSD TO PROSECUTE [ ] 4 COMMUNITY ADJUSTMENT [ ] 5 OTHER EXCEPT. — [ ] ADULT [ ]

55. [ ] FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

60. NARRATIVE

VICTIM: HICKMON, Talmon M/B 30 yrs., DOB [REDACTED], of 706 E. 39th St. Apt. 1406, phone 268-9445, single, unemployed, S.S. # [REDACTED] CPD IR # 305644.

ADDITIONAL VICTIM: SMITH, Jerome aka "Fuddy" M/B 30 yrs., DOB [REDACTED] of 706 E. 39th St. Apt 806, phone 924-7355, single, unemployed, S.S. # [REDACTED], CPD IR # 314142.

[ ] CONTINUED OTHER SIDE

D-151 922

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED | TIME | 97. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| Normal Distribution | 28 Apr 84 | | | |

| 93. REPORTING OFFICER (PRINT NAME) STAR NO. | 94. REPORTING OFFICER (PRINT NAME) STAR NO. | SIGNATURE |
|---|---|---|
| Det. Robert Evans 12754 | Det. Stephen Hood 14885 | |
| SIGNATURE: [signature] | SIGNATURE: [signature] | 96. DATE APPRO. |

CITY-NF-001044

CPD 11.411 (REV. 2/84 TEMP. B.I.S. USE ONLY) — *MUST BE COMPLETED IN ALL CASES

PX 001-073

WANTED: Four offenders.

# 1 male black, 21 to .., 5-10 to 6-0, medium build, last ... wearing a blue jogging suit and ... skull cap.

# 2 male black, 20 to 2 yrs., 5-7 to 5-9, medium build, last ... an wearing a dark colored jacket and dark colored skull cap. Hair worn lo & had an earring.

# 3 & 4 subjects unknown. Both stayed in the vehicle described below.

WANTED VEHICLE: 1979 (approx. year) Cadillac Coup de Ville, 2 door, all medium blue in color, license number unknown.

INJURIES: Victim # 1 Talmon Hickmon:
Gun shot wound above left ear.
Gun shot wound back of neck.
Gun shot wound right top of head.
Gun shot wound right side of head near ear.
(Fatal)

Victim # 2 Jerome Smith:
Gun shot wound to right rear base of skull.
(Fatal)

TAKEN TO: Both victims transported to Michael Reese hospital and pronounced DOA by Dr. Michael Puchalsky on 28 Apr 84 at 1140 hours.

Victim # 1, Talmon Hickmon, was transported to Michael Reese by Beat 273.

Victim # 2, Jerome Smith, was transported to Michael Reese by Beat 272. These units then removed the remains to the Forensic Institute.

WEAPONS: See EVIDENCE catagory this report.

LOCATION: On the sidewalk in front of 706 E. 39th Street, a CHA high-rise building

DATE & TIME: 28 Apr 84, Saturday, 1017 hours.

RD # F-151 922

CONTINUED ON PAGE THREE

| | |
|---|---|
| WEATHER & LIGHTING: | Warm, high 60's, and ... Good natural lighting. |
| MANNER/MOTIVE: | Victims shot for unkn... sons. |
| IDENTIFIED BY: | Both victims identifie... the scene by Otha HICKMON, M/B 26 yr... of 706 E. 39th St. Apt. 1406, brother ... Talmon Hickmon. |
| | Formal identification to be made at the Forensic Institute by th... respective families on 29 Apr 84. |
| PROPERTY TAKEN: | Unknown at this time. |
| EVIDENCE: | Homicide # 84-196 |
| | Evidence Inventory # 7972 - Scene processing by Mobile Crime unit 9601 including photographs of the scene and the recovery of seven .9mm casings. |
| RECOVERED PROPERTY: | Inventory 091143 - 2nd District One Skanka AM/FM cassette radio. Inventoried by Beat 213, owner unknown but belived to belong to one of the victims. |
| NOTIFICATIONS: | Cook County Medical Examiner, Inv. Draus # 21 responded to the scene. |
| PERSONNEL ASSIGNED: | Beat 210 Sgt. McCarthy # 949 |
| | Beat 213 P.O. Mickel # 10974 |
| | Beat 212 P.O. Bailey # 13296 |
| | Beat 221 P.O. Rawls # 12862 |
| | Beat 222 P.O. Watson # 13364 |
| | Beat 272 P.O. Kostro # 13365<br>P.O. McLaughlin # 7313 |
| | Beat 273 P.O. Jiminez # 13798<br>P.O. Kolnik # 10516 |
| | Beat 2163B P.O. Droba # 16244<br>P.O. Golon # 7009 |

RD # F-151 922

CONTINUED ON PAGE FOUR

PERSONNEL ASSIGNED: (CONT.) Beat 4114 G.S. Ric... # 3385
G.S. Wil... # 12571

Beat 4192 G.S. Duf... 734
G.S. Tom... 5610

Beat 4521 P.O. Fell... # 11987
P.O. Misk... # 15258

Beat 9601 Tech. McKe...gh # 7668
Tech. Bach...ler # 12680

Beat 5110 Sgt. McCrae # 2207

Beat 5113 Det. Fields # 6424

Beat 5115 Det. Carroll # 5043
Det. VanBerschot # 2552

Beat 5114 Det. Hood # 11885
Det. Evans # 12754

WITNESSES:

BENSON, Eric, M/B 9 yrs of age, of 706 E. 39th St. Apt. 307, no phone. (Eye-Oral)

"Shorty" → BALL, Cleveland, M/B 19 yrs of age, of 706 E. 39th St. Apt. 309, 373-2601. (Circ-Oral)

INTERVIEWED:

ROBINSON, Martha F/B 49 yrs of age, of 706 E. 39th St. Apt. 109, 373-5606. (Heard two gun shots but did not look out of window)

ROBINSON, Kenya F/B 11 yrs of age, of 706 E. 39th St. Apt. 109, 373-5606. (Heard four gun shots and saw two subjects run North from under the breezeway then West around building)

WATTS, Inetter F/B 46 yrs of age, of 706 E. 39th St. Apt. 108, 285-8579. (Heard numerous shots looked out her window and saw two men she knew from her building laying on the sidewalk)

LANGSTON, Willie Mae F/B 38 yrs of age, of 706 E. 39th St. Apt. 106, 373-4592. (Heard some shots looked out and saw two men laying on the ground)

RD # F-151 922

CITY-NF-001047

CONTINUED ON PAGE FIVE

INTERVIEWED:(CONT.)

BENSON, Dorthy F/B 2 of age, of 706 E. 39th St. A , no phone. (Heard shots went to because her son Eric was play t in front and saw two men layi e ground)

CARTER, Louis J. M/B yrs of age, of 652 W. Garfield Blv , no phone. (See INVESTIGATION cat ry this report)

EDWARDS, Delbert Q. M/B 19 yrs of age, DOB 7 May 64, of 730 E. 39th St. Apt. 709, phone 924-1110. (See INVESTIGATION cata ory this report)

INVESTIGATION:

On 28 Apr 84 at about 1017 hours the R/Dets. monitered a zone five simulcast via City Wide II radio of two men shot on the street at 706 E. 39th St. Upon arrival the R/Dets. observed several uniformed police vehicles on the scene and a crowd gathered around two male black subjects laying on the ground in pools of blood. Victim # 1, now known to be Talmon Hickmon, was laying on his left side, head to the North and feet to the South. Hickmon was laying on the sidewalk at the South breezeway entrance to the fourteen story CHA high-rise building addressed 706 E. 39th St. There was a quantity of blood on the sidewalk under and around his head. Hickmon was noted as wearing a red zippered jacket, beige stripped button shirt, brown denium type slacks, white high top gym shoes, and a white T shirt. Hickmon was clutching a Jet magazine in his right hand.

Victim # 2, now know to be Jerome Smith, was laying on his stomach,head to the East feet to the West. Smith was laying just East of Hickmon,off the sidewalk, in a puddle of water. There was a quantity of blood noted around Smith's head in this water. Smith was noted as wearing a grey and blue checked sport jacket, a black button long sleve shirt, blue corduroy slacks, white socks, and black suede shoes tie type. There was a black corduroy cap laying just East of Smith's body.

Chicago Fire Dept. Ambulance # 19 arrived on the scene but found no signs of life in either victim. Officers from various units were utilized for crowd control and crime scene protection.

The R/Dets. then notified Sgt. McCrae of this command about this incident who then responded to the scene along with Detectives Carroll, VanBerschot and Fields.

RD # F-151 922

CONTINUED ON PAGE SIX

INVESTIGATION:(CONT.) Otha Hickman stepped [illegible] the crowd and identified himself [illegible] Talmon Hickmon's brother. At this time Otha Hickman [illegible] identified the second victim as Jerome Smith. Otha Hickman [illegible] knew of no reason why his brother was shot and was then informed [illegible] how to make formal identification at the Forensic Institute.

The R/Dets. then proceeded to Jerome Smith's apartment and notified the victim's family of this incident and of formal identification proceedure. Jeweline Smith, F/B 33 yrs of age, DOB 27 Oct 50, of 706 E. 39th St. Apt. 805, no phone, was interviewed re: circumstances of her brother's death and she related that her brother was active in gang activity. This information was confirmed by several residents of the area who related that Jerome Smith was the leader of the "Goon Squad" street gang.

Investigator Draus of the Medical Examiner's office then arrived on the scene and authorized removal after the scene was processed by Crime Lab unit 9601. It should be noted that seven 9mm casings were recovered from the scene along with two metal fragments by Beat 9601.

Cleveland BALL was interviewed and related in essance that he heard some shots and then looked out his apartment window and observed the two subjects listed in the format of this report running from the breezeway across the play lot to the parking lot. These two subjects were carrying handguns attempting to put them into their pockets while they ran. Upon reaching the parking lot they got into a blue Cadillac which contained two other occupants. This vehicle then went Northbound on Langley. Cleveland Ball further related that yesterday, 27 Apr 84, there was an incident involving some "Goon Squad" members and a Delbert Edwards of 730 E. 39th St. Apt. 709. Ball added that Edwards' younger brother got into it with some "Goon Squad" members and then Delbert Edwards later came out and fired a gun at the gang members. Cleveland Ball then related that the woman who lived in apartment 307 might have seen something also.

Dorthy BENSON, of apartment 307, was interviewed and related that she heard some gun shots and then went to the front window because her son was playing out in front of the building and at this time she saw two men laying in the ground.

Eric BENSON was then located and interviewed by Detectives Caroll and VanDerschot. Eric Benson related in essance

CONTINUED ON PAGE SEVEN

RD # F-151 922

INVESTIGATION:(CONT.) that he was out in fr of the building playing and saw the t o enders (shooters) come through the breezeway from the rear of th ding. Each had a gun in his hand and without saying anyth alked up behind the victims and shoot each of them in the back the head. These two subjects then ran back through the breezeway from the way they came.

Several other building sidents were interviewed and the results are noted in the for t section of this report.

A flash message was sent of the description of the wanted offenders and vehicle.

Detectives Carroll, VanBerschot and Fields went to the apartment of Delbert Edwards however he was not at home and a business card was left with the instructions for him to contact this office.

The R/Dets. then toured the area for the wanted vehicle however this met without success.

The R/Dets. then proceeded to the Forensic Institute where a cursory examination of the victims revealed the wounds listed in the format of this report. A more thorough examination of the victims' injuries will be noted at time of autopsy.

Upon returning to Area One Headquarters the R/Dets. learned that members of the Gang Crime South unit had Louis J. Carter who was driving a vehicle similar to the wanted vehicle and admitted to being in the area at the time of the shootings. It was also learned that Delbert Edwards was in the offices of Gang Crime South, and that his father brought him in voluntarilly.

Louis J. CARTER was then interviewed and he related that he was driving his father's blue Coup de Ville Cadillac (bearing Illinois License XVT 144) on this date from his sister's house, 625 E. 38th place, to 4037 S. Federal where he dropped off three friends. Then he picked up his mother from 652 W. Garfield and brought her back to his sister's house. This being around 1100 hours. The R/Dets. checked with Carter's mother and sister who confirmed his account of his actions. Carter was then released.

Delbert EDWARDS was interviewed and related that he was shot at by members of the "Goon Squad" and that he reported this to the police; ref: RD # F-150899, and that two gang members were arrested on 27 Apr 84 at about 1530 hours. Edwards related further that he was then sent to his aunts house on

RD # F-151 322

CONTINUED ON PAGE EIGHT

Detective Division
Area One Violent Crimes
Page Eight
Homicide/Murder
DICKHON & SMITH

INVESTIGATION:(CONT.) 51st and Lowe by his father and that he spent the night there. Edwards stated that he did not get up this morning until 1130 hours and that the first he heard of the shootings from his father who picked him up at his aunt's house and brought him to the police station. The R/Dets. verified this through Edwards family members. It should be noted that Delbert Edwards denies any gang affiliation. Delbert Edwards was then released to his father.

This investigation continues..........

Det. Robert Evans # 12754,
of Area One Violent Crimes
Det. Stephen Hood # 11885,

RD # F-151 922

CITY-NF-001051

PX 001-080

24 HOURS HOOD 8 June 84

P.O. BOX 740
ONTARIO, CALIFORNIA 91761
(714) 987-5005 Business Office

(800) 73-CRIME TOLL FREE NATIONWIDE
(800) 78-CRIME TOLL FREE CALIFORNIA

PLEASE ADVISE WE T.I.P. OF ARRESTS / CONVICTIONS / DISPOSITIONS

CASE # MC 55329

PRIMARY AGENCY: CHICAGO POLICE DEPT.

ADDRESS: PHONE ( )

CITY: COUNTY: STATE: ZIP:

SECONDARY AGENCIES: COOK CO. SHERIFF/ILLINOIS STATE POLICE

DATE CALL RECEIVED: 5-24-84 TIME: 1600 PDST REFERRAL MEDIA: WIS-TV

DATE AGENCY CALLED: TIME: PHONE ( )

SPOKE TO: AGENCY:

SUSPECT #1 NAME: UNK AKA: SABASH

ADDRESS: 4100 BLOCK OF DREXEL PHONE ( ) UNK

CITY: CHICAGO COUNTY: COOK STATE: IL ZIP:

SEX: M RACE: BLK AGE: 27 DOB: UNK HAIR: BLK EYES: BLK HGT: 6' WGT: 170

MARKS: HAS A TATTOO ON LEFT ARM USER: YES DRUG: COCAINE

VEH YR: 1979 MAKE: CADILLAC MODEL: COUPE DE VILLE COLOR: BLUE LIC #: UNK

MARKS/OTHER VEH: UNK

WORK/SCHOOL/HANGOUTS: UNK/UNK/UNK

PRIOR ARREST DATES: YES CHARGE: ATTEMPTED MURDER WHERE: CHICAGO

crime: HOMICIDE QUANTITIES: UNK

CRIME LOCATION: 706 E. 39TH ST. CHICAGO DATE/TIME: MAY 84 @ DAYTIME

PROPERTY TAKEN: STASHED:

M.O. SPECIAL INFORMATION: VICTIMS TOMMY & FUDDY (UNK LAST NAMES) WERE SHOT IN THE HEAD WITH EITHER A .9mm OR .38 HANDGUN. ACCORDING TO THE INFORMANT, THE SUSPECT KILLED THE VICTIMS FOR GANG REVENGE.

Steve, need report by 11Jun84.

GANG RELATED: YES/BLACK P STONE WEAPONS/DOGS: HANDGUNS/UNK STASHED: PERSON

SUSPECT #2 NAME: AKA:

ADDRESS: PHONE( )

CITY: COUNTY: STATE: ZIP:

SEX: RACE: AGE: DOB: HAIR: EYES: HGT: WGT:

MARKS: USER: DRUG:

HOW INVOLVED W/ SUSP #1 & CRIME:

SUGGESTED TIME/METHOD OF APPROACH:

INF WILL CALL BACK: YES CALLED BEFORE: NO REFERRAL #: REWARD: NO

INFORMATION IS: HAND FROM INFORMANT: HEARSAY:

ABOVE INFORMATION MAY BE INCOMPLETE. BE ADVISED THAT ALL QUESTIONS HAVE BEEN ASKED. IT IS WE TIP'S POLICY TO PASS ON INFORMATION WITHOUT SCREENING. WE TIP, INC. OPERATOR: #29

CITY-NF-001052

PRIMARY AGENCY

PX 001-081

VICE CASE REPORT
CHICAGO POLICE

1. OFFENSE-PRIMARY CLASSIFICATION: [ ] 1 GAMBLING [X] NARCOTICS [ ] 3 LIQUOR LAW VIOLATION [ ] 4 PROSTITUTION [ ] 5 OBSCENITY [ ] 6 PUBLIC INDECENCY (LIC. PREMISE)
2. SECONDARY CLASSIFICATION: Poss. Cont. Sub. - Cocaine
UCR OFFENSE CODE: 2 0 2 2
3. R.D. NO.: F - 7 1 1 1 [illegible]

| 4. ADDRESS OF OCCURRENCE (NO.-DIR.-STREET-APT. NO.) | 5. DATE OF OCCURRENCE - TIME | 6. DATE R.O. ARRIVED - TIME | 7. BEAT/UNIT ASSIGNED | 8. BEAT OCCURRED | 9. RAID NO. |
|---|---|---|---|---|---|
| 820 East 39th Street | 2 May 84 1345 | 2 May 84 1345 | 2163B | 2121 | 21-84-99 |

10. TYPE OF LOCATION/PREMISE WHERE OFFENSE OCCURRED: [ ] 240 TAVERN/LIQUOR STORE [ ] 293 RESTAURANT [ ] 186 POOL ROOM [ ] 187 BARBER SHOP [ ] 193 DRUG STORE [ ] 200 HOTEL/MOTEL [ ] 165 NEWSSTAND [ ] 096 AIRPORT/AIRCRAFT [ ] 290 RESIDENCE [X] 254 STREET [ ] 121 CHA APARTMENT [ ] 122 CHA PARKING LOT/GROUNDS [ ] 259 PARK PROPERTY [ ] OTHER-SPECIFY & ENTER CODE: DNA; LOCATION CODE: 3 [illegible]

11. LICENSEE'S NAME (CORP. IF APPLICABLE): Does Not Apply
12. BUSINESS LICENSE NO(S).:

| 20. VICTIM'S/COMPLAINANT'S NAME (LAST-FIRST-M.I.) | 21. HOME ADDRESS (NO.-DIR.-STREET-APT. NO.) | 22. SEX-RACE-AGE CODE | 23. HOME PHONE | 24. BUSINESS PHONE | 25. TIME AVAIL. |
|---|---|---|---|---|---|
| City of Chicago | 300 East 29th Street | M 2 32 | 744-6340 | Same | Any |

30. PERSON: [X] 1 DISCOVERED [ ] 2 WITNESSED [ ] 3 REPORTED OFFENSE

RACE CODES: 1-BLACK, 2-W[illegible], 3-BLACK-HISPANIC, 4-WHITE-HISPANIC, 5-AMER. IND./ALASK[illegible], 6-ASIAN/PACIFIC ISL[illegible]

| 40. NO. OF OFF. | 41. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 42. NICKNAME/A.K.A. | 43. HOME ADDRESS | 44. SEX-RACE-AGE CODE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| 1 | Haywood, Morris NMI | Eddie | 3911 So. Indiana | M 1 25 | 600 | 157 | Brn | Blk |

45. I.R./C.B. NO.:
46. CHARGES: 56-½-1402
47. COURT BRANCH-CALL: Br. 25/3
48. COURT DATE: 01 Jun [illegible]

OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.): DNA — NICKNAME/A.K.A. — HOME ADDRESS — SEX-RACE-AGE CODE — HEIGHT — WEIGHT — EYES — HAIR — I.R./C.B. NO. — CHARGES — COURT BRANCH-CALL — COURT DATE

OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.): DNA — NICKNAME/A.K.A. — HOME ADDRESS — SEX-RACE-AGE CODE — HEIGHT — WEIGHT — EYES — HAIR — I.R./C.B. NO. — CHARGES — COURT BRANCH-CALL — COURT DATE

| 49. NO. OF ARRESTEES | 50. TYPE OF ARREST | 51. ADDRESS OF ARREST | 52. PROPERTY INVENTORY NO(S). |
|---|---|---|---|
| 1 | [X] ON VIEW [ ] WARRANT | 820 EAST 39th street | #084688 |

| 53. VEHICLE USED BY OFFENDER(S) | YEAR/MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE | EXPIR. MO./YEAR |
|---|---|---|---|---|---|---|---|
| | 75 cad | 2-dr | Blue | 6D47S50213511 | Applied For | D-N--A | |

54. OTHER VEHICLE IDENTIFIERS: None Viewed
55. VEHICLE CONFISCATED: [X] YES [ ] NO — FOUND — 56. MOTOR VEHICLE INVENTORY NO.

