# Exhibit TT



K 371 955 VALENTIN, Felix
HOMICIDE /1st Degree

Wron 00001

**INVESTIGATIVE FILE INVENTORY**
CHICAGO POLICE DEPARTMENT

R.D. NO.
K371-955

| EXHIBIT | DESCRIPTION OF DOCUMENT | MDR* | ENTERING MEMBER | DATE OF ENTRY |
|---|---|---|---|---|
| 1. | SUPP REPORT | | DORSCH /BOYLE | 16 SEPT 88 |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |

R.D. NO. K371-955

*MDR: denotes Miscellaneous Document Repository. A check (√) will be placed in this box if a document has been placed in the MDR.

DISTRIBUTION: The original of this document is to remain attached to the Investigative File Case Folder. One copy of this document will be forwarded to the Records Division whenever a Violent Crimes field investigation results in a person(s) being charged with a felony.

CPD-23.121 (1/83)

Wron 00002

## INVESTIGATIVE FILE INVENTORY
### CHICAGO POLICE DEPARTMENT

R.D. NO.
K 371 955

| EXHIBIT | DESCRIPTION OF DOCUMENT | MDR* | ENTERING MEMBER | DATE OF ENTRY |
|---------|------------------------|------|-----------------|---------------|
| 1. | Original Case Report | | Leonard & McLaughlin | 27 Aug 1988 |
| 2. | GPR's (three pages) | | Leonard & McLaughlin | 27 Aug 1988 |
| 3. | Supplementary Report | | Leonard & McLaughlin | 27 Aug 1988 |
| 4. | GPR's (three Pages) | | Leonard & McLaughlin | 28 Aug 1988 |
| 5. | Arrest Record | | Leonard & McLaughlin | 28 Aug 1988 |
| 6. | Supplementary Report | | Leonard & McLaughlin | 28 Aug 1988 |
| 7. | ARREST REPORT | | LEONARD & McLAUGHLIN | 31 AUG 88 |
| 8. | HOLD OVER | | " " | " |
| 9. | ARREST REPORT | | " " | " |
| 10. | HOLD OVER | | " " | " |
| 11. | SUPPLEMENDARY | | " " | " |
| 12. | PROPERTY INV | | " " | " |
| 13. | EVIDENCE REPORT | | " " | " |
| 14. | FIRE ARM EVID REPORT | | " " | " |
| 15. | GPR (1 PAGE) | | " " | " |
| 16. | PROPERTY INV | | " " | " |
| 17. | PRISONER RELEASE | | " " | " |
| 18. | PRISONER RELEASE | | " " | " |
| 19. | SUPPLEMENTARY | | " " | " |
| 20. | LINE UP SUPP | | DORSCH /BOYLE | 15 SEPT 88 |
| 21. | ARREST REPORT | | COPY SENT TO/ | " |
| 22. | 101 | | CASE REPORT UNIT (164) RECORDS PROCESSING | " |
| 23. | MURDER COMPLAINT | | DATE: [signature] " | " |
| 24. | EVIDENCE REPORT | | BY: [signature] " | " |
| 25. | CLOSING SUPP | | AREA 5 VIOLENT CRIMES " | " |

*MDR: denotes Miscellaneous Document Repository. A check (✓) will be placed in this box if a document has been placed in the MDR.

DISTRIBUTION: The original of this document is to remain attached to the Investigative File Case Folder. One copy of this document will be forwarded to the Records Division whenever a Violent Crimes field investigation results in a person(s) being charged with a felony.

CPD-23.121 (1/83)

Wron 00003

K 371 955 VALENTIN, Felix
HOMICIDE /1st Degree

Homicide

CRIME

VICTIM

R.D.

Wron 00005

Wron 00006



*From the desk of*

**Chief**

**Thomas M. Byrne**

# MEMO 14 October 2011

---

TO: **Constantine Andrews**
**Deputy Chief**
**Bureau of Detectives**

**Attention: Joseph Salemme**
**Commander**
**Area 5 Detective Division**

SUBJECT: **Request to Preserve Records and Evidence**
**RD# K371955**
**OLA# 2011-092**

REFERENCE: **Wrongful Conviction of Jacques Rivera for the Murder of Felix Valentin**
**on 1 January 1988**

( X ) For your Information and compliance, no report required.

( ) The attached is forwarded for your investigation.
Respond through channels to the Superintendent of Polce,
Attention: William E. Bazarek, First Assistant General Counsel,
Office of Legal Affairs, by the due date below.

*Thom M Byrne*

**Thomas M. Byrne**
**Chief**
**Bureau of Detectives**

TMB/lm

attachment

Wron 00007

**OFFICE OF THE SUPERINTENDENT**
Office of Legal Affairs

**11 OCTOBER 2011**

**CONFIDENTIAL**
**PRIVILEGED ATTORNEY-CLIENT WORK PRODUCT**

TO:     Alfonza Wysinger
        First Deputy Superintendent
        Office of the First Deputy

        Thomas Byrne
        Chief
        Bureau of Detectives

                Attention:    Constantine G. Andrews
                              Deputy Chief
                              Bureau of Detectives

                              Joseph Salemme
                              Commander
                              Area 5

        Beatrice Cuello
        Chief
        Bureau of Administration

                Attention:    Joseph F. Perfetti
                              Director
                              Records Division

FROM:   Wlliam E. Bazarek
        First Assistant General Counsel
        Office of Legal Affairs

SUBJECT:        **REQUEST TO PRESERVE RECORDS AND EVIDENCE**

This office was served with the attached Legal Hold Notice # 11975, Office of Legal Affairs # 2011-092 which require the Department to preserve records and evidence relating to RD# K371955, the wrongful conviction of Jacques Rivera for the murder of Felix Valentin on 01 JAN 1988.

The document to be preserved and sent to The Office of Legal Affairs is:

        a.    Area File

If there are any questions please contact Vince Caffo in the Office of Legal Affairs at 312-745-6115

William E. Bazarek

William E. Bazarek
First Assistant General Counsel
Office of Legal Affairs

WEB:vc

Wron 00008

**SUPPLEMENTARY REPORT**
CHICAGO POLICE

All descriptions and statements in this entire report, approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE – TIME
DAY 27 MO. Aug YR. 88   1545

| 1. INCIDENT/OFFENSE CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☐1 VERIFIED. ☐2 CORRECTED | 3. SEAT OF OCCUR. |
|---|---|---|---|
| Murder/Homicide | 0110 | 3320 W. Cortland | 1422 |

| 5. VICTIM'S/SUBJECT'S NAME AS SHOWN ON LAST PREVIOUS REPORT | CORRECT ☒6 YES ☐2 NO | 6. FIRE RELATED ☐1 YES ☒2 NO | 7. SEAT ASSIGNED |
|---|---|---|---|
| VALENTIN,Felix | | | 4627 |

| 8. VICTIM'S/SUBJECT'S ADDRESS | 9. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE |
|---|---|---|
| 1458 N. Campbell | Alley | 092 |

10. DESCRIBE PROPERTY IN NARRATIVE   T = TAKEN;   R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

PROPERTY

| 1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 7 OFFICE EQUIPMENT ☐T $ ☐R | 8 TV, RADIO, STEREO ☐T $ ☐R | PROPERTY INVENTORY NO(S). |
|---|---|---|---|---|---|---|
| 9 HOUSEHOLD GOODS ☐T $ ☐R | 0 CONSUM. GOODS ☐T $ ☐R | H FIREARMS ☐T $ ☐R | & NARC./DANGEROUS DRUGS ☐T $ ☐R | 5 OTHER ☐T $ ☐R | 6 NONE ☐T $ ☐R | |

OFFENDERS

| 11. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 12. HOME ADDRESS | 13. SEX-RACE-AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| 1 RIVERA,Jacquez | 4231 W. Division | M 4 23 | 5-9 | 160 | Br | Br | Med |
| 2 | | | | | | | |

| 14. C.B. NO. | I.R. NO., Y.D.NO. OR J.D.A. NO. | OFFENDER REL.CODE | C.B. NO. | I.R.NO., Y.D.NO. OR J.D.A.NO. | OFFENDER REL.CODE | 15. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF.1 8112-639 | 614010 | 24 | OFF.2 | | | | |

| 16. OFF'S. VEHICLE ☐USED ☐STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|

80. NARRATIVE

VICTIM: VALENTIN,Felix;M/WH/16;1458 N. Campbell 3 rd. flr.

Deceased, former member of the Campbell Boys/014

DATE,TIME,LOC. OF INC: 27 Aug 88;1545 hrs.;3320 W. Cortland,Alley

DATE,TIME,LOC. OF ARREST: 15 Sep 88;1930 hrs.;5555 W. Grand,A/5 VC

OFFENDER: RIVERA,Jacquez;M/WH/23;30 Apr ▮▮▮;5-9,160;

AKA. RIOS,Jose;4231 W. Division 3rd. flr.

nickname, ACE;member of Latin Kings/014

CHARGES: Murder 1st. Degree;38-9-1a

COURT DATE & BRANCH: 16 Sep 88;66-2

INVESTIGATION: Reporting officers along with other Gang Crime

Specialists were investigating an Aggravated

Battery in which the victim was shot ten times. GCSp. Noon, Guzman, Sparks,

and Zacharias located a witness on 29 Aug 88. This witness was brought

into Gang Crimes North to view gang photo books. On that date witness

positively identified the photo of Jose RIOS from book 16-D, page 40

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED DAY 16 MO. Sep YR. 88 | TIME 0030 | 92. SUPERVISOR APPROVING (PRINT NAME) Sgt. Mingey | STAR NO. 1731 |
|---|---|---|---|---|
| 93. REPORTING OFFICER (PRINT NAME) GCSp. S. Gawrys | STAR NO. 16899 | 94. REPORTING OFFICER (PRINT NAME) GCSp. R. Guevara | STAR NO. 16345 | SIGNATURE |
| SIGNATURE Gawrys | | SIGNATURE R. Guevara | DATE APPROVED (DAY-MO-YR) 16 Sep 88 | TIME 0030 |

CPD-11.411-A (REV. 8/85)   *MUST BE COMPLETED IN ALL CASES

K-379955

92 CONTINUED ON OTHER SIDE

Wron 00009

CONTINUATION OF NARRATIVE

INVESTIGATION CON'T: photo D, Latin King gang book. Numerous attempts were made to interview the victim at Cook County Hospital, on 10 Sep 88 r/i's were able to have victim view gang photo book were then an idetification was made of Jose RIOS as the person that shot victim.

On 15 Sep 88, reporting officers located Jose RIOS, AKA. RIVERA,Jaqcuez on the street and he was asked to accompany r/o's to A/5 VC to stand in a line-up for Murder. Subject agreed and he was read his Miranda warnings.

Once in A/5 VC Jose RIOS was placed in a line-up and he was positively identified as the person that shot the victim Felix VALENTIN on 27 Aug 88. Review by A.S.A. Rosner with witness, charges of 1st. Degree Murder were approved.

Orlando LOPEZ, witness, was shown photos of Jose RODRIQUEZ and Felipe NIEVES and he stated to r/i's that these two individuals were not involved in this incident.

R.D. NO. K-379955

I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE. | SUPERVISOR'S SIGNATURE | STAR NO. | DATE (DAY-MO-YEAR)

Wron 00010

Case: 1:18-cv-03029 Document #: 511-47 Filed: 03/15/24 Page 12 of 70 PageID #:63563

# SUPPLEMENTARY REPORT

CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE-TIME · DAY MO. YR. — 15 Sept 88 1905

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I.UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☒ VERIFIED ☐ 2 CORRECTED | 3. SEAT OF OCCUR. |
|---|---|---|---|
| Death Investigation | 5084 | 1835 W. Harrison | 1224 |

5. VICTIM'S NAME AS SHOWN ON CASE REPORT: VALENTINE, Felix

CORRECT: ☒ YES ☐ 2 NO — IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27.

6. FIRE RELATED ☐ 1 YES ☒ 2 NO — 7. BEAT ASSIGNED 5537

8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED: Cook County Hospital

| LOCATION CODE 233 | 9. NO. OF VICTIMS 1 | 10. NO. OF OFFENDERS Dna |

| 11. ☐ VERIFIED ☒ IED ☐ UPDATE TO | 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP. |
|---|---|---|---|---|---|---|---|
| CODE NOS. | CODE NO. | CODE NO. | CODE NO. | CODE NOS. | CODE NO. | CODE NO. |

19. PROPERTY — DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN; R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| ☐ VERIFIED Dna ☐ UPDATE TO | 1 MONEY ☐ T $ ☐ R | 2 JEWELRY ☐ T $ ☐ R | 3 FURS ☐ T $ ☐ R | 4 CLOTHING ☐ T $ ☐ R | 7 OFFICE EQUIPMENT ☐ T $ ☐ R | 8 TV, RADIO, STEREO ☐ T $ ☐ R |
|---|---|---|---|---|---|---|
| | 9 HOUSEHOLD GOODS ☐ T $ ☐ R | 0 CONSUM. GOODS ☐ T $ ☐ R | 1 FIREARMS ☐ T $ ☐ R | 6 NARC., DANGEROUS DRUGS ☐ T $ ☐ R | 5 OTHER ☐ T $ ☐ R | 6 NONE ☐ T ☐ R |

| | 20. NAME (LAST–FIRST–M.I.) | 21. I.UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. IN CUST. YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | Dna | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | Dna | | | | | | | |
| 2. | | | | | | | | |

| | 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST UNIT NO. |
|---|---|---|---|---|---|---|---|---|
| OFF. 1 | Dna | | OFF. 2 | | Dna | | | |

| 33. OFF'S VEHICLE ☐ USED ☐ STOLEN | YEAR | MAKE Dna | BODY STYLE | COLOR | V.I.N. | | STATE LICENSE NO. | STATE |

34. SERIAL NOS. OR IDENTIFICATION NOS. ☒ DNA ☐ 2 VERIFIED ☐ 3 CORRECTED — LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. | 53. STATUS |
|---|---|---|---|---|---|
| Dna | | Dna | Dna | ☒ 1 FIELD ☐ 3 SUMMARY | 652 |

STATUS CONT'D: ☐ 0 IN PROGRESS ☐ 1 SUSPENDED ☒ 2 UNFOUNDED

STATUS CONT'D: ☐ 1 CLRD. CLOSED ☐ 4 CLRD. OPEN ☐ 5 EXC. CLRD. CLOSED ☐ 6 EXC. CLRD. OPEN ☐ 7 CLSD. NON-CRIM.

54. IF CASE CLEARED, HOW CLEARED: ☐ 1 ARREST & PROSEC. ☐ 2 DIRECTED TO JUV. CRT. ☐ 3 COMPL. RFUSD. TO PROSECUTE ☐ 4 COMMUNITY ADJUSTMENT ☐ 5 OTHER EXCEPT. ☐ ADULT ☐ JUV.

55. ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

60. NARRATIVE

This is part of homicide investigation listed under RD#

K-371 955. This RD number is unfounded.

