# Exhibit UU

| NATURE OF COMPLAINT – SERVICE (IN CAR) | | CODE | BEAT OF OCCURRENCE | G | N–S | E–W |
|---|---|---|---|---|---|---|
| ☑ 911  ☐ OPR  ☐ 744  ☐ PAX  ☐ OV-RADIO  E.T. NO. | MAN SHOT | 30 | 14 22 | | 1258 | 32 N |
| LOCATION OF INCIDENT – SERVICE    FLOOR – ROOM – APT. | 1258 N. KEDZIE | UNIT ASSIGNED 1413 | MAN 2 | R.D. NO.  K 3 7 1 9 5 5 | | |
| TIME COMPLAINT RECEIVED | COMPLAINANT – REQUESTER | | | | | |
| 88, EE 51 27 | C. T. REF | AUG 27 15 44 '86 | | | | |
| | | AUG 27 19 24 '86 | | | | |
| ADDRESS OF COMPLAINANT – REQUESTER | | PHONE NO. | | | | |
| 70 14 | FAOW ☐ | 486 5251 | | | | |
| VERIFIED COMPLAINT ☑ | UNFOUNDED | NUMBER ARRESTED  NONE ☐ (0) | RECEIVED BY  NB 900 | DISPATCHER 764 | ZONE 3 |
| CPD-32.500-A (7/80)    RADIO DISPATCH CARD – RADIO COMPLAINT / CHICAGO POLICE COMMUNICATIONS CENTER | | | | | | |

**PERMANENT RETENTION FILE**

Hickey 00001

| UNITS ASSISTING (1 MAN) | | UNITS ASSISTING (2 MAN) | | | | ASSIST |
|---|---|---|---|---|---|---|
| Wanted: | | | | | SIMULCAST | |
| 2 M/WH | | 16 - 18 yrs. | | | ZONE(IF OR CITY WIDE ONLY) | |
| older brown | | 23 lbs | | 13 | TIME ASSIST BEGAN | |
| | | Toyota Hatch | | | Aug 27 15 58 '88 | |
| | | | | | TIME INITIAL ASSISTING UNIT RETURNED TO SERVICE | |
| | | | | | | |
| | | | | | AUG 27 15 58 | |

**PERMANENT RETENTION FILE**

Hickey 00002



**GENERAL OFFENSE / CASE REPORT — CHICAGO POLICE**

1. OFFENSE/INCIDENT—PRIMARY CLASSIFICATION: BATTERY
1A. UCR OFF. CODE: 0481A
2. SECONDARY CLASSIFICATION: AGGRAVATED: HANDGUN
3. ADDRESS OF OCCURRENCE NO. STREET: 3324 W CORTLAND

5. DATE OF OCCURRENCE — TIME: 27 AUG 88 1545
6. E-RD. NO.: K-371955
8. BEAT/UNIT ASSGN.: 1423
25. VICTIM RELL CODE: 24
27. OCCUPATION

21. NAME (LAST—FIRST—M.I.): VALENTIN, FELIX
22. HOME ADDRESS (NO. DIR. STREET, APT. NO.): 1458 N CAMPBELL
23. SEX—RACE—AGE: M 4 16
7A. HOME PHONE: 235 1821
7B. BUSINESS PHONE: NONE

31. OFFENDER NAME: VALENTIN, ISRAEL
LOPEZ / MACHO
42. HOME ADDRESS: 1458 N CAMPBELL
3324 W CORTLAND 1ST
23. SEX—RACE—AGE: M 4 22 / M 4 15
235 182 / NONE

41. OFFENDER NAME: DRIVER N.F.D.
PASSENGER Yellow Baseball hat
HGT: m 4/6 / m 4/6
WGT: K / K
EYES: N-o-N / N-o-N
HAIR: K / K
COMPL.: LIGHT MED

SEE NARRATIVE

PERMANENT RETENTION FILE

71. REQUIRE PROPERTY IN NARRATIVE

IN SUMMARY: VICTIM AND WITNESS #1, VALENTIN, ISRAEL, WENT TO ABOVE ADDRESS TO PICK
UP WITNESS VALENTIN'S GIRLFRIEND, AS THEY WERE GOING TO A WEDDING. WITNESS UP/VICTIM WENT
UP STAIRS TO PICK UP HIS GIRLFRIEND, VICTIM WAS IN CAR BEHIND STEERING WHEEL, IN

65. NAME: E.H. CRAWFORD    STAR NO. 15602
CO. / UNIT: Jonas North    STAR NO. 7963
66. OFFICER REPORTING: S. WALSH

DATE (DAY-MO-YR)-TIME: 27 AUG 88 1930

Hickey 00003



CONTINUATION OR NARRATIVE

R 371-955t

...the car approached and observed his Brother slumped across seat, bleeding. Victim was sprinted across seat, stopping & hug shot me, they shot me, and BeCam screaming. Witness Voluntarily pushed his Brother across seat and drove him to Northwestern hospital. While enroute, witness up listed S/veh C 3 parked MVs in the 12:00-1:00 BLKs of N. Keeler. A passer-by in another MV came by, and drove victim and witness up front to Weinstein. Victim treated at Northwestern to be transnto to Northwestern hospital.

Suspect offenders (1) M/lat'r, Latin Kirk came a fullintant, passenger of car P.N.F.D. at this time. (2) M/lat'r Latin Kirk came a fullintant passenger in above Auto, tan yellow baseball hat, light comple sion, 16-18 year app'd, NFD at the time Rec'd to clk truk this...

01 Victim declined to seminduat communicate with R/O were able to determine 6...

PERMANENT RETENTION FILE

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

| UCR OFFENSE CODE | REV. CODE |
| --- | --- |
| □ 1. CORRECT | |
| □ 2. REVISED | |

OFFICER REASSIGNED DATE
STAR NO.

UNIT NO. / OFFICER NO. / STAR NO.

METHOD ASSIGNED
□ 1. FIELD □ 3. SUMMARY

I4CR METHOD CODE

STATUS
□ 1. OPEN HOUSES □ 1. SUSPENDED □ 2. UNFOUNDED
□ 3. CLEARED CLOSED □ 4. CLEARED OPEN □ 5. EXC. CLRD. CLOSED □ 6. CORRECTED-NON CRIMINAL
□ 6. EXC. CLEARED OPEN □ 7. CLOSED-NON CRIMINAL

IF CASE IS CLEARED, HOW CLEARED
□ 1. ARREST & PROSECUTION □ 2. DIRECT CONN. □ 3. COMPL. REFUSED
□ 4. EXC. CLRD. FAMILY COURT □ 5. COMPL. REFUSED TO PROSECUTE

USE THIS BOX FOR SINGLE CLEAR UP OR FIRST CLEAR UP OF MULTIPLE CLEAR UP LIST)
STAR NO.

I HAVE REVIEWED THIS REPORT AND MY SIGNATURE INDICATES THAT IT IS ACCEPTABLE. SUPERVISOR'S SIGNATURE

DATE (DAY-MO-YR.)

INVESTIGATIVE FILE
□ 1. YES □ 2. NO

REASSIGNED
□ 1. YES

REVISED NAME

VICTIM IDENTIFIERS
□ 1. CORRECT □ 2. REVISED

VICTIM NO.

REVISED ADDRESS

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE REVERSE...

□ 1. DNA □ 2. VERIFIED

VALUE OF PROPERTY TAKEN/RECOVERED
| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 5 TV, RADIO, STEREO | 6 OFFICE EQUIP. | 7 HOUSEHOLD GOODS | 8 CONSUM. GOODS | 9 FIREARMS | A NARC/DANG. DRUGS | B OTHER |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| □ T $ | □ T $ | | | □ T $ | □ T $ | □ T $ | □ T $ | □ T $ | □ T $ | □ T $ |
| □ R | □ R | | | □ R | □ R | □ R | □ R | □ R | □ R | □ R |

□ 1. DNA □ 2. VERIFIED

SERIAL NOS. OR IDENTIFICATION NOS.

LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED

REMARKS (PERTINENT INFORMATION NOT ON ORIGINAL REPORT)

PREPARED BY - SIGNATURE     STAR NO.     DATE (DAY-MO-YR.)     APPROVED BY - SIGNATURE     STAR NO.     DATE (DAY-MO-YR.)

