# Exhibit TTT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GERALDO IGLESIAS, | ) |
| | ) |
| | ) Case No. 19-cv-6508 |
| *Plaintiff*, | ) |
| | ) Judge Franklin U. Valderrama |
| v. | ) |
| | ) Magistrate Judge Maria Valdez |
| REYNALDO GUEVARA, the ESTATE of | ) |
| ERNEST HALVERSON, STEVE GAWRYS, | ) |
| ANTHONY RICCIO, ROBERT BIEBEL, | ) |
| and the CITY OF CHICAGO | ) |
| | ) JURY TRIAL DEMANDED |
| *Defendants*. | ) |

# EXHIBIT 49

*Rivera* Judgment

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACQUES RIVERA, | ) | |
| | ) | No. 12 C 4428 |
| Plaintiff, | ) | |
| | ) | Judge Joan B. Gottschall |
| v. | ) | |
| | ) | |
| REYNALDO GUEVARA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

This action was tried by a jury with Judge Gottschall presiding and the jury has rendered a verdict as follows.

Judgment is hereby entered in favor of plaintiff Jacques Rivera and against defendants Reynaldo Guevara, Steven Gawrys, Edward Mingey on Counts I, II and III; in favor of plaintiff and against defendant Reynaldo Guevara on CountVII and the City of Chicago on Count IV in the amount of $17,000,000 in compensatory damages. Judgment is further entered on the same counts in the amount of $25,000.00 in punitive damages against Defendant Gawrys; $75,000.00 in punitive damages against Defendant Mingey; and $75,000.00 in punitive damages against Defendant Guevara. None of the above includes pre-judgment interest.

Judgment is hereby entered in favor of defendant Gillian McLaughlin and against plaintiff Jacques Rivera on Counts I, II and III.

Judgment is further entered for Plaintiff and against Defendant City of Chicago on Count VIII (respondeat superior) and Count IX (Indemnification).

1

In addition, and consistent with the paragraphs above, judgment is hereby entered as follows:

- Honorable Joan B. Gottschall granted summary judgment for: Defendants Rinaldi, Weingart, Noon, Guzman and Fallon on Count I (Due Process claims); Defendants Rinaldi, Weingart, Noon, Guzman, Fallon, Sparks, Zacharias, Leonard, McLaughlin, Gawrys and Mingey on Count V (Illinois state law Malicious Prosecution); and Defendants Rinaldi, Weingart, Noon, Guzman, Fallon, Sparks, Zacharias, Leonard, McLaughlin, Gawrys and Mingey on Count VII (Intentional Infliction of Emotional Distress).

- Before and during the trial, Plaintiff dismissed with prejudice: Defendants Sparks, Zacharias, Leonard on Count I (Due Process claims); Defendants Rinaldi, Weingart, Noon, Guzman, Fallon, Sparks, Zacharias, Leonard on Count II (Conspiracy); Defendants Rinaldi, Weingart, Noon, Guzman, Fallon, Sparks, Zacharias, Leonard on Count III (Failure to Intervene); Defendants Rinaldi, Weingart, Noon, Guzman, Fallon, Sparks, Zacharias, Leonard, Guevara, Gawrys, McLaughlin, Mingey on Count VI (Illinois state law conspiracy); and Defendant Guevara on Count V (Illinois state law Malicious Prosecution).

Date: August 3, 2018

/s/
Joan B. Gottschall
United States District Judge