Exhibit UUU

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GERALDO IGLESIAS, | )<br>)<br>) Case No. 19-cv-6508 |
| *Plaintiff*, | )<br>) Judge Franklin U. Valderrama |
| *v.* | )<br>) Magistrate Judge Maria Valdez |
| REYNALDO GUEVARA, the ESTATE of<br>ERNEST HALVERSON, STEVE GAWRYS,<br>ANTHONY RICCIO, ROBERT BIEBEL,<br>and the CITY OF CHICAGO | )<br>)<br>)<br>) |
| | ) JURY TRIAL DEMANDED |
| *Defendants*. | ) |

# EXHIBIT 50

*Rivera* Verdict

<a<n
7/9/2018 Case: 1:18-cv-03029 Document #: 51-74 Filed: 03/15/24 Page 3 of 4 PageID #:66486
Loevy & Loevy Mail - Activity in Case 1:12-cv-04428 Rivera v. Guevara et al jury verdict


Elizabeth Troyer <troyer@loevy.com>

## Activity in Case 1:12-cv-04428 Rivera v. Guevara et al jury verdict
1 message

---

**usdc_ecf_ilnd@ilnd.uscourts.gov** <usdc_ecf_ilnd@ilnd.uscourts.gov>  Tue, Jul 3, 2018 at 11:30 AM
To: ecfmail_ilnd@ilnd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Northern District of Illinois - CM/ECF LIVE, Ver 6.2.2

### Notice of Electronic Filing

The following transaction was entered on 7/3/2018 at 11:30 AM CDT and filed on 6/29/2018
**Case Name:**        Rivera v. Guevara et al
**Case Number:**      1:12-cv-04428
**Filer:**
**Document Number:** 673

**Docket Text:**
**JURY Verdict entered in favor of Jacques Rivera and against Reynaldo Guevara, Steve Gawrys and Edward Mingey. (Mailed Notice) (RESTRICTED) (Document received in docketing on 7/3/18).(las, )**

**1:12-cv-04428 Notice has been electronically mailed to:**

Alexa Van Brunt &nbsp &nbsp a-vanbrunt@law.northwestern.edu, anissa.torres1@law.northwestern.edu, czarina.morgan@law.northwestern.edu, eraena-hart@law.northwestern.edu, marissa.spalding@law.northwestern.edu, mjc-assistant@law.northwestern.edu

Anand Swaminathan &nbsp &nbsp anand@loevy.com, melinda@loevy.com, troyer@loevy.com

Arthur R. Loevy &nbsp &nbsp arthur@loevy.com, docket@loevy.com, loevylaw@loevy.com

Caroline P. Golden &nbsp &nbsp cgolden@jsotoslaw.com, kchrist@jsotoslaw.com

Catherine Macneil Barber &nbsp &nbsp cbarber@rockfuscoconnelly.com

David Andrew Brueggen &nbsp &nbsp dbrueggen@jsotoslaw.com, tballard@jsotoslaw.com, vstubbe@jsotoslaw.com

David M. Shapiro &nbsp &nbsp david.shapiro@law.northwestern.edu, anissa.torres1@law.northwestern.edu, eraena-hart@law.northwestern.edu, marissa.spalding@law.northwestern.edu, mjc-assistant@law.northwestern.edu

Eileen Ellen Rosen &nbsp &nbsp erosen@rfclaw.com, bheurung@rfclaw.com, khutson@rfclaw.com

Elizabeth N. Mazur &nbsp &nbsp liz@uplcchicago.org, eva@uplcchicago.org

Erin Nicole Bybee &nbsp &nbsp EBybee@rockfuscoconnelly.com

J. Samuel Tenenbaum &nbsp &nbsp s-tenenbaum@law.northwestern.edu, sam@tenenbaumlaw.com

James Gus Sotos &nbsp &nbsp jsotos@jsotoslaw.com, dburkhart@jsotoslaw.com, ddixon@jsotoslaw.com, kchrist@jsotoslaw.com, tballard@jsotoslaw.com, vstubbe@jsotoslaw.com

James Vincent Daffada &nbsp &nbsp jim@ilesq.com

Jeffrey Neil Given &nbsp &nbsp jgiven@jsotoslaw.com, tballard@jsotoslaw.com, vstubbe@jsotoslaw.com

Jeffrey Robert Kivetz &nbsp &nbsp jkivetz@jsotoslaw.com, dburkhart@jsotoslaw.com, tballard@jsotoslaw.com, vstubbe@jsotoslaw.com

John Joseph Rock &nbsp &nbsp jrock@rfclaw.com, elopez@rfclaw.com, jsetinc@rfclaw.com, khutson@rfclaw.com

Jonathan I. Loevy &nbsp &nbsp jon@loevy.com, anne@loevy.com, docket@loevy.com, melinda@loevy.com

Joseph M. Polick &nbsp &nbsp jpolick@jsotoslaw.com, ddixon@jsotoslaw.com

Kevin Edward Zibolski &nbsp &nbsp kevin@ilesq.com

Locke E. Bowman , III &nbsp &nbsp l-bowman@law.northwestern.edu, anissa.torres1@law.northwestern.edu, czarina.morgan@law.northwestern.edu, eraena-hart@law.northwestern.edu, marissa.spalding@law.northwestern.edu, mjc-assistant@law.northwestern.edu

Michael I Kanovitz &nbsp &nbsp mike@loevy.com, kelsey@loevy.com, melinda@loevy.com

Rachel Elaine Brady &nbsp &nbsp Brady@Loevy.com

Roshna Bala Keen &nbsp &nbsp roshna@loevy.com, asofsky@loevy.com

Russell R Ainsworth &nbsp &nbsp russell@loevy.com, lauren@loevy.com

Sean Starr &nbsp &nbsp sean_starr@msn.com, seanstarrlaw@gmail.com

Silvia Mercado Masters &nbsp &nbsp smercado@rfclaw.com

Stacy Ann Benjamin &nbsp &nbsp sbenjamin@rfclaw.com, khutson@rfclaw.com

Steven Edwards Art &nbsp &nbsp steve@loevy.com, tierra@loevy.com, troyer@loevy.com, valerie@loevy.com

Theresa Berousek Carney &nbsp &nbsp tcarney@rfclaw.com, khutson@rfclaw.com

Thomas More Leinenweber &nbsp &nbsp thomas@ilesq.com

**1:12-cv-04428 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=7/3/2018] [FileNumber=19214302-0
] [69014225cde78b9d044a7efcdc03be5b4df0c9d95b34b7a8226d7e2e22035f86bee
991aee369aa33f69d98f06c09ca8593b64fa17fb34406a1d297848e600607]]