# Exhibit WWW

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GERALDO IGLESIAS, ) | |
| ) | Case No. 19-cv-6508 |
| *Plaintiff*, ) | |
| ) | Judge Franklin U. Valderrama |
| *v.* ) | |
| ) | Magistrate Judge Maria Valdez |
| REYNALDO GUEVARA, the ESTATE of ) | |
| ERNEST HALVERSON, STEVE GAWRYS, ) | |
| ANTHONY RICCIO, ROBERT BIEBEL, ) | |
| and the CITY OF CHICAGO ) | |
| ) | JURY TRIAL DEMANDED |
| *Defendants*. ) | |

# EXHIBIT 46

## *Fields* Judgment

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Nathson Fields,

Plaintiff(s),

v.

City of Chicago, et al.,

Defendant(s).

Case No. 10 C 1168
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Judgment is hereby entered as follows: On Count 1 of the third amended complaint, in favor of plaintiff and against defendants David O'Callaghan, Joseph Murphy, and the City of Chicago; on Count 3 of the third amended complaint, in favor of defendants David O'Callaghan and Joseph Murphy and against plaintiff; on Count 4 of the third amended complaint, in favor of defendants David O'Callaghan and Joseph Murphy and against plaintiff; on Count 5 of the third amended complaint, in favor of plaintiff and against defendant David O'Callaghan, and in favor of defendant Joseph Murphy and against plaintiff. Counts 2 and 6 of the third amended complaint are dismissed. Judgment on Counts 7 as to the City of Chicago corresponds to the judgments on Counts 4 and 5 regarding defendants David O'Callaghan and Joseph Murphy. Judgment on Count 8 as to the City of Chicago corresponds to the judgments on Counts 1, 3, 4, and 5 regarding defendants David O'Callaghan and Joseph Murphy. Compensatory damages are awarded to plaintiff Nathson Fields in the amount of $22,000,000. Punitive damages are awarded to plaintiff Nathson Fields, against defendant David O'Callaghan in the amount of $30,000. Punitive damages are awarded to plaintiff Nathson Fields against defendant Joseph Murphy in the amount of $10,000.

ILND 450 (Rev. 10/13) Judgment in a Civil Action

Case: 1:18-cv-03029 Document #: 511-76 Filed: 03/15/24 Page 4 of 4 PageID #:66616
Case: 1:18-cv-03029 Document #: 1175 Filed: 12/16/16 Page 2 of 2 PageID #:29212

This action was *(check one)*:

☒ tried by a jury with Judge Matthew F. Kennelly presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☐ decided by Judge      on a motion


Date:   12/16/2016                               Thomas G. Bruton, Clerk of Court

                                                 Pamela J. Geringer, Deputy Clerk