# Exhibit XXX

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GERALDO IGLESIAS, | ) | |
| | ) | Case No. 19-cv-6508 |
| *Plaintiff*, | ) | |
| | ) | Judge Franklin U. Valderrama |
| *v.* | ) | |
| | ) | Magistrate Judge Maria Valdez |
| REYNALDO GUEVARA, the ESTATE of | ) | |
| ERNEST HALVERSON, STEVE GAWRYS, | ) | |
| ANTHONY RICCIO, ROBERT BIEBEL, | ) | |
| and the CITY OF CHICAGO | ) | |
| | ) | JURY TRIAL DEMANDED |
| *Defendants*. | ) | |

# EXHIBIT 45

## *Fields* Verdict Summary

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Nathson E. Fields

                 Plaintiff,

v.                                 Case No.: 1:10−cv−01168
                                 Honorable Matthew F. Kennelly

City of Chicago, et al.

                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 15, 2016:

      MINUTE entry before the Honorable Matthew F. Kennelly: Jury trial completed on 12/15/2016. Jury reaches verdict. Jury returns verdict as follows: first claim − violation of due process,in favor of plaintiff and against defendants, David O&#0;39;Callaghan and Joseph Murphy; second claim − agreement (conspiracy) to violate due process, in favor of defendants David O'Callaghan and Joseph Murphy and against plaintiff; third claim − malicious prosecution, in favor of defendants David O&#039;Callaghan and Joseph Murphy and against plaintiff; fourth claim − intentional infliction of emotional distress, in favor of plaintiff and against defendant David O'Callaghan, and in favor of Joseph Murphy and against plaintiff; fifth claim − policy / due process claim, in favor of plaintiff and against defendant, City of Chicago. Jury awards the plaintiff, Nathson Fields, compensatory damages in the amount of $22,000,000. Jury awards the plaintiff, Nathson Fields, punitive damages against David O'Callaghan in the amount of $30,000. Jury awards the plaintiff, Nathson Fields, punitive damages against Joseph Murphy in the amount of $10,000. Status hearing set for 1/5/2016 at 09:30 AM. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.