**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| THOMAS SIERRA, | ) | |
| | ) | No. 18 C 3029 |
| *Plaintiff,* | ) | |
| | ) | Hon. John Robert Blakey, |
| *v.* | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.,* | ) | |
| | ) | JURY TRIAL DEMANDED |
| *Defendants.* | ) | |

**PLAINTIFF'S NOTICE OF CONVENTIONAL FILING**

PLEASE TAKE NOTICE that Plaintiffs' have manually filed with the Clerk a USB drive with the below-listed exhibits. These exhibits have been filed conventionally because they contain large amounts of data that are best viewed in their native format.

| Exhibit No. | Description |
|---|---|
| 10 | Finnell Data Provided by Plaintiff to Experts in Sierra |
| 11 | Sierra Data Prepared for Analysis |

RESPECTFULLY SUBMITTED,

**THOMAS SIERRA**

By: /s/ Wallace Hilke
*One of Plaintiff's Attorneys*

Jon Loevy
Anand Swaminathan
Steve Art
Ruth Brown
Rachel Brady
Sean Starr
Wallace Hilke
Meg Gould
**LOEVY & LOEVY**
311 N. Aberdeen Street
Chicago, IL 60607
(312) 243-5900
hilke@loevy.com

**CERTIFICATE OF SERVICE**

I, Wallace Hilke, an attorney, hereby certify that, on March 15, 2024, I filed the

foregoing PLAINTIFF'S NOTICE OF CONVENTIONAL FILING using the Court's CM/ECF

system, which effected service on all counsel of record.


/s/ Wallace Hilke
*One of Plaintiff's Attorneys*


Jon Loevy
Anand Swaminathan
Steve Art
Ruth Brown
Rachel Brady
Sean Starr
Wallace Hilke
Meg Gould
**LOEVY & LOEVY**
311 N. Aberdeen Street
Chicago, IL 60607
(312) 243-5900
hilke@loevy.com