# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Thomas Sierra

                Plaintiff,

v.                                         Case No.: 1:18−cv−03029
                                                 Honorable John Robert Blakey

Reynaldo Guevara, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 25, 2024:

      MINUTE entry before the Honorable John Robert Blakey: Over objection, the Court grants Defendants' motion to extend time and for leave to file an oversized brief [524] and strikes the 3/27/24 Notice of Motion date. Defendants shall file their combined reply/response by 5/7/24. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.