# THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS SIERRA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 18 CV 3029 |
| | ) | |
| REYNALDO GUEVARA, JOANN | ) | |
| HALVORSEN as Special Representative for | ) | Judge John Robert Blakey |
| ERNEST HALVORSEN, ANTHONY WOJCIK, | ) | |
| JOHN McMURRAY, GEORGE FIGUEROA, | ) | |
| EDWARD MINGEY, ROBERT BIEBEL, | ) | |
| FRANCIS CAPPITELLI, UNKNOWN | ) | **JURY TRIAL DEMANDED** |
| EMPLOYEES OF THE CITY OF CHICAGO, | ) | |
| and the CITY OF CHICAGO, Illinois, | ) | |
| | ) | |
| *Defendants.* | ) | |

## NOTICE OF MOTION

TO: All ECF Filers

Please take notice that on Wednesday, June 5, 2024, at 11:00 a.m., I shall appear before Honorable Judge John Robert Blakey in Courtroom 1203, where he usually presides, or before anyone sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present Defendant Guevara's Unopposed Motion for Leave to Present Seven Additional Local Rule 56.1(d)(5) Additional Facts.

Respectfully submitted,

*/s/ Gabrielle R. Sansonetti*
Gabrielle R. Sansonetti

Thomas More Leinenweber
James Daffada
Gabrielle R. Sansonetti
LEINWEBER, DAFFADA & SANSONETTI
120 N. LaSalle Suite 2000
Chicago, Illinois 60602
773-716-6117 (m)
thomas@ilesq.com
gabrielle@ilesq.com