IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS SIERRA, | ) | |
| | ) | No. 18 C 3029 |
| *Plaintiff*, | ) | |
| | ) | Hon. John Robert Blakey, |
| *v.* | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | |
| | ) | JURY TRIAL DEMANDED |
| *Defendants*. | ) | |

**EXHIBIT INDEX TO DEFENDANTS' CITY OF CHICAGO, GUEVARA, MINGEY, BIEBEL, HALVORSEN, MCMURRAY, WOJCIK AND FIGUEROA'S RESPONSE TO PLAINTIFF'S STATEMENT OF DISPUTED FACTS IN SUPPORT OF HIS <u>OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT</u>**

| | |
|---|---|
| Exhibit A | John Wixted, Ph.D. Expert Report |
| Exhibit B | Deposition of Jennifer Dysart, Ph.D. |
| Exhibit C | Deposition of John Wixted, Ph.D. |
| Exhibit D | 30(b)(6) Deposition Notice in *Kluppelberg* |
| Exhibit E | 30(b)(6) Deposition Notice in *Rivera* |
| Exhibit F | 30(b)(6) Deposition Notice in *Fields* |
| Exhibit G | Deposition of Philip Cline in *Solache/Reyes* |
| Exhibit H | 30(b)(6) Deposition Notice in *Solache/Reyes* |
| Exhibit I | Excerpts of Trial Transcripts from *Fields* |
| Exhibit J | Minute Entry (Dkt. 680), *Solache/Reyes* |
| Exhibit K | Cook County's Public Defender's Office's Reply Brief, *Velez* |
| Exhibit L | Excerpts of Trial Transcripts from *Rivera* |
| Exhibit M | Brasfield Expert Report |
| Exhibit N | Jury Verdict in *Fields* |
| Exhibit O | Plaintiff's Rule 26(a)(2) Disclosures in *Sierra* |
| Exhibit P | Plaintiff's Rule 26(a)(2) Disclosures in *Bouto* |

| | |
|---|---|
| Exhibit Q | Plaintiff's Rule 26(a)(2) Disclosures in *Rodriguez* |
| Exhibit R | Plaintiff's Rule 26(a)(2) Disclosures in *Iglesias* |
| Exhibit S | Amended 30(b)(6) Deposition Notice in *Sierra* |
| Exhibit T | Bernard Murray Expert Report in *Sierra* |
| Exhibit U | Notice of Appeal from *Rivera* |
| Exhibit V | Notice of Cir. Rule 33 Mediation, *Rivera* |
| Exhibit W | Agreement in *Rivera* |
| Exhibit X | Agreed Motion to Voluntarily Dismiss, *Rivera* |
| Exhibit Y | Notice of Issuance of Mandate, *Rivera* |