IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **THOMAS SIERRA**, <br><br> Plaintiff, <br><br> v. <br><br> **REYNALDO GUEVARA,** et al., <br><br> Defendants. | No. 18 C 3029 <br><br> Hon. John R. Blakey, <br> District Judge <br><br> Hon. M. David Weisman, <br> Magistrate Judge |

## JOINT STATUS REPORT

Pursuant to this Court's November 18, 2024 order (Dkt. 579), and as represented by the City in its Agreed Motion for Extension of Time to File Joint Status Report (Dkt. 581), the parties, by their respective attorneys, respectfully provide the following joint status report on the issue of settlement:

The Department of Law has submitted the settlement in this case to the Committee on Finance for its consideration and it has been accepted for consideration at its next meeting, currently scheduled for January 13, 2025. The full City Council meeting is currently scheduled for January 15, 2025.

                                        RESPECTFULLY SUBMITTED,

                                        /s/ *Steve Art*
                                        *One of Plaintiff's Attorneys*
                                        Arthur Loevy
                                        Jon Loevy
                                        Anand Swaminathan
                                        Steve Art
                                        Rachel Brady
                                        Sean Starr

|  |  |
|---|---|
|  | Meg Gould<br>LOEVY & LOEVY<br>311 N. Aberdeen St.<br>Chicago, IL 60607<br>(312) 243-5900<br>steve@loevy.com |
| /s/ *Eileen E. Rosen* | /s/ *Josh M. Engquist* |
| Eileen E. Rosen<br>Special Assistant Corporation Counsel<br>*One of the Attorneys for City of Chicago* | Josh M. Engquist<br>Special Assistant Corporation Counsel<br>*One of the Attorneys for Defendant Officers* |
| Eileen E. Rosen<br>Catherine M. Barber<br>Theresa B. Carney<br>Austin G. Rahe<br>Rock Fusco & Connelly, LLC<br>333 W. Wacker, 19th Floor<br>Chicago, Illinois 60606<br>(312) 474-1000<br>erosen@rfclaw.com | James G. Sotos<br>Josh M. Engquist<br>Jeffrey R. Kivetz<br>David A. Brueggen<br>Special Assistant Corporation Counsel<br>The Sotos Law Firm, P.C.<br>141 W. Jackson, Suite 1240A<br>Chicago, Illinois 60604<br>(630) 735-3300<br>jengquist@sotoslaw.com |