UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)
Eastern Division

Thomas Sierra
                Plaintiff,

v.                                            Case No.: 1:18−cv−03029
                                                       Honorable John Robert Blakey

Reynaldo Guevara, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 29, 2025:

       MINUTE entry before the Honorable John Robert Blakey: Based upon the parties' representations concerning settlement, the Court denies as moot all pending motions, including the parties' motions for summary judgment [497], [501], [505], [509], Plaintiff's motion for sanctions [533], and Defendants' motions to bar [498], [499], [500], and dismisses this case without prejudice under Rule 41(a). Absent reinstatement by 3/17/25, this dismissal shall automatically convert to a dismissal with prejudice. Civil case terminated. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.