IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS SIERRA, | ) | |
| | ) | Case No. 18 C 3029 |
| Plaintiff, | ) | |
| | ) | Hon. John R. Blakey |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| REYNALDO GUEVARA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF MOTION

TO: **All Counsel of Record**

Please take notice that on Wednesday, March 26 at 11:00 a.m., counsel for Plaintiff shall appear before Judge Blakey in the Courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois, and present the parties' Joint Motion to Extend the Time to Convert Dismissal to Dismissal with Prejudice.

Respectfully Submitted,

**Thomas Sierra**

By: /s/ Steve Art
*Counsel for Plaintiff*

Arthur Loevy
Jon Loevy
Anand Swaminathan
Steve Art
Rachel Brady
Sean Starr
LOEVY & LOEVY
311 N. Aberdeen St.
Chicago, IL 60607
(312) 243-5900
steve@loevy.com