60. NARRATIVE (Do not duplicate or repeat information — for explanation or additional information only)

Tact Case: 84-232
Type : On View Narcotics arrest
Date/Time/Location: 2 May 84 / 1345hrs. /820 East 39th St.
Arrestee: Box 41-44.
Charges/Court/Date: Box 46-48.

Inventory: # 084688-One brown envel[illegible] containing 15 folding pa[illegible] containing white powder. ESV-$672.00 App. Weight: 4 grams

91. EXTRA COPIES REQUIRED (NO. & RECIPIENT): [X] CONTINUED OTHER SIDE
92. NOTIFICATIONS (IF APPROPRIATE), MADE BY: W. Golon 7009; UNIT NOTIFIED: ORECR; PERSON NOTIFIED: Word
FLASH MESSAGE SENT? [ ] YES [ ] NO
DATE (DAY-MO-YEAR): 2 May 84 — TIME

| 93. REPORTING OFFICER'S NAME (PRINT) | STAR NO. | 94. REPORTING OFFICER'S NAME (PRINT) | STAR NO. | 96. DATE INVEST. COMPLETED-TIME | 95. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|---|---|
| G. E. Droba | 16244 | W. Golon | 7009 | 2 May 84 1545 | | |

SIGNATURE / SIGNATURE / 97. DATE SUPV. APPROVAL-TIME / APPROVAL SIGNATURE

CPD-11.414 (Rev. 10/83)

CITY-NF-001053

PX 001-082

The description of offenders, possible weapons and possible vehicles used by offenders, contained within this report are approximations or estimates unless otherwise indicated. The sobriety of victims, witnesses and offenders is their apparent condition when reported. Witnesses' location at time of offense and distance from scene are the best approximation obtainable. All statements of victims, witnesses and offenders are summarizations unless otherwise indicated.

R.D. NO. P - 711 484

CONTINUATION OF NARRATIVE

Case History: R/os observed a light blue Cadillac going west bound on east 39th street at 820 east 39th. The car fit the description of a Cadillac used in a double homicide at 706 East 39th street a week earlier. This location where r/os observed the car is approximately one block away from the scene of the homicide. The car did not have any plates, and no city sticker. R/os curbed the vehicle to ascertain why he did not have plates and a city sticker, [illegible] R/os asked for a license but he only produced an expired Illinois license. During the investigation, R/os requested the man please open his front hood because in the past this has been a place where offenders have hidden weapons. The offender replied yes but had trouble doing so. R/os asked him if they could assist at which time he stated yes and r/o proceeded to pull the handle marked hood. As r/os continued to pull the hood latch, the side panel came off with the pulling motion. Out dropped a manila envelope(brown) which opened and upon impact with the floor spilled several white folding papers. R/os inspected the folding papers and found that they contained white powder. The offender was placed under arrest for not having a valid drivers license, no plates, no sticker and possession of narcotics. He was transported to the 021st district for processing by beat 2172 R/os Zielaris and Marecki.

CB- 7105-465.

IR 450324

Subject Was Driving a Light Blue 1975 Cadillac Coupe DeVille - No Plates MAY Be Connected With Double Homicide From 706 E. 39th St.

| I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE. | SUPERVISOR'S SIGNATURE | DATE (DAY-MO-YEAR) |
|---|---|---|
| | | |

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

| | | |
|---|---|---|
| ☐ 1 SUSPENDED | ☐ 2 UNFOUNDED | |
| ☒ 4 CLEARED OPEN | ☐ 6 EXCEPT. CLEARED CLOSED | |
| EXCEPT. CLEARED OPEN | ☐ 7 CLOSED—NON-CRIMINAL | |

IF CASE IS CLEARED, HOW CLEARED (USE THIS BOX FOR SINGLE CLEAR UP OR FIRST CLEAR UP OF MULTIPLE CLEAR UP LIST): ☐ 1 ARREST & PROSECUTION ☐ 2 DIRECTED TO FAMILY COURT ☐ 3 COMPL. REFUSED TO PROSECUTE ☐ 4 COMMUNITY ADJUSTMENT ☐ 5 OTHER EXCEPTIONAL ☐ ADULT ☐ JUV.

REMARKS (PERTINENT INFORMATION NOT ON ORIGINAL REPORT)

| PREPARED BY—SIGNATURE | STAR NO. | DATE (DAY-MO-YEAR) | APPROVED BY—SIGNATURE | STAR NO. | DATE (DAY-MO-YEAR) |
|---|---|---|---|---|---|
| | | | | | |

CITY-NF-001054

PX 001-083

CITY-NF-001055

CIRCUIT COURT OF COOK COUNTY - MORGAN M. FINLEY, Clerk of Court
Fascimile/Telephone REQUEST FOR BAIL - Felony, Misdemeanor, Traffic
& ORDER SETTING BAIL

Accused MAYWOOD MORRIS Age 25

Address 3911 S INDIANA 60 Illinois

Time Out Charge(s) 56 1/2-1402/ 6-101/ 24-2/ 3-413

| (Check One) | |
|---|---|
| | Complaint/Ticket No.(s) ____ IR. Report No. 450324 ( 3 Sheets) |
| | To: THE COMMANDING OFFICER OF THE 021 POLICE DISTRICT |
| FAX | I HAVE EXAMINED ☐ The Arrest Report; ☐ The I.R. Report, ☐ Other |
| PHONE | I HAVE REVIEWED THE TELEPHONE APPLICATION FOR BAIL, FACTS AS FOLLOWS: |
| | Narrative on Charge: |
| (Non-Felony Only) | Warrants Outstanding, Community Ties, Remarks |
| | Requestor ____ Star No. ____ Police District ____ |
| ORDER | IT IS HEREBY ORDERED that bail for the accused, Morris Maywood is set in the amount of $ 10,000.00 Ten Thousand and no/100 Dollars) |
| | on (Date) 5/2/84 at (Time) ____ ☐ a.m. ☐ p.m. (Judge) [signature] |
| BC USE | Br. ____ Ct. Date ____ Bond No. ____ |
| CONFIRMATION | BAIL SET FIGURE ABOVE ☐ given on phone to ____ Star No. ____ |
| | Police District ____ and or ☐ confirmed by a copy of this form sent to the requesting district. |
| | Entered by (Deputy Clerk) [signature] |

PX 001-084





CHICAGO POLICE
MAY 1984 00 54
SECTION

[redacted]

CITY-NF-001056
PX 001-085

Case: 1:12-cv-04428 Document #: 313-76 Filed: 09/19/17 Page 87 of 147 PageID #:19193

CITY OF CHICAGO / DEPARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION Chicago, Illinois 60605

CRIMINAL HISTORY OF HAYWOOD, Morris M/N

DATE 18 Sept. 75

DATE OF BIRTH [redacted]

I.R. NO. 450324 | FBI NO. | I.S.B. NO.

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST | ARRESTING OFFICER & DIST. | CHARGE | DISPOSITION |
|---|---|---|---|---|---|
| Morris HAYWOOD 3911 S. Indiana [redacted] | 7105465 | 02 May 84, | Off, Droba, 21st. Dist, | Poss. Cont. Sub. | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

126-
6071

CITY-NF-001057

CONFIDENTIAL —Further dessemination of information contained in this record is forbidden. When this record has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulations S.S. 20.33)

YP

D-31.503 (REV. 10/75)

PX 001-086

CITY OF CHICAGO DEPARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION Chicago, Illinois 60605

I.R. NO. 450324

CRIMINAL HISTORY OF HAYWOOD , Morris M/N

DATE 18 Sept 1975

DATE OF BIRTH [redacted]

| I.R. NO. | | FBI NO. | I.S.B. NO. |
|---|---|---|---|
| 450324 | | 293 376 P 5 | 1706945 |

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST / ARRESTING OFFICER & DIST. / CHARGE / DISPOSITION |
|---|---|---|
| | SEE CB 4818728 | 28 Jul 77. Arm Robbery(76-6102) Finding Not guilty Judge Close. |
| orris HAYWOOD 911 S. Indiana | 5132676 | -15 Dec 77, Off. Medici 002nd Dist. S/A Robb 15 Dec 77, Released without Charging. |
| orris HAYWOOD 911 S. Indiana | 5256114 | -6 June 78, Off. Zborec, 002nd Dist., Battery 29 Sep 78 Bttry(2)(38-12-3a) PG FG, 1 Yr PROBATION Judge McDonnell |
| | | |
| Morris HAYWOOD 3911 S. Indiana | 5519713- | 16 May 79, Off. Alfred 2nd. Dist. Agg. Battery 19 Sept 79, S/Battery (38-12-3) SOL, Judge Whitaker. |
| Morris HAYWOOD 911 S. Indiana | 5576708 | -19 July 79, Off. McNichols 2nd Dist. Burglary. 20 Jul 79, Burglary (38-19-1a)FPC-Trans to Chief Judge. Judge Moran 07 Aug 79, INFO#79-4806, Burglary |
| | | 21 Feb 80. Joliet CC# N-00883 Burglary(79-4806) PG/FG 4yrs, Judge Stillo. Rec'd 23 Feb 80, 18 Jun 81, PAROLED from Vienna Corr Cntr. |
| Louis HAYWOOD 5911 S. Indiana [redacted] | 6407293 | -28 Mar 82 Off. Hoby 2nd Dist. Battery 20 Apr 82, Battery, (38-12-1), (2 chgs), SOL, Judge Moran [redacted] |
| Morris HAYWOOD 3911 S. Indiana [redacted] | 6489021 | - 9 Jul 82, Off Steen, GCED-S (2) Battery |
| Norris HAYWOOD 3911 S Indiana [redacted] | 6498085 | -16 Jun 82, Off. Parker 2nd Dist. Battery 9 Aug 82, Battery (38-12-3) MS SOL, Judge Manning. |
| | SEE CB# 5576708 | Ret'd 01 Sept 82, Joliet CC#N-00883, Viol of Parole 18 Nov 82, DISCHARGED from Parole (Logan Corr Cntr) |
| Morris HAYWOOD 3911 S. Indiana [redacted] | 6759970 | -10 Feb 83 Off. GrazianoGCED S (7th) Theft 2 Mar 83, Theft (38-16-1a) SOL, Judge Manning |

CITY-NF-001058

*CONFIDENTIAL —Further dessemination of information contained in this record is forbidden. When this record has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulations S.S. 20.33).*

1-31.003 (REV. 10/75)

Case: 1:18-cv-03029 Document #: 515-46 Filed: 03/15/24 Page 89 of 147 PageID #:19199

CITY OF CHICAGO / DEPARTMENT OF POLICE 1121 South State Street Chicago, Illinois 60605
IDENTIFICATION SECTION

CITY-NF-001059

CRIMINAL HISTORY OF HAYWOOD, Morris - - M/N

DATE 18 Sept 75 IR#450324

DATE OF BIRTH [redacted]

14

23 I00
20 OMI

I.R. NO. 450324

FBI NO. 293 376 P5

S.B. NO. 1706 9 KJ

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST / ARRESTING OFFICER & DIST. / CHARGE / DISPOSITION |
|---|---|---|
| Morris HAYWOOD 3911 S Indiana | 4500317 | -18 Sept 75, Off Stephen, 002nd Dist., Assault 29 Oct 75, Asslt(38-12-1)1 Yr. Ct. Superv, Judge Meier. |
| Morris HAYWOOD 3911 S. Indiana | 4600582 | -13 Jan 76, Off. Marhsll 007th Dist. Unlawful Poss. Veh. 10 Feb 76, Unlaw Poss Motor Veh(95½-4-103), MS-SOL, Jdg Strzalka |
| Morris MAYWOOD 3911 S Indiana | 4657876 | -25 Mar 76, Off Tock, A#1Burg, 002nd Dist., Burglary 26 Mar 76, Released W/O Charging |
| Morris HAYWOOD 3911 S. Prairie | 4666259 | -3 Apr 76 Off. Tock 2nd Dist. Burglary 12 Apr 76, Burglary (38-19-1) PG.FG. Info# 76-15049. 4 Yrs Felony PROBATION, Judge Meier. |
| Louis HAYWOOD 3711 S. Indiana | 4775665 | -9 Aug 76 Off. Dwyer 2d Dist. Theft 27 Aug. 76, Burglary(38-19-1)S.O.L., Judge Meier |
| Morris HAYWOOD 3911 Indiana | 4818728 | -1Oct76- Off. Rachal 02nd dst Robbery 14 Oct 76, Robbery(38-18-1)FPC Trans. to Presiding Judge, Criminal Division, Judge Meier |
| | | 27 Oct 76, INFO#76-6102, Robbery, etc. 27 Jul 77. Viol of Prob(76-6102) Find Glty, Recommitted to Probation, Judge Close. |
| Morris HAYWOOD 3911 S Indiana | 4908873 | -17 Feb 77, Off. Welborn, A/1 GA, (2nd) Battery 3 Mar 77, Batt (38-12-3) MS-S.O.L, Judge Moran. |
| Louis HATWOOD 3911 Indiana | 4919636 | -4 Mar 77 Off. Richardson 2d Dist. Robbery |
| Morris HAYWOOD 3911 Indiana | 4983845 | -1 June 77, Off Simmons, 002nd Dist., Disorder 1 Jun 77, Diso(MCC)LFD, Jdg Carey. |
| Morris HAYWOOD 3911 S. Indiana | 5063304 | -10 Sept 77 Off. Kulkia 002nd Dist. Theft 22 Sep 77, Theft(38-16-1A1)-SOL, Judge Thomas. |
| Morris HAYWOOD 3911 South Indiana | 5081191 | -3 Oct 77, Off. Rosiak, 2nd Dst. Armed Robery 11 Oct 77, Armed Robb(38-18-2)-MS SOL, Judge Moran. |

ENTRIES PRECEDED BY AN ASTERISK* REPRESENT INFORMATION SUPPLIED TO THIS DEPARTMENT BY THE F.B.I. OTHER GOVERNMENTAL AGENCIES. THESE ENTRIES ARE NOT SUPPORTED BY FINGERPRINTS IN THE FILES OF CHICAGO POLICE.

CPD - 31.903 (8/71)

1p

PX 001-088

KD# F-151922

CITY OF CHICAGO / DEPARTMENT OF POLICE 1121 South State Street Chicago, Illinois 60605
IDENTIFICATION SECTION

314142

CRIMINAL HISTORY OF SMITH, Jerome M/N

DATE 12 Aug 1971 IR#314142

DATE OF BIRTH [redacted]

ISSUED ON INQUIRY ... MAR 27 1984 BY NAME CHECK ONLY

I00 (18
I10

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST / ARRESTING OFFICER & DIST. / CHARGE / DISPOSITION |
|---|---|---|
| Jerome SMITH 1353 So. Fairfield | 3339355 | - 12 Aug 71, Off. Bartosik TF#4 (10thdst) 3 Nov 71, Batt. (38-12-3), Strong Robb. (38-18-1 S.O.L., Judge Crowley. |
| Jerome SMITH 1353 S.Fairfield | 3620216 | -25 Aug 72, Ruskey 10th Dist. 11 Oct 72. Petty Theft (38-16-1a1) SOL, Judge Strza |
| Jerome SMITH 706 E. 39th St. | 5115006 | -18 Nov 77. Off. Sveintek, 21st Dist, Theft. 02 Feb 78, Retail Theft (38-16-3a) PG/JW/FG 1yr superv., Judge Cusack |
| Jerome SMITH 706 E. 39th [redacted] | 5903466 | -17 Aug 80 Off. Jones 002nd Dist. (CD) Crim Tres to Land Dis. 3 Feb 81, CTTL (38-21-3a) St. Diso. Cond. (38-26-1a1) MS/SOL Judge Manning. |
| Jerome SMITH 706 So. Pershing [redacted] | 6771092 | -21 Feb 83. Off. Cooley, PHD-S, 2nd Dist, Battery 16 Mar 83, FPC transf to Chief Judge, Judge Manning (Docket No. 83 100018) 6 Apr. 83, INFO#83-3540, Agg Battery, A/Viol. |
| | | 28 Apr 83, Agg. Batt (83-3540) Plea Glty 30 Mos PROBATION, 60 days HOC, Judge Bailey |
| Jerome SMITH 706 E. 39th St. [redacted] | 6953282 | -4 Oct. 83 Off. Bone PHD S (02) Dis Cond 5 Oct 83, Disord (MCC) Non Suit, Judge McCormick (Doc No. 83284386) |
| Jerome SMITH 706 E. 39th St. [redacted] | 6994466 | - 27 Nov. 83 Off. Mann GCED-S (002) Dam. to Prop. |
| Jerome SMITH 706 E. 39th St. [redacted] | 7000554 | - 06 Dec 83 Off. Wilindez GCED-S (002) Battery |
| Jerome SMITH 706 E. 39th St. [redacted] | 7073804 | -20 Mar 84 Off. Peck 2nd dist Battery |
| Jerome SMITH 706 E. 39th #806 [redacted] | 7074731 | -21 March 84 Off. Garner GCB S. (02) Battery Wrt. [redacted] |
| Jerome SMITH 706 E. 39th St. [redacted] | 7096217 | -19 Apr 84 Off. Mann GCED-S (2) Agg. Assault |

I.R. NO. 314142 | FBI NO. 303 435 J4 | S.B. NO.

CITY-NF-001060

cts

ENTRIES PRECEDED BY AN ASTERISK* REPRESENT INFORMATION SUPPLIED TO THIS DEP... BY THE F.B.I. OR OTHER GOVERNMENTAL AGENCIES. THESE ENTRIES ARE NOT SUPPORTED BY FINGERPRINTS IN THE FILES OF THE CHICAGO POLICE.

CPD-22.460 (REV.6/70)

"CAMEO"

SIMEON  JOHNSON
M/B/18  DOB ████████

5'8-160 BRN BLK MED
SS ████████ - PHONE- 6██66080
1236 E 46ᵗʰ 1ST. APT A7.
BORN CHICAGO, SINGLE
Employed CHURCH'S CHICKEN @ 1E35ᵀˢT
DLN-J525-7906-5162      PH-326-2400


FRITZ, JOSEPH NMI (Both hands crippled)
20 JAN 62- 22
12755. ST. LOUIS
427 E OAKWOOD 2.
SS ████████
BORN CHICAGO,


JOHN ROBERT 20 ████████
SS ████████
437 E OAKWOOD 48 - 8637 So. YATES, HRE. / 5153 MILK
                                           FORMER ADD.
PH- 624-7418          B.P.S. RIGHT ARM
5'9-150 BRN B)LK B.150  CHAMPAYNE GLASS LEFT CHEST

CITY-NF-001061

Case: 1:12-cv-04428 Document #: 513-46 Filed: 03/15/17 Page 92 of 147 PageID #:13138

Faye Baldwin 3732 So Prairie 373-4886
[mother of Ricky Baldwin (Hom Vic 2-45-83
( ) 3822 So Langley
Hom 83-86]

Girl friend of offender Jimmie Greene in Baldwin
(GOON SQUAD)
hom is Linda Smith, 706 E 39th St Apt. 806,
sister of Jerome Smith (one of our Victims)

Chico - 40th + Drexel

Camco

CITY-NF-001062

PX 001-091

Case: 1:18-cv-03029 Document #: 511-46 Filed: 03/15/24 Page 93 of 147 PageID #:63493

JAN.-FEB.-MAR. | APR.-MAY-JUNE | JULY-AUG.-SEPT. | OCT.-NOV.-DEC.

77

NAME (LAST) Brown (FIRST) Mark (MIDDLE) SEX M X RACE N X DATE OF BIRTH [redacted] Y.D. NO. 133248

ADDRESS ~~5400 S. State St.~~ 2605 So. Indiana Ave.

DISTRICT OF RES. 21 PRINTS & PHOTOS 15 APR 75

AKA 5100 S. STATE ST.--801

NICKNAME

FATHER'S NAME Earl (Dec.)