K 404 356 [handwritten margin notations]

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – DAY MO. YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| normal | 29 Sept 88 | 2330 | | |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| Det John Leonard | 5629 | | | |

SIGNATURE: [signature] John J. Leonard

95. DATE APPROVED (DAY-MO.-YR.) TIME

CPD(11.411-B (Rev. 8/85) *MUST BE COMPLETED IN ALL CASES

Wron 00011 CRG ☐ 228

# HOSPITALIZATION CASE REPORT / CHICAGO POLICE

| 1. CLASSIFICATION (Check One) | | | | | | | 2. BEAT/UNIT ASSIGN. | 3. BEAT OCCUR. |
|---|---|---|---|---|---|---|---|---|
| ☐ DEATH 5084 | ☐ SUICIDE 5085 | ☐ ATTEMPTED SUICIDE 5086 | ☐ INJURY TO CITIZEN ON PUBLIC PROP. 5087 | ☐ INJURY TO CITY EMPLOYEE 5088 | ☐ ACCIDENTAL INJURY 5089 | | 1272 | 1224 |

| 5. ADDRESS OF OCCURRENCE | APT. NO. | 7. DATE OCCURRED | TIME | 8. DATE REPORTING | OFFICER ARRIVED | TIME |
|---|---|---|---|---|---|---|
| 1835 W HARRISON | | 14 SEPT 88 | 1156 | 15 SEPT 88 | | 1905 |

| 9. VICTIM'S NAME | SEX | RACE CODE | AGE | 10. HOME ADDRESS | APT. NO. | 11. HOME PHONE | 12. BUSINESS PHONE |
|---|---|---|---|---|---|---|---|
| VALENTINE FELIX | M | 4 | 16 | 1458 N CAMPBELL | | 2338828 | DNA |

| 13. PERSON REPORTING INCIDENT/TO POLICE | SEX | RACE CODE | 14. HOME ADDRESS | APT. NO. | 15. HOME PHONE | 16. BUSINESS PHONE |
|---|---|---|---|---|---|---|
| INVESTIGATOR COLLINS | M | | 2121 W HARRISON | | 6660500 | 6660500 |

| 17. PERSON DISCOVERING VICTIM | SEX | RACE CODE | 18. HOME ADDRESS | APT. NO. | 19. HOME PHONE | 20. BUSINESS PHONE |
|---|---|---|---|---|---|---|
| u | N | | K | | | |

| 21. NAMES OF WITNESSES | SEX | RACE CODE | 22. HOME ADDRESS | APT. NO. | 23. HOME PHONE | 24. BUSINESS PHONE |
|---|---|---|---|---|---|---|
| u | N | | N | | | |

| 25. TYPE PREMISES WHERE OCCURRED/VICTIM FOUND | LOCATION CODE | 26. CAUSE OF INJURY (INSTRUMENT OR MEANS) | 27. REASON (ACCIDENT, ILL HEALTH, ETC) |
|---|---|---|---|
| Cook County Hosp | 733 | Gun Shot Victim | UNK |

| 28. REMOVED BY | 29. REMOVED TO | 30. NAME OF PERSON AUTHORIZING REMOVAL |
|---|---|---|
| BT 1272 | Cook County ME | INVESTIGATOR COLLINS |

| 31. SOBRIETY OF VICTIM (CHECK ONE) | 32. EXTENT OF INJURIES (CHECK ONE) | 33. FIRST AID GIVEN BY POLICE | 34. MEDICAL AID REFUSED BY VICTIM |
|---|---|---|---|
| ☐ sober ☐ other ☒ INTOX. | ☐ 1 MINOR ☐ 2 SERIOUS ☒ 3 FATAL | ☐ 1 YES ☒ 2 NO | UNK |

| 35. NAME AND ADDRESS OF ATTENDING PHYSICIAN | | | 36. INVENTORY NO. |
|---|---|---|---|
| u | N | K | |

37. NARRATIVE: (THE INDICATED SOBRIETY OF VICTIM OR WITNESSES IS THE APPARENT CONDITION, WHEN REPORTED.)

IN SUMMARY: ABOVE SUBJECT WAS BROUGHT INTO Cook County Hosp. By Reliable AMB From Norwegian American Hosp. ABOVE SUBJECT WAS A Victim of A Gun Shot Wound UNDER R.D. OF K 371-955 From ADDRESS of 3324 W Cortland. While SUBJECT WAS in Cook County Hosp Trauma unit he contracted a germ Known AS A KINCTOBACTER. Which Closed Down The Trauma unit for 24 hrs From 17 SEPT 88 To 14 SEPT 88 BETWEEN 1800 hrs to 1800 hrs RIO's Talked To Cook County Hosp Ast Admin Star Andrea Munoz. ABOVE is Cook County ME CASE 300. ABOVE PRONOUNCED AT 1156 14 SEPT 88 AT Cook county Hosp By DR SARKEY

NO PERSONAL PROPERTY INVENTORY

NOTIFIED DET WEINGART 865 AREA 5 V/C

I HAVE READ THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE ☐ CONTINUED ON REVERSE SIDE

R.D. NO. K404356

| 38. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 39. DATE INVESTIGATION COMPLETED | | | TIME | 42. SUPERVISOR APPROVING | STAR NO. |
|---|---|---|---|---|---|---|
| Area 5 V/C | DAY 15 | MONTH SEPT | YEAR 88 | 2010 | St. Martinez | |

| 40. REPORTING OFFICER (Print or Type) | STAR NO. | 41. REPORTING OFFICER (Print or Type) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| G LETTON | 5948 | A. ELLIOTT | 12312 | |

| SIGNATURE | | SIGNATURE | DATE DAY 15 | MONTH SEPT | YEAR 88 | TIME 2025 |
|---|---|---|---|---|---|---|

CPD-11.406 (Rev. 9/83) RACE CODES: 1-BLACK, 2-WHITE, 3-BLACK-HISP., 4-WHITE-HISP., 5-AMER. INDIAN/ALASK. NAT., 6-ASIAN/PACIFIC ISL.

Wron 00012

PRELIMINARY FIREARMS EXAMINATION REPORT

CRIME LABORATORY DIVISION/CHICAGO POLICE

| OFFENSE OR INCIDENT | | | UCR | AREA-DIST | AT | DATE OF THIS REPORT |
|---|---|---|---|---|---|---|

| LOCATION OF OFFENSE/INCIDENT | LOC. CODE | INVESTIGATOR | STAR NO. | UNIT |
|---|---|---|---|---|

| VICTIM(S) NAME | OFFENDER(S) NAME |
|---|---|
| 1. | |
| 2. | |

| INVENTORY DISTRICT/AREA | DESCRIPTION | CLASS CHARACTERISTICS | S/NS |
|---|---|---|---|

SUBMITTED BY—NAME · STAR NO. · DATE

NO. REC'D. · EXHIBIT(S)

| | FIRED BULLETS | |
| | DISCHARGED CART. CASES | |
| | SHOTGUN SHELLS | |
| | WADDING | |

EXHIBIT NO.

DATE REC'D.

SUBMITTED BY—NAME · STAR NO. · DATE

NO. REC'D. · EXHIBIT(S)

| | FIRED BULLETS | |
| | DISCHARGED CART. CASES | |
| | SHOTGUN SHELLS | |
| | WADDING | |

EXHIBIT NO.

DATE REC'D.

SUBMITTED BY—NAME · STAR NO. · DATE

NO. REC'D. · EXHIBIT(S)

| | FIRED BULLETS | |
| | DISCHARGED CART. CASES | |
| | SHOTGUN SHELLS | |
| | WADDING | |

EXHIBIT NO.

DATE REC'D.

CONCLUSIONS—IN THE OPINION OF THE EXAMINER

R. D. NO.

FIREARMS EXAMINER (PRINT)

FIREARMS EXAMINER (SIGNATURE)

CPD-33.405 (Rev. 3/86)

Wron 00013

ASVC

Wron 00014

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its disposition include Property nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT
CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE–TIME
DAY 27 MO. Aug YR. 88  1545

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | 1 UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☐1 VERIFIED ☐2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| HOMICIDE/MURDER | 0110 | 3324 W. Cortland Ave. | 1422 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT XX YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES ☒ NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| VALENTINE, Felix | | | | 5055 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| In Auto/Street | 304 | 1 | DNA |

(Form grid section 11-19: CIRCUMSTANCES, PROPERTY)

11. ☐ IDENTIFIED ☐ UPDATE TO  12. OBJECT/WEAPON CODE NO.  13. FIREARM FEATURES CODE NO.  14. POINT/ENTRY CODE NO.  15. POINT/EXIT CODE NO.  16. BURGLAR ALARM CODE NOS.  17. SAFE BURGLARY METHOD CODE NO.  18. IF RESIDENCE WHERE WERE OCCUP. CODE NO.

19. DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN; R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

☐ VERIFIED DNA  ☐ UPDATE TO

| | 1 MONEY ☐ T $ ☐ R | 2 JEWELRY ☐ T $ ☐ R | 3 FURS ☐ T $ ☐ R | 4 CLOTHING ☐ T $ ☐ R | 7 OFFICE EQUIPMENT ☐ T $ ☐ R | 8 TV, RADIO, STEREO ☐ T $ ☐ R |
|---|---|---|---|---|---|---|
| | 9 HOUSEHOLD GOODS ☐ T $ ☐ R | 0 CONSUM. GOODS ☐ T $ ☐ R | (·) FIREARMS ☐ T $ ☐ R | & NARC./DANGEROUS DRUGS ☐ T $ ☐ R | 5 OTHER ☐ T $ ☐ R | 6 NONE ☐ T ☐ R |

VICTIMS UPDATE ONLY

| | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. IN JURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

OFFENDERS UPDATE ONLY

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |

| 31. C.B. NO. | I.R. NO., V.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., V.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF. 1 | | | OFF. 2 | | | | |

| 33. OFF'S. VEHICLE ☐ USED ☐ STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|

| 34. SERIAL NOS. OR IDENTIFICATION NOS. | ☐1 DNA | ☐2 VERIFIED | ☐3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|---|---|---|

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) D.N.A. | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED ☐ X YIELD ☐3 SUMMARY | UNIT NO. 652 | 53. STATUS ☐ X PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED |
|---|---|---|---|---|---|

STATUS CONT'D. ☐3 CLRD. CLOSED  ☐4 CLRD. OPEN  5 EXC. ☐ CLRD. CLOSED  6 EXC. ☐ CLRD. OPEN  7 CLSD. ☐ NON-CRIM.

94. IF CASE CLEARED, HOW CLEARED ☐1 ARREST & PROSEC.  ☐2 DIRECTED TO JUV. CRT.  ☐3 COMPL. RFUSD. TO PROSECUTE  ☐4 COMMUNITY ADJUSTMENT  ☐5 OTHER EXCEPT.  ☐ ADULT ☐ JUV.

95. ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

80. NARRATIVE

### THIS IS A CAUSE OF DEATH REPORT:

MEDICAL EXAMINERS CASE NUMBER:  300 Sept 1988

DATE OF AUTOPSY:  16 Sept 1988

PATHOLOGIST:  DR. CHOI

CAUSE & MANNER OF DEATH:  MULTIPLE GUN SHOT WOUNDS/HOMICIDE

INVESTIGATION:  On todays date Dr. CHOI performed an

autopsy on the body of Felix VALENTINE.

(Cond't Page Two)

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) D.N.A. | 91. DATE THIS REPORT SUBMITTED – DAY 16 MO. Sept YR. 88 | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. 73 |
|---|---|---|---|---|
| 93. REPORTING OFFICER (PRINT NAME) Det. T. LAZAR | STAR NO. 5355 | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | |
| SIGNATURE | | SIGNATURE | 95. DATE APPROVED (DAY-MO.-YR.) 20 SEP 1988 | TIME |

CPD-11.411-B (Rev. 8/85)  *MUST BE COMPLETED IN ALL CASES

Wron 00015
LEONARD
CRC ☐ 228

HOMICIDE/Murder (0110)                PAGE TWO                          K-371-955

VALENTINE, Felix  M/WH                                                  16 Sept 88


INVESTIGATION COND'T:                 External and internal examination has revealed
                                      the presence of Eleven (11) gun shot wounds;
                                      #1, gun shot wound entrance to the back of the
                                      head 7" below the top and at the midline, lodged.
                                      #2, gun shot wound entrance to the upper left
                                      back 4" to the left of midline.
                                      #3, gun shot wound entrance to the upper left
                                      back 2" to the left of midline.
                                      #4, gun shot wound entrance left back 4" to the
                                      left of midline.
                                      #5, gun shot wound entrance left back 2" to the
                                      left of midline.
                                      #6, gun shot wound entrance left back 1½" to the
                                      left of midline.
                                      #7, gun shot wound entrance left back 1" to the
                                      left of midline.
                                      #8, gun shot wound entrance left back 1" to the
                                      left of midline.
                                      #9, gun shot wound entrance back at the midline.
                                      #10, gun shot wound entrance back at the midline.
                                      #11, graze wound upper right upper back.

                                      Internal examination also revealed the presence
                                      of Six (6) small caliber lead bullets which were
                                      recovered by Dr. CHOI and then inventoried by
                                      Crime Lab Personnel.

                                      Upon completion of the autopsy Dr. CHOI has
                                      determined that the cause of death was due to
                                      MULTIPLE GUN SHOT WOUNDS and the manner of death
                                      is HOMICIDE.

                                      This is a progress report.....


Report of Det. T. LAZAR # 5355, FID

Wron 00016

Case: 1:18-cv-03029 Document #: 511-47 Filed: 03/15/24 Page 18 of 70 PageID #:63569

CASE # 300 Sept 1988
VALENTINE, Felix  M/WH
RD# K-884-369







I. E. CASE #:  300 Sept 1988

PATHOLOGIST:     DR. CHOI

CAUSE & MANNER OF DEATH:   MULTIPLE GUN SHOT WOUNDS/HOMICIDE

INJURIES: Eleven (11) gun shot wounds(see format)

EVIDENCE:  Six (6) small caliber (.22 Cal) lead bullets revened and inventoried.

Wron 00017

TML.

PROPERTY INVENTORY - NO. 524882

CPD-34.523 (RNC-B/7)

INVENTORY NO. 524882

EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY

DESCRIPTION OF PROPERTY

1  SEALED BULLET IN ENVELOPE

ME # 300 SEP 88

VALENTINE, FELIX IN/WH/16

CHECK ALL BOXES APPLICABLE

☐ U.S. CURRENCY TO BE DEPOSITED — DO NOT DEPOSIT —
☐ C.P.D. CONTINGENCY FUND MONEY
☐ HELD IN ORIGINAL FORM TO BE DEPOSITED

STATE CHARGE(S)

☐ JUVENILE
☒ HOMICIDE  ☐ MANSLAUGHTER
☐ GAMBLING  ☐ RAPE  ☐ SEIZURE
☐ ARSON  ☐ NARCOTICS & RELATED
☐ MEDICAL R'S PROPERTY

OFFICER — STAR NO. — UNIT
RICK WEBER # 15300 657

PROPERTY RECOVERED BY
1st OFFICER'S NAME

2nd OFFICER'S NAME
JR CHOI-CCM

DR CHOI-CCM

ARRESTED  ☐ ADDRESS

☐ DECEASED  ☐ NAME

SIGNATURE  THOMAS E.
STAR NO. 16935  DATE 16 SEP 88
TIME 1520

COPY 3 — COURT COPY — ATTACH TO COURT PAPERS

Wron 00018

STATE OF ILLINOIS ) ss.
COUNTY OF COOK )

## INVENTORY OF THINGS SEIZED IN SEARCH
### (WITHOUT SEARCH WARRANT)

On _____, 19_____, I arrested _____

at _____ and the things

listed on the reverse side of this sheet were seized.

Officer _____ Star No. _____ Unit _____

---

STATE OF ILLINOIS ) ss.
COUNTY OF COOK )

THE CIRCUIT COURT OF COOK COUNTY

### SEARCH WARRANT INVENTORY

On _____, 19_____, at _____ (A.M.) (P.M.)

I _____ executed a search
  *(Officer)*

warrant signed by _____
  *(Judge)*

on _____, 19_____ at _____ (A.M.) (P.M.) which

directed that (the person of _____ and)

_____ be searched and the following seized:
  *(premises)*

_____

_____

_____

In executing said warrant I seized the things listed on the reverse side of this sheet from the person on premises

described above and have returned the same before _____
  *(Judge)*

on _____, 19 _____

Officer _____ Star No. _____ Unit _____

Signed and sworn to before me on _____, 19 _____

Wron 00019



**Chicago Police Department**

Garry F. McCarthy
Superintendent

Ralph M. Price
General Counsel
Office of the Superintendent

William E. Bazarek
First Assistant General Counsel

Office of Legal Affairs
3510 S. Michigan Avenue, 5th Floor
Chicago, Illinois 60653

Office: (312) 745-6115
Fax: (312) 745-6995

Date: 7 June / 2

## Office of Legal Affairs

Fax Cover Sheet

To: _C | O_

_Area North_

From: _Mary Beth Majka_

Fax: _4 - 5130_

Phone: _____

Re: _Rivera v City_

_12 C 4428_

Number of Pages including Cover Sheet: 

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering that message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this document is strictly prohibited.

If this fax has been misdirected or contains errors, please call (312) 745-6115.

Wron 00020

Opt-Out: +

## OFFICE OF THE SUPERINTENDENT/OFFICE OF LEGAL AFFAIRS
### Request for Information

To: Commander/Commanding Officer        7 June 2012
       Area North
       Gang Crimes

From: Mary Beth Majka
       Paralegal II
       Phone 745-6115      Pax 0245     Fax 745-6995

Case: Rivera v. City                    12 C 4428

PLEASE FORWARD A COPY OF THE FOLLOWING ALONG WITH THIS FORM TO:

Office of Legal Affairs
3510 South Michigan Avenue, Room 5092 NE
Chicago, Illinois 60653

**Please provide a copy of the entire Area File/Investigative File
including all GPR's
RD K 371955 (1988) murder
27 August 1988
3324 W. Cortland**

Please respond by: 21 June 2012

**If any of the above requested documents <u>cannot be provided</u>, please submit a
To/From Subject Report, approved by the unit commanding officer, regarding the
results no later than the date given above.**

**ALSO, UPON RECEIPT OF THIS DOCUMENT, PLEASE SIGN, DATE , AND FAX TO
THE OFFICE OF LEGAL AFFAIRS: ATTN: MARY BETH MAJKA AT (312) 745-6995**

SIGNATURE: _____ DATE: _____

Wron 00021
Opt-Out: +

TO 06/07/12 03:24 PM    Page 3 of 6

CASE REPORT
CHICAGO POLICE

BATTERY

10 41 A | AGGRAVATED : HANDGUN

1. ADDRESS OF OCCURRENCE / STREET
3324 W CORTLAND

TYPE OF LOCATION OR PREMISES WHERE OFFENSE OCCURRED / GIVE NAME OF LOCATION IF APPLICABLE
STREET

VALENTIN, FELIX

VALENTIN, ISRAEL

OBJECT / WEAPON — 01 HANDGUN

DRUIBA   A.K.O

Lopez  MARIO

ASSISTING

SIMMONS   "VICTIM"

D. NICKAS  SPOT. WITNESS

3324 W. CORTLAND ST.
1459 N. CAMPBELL

NARRATIVE

WHEN VALENTIN'S GIRLFRIEND, AS THEY WERE DRIVING TO A WEDDING, WITNESS UPSTAIRS WINDOW...