Hickey 00004

GENERAL OFFENSE REPORT
CHICAGO POLICE

1. OFFENSE/INCIDENT—PRIMARY CLASSIFICATION: Burglary
2. SECONDARY CLASSIFICATION: Aggravated Burglary
IUCR OFF. CODE: 041A

ADDRESS OF OCCURRENCE: 3324 W. Cortland Street

TYPE OF LOCATION OR PREMISE WHERE OFFENSE OCCURRED: Street

LOCATION CODE: 3, 0, 4

6. DATE OF OCCURRENCE — TIME: 27 Aug 88  1545
FIRE RELATED: ☐ YES ☑ NO
DATE P.D. ARRIVED — TIME: 27 Aug 88  1637

SEAT OF OCCUR: K-371
BEAT/UNIT ASSGN: 1413

ASSIGNED BY: ☐ SUPERVISOR
☐ 2 ON VIEW

All information, descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

21. NAME (LAST—FIRST—M.I.): Cortez Juan 2 of 2

PERMANENT RETENTION FILE

NARRATIVE: Possible offender of this exited auto, walked up to victim as he sat in auto and below struck victim 5 times in neck and chest. Victim sat in a red 2 door 78 Mazda, IL plate FS2961 IL 3189 vin #LA33 S197846, that was covered with pink carpeting, tires open in driveway, for repairs.

96. REPORTING OFFICER'S NAME (PRINT): J. McElroy
STAR NO.: 7963
96. OFFICER'S NAME (PRINT): Compton
STAR NO.: 15612

DATE STREET COMPLETED — TIME: 27 Aug 88  1930

97. SUPERVISOR APPROVING (PRINT NAME): Sgt. G. Hensen
APPROVAL SIGNATURE: 27 Aug 88  2000

Hickey 00005

605 (REV. 6-83)

CONTINUATION OF NARRATIVE

R.D. NO. K371-955

GANG CRIMES NORTH NOTIFIED SERGEANT ___ NOTIFIED

E.S. NOTIFIED

019 DESK NOTIFIED - 013 NOTIFIED

BT1400 NOTIFIED

ZONE NOTIFIED - R/SO TO HAVE A CAR

PROTECT CRIME SCENE, VICTIM'S AUTO AT

1353 N. KEDZIE

GANG CRIMES NORTH NOTIFIED INV - 2600 N W

ofr Joe DILLARD GC# INV.

RELATED RD# K875-233 - TRAFFIC

ACCIDENT - 12-53 N. KEDZIE

GANG NOTIFICATION WITNESS VALIDATIONS COMPLETED (RET)

PERMANENT RETENTION FILE

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDI- CATE THAT IT IS ACCEPTABLE. | DATE (DAY MO. YR.)

SUPERVISOR'S SIGNATURE

OFFICER ASSIGNED STAR NO. | DATE ASSIGNED | SUPV. STAR NO. | INVESTIGATIVE FILE ☐ 1 YES ☐ 2 NO | REASSIGNED ☐ 1 YES

IF CASE IS CLEARED, HOW CLEARED (USE THIS BOX FOR SINGLE CLEAR UP OR FIRST CLEAR UP OF MULTIPLE CLEAR UP LIST)
☐ 1 ARREST & PROSECUTION ☐ 2 DIRECTED TO FAMILY COURT ☐ 3 COMPL. REFUSED TO PROSECUTE ☐ 4 COMMUNITY ADJUSTMENT ☐ 5 OTHER EXCEPTIONAL

REVISED PHONE NO. ☐ HOME ☐ BUSINESS

HUCR METHOD CODE | METHOD ASSIGNED ☐ 1 FIELD ☐ 2 ADMIN. ☐ 3 SUMMARY | UNIT NO.

STATUS ☐ 1 CLEARED CLOSED ☐ EXC. CLEARED OPEN | ☐ 0 PROGRESS ☐ 1 SUSPENDED ☐ 4 CLEARED OPEN | ☐ 2 UNFOUNDED ☐ 6 EXC. CLRD. CLOSED ☐ 7 CLOSED

REVISED NAME

HUCR OFFENSE CODE | REV. CODE
☐ 1 CORRECT ☐ 2 REVISED

OFFICER REASSIGNED STAR NO. | DATE

VICTIM IDENTIFIERS ☐ 1 CORRECT ☐ 2 REVISED

VICTIM NO. | REVISED NAME

VALUE OF PROPERTY TAKEN/RECOVERED ☐ 1 DNA ☐ 2 VERIFIED ☐ 3 CORRECTED

☐ 1 FURS ☐ T $ ☐ R | ☐ 2 JEWELRY ☐ T $ ☐ R | ☐ 3 FURS ☐ T $ ☐ R | ☐ 4 CLOTHING ☐ T $ ☐ R | ☐ 1 DNA ☐ 2 VERIFIED ☐ 3 CORRECTED

☐ 1 MONEY ☐ T $ ☐ R | ☐ 7 OFFICE EQUIPMT. ☐ T $ ☐ R | ☐ 1 BTV., RADIO, STEREO ☐ T $ ☐ R

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE REVERSE. THE NARRATIVE OR A SUPPLEMENTARY REPORT
☐ 5 HOUSEHOLD GOODS ☐ T $ ☐ R | ☐ 6 CONSUM. GOODS ☐ T $ ☐ R | ☐ 1 FIREARMS ☐ T $ ☐ R | ☐ 8 NARC/DANG. DRUGS ☐ T $ ☐ R | ☐ 9 OTHER ☐ T $ ☐ R

SERIAL NOS. OR IDENTIFICATION NOS. | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED

REMARKS (PERTINENT INFORMATION NOT ON ORIGINAL REPORT)

PREPARED BY - SIGNATURE | STAR NO. | DATE (DAY MO. YR.) | APPROVED BY - SIGNATURE | STAR NO. | DATE (DAY MO. YR.)

Hickey 00006

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, who found it, where marked for inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

## SUPPLEMENTARY REPORT
CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or communications unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE — TIME**  DAY  MO.  YR.
27 Aug 1988  1545

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☐ VERIFIED ☒ CORRECTED | | 5. BEAT OF OCCUR. |
|---|---|---|---|---|---|
| BATTERY/Aggravated Handgun | | 041 A | (3320) W. Cortland | | 1422 |

| 3. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☒ YES ☐ NO | IF NO, CORRECT ALL VICTIM INFOR- MATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐ YES ☒ NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| VALENTIN, Felix | | | | 5537 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| (ALLEY) | (092) | 1 | 2 |

| | 11. ☒ VERI- FIED ☐ UPDATE TO | 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 19. IF RESIDENCE WHERE WERE OCCUR. |
|---|---|---|---|---|---|---|---|---|
| | dna | CODE | CODE NO. | CODE | CODE | CODE NOS. | CODE NO. | CODE NO. |

19. DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN  R = RECOVERED

☐ VERIFIED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMENT | 5 TV, RADIO, STEREO |
|---|---|---|---|---|---|
| ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T ☐ R |

☐ UPDATE TO

| 8 HOUSEHOLD GOODS | 0 CONSUM. GOODS | 1-1 FIREARMS | & NARC./DANGEROUS DRUGS | 5 OTHER | 6 NONE |
|---|---|---|---|---|---|
| ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T ☐ R |

| 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |

**PERMANENT RETENTION FILE**

| 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | | | | | | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR I.D.A. NO. | I OFFENDER REL. CODE | | C.B. NO. | I.R. NO., Y.D. NO. OR I.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST UNIT NO. |
|---|---|---|---|---|---|---|---|---|
| OFF. 1 | | | OFF. 2 | | | | | |

| 33. OFF'S. VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|---|
| ☐ USED ☐ STOLEN | | | | | | | | |

| 34. SERIAL NOS. OR IDENTIFICATION NOS. ☒ 1 DNA ☐ 2 VERIFIED ☐ 3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | I UNIT NO. | 53. STATUS | | | |
|---|---|---|---|---|---|---|---|---|
| DNA | | DNA | ☒ FIELD ☐ 3 SUMMARY | 652 | ☒ 0 PROGRESS | ☐ 1 SUSPENDED | ☐ 2 UNFOUNDED |

| STATUS CONT'D. | | | | 54. IF CASE CLEARED, HOW CLEARED | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ 3 CLRD. CLOSED | ☐ 4 CLRD. OPEN | 5 EXC. CLRD. CLOSED | 6 EXC. CLRD. OPEN | 7 CLSD. NON- CRIM. | ☐ 1 ARREST & PROSEC. | ☐ 2 DIRECTED TO JUV. CRT. | ☐ 3 COMPL. RFUSD. TO PROSECUTE | ☐ 4 COMMUNITY ADJUSTMENT | ☐ 5 OTHER EXCEPT. ☐ ADULT ☐ JUV. |