MOTHER'S NAME Mary 538-2736

| REPORT DATE | OFFENSE | DIST. OF OFF. | YOUTH OFFICER/STAR NO. | | DISPOSITION POLICE CA | REF | COURT DET | DIR | PRO | DOC YEAR | DOCKET NUMBER | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5Aug72 | Dis. cond. | 02 | Moore | 4824 | X | CSC | | | | | | |
| 3Aug72 | Dis. cond. | 01 | Norris | 12049 | X | | CSC Area #1 | | | | | |
| 29 Sep72 | Dis. conduct | 02 | Dammons | 7268 | X | CSC | | | | | | |
| 2Dec72 | Att.S/A robb. | 02 | M-488276 Mohrs | 2850 | | X | | | | | | |
| 7Dec72 | S/A robbery | 02 | M-486581 Walker | 12184 | | X | | | | | | |
| Jan-73 | Armed Robbery/Gun | 21 | N-014778 Fuller | 4725 | | X | [illegible] | | | | | 22 Jan 73 |
| 7Feb73 | Theft of Serv.CTA | 1 | Mulcahy | 11781 | X | | CSC | | | | | |

CPD-24.424 (5/71) 370

JUVENILE RECORD SUMMARY/ YOUTH DIVISION CHICAGO POLICE

Case: 1:18-cv-03029 Document #: 511-46 Filed: 03/15/24 Page 94 of 147 PageID #:63488

| REPORT DATE | OFFENSE | DIST. OF OFF. | YOUTH OFFICER/STAR NO. | DISPOSITION: POLICE EA | REF | DET | COURT DIS | PRS | DOC | DOCKET NUMBER YEAR | NUMBER | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| )Mar73 | S/A Robbery | 2 | N-084235 Drake 10082 | | X | | DWOP | | | MB | | 1 Jun 73 |
| ? Feb73 | Curfew | | | X | | | | | | | | |
| Mar73 | Curfew | | | X | | | | | | | | |
| )Mar73 | Curfew | | | X | | | | | | | | |
| 7Mar73 | Curfew Invest. | 02 | Moody 2299 | No Citation Issued | | | | | | | | |
| -May-73 | Burglary(Res.) | 02 | Fuller 4725 | | | X | DOC. | | | 72 | 265586 | 22 May 73 |
| -Jun74 | S/A/Robbery | 2 | P 232764 Howell 7147 | | X | | 16 Oct 74 | | | DWP | | |
| 5 T Apr75 | S/A Robbery | 2 | T139479 Lis 11636 | | | X | [illegible] | | | 75 | [illegible] | [illegible] |
| ? -Jun76 | Victim-Gunshot | 2 | Mohrs 2850 | X | | | | | | | | |
| )-Jan76 | Victim-Gun Shot | 2 | X 209220 Butts 9255 | X | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

CITY-NF-001064

PX 001-093

Case: 1:12-cv-04428 Document #: 511-46 Filed: 03/15/24 Page 95 of 147 PageID #:19481

CITY OF CHICAGO / DEPARTMENT OF POLICE 1121 South State Street Chicago, Illinois 60605
IDENTIFICATION SECTION

CRIMINAL HISTORY OF BALDWIN, Paul D M/N

DATE 28 Jan 75 IR#427822

DATE OF BIRTH [redacted]

32 000 0
32 OII

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST / ARRESTING OFFICER & DIST. / CHARGE / DISPOSITION |
|---|---|---|
| Paul D BALDWIN 4130 S Calumet | 4277212 | -17 Jan 75, Off Koegel, L-3-B, 002nd Dist., Poss marijuana |
| Paul D BALDWIN 4130 S Calumet | 4286574 | -28 Jan 75, Off Boyd, 002nd Dist. 13 Feb 75, Batt.(38-12-3) SOL., S/A.Robb.(38-18-1 3 Yr. PROBATION., Judge Pompey. |
| Paul BALDWIN 4130 S. Calumet | 4310490 | -26 Feb.75, Off.Roberts 7th.Dist.(2nd.Dist.) Asslt.,Tresp. 10 Mar 75, Asslt (38-12-1) Trespass (38-21-2) BFW, Judge Pompey |
| Paul D. BALDWIN 4130 S. Calumet | 4339661 | -31 Mar 75, Off White 002nd Dist. Batt. Warrant 17 Apr. 75,Assault Wrt.(BF)(38-12-1)PG/FG 10 days H/C C.S.=A.S.,Judge Higgins |
| BALDWIN, Paul D. 4130 S. Calumet | 434423[illegible] | - 6 April 75 Off. [illegible] 002 Poss. Stolen Veh. 5 May 75, Poss Stln Mtr Veh(95½-4-103A)CTTV (38-21-2)State Curfew(23-2371)MS-SOL, Judge Strzalka |
| Paul BALDWIN 4130 S. Calumet | 4405438 | -9 Jun 75; Off.Flyn 2nd Dst; Robbery 10 June 75, Robb.(38-18-1)Held to the Grand Jury. Judge Higgins. 16 Jul 75. G.J. Ind#75-4746, Robbery. |
| | | 20 Feb. 76, Joliet ISP#C-60689 Robbery(75-4746) Plea Glty 1-2 yrs., Judge Mackoff Rec'd 27 Feb 76 30 Dec 76, PAROLED from Pontiac C.C.#C-60689 |
| Paul D. BALDWIN 3833 So. Langley Apt. #703 | 5198947 | -27 Mar 78, Off. Block 051-TS-S.; (02) U.U.W. 18 Apr 78, UUW (38-24-1a10), UUW (MCC), State ID (38-83-2a), Fail to reg (MCC) FPC Transf to chief judge, Judge Sodini |
| | | 27 Apr 78, INFO#78-2034, UUW 22 May 78. Joliet CC# C-60689 UUW(78-2034) Plea Glty, 2yrs, Judge Wendt. Rec'd 11 Jul 78, Joliet CC#C-60689 |
| Paul BALDWIN 3833 S. Langley | 5561148 | -02 July 79, Off. Hayes A2/Robb (11) Dist. Armed Robb. 10 July 79, Armed robbery(38-18-2)Burglary(38-19-2) Home Invasion(38-12-11-a1)FPC Transf to Chief Judge, Judge Shields |
| | | 26 Jul 79. INFO#79-4489, Armed Robbery. [redacted] |
| | | |

CITY-NF-001065

ENTRIES PRECEDED BY AN ASTERISK* REPRESENT INFORMATION SUPPLIED TO THIS DEPARTMENT BY THE F.B.I. OR OTHER GOVERNMENTAL AGENCIES. THESE ENTRIES ARE NOT SUPPORTED BY FINGERPRINTS IN THE FILES OF THE CHICAGO POLICE.

CPD-31.903 (8/71)

I.R. NO. 427822 FBI NO. 803 470 N 11 S.B. NO.

1p

PX 001-094

Case: 1:12-cv-04428 Document #: 313-76 Filed: 09/19/17 Page 96 of 147 PageID #:19162

IR 427802

WANTED

BY C.C.S.P.

UNIT C.C.S.P. DATE 4 FEB 1976

CHARGE Robbery

WARRANT REGISTER 75-162

CANCELLED

DATE FEB 18 1977 BY Reg

WANTED

BY Area Youth 6322

RB4 JUL 02 1979

UNIT Arm Robb

CHARGE Larceny

WARRANT REGISTER NO.

CANCELLED

DATE 23 JUL 79 BY M Bir

ISSUED ON INQUIRY

APR 27 1984

BY NAME CHECK ONLY

CITY-NF-001066

PX 001-095

638827

CITY OF CHICAGO / DEPARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION Chicago, Illinois 60605

CRIMINAL HISTORY OF EDWARDS, Delbert M/B

21) 9 T IM (14
1 R IOO

DATE 13 May 82

DATE OF BIRTH [redacted]

| I.R. NO. 638827 | | FBI NO. | | I.S.B. NO. | |
|---|---|---|---|---|---|
| NAME & ADDRESS | C.B. NO. | DATE OF ARREST | ARRESTING OFFICER & DIST. | CHARGE | DISPOSITION |
| Delbert EDWARDS<br>730 E. 39th Street<br>[redacted] | 6456905 | -13 May 82, Off. Zbella, (CD), 01st Dist., Assault, Dam to Prop.<br>10 Jun 82, Aslt (38-12-1) CDTP (38-21-1) SOL, Judge Sodini. | | | |
| Delbert EDWARD<br>730 East 39th St.<br>[redacted] | 6485426 | - 6 Jun 82 Off. Tallman 2nd Dist. Poss. cont. Subs.<br>17 June 82. Poss cannabis M. (56½-704c) BFW Judge Zelezinsk<br>9 Sep 82, Poss Cannabis (56½-704) PG/6 Mos 710 PROBATION Judge Zelezinski | | | |
| Delbert EDWARDS<br>730 E. 39th St.<br>[redacted] | 7013358 | - 28 Dec 83 Off. Davis 007 Dist. Battery<br>29 Dec 83, Batt., (38-12-3a), SOL, Judge Woods, (Dock #83378 44) | | | |

CITY-NF-001067

CONFIDENTIAL – Further dessemination of information contained in this record is forbidden. When this rec has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulati S.S. 20.33).

CPD-31.903 (REV. 10/75) KK

PX 001-096





ISSUED ON INQUIRY
APR 27 1984
BY NAME CHECK ONLY

CITY-NF-001068
PX 001-097

GENERAL PROGRESS REPORT
DETECTIVE DIVISION/CHICAGO POLICE

| DATE OF ORIG. CASE REPORT (DAY MONTH YEAR) | DATE OF THIS REPORT (DAY MONTH YEAR WATCH) |
| --- | --- |
| 28 Apr 84 | 29 Apr 84 2 |

| OFFENSE CLASSIFICATION–LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
| --- | --- | --- |
| HOMICIDE / Murder | HICKMAN, Talman | DESK |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

R/O received a phone call from a male/black who stated that RODELL BANKS was the person who had shot the people on 39TH St. This caller refused to give and further info about himself and BANKS. Call received at 1305 HRS.

CITY-NF-001069

R.D. NO. F-167922

| REPORTING OFFICER'S SIGNATURE–STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE–STAR NO. | DAY–MO.–YR. | TIME |
| --- | --- | --- | --- |
| E. Davis 9532 | | | |

CPD-23.122 (Rev. 2/83)

| ARRESTEE NAME (LAST - FIRST - MI) | DISTRICT OF ARREST | ARRESTING UNIT | AREA | DISTRICT |
|---|---|---|---|---|
| B ANKS, Rodell V. | 002 | 10 | 1 | 002 |

| ADDRESS-ARRESTEE | PHONE | DATE ARRESTED | TIME ARRESTED |
|---|---|---|---|
| 5417 S. Kenwood 202 / 8253 S. MARSHFIELD | | May 82 | 1210 |

| ALIASES | R.D. NO. | C.B. NO. |
|---|---|---|
| "H Sam" | D-9470 | 6467-229 |

| | BIRTHPLACE | I.R. NO. |
|---|---|---|
| | Chicago | 322345 |

| [redacted] | AGE | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | NATIONALITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 26 | M | B | heavy | 5'11 | 230 | brn | black | med/brn | no | [illegible] |

| MARITAL STATUS | EMPLOYER OR SCHOOL | OCCUPATION | SOC. SEC. NO. |
|---|---|---|---|
| | el Ruhkins | | [redacted] |

| ARRESTED WITH | VEHICLE USED (DESCRIBE) | ARTICLE 36 |
|---|---|---|
| dna | dna | ☐ YES ☐ NO |

| COMPLAINANT NAME | COMPLAINANT ADDRESS | PHONE |
|---|---|---|
| ROGERS, Brian (deceased) | 3904 S. Calumet 2nd fl | dna |

| LOCATION OF ARREST (COMPLETE ADDRESS) | CHARGES PLACED | RELEASED |
|---|---|---|
| 3901 S. Calumet (street) | MURDER | ☐ YES ☒ NO |

| ARRESTING OFFICERS / STAR NO. | COURT BRANCH | DATE | DISPOSITION |
|---|---|---|---|
| PO A. LETT #5563 GCS | 66 | 24 May 82 | Refiled |
| POR. PECK#5254 GCS | | | G887-16-D |
| PO G. RODRIGUEZ 13882 GCS | | | |
| INVESTIGATING OFFICER / STAR NO.: WALKER 12475 ROBERTS 4967 | | | |

CPD - 11,430 (11/72)

ARREST INFORMATION/ CHICAGO POLICE

CITY-NF-001070

PX 001-099

CITY OF CHICAGO / DEPARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION Chicago, Illinois 60605

I.R. NO. 571461

CRIMINAL HISTORY OF BALDWIN, Shawn M/N

DATE 09 Feb 80

DATE OF BIRTH [redacted]

| I.R. NO. | FBI NO. | I.S.B. NO. |
|---|---|---|
| 571461 | 877 223 | 2145221 |

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST / ARRESTING OFFICER & DIST. / CHARGE / DISPOSITION |
|---|---|---|
| Shawn BALDWIN 3833 S. Langley | 5745701 | -09 Feb 80- Off. Marrato 12th Dist. Inv Robb, D/C 11 Feb 80, Disord Cond (MCC) Non-Suit, Judge Devine |
| Shawn BALDWIN 3833 S. Langley | 5776754 | -26 March 80, Off. Woten, 3rd dist., C.T.T.V. 27 Mar 80, C.T.T.V(38-21-2) PG/FG 1 Yr PROBATION, Judge Sodini |
| Shawn BALDWIN 3833 S. Langley [redacted] | 6383544 | -03 Mar 82- Off. Ryan 2nd UUW. 11 April 82, Damage to prop(38-21-1a), UUW(38-24-1a10 SOL(2), Sate Firearm ID(38-83-2a), Fail to reg(MCC)Non Suit(2), Judge Manning |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

CITY-NF-001071

CONFIDENTIAL —Further dessemination of information contained in this record is forbidden. When this record has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulation S.S. 20.33).

CPD-31.903 (REV. 10/75)

PX 001-100





Case: 1:12-cv-04428 Document #: 518-76 Filed: 08/19/17 Page 102 of 147 PageID #:19109

ISSUED ON INQUIRY
APR 27 1984
BY NAME CHECK ONLY

CITY-NF-001072

PX 001-101

BALDWIN, Timothy I.. | M | B 57 | Dec 65

Address of arrest: 5100 So Wentworth | Apt. No. | Age: 20
Alias (Last) (First) (Middle) | C.B. No.: 6623-965
Place of premises: District Station #99 | Dist. Pres.: 02
Residence address: 3522 So Rhodes | Time prior | R.D. No.: D 347 970
State/Place of birth: Il/ Chgo | Driver's license no.: No Dr. Lic. | State | I.R. No.
Resisted arrest: No | Assaulted officer: No | Officer injured: No | Sobriety: Sober
Weapon: Pistol-Revolver / Rifle-Shotgun / Knife / Other: A
Height 6'00 | Weight 175 | Eyes Brn | Hair Brn | Complexion Light | Fingerprint classification
Build: Slender / Medium / Heavy
Marks, scars, deformities, handicaps, etc.: None visible
Beat of arrest: 231 | Date of arrest: [redacted] | Time: 2045 | Final Ct. date & branch
Where employed: Illinois State
Occupation: Student
No. arrested: 1 | Time fingerprinted: 2300

| References (Chapter, Article, Section) | Offenses | Dispositions |
|---|---|---|
| 1. Ch.38 sec.12-3 | 1. Battery | 1. Released w/o Charging |
| 2. | 2. | 2. |
| 3. | 3. | 3. |
| 4. | 4. | 4. |
| 5. | 5. | 5. |

Officer notifying investigative unit: MORRISSETTE, G. | Person notified: Sgt. FITZGERALD | Unit notified: A1/VC | Time: 2100 | Date charged (Day, Month, Year) | Time | Approval of charges: M.J.C.

Vehicle of arrestee: Year D | Make | State license no.: N | Disposition of vehicle: A

Victim complainant: Name: HILL, Mark, R. | Sex | Race | Home address | Phone no.

Arrestee transported to/by: D | Star no. | How transported: N | Time | Property inventory nos.: A

Narrative

This is an arrest by Beat 262 C :

The above named arrested in regards to a Aggravated Battery which occurred the 26 Sep 82 at app. 1500 hours. This incident reportéd under CPD RD# D347 970. The arrestee while armed with a B B Gun discharge that weapon causing a pillet forced thoough the waapon striking the victim complainant in the head and the arm. The arrestee advised of his U. S. Constitutional rights in the presents of his mother Mary BALDWIN.

Det. Rome 18170

CITY-NF-001073

Tel. no. called | Time of telephone call
For court use – court docket no.

Vehicle assigned: One man car / Two man car (X) / Other
50. Desired court date | Branch | 51. Court Sgt to handle: Yes (X) No | 52. Date received lockup building: 26 Sep 82 | Time: 2230 | 53. Final judge's name
Arresting/Appearing officer: MORRISSETTE, G? | Star no. 3593 | Unit no. 002 | Beat no. 262C | B.O. Grp. 2
Arresting officer: UNDERWOOD, C. | Star no. 15118 | Unit no. 002 | Beat no. 262C
Booking officer: [signature] | Star no. 7439 | Unit 002 | 57. Property receipt no. | 58. Initial court date | Branch
Arrestee searched by: [signature] | Star no. | 60. Bonded date | Time
Juvenile data: 61. Y.D. No. | 62. Religion | 63. Detained 1 / Temp. release 2 | 64. No. adults arrested | 65. Date of offense (Day, Mo, Year) | Time | 73. Comm. area no. | 74. Juvenile code

6623965

COURT SERGEANT/PERMANENT RECORD COPY



ISSUED ON INQUIRY
APR 27 1984
BY NAME CHECK ONLY

[redacted]

CITY-NF-001074

Case: 1:19-cv-01028 Document #: 513-46 Filed: 08/15/24 Page 105 of 147 PageID #:65999

To: Hood and Evans

From: Minogue and Bogdalek

Subject: Smith and Hickman Murder

1. No time to leave a supp. We interviewed LANGSTON, James M/B/Age 14, of 706 E. 39th St. apt. #106. He witnessed the murders. He was playing baseball across the street from the scene. He said that the offenders were wearing skull caps pulled over their faces to conceal their idenity. He saw the offenders fleeing in a blue cadillac. He said the car went south on Langley then west on 39th. He said that there were four men in the car. The person setting next to the driver in the front seat was the brother of Ricky Baldwin, aka: "Rick Dog" who was murdered last summer. (File #83-86, RD# E 274304). See our notes for more details.

2. We showed photos of two Baldwin brothers Shawn and Paul. He recognized Shawn as one of the Baldwins but not the person in the car.

3. Sandra Langston F/B/Age 19, (same as above), said she was talking to Fuddy just before the shooting. She was speaking to him from her 2nd fl. bedroom window. He walked into the breezway. She saw two M/B follow him. #1. M/B/Age 20s, red ski hat, white jacket, lt. complexion. #2. M/B/20s, blue jacket, lt. complexion. She then heard series of shots.

4. Rnady Langston M/B/Age 15 (same as above). He was alse playing ball and saw the shooting. Saw one offender with red mask shooting the victims. He saw him roll up the mask (ht) and flee.

5. Minnie White F/B/Age 50. She heard the shots. Ahe saw the vitims laying on the ground and called the police.

6. Baldwin photos and sheets in the file. Call one of us at home if you need more details.

Carlos Willis

Shieley Allen 285-3628

CITY-NF-001075

Willis, Carlos M/B 14yrs
3846 So Langley 2nd flr Apt 635
Ph 548-6039

UUW
CB 2048165
PRINTED

CITY-NF-001076

Rogers, John A. M/B 20
AKA [redacted]
437 E. Oakwood 3rd Fl 624-7418
8637 S. Yates Hse
Single, Student @ Kennedy King
SS# 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
Chgo.

PX 001-105



GENERAL PROGRESS REPORT
DETECTIVE DIVISION/CHICAGO POLICE

| DATE OF ORIG. CASE REPORT (DAY / MONTH / YEAR) | DATE OF THIS REPORT (DAY / MONTH / YEAR / WATCH) |
|---|---|
| 28 Apr 84 | 1 May 84 3rd |

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|
| Homicide/Murder | Smith & Hickman | 5134 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

TO: All Watches

From: Det's. Minogue & Bogdalek

Subject: Smith & Hickman H8micide

The following information was provided to the R/Ds by Mr. David Minnifield M/B/Age 26 who is the utility janitor at Dearborn Homes, 2960 S. Federal, ph. 791 8573. On 29 Apr 84, 2010 hrs. he received an anonymous phone call from a youthful M/B. The called said he saw a phone number on television (791 8573) for persons with information regarding this homicide. The caller told Minnifield that Edward Stewart was drivimgs the car used in' the murder and that Stewart was in the company of Darryl Baldwin and "Chico". He also said that Stewart was living with Olivia Wallace at 4716 S. Cottage Grove, apt. #220. He had no further information.

Olivia Wallace F/B/Age 20 dob: 28 Oct 64, 4716 S. Cottage Gr. apt. #20, no phone, IR# 631685. Olivia Wallace stated that she has not seen Stewart since January of 1984. Sha has obtained a paternity warrant against him (see attached computer print out). She said that Darryl Baldwin lives at 3833 S. Langley, he is about 28 yrs. of age. She knows "Chico" on sight but does not know his name. She says that all three men hang togethe5. She thinks that Stewart and Chico are livng at 1255 N. Central with Stewart's aunte, Carmen and Duchie, at 1255 NO. Central Ave. She said that Stewart drives a Chevrolet Camero, a 73.