R.O. W/ VALENTIN AND WITNESS ISRAEL WENT TO ABOVE ADDRESS TO PICK UP...

PERMANENT RETENTION FILE

Wron 000022

Opt-Out: +

**CONTINUATION OR NARRATIVE**

In the car approached and observed his breast.

Slumped across seat, bleeding. Victim was someone. Suspect pulled, closed mobile Bell 3 o'clock.

Address seat, sleeping, they shot me, they shot me. Possibly heard back, Toyota, blue.

And so car scene window. Witness V.A. Lester/police numerous, heard blue flee hasn't been able p.m.

His written access seat and grab him to domestic no one victim window...

K-371-955

28 AUG 1988

## PERMANENT RETENTION FILE

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

Wron 00023

Opt-Out: +

**CASE REPORT — CHICAGO POLICE**

PERMANENT RETENTION FILE

Wroh 00024
Opt-Out: +

06/07/12 05:28 PM

CONTINUATION OF NARRATIVE

K371-955

Crime Crimes Month notified Sherman Jackson

E.T. notified

OLY Desk notifying - 013 notified

Bilito notified

Zone notified - 10:56 to have a car

Detecti- Crimes Screen, victim's auto at

6:53 N. Keozie.

 say she following up in U.

Crime Crimes Assit 18W- assn'd u/

10:60:40 co# K 875-233

Recap - 10:53 N. Keozie.

Crime notification witness Unfounded Campbell (?)

PERMANENT RETENTION FILE

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

I HAVE REVIEWED THIS REPORT
AND BY MY SIGNATURE INDI-
CATE THAT IT IS ACCEPTABLE.

Wron 00025

Opt-Out: +

## SUPPLEMENTARY REPORT
### CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE - TIME
* DAY MO YR.
27 AUGUST 1988 1545

| 1. OFFENSE CLASSIFICATION LAST PREVIOUS REPORT | I UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT OFFENSE ☒ VERIFIED ☐ CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| (BATTERY/AGGRAVATED HAND GUN) | (041 A) | 3320 W Cortland | 1422 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☒ YES ☐ NO | IF NO, CORRECT ALL VICTIM INFOR-MATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐ YES ☒ NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| VALENTIN, Felix | | | | 5548 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| ALLEY | 092 | 1 | 2 |

| 11. ☐ VERI-FIED ☒☒ | 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP |
|---|---|---|---|---|---|---|---|
| ☐ UPDATE NOS. | CODE NOS. | CODE NO. | CODE NO. | CODE NO. | CODE NOS. | CODE NO. | CODE NO. |

19. DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN; R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

PROPERTY
☐ VERIFIED
DNA
☐ UPDATE TO

| 1 MONEY ☐ T S ☐ R | 2 JEWELRY ☐ T S ☐ R | 3 FURS ☐ T S ☐ R | 4 CLOTHING ☐ T S ☐ R | 7 OFFICE EQUIPMENT ☐ T S ☐ R | 8 TV, RADIO, STEREO ☐ T S ☐ R |
|---|---|---|---|---|---|
| 9 HOUSEHOLD GOODS ☐ T S ☐ R | 0 CONSUM. GOODS ☐ T S ☐ R | 1-1 FIREARMS ☐ T S ☐ R | & NARC./DANGEROUS DRUGS ☐ T S ☐ R | 5 OTHER ☐ T S ☐ R | 6 NONE ☐ T ☐ R |

VICTIMS UPDATE ONLY

| 20. NAME (LAST–FIRST–M.I.) | 21. I UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX-RACE-AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. NO. (UNIT) YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |

OFFENDERS UPDATE ONLY

| 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX-RACE-AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| 1. RIVERA, JACQUES | 4231 W Division | M WH 23 | 5'10 | 175 | brn | brn | olive |
| 2. | | | | | | | |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A NO. | OFFENDER IREL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER IREL. CODE | 32. NO. ARRESTED | ARREST UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF. 1 8112-639 | 614010 | 24 | OFF. 2 | | | | |

| 33. OFF'S VEHICLE YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|
| ☐ USED ☐ STOLEN | | | | 88QR/54-3601 | | |

| 34. SERIAL NOS. OR IDENTIFICATION NOS. | ☐ I DNA | ☐ 2 VERIFIED | ☐ 3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|---|---|---|

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. 53. STATUS |
|---|---|---|---|---|
| HOMICIDE/1st Degree | 0110 | DNA | ☒☒ FIELD ☐ 3 SUMMARY | 652 ☐ 0 PROGRESS ☐ 1 SUSPENDED ☐ 2 UNFOUNDED |

STATUS CONT'D.
☐ 3 CLRD. CLOSED   ☒☒ 4 CLRD. OPEN   5 EXC. ☐ CLRD. CLOSED   6 EXC. ☐ CLRD. OPEN   7 CLSD. ☐ NON-CRIM.

54. IF CASE CLEARED, HOW CLEARED
☐ 1 ARREST & PROSEC.   ☐ 2 DIRECTED TO JUV. CRT.   ☐ 3 COMPL. RFUSD. TO PROSECUTE   ☐ 4 COMMUNITY ADJUSTMENT   ☐ 5 OTHER EXCEPT.   ☐ ADULT ☐ JUV.

55. ☐ FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

80. NARRATIVE

FIELD INVESTIGATION/ CLEARED by ARREST, OPEN

IN CUSTODY:

RIVERA, Jacquez nmi M/WH/age 23, dob: 30 Apr █████

4231 W. Division, 5'9, 160 lbs, brown eyes,

brown hair, IR# 614010   CB# 8112-639.

ARRESTING OFFICERS:   Det. William Dorsch #4257   Area Five Violent Crimes

Det. John Boyle #6945   "

GCSp. R. Guevara #16345   Gang Crimes North

GCSp. S. Gawrys #16899   "

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED — DAY MO. YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| nomeal | 15 Sept 88 | 2300 | SGT. R. WEINGART | #865 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| Det. W. Dorsch | 4257 | Det. J. Boyle | 6945 | |

SIGNATURE
W. Dorsel

SIGNATURE

95. DATE APPROVED (DAY–MO.–YR.)
16 SEP 1988

CPD-11.411-B (Rev. 8/85)   * MUST BE COMPLETED IN ALL CASES

Wron 00026   CRC □ 228

Detective Division
Area Five Violent Crimes

September 1988
RD# K 371-955

page two

Date, Time & Location of Arrest:            15 Sept 88 at 1930 hrs, 5555 W. Grand.

Charges, Ct. Branch & Date:                 Murder, Chapter 38-9-1a to appear in
                                            Branch 66 on 16 Sept 88.

Injuries:                                   Multiple gun shot wounds to upper body.
                                            (see attached supplementary report)
                                            Cook County Hospital notified this office
                                            on 14 Sept 88 that the victim in this
                                            incident had been pronounced dead at
                                            1156 hrs by Dr. SHARKEY from multiple
                                            gun shot wounds.

Notifications:                              Medical Examiner Swartz ME# Sept 300
                                            ASA Rosner
                                            Sgt. Christian , Area Five Youth

Re-Interviewed:                            LOPEZ, Orlando M/WH/age 12, dob 17 May
                                            3320 W. Cortland, ph# 235-8434
                                            student at Mozart School.

Investigation:                             The undersigned reporting detectives
                                            were assigned by Sgt. RINALDI #2073
of Area Five Violent Crimes to continue into the investigation related to RD#K 371-955
upon learning that the victim in this incident had died as a result of the multiple
gun shot wounds that he received on 27 August 1988.

                                            Upon reviewing the case file the R/S's
contacted Gang Crimes North to notify them of the death of the victim and request
there assistance in locating the offenders in this incident along with known witnesses.
                                            On 15 Sept 88 the subject known as
Jacques RIVERA was located and requested that he accompany us into Area Five to
continue this investigation. He agreed to do so and was brought into Area Five by
GCSp Guevara and Gawrys. Upon his arrival he was informed that the victim in this
incident had died of his wounds and that it was necessary to speak with him further
and request that he participate in a line up. He agreed to cooperate and was allowed
to wait in an interview room until the arrival of a witness to this incident could
arrive to view a line up.

                                            At app 1915 hrs a line up was conducted
and the subject Jacques RIVERA was positively identified as the person who while armed
with a handgun had shot the victim numerous times. At this time he was notified of
the charges against him and advised of his rights per Miranda to which he replied
that he understood. He was asked if he wanted to cooperate further in  this
investigation at which time he stated that he wanted to speak to his lawyer. At this
time all questioning ceased.

Wron 00027

page three

Investigation Con't:

ASA Julie ROSNER was notified and responded to Area Five. Upon reviewing the file and interviewing the witness and police officers the charge of MURDER was approved against the subject, Jacques RIVERA.

Do to the fact that charges for Murder have been approved the undersigned requests that this case be classified as CLEARED, OPEN.

Det. William Dorsch #4257

Det. John Boyle #6945

Wron 00028

# SUPPLEMENTARY REPORT
CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE—TIME**
DAY 27 MO. Aug YR. 1988 1545

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE [X] VERIFIED [ ] CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| BATTERY/Aggravated Handgun | 041 A | 3320 W. Cortland | 1422 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | | CORRECT [X]1 YES [ ]2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED [ ]1 YES [X]2 NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|---|
| VALENTIN, Felix | | | | | 5537 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| ALLEY | 092 | 1 | 2 |

## NARRATIVE

Wanted for Questioning:

Wanted for Questioning:  RIOS, Jose/M-WH/24-30Apr■/IR 614 010
LKA 4448 W. Cortez,Nickname "Ace".
AKA RIVERA, Jaques.

Evidence:  5 Recovered .22 cal shell casings at
mouth of alley. (524 226 CL)
Photos of Scene
Photos of Victim's Vehicle.

Personnel Assigned:  M.B. 9601 Tech D. Keating #8788
Tech J. McDonald #6989
M.B. 5537 Det. J. Leonard #5629
Det. G. McLaughlin #8086

Interviewed:  LOPEZ, Orlando/M-WH-3320 W. Cortland
N/P-12-17May■/Student Mozart School

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED— DAY MO. YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| Normal | 29 Aug 1988 | 2355 | | 2073 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE | DATE APPROVED (DAY, MO., YR.) | TIME |
|---|---|---|---|---|---|---|
| Gillian McLaughlin 8086 | | John Leonard | 5629 | | 29 AUG 1988 | |

CPD (1) 411-B (Rev. 8/85)  *MUST BE COMPLETED IN ALL CASES

K 371 955

Wron 00029  CRC ☐ 228

Detective Division           Page 2                              29 August, 1988
Area 5 Violent Crimes                                            K 371 955

BATTERY/Aggravated handgun
VALENTIN, Felix

Victim's Vehicle:                       1973 MAZDA 2 Door Sedan Red in Color Ser #
                                          S124A162930 Bearing No License/Relocated after
                                          accident via towtruck to vacant lot at Wabansia
                                          Washtenaw.

Investigation:                         The undersigned detectives, in continuation of
                                          the investigation of the above captioned incident;
                                          interviewed an eye-witness who stated in essance
LOPEZ, Orlondo                     but not verbatim that on date and time of this
                                            incident; LOPEZ was coming from the store at corner
of Kimball and Cortland. LOPEZ observed a copper colored GM-type car coming out of the
alley, traveling northbound at approximately 3319 W. Cortland. The vehicle turned east-
bound on Cortland and stopped at approximately 3311 W. Cortland. LOPEZ indicated that
said vehicle contained 2 M/WH's one of whom exited from the passenger's side of the
vehicle and began to walk toward 3320 W. Cortland where the victim was seated behind
the wheel of his vehicle. Suddenly, the M/WH began to run toward vehicle and LOPEZ
noticed a gun in M/WH's hand. LOPEZ believed he heard three (3) shots but indicated
that they were not very loud. LOPEZ indicated that LOPEZ saw the victim lean forward
and to the right in the vehicle which victim had been seated.

                         LOPEZ informed R/D's that LOPEZ could identify
                         the shooter because LOPEZ recognized the shooter
                         as a M/WH who played baseball at Humboldt Park
and LOPEZ had observed him there on a few occassions. LOPEZ did not know shooters
name but was aware that shooter was affiliated with the Latin Kings. LOPEZ then viewed
books and made an identification of one RIOS, Jose (16-D LATIN KING Page 40-D) as the
M/WH who exited the copper car and shot the victim. At this time there is no identifi-
cation of the driver.

                         The scene was processed by 9601 and five (5)
                         .22 cal shell casings were found and photographs
                         were taken. The victim's car was photographed
at Wabansia and Washtenaw where it had been relocated after the accident. A canvass
of the 3322 W. Cortland occupants on 1st, 2nd and 3rd floors revealed negative results.
3300-3318 W. Cortland is an abandoned building. 3301-3319 W. Cortland is a vacant lot.
The residents at 3321 W. Cortland heard and saw nothing.

                         An active search of the suspect shooter is being
                         undertaken by R/D's and GCSP. This investigation
                         continues.......

Wron 00030

Inventory numbers: If property taken was tribed for Operation Identification indicate I.D. number at point of the entry. Obtain a property description if known, nickname ... Custody."
Case: 1:13-cv-03029 Document #: 51-34 Filed: 03/15/24 Page 32 of 70 PageID #:63583

# SUPPLEMENTARY REPORT
CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE–TIME
DAY MO. YR.
27 Aug 1988 | 1545

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | | 1-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☐1 VERIFIED ☒2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|---|
| BATTERY/Aggravated Handgun | | 041 A | (3320) W. Cortland | 1422 |

5. VICTIM'S NAME AS SHOWN ON CASE REPORT
VALENTIN, Felix

1. CORRECT ☒1 YES ☐2 NO — IF NO, CORRECT ALL VICTIM INFOR. MATION IN BOXES 20 THROUGH 27.
6. FIRE RELATED ☐1 YES ☒2 NO
7. BEAT ASSIGNED 5537

6. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED
(ALLEY)

LOCATION CODE (092)
9. NO. OF VICTIMS 1
10. NO. OF OFFENDERS 2

CIRCUM 11. ☒ VERI-FIED ☐ UPDATE TO | 12. OBJECT/WEAPON dna | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP.

19. PROPERTY T = TAKEN; R = RECOVERED: FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

☐ VERIFIED / ☐ UPDATE TO

| 1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 7 OFFICE EQUIPMENT ☐T $ ☐R | 8 TV, RADIO, STEREO ☐T $ ☐R |
| 9 HOUSEHOLD GOODS ☐T $ ☐R | 0 CONSUM. GOODS ☐T $ ☐R | 11 FIREARMS ☐T $ ☐R | 5 NARC./DANGEROUS DRUGS ☐T $ ☐R | 5 OTHER ☐T $ ☐R | 6 NONE ☐T ☐R |

VICTIMS UPDATE ONLY
| | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. IN. AWRD YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

OFFENDERS UPDATE ONLY
| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | I OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF. 1 | | OFF. 2 | | | | | |

33. OFF'S. VEHICLE ☐USED ☐STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE

34. SERIAL NOS. OR IDENTIFICATION NOS. ☒1 DNA ☐2 VERIFIED ☐3 CORRECTED — LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) DNA | REV. CODE | 51. METHOD CODE DNA | 52. METHOD ASSIGNED ☒X FIELD ☐3 SUMMARY | UNIT NO. 652 | 53. STATUS ☒Q PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED |

STATUS CONT'D.
☐3 CLR.D. CLOSED | ☐4 CLR.D. OPEN | 5 EXC. ☐ CLR.D. CLOSED | 6 EXC. ☐ CLR.D. OPEN | 7 CLS.D. ☐ NON-CRIM. | 54. IF CASE CLEARED, HOW CLEARED ☐1 ARREST & PROSEC. ☐2 DIRECTED TO JUV. ORT. ☐3 COMPL. RFUSD. TO PROSECUTE ☐4 COMMUNITY ADJUSTMENT ☐5 OTHER EXCEPT. | ☐ ADULT ☐ JUV.

55. ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

80. NARRATIVE

Victim: VALENTIN, Felix/16-05Jan█/1458 N. Campbell 235-1821/ Student Diego School/CAMPBELL BOY

Wanted: #1-M/WH/18-22/brn eyes/dk hair/black jean type jacket/dark pants/gym shoes

#2-M/WH/18-22-no further description at this time (driver)

Injuries: 10 GSW in back/2 exit wounds front chest 6 pellets lodged in chest cavity Critical Condition

Taken To: Norwegian American Hospital where victim

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) Normal | 91. DATE THIS REPORT SUBMITTED – DAY MO. YR. 27 August 1988 | TIME 2355 | 92. SUPERVISOR APPROVING (PRINT NAME) S.J.TU. | STAR NO. 2056 |
|---|---|---|---|---|
| 93. REPORTING OFFICER (PRINT NAME) Gillian McLaughlin | STAR NO. 8086 | 94. REPORTING OFFICER (PRINT NAME) John J. Leonard | STAR NO. 5629 | |

SIGNATURE

95. DATE APPROVED (DAY–MO.–YR.) 30 AUG 1988 | TIME 1625

CPD-11.413-B (Rev. 8/85) — MUST BE COMPLETED IN ALL CASES

K 371 955
Wron 00031
CRC ☐ 228

Detective Division                          Page 2                                    27 August, 1988
Area 5 Violent Crimes                                                                 K 371 955

AGGRAVATED BATTERY/Handgun
VALENTIN, Felix

Taken To:  cont.                        was stabilized and then transfered to Cook
                                        County Hospital.  Victim taken to Hospital
                                        by brother, Israel.  Dr. Perez treated victim
                                        at Norwegian American Hospital.