55. ☐ FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

60. NARRATIVE

| Victim: | VALENTIN, Felix/16–05Jan██/1458 N. Campbell 235-1821/ Student Diego School/CAMPBELL BOY |
|---|---|
| Wanted: | #1–M/WH/18-22/brn eyes/dk hair/black jean type jacket/dark pants/gym shoes |
| | #2–M/WH/18-22–no further description at this time (driver) |
| Injuries: | 10 GSW in back/2 exit wounds front chest 6 pellets lodged in chest cavity Critical Condition |
| Taken To: | Norwegian American Hospital where victim |

| 80. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 81. DATE THIS REPORT SUBMITTED  DAY  MO.  YR.  TIME | 82. SUPERVISOR APPROVING (PRINT NAME)  STAR NO. |
|---|---|---|
| Normal | 27 August 1988  2355 | 2073 |

| 83. REPORTING OFFICER (PRINT NAME)  STAR NO. | 84. REPORTING OFFICER (PRINT NAME)  STAR NO. | 85. DATE APPROVED (DAY-MO.-YR.)  TIME |
|---|---|---|
| Gillian McLaughlin  8086 | John J. Leonard  5629 | 28 AUG 1988  2020 |

*MUST BE COMPLETED IN ALL CASES

K 371 955

Hickey 00007

Detective Division        Page 2        27 August, 1988
Area 5 Violent Crimes               K 371 955

AGGRAVATED BATTERY/Handgun
VALENTIN, Felix

**PERMANENT RETENTION FILE**

Taken To:  cont.        was stabilized and then transferred to Cook
County Hospital. Victim taken to Hospital
by brother, Israel. Dr. Perez treated victim
at Norwegian American Hospital.

Weapon:        Unknown type handgun

Location:        ALLEY adjoining 3320-22 N. Cortland

Date & Time:        27 August, 1988/1545 hours

Weather & Lighting:        Overcast-Raining/Natural

Manner/Motive:        Multiple Gun Shot Wounds/Gang Retaliation

Vehicle Used:        Older Model GM type car (medium-full size)
copper color

Evidence:        None at this time  (victim's car not processed)

Personnel Assigned:

| M.B. | 1413 | P.O. E. Crawford | 15602 |
| | | P.O. S. Machain | 7963 |
| M.B. | 4629 | GCSP D. Noon | 5410 |
| | | GCSP J. Guzman | 8728 |
| M.B. | 4626 | GCSP J. Sparks | 14879 |
| | | GCSP P. Zacharias | 15994 |

Interviewed:        VALENTIN, Israel/1458 N. Campbell/235-1821
DOB 1 June ▇▇▇/CAMPBELL BOYS

Investigation:        On today's date at approximately 1715hrs, R/D's
received a radio assignment to go to Norwegian
American Hospital on a man shot. The undersigned
responded accordingly and upon arrival located beat personnel who informed R/D's that
they had been called to the hospital and had not been to the original scene. It should
be noted that an Evidence Tech was not called to the scene because the victim's car is
missing; Family members may have relocated car but this cannot be confirmed. The beat
personnel also indicated that the victim was in critical condition and unable to verba-
lize but was motioning yes and no to questions.

       R/D's went into the emergency room and spoke with
Dr. Perez who informed R/D's that in his opinion,
the victim had ten (10) GSW in back; two (2)
exit wounds in chest (front left) and six (6) pellets remained in chest cavity. Dr.
Perez showed R/D's the X-Ray of victim and the pellets appeared in upper center chest
cavity. Dr. Perez further indicated that the victim had to be relocated to another
facility for further treatment due to the not-trauma status of Norwegian American Hospital.



Detective Division         Page 3             27 August 1988
Area 5 Violent Crimes                    K 371-955

AGGRAVATED BATTERY/Handgun     **PERMANENT RETENTION FILE**
VALENTIN, Felix

Investigation:                  Dr. Perez further indicated that if the victim
                              survived his injures he would most likely be
                              paralyzed from the waist down. The victim was
spoken to briefly concerning identification and number of offenders. Victim indicated
by nodding to simple questions. Victim was transfered to Cook County Hospital where
he is presently undergoing surgery.

                              R/D's then interviewed the brother of the victim
<u>VALENTIN, Israel</u>                 who stated in essance but not verbatim that on
                              date and time of incident ISRAEL and victim had
driven to ISRAEL's girlfriends home (3320 N. Cortland) to pick her up in order to at-
tend a friend's wedding. ISRAEL indicated that the victim was driving. Upon arrival
at 3320 N. Cortland; ISRAEL exited the vehicle and went inside of same address. A few
minutes later; not more than five (5), ISRAEL came back outside to the car. As he ap-
proached the vehicle, ISRAEL noted that the victim was not visible. ISRAEL then ascer-
tained that his brother had been shot. ISRAEL indicated that ISRAEL did not hear any
gun shots and ISRAEL was on first floor apartment. ISRAEL told his girlfriend to call
the police and ISRAEL pushed his way into the car and attempted to drive his brother
to the hospital. At approximately 1200-1300 N. Kedzie ISRAEL encountered a few parked
cars and was unable to transport his brother to the hospital (RD K875 233). ISRAEL
abandoned the vehicle and an unknown citizen took ISRAEL and his brother to the hospital.
It should be noted that as of this time the victim's car has not been located to be
processed.

Investigation Continues.........

Hickey 00009

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, other eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

## SUPPLEMENTARY REPORT
CHICAGO POLICE - FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE—TIME**
DAY 27 MO. Aug YR. 1988  TIME 1545

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I. UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE XX VERIFIED ☐ CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| BATTERY/Aggravated Handgun | 041 A | 3320 W. Cortland | 1422 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☒ YES ☐ NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐ YES ☒ NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| VALENTIN, Felix | | | | 5537 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| ALLEY | 092 | | 2 |

| CIRCUM STANCES | 11. ☒ VERIFIED | 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUR. |
|---|---|---|---|---|---|---|---|---|
| | ☐ UPDATE TO | CODE NO. | CODE NO. | CODE NO. | CODE NO. | CODE NO. | CODE NO. | CODE NO. |
| 19. dna | | | | | | | | |

DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN   R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| PROPERTY | ☐ VERIFIED | 1 MONEY ☐ T $ ☐ R | 2 JEWELRY ☐ T $ ☐ R | 3 FURS ☐ T $ ☐ R | 4 CLOTHING ☐ T $ ☐ R | 7 OFFICE EQUIPMENT ☐ T $ ☐ R | 8 TV, RADIO, STEREO ☐ T $ ☐ R |
|---|---|---|---|---|---|---|---|
| | ☐ UPDATE TO | 1 HOUSEHOLD GOODS ☐ T $ ☐ R | 3 CONSUM. GOODS ☐ T $ ☐ R | 14 FIREARMS ☐ T $ ☐ R | 18 NARC./DANGEROUS DRUGS ☐ T $ ☐ R | 5 OTHER ☐ T $ ☐ R | 6 NONE ☐ T ☐ R |

| VICTIMS UPDATE ONLY | 20. NAME (LAST—FIRST—M.I.) | 21. I UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX—RACE—AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. IN. JURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

**PERMANENT RETENTION FILE**

| OFFENDERS UPDATE ONLY | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX—RACE—AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

| | 31. C.B. NO. | I.R. NO., Y.D. NO. OR I.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | | I.R. NO., Y.D. NO. OR I.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED ARREST UNIT NO. |
|---|---|---|---|---|---|---|---|---|
| OFF. | | | | OFF. 2 | | | | |

| 33. OFF'S. VEHICLE ☐ USED ☐ STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|---|

| 34. SERIAL NOS. OR IDENTIFICATION NOS. ☐ 1 DNA ☐ 2 VERIFIED ☐ 3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|
| | |

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. | 53. STATUS |
|---|---|---|---|---|---|
| DNA | | DNA | ☒ 1 FIELD ☐ 3 SUMMARY | 652 | ☒ X PROGRESS ☐ 1 SUSPENDED ☐ 2 UNFOUNDED |

| STATUS CONT'D. | 54. IF CASE CLEARED, HOW CLEARED | | | | | |
|---|---|---|---|---|---|---|
| ☐ 3 CLRD. CLOSED ☐ 4 CLRD. OPEN ☐ 5 EXC. CLRD. CLOSED ☐ 6 EXC. CLRD. OPEN ☐ 7 CLSD. NON-CRIM. | ☐ 1 ARREST & PROSECUTE ☐ 2 DIRECTED TO JUV. CRT. ☐ 3 COMPL. REFUSD. TO PROSECUTE ☐ 4 COMMUNITY ADJUSTMENT ☐ 5 OTHER EXCEPT. | | | | ☐ ADULT ☐ JUV. |