Edward Stewart was located at 1255 N. Central, 1st fl. This is his sisters apartment. Her name is Carmen Bradley F/B/Age28, ph. 378 2676. Stewart lives at 703 No. Central, 1st fl. He lives with his girlfriend Bettina Davis F/B/Age 21 and another friend by the name of Jackie Cramer M/B/Age 21. On the date and time of the murder he left his apartment at about 0930 hrs. and went to work. He works at the McDonalds in Water Tower Place. Chicago & Michigan. He took the El to work and began his shift at 1030 hrs. We could not verify his alibi; McDonalds was closed. He said that he has not seen Darryl Baldwin in 7or 8 months nor has he seen Chico. He does not know Chico's real name. He said that he lives in the vicinity of 40th & Drexel. As far as he knows neither Chico or Darryl own a Cadillac. He owns a 73 Camero, white in color. No platee.

The other anonymous call that alleged that Lawrence and Marshall Edwards were the killers was checked out. Both were interviewed and stated they were home at the time of the shooting in the company of other family members. Their photos with their dob, address and description are in the file.

Stewars photo and sheet are also in the file. There is not a record for Darryl Baldwin in the alpha file.

R.D. NO. F 151 922

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY—MO.—YR. TIME |
|---|---|---|
| [signature] 13871 | | |

CPD-23.122 (Rev. 2/83)

CITY-NF-001077

PX 001-106

Detective Division
Area One Violent Crimes

5 May 1984

TO: Firearms Identification Unit, Crime [illegible] ory Division
Attention Sgt. Lomoro

FROM: Det. Robert Evans # 12754, Area One V[illegible] nt Crimes

SUBJECT: Request for Firearms Evidence Comparis[illegible]

The undersigned requests that the firear[illegible]s evidence recovered in the shootings of Jerome Smith and Talmon Hickmon recorded under R.D. number F-151922, Firearms Unit Crime Lab number 84-560, be compared against the firearms evidence recovered in the shooting of Lee McCollum recorded under R.D. number F-070217 and Firearms Unit Crime Lab number 84-352.

Detective [signature]
Robert Evans # 12754

CITY-NF-001078

| ARRESTEE NAME (LAST - FIRST - MI) | DISTRICT OF ARREST | ARRESTING UNIT | AREA | DISTRICT |
|---|---|---|---|---|
| GREEN Andre NMI | 002 | 214 | 1 | 002 |

| ADDRESS ARRESTEE | PHONE | DATE ARRESTED | TIME ARRESTED |
|---|---|---|---|
| 3833 So. LANGLEY #504 | 624- | 14 JAN 83 | 0355 |

| ALIASES | R.D. NO. | C.B. NO. |
|---|---|---|
| | E-7 | 6860351 |
| | BIRTHPLACE | I.R. NO. |
| | IL | |

| DOB | AGE | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | COMPLEXION | GLASSES | NATIONALITY |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 24 | M | B | THN | 5'7" | 150 | N | ME | | — |

| MARITAL STATUS | EMPLOYER OR SCHOOL | OCCUPATION | SOC. SEC. NO. |
|---|---|---|---|
| Sngl | NOT | | [redacted] |

| ARRESTED WITH | VEHICLE USED (DESCRIBE) | ARTICLE 36 |
|---|---|---|
| Alone | 73 Buick LeSabre 4 | ☐ YES ☒ NO |

| COMPLAINANT NAME | COMPLAINANT ADDRESS | PHONE |
|---|---|---|
| Theresa Johnson | 3833 So. LANGLEY | |

| LOCATION OF ARREST (COMPLETE ADDRESS) | CHARGES PLACED | RELEASED |
|---|---|---|
| 3833 S. LANGLEY 504 | | ☐ YES ☐ NO |

| ARRESTING OFFICERS | STAR NO. | COURT BRANCH | DATE | DISPOSITION |
|---|---|---|---|---|
| C. Johnson | 15737 | 66 | 15 Feb | |
| C. Paluch | 12185 | 66 | — | |

| INVESTIGATING OFFICER | STAR NO. |
|---|---|
| Wilkosz | |

CPD - 11.430 (11/72)

ARREST INFORMATION/ CHICAGO POLICE

| ARRESTEE NAME (LAST - FIRST - MI) | DISTRICT OF ARREST | ARRESTING UNIT | AREA | DISTRICT |
|---|---|---|---|---|
| GREEN, Gerald | 002 | 4121 | 1 | 002 |

| ADDRESS ARRESTEE | PHONE | DATE ARRESTED | TIME ARRESTED |
|---|---|---|---|
| 622 East 38th St. | | 7 May 81 | 2245 |

| ALIASES | R.D. NO. | C.B. NO. |
|---|---|---|
| | C-165 616 | 6111351 |
| | BIRTHPLACE | I.R. NO. |
| | | 578262 |

| DOB | AGE | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | NATIONALITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 18 | M | N | med | 5-9 | 158 | brn | blk | med | | |

| MARITAL STATUS | EMPLOYER OR SCHOOL | OCCUPATION | SOC. SEC. NO. |
|---|---|---|---|
| | | | |

| ARRESTED WITH | VEHICLE USED (DESCRIBE) | ARTICLE 36 |
|---|---|---|
| Alone | | ☐ YES ☐ NO |

| COMPLAINANT NAME | COMPLAINANT ADDRESS | PHONE |
|---|---|---|
| A/Os | SOG | |

| LOCATION OF ARREST (COMPLETE ADDRESS) | CHARGES PLACED | RELEASED |
|---|---|---|
| 706 E. 39th St. | Felony UUW (sawed off shotgun) | ☐ YES ☒ NO |

| ARRESTING OFFICERS | STAR NO. | COURT BRANCH | DATE | DISPOSITION |
|---|---|---|---|---|
| Bogdalek | 14674 | 48-4 | 12 May 81 | |
| Murphy | 14857 | | | |

| INVESTIGATING OFFICER | STAR NO. |
|---|---|
| | |

CPD - 11.430 (11/72)

ARREST INFORMATION/ CHICAGO POLICE

CITY-NF-001079

ARRESTEE NAME (LAST - FIRST - MI): GREEN, Gerald
DISTRICT OF ARREST: 002
ARRESTING UNIT: 00[illegible]
AREA: 1
DISTRICT: 002
ADDRESS ARRESTEE: 706 E. 39th Apt#1109
DATE ARRESTED: 20 [illegible] 81
TIME ARRESTED: 1715
ALIASES:
R.D. NO.: C 3[illegible] 016
C.B. NO.: 6209 677
BIRTHPLACE:
I.R. NO.: #578262

| DOB | AGE | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | NATIONALITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 18 | M | N | med | 5'9 | 140 | brn | bl[illegible] | med | no | Amer. Negr[illegible] |

MARITAL STATUS: single
EMPLOYER OR SCHOOL: Unemployed
OCCUPATION: —
SOC. SEC. NO.:
ARRESTED WITH: self
VEHICLE USED (DESCRIBE): dna
ARTICLE 36: ☐ YES ☐ NO
COMPLAINANT NAME: LANG, Dorothea
COMPLAINANT ADDRESS: 706 E. 39th #602
PHONE: 548-5081
LOCATION OF ARREST (COMPLETE ADDRESS): 622 E. 38th St.
CHARGES PLACED: Battery
RELEASED: ☑ YES ☒ NO

| ARRESTING OFFICERS | STAR NO. | COURT BRANCH | DATE | DISPOSITION |
|---|---|---|---|---|
| D. DeYoung | 4742 | Br. 34-2 | 25 Aug 81 | |
| D. Novak | 7053 | | | |

INVESTIGATING OFFICER: Dorociak & Bolda
STAR NO.:

CPD - 11.430 (11/72)

ARREST INFORMATION/ CHICAGO POLICE

---

ARRESTEE NAME (LAST - FIRST - MI): GREEN GERALD
DISTRICT OF ARREST: 002
ARRESTING UNIT: [illegible] 002
AREA: 1
DISTRICT: 002
ADDRESS ARRESTEE: 622 E 38th ST [illegible]
PHONE: 268-2513
DATE ARRESTED: 13 Nov 53
TIME ARRESTED: 0500
ALIASES: 3354 E 70th ST
R.D. NO.: E-478 994
C.B. NO.: 6954 645
BIRTHPLACE:
I.R. NO.: 578262

| DOB | AGE | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | NATIONALITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 21 | M | B | MED | 5'9" | 155 | Brn | BLK | MED | — | AM BLK |

MARITAL STATUS: Single
EMPLOYER OR SCHOOL: None
OCCUPATION: None
SOC. SEC. NO.:
ARRESTED WITH: Alone
VEHICLE USED (DESCRIBE): None
ARTICLE 36: ☐ YES ☐ NO
COMPLAINANT NAME: [illegible]
COMPLAINANT ADDRESS: 653 E 38th St
PHONE: 285 [illegible]
LOCATION OF ARREST (COMPLETE ADDRESS): 730 E 39th
CHARGES PLACED: Home Invasion
RELEASED: ☐ YES ☒ NO

| ARRESTING OFFICERS | STAR NO. | COURT BRANCH | DATE | DISPOSITION |
|---|---|---|---|---|
| P.O. Roland | 5870 | | | |
| P.O. Dean | 13432 | BR 46 | 17 Nov 53 | |

INVESTIGATING OFFICER: [illegible]
STAR NO.: 10[illegible]

CPD - 11.430 (11/72)

ARREST INFORMATION/ CHICAGO POLICE

CITY-NF-001080

| ARRESTEE NAME (LAST - FIRST - MI) | DISTRICT OF ARREST | ARRESTING UNIT | AREA | DISTRICT |
|---|---|---|---|---|
| BALDWIN, SHAWN | 002 | 710 | 1 | 002 |

| ADDRESS ARRESTEE | PHONE | DATE ARRESTED | TIME ARRESTED |
|---|---|---|---|
| 3833 Langley 703 | 538 1033 | 4 JUL 82 | 0030 |

| ALIASES | R.D. NO. | C.B. NO. |
|---|---|---|
| | D 271548 | 6520 098 |
| | **BIRTHPLACE** | **I.R. NO.** |
| | IL. | 571461 |

| DOB | AGE | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | NATIONALITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 18 | M | B | SLIM | 5-9 | 140 | BRN | BLK | MED | NO | BLK |

| MARITAL STATUS | EMPLOYER OR SCHOOL | OCCUPATION | SOC. SEC. NO. |
|---|---|---|---|
| S | GRANT PAR | [illegible] Cleanup - Landscaper | |

| ARRESTED WITH | VEHICLE USED (DESCRIBE) | ARTICLE 36 |
|---|---|---|
| MICHAEL COCHRANE | | ☐ YES ☐ NO |

| COMPLAINANT NAME | COMPLAINANT ADDRESS | PHONE |
|---|---|---|
| JOHNSON, Betty | 1230 Burling | 649-0169 |

| LOCATION OF ARREST (COMPLETE ADDR) | CHARGES PLACED | RELEASED |
|---|---|---|
| 300 E. 43rd | | ☐ YES ☐ NO |

| ARRESTING OFFICERS | COURT BRANCH | DATE | DISPOSITION |
|---|---|---|---|
| F. LAYNE | 46-2 | [illegible] | |
| R. GAINES | | | |
| **INVESTIGATING OFFICER** | | | |
| PERRY IUTTE | | | |

PD - 11.420 (11/77)

ARREST INFORMATION / CHICAGO POLICE

---

| ARRESTEE NAME (LAST - FIRST - MI) | DISTRICT OF ARREST | ARRESTING UNIT | AREA | DISTRICT |
|---|---|---|---|---|
| BALDWIN, Timothy I. | 002 | 002 | 1 | 002 |

| ADDRESS ARRESTEE | PHONE | DATE ARRESTED | TIME ARRESTED |
|---|---|---|---|
| 3522 South Rhodes | 548-1989 | 26 Sep 82 | 2045 |

| ALIASES | R.D. NO. | C.B. NO. |
|---|---|---|
| | D-347970 | 6623965 |
| | **BIRTHPLACE** | **I.R. NO.** |
| | Chgo, Il. | None |

| DOB | AGE | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | NATIONALITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 20 | M | B | Med. | 6'1" | 175 | Brn. | Blk. | Light | No | Afro-Amer. |

| MARITAL STATUS | EMPLOYER OR SCHOOL | OCCUPATION | SOC. SEC. NO. |
|---|---|---|---|
| Single | Illinois State | Student | UNK. |

| ARRESTED WITH | VEHICLE USED (DESCRIBE) | ARTICLE 36 |
|---|---|---|
| Self | DNA | ☐ DNA ☐ NO |

| COMPLAINANT NAME | COMPLAINANT ADDRESS | PHONE |
|---|---|---|
| HILL, Mark R. | 3510 S. Rhodes #301 | 373-3214 |

| LOCATION OF ARREST (COMPLETE ADDRESS) | CHARGES PLACED | RELEASED |
|---|---|---|
| 5101 S. Wentworth | None | ☒ YES ☐ NO |

| ARRESTING OFFICERS | STAR NO. | COURT BRANCH | DATE | DISPOSITION |
|---|---|---|---|---|
| Underwood, C. | 15118 | Victim Refused to Sign Complaints | | |
| Morrissette, G. | 3553 | | | |
| Romic, A. 18790 | | | | |
| **INVESTIGATING OFFICER** | **STAR NO.** | | | |

CPD - 11.420 (11/77)

ARREST INFORMATION / CHICAGO POLICE

Case: 1:18-cv-03029 Document #: 511-46 Filed: 03/15/24 Page 112 of 147 PageID #:63516

CITY OF CHICAGO / DEPARTMENT OF POLICE 1121 South State Street Chicago, Illinois 60605
IDENTIFICATION SECTION

CRIMINAL HISTORY OF BANKS, Rondell M/N

DATE 2 Nov. 71 IR#322345

DATE OF BIRTH [redacted]

NAME INQUIRY 6 1964 15 R 000 26 R III 24
BY NAME CHECK ONLY

I.R. NO. 322345

FBI NO. 512 975 J2

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST / ARRESTING OFFICER & DIST. / CHARGE / DISPOSITION |
|---|---|---|
| Rondell BANKS 730 E. 39th St. | 3406292 | -2 Nov. 71, Off. Stahl, R61, 2nd Dist. 4 Jan. 72, Armed Robbery(38-18-2)BFW, Judge White 18 Apr. 72, G.J. IND#72-868, Robbery 21 May 73, Armed Robbery etc(72-868)plea glty plai |
| | | robbery and agg. Asslt, 4 yrs. PROBATION, 1st year, 6 months and 19 days County Jail, Served, Judge Strayhorn |
| Rodell BANKS 7116 S. Harvard | 3822144 | -6 Jun 73, Off. Chase, 7th Dist. 6 Jun 73, Released W/O Charging |
| James HENDERSON 8718 S. Burley | 3952798 | -12 Nov. 73, Off. Crowley, R-61, 7th Dist. 5 Feb. 74, Armed Robb(38-18-2), Robb(38-18-1)NPC/ Disch., Judge Casey 27 Feb. 74, Burg. Wrt.(38-19-1)S.O.L., Judge Durham |
| Roh BLACK 6757 S. Marshfield | 4066775 | -25 Apr. 74, Off. Davis, 21st Dist. 12 Jul 74, G.J. IND#74-3665, Armed Robb. etc. |
| Rhodell BANK 6601 S. Damen | 4248452 | -10 Dec. 74, Off. Glynn, R61, 2nd Dist. 30 Dec. 74, Murder Wrt.(38-9-1a1)Held to the Grand Jury, Judge Machala |
| | | 21 Jan.75, G.J. IND#75-393, Murder 8 Sept 75, Murder(75-393)find not glty. Judge Garippo. |
| | SEE CB 3406292 | 10 Feb 75, Joliet ISP#80285, Viol of Probation (72-868)find glty, 2-6 years. Judge Strayhorn. Rec'd 29 May 75. Out on Writ from Pontiac#34478 1 Oct. 75 - |
| | SEE CB 4066775 | 1 Oct 75. Joliet ISP# 80285 Arm Robbery(74-3665) Plea Glty, 2-6yrs cc with 72-868, Judge Massey. 1 Oct. 75 Returned from Writ to Pontiac#34478 20 Apr 77, PAROLED from Menard C.C.#C-10176 |
| Rodell BANKS 730 E. 39th St. | 5057415 | -03 Sep 77, Off. Eichler CCID-S(002nd Dist.)Poss Cont Sub 12 Oct 77, Poss Cont. Subs(56½-1402)SOL, Judge Zelezinski. |
| Rodell BANKS 2056 E. 73rd St. | 5145158 | -5 Jan 78 Off. Smith 002nd Dist. Dis 25 Jan 78, Disorderly Conduct(MCC)Leave to File Complaint Denied, Judge Houtsma. |
| Rodell BANKS 2056 E. 73rd | 5209137 | -8 Apr 78 Off. Betts 002nd Dist. Poss Cont Sub 10 Apr 78, Poss. Cont. Sub. (56½-1402) S.O.L., Judge Zelezinski. |

S.B. NO. 1588779

ENTRIES PRECEDED BY AN ASTERISK* REPRESENT INFORMATION SUPPLIED TO THIS DEPARTMENT BY THE F.B.I. OR OTHER GOVERNMENTAL AGENCIES. THESE ENTRIES ARE NOT SUPPORTED BY FINGERPRINTS IN THE FILES OF THE CHICAGO POLICE.

CPD-31.903 (6/71)

CITY-NF-001082

PX 001-111

CITY OF CHICAGO / DEPARTMENT OF POLICE / 1121 South State Street, Chicago, Illinois 60605
IDENTIFICATION SECTION

CRIMINAL HISTORY OF BANKS, Rondell M/N 6
15 R 000
26 R III

DATE 02 Nov 71 IR#322345

DATE OF BIRTH [redacted]

ISSUED ON INQUIRY APR 26 1984 BY NAME CHECK ONLY

I.R. NO. 322345 | FBI NO. 512 975 J2 | I.S.B. NO. 1588994

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST / ARRESTING OFFICER & DIST. / CHARGE / DISPOSITION |
|---|---|---|
| Rodell BANKS 2056 E. 73rd Street | 5239171 | - 16 May 78, Off. Medici 002nd Dist. Unlawful Use of Weapon 9 June 78, UUW.Fel (38-24-1a4) FG.FG. Info#78-16460. 3 Years Ill.Dept of Corr., Fail to Regis F/A (MCC), Fail to Produce (MCC) Non Suit, |
| | | Unlawful Poss F/A & Ammo. (38-83-2a),Theft-Misd (38-16-1d3) S.O.L, Judge Moran. Rec'd 14 Jul 78, Jol et C.C.#C-10176 17 Jan 80, PAROLED from Menard CC#A-10176 |
| Rodell BANKS 8243 S. Marshfield [redacted] | 6244521 | - 25 Sep 81- Off. Ratcliff 6th Battery Wrt. 15 Oct 81, Battery Wt (38-12-3) SOL, Judge Manning |
| Rondell V BANKS 6417 S. Kenwood [redacted] | 6467229 | -21 May 82 Off. Lett GCED S (2nd) Inv. Murder 17 June 82, INFO#82-4887, Murder, A/Viol. |
| Rodell BANKS 8243 S. Marshfield 2nd fl [redacted] | 6911768 | -15 Aug. 83 Off. Williams GSU S (02) Robbery 12 Dec 83, Poss Marij ($56\frac{1}{2}$-704a), SUPERCEDED BY IND#, TRANSFER TO CHIEF JUDGE, Judge Zelezinski, Doc#83-1259329 |
| Rodell BANKS 8243 S. Marshfield [redacted] | 6981431 | -9 Nov 83 Off. Spencer 6th dist Agg. Assault 19 Jan. 84, Agg. Assault(38-12-1a)Damage Prop.(38-21 1a)SOL,Judge Macellaio |
| odell V. BANKS 056 E. 73St. [redacted] | 7013254 | 28 Dec. 83 Off. Garner GCID-S (02 Dist) Agg Assault 16 Feb. 84,Agg. Ass. WRT.SOL,Judge Sherard |
| | See CB# 6911768 | 03 Jan84, GJ IND#83C-12987, Poss of Cannabis with intent to deliver |
| | | |
| | | |
| | | |

CITY-NF-001083

*CONFIDENTIAL – Further dessemination of information contained in this record is forbidden. When this record has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulations S.S. 20.33).*

D-31.903 (REV. 10/75)

PX 001-112

578262

CITY OF CHICAGO / DEPARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION Chicago, Illinois 60605

CRIMINAL HISTORY OF GREEN, Gerald C. M/N

DATE 15 May 80

DATE OF BIRTH [redacted]

ISSUED ON INQUIRY
APR 20 1984
BY NAME CHECK ONLY

I.R. NO. 578262 | FBI NO. 48 337 W7 | 2176094

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST / ARRESTING OFFICER & DIST. / CHARGE / DISPOSITION |
|---|---|---|
| Gerald C. GREEN<br>3033 St. Lawrence | 5818371 | -15 May 80, Off. Hartfield, 4th Dist., Poss Stolen Auto<br>16 May 80, Poss Stolen Veh. Red 95½-4-103a) PG/FG 1 yr. SS Superv. Judge Devine |
| Gerald K. GREEN<br>8033 St. Lawrence<br>[redacted] | 5843446 | - 12 Jun 80, Fischer 6, Theft.<br>27 Jun 80, Theft Of Service(38-16-3a) BFW, Judge Casey. |
| Gerald E. GREEN<br>8033 S.St Lawrence<br>[redacted] | 5844490 | -13 June 80. Off. Fischer, 6th Dist, Criminal Tresp to Vehicle<br>1 Jul 80, C.T.T.V(38-21-2) BFW, Judge Casey<br>29 Jul 80, Crim tresp to veh (38-21-2) SOL, Judge Joyce |
| Freeman GREEN<br>706 E. 39th #1109<br>[redacted] | 5852581 | -21 Jun 80, Off. Roberson, 02nd Dist., CDTP<br>2 Jul 80, CDTP (38-21-1a) BF/SOL, Judge Moran |
| Gerald GREEN<br>8033 S. St. Lawrence<br>[redacted] | 5871515 | - 12 Jul. 80 Campbell 622-06th. Burg.<br>29 Jul 80, BF theft wrt (38-16-1a1), BF crim tresp wrt (38021-1) SOL, Judge Joyce |
| Gerald K. Green<br>3033 S. St. Lawrence<br>[redacted] | 6010096 | 31 Dec 80, Off. Kieth, 003, Theft.<br>18 Feb 81, Theft (38-16-a3a) Wrt. SOL, Judge Handy. |
| Gerald GREEN<br>122 E. 38th St<br>[redacted] | 6111351 | -07 May 81- Off. Murphy SOG-S (02) UUW.<br>12 May 81 UUW Sawed Off(F)(38-24-1a7) INFO#81-16870, 2 Yrs (F) PROBATION 7 Days HC Judge Moran |
| Gerald GREEN<br>706 E. 39th St<br>[redacted] | 6209677 | -20 Aug 81- Off. Novak 2nd Rape. |
| Gerald GREEN<br>?77 Drexel<br>[redacted] | 6671557 | -11 Nov 82 Off. Fecke Pat. Div Adm (02) Viol Prob |
| Gerald GREEN<br>3816 S. King Dr.<br>[redacted] | 6847692 | - 29 May 83, Off. Basile APVC (05) Rape Attempt<br>10 Jun 83, Sim Battery(38-12-3)PG/FG 20 days tcs, Judge Sheridan(Docket No 83 312095) |
| Gray GREEN<br>354 E. 70th. St.<br>[redacted] | 6984048 | -13 Nov 83, Off. Dean 02nd. Dist. Home Inv. Robb.<br>14 Nov 83, Home Inv. Robbery(12-11-82)FPC Transfer to Chief Judge, Judge Moran(Docket No 83 340567)<br>5 Dec 83, INFO#83-12006, Home Inv., Res. Burg, Agg. Batt., A/Viol |

CITY-NF-001084

CONFIDENTIAL —Further dessemination of information contained in this record is forbidden. When this record has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulations S.S. 20E33).