Weapon:                                 Unknown type handgun

Location:                               ALLEY adjoining 3320-22 N. Cortland

Date & Time:                            27 August, 1988/1545 hours

Weather & Lighting:                     Overcast-Raining/Natural

Manner/Motive:                          Multiple Gun Shot Wounds/Gang Retaliation

Vehicle Used:                           Older Model GM type car (medium-full size)
                                        copper color

Evidence:                               None at this time  (victim's car not processed)

Personnel Assigned:                     M.B.  1413  P.O. E. Crawford  15602
                                                    P.O. S. Machain    7963
                                        M.B.  4629  GCSP D. Noon       5410
                                                    GCSP J. Guzman     8728
                                        M.B.  4626  GCSP J. Sparks    14879
                                                    GCSP P. Zacharias 15994

Interviewed:                            VALENTIN, Israel/1458 N. Campbell/235-1821
                                        DOB 1 June    /CAMPBELL BOYS

Investigation:                          On today's date at approximately 1715hrs, R/D's
                                        received a radio assignment to go to Norwegian
                                        American Hospital on a man shot.  The undersigned
responded accordingly and upon arrival located beat personnel who informed R/D's that
they had been called to the hospital and had not been to the original scene.  It should
be noted that an Evidence Tech was not called to the scene because the victim's car is
missing; Family members may have relocated car but this cannot be confirmed.  The beat
personnel also indicated that the victim was in critical condition and unable to verba-
lize but was motioning yes and not to questions.

                                        R/D's went into the emergency room and spoke with
                                        Dr. Perez who informed R/D's that in his opinion,
                                        the victim had ten (10) GSW in back; two (2)
exit wounds in chest (front left) and six (6) pellets remained in chest cavity.  Dr.
Perez showed R/D's the X-Ray of victim and the pellets appeared in upper center chest
cavity.  Dr. Perez further indicated that the victim had to be relocated to another
facility for further treatment due to the not-trauma status of Norwegian American Hospital.

Wron 00032

Detective Division
Area 5 Violent Crimes

Page 3

27 August 1988
K 371-955

AGGRAVATED BATTERY/Handgun
VALENTIN, Felix

Investigation:

Dr. Perez further indicated that if the victim survived his injures he would most likely be paralyzed from the waist down. The victim was spoken to briefly concerning identification and number of offenders. Victim indicated by nodding to simple questions. Victim was transfered to Cook County Hospital where he is presently undergoing surgery.

VALENTIN, Israel

R/D's then interviewed the brother of the victim who stated in essance but not verbatim that on date and time of incident ISRAEL and victim had driven to ISRAEL's girlfriends home (3320 N. Cortland) to pick her up in order to attend a friend's wedding. ISRAEL indicated that the victim was driving. Upon arrival at 3320 N. Cortland; ISRAEL exited the vehicle and went inside of same address. A few minutes later; not more than five (5), ISRAEL came back outside to the car. As he approached the vehicle, ISRAEL noted that the victim was not visible. ISRAEL then ascertained that his brother had been shot. ISRAEL indicated that ISRAEL did not hear any gun shots and ISRAEL was on first floor apartment. ISRAEL told his girlfriend to call the police and ISRAEL pushed his way into the car and attempted to drive his brother; to the hospital. At approximately 1200-1300 N. Kedzie ISRAEL encountered a few parked cars and was unable to transport his brother to the hospital (RD K875 233). ISRAEL abandoned the vehicle and an unknown citizen took ISRAEL and his brother to the hospital. It should be noted that as of this time the victim's car has not been located to be processed.

Investigation Continues.........

Wron 00033

# SUPPLEMENTARY REPORT
## CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE-TIME
* DAY NO. YR.
27 Aug 1988 | 1545

| 1. OFFENSE CLASSIFICATION LAST PREVIOUS REPORT | I.UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE X 1 VERIFIED ☐ 2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| BATTERY/Aggravated Handgun | 041 A | 3320 W. Cortland | 1422 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT X 1 YES ☐ 2 NO | IF NO, CORRECT ALL VICTIM INFOR-MATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐ 1 YES X 2 NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| VALENTIN, Felix | | | | 5537 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| Alley | 092 | 1 | 2 |

11. ☐ VERI-FIED ☐ UPDATE TO

12. OBJECT/WEAPON: CODE NOS.

13. FIREARM FEATURES CODE NO.

14. POINT/ENTRY CODE NO.

15. POINT/EXIT CODE NO.

16. BURGLAR ALARM CODE NOS.

17. SAFE BURGLARY METHOD CODE NO.

18. IF RESIDENCE WHERE WERE OCCUP. CODE NO.

19. dna

DESCRIBE PROPERTY IN NARRATIVE.
T = TAKEN; R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

PROPERTY
☐ VERIFIED
☐ UPDATE TO

| 1 MONEY ☐ T $ ☐ R | 2 JEWELRY ☐ T $ ☐ R | 3 FURS ☐ T $ ☐ R | 4 CLOTHING ☐ T $ ☐ R | 7 OFFICE EQUIPMENT ☐ T $ ☐ R | 8 TV, RADIO, STEREO ☐ T $ ☐ R |
|---|---|---|---|---|---|
| 9 HOUSEHOLD GOODS ☐ T $ ☐ R | 6 CONSUM. GOODS ☐ T $ ☐ R | 1 FIREARMS ☐ T $ ☐ R | 5 NARC./DANGEROUS DRUGS ☐ T $ ☐ R | 5 OTHER ☐ T $ ☐ R | 6 NONE ☐ T ☐ R |

| | 20. NAME (LAST–FIRST–M.I.) | 21. I.UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. IN. JURD. YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| VICTIMS UPDATE ONLY 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| OFFENDERS UPDATE ONLY 1. | | | | | | | | |
| 2. | | | | | | | | |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | I OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST/UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF. 1 | | OFF. 2 | | | | | |

| 33. OFF'S VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| ☐ USED ☐ STOLEN | | | | | | | |

| 34. SERIAL NOS. OR IDENTIFICATION NOS. X 1 DNA ☐ 2 VERIFIED ☐ 3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|
| DNA | |

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. 53. STATUS |
|---|---|---|---|---|
| DNA | | DNA | X 1 FIELD ☐ 3 SUMMARY | 652 XX IN PROGRESS ☐ 1 SUSPENDED ☐ 2 UNFOUNDED |

STATUS CONT'D.
☐ 3 CLRD. CLOSED ☐ 4 CLRD. CLOSED ☐ 5 EXC. CLRD. CLOSED ☐ 6 EXC. CLRD. OPEN ☐ 7 CLSD. NON-CRIM.

54. IF CASE CLEARED, HOW CLEARED
☐ 1 ARREST & PROSEC. ☐ 2 DIRECTED TO JUV. CRT. ☐ 3 COMPL. RFUSD. TO PROSECUTE ☐ 4 COMMUNITY ADJUSTMENT ☐ 5 OTHER EXCEPT. ☐ ADULT ☐ JUV.

55. ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

80. NARRATIVE

In Custody:

RIVERA, Jacques/M-WH-30Apr▮▮/AKA-ACE/4238 W. Division/5'10/180/brn/brn/med/Employeed: Humboldt Park Inst-Maintenance IR#614 010 CB# 8101-323

RODRIGUEZ, Jose Antonio/AKA-Chequin/2040 N. Spaulding 1st South/5'10/120/brn/blk/light IR# 861-858 CB# 8101-405

Arresting Officers:        RIVERA:   Det. John Leonard    5629
                                     Det. G. McLaughlin   8086
                                     GCSP R. Guevara      16345
                                     GCSP J. Fallon       5351
                                     GCSP J. Sparks       14879
                                     GCSP P. Zacharias    15994

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – DAY MO. YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| Normal | 1 Sept 1988 | 0100 | | |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| Gillian McLaughlin 8086 | | John Leonard 5629 | | |

SIGNATURE: [signed] 8086 [signed] John Leonard

DATE APPROVED (DAY -MO. - YR.)
02 SEP 1988

CPD-11.411 (B (Rev. 5/85)        MUST BE COMPLETED IN ALL CASES

Wron 00034        CRC ☐ 228

```
Detective Division                    Page 2                        1 Sept, 1988
Area 5 Violent Crimes                                               K 371 955

AGGRAVATED BATTERY/Handgun
VALENTIN, Felix

Arresting Officers:                   RODRIGUEZ:  P.O. LETRICH 6198  014
                                                  P.O. MORIARITY 16633 014
                                                  P.O. VERGARA   14416 014
                                                  P.O. WOJCIK    4408 014

Date, Time & Location of Arrest:      RIVERA:     30 Aug, 1988/2300/3300 N. Beach

                                      RODRIGUEZ:  31 Aug, 1988/0100/2040 N. Spaulding

Evidence:                             544008 (652)  Photos
```

Investigation:                        The undersigned detectives were assigned to
                                      the continuing investigation of the above cap-
                                      tioned incident. Efforts to locate suspect
RIVERA, Jose were successful and subject was taken into custody, advised of his Miranda
Warnings and transported to Area 5. Due to the lateness of the hour, the parents of the
witness indicated that the daytime hours would be better for viewing of a line-up.
In light of this fact, a hold was placed on RIVERA for line-up purposes.

                                      The undersigned had been informed that another
                                      suspect was in custody (014) and hold papers
                                      had been placed on that subject, RODRIGUEZ, by
1st watch personnel in order to have witness view RODRIGUEZ in line-up. The lateness
of the hour also prevented an interview with victim who is in surgical intensive care.

                                      On today's date, attempts were made to locate
                                      the eye witness, LOPEZ, Orlondo, in order to
                                      have subject view a line-up. Numerous visits
to witnesses residence proved negative and family indicated that they were unaware of
his whereabouts but that subject may have been visiting his father, address unknown.
R/D's went to Cook County Hospital and attempted to converse with victim; Verbal com-
munication was next to impossible due to ventilator hook up through mouth and throat.
Victim appeared to understand questions of a yes and no nature. R/D's inquired of the
physcians staff if photos could be shown to victim and staff indicated yes but that the
victim is regularly medicated, and response would be dependent of that medication. R/D's
returned to Area Five and requested 014 personnel to locate persons fitting description
of both in-custody suspects to produce a photo spread for purposes of victim identification
if possible at this time.

                                      R/D's returned to Cook County Hospital with six
                                      photos (Inv. #544-008 652). It should be noted
                                      that the photos were numbered from one to six
but the were not shown numerically to the victim. The victim does not have use of his
limbs and is basically paralyzed from the neck down. Therefore photos were individually
held for victim to view (random order). As photo's were being shown to victim it appeared

Wron 00035

Detective Division          Page 3          1 Sept., 1988
Area 5 Violent Crimes                            K 371 955

AGGRAVATED BATTERY/Handgun
VALENTIN, Felix

Investigation Cont.:          that the victim was having a difficult time
focusing of the photos. Victims eyes were con-
stantly tearing and R/D's inquired of the staff
of victim's medication at the time. R/D's learned that victim had been placed on a
morphine drip for the pain. It should also be noted that the victim was in constant
motion (side to side) as the whole bed moved to help keep lungs from filling with fluid
staff indicated that victim presently in danger of contracting pneumonia. It was then
decided to cease the photo identification until later in the week; when the physcian
indicated that the tubes would be removed from victim's throat.

          The following is the numerical order and names
          of subjects in photos.

#1  VILLAFANE, Angel/M-WH/23  21July█ / 1619 N. California

#2  OLIVERO, Carlos/M-WH/18  14May█ / 2478 N. Albany

#3  RIVERA, Jacques/M/WH/23  30Apr█ / 4238 W. Division

#4  RUIZ, George/M-WH/19  28Jan█ / 2453 N. Francisco

#5  RAMON, Lopez/M-WH/20  22Sep█ / 1424 N. Washtenaw

#6  RODRIGUEZ, Jose/M-WH/23  30Apr█ / 2040 N. Spaulding

          Due to the above facts and circumstances both
          subjects were released. This investigation con-
          tinues.......

Wron 00036



Wron 00037



Wron 00038

Case: 1:18-cv-03029 Document #: 511-47 Filed: 03/15/24 Page 40 of 70 PageID #:63591

# SUPPLEMENTARY REPORT

CHICAGO POLICE

All descriptions and statements in this entire report are approximations or summarizations only unless indicated otherwise

| 4. DATE OR ORIG. OCC. IN SLICE | TIME |
|---|---|
| 27 Aug 88 | 1545 |

| 1. INCIDENT OFFENSE CLASSIFICATION LAST PREVIOUS REPORT | IUCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT OFFENSE | VERIFIED | CORRECTED | 3. BEAT OF OCCUR |
|---|---|---|---|---|---|
| BATTERY: Aggravated, Handgun | XXXO41A | 3324 W. Cortland | X | | 1422 |

| 5. VICTIM'S SUBJECT'S NAME AS SHOWN ON LAST PREVIOUS REPORT | CORRECT | 6. FIRE RELATED | 7. BEAT ASSIGNED |
|---|---|---|---|
| VALENTIN, Felix | X YES / 2 NO | 1 YES X 2 NO | 1464B |

| 8. VICTIM'S SUBJECT'S ADDRESS | 9. TYPE OF LOCATION OR PREMISE WHERE INCIDENT OFFENSE OCCURRED | LOCATION CODE |
|---|---|---|
| 1458 N. Campbell | Street | 304 |

10. DESCRIBE PROPERTY IN NARRATIVE  T = TAKEN;  R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT

PROPERTY

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMENT | 8 TV RADIO, STEREO | PROPERTY INVENTORY NO-S- |
|---|---|---|---|---|---|---|
| T $ | T $ | T $ | T $ | T $ | T $ | |
| R | R | R | R | R | R | |
| 9 HOUSEHOLD GOODS | 0 CONSUM. GOODS | H FIREARMS | & NARC. DANGEROUS DRUGS | 5 OTHER | 6 NONE | |
| T $ | T $ | T $ | T $ | T $ | T | |
| R | R | R | R | R | R | |

OFFENDERS

| 11. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 12. HOME ADDRESS | 13. SEX-RACE-AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL |
|---|---|---|---|---|---|---|---|
| 1 RODRIGUEZ, Jose | 2040 N. Spaulding | 1st | M/4/22 | 5-10 | 120 | Brn | Blk | Lt |
| 2 NIEVES, Felipe | Unk | | M/4/24 | 5-06 | 150 | Brn | Brn | Lt |

| 14. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 15. NO. ARRESTED | ARREST UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF. 1 | | OFF. 2 | | | | | |

| 16. OFF'S. VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| USED STOLEN Unk | | Toyota | 2dr | Brn | UNK | UNK | |

80. NARRATIVE

IN SUMMARY: R/O's had occassion to interview above victim regarding above RD#. Victim

related that the person who shot him and the driver were members of the Imperial Gangster

street gang. R/O's returned to show the victim the Imperial Gangster photo album. Above

victim picked out offender#1 as the person who shot him and offender#2 as the driver of

the vehicle used. Offender#1 taken into custody, advised rights per Miranda in Spanish and

English and processed in O14.


Additional Arresting Ofcrs: WOJCIK#4408, VERGARA#14416

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO |
|---|---|---|---|---|
| | DAY 31 MO. Aug YR. 88 | 0230 | | |
| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE | |
| C. LEIRICH | 6198 | J. MORIARTY | 16633 | | |
| SIGNATURE | | SIGNATURE | | 95. DATE APPROVED (DAY-MO.-YR.) | TIME |

CPD-11.411-A (REV. 8/85)  • MUST BE COMPLETED IN ALL CASES

Wron 00039

**SUPPLEMENTARY REPORT**

CHICAGO

| 1. INCIDENT/OFFENSE CLASSIFICATION LAST PREVIOUS RE | | | | | 1 UCR OFF. CODE | 2. ADDRESS OF ORIG INCIDENT? | USE VERIFIED CORRECTED | 3. BEAT OF OCC.A |
|---|---|---|---|---|---|---|---|---|

Murder/Homicide — 0110 — 3320 W. Cortland — 1422

| 5. VICTIM'S/SUBJECT'S NAME AS SHOWN ON LAST PREVIOUS REPORT | CORRECT | 6. FIRE RELATED | 7. SEAT ASSIGNED |
|---|---|---|---|

VALENTIN, Felix — YES / NO — YES / NO — 4627

| 8. VICTIM'S/SUBJECT'S ADDRESS | 9. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE |
|---|---|---|

1458 N. Campbell — Alley — 092

PROPERTY
10. DESCRIBE PROPERTY IN NARRATIVE — T = TAKEN, R = RECOVERED

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMENT | 8 TV, RADIO, STEREO | PROPERTY INVENTORY NO(S) |
|---|---|---|---|---|---|---|
| 9 HOUSEHOLD GOODS | 0 CONSUM. GOODS | (-) FIREARMS | & NARC/DANGEROUS DRUGS | 5 OTHER | 6 NONE | |

11. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) — 12. HOME ADDRESS — 13. SEX–RACE–AGE CODE — HEIGHT — WEIGHT — EYES — HAIR — COMPL.