55. ☐ FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

93. NARRATIVE

| Wanted for Questioning: | RIOS, Jose/M-WH/24-30Apr█/IR 614 010 LKA 4448 W. Cortez. Nickname "Ace". AKA RIVERA, Jaques. |
|---|---|
| Evidence: | 5 Recovered .22 cal shell casings at mouth of alley  (524 226 CL) Photos of Scene Photos of Victim's Vehicle |
| Personnel Assigned: | M.B. 9601   Tech D. Keating #8788 Tech J. McDonald #6989 M.B. 5537   Det. J. Leonard #5629 Det. G. McLaughlin #8086 |
| Interviewed: | LOPEZ, Orlondo/M-WH-3320 W. Cortland N/P-12-17Mar█/Student Mozart School |

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED DAY 29 MO. Aug YR. 1988 TIME 2355 | 92. SUPERVISOR APPROVING (PRINT NAME) STAR NO. |
|---|---|---|
| Normal | | 913 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | |
|---|---|---|---|---|
| Gillian McLaughlin | 8086 | John Leonard | 5629 | |
| SIGNATURE | | SIGNATURE | | 95. DATE APPROVED (DAY-MO-YR) 29 AUG 1988  1530 |

*MUST BE COMPLETED IN ALL CASES

CPD (111-B (Rev. 3/85))

Hickey 00010

Detective Division      Page 2          29 August, 1988
Area 5 Violent Crimes                K 371 955

BATTERY/Aggravated handgun
VALENTIN, Felix      **PERMANENT RETENTION FILE**

Victim's Vehicle:      1973 MAZDA 2 Door Sedan Red in Color Ser #
S124A162930 Bearing No License/Relocated after
accident via towtruck to vacant lot at Wabansia
Washtenaw.

Investigation:      The undersigned detectives, in continuation of
the investigation of the above captioned incident;
interviewed an eye-witness who stated in essance
but not verbatim that on date and time of this

LOPEZ, Orlondo      incident; LOPEZ was coming from the store at corner
of Kimball and Cortland. LOPEZ observed a copper colored GM-type car coming out of the
alley, traveling northbound at approximately 3319 W. Cortland. The vehicle turned east-
bound on Cortland and stopped at approximately 3311 W. Cortland. LOPEZ indicated that
said vehicle contained 2 M/WH's one of whom exited from the passenger's side of the
vehicle and began to walk toward 3320 W. Cortland where the victim was seated behind
the wheel of his vehicle. Suddenly, the M/WH began to run toward vehicle and LOPEZ
noticed a gun in M/WH's hand. LOPEZ believed he heard three (3) shots but indicated
that they were not very loud. LOPEZ indicated that LOPEZ saw the victim lean forward
and to the right in the vehicle which victim had been seated.

LOPEZ informed R/D's that LOPEZ could identify
the shooter because LOPEZ recognized the shooter
as a M/WH who played baseball at Humboldt Park
and LOPEZ had observed him there on a few occassions. LOPEZ did not know shooters
name but was aware that shooter was affiliated with the Latin Kings. LOPEZ then viewed
books and made an identification of one RIOS, Jose (16-D LATIN KING Page 40-D) as the
M/WH who exited the copper car and shot the victim. At this time there is no identifi-
cation of the driver.

The scene was processed by 9601 and five (5)
.22 cal shell casings were found and photographs
were taken. The victim's car was photographed
at Wabansia and Washtenaw where it had been relocated after the accident. A canvass
of the 3322 W. Cortland occupants on 1st, 2nd and 3rd floors revealed negative results.
3300-3318 W. Cortland is an abandoned building. 3301-3319 W. Cortland is a vacant lot.
The residents at 3321 W. Cortland heard and saw nothing.

An active search of the suspect shooter is being
undertaken by R/D's and GCSP. This investigation
continues.......

31 AUG 1988 16

Hickey 00011

# SUPPLEMENTARY REPORT

CHICAGO POLICE

| 1. DATE OF ORIG. OCCURRENCE – TIME |
|---|
| 27 Aug 88  1545 |

| 1. INCIDENT/OFFENSE CLASSIFICATION LIST PREVIOUS REPORT | I.U.C.R. OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE | VERIFIED | CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|---|---|
| BATTERY: Aggravated, Handgun | 041A | 3324 W. Cortland | | | 1422 |

| 5. VICTIM'S/SUBJECT'S NAME AS SHOWN ON LAST PREVIOUS REPORT | | CORRECT | 6. FIRE RELATED | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| VALENTIN, Felix | | YES  NO | YES  NO | 1464B |

| 8. VICTIM'S/SUBJECT'S ADDRESS | 9. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE |
|---|---|---|
| 1458 N. Campbell | Street | 304 |

10. DESCRIBE PROPERTY IN NARRATIVE  T = TAKEN,   R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMENT | 8 TV, RADIO, STEREO | PROPERTY INVENTORY NO(S). |
|---|---|---|---|---|---|---|
| T $  R | T $  R | T $  R | T $  R | T $  R | T $  R | |
| 9 HOUSEHOLD GOODS | 0 CONSUM. GOODS | L) FIREARM | & NARC./DANGEROUS DRUGS | 5 OTHER | 6 NONE | |
| T $  R | T $  R | T $  R | T $  R | T $  R | T  R | |

| 11. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 12. HOME ADDRESS | 13. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| 1  RODRIGUEZ, Jose | 2040 N. Spaulding  1st | M/4/22 | 5-10 | 120 | Brn | Blk | Lt |
| 2  NIEVES, Felipe | Unk | M/4/24 | 5-06 | 150 | Brn | Brn | Lt |

| 14. C.B. NO. | I.R. NO., Y.D. NO. OR I.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR I.D.A. NO. | OFFENDER REL. CODE | 15. NO. ARRESTED | ARREST UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF 1  8101-405 | | 024 | OFF 2 | | | 1 | 1464B |

| 16. OFF'S VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| USED  STOLEN Unk | | Toyota | 2dr | Brn | UNK | UNK | |

20. NARRATIVE

IN SUMMARY:  R/O's had occassion to interview above victim regarding above RD#. Victim related that the person who shot him and the driver were members of the Imperial Gangster street gang. R/O's returned to show the victim the Imperial Gangster photo album. Above victim picked out offender#1 as the person who shot him and offender#2 as the driver of the vehicle used. Offender#1 taken into custody, advised rights per Miranda in Spanish and English and processed in 014. Victim interviewed at Cook County Hospital.

## PERMANENT RETENTION FILE

Additional Arresting Ofcrs: WOJCIK#4408, VERGARA#14416

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED | | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | |
|---|---|---|---|---|---|
| | DAY  31 | MO.  Aug | YR.  88 | TIME  0230 | GARA  1662 |
| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE | |
| C. LEIRICH | 6198 | J. MORIARTY | 16633 | | DATE APPROVED  31 Aug 88  1730 |

Hickey 00012

CONTINUATION OF NARRATIVE

PERMANENT RETENTION FILE

R.D. NO.