?8-31.003 (REV. 10/75)

PX 001-113

Case: 1:12-cv-04428 Document #: 313-76 Filed: 03/15/17 Page 115 of 147 PageID #:15181

Chico 40th + Drexel

Poncho 40th + Drexel

Courtway Building
3rd floor

CITY-NF-001085

Case: 1:16-cv-01168 Document #: 1183-45 Filed: 02/24/17 Page 116 of 147 PageID #:34085

CASE REPORT
CHICAGO POLICE

| Field | Value |
|---|---|
| 1. Primary Classification | ASSAULT |
| Offense Code | 0514 |
| 2. Secondary Classification | AGGRAVATED-HANDGUN 24 |
| R.D. No. | F-150895 |
| 3. Address of Occurrence (No. / Dir. / Street) | 730 E 39TH ST |
| Apt. No. | |
| 4. Type of Location or Premise Where Offense Occurred | CHA GROUNDS |
| 5. Fire Related | ☐ Yes ☐ No |
| 10. Location Code | 1 2 1 |
| 6. Date of Occurrence – Time (Day / Mo / Yr) | 27 APR 84 1520 |
| 11. Date P.O. Arrived – Time | 27 APR 84 1540 |
| 7. Beat of Occur. | 231 |
| 8. Unit / Division | 6122 |
| 12. Assigned By | ☐ 2 On View |

(Conditions and statements in this entire report are approximations or summarizations unless indicated otherwise.)

Victim:

| Name | 22. Home Address (No., Dir., Street, Apt. No.) | 23. Sex-Race-Age Code | 24. Home Phone | 25. Business Phone | 26. Time Avail. | 27. Occupation | Drunk | 29. Victim Rel. Code |
|---|---|---|---|---|---|---|---|---|
| EDWARDS, DELBERT | 730 E. 39TH ST 709 | M 1 19 | 924-1110 | DNA | ANY | DNA | X | 24 |

PARENT/GUARDIAN, IF JUVENILE

31. ☐ Discovered ☐ Witnessed ☐ Reported Offense

RACE CODES: 1 Black; 2 White; 3 Black Hispanic; 4 White Hispanic; 5 Amer. Ind./Alaskan Native; 6 Asian/Pacific Islander

OFFENDER/VICTIM RELATIONSHIP CODES (Use for Member of the Same Family or Household): 01 Wife; 02 Husband; 03 Former Wife; 04 Former Husband; 05 Mother; 06 Father; 07 Son; 08 Daughter; 09 Brother; 10 Sister; 11 Aunt; 12 Uncle; 13 Mother-in-Law; 14 Father-in-Law; 15 Son-in-Law; 16 Daughter-in-Law; 17 Brother-in-Law; 18 Sister-in-Law; 19 Other Relative; 20 Girl Friend; 21 Boy Friend; 22 Friend/Acquaintance; 23 Unknown/Stranger; 24 Gang Affiliation

Offenders:

| 41. Name (Nickname, Clothing, Etc.) | 42. Home Address | 43. Sex-Race-Age | Height | Weight | Eyes | Hair | Compl. | Marks, Scars, Etc. | I.R. No. | Offender Rel. Code |
|---|---|---|---|---|---|---|---|---|---|---|
| LEAKS, CLUNDELL.T. | 3837 SO. ELLIS APT 401 | M 1 18 | 6'1 | 140 | BRN | BLK | M | #TATOOS | 546641 | 24 |
| HALEY, PAUL | 706 E. 39TH ST APT 805 | M 1 23 | 5'12 | 135 | BRN | BLK | M | | 202030 | 24 |

51. Object/Weapon: ☐ 1 Used ☐ 2 Displayed ☐ 3 Unk.
☒ 01 Hand Gun ☐ 02 Shotgun ☐ 03 Rifle ☐ 04 Knife ☐ 05 Vehicle ☐ 06 Blunt Instrument ☐ 07 Thrown Object ☐ 08 Explosive ☐ 09 Liquid/Gas ☐ 10 Bottle/Glass ☐ 11 Razor ☐ 12 Pry Tool ☐ 13 Hand, Feet ☐ 14 Other ☐ 15 DNA

52. Firearm Features: ☒ 01 Chrome/Nickel ☐ 02 Blue Steel ☐ 03 Short Barrel ☐ 04 Long Barrel ☐ 05 Sawed Off ☐ 06 Other ☐ 07 Unknown ☐ 08 DNA

53. Point/Entry: ☐ 01 Front Door ☐ 02 Rear Door ☐ 03 Window ☐ 04 Roof ☐ 05 Floor ☐ 06 Side Door ☐ 07 Other ☐ 08 Unknown ☐ 09 DNA

54. Point/Exit: ☐ 01 Front Door ☐ 02 Rear Door ☐ 03 Window ☐ 04 Roof ☐ 05 Floor ☐ 06 Side Door ☐ 07 Other ☐ 08 Unknown ☐ 09 DNA

55. Burglar Alarm: ☐ DNA; On Premise ☐ 1 Yes ☐ 2 No; Alarm Circumvented ☐ 1 Yes ☐ 2 No

56. Safe Burglary Method: ☐ 01 Punch ☐ 02 Torch ☐ 03 Explosive ☐ 04 Drill ☐ 05 Removed ☐ 06 Peel ☐ 07 Open ☐ 08 Unknown ☐ 09 DNA

57. If Residence, Where Were Occupants: ☐ 01 Work ☐ 02 Visiting ☐ 03 Vacation ☐ 04 Wedding ☐ 05 Funeral/Wake; ☐ Present ☐ Unknown ☐ DNA

58. Unusual Characteristics of Offense

59. Gang Related – Affiliation: ☐ Victim ☒ Offender BGOOON SQUAD

71. Describe Property in Narrative — T = Taken; R = Recovered
1 Money ☐ T ☐ R | 2 Jewelry ☐ T ☐ R | 3 Furs ☐ T ☐ R | 4 Clothing ☐ T ☐ R | 7 Office Equipmt ☐ T ☐ R | 8 TV, Radio, Stereo ☐ T ☐ R | 10 Household Goods ☐ T ☐ R | 11 Consum. Goods ☐ T ☐ R | 13 Firearms ☐ T ☐ R | 14 Narcotics, Drugs ☐ T ☐ R | 15 Other ☐ T ☐ R | 16 None ☐ T ☐ R

72. Vehicle/Trailer: ☐ Stolen ☐ Theft From ☐ Offender's | Year | Make | Body Style | Color | V.I.N. | State License No. | State | Expir. Mo/Yr | 73. Property Inventory No(s). | 74. Veh. Inventory No. – Pound

THIS IS A GANG CRIMES INVESTIGATION SECTION SOUTH INCIDENT 84-S-1330

81. Severity of Victim: ☒ 1 Lower ☐ 2 Hbd

VICTIM EDWARDS, DELBERT.M/B/19YRS.730 E. 39TH ST. APT 709.924-1110.

DATE & TIME OF INCIDENT FRI.27APR84.1530HRS.

LOCATION OF INCIDENT 730 E. 39TH ST

82. Flash Message Sent? ☐ Yes ☒ No

| Field | Value |
|---|---|
| Extra Copies Required / Normal | YOU/S |
| ☒ Cont'd Other Side ☒ R.O. | |
| Officer Notifying Followup Investig. Unit | DET. WILLIEDEZ |
| Unit Notified | 612 |
| Person Notified | DET. MURPHY |
| Date (Day Mo Yr) – Time | 27 APR 84 1830 |
| First Officer at Scene | |
| Officer Notifying ☐ 1st Dis ☐ Det. ☐ M.E. | |
| Reporting Officer (Print) | MARTINEZ |
| Star No. | 8140 |
| Officer's Signature | [signature] |
| Date Report Completed – Time | 27APR84 1900 |
| Supervisor Approving (Print Name) | SGT. KUKOWSKI |
| Star No. | 755 |
| Reporting Officer's Name (Print) | MANN |
| Star No. | 16770 |
| Officer's Signature | [signature] |
| Approval Signature | R. KUKOWSKI |
| Date Approved – Time | 27 APR 84 1900 |

REV. 8/81

CITY-NF-001086

PX 001-115

OFFENDERS: HALEY, PAUL.M/B/23YRS.[redacted].706 E.39TH ST.APT 805.UNEMPL. 5'2.135.MED COMPL.IR#702030.

LEAKS,CHUNDELL.T.M/B/18YRS.[redacted].3837 SO. ELLIS.APT 401. UNEMPL. 6'1.140.MED COMPL.IR#646641.

GANG AFFILIATION: BLACK GANGSTER GOON SQUAD/ BOTH ARE MEMBERS OF THE AFOREMENTIONED GANG.

ARRESTING OFFICERS:

| | | |
|---|---|---|
| OFF. A. WOODS | #15648 | 002 |
| OFF. F. BARNES | #9236 | 002 |
| OFF. E. MCCANN | #3419 | 715 |
| OFF. J. BROCK | #4036 | 715 |
| OFF. J. FELKER | #9700 | 715 |
| DET. MANN | #16770 | 141S |
| DET. WILINDEZ | #8140 | 141S |

CITY-NF-001087

date & time of arrest: FRI.27APR84.1600HRS.

PLACE OF ARREST: 730 E. PERSHING

COURT & CHARGES: 34-2 31MAY84.AGG ASSAULT

SEE CONTINUATION SHEET

I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE. SUPERVISOR'S SIGNATURE: K Lurowski DATE (DAY-MO): 27 A

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

UCR OFFENSE CODE – ☐1 CORRECT ☐2 REVISED | REV. CODE | UCR METHOD CODE | METHOD ASSIGNED ☐1 FIELD ☐2 ADMIN ☐3 SUMMARY | UNIT NO. | OFFICER ASSIGNED STAR NO. | DATE ASSIGNED | SUPV. STAR NO. | INVESTIGATIVE FILE ☐1 YES ☐2 NO | REASSIGNED ☐1 YES

OFFICER REASSIGNED – STAR NO. | DATE | STATUS ☐0 PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED ☐3 CLEARED CLOSED ☐4 CLEARED OPEN ☐5 EXC. CLRD. CLOSED ☐6 EXC. CLEARED OPEN ☐7 CLOSED—NON CRIMINAL | IF CASE IS CLEARED, HOW CLEARED (USE THIS BOX FOR SINGLE CLEAR UP OR FIRST CLEAR UP OF MULTIPLE CLEAR UP LIST) ☐1 ARREST & PROSECUTION ☐2 DIRECTED TO FAMILY COURT ☐3 COMPL. REFUSED TO PROSECUTE ☐4 COMMUNITY ☐5 OTHER

VICTIM IDENTIFIERS ☐1 CORRECT ☐2 REVISED | VICTIM NO. | REVISED NAME | REVISED ADDRESS

VALUE OF PROPERTY TAKEN/RECOVERED ☐1 ONA ☐2 VERIFIED ☐3 CORRECTED | FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH ... REPORTED ON THE REVERSE, THE NARRATIVE ...

1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 5 OFFICE EQUIPMT. ☐T $ ☐R | 6 TV, RADIO, STEREO ☐T $ ☐R | 7 HOUSEHOLD GOODS ☐T $ ☐R | 8 CONSUM. GOODS ☐T $ ☐R | 9 FIREARMS ☐T $ ☐R | 10 NARC/DANG DRUGS ☐T $ ☐R | 11 OTHER ☐T $ ☐R

SERIAL NOS. OR IDENTIFICATION NOS. ☐1 ONA ☐2 VERIFIED ☐3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED

REMARKS (PERTINENT INFORMATION NOT ON ORIGINAL REPORT)

PREPARED BY – SIGNATURE | STAR NO. | DATE (DAY-MO-YR) | APPROVED BY – SIGNATURE | STAR NO. | DATE (DAY-MO-YR)

PX 001-116

GANG INVESTIGATION SECTION SOUTH 84-S-1330 27APR84
F150899 AGG ASSAULT

NOTIFICATIONS SGT. KUROWSKI
SGT. MURPHY

NARRATIVE IN SUMMARY R/I'S [illegible] TO C.O.S. ALERT OF MAN WITH A GUN AND LEARNED FROM THE VICTIM THAT HE HAD [illegible] BEEN SHOT AT BY TWO SUBJECTS NAMED PAUL HALEY, AND CHUNDELL LEAKS. VICTIM SAID THAT HE HAS BEEN HAVING PROBLEMS WITH THESE SUBJECTS WHO ARE MEMBERS OF THE BLACK [illegible] GOON SQUAD BE-CAUSE OF PENDING COURT CASES AGAINST OTHER MEMBERS OF THE S[illegible] GANG.

R/I'S PLACED THE OFFENDERS UNDER ARREST FOR AGG ASSAULT ON COMPLAINTS SIGNED BY THE VICTIM, HOWEVER NO WEAPON WAS RECOVERED. OFFENDERS WANTED TO SIGN COMPLAINTS AGAINST SUBJECT EDWARDS ALLEGING THAT HE FIRED AT THE OFFENDERS INITIALLY. R/I'S INTERVIEWED WITNESSES IN THE AREA WHO WISHED TO REMAIN ANONYMOUS BUT SAID THAT EDWARDS DID NOT FIRE SHOTS AT THE OFFENDERS BUT RAN INTO THE BUILDING WHEN HE WAS FIRED UPON.

[signature]
[signature] K Man

CASE REPORT
CHICAGO POLICE

| 1. Primary Classification | IUCR Off. Code | 2. Secondary Classification | 3. RD No. |
|---|---|---|---|
| ASSAULT | 0 5 1 A | AGGRAVATED-HANDGUN | F 1 6 0 8 9 0 |

| 4. Address of Occurrence (No., Dir., Street) | Apt. No. | 5. Fire Related | 6. Date of Occurrence – Time | Beat of Occur. | Unit Assigned |
|---|---|---|---|---|---|
| 7 3 0 E 39TH ST | | ☐ Yes ☐ No | 27 APR 84 1530 | 231 | 5122 |

| 9. Type of Location or Premise where Offense Occurred (Give Name of Location if Applicable) | 10. Location Code | 11. Date R.D. Arrived – Time | 12. Assigned By |
|---|---|---|---|
| CHA GROUNDS | 1 2 1 | 27 APR 84 1540 | ☐ On View ☐ Supervisor |

Times and statements in the entire report are approximations or summarizations unless indicated otherwise.

| Victim Name | 22. Home Address (No., Dir., Street, Apt. No.) | 23. Sex-Race-Age | 24. Home Phone | 25. Business Phone | 26. Time Avail. | 27. Occupation | | 30. Victim Fill. Code |
|---|---|---|---|---|---|---|---|---|
| EDWARDS, DELBERT | 730 E. 39TH ST 709 | M 1 19 | 924-1110 | DNA | ANY | DNA | X | 24 |

Parent/Guardian if Juvenile

RACE CODES: 1-BLACK, 2-WHITE, 3-BLACK HISPANIC, 4-WHITE HISPANIC, 5-AMER. IND./ALASKAN NAT., 6-ASIAN/PACIFIC ISLANDER

OFFENDER/VICTIM RELATIONSHIP CODES (Use for Members of the Same Family or Household): 01-WIFE, 02-HUSBAND, 03-FORMER WIFE, 04-FORMER HUSBAND, 05-MOTHER, 06-FATHER, 07-SON, 08-DAUGHTER, 09-BROTHER, 10-SISTER, 11-AUNT, 12-UNCLE, 13-MOTHER-IN-LAW, 14-FATHER-IN-LAW, 15-SON-IN-LAW, 16-DAUGHTER-IN-LAW, 17-[illegible]-IN-LAW, 18-[illegible]-IN-LAW, 19-[illegible] RELATIVE, 20-[illegible] FRIEND, 21-[illegible], 22-[illegible] ACQUAINTANCE, 23-[illegible], 24-[illegible] RELATIONSHIP

| Name (Offender) | 42. Home Address | 43. Sex-Race-Age | Height | Weight | Eyes | Hair | Compl. | Marks, Scars, etc. | C.B./I.R. No. | Offender Fill. Code |
|---|---|---|---|---|---|---|---|---|---|---|
| LEAKS, CHUNDELL T. | 3837 SO. ELLIS APT 401 | M 1 18 | 6'1 | 140 | BRN | BLK | M | TATTOOS | 546641 | 21 |
| HALEY, PAUL | 706 E. 39TH ST APT 805 | M 1 23 | 5'2 | 135 | BRN | BLK | M | | 202030 | 21 |

51. Object/Weapon: ☐ 1 Used ☐ 2 Displayed ☐ 3 Unk.
☒ 01 Hand Gun ☐ 02 Shotgun ☐ 03 Rifle ☐ 04 Knife ☐ 05 Vehicle ☐ 06 Blunt Instrument ☐ 07 Thrown Object ☐ 08 Explosive ☐ 09 Liquid/Gas ☐ 10 Bottle/Glass ☐ 11 Razor ☐ 12 Pry Tool ☐ 13 Hand, Feet ☐ 14 Other ☐ 15 DNA

52. Firearm Features: ☒ 01 Chrome/Nickel ☐ 02 Blue Steel ☐ 03 Short Barrel ☐ 04 Long Barrel ☐ 05 Sawed Off ☐ 06 Other ☐ 07 Unknown ☐ 08 DNA

53. Point/Entry: ☐ 01 Front Door ☐ 02 Rear Door ☐ 03 Window ☐ 04 Roof ☐ 05 Floor ☐ 06 Side Door ☐ 07 Other ☐ 08 Unknown ☐ 09 DNA

54. Point/Exit: ☐ 01 Front Door ☐ 02 Rear Door ☐ 03 Window ☐ 04 Roof ☐ 05 Floor ☐ 06 Side Door ☐ 07 Other ☐ 08 Unknown ☐ 09 DNA

55. Burglar Alarm: ☐ DNA; On Premise ☐ 1 Yes ☐ 2 No; Alarm Circumvented ☐ 1 Yes ☐ 2 No

56. Safe Burglary Method: ☐ 01 Punch ☐ 02 Torch ☐ 03 Explosive ☐ 04 Drill ☐ 05 Removed ☐ 06 Peel ☐ 07 Open ☐ 08 Unknown ☐ 09 DNA

57. If Residence, Where Were [illegible]: ☐ 01 Work ☐ 02 Visiting ☐ 03 Vacation ☐ 04 Visiting ☐ 05 Funeral/Wake

58. Unusual Characteristics of Offense

59. Gang Related – Affiliation: ☐ Victim ☒ Offender BUGOON SQUAD

Describe Property in Narrative — T = Taken; R = Recovered
1 Money ☐ T ☐ R | 2 Jewelry ☐ T ☐ R | 3 Furs ☐ T ☐ R | 4 Clothing ☐ T ☐ R | 7 Office Equipmt ☐ T ☐ R | 8 TV, Radio, Stereo ☐ T ☐ R | 9 Household Goods ☐ T ☐ R | Consum. Goods ☐ T ☐ R | Firearms ☐ T ☐ R | Narcotics, Drugs ☐ T ☐ R | Other ☐ T ☐ R

Vehicle/Trailer ☐ Stolen ☐ Theft From ☐ Offender's | Year | Make | Body Style | Color | VIN | State License No. | State | Exp. | Property Inventory No(s). | Veh. Invent.