OFFENDERS

RIVERA, Jacquez — 4231 W. Division — M — 4 23 — 5-9 — 160 — Br — Br — Med

2

| 14. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 15. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|

OFF. 8112-639 — 614010 — 24 OFF. 2

| 16. OFF'S. VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|

USED / STOLEN

80. NARRATIVE

VICTIM: VALENTIN, Felix; M/WH/16; 1458 N. Campbell 3 rd. flr.

Deceased, former member of the Campbell Boys/014

DATE, TIME, LOC. OF INC: 27 Aug 88; 1545 hrs.; 3320 W. Cortland, Alley

DATE, TIME, LOC. OF ARREST: 15 Sep 88; 1930 hrs.; 5555 W. Grand, A/5 VC

OFFENDER: RIVERA, Jacquez; M/WH/23; 30 Apr ███; 5-9, 160;

AKA. RIOS, Jose; 4231 W. Division 3rd. flr.

nickname, ACE; member of Latin Kings/014

CHARGES: Murder 1st. Degree; 38-9-1a

COURT DATE & BRANCH: 16 Sep 88; 66-2

INVESTIGATION: Reporting officers along with other Gang Crime

Specialists were investigating an Aggravated

Battery in which the victim was shot ten times. GCSp. Noon, Guzman, Sparks,

and Zacharias located a witness on 29 Aug 88. This witness was brought

into Gang Crimes North to view gang photo books. On that date witness

positively identified the photo of Jose RIOS from book 16-D, page 40

CONTINUED OTHER SIDE

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| | 16 Sep 88 | 0030 | Sgt. Mingey | 1731 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| GCSp. S. Gawrys | 16899 | GCSp. R. Guevara | 16345 | |

SIGNATURE — Gawrys — SIGNATURE — R. Guevara

95. DATE APPROVED (DAY-MO.-YR.) — 16 Sep 88 — TIME — 0030

CPD-11.411-A (REV. 8-81)

*MUST BE COMPLETED IN ALL CASES

K-371955

Wron 00040

INVESTIGATION CON'T: photo D, Latin King gang book. Numerous attempts were made to interview the victim at Cook County Hospital, on 10 Sep 88 r/i's were able to have victim view gang photo book were then an idetification was made of Jose RIOS as the person that shot victim.

On 15 Sep 88, reporting officers located Jose RIOS, AKA. RIVERA, Jacquez on the street and he was asked to accompany r/o's to A/5 VC to stand in a line-up for Murder. Subject agreed and he was read his Miranda warnings.

Once in A/5 VC Jose RIOS was placed in a line-up and he was positively identified as the person that shot the victim Felix VALENTIN on 27 Aug 88. Review by A.S.A. Rosner with witness, charges of 1st. Degree Murder were approved.

Orlando LOPEZ, witness, was shown photos of Jose RODRIQUEZ and Felipe NIEVES and he stated to r/i's that these two individuals were not involved in this incident.

R.D. NO. K-371955.

I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE.

SUPERVISOR'S SIGNATURE

STAR NO. | DATE (DAY-MO.-YEAR)

Wron 00041

Case: 1:18-cv-03029 Document #: 511-47 Filed: 03/15/24 Page 43 of 70 PageID #:63595

Def. Dorsey

A/R V.C

Wron 00042

Case: 1:18-cv-03029 Document #: 511-47 Filed: 03/15/24 Page 44 of 70 PageID #:63595

**1. OFFENSE** — INCIDENT-PRIMARY CLASSIFICATION

| 04.1.A | AGGRAVATED: HANDGUN |

BATTERY

| 3,3,2,4,W | CORTLAND |

VALENTIN, FELIX

VALENTIN, ISRAEL

1458 N CAMPBELL

1458 N CAMPBELL

**Narrative:**

Victim and witness Israel Valentin went to above address to pick up witness Valentin's girlfriend, as they were going to a wedding. Witness Valentin went to pick up his girlfriend, victim was in car. Two subjects approached vehicle / see his brother. R/Os to above address to pick up ... Victim and witness Valentin's girlfriend ... above narrative.

See narrative.

LATIN KING.

Wron 00043

FOR OFFENSE CODE -

REV. CODE

I-UCR METHOD CODE

METHOD ASSIGNED
☐ 1 FIELD ☐ 4 ADMIN.

| UNIT NO.

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

☐ 1 CORRECT
☐ 2 REVISED

☐ 1 SUMMARY

OFFICER ASSIGNED
STAR NO.

| DATE ASSIGNED

SUPV. STAR NO.

INVESTIGATIVE FILE
☐ 1 YES ☐ 2 NO

REASSIGNED
☐ 1 YES ☐ 2

DATE REASSIGNED -

DATE

STATUS
☐ 1 CLEARED / PROGRESS
☐ 3 EXC. CLEARED OPEN

☐ 1 SUSPENDED
☐ 4 CLEARED OPEN

☐ 2 UNFOUNDED
☐ 5 CLOSED - NON CRIMINAL

IF CASE IS CLEARED, HOW CLEARED
☐ 1 ARREST & PROSECUTION
☐ 2 DIRECTED TO FAMILY COURT
☐ 3 OWN, REFUSED TO PROSECUTE

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES

VICTIM IDENTIFIERS
☐ 1 CORRECT
☐ 2 REVISED

VICTIM NO.

| REVISED NAME

| REVISED ADDRESS

| REVISED PHONE NO.

REVISED
☐ HOME
☐ BUSINESS

☐ 1 CORRECT

☐ 1 DNA

☐ 2 VERIFIED

☐ 3 CORRECTED

VALUE OF PROPERTY TAKEN/RECOVERED

☐ 1 DNA

☐ 2 VERIFIED

☐ 3 CORRECTED

☐ MONEY
☐ 1 $
☐ R

12 JEWELRY
☐ 1 $
☐ R

13 FURS
☐ 1 $
☐ R

14 CLOTHING
☐ 1 $
☐ R

15 OFFICE EQUIPMT.
☐ 1 $
☐ R

16 TV, RADIO, STEREO
☐ 1 $
☐ R

18 HOUSEHOLD GOODS
☐ 1 $
☐ R

19 CONSUM. GOODS
☐ 1 $
☐ R

17 FIREARMS
☐ 1 $
☐ R

18 NARCO/ANG. DRUGS
☐ 1 $
☐ R

19 OTHER
☐ 1 $
☐ R

SERIAL NOS. ON IDENTIFICATION NOS.

☐ 1 DNA

☐ 2 VERIFIED

☐ 3 CORRECTED

LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED

REMARKS (PERTINENT INFORMATION NOT ON ORIGINAL REPORT)

PREPARED BY - SIGNATURE | STAR NO. | DATE (DAY-MO-YR.) | APPROVED BY - SIGNATURE | STAR NO. | DATE (DAY-MO-YR.)

Wron 00044

# EVIDENCE REPORT
## CRIME LABORATORY DIVISION/CHICAGO POLICE

| | | | |
|---|---|---|---|
| OTHER NO. | | RD NO. | K 371 9554 |

| OFFENSE OR INCIDENT | IUCR | | AREA-DIST.-BEAT | | DATE RECEIVED | | TIME |
|---|---|---|---|---|---|---|---|
| HOMICIDE/ 1st DEGREE | 0110 | 5th | 025 | 5548 | 15 Sep 88 | | 1710 |

| ASSIGNMENT TYPE | UNIT ASSIGNED | RECEIVED BY | DATE ARRIVED | TIME |
|---|---|---|---|---|
| LINE UP PHOTOS | 652 | MILLER | 15 Sep 88 | 1915 |

| LOCATION OF SERVICE | REQUESTED BY | DATE COMPLETED | TIME |
|---|---|---|---|
| AREA FIVE VIOLENT CRIMES | BOYLE | 15 Sep 88 | 1920 |

| VICTIM'S NAME | SEX—RACE—AGE | ADDRESS | PHONE NO. |
|---|---|---|---|
| VALENTIN, FELIX | M WH 16 | 1458 N Campbell | NONE |

ELIM. PRINTS ☐DNA ☐NO

IN CUSTODY ☒YES ☐NO  NAME

D.O.B.  CB NO.  IR NO.

### FINGERPRINTS

| MED NEG. LIFT | LOCATION FOUND | F.N. | MED NEG LIFT | LOCATION FOUND | F.N. |
|---|---|---|---|---|---|
| | | | | | |

| POSSIBLE SUSPECT INFORMATION | ☐MALE ☐FEMALE | RACE | ☐ADULT ☐JUVENILE | IDENT. SECTION | ☐SUITABLE ☐NOT SUITABLE | INITIAL | DATE |
|---|---|---|---|---|---|---|---|

### PHOTOS TAKEN

| A E.I. BOARD | E DIRECT | RIGHT PROFILE |
|---|---|---|
| B EII. BOARD | F LEFT PROFILE | J RIGHT PROBILE |
| C DIRECT | G LEFT PROFILE | K |
| D | H | L |

### VEHICLE(S)

| YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO. | V.I.N. |
|---|---|---|---|---|
| | | | | |
| | | | | |

### PHYSICAL EVIDENCE

| PROP. INVENT. NO.—UNIT | DESCRIPTION & LOCATION | INITIAL DEST. |
|---|---|---|
| | | |

### DETAILS OF CASE

| POSITION | NAME | C.B.# |
|---|---|---|
| 1 | SANCHEZ, SANTIAGO | NONE |
| 8 | CRUZ, EFRAM | NONE |
| 3 | RIVERA, JACQUES | |
| 4. | TORRES FELIX | NONE |
| 5. | DELGADO, ISRAEL | NONE |

| INVESTIGATING OFFICER'S NAME | STAR NO. | UNIT | BEAT OFFICER'S NAME | STAR NO. | UNIT |
|---|---|---|---|---|---|
| Det. John Boyle | 6945 | 652 | DNA | | |

| REPORTING TECHNICIAN'S NAME | STAR NO. | APPROVING SUPERVISOR'S NAME | STAR NO. |
|---|---|---|---|
| P.O. John Miller | 5482 | Sgt. A. Wemgart | 865 |

CPD-33.103 (Rev. 11/85)

RD NO. K 371 955

Wron 00045

DETECTIVE DIVISION AREA COPY

Wron 00046

66 -2        16 Se ember 1988
_____        _____
(Court Branch)        (Court Date)

FELONY                                                     (1-82) CCMC1-216

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of the State of Illinois            COMPLAINT FOR PRELIMINARY EXAMINATION
         Plaintiff

          v.                             NO. ....................................

JACQUES RIVERA
............................
         Defendant

Felix Valentin ................................................................ complainant, now appears before
            (Complainant's Name Printed or Typed)

The Circuit Court of Cook County and states that

JACQUES RIVERA ................................................................ has, on or about
                        (defendant)

27 August 1988 ..................at........ 3320 W Cortland ........................................
       (date)                           (place of offense)

committed the offense of .... HOMICIDE/ 1st Degree Murder ........................................ in that he

Killed .. Felix Valentin without legal justification by shooting him  Felix

Valentin 10 times with a hand gun with the intent to kill  Felix Valentin

....................................................................................................

....................................................................................................

....................................................................................................

in violation of Chapter .... 38 .................................................... Section .... 9-1(a)(1)

ILLINOIS REVISED STATUTES

                                 _William P. Dorsch_
                                    (Complainant's Signature)

                                 5555W Grand           744-8364

STATE OF ILLINOIS         ⎫                (Complainant's Address)            (Telephone No.)
                      ⎬ ss.              Det. William Dorsch
COUNTY OF COOK        ⎭                (Complainant's Name Printed or Typed)

being first duly sworn, on .......... his ...................., oath, deposes and says that he has read the foregoing
complaint by him subscribed and that the same is true.

                              _William P. Dorsch_
                                (Complainant's Signature)

Subscribed and sworn to before me ........................................15 September, 19 88

                                           (Judge or Clerk)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that
there is probable cause for filing same. Leave is given to file said complaint.

Summons issued,     Judge ......................................................................
      or
Warrant Issued,     Bail set at ..................................................................
      or
Bail set at ........................................ Judge ..................................................

                                                 Judge's No.

**MORGAN M. FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY** Wron 00047

FELONY MINUTE SHEET - FORM 101
●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

ASSISTANT STATE'S ATTORNEY:          (For State's Attorney Use Only)
Enter each continuance here. In cases of multiple defendants indicate which
defendants, if any, did not join in the continuance. Also indicate dates of
all demands for trial, and by whom demands were made.

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

COURT BRANCH: 66                              R.D.# K 371 955

| IR NUMBER | DEFENDANTS | AGE | DATE OF ARREST | CHARGE |
|-----------|------------|-----|----------------|--------|
| 614 010 | Jacques Rivera | 23 | 15 Sept 1988 | 38-9-(1)(a) |
| | | | | |
| | | | | |
| | | | | |

DATE OF OFFENSE: 27 Aug 1988 TIME: 03:45 ( )am ⊗pm PLACE: 3320 W Cortland Ave
                                                  Chicago/Cook County, Illinois
The facts briefly stated are as follows: The victim while seated in his
vehicle at 3320 W Cortland was attacked by the arrestee Jacques Rivera who
shot him ten times. The victim died of his wounds on 14 September 1988.
The arrestee was identified by photos by the witness Orlando Lopez. On
15 September Jacques Rivera accompanied the arresting officers into Area Five
where a line up was conducted. RIVERA was positively identified by the
witness as the subject who shot the victim.

WITNESSES: Spell out first & last name; First name first. Also furnish
          address & phone number of each witness.

| PROSECUTING WITNESS | ADDRESS | HOME PHONE | BUS. PHONE |
|---------------------|---------|------------|------------|
| Orlando Rivera | | | |
| GCSP R. GUEVARA | 2452 W Belmont | 744-8260 | |
| GCSP S. Gawrys | 2452 W Belmont | 744-8260 | |
| Det. W. Dorsch | 5555 W Grand | 744-8260 | |
| Det. J. Boyle | 5555 W Grand | 744-8260 | |
| | | | |

A.S.A. Rosner                    APPROVED FELONY CHARGE(S)

Wron 00048

BOND, $_____                         _____
                                        ASST. STATE'S ATTY. _____ DATE

# SUPPLEMENTARY REPORT
## CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

| 1. DATE OF ORIG. OCCURRENCE - TIME | | |
|---|---|---|
| DAY | MO. | YR. |
| 27 | AUGUST | 1988 |

1545

1. OFFENSE CLASSIFICATION LAST THIS FILE ENTRY

**HOMICIDE/ 1st DEGREE**          0110

2. ADDRESS OF ORIG. INCIDENT OFFENSE: **3320 W Cortland**

VERIFIED XX    2 CORRECTED

3. BEAT OF OCCUR.
1422

5. VICTIM'S NAME AS SHOWN ON CASE REPORT

**VALENTIN, FELIX**

CORRECT  XX YES  NO    IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27.

6. FIRE RELATED  1 YES XX NO

7. BEAT ASSIGNED
5548

5. TYPE OF LOCATION OR PREMISE WHERE INCIDENT OFFENSE OCCURRED

**ALLEY**    LOCATION CODE **092**

9. NO. OF VICTIMS **1**

10. NO. OF OFFENDERS **2**

...

80. NARRATIVE

## THIS IS A LINE UP REPORT

DATE TIME & LOCATION OF LINE UP:      15 September 1988, 1915 hours, Area Five Violent

Crimes Office

PHOTOGRAPHER:      P.O. John Miller # 5482  UNIT # 650

R.D. #:      K 371 955

PERSONS CONDUCTING LINE UP      Det William Dorsch #4257

Det John Boyle #6945

CONTINUED ON PAGE TWO

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED — | | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|---|
| NORMAL | DAY | MO. | YR. | SGT. R. WEINGART | #865 |
| | 15 SEPTEMBER 1988 | | 2030 | | |

93. REPORTING OFFICER (PRINT NAME)      STAR NO.

Det. John Boyle      6945

94. REPORTING OFFICER (PRINT NAME)      STAR NO.

Det. William Dorsch      4257

95. DATE APPROVED (DAY - MO. - YR.)      TIME
16 SEP 1988

CPD-11.411-B (Rev. 8-85)

Wron 00049

CRC 226

K 371 955

DET...
AREA FIVE VIOLENT CRIMES                                    15 SEPTEMBER 1988

HOMICIDE/1st DEGREE MURDER
VALENTIN, FELIX

PAGE TWO

PERSONS PRESENT DURING          1. Det. William Dorsch #4257 Area Five Violent Crimes
LINE UP:                        2. Det. John Boyle #6945 Area Five Violent Crimes

                                3. GCSP. Ray Guevara #16345 Gang Crimes North
                                4. GCSP. Steve Gawrys # 16899 Gang Crimes North

PERSONS VIEWING LINE UP:        1. Orlando LOPEZ  RD# K 371 955

PERSONS PARTICIPATING IN        1. SANCHEZ, Santiago M/WH/19 12 May
LINE UP:                           Volunteer.