-1 SEP 1990 22

I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE.     SUPERVISOR'S SIGNATURE          STAR NO. |DATE (DAY-MO.-YEAR)

Hickey 00013

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form, show exactly where found. For recovered property
Inventory numbers. If property taken was seized for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known,
nickname, sex, race scale, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

## SUPPLEMENTARY REPORT
CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

| 4. DATE OF ORIG. OCCURRENCE—TIME | | |
|---|---|---|
| DAY | MO. | YR. |
| 27 Aug 1988 | | 1545 |

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | | 1. UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE X 1 VERIFIED 2 CORRECTED | | 3. BEAT OF OCCUR. |
|---|---|---|---|---|---|
| BATTERY/Aggravated Handgun | | 041 A | 3320 W. Cortland | | 1422 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT X 1 YES 2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED 1 YES X 2 NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| VALENTIN, Felix | | | | 5537 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| Alley | 092 | 1 | 2 |

| GROUNDS | 11. VERIFIED X | 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP. |
|---|---|---|---|---|---|---|---|---|
| | UPDATE TO | CODE | CODE NO. | CODE NO. | CODE NO. | CODE NOS. | CODE NO. | CODE NOS. |
| dna | | | | | | | | |

DESCRIBE PROPERTY IN NARRATIVE.
T – TAKEN,    R – RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| PROPERTY | VERIFIED | | 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 5 OFFICE EQUIPMENT | 6 TV, RADIO, STEREO |
|---|---|---|---|---|---|---|---|---|
| | | | T $ | T $ | T $ | T $ | T $ | T $ |
| | | | R | R | R | R | R | R |
| | UPDATE TO | | 9 HOUSEHOLD GOODS | 0 CONSUM. GOODS | 1-) FIREARMS | & NARC./DANGEROUS DRUGS | S OTHER | 6 NONE |
| | | | T $ | T $ | T $ | T $ | T $ | T |
| | | | R | R | R | R | R | R |

| VICTIMS UPDATE ONLY | | 20. NAME (LAST—FIRST—M.I.) | 21. I UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX—RACE—AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | |
| 2. | | **PERMANENT RETENTION FILE** | | | | | | | |
| 3. | | | | | | | | | |

| OFFENDERS UPDATE ONLY | | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX—RACE—AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| OFF. | 31. C.B. NO. | I.R. NO., Y.D. NO. OR I.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR I.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO. |
| OFF. 2 | | | | | | | | |

| 33. OFF'S. VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| USED STOLEN | | | | | | | |

| 34. SERIAL NOS. OR IDENTIFICATION NOS. XX 1 DNA | 2 VERIFIED | 3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|---|---|

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. | 53. STATUS |
|---|---|---|---|---|---|
| DNA | | DNA | X 1 FIELD 2 SUMMARY | 652 XX | 1 PROGRESS   1 SUSPENDED   3 UNFOUNDED |

| STATUS CONT'D. | 3 CLRD. CLOSED | 4 CLRD. OPEN | 5 EXC. CLRD. CLOSED | 6 EXC. CLRD. OPEN | 7 CLSD. NON CRIM. | 54. IF CASE CLEARED, HOW CLEARED | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 1 ARREST & PROSEC. | 2 DIRECTED TO JUV. CRT. | 3 COMPL. REFUSD. TO PROSECUTE | 4 COMMUNITY ADJUSTMENT | 5 OTHER EXCEPT. | ADULT JUV. |

55. FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

**80. NARRATIVE**

In Custody:

RIVERA, Jacques/M-WH-30Apr██/AKA-ACE/4238 W.
Division/5'10/180/brn/brn/med/Employeed:
Humboldt Park Inst-Maintenance   IR#614 010
CB# 8101-323

RODRIGUEZ, Jose Antonio/AKA-Chequin/2040 N.
Spaulding 1st South/5'10/120/brn/blk/light
IR# 861-858   CB# 8101-405

Arresting Officers:       RIVERA:   Det. John Leonard      5629
                                    Det. G. McLaughlin     8086
                                    GCSP R. Guevara        16345
                                    GCSP J. Fallon         5351
                                    GCSP J. Sparks         14879
                                    GCSP P. Zacharias      15994

K 371 955

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED | | | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|---|---|
| | DAY | MO. | YR. | | | |
| Normal | 1 Sept 1988 | | | 0100 | | 2013 |

| 92. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE | | |
|---|---|---|---|---|---|---|
| Gillian McLaughlin | 8086 | 92 | John Leonard C – 5629 | | | |
| SIGNATURE | | SIGNATURE | 95. DATE APPROVED (DAY–MO.–YR.) | TIME | |
| | 8086 | | 0 2 SEP 1988 | 1720 |

Hickey 00014

CRC 226

Detective Division        Page 2        1 Sept, 1988
Area 5 Violent Crimes                          K 371 955

AGGRAVATED BATTERY/Handgun
VALENTIN, Felix

**PERMANENT RETENTION FILE**

Arresting Officers:        RODRIGUEZ:  P.O. LETRICH 6198  014
                                P.O. MORIARITY 16633 014
                                P.O. VERGARA  14416 014
                                P.O. WOJCIK    4408 014

Date, Time & Location of Arrest:    RIVERA:    30 Aug, 1988/2300/3300 N. Beach

                                  RODRIGUEZ:  31 Aug, 1988/0100/2040 N. Spaulding

Evidence:        544008 (652)  Photos

Investigation:        The undersigned detectives were assigned to the continuing investigation of the above captioned incident. Efforts to locate suspect RIVERA, Jose were successful and subject was taken into custody, advised of his Miranda Warnings and transported to Area 5. Due to the lateness of the hour, the parents of the witness indicated that the daytime hours would be better for viewing of a line-up. In light of this fact, a hold was placed on RIVERA for line-up purposes.

        The undersigned had been informed that another suspect was in custody (014) and hold papers had been placed on that subject, RODRIGUEZ, by 1st watch personnel in order to have witness view RODRIGUEZ in line-up. The lateness of the hour also prevented an interview with victim who is in surgical intensive care.

        On today's date, attempts were made to locate the eye witness, LOPEZ, Orlondo, in order to have subject view a line-up. Numerous visits to witnesses residence proved negative and family indicated that they were unaware of his whereabouts but that subject may have been visiting his father, address unknown. R/D's went to Cook County Hospital and attempted to converse with victim; Verbal communication was next to impossible due to ventilator hook up through mouth and throat. Victim appeared to understand questions of a yes and no nature. R/D's inquired of the physcians staff if photos could be shown to victim and staff indicated yes but that the victim is regularly medicated, and response would be dependent of that medication. R/D's returned to Area Five and requested 014 personnel to locate persons fitting description of both in-custody suspects to produce a photo spread for purposes of victim identification if possible at this time.

        R/D's returned to Cook County Hospital with six photos (Inv. #544-008 652). It should be noted that the photos were numbered from one to six but the were not shown numerically to the victim. The victim does not have use of his limbs and is basically paralyzed from the neck down. Therefore photos were individually held for victim to view (random order). As photo's were being shown to victim it appeared



Hickey 00015

Detective Division      Page 3      1 Sept., 1988
Area 5 Violent Crimes      K 371 955

AGGRAVATED BATTERY/Handgun
VALENTIN, Felix

**PERMANENT RETENTION FILE**

Investigation Cont.:      that the victim was having a difficult time
focusing of the photos. Victims eyes were con-
stantly tearing and R/D's inquired of the staff
of victim's medication at the time. R/D's learned that victim had been placed on a
morphine drip for the pain. It should also be noted that the victim was in constant
motion (side to side) as the whole bed moved to help keep lungs from filling with fluid
staff indicated that victim presently in danger of contracting pneumonia. It was then
decided to cease the photo identification until later in the week; when the physcian
indicated that the tubes would be removed from victim's throat.

     The following is the numerical order and names
of subjects in photos.

\#1   VILLAFANE, Angel/M-WH/23   21July█ / 1619 N. California

\#2   OLIVERO, Carlos/M-WH/18   14May█ / 2478 N. Albany

\#3   RIVERA, Jacques/M/WH/23   30Apr█ / 4238 W. Division

\#4   RUIZ, George/M-WH/19   28Jan█ / 2453 N. Francisco

\#5   RAMON, Lopez/M-WH/20   22Sep█ / 1424 N. Washtenaw

\#6   RODRIGUEZ, Jose/M-WH/23   30Apr█ / 2040 N. Spaulding

     Due to the above facts and circumstances both
subjects were released. This investigation con-
tinues........