THIS IS A GANG CRIMES INVESTIGATION SECTION SOUTH INCIDENT 84-S-1330

Sobriety of Victim: ☒ 1 Sober ☐ 2 HBD

VICTIM EDWARDS, DELBERT.M/B/19YRS.730 E. 39TH ST. APT 709.924-1110.

DATE & TIME OF INCIDENT FRI.27APR84.1530HRS.
LOCATION OF INCIDENT 730 E. 39TH ST

Flash Message Sent: ☐ Yes ☒ 2 No

| Extra Copies | Cont'd | Officer Notif. Follow-up Investig. Unit | Unit Notified | Person Notified | Date (Day-Mo-Yr) | Time |
|---|---|---|---|---|---|---|
| Normal PHU/S | ☒ Other | DET. WILLINDEZ | 612 | DET. MURPHY | 27 APR 84 | 1830 |

| Reporting Officer (Print) | Star No. | Officer's Signature | Date/Time Completed | Supervisor Approving (Print Name) | Star No. |
|---|---|---|---|---|---|
| P.O. MELINDEZ | 8140 | [signature] | 27APR84 1900 | SGT. KUROWSKI | 755 |
| P.O. MANN | 13770 | [signature] | | Approval Signature: [signature] | Date Approved: 27 APR 84 1900 |

REV. 8/83

CITY-NF-001089

PX 001-118

OFFENDERS — HALEY, PAUL.M/B/23YRS.[redacted].706 E.39TH ST.APT 805.UNEMPL. 5'2.135.MED COMPL.IR#702030.

LEAKS,CHUNDELL.T.M/B/18YRS.[redacted].3839 SO. ELLIS.APT 401. UNEMPL. 6'1.140.MED COMPL.IR#646641.

GANG AFFILIATION — BLACK GANGSTER GOON SQUAD/ BOTH ARE MEMBERS OF THE AFOREMENTIONED GANG.

ARRESTING OFFICERS —

| | | |
|---|---|---|
| OFF. A. WOODS | #15648 | 002 |
| OFF. F. BARNES | #9236 | 002 |
| OFF. E. MCCANN | #3419 | 715 |
| OFF. J. BROCK | #4036 | 715 |
| OFF. J. FELKER | #9700 | 715 |
| DET. MANN | #16770 | 141S |
| DET. WILINDES | #8140 | 141S |

CITY-NF-001090

date & time of arrest — FRI.27APR84.1600HRS.

PLACE OF ARREST — 750 E. PERSHING

COURT & CHARGES — 34-2 31MAY84.AGG ASSAULT

SEE CONTINUATION SHEET

I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE. SUPERVISOR'S SIGNATURE: K Kurowski — DATE (DAY-MO-YR): 27 A

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

HUCR OFFENSE CODE — ☐ CORRECT ☐ REVISED | REV. CODE | HUCR METHOD CODE | METHOD ASSIGNED ☐ 1 FIELD ☐ 2 ADMIN. ☐ 3 SUMMARY | UNIT NO. | OFFICER ASSIGNED STAR NO. | DATE ASSIGNED | SUPV. STAR NO. | INVESTIGATIVE FILE ☐ 1 YES ☐ 2 NO | REASSIGNED ☐ 1 YES

OFFICER REASSIGNED — STAR NO. | DATE | STATUS ☐ 0 PROGRESS ☐ 1 SUSPENDED ☐ 2 UNFOUNDED ☐ 3 CLEARED CLOSED ☐ 4 CLEARED OPEN ☐ 5 EXC. CLRD. CLOSED ☐ 6 EXC. CLEARED OPEN ☐ 7 CLOSED—NON CRIMINAL | IF CASE IS CLEARED, HOW CLEARED (USE THIS BOX FOR SINGLE CLEAR UP OR FIRST CLEAR UP OF MULTIPLE CLEAR UP LIST) ☐ 1 ARREST & PROSECUTION ☐ 2 DIRECTED TO FAMILY COURT ☐ 3 COMPL. REFUSED TO PROSECUTE ☐ 4 COMMUNITY ☐ 5 OTHER

VICTIM IDEN. LETTERS ☐ CORRECT ☐ REVISED | VICTIM NO. | REVISED NAME | REVISED ADDRESS

VALUE OF PROPERTY TAKEN/RECOVERED ☐ 1 DNA ☐ 2 VERIFIED ☐ 3 CORRECTED — FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES ... REPORTED ON THE REVERSE. THE NARRATIVE ...

1 MONEY ☐ T S ☐ R | 2 JEWELRY ☐ T S ☐ R | 3 FURS ☐ T S ☐ R | 4 CLOTHING ☐ T S ☐ R | 7 OFFICE EQUIPMT. ☐ T S ☐ R | 8 TV, RADIO, STEREO ☐ T S ☐ R | 9 HOUSEHOLD GOODS ☐ T S ☐ R | 10 CONSUM. GOODS ☐ T S ☐ R | 11 FIREARMS ☐ T S ☐ R | 6 NARC/DANG. DRUGS ☐ T S ☐ R | 15 OTHER ☐ T S ☐ R

SERIAL NOS. OR IDENTIFICATION NOS. ☐ 1 DNA ☐ 2 VERIFIED ☐ 3 CORRECTED — LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS OBTAINED

REMARKS (PERTINENT INFORMATION NOT ON ORIGINAL REPORT)

PREPARED BY – SIGNATURE | STAR NO. | DATE (DAY-MO-YR.) | APPROVED BY – SIGNATURE | STAR NO. | DATE (DAY-MO-YR)

PX 001-119

Case: 1:18-cv-03029 Document #: 511-46 Filed: 03/15/24 Page 121 of 147 PageID #:63525

GANG INVESTIGATION SECTION SOUTH 84-S-1330 27APR84
F150899 AGG ASSAULT

NOTIFICATIONS SGT. KUROWSKI
SGT. MURPHY

NARRATIVE IN SUMMARY R/I'S [illegible] TO C.O.S. ALERT OF MAN WITH A GUN AND LEARNED FROM THE VICTIM THAT HE HAD [illegible] BEEN SHOT AT BY TWO SUBJECTS NAMED PAUL HALEY, AND CHUNDELL LEAKS. VICTIM SAID THAT HE HAS BEEN HAVING PROBLEMS WITH THESE SUBJECTS WHO ARE MEMBERS OF THE BLACK [illegible] GOON SQUAD BECAUSE OF PENDING COURT CASES AGAINST OTHER MEMBERS OF THE SAME GANG.

R/I'S PLACED THE OFFENDERS UNDER ARREST FOR AGG ASSAULT ON COMPLAINTS SIGNED BY THE VICTIM, HOWEVER NO WEAPON WAS RECOVERED. OFFENDERS WANTED TO SIGN COMPLAINTS AGAINST SUBJECT EDWARDS ALLEGING THAT HE FIRED AT THE OFFENDERS INITIALLY. R/I'S INTERVIEWED WITNESSES IN THE AREA WHO WISHED TO REMAIN ANONYMOUS BUT SAID THAT EDWARDS DID NOT FIRE SHOTS AT THE OFFENDERS BUT RAN INTO THE BUILDING WHEN HE WAS FIRED UPON.

[signature]

K Mann

CITY-NF-001091

PX 001-120

I#103004

ARRESTEE NAME (LAST - FIRST - MI): HAWKINS, Earl nmi.
DISTRICT OF ARREST: 003
ARRESTING UNIT: 091
AREA: one
ADDRESS ARRESTEE: 345 E. 134 Th Street
PHONE: None
DATE ARRESTED: 09 Oct 1981
TIME ARRESTED: 2245
ALIASES:
I.D. NO.: C-217-651
C.B. NO.: 6257-650
BIRTHPLACE: Chicago
I.R. NO.: 444722

| DOB | AGE | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | NATIONALITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 26 | M | B | Med. | 5-08 | 140 | Brn | Blk | Lt. Brn | No | Americanegro |

MARITAL STATUS: Single
EMPLOYER OR SCHOOL: Unemployed
OCCUPATION: Laborer
SOC. SEC. NO.: Unk
ARRESTED WITH: TWENTY THREE OTHERS RD#C382-507 I#103002
VEHICLE USED DESCRIBE: na
ARTICLE 36: YES NO
COMPLAINANT NAME: Willie BIBBS(Deceased) State of I'LL
COMPLAINANT ADDRESS: Heaven??????
PHONE:
LOCATION OF ARREST (COMPLETE ADDRESS): 6417 S. Kenwood ave.
CHARGES PLACED: Murder Warrent# C-018134
RELEASED: YES NO [X]

| ARRESTING OFFICERS | STAR NO. | COURT BRANCH | DATE | DISPOSITION |
|---|---|---|---|---|
| Sgt. J. Halpin#1411 | | 66-3 | 13Oct 1981 | |
| Det. C. Steen | | | | |
| Assisting Third Watch 091 | | | | |

INVESTIGATING OFFICER: STAR NO.:

CPD - 11.430 (11/72)

ARREST INFORMATION/ CHICAGO POLICE

---

ARRESTEE'S NAME (LAST - FIRST - MI): DOYLE, William A. III
BEAT OF ARREST: 1023
ARRESTING UNIT: 710
R.D. NO.: NONE
ARRESTEE'S ADDRESS: 8314 S. Indiana
PHONE: NONE
DATE ARRESTED: 8 Feb 83
FILE NO.: DNA
ALIASES:
NICKNAME: Sun Down
TIME ARRESTED: 1455
C.B. OR J. NO.: 6756-231
BIRTHPLACE: Chicago, Ill
I.R. OR Y.O. NO.: 332820

| DOB | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | TATTOO/MARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | M | B | Med | 5'11 | 180 | Brn | Blk | Med | No | NV |

MARITAL STATUS: S
EMPLOYER OR SCHOOL: unempl. dope dealer
OCCUPATION:
SOCIAL SECURITY: [redacted]
ARRESTED WITH: DNA
HOME ADDRESS:
ARRESTEE'S GANG AFFILIATION: El Rukn
GANG LOCATION/DISTRICT: City Wide
LOCATION OF ARREST (COMPLETE ADDRESS): 2640 S. California
PHOTO
BOOK
VEH. YR.: MAKE: DNA BODY STYLE: COLOR Top Bottom STATE LICENSE NO.:
PAGE/NO
STATE - MO./YR. EXPIR.:
COMPLAINANT: R.I.s
ADDRESS: 5101 S. Wentworth
CHARGES: D/C & Traffic Violati
ARRESTING OFFICER - STAR NO.: Cullom # 14685
ARRESTING OFFICER - STAR NO.: O'Neill # 12128
COURT BR. - COURT DATE: Br. 27-2 -

CPD-45.105 (Rev. 1/82)

GANG ARREST INFORMATION/CHICAGO POLICE

Case: 1:12-cv-04428 Document #: 313-76 Filed: 09/19/17 Page 123 of 147 PageID #:19169

Brown,

CITY-NF-001093

PX 001-122

Case: 1:18-cv-03029 Document #: 511-46 Filed: 03/15/24 Page 124 of 147 PageID #:19186

6705 So Langley | APT. NO. | 27 | HAWKINS BAKER | C.B. NO. 6848456

TYPE OF PREMISES: 07 | BEAT 003 | RESIDENCE: 6417 So Kenwood #226 | 0815

ILLINOIS H-252-2005-5232 IL 444722

5-09 | 150 | BRN | BLK | MED | 031 MIC

BEARD | 312 | 30 MAY 83 | 02:30 | I 28 00I

1. 95½ 4-102.2 | 1. TAMP. AUTO | Released after Clearing B of I

TIME FINGERPRINTED: 0300

REFERENCES (CHAPTER, ARTICLE, SECTION) | OFFENSES | DISPOSITIONS

VEHICLE: YEAR 71 | MAKE DODGE | STATE LICENSE NO. 120 818 R/V | DISPOSITION OF VEHICLE: TOWED TO POUND

A/O'S

TRANSPORTED TO: 03 DIST CRITTLE + CD | HOW TRANSPORTED: BEAT 312 | TIME 02 30

NARRATIVE:

THE ABOVE SUBJECT WAS ARRESTED BY A/O'S FOR BEING IN CONTROL OF A POSSIBLE STOLEN VEH. THE ABOVE NAME SUBJECT WAS SEEN INSIDE AND AROUND THE VEHICLE AND ALSO TAMPERING UNDER THE HOOD WHEN ASKED TO PRODUCE OWNERSHIP DOCUMENTS THE SUBJECT WAS UNABLE TO DO SO. HE WAS THEN PLACED UNDER ARREST ADVISED OF HIS RIGHTS AND TRANSPORTED TO THIRD DISTRICT FOR PROCESSING

R-84 TO F.B.I.

Insufficient evidence to be released pending clearing B of I

POSTED TO I. R. RECORDS

Crus 367 | TEL NO CALLED 667-9219 | TIME OF TELEPHONE CALL 0500

DATE RECEIVED LOCKUP BUILDING: 30-MAY-83 | 0300

Willis Sgt 9482 | 003 | 314 | 24 | W. Brady | 003 | 314

H. Miller 16364 | 03 | P 651044

C. Hill 345498

RECEIVED FOR INQUIRY APR 27 1994 NAME CHECK ONLY

6848456

COURT SERGEANT/PERMANENT RECORD COPY

CITY-NF-001094

11.428 (REV. 2/82)

17 — 1. NAME: DOYLE WILLIAM A. — M B

Address of Arrest: 6400 S. WOODLAWN — Apt. No. — 6. Age: 28 — 7. Alias (Last) (First) (Middle) — C.B. No.: 6449294

Location Code for Nature of Premises: HALLWAY — 11. Dist./Res.: 006 — 12. Residence Address: 8314 S. INDIANA — Time Photo: Yes — 14. B.O. No.: NONE

Resisted Arrest: No — 16. Assaulted Officer: No — 17. Officer Injured: No — 18. Sobriety: Sober — 19. State/Place of Birth: ILL — Drivers License No.: D-400-9215-4278 — State: ILL — 20. I.R. No.: 332820

Weapon: Other (Specify) N/A — 22. Height: 5'11" — 23. Weight: 180 — 24. Eyes: BRN — 25. Hair: BLK — 26. Complexion: DARK — 27. Fingerprint Classification: 17 W MII / 17 U III

Glasses: No — 29. Build: Medium — 30. Marks, Scars, Deformities, Handicaps, Etc. — 31. Beat of Arrest: 315 — 32. Date of Arrest: Day 20, Month OCT, Year 82 — Time: 1700 — 33. Final Ct. Date & Branch: NS

Charges: 1. 193-1A — 1. DISORDERLY

Where Employed: UNEMPLOYED

Occupation: LABOR

No. Arrested: 16 — 37. Time Fingerprinted: 1815

38. References (Chapter, Article, Section) — 39. Offenses

BLANCHE MANNING NOV 3 1982 (Disposition)

Officer Notifying Investigative Unit: — D — 42. Person Notified: N — A — Unit Notified — Time — 43. Date Charged: 20 Oct 82 — Time: 2320 — 44. Approval of Charges: [illegible]

Vehicle: Year — Make: D — State License No.: N — A — Disposition of Vehicle

Complainant: Name: R/O's — Sex — Race — Home Address — Phone No.

Arrestee Transported to: 003 — By: JT. THOMAS — Star No.: 14137 — How Transported: BT-373 — Time: 1715 — Property Inventory No(s).

Narrative:

ABOVE SUBJECT WAS ARRESTED FOR DISORDERLY CONDUCT WHEN HE WAS OBSERVED CREATING A DISTURBANCE BY YELLING LOUD OBCENITIES AND GANG SLOGANS. SUBJECT REFUSED TO MOVE ON WHEN ASKED TO BY R/O'S. SUBJECT IS AN ADMITTED MEMBER OF THE "EL RUKIN'S" STREET GANG. REQUEST PRINTS FOR I.D.

BLANCHE MANNING NOV 3 1982

C3806264

Tel. No. Called: 375-6915 — Time of Telephone Call: 2045

For Court Use — Court Docket No.

CITY-NF-001095

Vehicle Assigned: 3 — Two Man Car — 50. Desired Court Date: 3-NOV-82 — Branch: 343 — 51. Court Sgt. to Handle: YES — 52. Date Received Lockup Building: 20 Oct 82 — Time — 53. Final Disposition: [illegible]

Arresting/Appearing Officer: POSTED TO I. R. RECORDS — WILLIAMS 16112 — Beat No.: 331 — B.O. Grp.: 3 — Arresting Officer: C. BRADY — Star No.: 3642 — Unit No.: 003 — Beat No.: 331

Booking Officer: Schultz — Star No.: 948 — Unit: 2 — 57. Property Receipt No. — 58. Initial Court Date — Branch

Arrestee Searched By: Hill — Star No.: 34598 — Unit: 3 — 60. Bonded-Date: 20 Oct 82 — Time: 1200

ISSUED BY ... / RELEASED BY ... CHECK ONLY

Juvenile Data: 61. Y.D. No. — 62. Religion — 63. Detained / Temp. Release — 64. No. Adults Arrested — 65. Date of Offense: Day, Mo., Year — Time — 73. Comm. Area No. — 74. Juvenile Code

COURT SERGEANT/PERMANENT RECORD COPY

IDENTIFICATION SECTION

CRIMINAL HISTORY OF Earl HAWKINS M/N

FPC:O 31 MIO 19
I 28 OOI

DATE 24 Jul 75

DATE OF BIRTH [redacted] IR#444722

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST / ARRESTING OFFICER & DIST. / CHARGE / DISPOSITION |
|---|---|---|
| Earl HAWKINS 345 E. 134th St. | 4446871 | -24 Jul 75, Off Smith 5th Dist., Inv. Burg. 24 July 75, Released W/O charging |
| Earl HAWKINS 345 East 134th St. | 4470473 | -17 Aug 75, Off. Love, 21st Dist., Intimidation 15 Sept. 75, Intimidation(38-12-6a1) Held to the Grand Jury, Judge Higgins 8 Oct 75. G.J. Ind#75-6485, Intimidation. |
| Earl HAWKINS 915 E 42nd Pl. | 4526239 | -15 Oct 75; Off. Murphy TSA A-1 (21st Dst) Agg. Battery 22 Jan 76, Battery(38-12-3) FNPC Disch. Judge Meier. |
| Earl HAWKINS 345 E 154th St | 4563909 | 25 Nov 75, Off. Murphy, TSA A/1, 2nd Dist., Intimidation 4 Dec 75, Intimidation(38-12-6) Batt(38-12-4) FPC Trans to Chief Judge, Judge Meier |
| Earl HAWKINS 324 E. 39th St. | 4895044 | - 26 Jan 77, Off. Conwell 2nd dist. - Disord. 14 Feb 77, Disorderly(MCC) LFD, Judge Palmer |
| Earl HAWKINS 345 E. 135th St. | 4911729 | - 21 Feb 77, Off. Breckenridge GCID-S (002) Disord. 8 Mar 77, Disord Cond(MCC) Non suit, Judge Zelez-inski. |
| | SEE CB 4470473 | 24May 77, Intimidation(75-6485) Finding Not Guilty, Judge Watt. |
| Earl HAWKINS 345 E. 134th St. | 5148064 | -9 Jan 78, Off. Williams 002nd Dist, UUW 11 Apr 78, Fail to Prod (MCC), Fail to Reg (MCC) Theft (38-16-2) Discharge, UUW (MCC), UUW (38-24-1a10) FNG/FNG, Judge Sodini |
| Earl HAWKINS 345 E. 134th St. | 5173645 | -20 Feb. 78, Off. Brannigan, GCID-South, (002) Dis. 20 Feb 78, Disord Cond(MCC) LFD, Judge DiVito. |
| Earl HAWKINS 6724 Stony Island | 5196262 | -22 Mar 78 Off. Alexander VCD-N (CD) Del Cont Subst & Poss Cont Subst 19 May 78, Del. cont subs(56½-1401) Poss cont subs(56½-1402) SOL, Judge Zelezinski |
| Earl HAWKINS 345 E. 134th St. | 5205355 | -4 April 78, Off. Bonner VCD-G (CDS) Patron 17 Apr 78, Patron (MCC) Non-Suit, Judge Zelezinski. |
| Earl HAWKINS 6724 S Stony Island | 5413784 | -16 Dec 78, Off Roland 002nd Dist Poss cont sub 22 Mar 79 Poss Cont Sub(56½-1402) SOL Viol Cont Sub Act(56½-1-06) FG FG 2 Days DC T.S. Judge Zelezinski |

ISSUED CII INQUIRY APR 23 1984 BY NAME CHECK ONLY

CPD-31.903 (8/73)

ENTRIES PRECEDED BY AN ASTERISK* REPRESENT INFORMATION SUPPLIED TO THIS DEPARTMENT BY THE F.B.I. OR OTHER GOVERNMENTAL AGENCIES. THESE ENTRIES ARE NOT SUPPORTED BY FINGERPRINTS IN THE FILES OF THE CHICAGO POLICE.