                                2. CRUZ, Efram M/WH/20 26 March
                                   Volunteer

                                3. RIVERA, Jacques M/WH/23 5'9" 160
                                   CB#

                                4. TORRES, Felix M/WH/22 29 October
                                   Volunteer

                                5. DELGADO, Israel M/WH/21 25 June
                                   Volunteer

PERSONS IDENTIFIED IN           Position # 3 RIVERA, Jacques
LINE UP:

INVESTIGATION:                  The Reporting Detectives conducted a line-up in the
                                offices of Area Five Violent Crimes pursuant to this
                                investigation.  Subject #3 Jacques RIVERA was positively
identifed by the witness.  RIVERA was allowed to select his position in the line-up.
RIVERA was not requested to repeat any statements nor did he make any statement.

Det. John Boyle #6945
Det. William Dorsch #4257
DDA FIVE VIOLENT CRIMES.

Wron 00050

ARREST REPORT
CPD-11.420 (Rev. 8-88)

| | | | | RIVERA | Jac | jz | | M | WM | 30 | APR | 65 |

| 1. ADDRESS OF ARREST | | | | 7. ALIAS (LAST) | | (FIRST) | | | (MIDDLE) | 1-C.B. NO | | |
| 5555 W. Grand | | 23 | | RIOS Jose | | | | | | | | |
| 6. INITIAL DISTRICT OF NATURE OF CHARGE | | 11. DIST. RES. | 12. RESIDENCE ADDRESS | | | | | | | 13. TIME PHOTO | 14. R.D. NO | |
| 292 | | 025 | 4231 W Division | | | | | | | | K-371-955 | |

| 15. RESIST EC ARREST | 16. ASSAULTED OFFICER | 17. OFFICER INJURED | 18. SOBRIETY SOBER | HBD | NTOX | 19. STATE/PLACE OF BIRTH | DRIVERS LICENSE NO. | | STATE | 20. I.R. NO |
| | | | | | | IL. | R160-4206-5123 | | | 614010 |

| 21. WEAPON RIFLE PISTOL SHOT GUN REVOLVER | | 22. HEIGHT | 23. WEIGHT | 24. EYES | 25. HAIR | 26. COMPLEXION | 27. FINGERPRINT CLASSIFICATION |
| KNIFE | | 5'9 | 160 | Brn | Brn | Med | |

| 28. GLASSES YES NO | 29. BUILD SLENDER MEDIUM HEAVY | 30. MARKS, SCARS, DEFORMITIES, HANDICAPS, ETC. | 31. SEAT OF | 32. DATE OF ARREST MONTH | TIME | 33. FINAL CT. DATE & BRANCH |
| | | Ace/on left arm | 2522 | 15 Sept. 88 | 1930 | |

| 14. WHERE EMPLOYED | 1.38-9-1a | 1 MURDER First Degree | | | | |
| | 2. | 2. | 2. | | | |
| 15. OCCUPATION | 3. | 3. | 3. | | | |
| | 4. | 4. | 4. | | | |
| 32. NO. ARRESTED | 37. TIME FINGERPRINTED | 5. | 5. | | | |
| 1 | | 38. REFERENCES (CHAPTER ARTICLE SECTION) | 19. OFFENSES | 40. | DISPOSITIONS |

| 9. PERSON IN VESTIGATION ONT NOTIFIED | UNIT NOTIFIED | TIME | 42. INITIAL APPROVAL OF PROBABLE CAUSE | 43. DATE CHARGED DAY MONTH YEAR | TIME | 44. APPROVAL OF CHARGES |
| SGT. Weingart | A/5VC | 1630 | Dt. A. Wymili' #4100 | | | |

| 45. VEHICLE OF ARRESTEE | YEAR | MAKE | STATE LICENSE NO | DISPOSITION OF VEHICLE | | |

| 24. VICTIM-COMPLAINANT | NAME | | | SEX | RACE | HOME ADDRESS | | | | PHONE NO. |
| | VALETIN, Felix ( DECEDANT) | | | | | | | | | |

| 47. ARRESTEE TRANSPORTED TO: BY | | HOW TRANSPORTED | TIME | PROPERTY INVENTORY NO(S). |
| A/5VC GUEVARA & GAWRYS 16345 | | 4627 | 1500 | DNA |

48. NARRATIVE (The facts for probable cause to arrest include, but are not limited to, the following:)

DOES ARRESTEE HAVE DEPENDENT CHILDREN AT HOME ☐ YES ☐ NO    IF YES—NAME OF YOUTH DIV. MEMBER NOTIFIED

This is a gang crimes north arrest by 4627 and

5548 A/5VC. for Murder. Above subject arrested for Murder after being placed

in a line-up and pick out by the witness as the shooter in this Homicide.

CHARGES APPROVED PER ASA ROSNER

ADDITIONAL ARRESTING OFFICERS: DET. B. DORSCH 4257 & Det. J. BOYLE 6945 Beat

5548 and GCSP. S. GAWRYS # 16899 Beat 4627

FAST ARRESTING/APPEARING OFFICERS SIGNATURE    I do solemnly, sincerely, and truly declare and affirm that the facts stated herein are accurate to the best of my knowledge.    DEPUTY CLERK

Gcsp. R. Guevara

| R.58 NARCOTIC ARREST ☐ SUSPECT CANNABIS ☐ SUSPECT CONTROLLED SUBSTANCE | APPROX WEIGHT NO. PLOT | EST. STREET VALUE— CALL DRG CRIME 744-0-062 | $ | TEL. NO. CALLED | TIME OF CALL | FOR COURT USE — COURT DOCKET NO |

| 49. VEHICLE SEIZURE ☐ | 50. DECLARED COURT DATE | BRANCH | 51. COURT DIST. TO HANDLE YES ☒ NO | 52. DATE RECEIVED LOCKUP | TYPE | 93. FINAL ASSIST NAME |
| XX | 16 Sept. 88 | 66-2 | | | | |

| 7. DEPT. EMPLOYEE APPEARING OFFICER 1ST | STAR NO | UNIT NO | BEAT NO | | SIGNATURE | |
| GCSP. R. GUEVARA | 16345 | 760 | 4627 | 7 | Gcsp R. Guevara 16345 760 4627 | |

| ARRESTING OFFICER | | STAR NO | UNIT | 12. FINGERPRINT RULED DATE | | |

| 7. SHEETS (APPROVED BY | | STAR NO | UNIT | 43. D. NEXT DATE | | |

| JUVENILE DATA | I.D. NO | I.D. REGION | | DETAINED RELEASE 1 ☐ 2 ☐ | TEMP 64. NO. ADULTS ARRESTED | 65. DATE OF OFFENSE DAY MO | TIME | 67. COMM AREA NO | 68. ARREST LOC |

Wron 00051

RELEASE OF PERSON IN CUSTOD    CHICAGO POLICE

INSTRUCTIONS: Prepare in duplicate.
Original to Watch Commander of Detention Facility
Duplicate to Area Headquarters

| | | | TODAY'S DATE | C.B. NO. |
|---|---|---|---|---|
| | | | 31 Aug 1933 | 3991 323 |

| NAME OF ARRESTEE | AGE | ADDRESS | | DISTRICT OF DETENTION |
|---|---|---|---|---|
| RIVERA, Jacques | 23 | 4233 W. Division | | 025 |

| DATE OF ARREST | TIME OF ARREST | ARRESTED BY | STAR NO. | ASSIGNMENT |
|---|---|---|---|---|
| 31 Aug 1983 | 2300 HRS | Guevara | 16345 | Gang Crimes North |

## REASON FOR ARREST

identified in a photo by witness as the person that shot Felix

Valentin.

## REASON FOR RELEASE

the undersigned were unable to locate the witness for a line-up.

## CHECK ACCOMPLISHED PROCEDURES

| [X] PRINTS TAKEN | [ ] VIEWED BY VICTIM | [ ] WEAPONS TESTED | [ ] OTHER (SPECIFY) |
|---|---|---|---|
| [X] PHOTO TAKEN | [ ] VIEWED BY COMPLAINANT | [ ] TOOLS TESTED | |
| [ ] LINE-UP | [ ] ALIBI CHECKED | [ ] VEHICLE TESTED | |

### PERSONS WHO VIEWED SUBJECT

| 1. NAME | ADDRESS | PHONE NO. |
|---|---|---|
| 2. | | |
| 3. | | |

My investigation has revealed that there is not sufficient cause to further detain the above named subject, and it is requested that the subject be released IMMEDIATELY.

| SIGNATURE OF DETECTIVE | STAR NO. | ASSIGNMENT |
|---|---|---|
| | 5629 | Area 5 Violent Crimes |

| APPROVING SIGNATURE DETECTIVE DIVISION WATCH COMMANDER | RANK | STAR NO. | ASSIGNMENT |
|---|---|---|---|
| | Sgt. | 2056 | 3RD WATCH Comm. |

ADDITIONAL COMMENTS:

| This form was presented to the desk sergeant at the 25th district on: | DATE | TIME |
|---|---|---|
| | 31 Aug 1983 | 2230 HRS. |

| SIGNATURE OF DESK SERGEANT | STAR NO. | DATE RELEASED | TIME RELEASED |
|---|---|---|---|
| | | | HRS. |

CPD-11.519 (Rev. 11/82)

Wron 00052

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| DATE OF ORIG. CASE REPORT | | | DATE OF THIS REPORT | | | |
|---|---|---|---|---|---|---|
| DAY | MONTH | YEAR | DAY | MONTH | YEAR | WATCH |
| 28 | AUG | 88 | 27 | AUG | 88 | 3 |

OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT — NO88BATT

VICTIM'S NAME AS SHOWN ON CASE REPORT — VALENTIN, folix

BEAT/UNIT ASSIGNED — 5537

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

LOPEZ, ORLONDO

12 — JH MAY 7 — ████

MOZART

STANDING 3324

Shooting - 3322.

18 yoa — KINGS - HASSeen BEFORE
235-3373- Neighbor

#1   BLACK Jacket —
Dark PANTS
gym shoes

#2 #   By store - CAR CAME THrough
Alley - TURNED EAST AND STOPPED Shooter
GOT OUT STARTED TO WALK THEN
RAN - VICTIM LEANED BENT OVER IN CAR Pick
AND WAS shot - # Possible woman
BROWZE   SILENCER - E ON CORT - South on Spaulding
COPPER color   MED SIZE CAR - Chev.

PRINTED CP
581 S JD - 7355106
558 - 145 -

REPORTING OFFICER'S SIGNATURE—STAR NO.   John J. Leonard #8679

RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO.

DAY MONTH YEAR — 29 AUG 1988

CPD-23.122 (Rev. 2/83)

Wron 00053

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

DATE OF ORIG. CASE REPORT
DAY · MONTH · YEAR
18 Aug 88

DATE OF THIS REPORT
DAY · MONTH · YEAR · WATCH
27 Aug 88 · 3

OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED
Agg Battery | VALENTIN, FELIX | 5537

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

9601

D. KEATING # 8788

J. McDONALD # 6989

3300 - 3318 - ABANDON BUILDING
3322 - 1, 2, 3, HEARD OR SEEN
NOTHING

3301 - 3319 - VACANT LOT

3321 - SEEN NOTHING -

5 RECOVERED 22 CAL
STEEL CASINGS
MOUTH OF ALLEY

PHOTO'S OF SCENE
PHOTO'S OF VICTIMS CAR

REPORTING OFFICER'S SIGNATURE—STAR NO. 5629 | RECEIVED BY SUPERVISOR'S SIGNATURE—STAR NO. | DAY-MO-YR-WATCH 29 AUG 1988

CPD-23.122 (Rev. 2/83)

Wron 00054

R.D. NO.
K 371 955

CITY OF CHICAGO, DEPARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION        Chicago, Illinois  60605



CRIMINAL HISTORY OF  RIOS, Jose          M/WH

DATE            29 July 1981

DATE OF BIRTH    30 April 

I.R. NO.  614010          FBI NO. 970150 AA5     I.S.B. NO. 2423829

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST ARRESTING OFFICER & DIST. CHARGE DISPOSITION |
|---|---|---|
| Jose RIOS<br>3449 W. North<br>30 April | 6187986 | -28 Jul 81. Off. Rogers, 14th Dist, Disorderly Conduct. |
| Jacques RIV RA<br>3335 W. Beach<br>30 Apr | 6776065 | - 27 Feb 83 Off Chavez 14 dist Robbery<br>28 Feb 83, S/A Robb., (38-18-1a), Poss Stl Veh., (95½-4-103a).<br>FPC,TRANSFER TO CHIEF JUDGE, Judge Sodini<br>14 Mar. 83, INFO#83-2690, Robbery, Theft, Poss Stolen Veh. |
| Jack RIVERA<br>'335 W Beach<br>30 Apr | 6851273 | - 02 Jun 83 Off Gruber Summer Mobile Force '14) UUW<br>24 June 83, UUW Gun (38-24-1a4) Fail Exib Reg. (MCC) Fail<br>Poss. I.D. (38-83-2a) LFW, Judge Laurie (Docket No.<br>83235069) |
| | SEE CB<br>6776065 | 28 June 83. Robbery(83-2690) Nolle Prosse, Theft, Poss Stln<br>Mtr Veh, PG/FG, 2yrs PROBATION, Judge Hall. |
| | SEE CB<br>6857273 | -2° Aug 83. UU. (38-24-1a10) Fail to Exhibit No; (MCC) Fail<br>Poss ID Card (3:-33-2a) SOL, Judge Macellaio (Docket No. 8323<br>50 9) |
| aques RIVERA<br>.032 W. Division<br>30 Apr | 7355806 | -20 May 85, Off. Fnuelly GCU-North (014th) Poss. Cocaihe<br>17 Jul 85, Poss Cocaine, (56½-1402), No FOID Card., (38-83-2),<br>SOL, Judge Kowalski, (Dkt#85-1172594) |
| acques RIVERA<br>'32 W. Division<br>) Apr | 7849197 | -23 Jul 87, Off. Clark, 14th Dist., Batt.          vmd<br>10 Aug 87, Battery(38-12-3) SOL Judge Chrones<br>(Doc# 8718 1956) |
| Jacques RIVERS<br>4448 W. Cortez<br>30 Apr. , | 8034413 | -24 May 88, Off. RRamirez, 14th dist. Poss. Cann. |

ISSUED ON INQUIRY

AUG 27 1988

BY NAME CHECK ONLY

CONFIDENTIAL – Further dessemination of information contained in this record is forbidden. When this record<br>has served the purpose for which it was loaned must be destroyed. (U.S. Dept. of Justice Rules & Regulations

Wron 00055

P___ [ CLEARLY -- This is the official Department rec___t

**CHICAGO POLICE ARREST REPORT**
:PD-11.420 (Rev. 11/87)

| MISDEM./ORDIN. COURT KEY | 1. NAME (LAST) | (FIRST) | (MIDDLE) | 2. SEX | 3. RACE | 4. DATE OF BIRTH |
| | RIVERA | Jacques | | M | WH | DAY 30 MONTH Apr. YEAR |

ADDRESS OF ARREST: 3300 BEACH — APT. NO. 23 — 6. AGE

7. ALIAS (LAST) ACE — 8. C.B. NO. 81 - 1 - 3 - 3

ENTER LOCATION CODE FOR NATURE OF PREMISES: 304 — 11. DIST./RES. 025

12. RESIDENCE ADDRESS: 4238 W. Division — 13. TIME PHOTO — 14. R.D. NO. K-371-955

19. STATE/PLACE OF BIRTH: Chicago — DRIVERS LICENSE NO. Unk — 20. I.R. NO. 614 010

WEAPON: Bna — 22. HEIGHT 5'10 — 23. WEIGHT 180 — 24. EYES Brn — 25. HAIR Brn — 26. COMPLEXION Med.

GLASSES: Goatee — 30. MARKS, SCARS, DEFORMITIES, HANDICAPS, ETC. Ch. 38 Sec. 12-4 — 31. SEAT OF 1422 — DATE OF ARREST 30 Aug. 88 — TIME 2:00 — Agg. Battery

1. WHERE EMPLOYED: Imblt. Park Inst
5. OCCUPATION: Iaintenance
3. NO. ARRESTED 1 — 37. TIME FINGERPRINTED

39. OFFENSES | 40. DISPOSITIONS

1. PERSON IN INVESTIGATIVE UNIT NOTIFIED: gt. Czarnecki — UNIT NOTIFIED A/5 V.C. :00 — 42. INITIAL APPROVAL OF PROBABLE CAUSE — 43. DATE CHARGED — 44. APPROVAL OF CHARGES

5. VEHICLE: DoeS — DISPOSITION OF VEHICLE Not — Apply

6. VICTIM/COMPLAINANT NAME: Felix VALENTIN — SEX M — RACE WH — HOME ADDRESS 1458 N. Campbell

7. ARRESTEE TRANSPORTED TO/BY: A/5 V.C. | Sparks & Fallon — STAR NO. — HOW TRANSPORTED Bt. 4626 — TIME 2255

8. NARRATIVE:

Above subject arrested after being identified by a witness as the person who shot the victim, Felix VALENTIN, on 27 Aug. 88 at 3320 W. Cortland.

Additional Arresting Officers: G.C.Sps.Paul Zacharias # 15994, Joseph Sparks # 14879, Joseph D. Fallon # 5351 Dets. John Leonard # 5629, Gillian McLaughlin #8086

Hold papers submitted to Capt. Duggan due to the fact that the witness is not available to view a physical line-up which will be held on 31 Aug. 88.

I do solemnly, sincerely, and truly declare and affirm that the facts stated herein are accurate to the best of my knowledge.