9Z 11   8861 d3S Є-

Hickey 00016



## SUPPLEMENTARY REPORT

CHICAGO POLICE

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

| 4. DATE OF ORIG/OCCURRENCE - TIME |
| --- |
| 27 Aug 88 | 1545 |

| 1. INCIDENT/OFFENSE CLASSIFICATION LAST PREVIOUS REPORT | I.U.C.R. OFF. CODE | 6. ADDRESS OF ORIG. INCIDENT/OFFENSE ☐1 VERIFIED ☐2 CORRECTED | 5. SEAS OF OCCUR. |
| --- | --- | --- | --- |
| Murder/Homicide | 0110 | 3320 W. Cortland | 1422 |

| 3. VICTIM'S/SUBJECT'S NAME AS SHOWN ON LAST PREVIOUS REPORT | CORRECT | 8. FIRE RELATED | 7. BEAT ASSIGNED |
| --- | --- | --- | --- |
| VALENTIN, Felix | ☒ YES ☐ NO | ☐1 YES ☒ NO | 4627 |

| 9. VICTIM'S/SUBJECT'S ADDRESS | 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE |
| --- | --- | --- |
| 1458 N. Campbell | Alley | 092 |

| 10. | DESCRIBE PROPERTY IN NARRATIVE T = TAKEN  R = RECOVERED | FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT | | | PROPERTY INVENTORY NOISE |
| --- | --- | --- | --- | --- | --- |
| PROPERTY | 1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 7 OFFICE EQUIPMENT ☐T $ ☐R | 8 TV, RADIO, STEREO ☐T $ ☐R |
| | 9 HOUSEHOLD GOODS ☐T $ ☐R | 0 CONSUM. GOODS ☐T $ ☐R | 14 FIREARMS ☐T $ ☐R | 5 NARC./DANGEROUS DRUGS ☐T $ ☐R | X OTHER ☐T $ ☐R | 6 NONE ☐T ☐R |

| 11. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 12. HOME ADDRESS | 13. SEX-RACE-AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| RIVERA, Jacquez | 4231 W. Division | M 4 23 | 5-9 | 160 | Br | Br | Med |
| 2 | | | | | | | |

| 14 C.B. NO. | I.R. NO. Y.D. NO. OR I.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR I.D.A. NO. | OFFENDER REL. CODE | 15. NO. ARRESTED UNIT NO. | 1 ARREST |
| --- | --- | --- | --- | --- | --- | --- | --- |
| OFF. 8112-639 | 614010 | 24 OFF. 2 | | | | | |

| 16. OFF'S VEHICLE ☐USED ☐STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
| --- | --- | --- | --- | --- | --- | --- | --- |

**PERMANENT RETENTION FILE**

**20. NARRATIVE**

VICTIM: VALENTIN, Felix; M/WH/16; 1458 N. Campbell 3 rd. flr.

Deceased, former member of the Campbell Boys/014

DATE, TIME, LOC. OF INC: 27 Aug 88; 1545 hrs.; 3320 W. Cortland, Alley

DATE, TIME, LOC. OF ARREST: 15 Sep 88; 1930 hrs.; 5555 W. Grand, A/5 VC

OFFENDER: RIVERA, Jacquez; M/WH/23; 30 Apr ███; 5-9, 160;

AKA. RIOS, Jose; 4231 W. Division 3rd. flr.

nickname, ACE; member of Latin Kings/014

CHARGES: Murder 1st. Degree; 38-9-1a

COURT DATE & BRANCH: 16 Sep 88; 66-2

INVESTIGATION: Reporting officers along with other Gang Crime

Specialists were investigating an Aggravated

Battery in which the victim was shot ten times. GCSp. Noon, Guzman, Sparks,

and Zacharias located a witness on 29 Aug 88. This witness was brought

into Gang Crimes North to view gang photo books. On that date witness

positively identified the photo of Jose RIOS from book 16-D, page 40

CONTINUED ON OTHER SIDE

K-379955

| 30. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED | TIME | 92. REPORT REVIEW/APPROVING (PRINT NAME) | STAR NO. |
| --- | --- | --- | --- | --- |
| | 16 Sep 88 | 0030 | Sgt. Hickey | 1731 |

| 90. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE | |
| --- | --- | --- | --- | --- | --- |
| GCSp. S. Gawrys | 16899 | GCSp. R. Guevara | 16345 | 16 Sep 88 | 0030 |

SIGNATURE: J. Gawrys    SIGNATURE: R. Guevara

*MUST BE COMPLETED IN ALL CASES

D-11.411 A (REV. 8/81)

Hickey 00017

19

CONTINUATION OF NARRATIVE

INVESTIGATION CON'T: photo D, Latin King gang book. Numerous attempts were made to interview the victim at Cook County Hospital, on 10 Sep 88 r/i's were able to have victim view gang photo book were then an idetification was made of Jose RIOS as the person that shot victim.

On 15 Sep 88, reporting officers located Jose RIOS, AKA. RIVERA,Jaqouez on the street and he was asked to accompany r/o's to A/5 VC to stand in a line-up for Murder. Subject agreed and he was read his Miranda warnings.

Once in A/5 VC Jose RIOS was placed in a line-up and he was positively identified as the person that shot the victim Felix VALENTIN on 27 Aug 88. Review by A.S.A. Rosner with witness, charges of 1st. Degree Murder were approved.

Orlando LOPEZ, witness, was shown photos of Jose RODRIQUEZ and Felipe NIEVES and he stated to r/i's that these two individuals were not involved in this incident.

**PERMANENT RETENTION FILE**





16 SEP 1988    59

R.D. NO.
I-371955

HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE    SIGNATURE    STAR NO.    DATE (DAY, MO., YEAR)

Hickey 00018

20

**SUPPLEMENTARY REPORT**
CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise

**4. DATE OF ORIG. OCCURRENCE-TIME**
DAY 27 MO. Aug YR. 88 1545

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | | I.UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☐ I VERIFIED ☐ 2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|---|
| HOMICIDE/MURDER | | 0110 | 3324 W. Cortland Ave. | 1422 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | | CORRECT ☒ YES ☐ NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐ 1 YES ☒ NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|---|
| VALENTINE, Felix | | | | | 5055 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| In Auto/Street | 304 | 1 | DNA |

PROPERTY section:

| 11. ☒ VERIFIED ☐ UPDATE | 12. OBJECT/WEAPON CODE NOS. | 13. FIREARM FEATURES CODE NO. | 14. POINT/ENTRY CODE NO. | 15. POINT/EXIT CODE NO. | 16. BURGLAR ALARM CODE NOS. | 17. SAFE BURGLARY METHOD CODE NO. | 18. IF RESIDENCE WHERE WERE OCCUP. CODE NO. |
|---|---|---|---|---|---|---|---|

19. DESCRIBE PROPERTY IN NARRATIVE    T = TAKEN;    R = RECOVERED    FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| | | | | | |
|---|---|---|---|---|---|
| ☐ VERIFIED DNA | 1 MONEY ☐ T $ ☐ R | 2 JEWELRY ☐ T $ ☐ R | 3 FURS ☐ T $ ☐ R | 4 CLOTHING ☐ T $ ☐ R | 7 OFFICE EQUIPMENT ☐ T $ ☐ R | 8 TV, RADIO, STEREO ☐ T $ ☐ R |
| ☐ UPDATE TO | 9 HOUSEHOLD GOODS ☐ T $ ☐ R | 0 CONSUM. GOODS ☐ T $ ☐ R | L FIREARMS ☐ T $ ☐ R | & NARC./DANGEROUS DRUGS ☐ T $ ☐ R | 5 OTHER ☐ T $ ☐ R | 0 NONE ☐ T ☐ R |

VICTIMS UPDATE ONLY

| 20. NAME (LAST—FIRST—M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX—RACE—AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJ. YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |

**PERMANENT RETENTION FILE**

OFFENDERS UPDATE ONLY

| 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX—RACE—AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER IREL. CODE | C.B. NO. | I.R. NO., V.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF. 1 | | | | | | | |
| OFF. 2 | | | | | | | |

| 33. OFF'S. VEHICLE ☐ USED ☐ STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|

| 34. SERIAL NOS. OR IDENTIFICATION NOS. ☐ 1 DNA ☐ 2 VERIFIED ☐ 3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD ASSIGNED | UNIT NO. | 53. STATUS | | | |
|---|---|---|---|---|---|---|---|
| D.N.A. | | ☒ YIELD ☐ 3 SUMMARY | 652 | ☒ PROGRESS | ☐ 1 SUSPENDED | ☐ 2 UNFOUNDED | |

| STATUS CONT'D ☐ 3 CLRD. CLOSED | ☐ 4 CLRD. OPEN | 5 EXC. CLRD. CLOSED | 6 EXC. CLRD. OPEN | 7 CLSD. NON-CRIM. | 54. IF CASE CLEARED, HOW CLEARED ☐ 1 ARREST & PROSEC. | ☐ 2 DIRECTED TO JUV. CRT. | ☐ 3 COMPL. RFUSD. TO PROSECUTE | ☐ 4 COMMUNITY ADJUSTMENT | ☐ 5 OTHER EXCEPT. | ☐ ADULT ☐ JUV. |
|---|---|---|---|---|---|---|---|---|---|---|

55. ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

**90. NARRATIVE**

THIS IS A CAUSE OF DEATH REPORT:

MEDICAL EXAMINERS CASE NUMBER:   300 Sept 1988

DATE OF AUTOPSY:   16 Sept 1988

PATHOLOGIST:   DR. CHOI

CAUSE & MANNER OF DEATH:   MULTIPLE GUN SHOT WOUNDS/HOMICIDE

INVESTIGATION:   On todays date Dr. CHOI performed an

autopsy on the body of Felix VALENTINE.