Continued on Page 2

CITY OF CHICAGO / DEPARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION Chicago, Illinois 60605

CRIMINAL HISTORY OF HAWKINS, Earl M/N

DATE 24 Jul 75

DATE OF BIRTH [redacted]

| I.R. NO. | FBI NO. | I.S.B. NO. |
|---|---|---|
| 444722 | 453 218 L5 | 1908225 |

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST / ARRESTING OFFICER & DIST. / CHARGE / DISPOSITION |
|---|---|---|
| 1 HAWKINS<br>24 S Stony Island | 5718390 | -02 Jan 80, Off Brooks, 021stDist., UUW<br>16 Jan 80 UUW(38-24-1a10) Fail Prod(38-83-2a)<br>Fail Reg(MCC) BFW Judge Whitaker |
| 1 HAWKINS<br>4 Stony Island<br>[redacted] | 5959746 | -22 Oct 80- Off. Williams 21st Dist UUW Wrt<br>31 Oct. 80, UUW Wrt. PG/FG. 2 Days Time Cons. Served,<br>Judge Manning |
| Earl HAWKINS<br>345 E 134th St.<br>[redacted] | 6257650 | -10 Oct 81, Off. Steen GC-S-2nd Dist. Murder.<br>3 Nov 81. G.J. Ind#81-C7743, Murder, Arm Violence.<br>10 Sep 82, Murder, A/Viol. (81-7743) FINDING NOT GUILTY<br>Judge Joyce |
| rl HAWKINS<br>17 Kenwood<br>[redacted] | 6649292 | - 20 Oct 82 Off. Parks 3rd Dist. Disorderly<br>03 Nov 82, Dis Cond., (MCC), Non Suit, Judge Manning |
| 1 HAWKINS<br>17 S Kenwood<br>[redacted] | 6848456 | - 30 May 83 Off Willis 3 dist Tamp w/auto<br>30 May 83, RELEASED WITHOUT CHARGING |

CITY-NF-001097

ISSUED ON INQUIRY
APR 27 1984
BY NAME CHECK ONLY

*CONFIDENTIAL —Further dessemination of information contained in this record is forbidden. When this record has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulations S.S. 20.33).*

1.903 (REV. 10/75)

CITY OF CHICAGO / DEPARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION — Chicago, Illinois 60605

I.R. NO. 332820

CRIMINAL HISTORY OF: DOYLE, William A — M/N — 5

DATE: 03 Mar 72 — 17 W MII / 17 U III

DATE OF BIRTH: [redacted]

| I.R. NO. | FBI NO. | I.S.B. NO. |
|---|---|---|
| 332820 | 799 641 J 5 | 1587013 |

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST / ARRESTING OFFICER & DIST. / CHARGE / DISPOSITION |
|---|---|---|
| William DOYLE 8314 S Indiana | 5194619 | -20 Mar 78, Off Cahan, 003rd Dist., Disorderly 5 Apr 78, Diso.Cond(MCC)LFD. Judge Houtsma. |
| illiam DOYLE 314 S. Indiana | 5253194 | -02 June 78, Off. Davino 021st Dist. Poss. Marij. 20 Jul 78, Poss Cannabis(56½-704) MS SOL Judge Zelezinski 28 Jul 78, Fail Reg Weap(38-83-2a) SOL, Fail Reg & FailCarry ID(MCC) Non Suit, Judge Petrafca |
| illiam DOYLE 314 S. Indiana | 5291510 | -18 July 78 Off. Kuffel GCID S (02) Dis (State) 30 Aug.78, Diso.Cond.(38-26-1A1)SOL.Judge Whitaker |
| William DOYLE 724 Stoney Island [redacted] | 5991808 | -04 Dec 80, Off Shelton, 021st Dist., Battery 12 Jan 81, Battery(38-12-3)SOL, Judge Manning |
| lliam A. DOYLE 14 S. Indiana [redacted] | 6046867 | -20 Feb 81 Off. Bauer GCSS (02) Poss Marij 10 Aug 81, Poss Marij. (56½-704) PG/FG 2 Days Time Cons. Served & $90 Fine, Judge McNulty |
| William DOYLE 8314 S. Indiana [redacted] | 6356300 | -01 Feb. 82, Off. Schmidt GCED-West (011) Diso. Cond. |
| illiam A. DOYLE 314 S Indiana [redacted] | 6461614 | -17 May 82, Off. Gricus 9th Dist. Poss. Cont. Sub. (felony 26 Jul 82, Poss Of Cont Subs., (56½-1402), FNPC, Judge Campion |
| illiam DOYLE 314 S. Indiana [redacted] | 6641345 | -12 Oct. 82 Off. Pamon 21st. Poss. Marij. 30 Dec.82, Poss. Marij.(56½-704a) SOL,Judge Zelezinski |
| William DOYLE 314 Indiana [redacted] | 6649294 | - 20 Oct 82 Off Brady 3 dist Dis. 03 Nov 82, Diso. (MCC) Non Suit, Judge Manning. |

DOING TIME W/ JEFF FORT FOR DRUG DEAL IN MISSISSIPPI

ISSUED ON INQUIRY
APR 27 1984
BY NAME CHECK ONLY

*CONFIDENTIAL —Further dessemination of information contained in this record is forbidden. When this record has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulations S.S. 20.33).*

803 (REV. 10/75) — dm — dn

CITY-NF-001098

PX 001-127

1121 South State Street Chicago, Illinois 60605
IDENTIFICATION SECTION

CRIMINAL HISTORY OF DOYLE,William A. M/N 17 W MII (5
17 U III

DATE 3 Mar 1972 IR#332820

DATE OF BIRTH

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST / ARRESTING OFFICER & DIST. / CHARGE / DISPOSITION |
|---|---|---|
| William A. DOYLE 8314 So. Indiana | 3491822 | - 3 Mar 72,Off. Boston Intell. Div.(5thdst) 11 May 72,Agg.Batt.(38-12-4a)(2cts)SOL,Judge Casey |
| William A. DOYLE 8314 S Indiana | 3651705 | -4 Oct 72 Off. Wallace YDA#2 Dist. 005 9 Feb 73. UUW(38-24-1a4) SOL; Fail to Reg(MCC)(2cts Fail to Carry Cert(MCC) Fail to Carry Cert(MCC) Non Suit., Judge Walton. |
| William A. DOYLE 8314 S. Indiana | 3656043 | -10 Oct. 72 Pylman SOG#2 05th Dist. 20 Jan 73,Burg.(38-19-1)SOL,Judge Walton |
| William A DOYLE 8314 Indiana | 3818184 | -1 Jun 73 Dostal 5th dst 1 June 73, Released Without Charging. |
| William A. DOYLE 2710 E.83rd St. | 4089805 | -24May74- Zelazo 4th dst Poss of Marijuana 24 May 74, Poss.Marij.(56½-704)9 mos.PROBATION.Judge Murphy |
| William A. DOYLE 631 E. 92nd St. | 4269449 | -7 Jan 75 Off. Mahon 5th Dist. 7 Jan 75, Released without chargeing |
| William A DOYLE 2710 E 83rd St | 4295669 | -8 Feb 75 Off Springer 04th Dist. Agg Assault 22 Oct 75,Agg Asslt(38-12-2a1)Reckless Cond(38-12-5) Disord(MCC)Discharged,Fail to Reg(MCC)Non Suit,Fail to Carry(38-83-2a)SOL,Judge McDonnell |
| William A.DOYLE 2710 E.83rd St. | 4304263 | -18 Feb.75, Off.McQuaid (04), Robbery. 18 Feb 75, Released W/O Charging |
| William A. DOYLE 2710 E. 83rd St. | 4340098 | -31 Mar. 75, Off. Stigler GCID (06st Dist.) UUW-Poss. of Marij. 15 May 75, UUW(38-24-1a10) Unl. Poss(38-83-2a)Poss Marij.(56½-704) Fail to Reg.(MCC) SOL, Judge Murphy |
| William A. DOYLE 8314 S. Indiana | 4503735 | -22 Sept 75, Off Wiggins, 02 Dist, Dis Conduct 7 Oct 75,Disord Wt.,DWP,Jdg Jordan |
| William DOYLE 8314 S Indiana | 4791313 | -28 Aug 76, Off. Eckles, 6th Dist, State Disorderly 13 Sept 76, Diso.Conduct (38-26-1a1) SOL, Judge Garnett. |
| William DOYLE 8314 S. Indiana | 5088010 | -12 Oct 77 Off. May 3d UUW 3 Aug 78, UUW(38-24-1a4).PG FG 1 Yr PROBATION & 2 Days HC TS, No State ID(38-83-2a)-SOL Fail Reg Fail Carry(MCC)-Non Suit, Judge Banks |

ISSUED ON INQUIRY
APR 27 1984

cts

*ENTRIES PRECEDED BY AN ASTERISK* REPRESENT INFORMATION SUPPLIED TO THIS DEPARTMENT BY THE F.B.I. OR OTHER GOVERNMENTAL AGENCIES. THESE ENTRIES ARE NOT SUPPORTED BY FINGERPRINTS IN THE FILES OF THE CHICAGO POLICE.*

D-31.803 (8/71)

(CONTINUED ON NEXT PAGE)

CITY-NF-001099





Case: 1:12-cv-04428 Document #: 313-46 Filed: 03/15/17 Page 130 of 147 PageID #:69196

CITY-NF-001100





Case: 1:12-cv-04428 Document #: 313-78 Filed: 09/15/17 Page 131 of 147 PageID #:15978

CITY-NF-001101

ARREST REPORT
CPD-11.420 (Rev. 2/83)

1 OF 2

STEWART EDWARD W. M B

5. ADDRESS OF ARREST: 5400 W. LAKE
6. AGE: 21
7. ALIAS (LAST) (FIRST) (MIDDLE)
8. C.B. NO.: 6591-066
10. ENTER LOCATION CODE FOR NATURE OF PREMISES: 09
11. DIST.: 15
12. RESIDENCE ADDRESS: 6139 S. KIMBARK / 226 N. PINE
13. TIME PHOTO: HAS
14. R.D. NO.
15. RESISTED ARREST: NO
16. ASSAULTED OFFICER: NO
17. OFFICER INJURED: NO
18. SOBRIETY: SOBER
19. STATE-PLACE OF BIRTH: ILL.
DRIVERS LICENSE NO. / STATE
20. I.R. NO.: 650810
21. WEAPON: D.N.A.
22. HEIGHT: 5'9
23. WEIGHT: 137
24. EYES: BRN
25. HAIR: BLK
26. COMPLEXION: MED
27. FINGERPRINT CLASSIFICATION: 27 I IO
28. GLASSES: NO
29. BUILD: MEDIUM
30. MARKS, SCARS, DEFORMITIES, HANDICAPS, ETC.
31. BEAT OF ARREST: 1521
32. DATE OF ARREST: DAY 30 MONTH NOV YEAR 83 TIME 1530
33. FINAL CT. DATE & BRANCH: FEB 14 1984
27 000
34. WHERE EMPLOYED: UNEMPLOYED
35. OCCUPATION: LABORER
36. NO. ARRESTED: 1
37. TIME FINGERPRINTED: 1605

| 38. REFERENCES (CHAPTER, ARTICLE, SECTION) | 39. OFFENSES | 40. DISPOSITIONS |
|---|---|---|
| 1. 56½-704 | 1. POSS. OF MARIJ. | 1. NS |
| 2. | 2. | 2. |
| 3. | 3. | 3. |
| 4. | 4. | 4. |
| 5. | 5. | 5. |

41. OFFICER NOTIFYING INVESTIGATIVE UNIT: D
42. PERSON NOTIFIED: N.A.
UNIT NOTIFIED / TIME
43. DATE CHARGED: 1 DEC 83 TIME 0011
44. APPROVAL OF CHARGES: TPDC.

45. VEHICLE OF ARRESTEE: YEAR 1973 MAKE CHEV. STATE LICENSE NO. APP. FOR
DISPOSITION OF VEHICLE: TURNED OVER TO 750 N. LOREL
46. VICTIM-COMPLAINANT: NAME WARRANT'S HOME ADDRESS: STAR # 13481 - 6 DIST.
47. ARRESTEE TRANSPORTED TO/BY: 15TH G. ALM STAR NO. #10007 HOW TRANSPORTED 6633 TIME 1545 PROPERTY INVENTORY NO(S): D.N.A.

48. NARRATIVE

ON VIEW SQUAD #6633 ARREST OF ABOVE FOR A CRIMINAL WARRANT & TRAFFIC WARRANTS
WARRANT: # CD025682
DOCKET: # 82552083
CHARGE: # 56½-704-POSS. OF MARIJUANA - FELONY
BOND: $ 10,000.00
COURT: BRANCH #25

ISSUED ON INQUIRY
APR 20 1984
BY NAME CHECK ONLY

POSTED TO I. R. RECORDS

A/O'S HAVE NO KNOWLEDGE OF WARRANT
GANG CRIMES NORTH ARREST

TEL. NO. CALLED: 373-3963
TIME OF TELEPHONE CALL: 1610

FOR NARCOTIC ARREST: CANNABIS / CONTROLLED SUBSTANCE
APPROX. WEIGHT NO. PILLS
EST. STREET VALUE - CALL VICE CONTROL, PAX 4-4191: $
FOR COURT USE - COURT DOCKET NO.

49. VEHICLE ASSIGNED: TWO MAN CAR
50. DESIRED COURT DATE: 2 DEC 83
BRANCH: 25
51. COURT SGT. TO HANDLE: NO
52. DATE RECEIVED LOCKUP BUILDING: 30 NOV 83
TIME: 1550
53. FINAL JUDGE'S NAME: WREN

55. ARRESTING/APPEARING OFFICER: J. O'CONNELL STAR NO. 12699 UNIT 961 BEAT NO. 6633 D.O.S.NR 3
ARRESTING OFFICER: G. ALM STAR NO. 10007 UNIT NO. 961 BEAT NO. 6633

56. BOOKING OFFICER: [signature] STAR NO. 10313 UNIT 015
57. PROPERTY RECEIPT NO.: NONE
58. INITIAL COURT DATE: 1 DEC 83 BRANCH: 25

59. ARREST DETAINED BY: KACHAL STAR NO. 4652 UNIT 011
60. BONDED OUT TO: To Ct.
TIME

JUVENILE DATA: 61. Y.D. NO. 62. RELIGION 63. DETAINED 1 / RELEASED 2 64. NO. JUVENILES ARRESTED 65. DATE OF OFFENSE DAY MO YEAR TIME 73. COMM. AREA NO. 74. JUVENILE CODE

6996-1-066

CITY-NF-001102

Case: 1:12-cv-04428 Document #: 513-46 Filed: 09/15/24 Page 133 of 147 PageID #:55159

1121 South State Street
Chicago, Illinois 60605

STEWART Edward M/B

13 Sept. 82

650810

Edward STEWART
8042 S. Ellis

6563247 - 7 Aug. 82, Off. Compton. 006th. Dist. Poss Marij.

Edward STEWART
6139 S. Kimbark

6607631 - 13 Sept. 82, Off. Fressett 021st. Dist. BFW Poss Marij.

Edward W. STEWART
226 N. Pine

6996066 -30 Nov 83 Off. Alm GSU N (15) Wtts CC025682
14 Feb. 84, Poss. of Marij. (5--704) Non Suit, Judge Wrenn

ISSUED ON INQUIRY

APR 30 1984

BY NAME CHECK ONLY

CITY-NF-001103

adg

PX 001-132

Case: 1:12-cv-04428 Document #: 513-76 Filed: 09/19/17 Page 134 of 147 PageID #:19260

NS134 [illegible] LOS/W8407392 WANTED
OFF/3899 FAMILY OFFENSE DOW/012484
NAM/STEWART,EDWARD SEX/M RAC/B POB/MS
DOB/090763 AGE/20 HGT/507 WGT/152 HAI/XXX EYE/BRO SKN/[illegible]
DLS/IL [illegible] DLY/00
MIS/PATERNITY,83M1905510,$1000 D BOND
LKA/226 N PINE,CHGO SNF NR 061091 JUDGE LIPNICK BR 53
312/580-3171
OCA/W84088
ORA/SO COOK CO CHILD SUPP ENF ENT/[illegible] [illegible]

print 03- 6563247 (Red Lined No IR)
IR 650810

CITY-NF-001104

PX 001-133

Case: 1:12-cv-04428 Document #: 515-46 Filed: 08/19/24 Page 135 of 147 PageID #:65281

| ARRESTEE NAME (LAST - FIRST - MI) | DISTRICT OF | ARRESTING UNIT | AREA | DISTRICT |
|---|---|---|---|---|
| [illegible], [illegible] | [illegible] | [illegible]/615 | 1 | |

| ADDRESS ARRESTEE | PHONE | DATE ARRESTED | TIME ARRESTED |
|---|---|---|---|
| 1310 [illegible] 64th st. | [illegible] | [illegible] | [illegible] |

| ALIASES | NO. | C.B. NO. |
|---|---|---|
| | [illegible]5 | |

| | PLACE | I.R. NO. |
|---|---|---|
| | [illegible] | [illegible] 152260 |

| D.O.B. | AGE | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | NATIONALITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [illegible] | [illegible] | [illegible] | [illegible] | 5-[illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | American |

| MARITAL STATUS | EMPLOYER OR SCHOOL | OCCUPATION | SOC. SEC. NO. |
|---|---|---|---|
| single | [illegible] | Student | |

| ARRESTED WITH | VEHICLE USED (DESCRIBE) | ARTICLE HELD |
|---|---|---|
| Derrick LUCKETT & John HAYES | [illegible] | ☐ YES ☐ NO |

| COMPLAINANT NAME | COMPLAINANT ADDRESS | PHONE |
|---|---|---|
| [illegible], Richard | [illegible] | [illegible] |

| LOCATION OF ARREST (COMPLETE ADDRESS) | CHARGES PLACED | RELEASED |
|---|---|---|
| 1310 E.64th St. | Robbery | ☐ YES ☒ NO |

| ARRESTING OFFICERS | STAR NO. | COURT BRANCH | DATE | DISPOSITION |
|---|---|---|---|---|
| Inv. D. Mulcahy 1 | 13650 | Juv. Ct. | | T.O.T.Y.D. |
| Inv. R. Contino 2 | 14741 | | | |
| [signature] (Stop Order) | | | | |
| INVESTIGATING OFFICER | STAR NO. | | | |

CPD - 11.450 (11/72)

ARREST INFORMATION / CHICAGO POLICE

CITY-NF-001105

| ARRESTEE NAME (LAST - FIRST - MI) | DISTRICT | ARRESTING UNIT | AREA | DISTRICT |
|---|---|---|---|---|
| Stewart Eddie | 00 | 251A | 1 | 002 |

| ADDRESS ARRESTEE | PHONE | DATE ARRESTED | TIME ARRESTED |
|---|---|---|---|
| 6620 S.Harper | None | 10 Aug 81 | 1210 |

| ALIASES | IR NO. | C.B. NO. |
|---|---|---|
| "Sarra Baka" | C299375 | 6200317 |

| | BIRTHPLACE | I.R. NO. |
|---|---|---|
| | Chgo. | 416417 |

| DOB | AGE | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | NATIONALITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 24 | M | B | Med | 5'9 | 170 | Brn | Blk | Med | Yes | Negro |

| MARITAL STATUS | EMPLOYER OR SCHOOL | OCCUPATION | SOC. SEC. NO. |
|---|---|---|---|
| Single | 210 E.51st St.-Jewelry Store | Salesman | [redacted] |

| ARRESTED WITH | VEHICLE USED (DESCR.) | ARTICLE 36 |
|---|---|---|
| D N A | D N A | ☐ YES ☐ NO |

| COMPLAINANT NAME | COMPLAINANT ADDRESS | PHONE |
|---|---|---|
| Katrina Moore | 223 E.50th Street | None |

| LOCATION OF ARREST (COMPLETE ADDRESS) | CHARGES PLACED | RELEASED |
|---|---|---|
| 210 E.51st Street | Ind.Lib.With a Child | ☐ YES ☒ NO |

| ARRESTING OFFICERS | STAR NO. | COURT BRANCH | DATE | DISPOSITION |
|---|---|---|---|---|
| Freeman | 16539 | 66 | 13Aug | |
| Boyd | 8602 | | | |
| | | | | |
| **INVESTIGATING OFFICER** | **STAR NO.** | | | |
| Jack Stewart | 13029 | | | |