DEPUTY CLERK: Sgt. T. Czarnecki — 2056

ARRESTING OFFICER - PRINT: Reynaldo Guevara — STAR NO. 16345 — UNIT NO. 760 — BEAT NO. 4627

Wron 00056

Detective Division
Area Five Violent Crimes

DRT

30 Aug 88

To: Watch Commander, ___1st___ Watch, ___025___ District.

From: Det. ~~J. Leonard #5629~~ , Area Five Violent Crimes

Subject: Request to hold prisoner(s) past regular court call.

1. The undersigned respectfully requests that:

~~Jacques Rivera~~ _____ CD#

_____ CD#

_____ CD#

be held in the lock-up of the ___025___ District past the regularly
scheduled court call.

2. The reason for this request is: **the witness to this case will not be**
**available until tomorrows date, and Felony review will not approve**
**charges until they can interview the witness.**

3. This investigation is recorded under RD# ___K 371 955___ and the victim

is ~~Felix Valentin~~ . It is expected that the prisoner will be

charged with ___Aggravated Battery___ upon completion of the investigation

at ___1900 ö___ hours on ___31 Aug 88___

4. Presented to the ___025ᵗ___ District Watch Commander at _____ hours

on ___3 A. 18___

Det.

APPROVED:

CHICAGO POLICE
**ARREST REPORT**
CPD-11.420 (Rev. 11/87)

:lony    RODRIGUEZ    Jos    Antonio    14 30 APR

| 5. ADDRESS OF ARREST | APT. NO. | 6. AGE | 7. ALIAS (LAST) | (FIRST) | (MIDDLE) | 8. C.B. NO. |
|---|---|---|---|---|---|---|
| 2040 N Spaulding | 1st South | 22 | "Chequin" | | | 5 1 0 1 4 0 5 |

| 10. ENTER LOCATION CODE FOR NATURE OF PREMISES | 11. DIST./RES. | 12. RESIDENCE ADDRESS | 13. TIME PHOTO | 14. R.D. NO. |
|---|---|---|---|---|
| 290 | 014 | 2040 N Spaulding 1st South | | K-371-955 |

| 15. REGISTERED ARREST | 16. ASSAULTED OFFICER YES NO | 17. OFFICER INJURED YES NO | 18. SOBRIETY HBD INTOX | 19. STATE/PLACE OF BIRTH | DRIVERS LICENSE NO. | STATE | 20. I.R. NO. |
|---|---|---|---|---|---|---|---|
| X | X | X | X | P.R. | | | 861-858 |

| 21. WEAPON | | 22. HEIGHT | 23. WEIGHT | 24. EYES | 25. HAIR | 26. COMPLEXION | 27. FINGERPRINT CLASSIFICATION |
|---|---|---|---|---|---|---|---|
| RIFLE SHOT-GUN PISTOL REVOLVER GUN OTHER (SPECIFY) KNIFE DNA | | 5-10 | 120 | Brn | Blk | Lt | |

| 28. GLASSES YES NO | 29. BUILD SLENDER MEDIUM HEAVY | 30. MARKS, SCARS, DEFORMITIES, HANDICAPS, ETC. | 31. BEAT OF ARREST | 32. DATE OF ARREST DAY MONTH YEAR | 33. FINAL CT. DATE & BRANCH |
|---|---|---|---|---|---|
| X | X | | 1413 | 31 AUG 88 0100 | |

| 34. WHERE EMPLOYED | | | | |
|---|---|---|---|---|
| Great America | 1 Ch. 38:12-4a | | 1 Agg. Battery | 1 |
| | 2 | | 2 | 2 |
| 35. OCCUPATION | 3 | | 3 | 3 |
| Laborer | 4 | | 4 | 4 |
| 36. NO. ARRESTED | 37. TIME FINGERPRINTED | 5 | | 5 | 5 |
| one | | 38. REFERENCES (CHAPTER ARTICLE SECTION) | 39. OFFENSES | 40. DISPOSITIONS |

| 41. PERSON IN INVESTIGATIVE UNIT NOTIFIED | UNIT NOTIFIED | TIME | 42. INITIAL APPROVAL OF PROBABLE CAUSE | 43. DATE CHARGED DAY MONTH YEAR | TIME | 44. APPROVAL OF CHARGES |
|---|---|---|---|---|---|---|
| LAWLER | A/5 VC | 0115 | J. S. Villanueva #3/12 | | | |

| 45. VEHICLE OF ARRESTEE | YEAR | MAKE | STATE LICENSE NO. | DISPOSITION OF VEHICLE |
|---|---|---|---|---|
| | N-----O------N-----E | | | |

| 46. VICTIM/COMPLAINANT | NAME | | SEX | RACE | HOME ADDRESS | PHONE NO. |
|---|---|---|---|---|---|---|
| | VALENTIN, Felix | | M | 4 | 1458 N Campbell | 235-182 |

| 47. ARRESTEE TRANSPORTED TO/BY | STAR NO. | HOW TRANSPORTED | TIME | PROPERTY INVENTORY NO(S). |
|---|---|---|---|---|
| 014 LETRICH | 6198 | 1464 B | 0105 | |

48. NARRATIVE (The facts for probable cause to arrest include, but are not limited to, the following:)    DOES ARRESTEE HAVE DEPENDENT CHILDREN AT HOME ☐ YES ☒ NO    IF YES—NAME OF YOUTH DIV. MEMBER NOTIFIED

This is an arrest / investigation by Bts. 1464 BC
Of the 014th District Tactical Unit.

Above taken into custody after he was tentatively identified by the victim/complainant as the individual who shot the victim (5) times. This occured on 27 AUG 88 under above. RD#. Identification made from photos in the "Imperial Gangster" photobook.

Arresting Officers:    MORIARITY 16633, VERGARA 14416, WOJCIK 4408

I do solemnly, sincerely, and truly declare and affirm that the facts stated herein are accurate to the best of my knowledge.

| ARRESTING/APPEARING OFFICER'S SIGNATURE | | DEPUTY CLERK | | |
|---|---|---|---|---|
| WOJCIK LETRICH | | | | |

| FOR NARCOTIC ARREST ☐ SUSPECT CANNABIS ☐ SUSPECT CONTROLLED SUBSTANCE | APPROX. WEIGHT/NO. PILLS DNA | EST. STREET VALUE— CALL ORG. CRIME, PAX 0-662 $ | TEL. NO. CALLED | TIME OF CALL | FOR COURT USE — COURT DOCKET NO. |
|---|---|---|---|---|---|

| 49. VEHICLE ASSIGNED ONE 1 TWO MAN 2 MAN CAR CAR ☒ OTHER 3 | 50. DESIRED COURT DATE | BRANCH | 51. COURT SGT. TO HANDLE ☐ YES ☐ NO | 52. DATE RECEIVED LOCKUP | TIME | 53. FINAL JUDGE'S NAME |
|---|---|---|---|---|---|---|

| 55. ARRESTING/APPEARING OFFICER - PRINT | STAR NO. | UNIT NO. | BEAT NO. | O.O. GRP. | ARRESTING OFFICER'S SIGNATURE | STAR NO. | UNIT NO. | BEAT NO. |
|---|---|---|---|---|---|---|---|---|
| LETRICH | 6198 | 14 | 64B | S/M | | 6198 | 14 | 64B |

| 56. BOOKING OFFICER | STAR NO. | | 57. PROPERTY RECEIPT NO. | | 58. INITIAL COURT DATE | BRANCH |
|---|---|---|---|---|---|---|

| 59. ARRESTEE SEARCHED BY | STAR NO. | UNIT | 60. BONDED-DATE | TIME | |
|---|---|---|---|---|---|

| JUVENILE DATA | 61. Y.D. NO. | 62. RELIGION | 63. DETAINED | TEMP. RELEASE | 64. NO. ADULTS ARRESTED | 65. DATE OF OFFENSE DAY MO. YEAR | TIME | 73. COMM. AREA NO. | 74. JUVENILE CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | | | | | |

COURT SERGEANT – PERMANENT RECORD COPY

Wron 00058

Detective Division                                    Date: 31 Aug 88
Area Five Violent Crimes

To:        Watch Commander, 1st    Watch, ___4    District

From:      Detective  P. Boyle 14633  R. Tapkowski 15665
           Area Five Violent Crimes

Subject:   Request To Hold Prisoner(s) Past Regular Court Call

    1.  It is requested that the below listed prisoner(s) be held past the
regularly scheduled court call.

RODRIGUEZ, Jose _____, CB Number  8101 405

_____, CB Number  _____

_____, CB Number  _____

    2.  The reason for this request is: A line-up must be viewed by the witness
in this case.

    3.  This investigation is recorded under RD Number   K 371 955    , and
the victim is VALENTI, Felix _____. It is expected that the prisoner
will be charged with   Agg. Battery    when the investigation is
completed at   0100    hours on  2 Sep 88    (date).

                                    Detective  Boyle 14633  Tapkowski 15665

Approved:_____

Wron 00059

# PROPERTY INVENTORY NO.
## CHICAGO POLICE
CPD-34.523 (Rev. 8/87)

524226

| DATE RECOVERED: | MONTH | DAY | YEAR | R.D. NO. |
|---|---|---|---|---|

LIST OTHER INVENTORY NOS. RELATED TO THIS RECOVERY

☐ NONE

CRIME LABORATORY NO.

UNIT

CROSS REFERENCE

INVEN-TORY NO. **524226**

### NOTICE TO PROPERTY OWNER OR CLAIMANT

☐ PROPERTY RELEASE ORDER (CPD-34.554) REQUIRED

RETURN TO THE POLICE STATION WHERE YOUR PROPERTY WAS TAKEN FROM YOU. GIVE THIS COPY TO THE DESK OFFICER IN CHARGE OF FORMS AND INSTRUCTIONS NECESSARY FOR THE RETURN OF YOUR PROPERTY.

UPON OFFICIAL NOTIFICATION THAT INVENTORIED PROPERTY IS AVAILABLE FOR RETURN, THE SUBJECT / OWNER / CLAIMANT MUST PICK UP THE PROPERTY WITHIN 30 DAYS OF NOTIFICATION. THE PROPERTY WILL BE LEGALLY DISPOSED OF ACCORDING TO THE DIRECTION OF THE LAW.

## DESCRIPTION OF PROPERTY

| LINE NO. | QUANTITY | | U.S.C. ONLY |
|---|---|---|---|
| 1 | 1 | John Evidence Envelope | |
| 2 | | Contains (5) Split II | |
| 3 | | Blows Clothing Cases | |
| 4 | | | |
| 5 | | Ace Battery | |
| 6 | | Victim Fely Valentine | |
| 7 | | | |

EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY

TOTAL CASH U.S.C.

### NOTICE TO FINDER
(GIVE OR MAIL THIS COPY TO FINDER)

OBTAIN UNCLAIMED PROPERTY AFTER 30 DAYS AND BEFORE 45 DAYS FROM THE DATE OF INVENTORY.

YOU MUST OBTAIN A PROPERTY RELEASE ORDER FROM THE RECOVERING UNIT. PRESENT THIS FORM TO THE EVIDENCE & RECOVERED PROPERTY SECTION.

2650 SOUTH CALIFORNIA, ROOM B50. 9:00 A.M. TO 4:00 P.M. MONDAY THROUGH FRIDAY (CLOSED HOLIDAYS).

CALL 744-6274 OR 744-6275 TO ARRANGE TO PICK UP BULKY ITEMS.

CHECK ALL BOXES APPLICABLE
☐ U.S. CURRENCY  ☐ HELD IN ORIGINAL FORM
☐ TO BE DEPOSITED  – DO NOT DEPOSIT –

☑ FELONY  ☐ MISDEMEANOR  STATE CHARGE(S) ___  ☐ JUVENILE

☐ C.P.D. CONTINGENCY FUND MONEY

☐ HOMICIDE  ☐ GAMBLING RAID SEIZURE  ☐ ARSON  ☐ NARCOTICS & RELATED
☐ MANSLAUGHTER

☐ MEDICAL EXAMINER'S PROPERTY

### ARRESTEE INFORMATION

☐ SEIZURE WITHOUT SEARCH WARRANT (Ill. Rev. Stat. Chap. 38, Sec. 108-2).

☐ GIVE THIS COPY TO ARRESTEE. IF NOT ACCEPTED, ATTACH TO COPY 5.

☐ SEIZURE WITH SEARCH WARRANT (Ill. Rev. Stat. Chap. 38, Sec. 108-10).

ATTACH THIS COPY TO SEARCH WARRANT.

RECOVERED/SEIZED FROM – NAME: UNK VICTIM
☐ DECEASED  ☐ ARRESTED

ADDRESS: AT ___

OWNER'S NAME: UNK VICTIM

FOUND BY – NAME
☐ CHECK
☐ F. C.P.D.

INVESTIGATING OFFICER: ___  STAR NO. ___

ADDRESS: ___

HOLD FOR INVESTIGATION
☑ AND/OR EVIDENCE
☐ IF NOT NEEDED FOR INVESTIGATION

1st OFFICER'S NAME ___  STAR NO. ___

☐ PROPERTY OWNER NOTIFIED ON ___ DAY ___ MONTH ___ YEAR
☐ NOT NOTIFIED
☐ IN PERSON  ☐ BY PHONE  ☐ BY MAIL

SIGNATURE ___  STAR NO. ___  UNIT

☐ TO PICK UP PROPERTY WITHIN 30 DAYS
☐ OR PROPERTY WILL BE DISPOSED OF

2nd OFFICER'S NAME ___

☐ TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED)
[THIS APPLIES IF PROPERTY IS NOT EVIDENCE, NOT RETURNABLE AND/OR OWNER IS UNKNOWN]

SIGNATURE ___  STAR NO. ___

INITIAL DESTINATION OF PROPERTY
☐ MEDICAL EXAMINER  ☑ CRIME LABORATORY  ☐ AUTO POUND NO. ___
☑ EVIDENCE & RECOVERED  ☑ RECOVERING UNIT PERSONNEL  APPROVING DESK SERGEANT ___
☐ PROPERTY SECTION

PROPERTY INVENTORIED BY

VIA  ☐ POLICE MAIL  ☐ E. & R.P.S. PICKUP  ☑ EVID./LAB. TECHNICIAN

## COPY 4 – GIVE OR SEND TO FINDER, ARRESTEE OR OWNER

Wron 00060

EVIDENCE REPORT
CRIME LABORATORY DIVISION/CHICAGO POLICE

| | | | OTHER N. | | RD NO. K 371 955 |
|---|---|---|---|---|---|

| OFFENSE OR INCIDENT | IUCR | | AREA-DIST.-BEAT | | DATE RECEIVED | TIME |
|---|---|---|---|---|---|---|
| Aggravated Battery | 0 4 4 0 | 5 | 014 1422 | 28 | | 1932 |

| ASSIGNMENT TYPE | UNIT ASSIGNED | RECEIVED BY | DATE ARRIVED | TIME |
|---|---|---|---|---|
| CS | 9601 | McDonald | Aug | 1955 |

| LOCATION OF SERVICE | REQUESTED BY | DATE COMPLETED | TIME |
|---|---|---|---|
| 3320 W. Cortland & 2732 W. Wabansia | 5537 | 88 | 2200 |

| VICTIM'S NAME | SEX—RACE—AGE | ADDRESS | PHONE NO. |
|---|---|---|---|
| VALENTINE, Felix | M/WH/16 | 1458 N. Campbell | |

| ELIM. PRINTS | IN CUSTODY | NAME | D.O.B. | CB NO. | IR NO. |
|---|---|---|---|---|---|
| ☐YES ☐NO | ☐YES ☐NO | | | | |

**FINGERPRINTS**

| MED NEG LIFT | LOCATION FOUND | F.N. | MED NEG LIFT | LOCATION FOUND | F.N. |
|---|---|---|---|---|---|
| | | | | | |

| POSSIBLE SUSPECT INFORMATION | ☐MALE ☐FEMALE | RACE | ☐ADULT ☐JUVENILE | IDENT. SECTION | ☐SUITABLE ☐NOT SUITABLE | INITIAL | DATE |
|---|---|---|---|---|---|---|---|

**PHOTOS TAKEN**

| A | O/A exterior of auto (5)E | | I |
|---|---|---|---|
| B | O/A interior of auto (2)F | | J |
| C | north alley at O/A 3320 W. Cortland (5) | G | K |
| D | O/A cartridge cases (4) | H | L |

**VEHICLE(S)**

| YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO. | V.I.N. |
|---|---|---|---|---|
| 73 | Mazda RX3 | Red | None | S124A162930 |
| YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO. | V.I.N. |
| | | | | |

**PHYSICAL EVIDENCE**

| PROP. INVENT. NO.—UNIT | DESCRIPTION & LOCATION | INITIAL OEST. |
|---|---|---|
| 524 226     177 | (1) sealed evidence envelope containing (5) cartridge cases recovered from the northwest corner of the mouth of the alley at 3320 W. Cortland. All cases are marked with the letter "U". | FA |

DETAILS OF CASE: Reporting Technicians were requested to process the above listed vehicle, in which the victim was allegedly sitting when shot. The auto was processed for all pertinent physical evidence as was the scene of the shooting with the above listed results.

| INVESTIGATING OFFICER'S NAME | STAR NO. | UNIT | BEAT OFFICER'S NAME | STAR NO. | UNIT |
|---|---|---|---|---|---|
| Leonard | 5629 | A/5/VC | | | |

| REPORTING TECHNICIAN'S NAME | STAR NO. | APPROVING SUPERVISOR'S NAME | STAR NO. |
|---|---|---|---|
| J. McDonald | 6989 | | |
| D. Keating | 8788 | | |

CPD-33.103 (Rev. 11/85)

Wron 00061

K 371 955

**PROPERTY INVENTORY NO.**
CHICAGO POLICE
CPD-34.523 (Rev. 8/87)

**544008**

| RECOV- ERED | DATE | MONTH | YEAR | R.D. NO. |
|---|---|---|---|---|

LIST OTHER INVENTORY NOS. RELATED TO THIS RECOVERY  ☐ NONE

CRIME LABORATORY NO.