(Cond't Page Two)

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED — DAY MO. YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| D.N.A. | 16 Sept 88 | | | 2073 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | BEAT OF ASSIGNMENT | |
|---|---|---|---|---|
| Det. T. LAZAR | 5355 | | | |

SIGNATURE   T. Lazar

95. DATE APPROVED (DAY-MO-YR.) 20 SEP 1988   TIME

CPD 11.413   *MUST BE COMPLETED IN ALL CASES

Hickey 00018

JK-371955

## SUPPLEMENTARY REPORT
CHICAGO POLICE - FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or quantizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE -TIME**
DAY   MO.   YR.
27 AUGUST 1988   1545

**3. BEAT OF OCCUR.**
1422

| 1. OFFENDER CLASSIFICATION LAST PREVIOUS REPORT | LOOK OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE XX VERIFIED ☐2 CORRECTED | |
|---|---|---|---|
| HOMICIDE/ 1st DEGREE | 0110 | 3320 W Cortland | |

**5. VICTIM'S NAME AS SHOWN ON CASE REPORT**
VALENTIN, FELIX

CORRECT XX YES ☐ NO
IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27.
6. FIRE RELATED ☐1 YES XX NO

**7. BEAT ASSIGNED**
5548

**6. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED**
ALLEY

LOCATION CODE
092

8. NO. OF VICTIMS
1

10. NO. OF OFFENDERS
2

PERMANENT RETENTION FILE

CONTINUED ON PAGE TWO

THIS IS A LINE UP REPORT

DATE TIME & LOCATION OF LINE UP:          15 September 1988, 1915 hours, Area Five Violent

Crimes Office

PHOTOGRAPHER:          P.O. John Miller # 5482  UNIT # 650

R.D. #:          K 371 955

PERSONS CONDUCTING LINE UP          Det William Dorsch #4257

Det John Boyle #6945

| 80. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | | 81. DATE THIS REPORT SUBMITTED - DAY MO. YR. | TIME | 82. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|---|
| NORMAL | 24 | 15 SEPTEMBER 1988 | 2030 | SGT. R. WEINGART | #865 |
| 92. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | | |
| Det. John Boyle | 6945 | Det. William Dorsch | 4257 | | |
| SIGNATURE | | SIGNATURE | | 95. DATE APPROVED (DAY MO. YR.) | TIME |
| | | | | 16 SEP 1988 | 2100 |

CPD-11.411-B (Rev. 8/85)

Hickey 00020

DETECTIVE DIVISION
AREA FIVE VIOLENT CRIMES

RD # K 371 955
15 SEPTEMBER 1988

HOMICIDE/1st DEGREE MURDER
VALENTIN, FELIX

PAGE TWO

PERSONS PRESENT DURING
LINE UP:

1. Det. William Dorsch #4257 Area Five Violent Crimes
2. Det. John Boyle #6945 Area Five Violent Crimes

3. GCSP. Ray Guevara #16345 Gang Crimes North
4. GCSP. Steve Gawrys # 16899 Gang Crimes North

PERSONS VIEWING LINE UP:

1. Orlando LOPEZ  RD# K 371 955

PERSONS PARTICIPATING IN
LINE UP:

1. SANCHEZ, Santiago M/WH/19 12 May ▮▮▮
   Volunteer.

2. CRUZ, Efram M/WH/20 26 March ▮▮▮
   Volunteer

3. RIVERA, Jacques M/WH/23 5'9" 160
   CB#

4. TORRES, Felix M/WH/22 29 October ▮▮▮
   Volunteer

5. DELGADO, Israel M/WH/21 25 June ▮▮▮
   Volunteer

PERSONS IDENTIFIED IN
LINE UP:

Position # 3 RIVERA, Jacques

INVESTIGATION:

The Reporting Detectives conducted a line-up in the offices of Area Five Violent Crimes pursuant to this investigation. Subject #3 Jacques RIVERA was positively identifed by the witness. RIVERA was allowed to select his position in the line-up. RIVERA was not requested to repeat any statements nor did he make any statement.

Det. John Boyle #6945
Det. William Dorsch #4257
DDA FIVE VIOLENT CRIMES.

**PERMANENT RETENTION FILE**

Hickey 00021

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

## SUPPLEMENTARY REPORT
CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE–TIME** DAY MO. YR.
27 AUGUST 1988 1545

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | LUCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE | ☒ VERIFIED ☐ CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|---|
| (BATTERY/AGGRAVATED HAND GUN) | (041 A ) | 3320 W Cortland | | 1422 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☒ YES ☐ NO | IF NO, CORRECT ALL VICTIM INFOR- MATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐ 1 YES ☒ NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| VALENTIN, Felix | | | | 5548 |

| 7. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| ALLEY | 092 | 1 | 2 |

| 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| RIVERA, JACQUES | 4231 W Division | M WH 23 | 5'10 | 175 | brn | brn | olive |

| OFF. 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF. 8112-639 | 614010 | 24 | OFF. 2 | | | | |

| 24. SERIAL NOS. OR IDENTIFICATION NOS. | ☐ 1 DNA | ☐ 2 VERIFIED | ☐ 3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|---|---|---|

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER ONE) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. | 53. STATUS |
|---|---|---|---|---|---|
| HOMICIDE/1st Degree | 0110 | DNA | ☒ FIELD ☐ SUMMARY | 652 | ☐ 0 PROGRESS ☐ 1 SUSPENDED ☐ 2 UNFOUNDED |

**PERMANENT RETENTION FILE**

### 30. NARRATIVE

FIELD INVESTIGATION/ CLEARED by ARREST, OPEN

IN CUSTODY:        RIVERA, Jacquez nmi M/WH/age 23, dob: 30 Apr

4231 W. Division, 5'9, 160 lbs, brown eyes,

brown hair, IR# 614010   CB# 8112-639.

ARRESTING OFFICERS:        Det. William Dorsch #4257   Area Five Violent Crimes

Det. John Boyle #6945                "

GCSp. R. Guevara #16345   Gang Crimes North

GCSp. S. Gawrys #16899                "

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – DAY MO. YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| nomeal | 15 Sept 88 | 2300 | SGT. R. WEINGART #865 |

| 92. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| Det. W. Dorsch | 4257 | Det. J. Boyle | 6945 | |

95. DATE APPROVED (DAY –MO.–YR.)
16 SEP 1988   2100

CPD 11.411 B (Rev. 8/85)     *MUST BE COMPLETED IN ALL CASES.

Hickey 00022

K 371-955

Detective Division
Area Five Violent Crimes

15 September 1988
RD# K 371-955

page two

**PERMANENT RETENTION FILE**

| | |
|---|---|
| Date, Time & Location of Arrest: | 15 Sept 88 at 1930 hrs, 5555 W. Grand. |
| Charges, Ct. Branch & Date: | Murder, Chapter 38-9-1a to appear in Branch 66 on 16 Sept 88. |
| Injuries: | Multiple gun shot wounds to upper body. (see attached supplementary report) Cook County Hospital notified this office on 14 Sept 88 that the victim in this incident had been pronounced dead at 1156 hrs by Dr. SHARKEY from multiple gun shot wounds. |
| Notifications: | Medical Examiner Swartz ME# Sept 300 ASA Rosner Sgt. Christian , Area Five Youth |
| Re-Interviewed: | LOPEZ, Orlando M/WH/age 12, dob 17 May 3320 W. Cortland, ph# 235-8434 student at Mozart School. |
| Investigation: | The undersigned reporting detectives were assigned by Sgt. RINALDI #2073 |

of Area Five Violent Crimes to continue into the investigation related to RD#K 371-955 upon learning that the victim in this incident had died as a result of the multiple gun shot wounds that he received on 27 August 1988.

Upon reviewing the case file the R/S's contacted Gang Crimes North to notify them of the death of the victim and request there assistance in locating the offenders in this incident along with known witnesses.

On 15 Sept 88 the subject known as Jacques RIVERA was located and requested that he accompany us into Area Five to continue this investigation. He agreed to do so and was brought into Area Five by GCSp Guevara and Gawrys. Upon his arrival he was informed that the victim in this incident had died of his wounds and that it was necessary to speak with him further and request that he participate in a line up. He agreed to cooperate and was allowed to wait in an interview room until the arrival of a witness to this incident could arrive to view a line up.