CPD - 11.430 (11/72) ARREST INFORMATION/ CHICAGO POLICE

CITY-NF-001106

PX 001-135

Case: 1:19-cv-03029 Document #: 511-46 Filed: 03/19/24 Page 137 of 147 PageID #:69263

| ARRESTEE'S NAME (LAST - FIRST - MI) | BEAT OF ARREST | ARRESTING UNIT | FILE NO. |
|---|---|---|---|
| Frazier Damien | 923 | 181 | 82-S-450 |
| ARRESTEE'S ADDRESS | PHONE | DATE ARRESTED | TIME ARRESTED |
| 1148 W. 51st St. | None | mar 82 | 2145 HRS |
| ALIASES | | RD NO. | C.B. OR I. NO. |
| | | I 079972 | |
| NICKNAME | | BIRTHPLACE | I.R. OR Y.D. NO. |
| Chico | | ILL. | |

| DOB | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | TATTOO/MARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | M | B | Med | 6'2 | 170 | BRN | Blk | M 20 | | |

| MARITAL STATUS | EMPLOYER OR SCHOOL | OCCUPATION | SOCIAL SECURITY NO. |
|---|---|---|---|
| Single | Unemployed | D - N - A | [redacted] |

| ARRESTED WITH | HOME ADDRESS |
|---|---|
| Carl T. Davis | 7312 S Halsted |

| ARRESTEE'S GANG AFFILIATION | GANG LOCATION/DISTRICT | PHOTO |
|---|---|---|
| | | |
| LOCATION OF ARREST (COMPLETE ADDRESS) | CHARGES PLACED | BOOK / PAGE NO. |
| 1148 W. 51st St. | Released Per ASA | |

| VEH: YR. MAKE | BODY STYLE | COLOR Top | Bottom | STATE LICENSE NO. | STATE MO./YR. EXPIR. |
|---|---|---|---|---|---|
| N/A | — | — | | — | N/A |

REMARKS

9th Dist.
Show up
#75 9

| ARRESTING OFFICER - STAR NO. | | ARRESTING OFFICER - STAR NO. | |
|---|---|---|---|
| J. Lynch | 6323 | J. O'Mara | 8696 |

CPD-45.105 (11/81) GANG ARREST INFORMATION/CHICAGO POLICE

CITY-NF-001107

Case: 1:18-cv-03029 Document #: 511-46 Filed: 03/15/24 Page 138 of 147 PageID #:65262

NICKNAME
Chico
FULL NAME (LAST) (FIRST)
Prince, Damien
ADDRESS
1148 W. 51st St.
DATE OF BIRTH DAY MONTH YEAR
[ ] LEADER [ ] MEMBER
ASSOCIATE OF
ADDRESS
DATE OF BIRTH DAY MONTH YEAR
CPD-41.504 (3/71) NICKNAME INDEX/ CHICAGO POLICE

NICKNAME
Chico (B.G.D.)
FULL NAME (LAST) (FIRST) (M.I.)
Key, Mertel
ADDRESS
3833 So Langley 406
DATE OF BIRTH
[ ] LEADER [X] MEMBER
AS
ADDRESS
DATE OF BIRTH DAY MONTH YEAR
CPD-41.504 (3/71) NICKNAME INDEX/ CHICAGO POLICE

8

"Chico" = Greg, Cousin to Darryl Baldwin
28/29, 6-00, 180, Lt. comp.
3833 Lang #709

CITY-NF-001108

Case: 1:18-cv-03029 Document #: 511-46 Filed: 03/15/24 Page 139 of 147 PageID #:69263

[illegible] South State Street
[illegible] Chicago, Illinois [illegible]

COPY

WALLACE, Olivia F/B

22 Feb 1982

631685 617 913 X 10 2352837

Olivia WALLACE 6374016 -21 Feb 82. Off. Howard, 7th Dist (2nd) Battery.
4716 Cottage Grove 31 Mar 82, Battery (38-12-3a) FG/FG $55.00 Fine &$35.00 Cost
Judge Ellis

ISSUED ON INQUIRY
APR 20 1988
BY NAME CHECK ONLY

CITY-NF-001109

[illegible]

ES

Case: 1:18-cv-03029 Document #: 511-46 Filed: 03/15/24 Page 140 of 147 PageID #:63544

ARREST REPORT
CPD-11.420 (REV. 9/80)

1-J Wallace, Olivia F B

Address of arrest: 5623 So Wood — Age: 17 — IR No.: 637-4-016

Nature of premises: Street — Dist.: 007 — Residence address: 4716 So. Cottage Gr Apt 1138 — Take

Resisted arrest: No — Assaulted officer: No — State/place of birth: Miss — Drivers license no.: None — FBI no.: 631685

Weapon: N/A — Height: 5-3 — Weight: 128 — Eyes: BRN — Hair: BLK — Complexion: MED

Marks, scars, deformities: N/V — Beat: 715 — Date of arrest: 31 Feb 82 — 31 Mar 82 — 1400

Charges: 1. Ch 38 12 3A — 1. Battery — PC/FC 155 + 35 + Stay Away

ISSUED ON INQUIRY

No. arrested: 1 — Time fingerprinted: 2135

BY NAME CHECK ONLY

Capt. J. Tru...

Vehicle of arrestee: D — N — A

Victim-complainant: Mother Emma Clay (Olivia Wallace struck through) — F B — 5649 So Wood — H-737-6481 W-484-0915

Arrestee transported to: 007 — Hokenson + Co 9154 — Via 772

Narrative:

Above subject arrested on signed complaint from victim for battery in that subject accousted victim as they alighted from a CTA Bus, and replied "that victim had told lies about her, during the brief struggle victim sustained a cut over her right eye as a result of the fight.

POSTED TO I.D. RECORDS 82 416595

Beat 773 transported arrestee from 007 to 002nd Dist. Women Lockup

Transport to 002 Lock-up 1910

CITY-NF-001110

CHECKED I.DENT 0610 HRS

NO PURSE

Signed court date: 5 Mar 82 — Branch: 48-2 — Court sgt to handle: No — Date received lockup: 2 Feb 82 — Time: 2125

9154 — 007 — 714 — Arresting officer: Howard — 3339 — 007 — 714

Booking officer: Novak — 7053 — 002 — Property receipt no.: None

Arrestee searched by: Campbell, Jeffries — 002 — 3 Feb 82 — 1305 Mar 82

Juvenile data

6 3 7 4 0 1 6

RAY MARTEL — 213 — 6116 — D 446 927

ARRESTEE'S ADDRESS: 3833 S. LANGLEY 709
PHONE: 624 3401
DATE ARRESTED: Dec 82
FILE NO.: 82-5-292
ALIASES: AKA "Chico"
TIME ARRESTED: 1200
C.B. OR J. NO.:
NICKNAME: TATTOO LEFT ARM (C ♡)
BIRTHPLACE: Chicago
I.R. OR Y.D. NO.:

| DOB | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | TATTOO/MARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | M | N | 544 | 5'00 | 100 | BRN | BLK | DARK | NO | LEFT HAND, LEFT ARM |

MARITAL STATUS: Single
EMPLOYER OR SCHOOL: Phillips H.S
OCCUPATION: Student
SOCIAL SECURITY NO.:
ARRESTED WITH: 6 others
HOME ADDRESS:
ARRESTEE'S GANG AFFILIATION: BGDN (C-Notes)
GANG LOCATION/DISTRICT: 002 DIST.
PHOTO BOOK
LOCATION OF ARREST (COMPLETE ADDRESS): 324 E 39 ST.
PAGE/NO.
VEH: YR. MAKE — BODY STYLE — COLOR Top Bottom — STATE LICENSE NO. — STATE-MO./YR. EXPIR.
COMPLAINANT — ADDRESS
CHARGES: Truancy
COURT BR. - COURT DATE
ARRESTING OFFICER - STAR NO.: McCarthy 15218
ARRESTING OFFICER - STAR NO.: Tech 5254

CPD-45.105 (Rev. 1/82) GANG ARREST INFORMATION/CHICAGO POLICE

[redacted]

CITY-NF-001111

ARRESTEE'S NAME (LAST - FIRST - MI): RAY, MARTEL
BEAT OF ARREST: 214
ARRESTING UNIT: 710/6112
R.D. NO.: D-29294
ARRESTEE'S ADDRESS: 3833 So. LANGLEY APT 406
PHONE:
DATE ARRESTED: 19 AUG 82
FILE NO.: 82-S-1815
ALIASES:
TIME ARRESTED: 1030
C.B. OR J. NO.:
NICKNAME: CHICO - C-NOTES
BIRTHPLACE: CHGO
I.R. OR Y.D. NO.:

| DOB | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | TATTOO/MARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | M | B | MED | 4-6 | 110 | BRN | BLK | DARK | No | NONE |

MARITAL STATUS: SINGLE
EMPLOYER OR SCHOOL: WENDELL PHILLIPS
OCCUPATION: STUDENT
SOCIAL SECURITY NO.:
ARRESTED WITH: RAY, DERRICK
HOME ADDRESS: 3833 So. LANGLEY IN G.
ARRESTEE'S GANG AFFILIATION: B.G.D.
GANG LOCATION/DISTRICT: 730 E. 39th ST
PHOTO BOOK #22
LOCATION OF ARREST (COMPLETE ADDRESS): 3830 So. COTTAGE GROVE.
PAGE/NO.
VEH. YR. MAKE — BODY STYLE — COLOR Top Bottom — STATE LICENSE NO. — STATE-MO./YR. EXPIR.
COMPLAINANT: STEPHANIE WATSON
ADDRESS: 730 E. 39th ST
CHARGES: BATTERY
COURT BR. - COURT DATE: JUV. CT.
ARRESTING OFFICER - STAR NO.: 11106
ARRESTING OFFICER - STAR NO.: 0214

**GENERAL PROGRESS REPORT**
DETECTIVE DIVISION/CHICAGO POLICE

| DATE OF ORIG. CASE REPORT (DAY / MONTH / YEAR) | DATE OF THIS REPORT (DAY / MONTH / YEAR / WATCH) |
|---|---|
| 28 / Apr / 84 | 1 / May / 84 / 3rd |

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|
| Hom / Murr. | SMITH & HICKMAN | 5134 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

Clifford Marshall - Spent night with grandmother, Fanny DANTZLER, APT #606. Cousin - Joanne Marshall-19 Auntie - Isabella Talbot.

Lawrence Edward - Home at time of shooting, with mother Barbara

5732 S. Lowe

DARRYL BALDWIN - NOT SEEN IN 7/8 MO. 3833 Langley
"CHICO" 24/25 - 5-10, STOCKY, 40TH & DREXEL

7703 No. CENTRAL 1ST fl. N/P 378-2676 Carmen Bradley 20
lives w/ Jackie Cromer 21 & BETTINA DAVIS - 21
Left apt. went to work, ~~Burger King~~ McDonalds, Water Tower
started at 10³⁰ hrs.
73 WHITE CAMARO - (Lic APPL. FOR)

[redacted]

CITY-NF-001112

R.D. NO. F 151922

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY—MO.—YR. | TIME |
|---|---|---|---|
| J. Miedzianowski 13871 | | | |

CPD-23.122 (Rev. 2/83)

**GENERAL PROGRESS REPORT**
DETECTIVE DIVISION/CHICAGO POLICE

| DATE OF ORIG. CASE REPORT (DAY / MONTH / YEAR) | DATE OF THIS REPORT (DAY / MONTH / YEAR / WATCH) |
|---|---|
| 28 / APR / 84 | 29 / APR / 84 / 3 |

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|
| HOM | SMITH & HICKMAN | 5134 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

FRITZ, Joseph M/B/22 - DOB: [redacted]
1225 S. ST. LOUIS - HSE - 427 OAKWOOD #2 N/P
MECHANIC / [redacted] | 624-7418
JIMMIE ROGERS
SIMEON OWNS BLUE CAD. | 437 OAKWOOD

AT 64TH & Normal from 2030/2110 ON FRI. 27 APR to 0800-0900, SAT 28 APR. Went 67 Normal. With Eddie 21 & ARNOLD 19 McKESSON, 64TH & Normal.

HEARD THAT STONES WEARING MASKS KILLED SOME COONS.

ROGERS, JOHN ("BAY") — AUNTIE, BARBARA [illegible] - 41, [illegible] 706 E. 39, 708, 2 YRS AGO. NOW AT 65TH BLACKSTONE

STAYED AT BROS. UP AT 0800 - WENT TO 49 MICH AT ABOUT 0900, CAME #23 TO Michelle [illegible], GRAND MOTHER, LEFT HER AT 0915/0930. WENT TO SISTER, JACKIE ROGERS, 4937 MICH, 2ND FL. 2 RINGS. HAD BREAKFAST LEFT 1015 WENT BROS ON OAKWOOD - ARRIVED 1045

REPORTING OFFICER'S SIGNATURE—STAR NO.: J. Miner, 13871
RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR

CPD-23.122 (Rev. 2/80)

CITY-NF-001113

| ARRESTEE'S NAME (LAST - FIRST - MI) | BEAT OF ARREST | ARRESTING UNIT | I.R.D. NO. |
|---|---|---|---|
| RAY DERRICK | 214 | 710 / 6112 | D-29294 |
| ARRESTEE'S ADDRESS | PHONE | DATE ARRESTED | FILE NO. |
| 3833 So. LANGLEY APT 403 | | 19 AUG 82 | 82-S-#18 |
| ALIASES | | TIME ARRESTED 1030 | C.B. OR J. NO. |
| NICKNAME BOLO | | BIRTHPLACE CHGO | I.R. OR Y.D. NO. |

| DOB | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | TATTOO/MARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | M | B | MED | 4-4 | 98 | BRN | BLK | DARK | NO | NONE |

| MARITAL STATUS | EMPLOYER OR SCHOOL | OCCUPATION | SOCIAL SECURITY NO. |
|---|---|---|---|
| SINGLE | M.L. KING. H.S. | STUDENT | |

| ARRESTED WITH | HOME ADDRESS |
|---|---|
| MARTEL RAY | 3833 So. LANGLEY |

| ARRESTEE'S GANG AFFILIATION | GANG LOCATION/DISTRICT | PHOTO BOOK |
|---|---|---|
| B.G.D | 730 E. 39 | #2 |

LOCATION OF ARREST (COMPLETE ADDRESS): 3700 So. VINCENNES — PAGE/NO.

| VEH. YR. | MAKE | BODY STYLE | COLOR Top | Bottom | STATE LICENSE NO. | STATE - MO./YR. EXPIR. |
|---|---|---|---|---|---|---|
| | | | | | | |

| COMPLAINANT | ADDRESS | CHARGES |
|---|---|---|
| STEPHANIE WATSON | 730 E. 39th ST | BATTERY |
| | | COURT BR. - COURT DATE: JUV. CT. |

| ARRESTING OFFICER - STAR NO. | ARRESTING OFFICER - STAR NO. |
|---|---|
| P. BUKIRI 14498 | R. MAXWELL 9348 |

CPD-45.105 (Rev. 1/82) GANG ARREST INFORMATION/CHICAGO POLICE 2

CITY-NF-001114

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT

CHICAGO POLICE

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE–TIME * DAY MO. YR.

1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT * | I UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☐1 VERIFIED ☐2 CORRECTED | 3. BEAT OF OCCUR.

5. VICTIM'S NAME AS SHOWN ON CASE REPORT * | CORRECT ☐1 YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES ☐2 NO | 7. BEAT/UNIT ASSIGNED *

8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED * | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS *

CIRCUMSTANCES: 11. ☐ VERIFIED ☐ UPDATE TO | 12. OBJECT/WEAPON CODE NOS. | 13. FIREARM FEATURES CODE NO. | 14. POINT/ENTRY CODE NO. | 15. POINT/EXIT CODE NO. | 16. BURGLAR ALARM CODE NOS. | 17. SAFE BURGLARY METHOD CODE NO. | 18. IF RESIDENCE WHERE WERE OCCUP. CODE NO.

PROPERTY 19. ☐ VERIFIED ☐ UPDATE TO — DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN; R = RECOVERED. FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| | | | | | |
|---|---|---|---|---|---|
| 1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 7 OFFICE EQUIPMENT ☐T $ ☐R | 8 TV, RADIO, STEREO ☐T $ ☐R |
| 9 HOUSEHOLD GOODS ☐T $ ☐R | 0 CONSUM. GOODS ☐T $ ☐R | (-) FIREARMS ☐T $ ☐R | & NARC./DANGEROUS DRUGS ☐T $ ☐R | 5 OTHER ☐T $ ☐R | 6 NONE ☐T ☐R |

VICTIMS UPDATE ONLY

| | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

OFFENDERS UPDATE ONLY

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COM |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF. 1 | | | OFF. 2 | | | | |

33. OFF'S. VEHICLE ☐USED ☐STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE

34. SERIAL NOS. OR IDENTIFICATION NOS. ☐1 DNA ☐2 VERIFIED ☐3 CORRECTED — LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY (BOXES 21 & 50 THROUGH 55)

50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED ☐1 FIELD ☐3 SUMMARY | UNIT NO. | 53. STATUS ☐0 PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED

STATUS CONT'D. ☐3 CLRD. CLOSED ☐4 CLRD. OPEN ☐5 EXC. CLRD. CLOSED ☐6 EXC. CLRD. OPEN ☐7 CLSD NON-CRIM.

54. IF CASE CLEARED, HOW CLEARED ☐1 ARREST & PROSEC. ☐2 DIRECTED TO JUV. CRT. ☐3 COMPL. REFUSD. TO PROSECUTE ☐4 COMMUNITY ADJUSTMENT ☐5 OTHER EXCEPT. | ☐ADULT ☐JUV

55. ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

60. NARRATIVE

CITY-NF-001115

36. R.D. NO.

☐ CONTINUED OTHER SIDE

90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – * DAY MO. YR | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) * | STAR NO.

93. REPORTING OFFICER (PRINT NAME) * | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE

SIGNATURE | SIGNATURE | 95. DATE APPROVED (DAY–MO.–YR.) | TIME

CPD-11.411 (REV. 2/84) TEMP. B.I.S. USE ONLY) *MUST BE COMPLETED IN ALL CASES

PX 001-145

CITY-NF-001116

The guy driving car was Ed. Stewart w/ Darryl Baldwin and Chico.

Baldwin has girl Olivia Wallace 4716 Cott. Gr. 220. Apt. 20

David Mannfield - 26 - 2 apt.
791-8573 - 2960 Fed.
C.H.A. Dearborn, Utility janitor

Call received at 2010 hrs. 29 Apr. 78
M/B/teenager

021 TACT. SGT. GILTMEYER. INVESTIGATING THIS TIP. NOTIFIED BY ZONE #4.
OFF. VARALLO, Zone #4.

ANONYMOUS TIP

Case: 1:18-cv-03029 Document #: 513-46 Filed: 03/15/24 Page 147 of 147 PageID #:69253

```
Y5114   48399NZXCX LDS/W7622962 WANTED
   OFF/5015 FAILURE TO APPEAR (SEE MIS) DOW/060776
   NAM/BROWN,MARK R   SEX/M RAC/U
   DOB/120759 AGE/24 HGT/507 WGT/135 HAI/XXX EYE/XXX
   MNU/OA-W76AT20088
   MIS/FAILED TO APPEAR, CAPIAS HELD WILL CO JOLIET IL BOND 2000 DOLLARS OR
   10 PER CENT LKA 5100 STATE ST CHICAGO IL

   ORA/SP JOLIET IL ENT/DPO UPR/MG TME/1802 DTE/061176

Y3114  48425N
   SOS  042984  1616
   SOS20 NO VALID ILLINOIS LICENSE
   STA/NO VALID IL LIC
   BROWN MARK R
   5100 S STATE  CHICAGO  60609
   SEX/M DOB/120759
   DLN/B650-5565-9348
   RES/NONE
   NO STOPS IN EFFECT
   NO CONV LAST 12 MO
   END
```

CITY-NF-001117

PX 001-146