UNIT

CROSS REFERENCE

**INVEN- TORY NO.** 544008

### DESCRIPTION OF PROPERTY

U.S.C. ONLY

| LINE NO. | QUANTITY | | CENTS |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |

TOTAL CASH U.S.C.

**EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY**

CHECK ALL BOXES APPLICABLE
☐ U.S. CURRENCY
☐ TO BE DEPOSITED
☐ U.S. CURRENCY TO BE
☐ HELD IN ORIGINAL FORM
— DO NOT DEPOSIT —
☐ C.P.D.
☐ CONTINGENCY
FUND MONEY

STATE CHARGE(S)
☐ MISDEMEANOR
☐ FELONY
☐ JUVENILE

RECOVERED/SEIZED FROM - NAME
☐ DECEASED  ☐ ARRESTED

AT

OWNER'S NAME

ADDRESS

FOUND BY - NAME
☐ CHECK
☐ IF C.P.D.

ADDRESS

☐ HOLD FOR INVESTIGATION
AND/OR EVIDENCE
(IF NOT NEEDED FOR INVESTIGATION/EVIDENCE, LEAVE BLANK)
INVESTIGATING OFFICER – STAR NO. – UNIT

☐ TO PICK UP PROPERTY WITHIN 30 DAYS
OR PROPERTY WILL BE DISPOSED OF

| | ON | DAY | MONTH | YEAR |
|---|---|---|---|---|

☐ HIGH NOTIFIED
☐ IN PERSON
☐ BY MAIL

☐ TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED)
(THIS APPLIES IF PROPERTY IS NOT EVIDENCE, NOT RETURNABLE AND/OR OWNER IS UNKNOWN)

INITIAL DESTINATION OF PROPERTY
☐ EVIDENCE & RECOVERED  ☐ CRIME LABORATORY  ☐ AUTO POUND NO.:
PROPERTY SECTION
☐ MEDICAL EXAMINER

VIA  ☐ POLICE MAIL  ☐ RECOVERING UNIT PERSONNEL  APPROVING DESK SERGEANT
☐ E & R.P.S. PICKUP  ☐ EVID./LAB. TECHNICIAN

☐ GAMBLING
RAID
SEIZURE
☐ HOMICIDE
☐ ARSON
☐ MANSLAUGHTER
☐ MEDICAL
EXAMINER'S
PROPERTY
☐ NARCOTICS
& RELATED

TELEPHONE NO.

TELEPHONE NO.

SEE COPY 4 FOR NOTICE TO FINDER

1st OFFICER'S NAME                STAR NO.

SIGNATURE                         UNIT

2nd OFFICER'S NAME               STAR NO.

SIGNATURE                        UNIT

APPROVING DESK SERGEANT  STAR NO.  DATE  TIME

### NOTICE TO PROPERTY OWNER
### OR CLAIMANT

☐ PROPERTY RELEASE ORDER
(CPD-34.554) REQUIRED

RETURN TO THE POLICE STATION WHE...
YOUR PROPERTY WAS TAKEN FROM YO...
GIVE THIS COPY TO THE DESK OFFICE...
IN CHARGE OF FORMS AND INSTRUC-
TIONS NECESSARY FOR THE RETURN O...
YOUR PROPERTY.

UPON OFFICIAL NOTIFICATION THAT
INVENTORIED PROPERTY IS AVAILABL...
FOR RELEASE, THE SUBJECT OWNER O...
CC... AND MUST PICK UP PROPER...
WITHIN 30 DAYS OF NOTIFICATION (PR...
THE PROPERTY WILL BE LEGALLY
POSED OF ACCORDING TO THE DIR...
TION OF THE LAW.

### NOTICE TO FINDER
(GIVE OR MAIL THIS COPY TO FINDER)

OBTAIN UNCLAIMED PROPERTY AFTER
30 DAYS AND BEFORE 45 DAYS FROM
THE DATE OF INVENTORY.

YOU MUST OBTAIN A PROPERTY RELEA...
ORDER FROM THE RECOVERING UNIT.
PRESENT THIS FORM TO THE EVIDENCE...
& RECOVERED PROPERTY SECTION:

2650 SOUTH CALIFORNIA, ROOM BB04
8:00 A.M. TO 4:00 P.M., MONDAY
THROUGH FRIDAY (CLOSED HOLIDAYS)

CALL 744-6224 OR 744-6225 TO AR...
TO PICK UP BULKY ITEMS.

### ARRESTEE INFORMATION

SEIZURE WITHOUT SEARCH WARRANT—
(Ill. Rev. Stat. Chap. 38, Sec. 108-2)

GIVE THIS COPY TO ARRESTEE. IF NOT
ACCEPTED, ATTACH TO COPY 5.

SEIZURE WITH SEARCH WARRANT—
(Ill. Rev. Stat. Chap. 38, Sec. 108-10).

ATTACH THIS COPY TO SEARCH WARRANT

**COPY 4 – GIVE OR SEND TO FINDER, ARRESTEE OR OWNER**

Wron 00062

RELEASE OF PERSON IN CUSTODY    CHICAGO POLICE

INSTRUCTIONS: Prepare in duplicate.
Original to Watch Commander of Detention Facility
Duplicate to Area Headquarters

| TODAY'S DATE | C.B. NO. |
|---|---|
| 31 Aug 1983 | 3101 405 |

| NAME OF ARRESTEE | AGE | ADDRESS | DISTRICT OF DETENTION |
|---|---|---|---|
| RODRIGUEZ Jose Antonio | 22 | 2040 J. Spaulding | 014 |

| DATE OF ARREST | TIME OF ARREST | ARRESTED BY | STAR NO. | ASSIGNMENT |
|---|---|---|---|---|
| 31 Aug 1983 | 0100 HRS | Letrich | 6193 | 14th District |

### REASON FOR ARREST

Identified in a photo by the victim, from his hospital bed.

### REASON FOR RELEASE

victim was unable to identify the defendant, due to being heavily

sedated for pain.

### CHECK ACCOMPLISHED PROCEDURES

| | | | |
|---|---|---|---|
| [x] PRINTS TAKEN | [ ] VIEWED BY VICTIM | [ ] WEAPONS TESTED | [ ] OTHER (SPECIFY) |
| [x] PHOTO TAKEN | [ ] VIEWED BY COMPLAINANT | [ ] TOOLS TESTED | |
| [ ] LINE-UP | [ ] ALIBI CHECKED | [ ] VEHICLE TESTED | |

### PERSONS WHO VIEWED SUBJECT

| NAME | ADDRESS | PHONE NO. |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

My investigation has revealed that there is not sufficient cause to further detain the above named subject, and it is requested that the subject be released IMMEDIATELY.

| SIGNATURE OF DETECTIVE | STAR NO. | ASSIGNMENT |
|---|---|---|
| | 5629 | Area 5 Violent Crimes. |

| APPROVAL SIGNATURE-DETECTIVE DIVISION WATCH COMMANDER | RANK | STAR NO. | ASSIGNMENT |
|---|---|---|---|
| | Sgt. | 2056 | 3RD WATCH COMM, |

ADDITIONAL COMMENTS:

| This form was presented to the desk sergeant at the 014 district on: | DATE | TIME |
|---|---|---|
| | 31 Aug 1933 | HRS. |

| SIGNATURE OF DESK SERGEANT | STAR NO. | DATE RELEASED | TIME RELEASED |
|---|---|---|---|
| | | | HRS. |

CPD-11.519 (Rev. 11/82)

Wron 00063

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

DATE OF ORIG. CASE REPORT
DAY / MONTH / YEAR
27 / Aug / 88

DATE OF THIS REPORT
DAY / MONTH / YEAR / WATCH
31 / Aug / 88 / 3

OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT
1166 BATTERY

VICTIM'S NAME AS SHOWN ON CASE REPORT
VALENTIN, FELIX

BEAT/UNIT ASSIGNED
5537

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

#1 VILLAFANE, ANGEL M/WH/23
21 JULY · 1619 N. CALIFORNIA

#2 OLIVERO, CARLOS M/WH/18
14 MAY 2478 N. ALBANY

#3 RIVERA, JACQUES M/WH/23
30 APR 4238 W. DIVISION

#4 RUIZ, GEORGE M/WH/19
28 JAN 2453 N. FRANCISCO

#5 RAMON, LOPEZ, M/WH/20
22 SEPT 1424 N. WASHTENAW

#6 RODRIGUEZ, JOSE M/WH/30 APRIL
28 2040 N. SPAULDING

R.D. NO.
K 371 955

REPORTING OFFICER'S SIGNATURE—STAR NO.
5609

RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO.

DAY—MO.—YR. TIME

CPD-23.122 (Rev. 2/83)

Wron 00064

PRELIMINARY
CRIME LABORATORY DIVISION/CHICAGO P           E

| OFFENSE OR INCIDENT | | | U C R | AREA-DI.  .BEAT | DATE OF THIS REPORT |
|---|---|---|---|---|---|
| | | | | 5 - 011  143 | |

| LOCATION OF OFFENSE/INCIDENT | | LOC. CODE | INVESTIGATOR | STAR NO. | UNIT |
|---|---|---|---|---|---|
| 3320 W. Portland | | | Leonard | 5029 | AS-VC |

| VICTIM(S) NAME |
|---|
| 1. Felix Valentine |

2.

| OFFENDER(S) NAME |
|---|
| |

| INVENTORY DISTRICT/AREA | DESCRIPTION | CLASS CHARACTERISTICS | S / NS |
|---|---|---|---|

524/226

88.965

EXHIBIT NO.

30 aug 88
DATE REC'D.

| SUBMITTED BY—NAME | STAR NO.   DATE |
|---|---|
| NO. REC'D. | EXHIBIT(S) |
| 5 | FIRED BULLETS | |
| | DISCHARGED CART. CASES | m wope |
| | SHOTGUN SHELLS | |
| | WADDING | |

22 wo co 0      w/s

| SUBMITTED BY—NAME | STAR NO.   DATE |
|---|---|
| NO. REC'D. | EXHIBIT(S) |
| | FIRED BULLETS | |
| | DISCHARGED CART. CASES | |
| | SHOTGUN SHELLS | |
| | WADDING | |

EXHIBIT NO.

DATE REC'D.

| SUBMITTED BY—NAME | STAR NO.   DATE |
|---|---|
| NO. REC'D. | EXHIBIT(S) |
| | FIRED BULLETS | |
| | DISCHARGED CART. CASES | |
| | SHOTGUN SHELLS | |
| | WADDING | |

EXHIBIT NO.

DATE REC'D.

CONCLUSIONS—IN THE OPINION OF THE EXAMINER

MANNO   Not Suitable

| FIREARMS EXAMINER (PRINT) | FIREARMS EXAMINER (SIGNATURE) |
|---|---|
| L Como.20 1168 | |
| mc Laughlin | |

CPD-33.405 (Rev. 3/86)

R. D. NO.   K371055

PAGE

Wron 00065

ASVC

CITY OF CHICAGO / DEPARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION      Chicago, Illinois   60605

CRIMINAL HISTORY OF RIOS, Jose      M/WH

DATE        29 July 1981

DATE OF BIRTH      30 April

| I.R. NO. 614010 | FBI NO 970150 AA5 | I.S.B. N° 24 23829 |

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST / ARRESTING OFFICER & DIST. CHARGE | DISPOSITION |
|---|---|---|---|
| Jose RIOS 3449 W. North 30 April | 6187986 | -28 Jul 81. Off. Rogers, 14th Dist. Disorderly Conduct. | |
| Jacques RIVERA 3335 W. Beach 30 Apr | 6776065 | - 27 Feb 83 Off Chavez 14 dist Robbery 28 Feb 83, S/A Robb., (38-18-1a), Poss Stl Veh., (95½-4-103a), FPC,TRANSFER TO CHIEF JUDGE, Judge Sodini 14 Mar. 83, INFO#83-2690, Robbery, Theft, Poss Stolen Veh | |
| Jack RIVERA 3335 W Beach 30 Apr | 6851273 | - 02 Jun 83 Off Gruber Dummer Mobile Force (14) UUW 24 June 83, UUW Gun (38-24-1a4) Fail Exib Reg. (MCC) Fail Poss. I.D. (38-83-2a) BFW, Judge Laurie (Docket No. 83235069) | |
| | SEE CB 6776065 | 28 June 83, Robbery(83-2690) Nolle Prosse, Theft, Poss Stln Mtr Veh, PG/FG, 2yrs PROBATION, Judge Hall. | |
| | SEE CB# 6857271 | -29 Aug 83, UUW (38-24-1a10) Fail to Exhibit Reg (MCG) Fail Poss ID Card (38-83-2a) SOL, Judge Macollaio (Docket No. 8383 5089) | |
| Jaques RIVERA 4032 W. Division 30 Apr | 7355806 | -20 May 85, Off. Fnuelly GCU-North (014th) Poss. Cocaine 17 Jul 85, Poss Cocaine, (56½-1402), No FOID Card., (38-83-2) SOL, Judge Kowalski, (Dk#85-1172594) | |
| Jacques RIVERA 4032 W. Division 30 Apr | 7849197 | -23 Jul 87, Off. Clark, 14th Dist., Batt. 10 Aug 87, Battery(38-12-3) SOL Judge Chrones (Doc# 8718 1956) | vmd |
| Jacques RIVERS 4448 W. Cortez 30 Apr. | 8034413 | -24 May 88, Off. RRamirez, 14th dist. Poss. Cann. | |
| Jacques RIVERA 4238 W. Divison 30 Apr. | 8101323 | -30 Aug. 88, Off. Guevarra, GCU-N (25th) Dist. Agg. Batt. (c | |

CONFIDENTIAL —Further dessemination of information contained in this record is forbidden. When this recor has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulation S.S. 20,331).

Wron 00067

B3

**GENERAL PROGRESS REPORT**
DETECTIVE DIVISION/CHICAGO POLICE

DATE OF ORIG. CASE REPORT
DAY 27 MONTH Aug YEAR 88

DATE OF THIS REPORT
DAY 27 MONTH Aug YEAR 88 WATCH 3

OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT: 466 BATTERY

VICTIM'S NAME AS SHOWN ON CASE REPORT: VALONTIN, FELIX

BEAT/UNIT ASSIGNED: 5537

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

Felix Valentin

DR Perez

8 in chest      2 in Left Arm

5 in chest
6 shots
6 bullets

10 holes in back   only 2 holes
IN front -  6 bullets in chest

R.D. NO.
K
371
957

REPORTING OFFICER'S SIGNATURE—STAR NO. 8856

RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO.

DAY 29 MONTH AUG YEAR 1988

CPD-23.942 (Rev. 2/83)

John J. Leonard 5629

Wron 00068

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

DATE OF ORIG. CASE REPORT
DAY | MONTH | YEAR
27 | Aug | 88

DATE OF THIS REPORT
DAY | MONTH | YEAR | WATCH
27 | Aug 88 | 3

OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT
AGG BATTERY

VICTIM'S NAME AS SHOWN ON CASE REPORT
VALENTIN, FELIX

BEAT/UNIT ASSIGNED
5537

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

Felix 16 5537
DOB 14 38 N. Campbell
Diego School
Campbell Bay

VALENTIN, ISRAEL
1458 N. Campbell
235-1821
DOB June 1
SS#

1545 DROVE-UP TO 3324 W. CORLAND -ISRAEL (MOE)
WENT TO GET DATE - TO GO TO WEDDING - GONE FOR APPROX
5 MIN - CAME DOWN WITHOUT GIRLFRIEND DIDNT SEE
BROTHER WALKED TO CAR SAW FELIX SLUMPED OVER IN PASSENGER
SIDE - (F-HAD BEEN DRIVING) - Pushed Felix over - Your GIRLFRIEND
TO QUIP AND CALL MRS VALENTIN - MOE TOOK OFF FOR HOSPITAL
HAD ACCIDENT K-875233 + TRAFFIC - UNKNOWN MOTORISTS
Brought VICTIM- MOE TO NORWEGIAN -

GIRLFRIEND'S BROTHER - Macho Lopez -13 yOA
SAW INCIDENT - HAS NOT BEEN INTERVIEWED -
KINGS -
Campbell Boy-
BROTHER- A 1/10 -

REPORTING OFFICER'S SIGNATURE—STAR NO.

RECEIVED BY, SUPERVISOR'S SIGNATURE—STAR NO.

DATE
20 AUG 1988

CPD-23.129 (Rev. 2/83)

Wron 00069

R.D. NO. K 371 955