At app 1915 hrs a line up was conducted and the subject Jacques RIVERA was positively identified as the person who while armed with a handgun had shot the victim numerous times. At this time he was notified of the charges against him and advised of his rights per Miranda to which he replied that he understood. He was asked if he wanted to cooperate further in this investigation at which time he stated that he wanted to speak to his lawyer. At this time all questioning ceased.

Hickey 00023

Detective Division
Area Five Violent Crimes

15 September 1988
RD# K 371-955

### page three

Investigation Con't:

ASA Julie ROSNER was notified and responded to
Area Five. Upon reviewing the file and interviewing
the witness and police officers the charge of
MURDER was approved against the subject, Jacques
RIVERA.

Do to the fact that charges for Murder have been
approved the undersigned requests that this case be classified as CLEARED, OPEN.

**PERMANENT RETENTION FILE**

Det. William Dorsch #4257

Det. John Boyle #6945

19 SEP 1988 13    47



Hickey 00024

HOMICIDE/Murder (0110)

VALENTINE, Felix M/WH

K-371-955

16 Sept 88

**PERMANENT RETENTION FILE**

INVESTIGATION COND'T:

External and internal examination has revealed the presence of Eleven (11) gun shot wounds;
#1, gun shot wound entrance to the back of the head 7" below the top and at the midline, lodged.
#2, gun shot wound entrance to the upper left back 4" to the left of midline.
#3, gun shot wound entrance to the upper left back 2" to the left of midline.
#4, gun shot wound entrance left back 4" to the left of midline.
#5, gun shot wound entrance left back 2" to the left of midline.
#6, gun shot wound entrance left back 1½" to the left of midline.
#7, gun shot wound entrance left back 1" to the left of midline.
#8, gun shot wound entrance left back 1" to the left of midline.
#9, gun shot wound entrance back at the midline.
#10, gun shot wound entrance back at the midline.
#11, graze wound upper right upper back.

Internal examination also revealed the presence of Six (6) small caliber lead bullets which were recovered by Dr. CHOI and then invantoried by Crime Lab Personnel.

Upon completion of the autopsy Dr. CHOI has determined that the cause of death was due to MULTIPLE GUN SHOT WOUNDS and the manner of death is HOMICIDE.

This is a progress report.....

Report of Det. T. IAZAR # 5355, FID

K - 371955

Hickey 00025

CASE # 300 Sept 1988
VALENTINE, Felix M/WH
RD#-K-88b-369

*K371955*





L. E. CASE #:  300 Sept 1988

ATHOLOGIST:  DR. CHOI  **PERMANENT RETENTION FILE**

AUSE & MANNER OF DEATH:  MULTIPLE GUN SHOT WOUNDS/HOMICIDE

NJURIES: Eleven (11) gun shot wounds(see format)

EVIDENCE:  Six (6) small caliber (.22 Cal) lead bullets recovered and inventoried.

Hickey 00026

1

23

**INVESTIGATIVE FILE INVENTORY**
CHICAGO POLICE DEPARTMENT

R.D. NO. 371 955

| EXHIBIT | DESCRIPTION OF DOCUMENT | MDR* | ENTERING MEMBER | DATE OF ENTRY |
|---|---|---|---|---|
| 1. | Original Case Report | · | Leonard & McLaughlin | 27 Aug 1988 |
| 2. | SIR's (three pages) | | Leonard & McLaughlin | 27 Aug 1988 |
| 3. | Supplementary Report | | Leonard & McLaughlin | 27 Aug 1988 |
| 4. | GPR's (three Pages) | | Leonard & McLaughlin | 28 Aug 1988 |
| 5. | Arrest Record | | Leonard & McLaughlin | 28 Aug 1988 |
| 6. | Supplementary Report | | Leonard & McLaughlin | 28 Aug 1988 |
| 7. | ARREST REPORT | | LEONARD & McLAUGHLIN | 31 Aug 88 |
| 8. | HOLD OVER | | " " | " |
| 9. | ARREST REPORT | | " " | " |
| 10. | HOLD OVER | | " " | " |
| 11. | SUPPLEMENTARY | | " " | " |
| 12. | PROPERTY INV | | | |
| 13. | EVIDENCE REPORT | | " " | " |
| 14. | FIRE ARM EVID REPORT | | " " | " |
| 15. | GPR (1 PAGE) | | " " | " |
| 16. | PROPERTY INV | | " " | " |
| 17. | PRISONER RELEASE | | " " | " |
| 18. | PRISONER RELEASE | | " " | " |
| 19. | SUPPLEMENTARY | | " " | " |
| 20. | LINE UP SUPP | | DORSCH / BOYLE | 15 SEPT 88 |
| 21. | ARREST REPORT | | | " |
| 22. | 101 | | | " |
| 23. | MURDER COMPLAINT | | DATE: | " |
| 24. | EVIDENCE REPORT | | BY: | " |
| 25. | CLOSING SUPP | | | " |

PERMANENT RETENTION FILE

RECORD COPY

COPY SENT TO/
CASE REPORT UNIT (164)
RECORDS PROCESSING

AREA 5 VIOLENT CRIMES

R.D. NO. 371 955

*MDR: denotes Miscellaneous Document Repository. A check (✓) will be placed in this box if a document has been placed in the MDR.

DISTRIBUTION: The original of this document is to remain attached to the Investigative File Case Folder. One copy of this document will be forwarded to the Records Division whenever a Violent Crimes field investigation results in a person(s) being charged with a felony.

CPD-23.121 (1/83)

Hickey 00027

Records Division

Hickey 00028

INVESTIGATIVE FILE INVENTORY
CHICAGO POLICE DEPARTMENT

R.D. NO.
K 371-955

| EXHIBIT | DESCRIPTION OF DOCUMENT | MDR* | ENTERING MEMBER | DATE OF ENTRY |
|---------|------------------------|------|-----------------|---------------|
| 1. | SUPP REPORT | · | DONSCH /BOYLE | 16 SEPT 88 |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |

PERMANENT RETENTION FILE

RECORD COPY

16 SEP 1988 21

*MDR: denotes Miscellaneous Document Repository. A check (✓) will be placed in this box if a document has been placed in the MDR.

DISTRIBUTION: The original of this document is to remain attached to the Investigative File Case Folder. One copy of this document will be forwarded to the Records Division whenever a Violent Crimes field investigation results in a person(s) being charged with a felony.

R.D. NO. K 371-955

Hickey 00029

CPD-23.121 (1/83)

From: A/S/VC

To: UNIT 164

Hickey 00030

300                                                                    (3-81) Form. Crim. Div. No. 66

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS
                                            v.
                                                          No. ..88.CR.15436.................

JACQUES RIVERA

### SUBPOENA - SUBPOENA DUCES TECUM

The People of the State of Illinois to all Peace Officers in the State - GREETING:

WE COMMAND THAT YOU SUMMON Keeper..of..REcords:.Chicago.Police.....

.........Department.1121.S..State.Street,.Chicago,.Illinois.............

to appear to testify before the Honorable ..Judge.Presiding......................

on .......November..21.................,19.88. in Room .Br..25..., Circuit Court, 26th Street and

California Avenue, Chicago, Illinois, at .9:30..a..m.

YOU ARE COMMANDED ALSO to bring the following:

Any and all police reports relating to the above-captioned
case including B. of I:

IR# 614010, CB# 8112639 and RD# K371955

in your possession or control.   **PERMANENT RETENTION FILE**

YOUR FAILURE TO APPEAR IN RESPONSE TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISH-
MENT FOR CONTEMPT OF THIS COURT.

WITNESS...........................19..

*Margan M. Finley*
                                        Clerk of Court

Atty No.        John R. DeLeon
Name            53 W. Jackson Blvd
Attorney for    Suite 1430
Address         Chicago. IL 5060
City            (312) 347-0
Telephone

DIRECT INQUIRIES TO: MORGAN M. FINLEY
                      Clerk of the Circuit Court
                      Criminal Division
                      2650 South California, Chicago, Illinois 60608

NON-APPLICABLE - Strike out Title which does not apply - Subpoena or Subpoena Duces Tecum.

NOT VALID FOR SERVICE ON NEWS MEDIA WITHOUT ORDER OF COURT

Hickey 00031   (OVER)

MORGAN M. FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY



Hickey 00032

Hickey 00033